**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

FILED
2024 AUG 22 PM 3:50
CLERK
U.S. DISTRICT COURT

PLAINTIFF,
MILAN MICHAEL KOTEVSKI,

vs.
DEFENDANTS,
HILLARY RODHAM CLINTON,  WILLIAM
JEFFERSON CLINTON,
Estate of GEORGE H.W. BUSH, GEORGE W. BUSH
ALPHABET Inc.; META Inc.; AT&T INC.;  ANGIE
ORTIZ; VERIZON Inc.; APPLE Inc.; ERIC HOLDER;
COX COMMUNICATION INC.; PETER STRZOK;
WALT DISNEY COMPANY; JAMES COMEY;
ROBERT MUELLER III; JEH JOHNSON; MARY BETH
BANKSON WILLIAMS; JOHN O. BRENNAN; JAMES
CLAPPER; GINA HASPEL; HUNTER BIDEN; JIM
BIDEN; TRACY BLANCHARD; THAO BUI; LISA
PAGE; REBECCA WETHERBEE; BEN RHODES;
WILLIAM J. CLINTON; HILLARY R. CLINTON;
TOM PEREZ; VALERIE JARRETT; SUSAN RICE;
GEORGE SOROS; TIMOTHY KEITH- LUCAS;
RUSSLYNN ALI; CATHERINE LHAMON; TERRENCE
MCAULIFFE; JOCELYN SAMUELS; OPEN SOCIETY
INSTITUTE OR OSF; CLINTON GLOBAL INITATIVE;
THE ESTATE OF ANTONIN SCALIA; THE ESTATE
OF SHINZO ABE; THE ESTATE OF JOHN PAUL
STEVENS; AMAZON WEB SERVICES INC.; SAKURA
HOUSE CO. LTD; GEORGE W. BUSH; BARACK
OBAMA; ANURIMA BHARAGAVA; ANDREW
MCCABE; MICROSOFT INC.; MICHAEL JOSEPH
MORELL; FATIMA GOSS GRAVES; MARCIA
GREENBERGER; CHERYL MILLS; NETFLIX, INC.;
NATIONAL WOMEN'S LAW CENTER; PHILIP
JIMINEZ; MARCUS KOSINS; JESSICA A. OTT;  CHIEF
JUSTICE JOHN ROBERTS; LYNN DE ROTHSCHILD;
DONALD B. VERRILLI, JR.; JOYCE R. BRANDA;
VANITA GUPTA; IAN HEATH GERSHENGORN;
ELIZABETH B. PRELOGAR; BARBARA L. HERWIG
SHARON M. MCGOWAN; DANA KAERSVANG;
HOLLY A. THOMAS; UBER TECHNOLOGIES, INC.;
BARON DAVID RENE de ROTHSCHILD;
ROTHSCHILD CONTINUATION HOLDINGS;
BOEING Inc.,; BHUPENDRA BHULO KANSAGRA;

2:24-cv-622-DAO

Case: 2:24−cv−00622
Assigned To : Oberg, Daphne A.
Assign. Date : 8/22/2024
Description: Kotevski v. Clinton et al

CHRISTOPHER M. CHADWICK; QATAR AIRWAYS; |
BRITISH AIRWAYS; INTERNATIONAL |
CONSOLIDATED AIRLINES GROUP S.A; |
UNKNOWN OFFICERS, LAWYERS, EMPLOYEES, |
CONTRACTORS, JUDGES, AND/OR SOLDIERS IN: |
THE DEPARTMENT OF JUSTICE,  DEPARTMENT |
OF EDUCATION, DEPARTMENT OF HOMELAND |
SECURITY, CENTRAL INTELLIGENCE AGENCY, |
FEDERAL BUREAU OF INVESTIGATION, 5 EYES, |
DEPARTMENT OF DEFENSE, DEPARTMENT OF |
STATE, NATIONAL SECURITY ADMINISTRATION, |
DIRECTOR OF NATIONAL INTELLIGENCE, MI6, |
NSO GROUP,|BUNDESNACHRICHTENDIENST, |
公安調査庁, kōanchōsa-chō, FOREIGN INTELLIGENCE |
OF UKRAINE (SZRU), AUSTRALIAN SECRET |
INTELLIGENCE SERVICE, SEWANEE, TN POLICE |
DEPARTMENT, FRANKLIN COUNTY, TN SHERIFF'S |
OFFICE, FAA, LOUISIANA STATE UNIVERSITY, |
SANTA CLARA UNIVERSITY, THE UNIVERSITY OF |
THE SOUTH, FISA COURT, ALGEMENE |
INLICHTINGEN-EN VEILIGHEIDSDIESNT, |
MAIN DIRECTORATE OF THE GENERAL STAFF OF |
THE RUSSIAN FEDERATION, Служба внешней |
разведки Российской Федерации, DIRECTORATE |
OF MILITARY INTELLIGENCE (IRELAND), UNITED |
KINGDOM'S SECRET INTELLIGENCE SERVICE, THE|
SECURITY SERVICE (MI5), THE GOVERNMENT |
COMMUNICATIONS HEADQUARTERS (GCHQ), |
DEFENCE INTELLIGENCE (UNITED KINGDOM), |
MINISTRY of HOME AFFAIRS (INDIA), |
MINISTRY of STATE SECURITY OF CHINA |
国家安全部; Intelligence Bureau (IB) (आसूचना ब्यूरो) |
(āsūcanā byūro)(under Ministry of Home Affairs (INDIA));|
Research and Analysis Wing (abbreviated: R&AW) |
(INDIA); THE GOVERNMENT OF JAPAN; |
THE GOVERNMENT OF THE UNITED KINGDOM; |
THE COMMONWEALTH OF AUSTRALIA; |
The REPUBLIC OF INDIA; STATE OF QATAR; |
VLADIMIR PUTIN; GRU of RUSSIA; CHIEF JUDGE |
DIANE S. SYKES; JUDGE JOEL M. FLAUM; JUDGE |
FRANK H. EASTERBROOK; JUDGE KENNETH F. |
RIPPLE; JUDGE ILLANA D. ROVNER; JUDGE DIANE |
P. WOOD; JUDGE DAVID F. HAMILTON; JUDGE |
MICHAEL B. BRENNAN; JUDGE MICHAEL Y. |
SCUDDER JR.; JUDGE AMY J. St. EVE; JUDGE |
THOMAS L. KIRSCH II; JUDGE CANDACE JACKSON |

AKIWUMI; JUDGE JOHN LEE; JUDGE DORIS PRYOR;|
JUDGE JOSHUA KOLAR; VERA POCHTAREV; JAMES|
FERGUSON "JAY" CARNEY; AMAZON Inc.;        |
MARK GIULIO; LOIS LERNER; FUMIO KISHIDA;   |
TARŌ ASŌ (麻生 太郎), YOICHI MIYAZAWA (宮沢 洋)|
AKIHIRO OTA (太田 昭宏); YOSHIHIDE SUGA,      |
YŌKO KAMIKAWA, MITSUHIDE IWAKI (岩城 光英) |
CHRISTOPHER C. ALEXA; VERICA V. KOTEVSKI;  |
HAROLD HONGJU KOH; JC YOO; WILLIAM BARR;   |
JACOB LEW; EVAN MEDEIROS; BRAIN KRZANICH;  |
JEFFREY ZIENTS; FRED HOCHBERG;             |
SHOTARO YACHI (谷内 正太郎); SHIGERU          |
KITAMURA; PENNY PRTIZKER; MICHAEL          |
FROMAN; SHAILAGH MURRAY; LISA MONACO;      |
SUZY GEORGE; BERNADETTE MEEHAN;            |
CAROLINE KENNEDY; CHRISTOPHER JOHNSTONE;|
VALERIE JARRETT; JOHN KERRY; SAMANTHA      |
POWER; SUSAN RICE; General NAKATANI;       |
JENNIFER PSAKI; BEN RHODES; DANIEL RUSSEL; |
AMY ROSENBAUM; KENICHIRO SASAE;            |
CHARLES SCHARF; VISA Inc.; KEITH UMEMOTO;  |
Admiral JAMES WINNEFELD; ANTHONY FOXX;     |
BRAIN DEESE; JAMES CLAPPER; WILLIAM        |
BROWNFIELD; CAROLINE ATKINSON; DENIS       |
McDONOUGH; ROSE GOTTEMOELLER; PETER        |
JOSEPH NOOZHUMURRY VARGHESE; GEORGE        |
BRANDIS; MICHAEL KEENAN; TONY ABBOTT;      |
JULIE BISHOP; COLIN POWELL; JUSTIN COOPER; |
TONY BLAIR; GINA HASPEL; WARWICK ALLEN;    |
AEROFLOT; AIRBUS SE; Sheikh Hamad bin Jassim bin |
Jaber bin Mohammed bin Thani Al Thani (aka: HBJ); |
QATAR INVESTMENT AUTHORITY (hereon: QIA)   |
(QIA; Arabic: جهاز قطر للإستثمار)            |
JASSIM bin HAMAD BIN KHALIFA AL THANI;     |
The EMIR of QATAR, Akbar Al Baker ;أكبر الباكر |
Estate of MUTHUVEL KARUNANIDHI;            |
former Prime Minister MANMOHAN SINGH;      |
current Prime Minister NARENDRA MODI;      |
MAHMOUD KANDATHIL; SPICEJET;               |
ANGELA MERKEL, TJORVEN BELLMANN;           |
GUIDO WESTERWELLE; WERNER HOYER;           |
CORNELIA PIEPER; PETER AMMON; WOLF         |
RUTHART BORN; MARTIN BIESEL;               |
GERHARD SCHINDLER; ERNST UHRLAU;           |
NORBERT STIER; WERNER OBER;                |
ARNDT FREYTAG von LORINGHOVEN;             |

ARMIN HASENPUSCH; TONY ABBOTT;            |
GEORGE BRANDIS; MILES ARMITAGE;           |
PAUL FOLEY; WARREN ERROL TRUSS;           |
DUETSCHE LUFTHANSA AG; TIM COOK;          |
ROTHSCHILD & CO.;                         |
J.P MORGAN CHASE & CO.;                    |
LYNN DE FORESTER ROTHSCHILD;              |
HARTSFIELD-JACKSON ATLANTA                |
INTERNATIONAL AIRPORT (In Rem);           |
WASHINGTON DULLES INTERNATIONAL           |
AIRPORT (In Rem);  ROTHSCHILD & Co SCA;   |
ROTHSCHILD & Co INDIA PRIVATE LIMITED;    |
ROTHSCHILD & Co DOHA LLC;                  |
N.M. ROTHSCHILD & SONS LIMITED;           |
ROTHSCHILD & Co EQUITY MARKETS            |
SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; |
ROTHSCHILD & Co Vermögensverwaltung GmbH; |
ROTHSCHILD & Co Wealth Management (Europe) S.A; |
ROTHSCHILD & Co Wealth Management Monaco; |
ROTHSCHILD & Co Bank AG (Switzerland);    |
ROTHSCHILD & Co Wealth Management UK Limited; |
ROTHSCHILD & Co Investment Managers;      |
Rothschild & Co Asset Management US Inc;   |
FIVE ARROWS MANAGERS North America LLC;   |
JAMIE DIMON; J.P Morgan India Services Pvt Ltd; |
J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A; |
LIZ ROBBINS; JAY JACOBS; MINDY JACOBS;    |
REPUBLIC OF UGANDA; REPUBLIC OF LIBERIA;  |
REPUBLIC OF KENYA; KINGDOM OF MOROCCO;    |
TANYA TAYLOR; TANYA TAYLOR Inc.;          |
MICHEL PRATTE; TPG; OLEG NODELMAN;        |
REED HASTINGS; DREW HOUSTON; RICHARD      |
ANDERSON; DELTA AIRLINES INC.; JAMES BELL; |
JIM CICCONI; JAMES J. MURREN; ERIC SCHMIDT; |
JP MORGAN CHASE Inc; DENNIS MUILENBURG;   |
DAVE CALHOUN; STEPHANIE POPE;             |
THEODORE COLBERT III; SHEA PERTUIT;       |
CARGILL FOODS Inc.; GREG PAGE; JIM LENTZ III; |
MGM Resorts International Inc.; BRAIN KRZANICH; |
CAROLINE ATKINSON; WILLIAM BROWNFIELD;    |
ASHTON CARTER, JAMES CLAPPER;             |
SUZY GEORGE; ROSE GOTTEMOELLER;           |
AVRIL HAINES; VALERIE JARRETT;            |
JACOB LEW; DENIS MCDONOUGH;               |
EVAN MEDEIROS; JENNIFER PSAKI;            |
AMY ROSENBAUM; CHARLES SCHARF;            |

CAHTERINE RUSSEL;  TONY PODESTA;                        |
The Estate of SIR EVELYN ROTHSCHILD;                   |

# THIS COMPLAINT IS:

- **PLAINTIFF SEEKING A PERMANENT INJUNCTION THAT MUST BE DECIDED WITHIN THE NEXT WEEK.**
- **PLAINTIFF SEEKING A PERMANENT RESTRAINING ORDER.**
- **PLAINTIFF VERIFYING TO THE TRUTH OF THE FACTS ALLEGED UNDER OATH. (i.e. This is Verified).**
- **PLAINTIFF proceeding In Forma Pauperis & Pro-Se.**

Summary of the Case:

# SECTION I: SUMMARY OF THE CASE:

**(A):** This case is massive in its scope and is truly a once in a lifetime case that would be in the top 10 most important cases of this century. PLAINTIFF has over 20 different legal basis for federal court jurisdiction.[1] There are no easy answers with PLAINTIFF'S case. What happens when PLAINTIFF has clean hands for major crimes and claims against DEFENDANTS but has dirty hands when it comes to little trivial things that DEFENDANTS seek to exploit to prevent PLAINTIFF from having clean hands on two major events in PLAINTIFF'S life and DEFENDANTS themselves having dirty hands on major issues and clean hands on trivial things --in which there are faults with everyone-- have the right to deprive a destitute autistic American of his life, liberty, and property without notice, a hearing, or an opportunity to defend himself because DEFENDANTS enabled a massive RICO Enterprise to be undertaken against an American for their own malicious purposes that at times have helped people and even PLAINTIFF? PLAINTIFF throughout the record has shown remarkably good faith trying to balance the competing interests and needs of more than 100 DEFENDANTS and sued more than 100 DEFENDANTS to spread the cost lower amongst DEFENDANTS or put the payment on an entity in which paying PLAINTIFF would cost them less than 1% of their total assets and funds. It strikes at every part of life and quintessentially asks the Court what is the relationship between the US Government and foreign governments concerning an American, what are the limits of power of the US Government and how do you hold US Government and Foreign Government officials accountable for their actions against an American; what is the role of the Judicial branch in combatting tyranny and corruption in the US, world, and amongst themselves, what are the standards of conduct that a judge must hold themselves to on the bench and the modern applicability of *In re Murchison, 349 U.S. 133 (1955), United States v. Shotwell Mfg. Co., 355 U.S. 233 (1957), Swekel v. City of River Rouge, 119 F.3d 1259 (6th Cir. 1997), Foster v. City of Lake Jackson, 28 F.3d 425 (5th Cir. 1994); Bell v. City of Milwaukee, 746 F.2d 1205 (7th Cir. 1984);* how free is an American in modern society; what are the values the United States holds dear to their heart today; is the justice system in the United States two-tiered, what does fairness look like in the modern age; the pain and suffering PLAINTIFF experienced is mortifying; and so much more.

PLAINTIFF comes to the DISTRICT COURT OF UTAH in which PLAINTIFF has 10 Counts of judges from the MIDDLE DISTRICT OF LOUISIANA COURT, NORTHERN DISTRICT OF ILLINOIS, and 7TH CIRCUIT COURT OF APPEALS violating 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and 18 USC 1962 (D), 5 Counts of the Supreme Court via CHIEF JUSTICE JOHN ROBERTS violating 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and

---

[1] *42U.S.C.§1983; 42U.S.C.§1985; 42U.S.C.§1986; 18U.S,C.§1961 et al; 18U.S.C.§2340;18U.S.C.§2441; 20 U.S.C.§701; 42U.S.C.§2000aa; 42U.S.C.§2000a; 42U.S.C.§2000dd; TERRORISM RISK INSURANCE ACT of 2002; FSIA 28U.S.C.§1605B; 28U.S.C.§1330; 18U.S.C.§2520(a); 50U.S.C.1810; 28U.S.C.§1343; 28 U.S.C. §1367 (and Louisiana Revised Statutes); 42U.S.C.§2000a-6 18 U.S.C.§1964; RFRA/42U.S.C.§2000bb 18U.S,C§2333; 28U.S.C.§1605(a)(7); 28U.S.C.§1330; 50U.S.C.§1810; 29 U.S.C. §790 (Section 504)*

18 USC 1962 (D), the FISA court and unknown FISA judges under CHIEF JUSTICE JOHN ROBERTS' supervision violating 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and 18 USC 1962 (D) on three separate occasions, and over 10,000 Counts of DEFENDANTS violating 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and 18 USC 1962(D). Judges cannot ignore *United States v. Grubb, 1 1 F.3d 426, 438-39 (4th Cir. 1993).*

PLAINTIFF, being the victim of a RICO Conspiracy, was sexually abused by the CIA, PRIME MINISTER MODI & THE INDIAN GOVERNMENT, BILL and HILLARY CLINTON, LYNN FORESTER de ROTHSCHILD and SIR EVELYN ROTHSCHILD or a combination of the aforementioned DEFENDANTS in TOKYO in 2015 because either JAMES COMEY and the FBI or JEH JOHNSON and DHS or the Department of Defense leaked information in the course of an ongoing investigation to HILLARY CLINTON informing her how to politically assassinate PLAINTIFF (i.e. *JAPLAN*) that CHIEF JUSTICE ROBERTS approved of and personally witnessed and saw PLAINTIFF in Japan in July 2015 or it was the RUSSIANS via GRU and the KGB and possibly PLAINTIFF'S former lover were listening in and implemented the plan with the help of the Indian Government, which was a defacto political assassination against PLAINTIFF. The reason why DEFENDANTS did this against PLAINTIFF was because PLAINTIFF was a victim of international and domestic terrorism that occurred in 2011 and was a liability to certain DEFENDANTS by ROBERT MUELLER'S FBI, HILLARY CLINTON'S STATE DEPARTMENT, INDIAN GOVERNMENT UNDER PRIME MINISTER SINGH, and BRITISH Intelligence in which PLAINTIFF was never paid a minimum of $10,000,000,000 USD that he was forced to labor under the direction of the United States Government, Qatari Government, British Government, and Indian Government who created a specific job for him to do on March 11th, 2011 in London Heathrow Airport, London, and Dulles International Airport. On top of the political assassination by DEFENDANTS, there were two assassination attempts on PLAINTIFF'S life in which PLAINTIFF was poisoned with cyanide in July 2015 by DEFENDANTS and another assassination attempt at DEERFIELD HIGH SCHOOL in DEERFIELD, IL on or about February or March 2017 that PLAINTIFF miraculously survived both times. PLAINTIFF was a perfect person for DEFENDANTS to maliciously exploit because he is autistic, gets easily prodded into having 1st Amendment protected speech be utilized maliciously by DEFENDANTS, tolerates the worst treatment known to man because he is that loving and protective, forgives easily, is offensively entertaining at times and is super sarcastic, tells the truth to a fault, is a mild idiot savant, and has no family support structure or wife or girlfriend support from his family and former lovers, who very well could be Russian or Chinese spies. Friends of PLAINTIFF routinely snitched behind PLAINTIFF'S back to their respective governments to harm PLAINTIFF, the vast majority of Americans who PLAINTIFF at one time or another would have given his life for. DEFENDANTS through PLAINTIFF'S college years and law school years falsely branded PLAINTIFF as being an arsonist, rapist, pedophile, terrorist, cartel member, and more and utilized those false brands for their own malicious purposes. PLAINTIFF had so much love to give and DEFENDANTS destroyed that and PLAINTIFF'S dreams through the years routinely beating, abusing, breaking PLAINTIFF'S soul and spirit based on characteristics that PLAINTIFF had no control over. PLAINTIFF wrote a constitutionally and statutorily protected book in defense of disabled students and saving disabled students lives, making schools safer to properly address bullying and harassment, and defending free speech and the free exchange of ideas in which the FBI falsely labeled PLAINTIFF a Russian spy for a joke he made in the book in which ROBERT MUELLER was

rehired in 2017 to try to prosecute PLAINTIFF after he was one of the ringleaders of the acts of terrorism against PLAINTIFF and deprived PLAINTIFF of his payment for the services PLAINTIFF rendered on behalf of him and other DEFENDANTS. So PLAINTIFF started his cool down period around August 2017 and became severely depressed. PLAINTIFF underwent massive weight gain and suffered horrendously psychologically and physically having numerous ailments and living for a second time in squalid conditions. It was really only until PLAINTIFF managed to get some cognitive capacity back after receiving Ketamine treatment that autistic PLAINTIFF was able to start describing his pain and become somewhat able to litigate. So PLAINTIFF started questioning everything. He understood the importance of what happened in London in July 2023 in which years of fraud was materially omitted and intentionally hidden from him. During this time and from like 2004 to 2024, DEFENDANTS waged one of the worst corrupt campaigns against PLAINTIFF intentionally depriving him of access to the Courts, creating Star Chambers in the Supreme Court and elsewhere, stealing his ideas and intellectual property, and hacking into his computer to prevent PLAINTIFF from obtaining and gathering evidence and ignoring more than 30 FOIA requests, phone-calls, emails, complaints, and in-person visits to prove the corruption being undertaken against him by DEFENDANTS and for once and all to have the corruption end. SCOTUS intentionally created the following precedent to prevent PLAINTIFF from winning in Court on certain claims: *City & County of S.F. v. Sheehan, 575 U.S. 600 (2015), Ashcraft v. Al-Kidd, 563 U.S. 731 (2011), and Holder v. Humanitarian Law Project, 561 U.S. 1 (2010).* Everytime PLAINTIFF did try to attempt to resolve the issues he was only met with lies, deception, more fraud, and more RICO violations by DEFENDANTS. DEFENDANTS routinely fabricated evidence against PLAINTIFF to intentionally vilify PLAINTIFF and maliciously prosecute PLAINTIFF. Then PLAINTIFF gave DEFENDANTS an opportunity to resolve the issues amicably in which DEFENDANTS did the exact opposite and conspired further against PLAINTIFF from October 20th, 2023. Then when PLAINTIFF sought redress in Court on December 27th, 2023 for the RICO violations and having nearly every single constitutional right violated by DEFENDANTS, it began the *Chicago Cases* and *Louisiana Cases* in which at least 7 different judges violated 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and 18 USC 1962(D). Throughout the litigation, PLAINTIFF offered settlements to DEFENDANTS that were remarkably lower than what PLAINTIFF expected and DEFENDANTS disrespected PLAINTIFF even further knowing what PLAINTIFF wanted by acting corruptly and ignoring PLAINTIFF. PLAINTIFF gave multiple Courts more than 150 cases supporting his position that at least three different courts and more than 15 judges intentionally ignored on purpose. Everything PLAINTIFF has experienced is textbook Outrageous Government Conduct that SCOTUS warned about *Rochin v California, 342 U.S. 165 (1952)* and Entrapment cases to such unbelievably outrageous degrees on multiple occasions. That through everything in life, PLAINTIFF chose the hard way and has been PLAINTIFF has been extremely truthful even when it harmed him the most.

PLAINTIFF argues this case is the key to revitalizing trust in institutions and being freer in America and we are a nation of law and rules and not corruption and politics. That to be an American means to understand and believe that there are certain inalienable rights and that laughter, forgiveness, love, and making America better are admirable traits that the Court should reward, support, and kindle and that holding government accountable for their actions is necessary. That there are certain vile acts and behavior from the Government, Intelligence Agencies, Military, and Judiciary that are never to be allowed or tolerated.

PLAINTIFF filed his case in the Northern District of Illinois on 12/27/2023 to have a basis in obtaining jurisdiction over Qatar Airways, QIA, and other DEFENDANTS who are foreign corporations and governments. PLAINTIFF knew that he would have automatically lost his case had he filed in Washington D.C. within a millisecond of filing the case and didn't have enough contacts within the last few years to file in Texas. What has happened in the cases of *Kotevski v. Clinton,* 23-17137 N.D. Illinois and *Kotevski v. Jenkins*, 24-1085 7th Circuit Court of Appeals, and *In Re: Milan Michael Kotevski,* 24-1085 7th Circuit Court of Appeals, (these cases collectively are to be called hereon: the *Chicago Cases*) (Panel consisting of: JUDGE DIANE P. WOOD, JUDGE CANDACE JACKSON-AKIWUMI, JUDGE DORIS PRYOR) violates RICO 18 U.S.C. 1961, RICO in Utah via 76-10-1603, amounts to a gross miscarriage of justice and extreme constitutional deprivations under the law that cannot be remedied in Illinois and within the 7th Circuit Court of Appeals, violations of international treaties such as the Warsaw Treaty, the Geneva Convention, and the Convention on the Rights of Individuals with Disabilities. PLAINTIFF continues to have his electronics obstructed, being intentionally withheld information depriving PLAINTIFF of his ability to make choices, quite possibly been forced to marry against his religious beliefs, had war crimes committed against him, continues to be defrauded, deprived of his liberty and due process rights, and so much more. All of the decisions the Northern District Court of Illinois made as well as the 7th Circuit Court of Appeals constitutes Outrageous Government Conduct in their decisions as it pertains to PLAINTIFF; All of the decisions the Northern District Court of Illinois made under Judge Jenkins as well as the 7th Circuit Court of Appeals made constitutes an act of Obstruction of Justice under RICO  sections 891–894 (relating to extortionate credit transactions), section 1029 (relating to fraud and related activity in connection with access devices), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1351 (relating to fraud in foreign labor contracting), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), and  sections 1581–1592 (relating to peonage, slavery, and trafficking in persons). Throughout the entire record and duration of the *Chicago Cases,* PLAINTIFF has warned the Court of on-going conspiracies, a threat on PLAINTIFF'S life, advising the Court every step of the way of the on-going harm the RICO Enterprise is engaging in which the Court completely ignored all of PLAINTIFF'S pleas as to fundamentally constitute obstruction of justice through the deprivation of Due Process and RICO violations. The *Chicago Cases* very well continues to enable the Government of Russia and Russian assets (PLAINTIFF is not a Russian asset) to perpetuate the harm against PLAINTIFF throughout the years.

**(1)(B):** DEFENDANTS knowingly, maliciously, and willfully held Miki Kotevski (PLAINTIFF) into involuntary servitude for a minimum of $14,900,000,000 and unconstitutional political ideology, sold Miki Kotevski into involuntary servitude for $14,900,000,000 and unconstitutional political ideology, brought Miki Kotevski from overseas to be intentionally held into involuntary servitude for $14,900,000,000 and unconstitutional political ideology, kidnapped Miki Kotevski multiple times for $14,900,000,000 and unconstitutional political ideology, sexually abused Miki Kotevski in 2015 because he became a political liability because of DEFENDANTS unconstitutional political ideology and $14,900,000,000 minimum owed due

to the value of his services and the resultant more than $300,000,000,000 owed to him based on RICO (PLAINTIFF doesn't want that full amount), committed acts of international and domestic terrorism against PLAINTIFF, murdered PLAINTIFF'S soul, attempted to kill Miki Kotevski in which DEFENDANTS willfully obstructed and interfered with the enforcement of the law and justice, and denied access to the Courts to prevent Miki Kotevski from redressing his claims by abusing legal and judicial process in which DEFENDANTS committed 100+ counts of RICO Racketeering and obtained more than $14,900,000,000 in profits *solely on **the condition** of holding Miki Kotevski into involuntary servitude*; Miki Kotevski has not even seen a dime of the $14,900,000,000. The core component and fundamental nature and purpose of RICO Enterprise 1 is: PLAINTIFF'S constitutional, property, legal, and liberty interests were trampled on completely and relentlessly for counterterrorism precedent by DEFENDANTS who necessarily fabricated material evidence, withheld exculpatory evidence, and perpetuated legal fraud from the beginning in establishing that legal precedent; and needing to destroy Miki Kotevski and have their counterterrorism precedent be untainted in which Miki Kotevski could never hold DEFENDANTS to account, this required DEFENDANTS to cover up the previous legal fraud and constitutional deprivations by DEFENDANTS in which PLAINTIFF'S property interests were yet again stolen and liberty yet again deprived in which DEFENDANTS necessarily had to commit more legal fraud to cover up the cover up and thus began the vicious cycle. DOJ themselves became the thing they hated and prosecuted in *United States v. Philip Morris USA, Inc.*, 449 F. Supp. 2d 1 (D.D.C. 2006).

**(2):** For 15+ years, DEFENDANTS refused to work with PLAINTIFF and escalated the situation to the point that it reached. Any of these issues or incidents could have been resolved at any time or any of the incidents had just—at a minimum--one or two people said what DEFENDANTS are doing to PLAINTIFF is wrong, had a positive motive, cared to know the context of the truth, help PLAINTIFF, not induce fraud, not omit material facts, not commit an act of legal fraud, not induce PLAINTIFF for malicious purposes, not fabricate a materially false and misleading narrative. Simply, truth, integrity, altruism, law, or principle would have been the proper intervening factors and none of which took place. PLAINTIFF knows he cannot just skid-daddle and ride off into the sunset after the lawsuit and be separate from DEFENDANTS in the future. PLAINTIFF *knows he is necessarily going to have to work with DEFENDANTS in the future*. That is what PLAINTIFF is asking for from the Court--that the DEFENDANTS actually and proactively work with PLAINTIFF in the future by directly communicating to PLAINTIFF in which truth, integrity, law, benevolent motives, and beneficial solutions are necessarily the cornerstones of the future interactions between PLAINTIFF and DEFENDANTS. For having excluded PLAINTIFF for so long, DEFENDANTS are required to include PLAINTIFF for so long in the future. PLAINTIFF--in demonstrating his good faith to DEFENDANTS to work together in the future to better our societies whether that is in America, Britain, Japan, Qatar, India, Australia, Germany, and more--is foregoing the vast majority of what PLAINTIFF can legally demand in equitable restitution and the vast majority of the legal issues that can be necessarily ruled on in this case because some of the issues implicate national security and safety. PLAINTIFF is being extremely generous to DEFENDANTS as there are things far more important than just compensation and restitution at issue to PLAINTIFF and America. So, PLAINTIFF is doing a balanced approach—PLAINTIFF is asking the Court for PLAINTIFF'S restitution a little here and there and is asking for the Court to rule in his favor a little here and there, DEFENDANTS can have and keep the rest. PLAINTIFF understands this brings issues of

national security and PLAINTIFF is intentionally, in good faith, not bringing all of the national security issues that PLAINTIFF can infer in this case to help DEFENDANTS. PLAINTIFF in demonstrating his extreme good faith is foregoing more than $100,000,000,000+, 1000+ new BOEING aircraft, 2000+ GE locomotives, and complete ownership of multiple corporations. Let PLAINTIFF repeat that again, PLAINTIFF is foregoing more than $100,000,000,000+, 1000+ new BOEING aircraft, 2000+ GE locomotives, and complete ownership of multiple corporations in which PLAINTIFF just wants a little restitution, common understanding, making society better, and have some comedy and make light of the situation as a punitive measure for RICO Enterprise 1.


**(3): This case initially started  like *McIntyre v. U.S.*, 336 F. Supp. 2d 87 (D. Mass. 2004)** (hereon: *McIntyre*). PLAINTIFF will take a portion of the McIntyre decision and incorporate the facts of this case (and take out citations to clean it up in which the court can view the opinion and the citations if they so desire):

"The guarantee of substantive due process "limits what the government may do in both its legislative and its executive capacities," and the "criteria to identify what is fatally arbitrary differ depending on whether it is legislation or a specific act of a governmental officer that is at issue."  Legislation infringing a litigant's fundamental rights is arbitrary in the constitutional sense unless the manner of "the infringement is narrowly tailored to serve a compelling state interest." *Id.*

"The touchstone of arbitrariness of executive conduct is of necessity different from that of legislation. Because "only the most egregious official conduct can be said to be 'arbitrary in the constitutional sense,'" "the substantive component of the Due Process Clause is violated by executive action only when it 'can properly be characterized as conscience shocking." The conscience-shocking standard provides relief where government officials have "abused their power, or employ[ed] it as an instrument of oppression," while it "preserv[es] the constitutional proportions of constitutional claims," and prevents the demotion of the Constitution "to a font of tort law."  Thus, "[o]utside of a few narrow categories, like the safeguarding of prisoners who have been wholly disabled from self-protection, this means conduct that is truly outrageous, uncivilized, and intolerable."  It is only where "the necessary condition of egregious behavior [is] satisfied" that there is "a possibility of recognizing a substantive due process right to be free of such executive action." *Id.*

"Admittedly, the term "conscience-shocking" is far from self-defining. The Supreme Court has observed that "the measure of what is conscience shocking is no calibrated yard stick, [although] it does poin[t] the way.'"  There are, however, some clear markers on the measuring stick: "liability for negligently inflicted harm is categorically beneath the threshold of constitutional due process" while "conduct intended to injure in some way unjustifiable by any government interest is the sort of official action most likely to rise to the conscience-shocking level." Official acts falling somewhere between these two benchmarks "may be actionable" depending on the circumstances. *Id.*

"As alleged in the complaint the conduct of ANDREW MCCABE, JOHN O. BRENNAN, PETER STRZOK, ROBERT MUELLER, JAMES COMEY, HILLARY CLINTON, CHIEF JUSTICE JOHN ROBERTS, BILL CLINTON, BARACK OBAMA, Estate of JUSTICE ANTON SCALIA, JUSTICE SAMUEL ALITO, and JEH JOHNSON in relation to the murder of PLAINTIFF is conscience-shocking because it was conduct intended to injure PLAINTIFF in some way unjustifiable by any government interest. According to the PLAINTIFF'S allegations and reasonable inferences from those allegations, ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS purposefully revealed *JAPLAN* to HILLARY CLINTON and BILL CLINTON over the wires. At the time of disclosure, ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS knew that, under any circumstance, revealing *JAPLAN* [w]ould result in PLAINTIFF'S death. They also fully appreciated that the danger was especially high in revealing to HILLARY CLINTON and BILL CLINTON the plan of *JAPLAN*. ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS knew that HILLARY CLINTON and BILL CLINTON had effectively executed disabled individuals for political purposes before (*See*: Ricky Ray Rector), and that BILL CLINTON and HILLARY CLINTON had [essentially] murdered other informants whose identities had been revealed to them [*See*: Clinton Body Count]. Thus, the plaintiffs have alleged that the disclosure by ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS of PLAINTIFF'S information about *JAPLAN* to HILLARY CLINTON and BILL CLINTON was not only "conduct intended to injure" PLAINTIFF, but also conduct intended to injure him *fatally.* Moreover, the conduct was "unjustifiable by any government interest." It is true that the government had a legitimate interest in [Paragraphs XX in Section XX], and, *in a most perverse sense*, the death of PLAINTIFF furthered that lawful goal. With good reason, however, neither ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS nor any of the other agents has advanced a Swiftian proposal that the government's interest in prosecuting PLAINTIFF [for their own misdeeds all the while obtaining $14,900,000,000 at the condition of PLAINTIFF's forced labor] warranted offering up PLAINTIFF as a sacrificial lamb. Indeed, it is a fundamental tenet of the Constitution that the ends of law enforcement do not justify all means used to fight crime. *See, e.g., Olmstead v. United States,* 277 U.S. 438 (1928) ("To declare that in the administration of the criminal law the end justifies the means — to declare that the government may commit crimes in order to secure the conviction of a private criminal — would bring terrible retribution.") (Brandeis, J., dissenting). Because the plaintiffs have alleged that the conduct of DEFENDANTS was "intended to injure [PLAINTIFF] in some way unjustifiable by any government interest," the plaintiffs have unquestionably pleaded conscience-shocking conduct on the part of DEFENDANTS.

# Section I: BASIS OF JURISDICTION and VENUE:
**A:**
- 42 U.S.C. §1983;

- 42 U.S.C. §1985;
- 42 U.S.C. §1986;
- 18 U.S.C. §1961 et al.,
- 18 U.S.C. §2340;
- 18 U.S.C. §2441;
- 20 U.S.C. §701;
- 42 U.S.C. §2000aa;
- 42 U.S.C. § 2000a;
- 42 U.S.C. §2000dd;
- TERRORISM RISK INSURANCE ACT of 2002.
- FSIA 28 U.S.C. §1605B
- 28 U.S.C. §1330
- 18 U.S.C. § 2520(a)
- 50 U.S.C. 1810
- 28 U.S.C. §1343;
- 28 U.S.C. §1367 (and Louisiana Revised Statutes)
- 42 U.S.C. §2000a-6;
- 18 U.S.C. §1964;
- RFRA/42 U.S.C. §2000bb
- 18 U.S.C §2333
- 28 U.S.C. §1605(a)(7)
- 28 U.S.C. §1330
- 50 U.S.C. §1810
- 29 U.S.C. §790 (Section 504)

**B:** Venue is proper because this the DISTRICT COURT OF UTAH is the only place PLAINTIFF can go in order to have any semblance of Due Process guarantees. PLAINTIFF is technically a resident of Utah. PLAINTIFF understands that certain DEFENDANTS may argue that venue is not proper under FSIA; however, PLAINTIFF tried to take account of that by filing in the Northern District of Illinois and the 7th Circuit Court of Appeals in which PLAINTIFF was met by unbelievable RICO violations and Constitutional Right deprivations. Under no fucking circumstances does PLAINTIFF want to step foot and argue the case in the District Court of Washington D.C. and/or the 4th Circuit because PLAINTIFF will immediately lose because those Courts are so fundamentally and unconstitutionally biased against PLAINTIFFs asserting any claims against the United States Government, any agencies of the United States Government, and any employees of the United States Government. This case is an extension of the proper venue having been asserted in Chicago in which numerous DEFENDANTS susceptible to a lawsuit under FSIA have proper jurisdiction over (i.e. Northern District of Illinois and the 7th Circuit Court of Appeals). PLAINTIFF tried to fairly and constitutionally litigate the case in the 5th Circuit Court of Appeals but was met with the most egregious abuse of power and unconstitutional decision asserted by a law clerk in the 5th Circuit Court of Appeals in which numerous defendants would be susceptible to lawsuit in Dallas or Houston that the 5th Circuit Court of Appeals has jurisdiction over.

# Section II: List of Crimes Committed Against PLAINTIFF Through The Years and the DOJ, FBI, DoD, DHS, NSA,& CIA all knew about it & did nothing:

- 18 USC 35
- 18 USC 36 (attempted)
- 18 USC 37
- 18 USC 38
- 18 USC 39(B)
- 18 USC 241
- 18 USC 242
- 18 USC 247
- 18 USC 249
- 18 USC 250
- 18 USC 373
- 18 USC 402
- 18 USC 601
- 18 USC 602
- 18 USC 606
- 18 USC 610
- 18 USC 665
- 18 USC 666
- 18 USC 668
- 18 USC 669
- 18 USC 753 (allowing India, Russia, other DEFENDANTS to commit JAPLAN)
- 18 USC 872
- 18 USC 873
- 18 USC 875 (Blackmail email Summer 2015.)
- 18 USC 876
- 18 USC 877
- 18 USC 878
- 18 USC 880
- 18 USC 2701
- 18 USC 2710
- 18 USC 2441
- 18 USC 2340
- 18 USC 2340(B)
- 18 USC 2332b
- 18 USC 2332d.
- 18 USC 2339.
- 18 USC 2339A.
- 18 USC 2339C.

- 18 USC 2319
- 18 USC 2242
- 18 USC 2244
- 18 USC 2245
- 18 USC 1831
- 18 USC 1832
- 18 USC 1801
- 18 USC 1111 (PLAINTIFF said JAPLAN was worse than being murdered)
- 18 USC 1116 (PLAINTIFF being disabled overseas makes him protected)
- 18 USC 1121 (being maliciously used by CIA or FBI in their investigations and allowing JAPLAN to happen).

## Section III Cases In Support Of PLAINTIFF:

1. Some of the cases PLAINTIFF cited on the record in the *Chicago Cases* and the *Louisiana Cases*:

      i.     *Frank v. Mangum, 237 U. S. 309, (1915)*

     ii.     Brown v. Mississippi, 297 U.S. 278 (1936).

   iii.     *Spurr v. United States*, 174 U.S. 728 (1899)

   iv.     *Napue v. Illinois, 360 U.S. 264 (1959)*

     v.     *Mooney v. Holohan, 294 U.S. 103 (1935)*

   vi.     *Mesarosh v. United States, 352 U.S. 1 (1956)*

   vii.     *Powell v. Alabama, 287 U. S. 45. (1932)*

  viii.     *Hebert v. Louisiana, 272 U. S. 312, (1926)*

   ix.     *Moore v. Dempsey, 261 U. S. 86, (1923)*

     x.     *In re Murchison, 349 U.S. 133 (1955)*

   xi.     *Hampton v. United States, 425 U.S. 484 (1976)*

   xii.     *Haynes v. Washington, 373 U.S. 503 (1963)*

  xiii.     *Wong Sun v. United States, 371 U.S. 471 (1963)*

  xiv.     *Ex Parte Jackson, 96 U.S. 727 (1877)*

xv.    *United States v. Lard, 734 F.2d 1290 (8th Cir. 1984)*

xvi.    *Simmons v. United States, 348 U.S. 397 (1955)*

xvii.    *Ferguson v. Charleston, 532 U.S. 67 (2001)*

xviii.    *Stanford v. Texas, 379 U.S. 476 (1965)*

xix.    *Lee Art Theatre, Inc. v. Virginia, 392 U.S. 636 (1968)*

xx.    *Fahy v. Connecticut, 375 U.S. 85 (1963)*

xxi.    *Hamilton et al. v. Regents of the University of California et al., 293 U.S. 245 (1934)*

xxii.    *United States v. Gardner, 658 F. Supp. 1573 (W.D. Pa. 1987)*

xxiii.    *Fikes v. Alabama, 352 U.S. 191 (1957),*

xxiv.    *Wilson v. Seiter, 501 U.S 294 (1994)*

xxv.    *Rochin v California, 342 U.S. 165 (1952)*

xxvi.    *United States v. Leal, 32 F.4th 888 (10th Cir. 2022).*

xxvii.    *United States v. Dyke, 718 F.3d 1282 (10th Cir. 2013).*

xxviii.    *United States v. Deberry, 430 F.3d 1294, 1299 (10th Cir. 2005)*

xxix.    *Wayte v. United States, 470 U.S. 598, 608 n. 9 (1985)*

xxx.    *Pandick, Inc. v. Rooney, 632 F. Suppa 1430 (N.D. Ill. 1986)*

xxxi.    *Motta v. Samuel Weiser, Inc., 768 F.2d 481, 485 (1st eir.), cert. denied, 106 S. ct. 596 (1985).*

xxxii.    *Kay v. Bruno, 605 F. Suppa 767 (D. N.H.1985)*

xxxiii.    *Franks v Delaware, 438 U.S. 154 (1978)*

xxxiv.    *Temple University v. Salla Bros., Inc., 656 F. Supp. 97, 103 (E.D. Pa. 1986)*

xxxv.  *United States v. McNary, 620 F.2d 621, 628-29 (7th Cir. 1980),*

xxxvi.  *United States v. Godwin, 765 F.3d 1306 (11ᵗʰ Cir. 2014)*

xxxvii.  *Salinas v. United States, 522 U.S. 52, 61-66 (1997),*

xxxviii.  *United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997).*

xxxix.  *United States v. Carpenter, 317 F.3d 618 (6th Cir. 2003)*

xl.  *United States v. One Parcel 45 Claremont St., 395 F.3d 1 (1ₛₜ Cir. 2004).*

xli.  *Webster v. Doe, 486 U.S. 592 (1988)*

xlii.  *United States v. Turkette, 452 U.S. 576 (1981),*

xliii.  *Republic of the Philippines v. Marcos, 862 F.2d 1355 (9th Cir. 1988).*

xliv.  *United States v. Hasting, 461 U.S. 499 (1983).*

xlv.  *U.S. v. Matiz, 14 F.3d 79 (1st Cir. 1994)*

xlvi.  *Graham v. Connor, 490 U.S. 386 (1989)*

xlvii.  *Morgan v. Bank of Waukegan, 804 F.2d 970 (7th Cir. 1986)*

xlviii.  *Illinois Department of Revenue v. Phillips,771 F.2d 312 (7th Cir. 1985),*

xlix.  *U.S. v. Jacobson, 916 F.2d 467, 469 (8th Cir. 1990).*

l.  *U.S. v. Steinhorn, 739 F. Supp. 268, 271 (D. Md. 1990).*

li.  *Minnesota v. Murphy, 465 U.S. 420 (1984).*

lii.  *Spevack v. Klein, 385 U.S. 511 (1967)*

liii.  *McKune v. Lile, 536 U.S. 24 (2002).*

liv.  *United States v. Mourning, 914 F.2d 699 (5th Cir. 1990).*

lv.  *U.S. v. Ashland Oil Inc., 705 F. Supp. 270 (W.D. Pa. 1989)*

lvi.  *California v. Trombetta, 467 U.S. 479 (1984)*

lvii.  *United States v. Graves, 556 F.2d 1319 (5th Cir. 1977),*

lviii.    *United States v. Quinn, 543 F.2d 640, 647-48 (8ᵗʰ Cir. 1976)).*

lix.     *United States v. Yater, 756 F.2d 1058 (5th Cir. 1985).*

lx.      *United States v. Cook, 793 F.2d 734 (5th Cir. 1986)*

lxi.     *United States v. Postal,589 F.2d 862 (5th Cir.)*

lxii.    *U.S. v. Jones, 839 F.2d 1041 (5th Cir. 1988).*

lxiii.   *Michalowski v. Rutherford, 82 F. Supp. 3d 775 (N.D. Ill. 2015)*

lxiv.    *U.S. v. Harris, 997 F.2d 812 (10th Cir. 1993).*

lxv.     *United States v. Ramirez, 765 F.2d 438 (5th Cir. 1985)*

lxvi.    *People v Killian, 117 Mich. App. 220; 323 N.W.2d 660 (1982).*

lxvii.   *People v. Jamieson, 436 Mich. 61 (Mich. 1990).*

lxviii.  *United States v. Kaminski, 703 F.2d 1004 (7th Cir. 1983)*

lxix.    *United States v. Posada–Rios, 158 F.3d 832 (5th Cir. 1998).*

lxx.     *United States v. Harper, 802 F.2d 115 (5th Cir. 1986).*

lxxi.    *Kolender v. Lawson, 461 U.S. 352 (1983).*

lxxii.   *People v. Ming, 316 Ill. App. 3d 1274 (Ill. App. Ct. 2000).*

lxxiii.  *Sorrells v United States, 287 U.S. 435, 454; 53 S Ct 210; 77 L Ed 413*
         *(1932).*

lxxiv.   *Sherman v United States, 356 U.S. 369 (1958).*

lxxv.    *United States v. Tilton, 610 F.2d 302 (5th Cir. 1980)*

lxxvi.   *United States v. Tucker, 526 F.2d 279 (5th Cir. 1976)*

lxxvii.  *United States v. Rosenthal, 793 F.2d 1214 (11th Cir. 1986)*

lxxviii. *Munchinski v. Wilson, 694 F.3d 308 (3d Cir. 2012),*

lxxix.   *Mitchell v. Forsyth, 472 U.S. 511 (1985)*

lxxx.      *Rux v. Republic of Sudan, 495 F. Supp. 2d 541 (E.D. Va. 2007)*

lxxxi.     *Shaare Tefila Congregation v. Cobb, 481 U.S. 615 (1987)*

lxxxii.    *U.S. v. Luisi, 482 F.3d 43 (1st Cir. 2007)*

lxxxiii.   *United States v. Cuervelo, 949 F.2d 559 (2d Cir. 1991).*

lxxxiv.    *United States v. Therrien, 847 F.3d 9, 15 (1st Cir. 2017).*

lxxxv.     *United States v. Aguilar, 515 U.S. 593 (1995).*

lxxxvi.    *United States v. Agurs, 427 U.S. 97 (1976)*

lxxxvii.   *Wisconsin v. Constantineau, 400 U. S. 437 (1971)*

lxxxviii.  *Sedima, S.P.R.L. v. Imrex Co., 473 U.S. 479 (1985)*

lxxxix.    *United States v. Margiotta, 688 F.2d 108 (2d Cir. 1982)*

xc.        *Silverman v. United States, 365 U. S. 505 (1961)*

xci.       *Katz v. United States, 389 U. S. 347 (1967)"*

xcii.      *United States v. Keane, 522 F.2d 534 (7th Cir. 1975)*

xciii.     *Alexander v. Choate, 469 U.S. 287 (1985)*

xciv.      *Pushkin v. Regents of Univ. of Colorado, 658 F.2d 1372 (10th Cir. 1981).*

xcv.       *Lane v. Peña, 518 U.S. 187 (1996)*

xcvi.      *Withrow v. Larkin, 421 U.S. 35 (1975)*

xcvii.     *United States v. Cruikshank et al. 92 U.S. 542 (1876)*

xcviii.    *Wilkes v. Wood, 98 Eng. Rep. 489 (1763)*

xcix.      *State v. Finno, 643 So. 2d 1166 (Fla. Dist. Ct. App. 1994)*

c.         *Entick v. Carrington, 95 Eng. Rep. 807 (1765)*

ci.        *United States v. Manley, 632 F.2d 978 (2d Cir. 1980).*

cii.     *United States v. Mazzella, 768 F.2d 235 (8th Cir. 1985)*

ciii.    *Groh v. Ramirez, 540 U.S. 551 (2004)*

civ.     *Laird v. Tatum,* 408 U.S. 1 (1972) (may or may not be included in Complaint).

cv.      *State v. Kennedy*, 290 Or. 493 P.2d 99 (1981)

cvi.     *U.S. v. Woods*, 416 F. Supp. 2d 489, 495 (N.D. Miss. 2006).

cvii.    *Pulliam v. Allen*, 466 U.S. 522 (1984)

cviii.   *Beacon Theatres, Inc.* v. *Westover*, 359 U.S. 500 (1959)

cix.     *Ex parte Fahey*, 332 U.S. 258 (1947)

cx.      *United States v. Clark*, 646 F.2d 1259 (8th Circuit 1981)

cxi.     *Zhang v. Gonzales*, 426 F.3d 540 (2d Cir. 2005)

cxii.    *Allgeyer v. Louisiana*, 165 U.S. 578 (1897)

cxiii.   *West Coast Hotel Co. v. Parrish*, 300 U.S. 379 (1937),

cxiv.    *Colorado v. Connelly*, 479 U.S. 157 (1986),

cxv.     *Dennis v. Sparks,* 449 U.S. 24 (1980),

cxvi.    *People v. Fair*, 193 Ill. 2d 256 (Ill. 2000)

cxvii.   *People v. Gacho*, 2012 Ill. App. 91675 (Ill. App. Ct. 2012)

cxviii.  *State v. Benson*, 973 S.W.2d 202 (Tenn. 1998),

cxix.    *Harte v. Chicago Council of Lawyers*, 220 Ill. App. 3d 255 (Ill. App. Ct. 1991)

cxx.     *Forrester v. White*, 484 U.S. 219 (1988)

cxxi.    *Stump v. Sparkman*, 435 U.S. 349 (1978)

cxxii.   *Lane v. Franks*, 573 U.S. 228 (2014)

cxxiii.    *Randall v. Brigham*, 7 Wall. 523 (1869)

cxxiv.    *WEINBERGER v. ROMERO-BARCELO*, 456 U.S. 305 (1982)

# Section IV: Procedural History & Facts:

1. PLAINTIFF is a resident of UTAH and is an American and Serbian Citizen.

2. PLAINTIFF is proceeding In Forma Pauperis and Pro-Se.

3. PLAINTIFF'S Soul is PLAINTIFF'S and God's Property. This is especially true as a Constitutional issue, religious freedom issue, and RICO issue.

4. PLAINTIFF attests to the facts as completely true to the best of his current understanding after continuously being tortured for years and being subject to horrendous RICO violations. This is a verification statement.

5. PLAINTIFF comes now to the DISTRICT COURT of UTAH after what can only be described as corrupt proceedings by JUDGE BRAIN JACKSON AND JUDGE RICHARD BOURGEOIS JR in Case Number: 24-cv-000310-BAJ-RLB (hereon: *The Louisiana Cases*[2]).

6. The *Louisiana Cases*, quite simply, are PLAINTIFF'S attempt to remedy the Constitutional and RICO harms that occurred in numerous cases that occurred in the NORTHERN DISTRICT OF ILLINOIS COURT and the 7th CIRCUIT COURT OF APPEALS from December 27th, 2023 when PLAINTIFF filed his initial complaint in the Northern District of Illinois and to end the RICO Conspiracy and Enterprise that occurred over 15 years against

---

[2] PLAINTIFF understands that there has only been one case in Louisiana and *Louisiana Cases* should be in the singular form of *Louisiana Case*; however, for mental simpleness and cohesiveness, PLAINTIFF is just making *Louisiana Cases* plural to match the plurality of the *Chicago Cases.*

PLAINTIFF in which PLAINTIFF was denied Due Process and subject to RICO acts even before he filed his complaint in the Northern District of Illinois on December 27th, 2023.

7. CHIEF JUDGE REBECCA PALLMEYER, CHIEF JUDGE DIANA SYKES, JUDGE JENKINS and/or other DEFENDANTS were fundamentally the principal leaders in the RICO Enterprise in the *Chicago Cases* against PLAINTIFF in the *Chicago Cases* taking steps to ensure PLAINTIFF remained a slave, corruptly ruling against PLAINTIFF, obstructing justice, fabricating evidence against PLAINTIFF, in which they all necessarily violated one or more or a combination of the following in 18 USC 1961 sections 891–894 (relating to extortionate credit transactions), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).[3] Due to the RICO violations, Free Speech Retaliation, Disability Retaliation, Due Process, and Religious Retaliation against PLAINTIFF'S Constitutional Rights thereby violating 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

8. ANGIE ORTIZ, the Indian Government and their proxies, VERICA KOTEVSKI and CHRISTOPHER ADAMO (aka BRANKO KOTEVSKI), and/or the RUSSIAN Government and their proxies, and/or a combination thereof continue to violate RICO throughout the entire *Chicago Cases* and *Louisiana Cases* in which they all necessarily violated one or more or a combination of the following in 18 USC 1961 sections 891–894 (relating to extortionate

---

[3] PLAINTIFF is not including other violations of 18USC1961 that the decision necessarily and materially aided and abetted the RICO Enterprise.

credit transactions), section 1341 (relating to mail fraud), section 1343 (relating to wire

fraud), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction

of criminal investigations), section 1511 (relating to the obstruction of State or local law

enforcement), section 1512 (relating to tampering with a witness, victim, or an informant),

section 1513 (relating to retaliating against a witness, victim, or an informant), sections

1581–1592 (relating to peonage, slavery, and trafficking in persons).[4]  Due to the RICO

violations, Free Speech Retaliation, Disability Retaliation, Due Process, and Religious

Retaliation against PLAINTIFF'S Constitutional Rights thereby violating  18 USC 1962(a),

18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d). PLAINTIFF cannot express the

astronomical levels of frustration with the Government of Russia through the intentional

obstruction of these proceedings via CHRISTOPHER ADAMO and VERICA KOTEVSKI

as they have no right to obstruct these proceedings.

9. The *following cases constitute the Chicago Cases: Kotevski v. Clinton, 23-17137 N.D.*

   *Illinois; Kotevski v. Jenkins, 24-1085 7th Circuit Court of Appeals, In Re: Milan Michael*

   *Kotevski, 24-1085 7th Circuit Court of Appeals, and most importantly, In Re: Milan Michael*

   *Kotevski 2024cv00556 N.D. Illinois*

10. *The Text of In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois that was filed on Jan*

    *23rd, 2024 is the following with PLAINTIFF'S emphasis:*

    **a.** *"***Filing 1** EXECUTIVE COMMITTEE ORDER: On December 6, 2023, Milan
    Kotevski entered the Dirksen U.S. Courthouse. **While present, he made several
    inappropriate and threatening statements. These remarks caused concern for
    the safety of individuals**. ***Representatives of the United States Marshals Service***
    were called to ***provide assistance*** and investigated the matter. ***The Court's
    Executive Committee finds that there is sufficient cause for concern regarding
    Mr. Kotevski's conduct*** if he is not escorted during his time in the Dirksen U.S.

---

[4] PLAINTIFF is not including other violations of 18USC1961 that the decision necessarily and materially aided and abetted the RICO Enterprise.

Courthouse in Chicago, Illinois or the Roszkowski U.S. Courthouse in Rockford, Illinois. IT IS, THEREFORE, HEREBY ORDERED THAT to maintain judicial security, Mr. Kotevski is ordered to sign in upon arrival at the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois, 60604 or in the Stanley J. Roszkowski U.S. Courthouse at 327 S. Church Street, Rockford, Illinois 61101, and IT IS FURTHER ORDERED THAT a representative of the U.S. Marshals Service shall accompany Mr. Kotevski at all times while he is present in the Dirksen U.S. Courthouse or in the Stanley J. Roszkowski U.S. Courthouse, and IT IS FURTHER ORDERED THAT a miscellaneous file with the title "In the Matter of: Milan Kotevski" and case number 24 CV 00556 shall serve as the repository of this order, and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures.IT IS ALSO ORDERED that the Clerk shall cause a copy of this order to be left at the security desk in the lobby to hand to Mr. Kotevski the next time he enters one of the courthouses of the Northern District of Illinois. Signed by the Executive Committee on 1/23/2024. **Mailed notice. (lw, )."**

11. **PLAINTIFF incorporates the entirety of the record, legal claims, facts, and the legal arguments from the *Chicago Cases* herein if PLAINTIFF did not include them all.**

12. . PLAINTIFF will use terms like the *Japanese Conspiracy Dinner*, *JAPLAN*, *Attachment A, and more from the Chicago Cases* and the *Louisiana Cases.* On 04/28/2015, PLAINTIFF'S 27th Birthday, every facet of "*Japlan"* was thoroughly talked about in which DEFENDANTS at the White House attending a State Dinner for Japan conspired against PLAINTIFF on his upcoming trip to Japan in May 2015 (hereon: *Japanese Conspiracy Dinner*).

13. *Attachment A* in the *Chicago Cases*, for all intents and purposes, is a highly detailed legal argument that at times is in a narrative form and could serve as a complaint, could serve as an exhibit, gives all of PLAINTIFF'S arguments and explanations into everything that he understands led to the current situation.

14. To quickly summarize the procedural history based on fact: on October 20th, 2023, PLAINTIFF gave to the DOJ a copy what is referred to as Attachment A from PLAINTIFF'S Complaint that was filed on December 27th, 2023 in the Northern District of Illinois.

REBECCA PALLMEYER and/or other DEFENDANTS in the White House and/or DOJ corruptly knew that JUDGE DURKIN would have been uncorrupt, constitutionally unbiased, and they concocted a scheme to get JUDGE DURKIN off the case and intentionally replace him with JUDGE JENKINS in order to corruptly rule adversely against PLAINTIFF at every opportunity she could have against PLAINTIFF'S Constitutional Rights and RICO in PLAINTIFF'S case in violation of 18 USC 1962(D), 18 USC 1962(C), 18 USC 1962(B), and 18 USC 1962(A). PLAINTIFF utilized a basic form (civil rights complaint) provided for by the Northern District of Illinois Court and JUDGE JENKINS not recognizing the corrupt stupidity of her decision made a ruling that their own form did not comply with their own rules and regulations. Court Judge JENKINS treated Exhibit A from PLAINTIFF'S Complaint as a Complaint in and of itself--numerous issues arouse from such; since JUDGE JENKINS either corruptly or negligently treated *Attachment A* as a complaint, that means the DOJ did too and that means they were properly served and failed to respond in time; Then PLAINTIFF appealed 60B Motions and a Rule 55 Motion in response to such. Throughout the entirety of the *Chicago Cases*, every single decision, separately and jointly, coming from JUDGE JENKINS and CHIEF JUDGE REBECCA PALLMEYER in response to all of PLAINTIFF'S Motions were in violation of PLAINTIFF'S Constitutional Rights and RICO. JUDGE REBECCA PALLMEYER violated 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) when she filed and submitted to the Court *In Re: Milan Michael Kotevski*, 24cv556, N.D. Illinois, 2024[5] in which she necessarily violated one or more or a combination of the following in 18 USC 1961 sections 891–894 (relating to extortionate credit transactions), section 1341 (relating to mail fraud), section 1343 (relating

---

[5] https://dockets.justia.com/docket/illinois/ilndce/1:2024cv00556/454415

to wire fraud), section 1503 (relating to obstruction of justice), section 1510 (relating to

obstruction of criminal investigations), section 1511 (relating to the obstruction of State or

local law enforcement), section 1512 (relating to tampering with a witness, victim, or an

informant), section 1513 (relating to retaliating against a witness, victim, or an informant),

sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).[6]  Due to the

RICO violations, Free Speech Retaliation, Disability Retalation, Due Process, and Religious

Retaliation against PLAINTIFF'S Constitutional Rights, and different Constitutional Rights

violations by JUDGE JENKINS in the *Chicago Cases*, PLAINTIFF appealed to the 7th

Circuit Court of Appeals and the 3 panel decision of WOODS, PRYOR, and JACKSON-

AKIWUMI was corruptly decided in which they knew of the RICO violations that had

occurred in all of the District Court Decisions in the *Chicago Cases*, which means that they

get no judicial immunity. There is no judicial immunity for improperly deciding Writ of

Mandamus cases, which is especially true when the decision is based on fraud and

corruption. The change in initial District Court Judge and the intentional selection of the

Panel was a corrupt decision facilitated by CHIEF JUDGE DIANE SYKES in violation of

RICO. PLAINTIFF appealed to the 7th CIRCUIT COURT OF APPEALS EN BANC in

which 8 unknown judges that knew of the RICO and Constitutional violations that occurred

in the Panel Decisions and the District Court decisions denied an EN BANC hearing with no

reason as to why it was denied. The entire time, PLAINTIFF is proceeding Pro-Se and as a

slave after having been tortured for years in which the Courts knew of PLAINTIFF'S

declining cognitive capacity and no money to bring such a lawsuit. Then PLAINTIFF filed in

---

[6] PLAINTIFF is not including other violations of 18USC1961 that the decision necessarily and materially aided and abetted the RICO Enterprise.

the Middle District of Louisiana hoping to have a sympathetic Court in which PLAINTIFF

was met with even more corruption by JUDGE BOURGEOIS and JUDGE JACKSON.

15. PLAINTIFF implores the Court to read Exhibit Q, which was PLAINTIFF'S En Banc

motion to the 7th Circuit Court of Appeals in which unknown 8 judges in the 7th Circuit Court

of Appeals rejected PLAINTIFF'S motion without so much as an explanation that should

horrify this Court about the enabling of corruption, war crimes, torture, and more in violation

of  18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

16. PLAINTIFF believes that the entire record from the *Chicago Cases* and the *Louisiana Cases*

are enough to warrant a permanent injunction and a permanent restraining order. Similarly, if

the record is not enough, that is because DEFENDANTS CIA, FBI, GRU, and other

American and Foreign Government agencies have intentionally deprived PLAINTIFF of the

information necessary in order to prevent PLAINTIFF from being able to litigate in violation

of RICO and PLAINTIFF'S Due Process rights.

17. On October 20th, 2023, instead of giving an expected answer of 21 days for DEFENDANTS

to respond when they had notice of *Attachment A* and the fundamental basis of

PLAINTIFF'S lawsuit, PLAINTIFF waited around 45 days or so—twice as long as

expected-- to hear anything meaningful back from DEFENDANTS. PLAINTIFF did not hear

anything meaningfully back based on the severity of the allegations PLAINTIFF alleged.

18. In the 45 days or so inbetween October 20th, 2023 and December 6th, 2023, at least the State

Department received notice of PLAINTIFF'S lawsuit because they decided to go talk to the

NORTH MACEDONIAN government during that time. There are numerous examples that

PLAINTIFF has put on the record in the *Chicago Cases* that shows DEFENDANTS were

talking about PLAINTIFF and were conspiring to deprive PLAINTIFF of his property,

rights, and liberty in violation of 18 USC 1962(D) and 18 USC 241 that during the course of litigation in which the *Chicago Cases* Courts did nothing to resolve such.

19. So after around 45 days or so after initially giving *Attachment A* in the *Chicago Cases*, PLAINTIFF visited the DOJ on December 6th, 2023.

20. In between the 45 days or so after giving Attachment A in the *Chicago Cases*, PLAINTIFF called DOJ multiple times to ask what they thought of what PLAINTIFF had documented. Each time, PLAINTIFF asked for the unknown CLERK/PARALEGAL at DOJ what she thought of PLAINTIFF'S document.

21. Unknown CLERK/PARALEGAL at DOJ refused to meaningfully interact and discuss the severity of the allegations in which all she had to really do was read about 100 pages that detailed the basic premise and outline of the case. PLAINTIFF may have gotten emotional during the calls, but never to the point of threatening or harassing or putting into reasonable fear any DOJ employees.

22. In the 45 days or so from October 20th, 2023 to December 6th, 2023 and during the course of litigation in the *Chicago Cases*, PLAINTIFF became aware of some of the happenings that DEFENDANTS were doing in regards to what PLAINTIFF alleged. For example, the CEO of BOEING resigned; the head administrator of the Atlanta Jackson Hartfield Airport resigned; ERIC HOLDER and TIM COOK of APPLE met with one another; the FBI and INDIAN Intelligence met with one another and talk and conspired against PLAINTIFF; DELTA AIRLINES, APPLE, and ATT all have not adequately responded to PLAINTIFF.

23. So on December 6th, 2023, PLAINTIFF visited the DOJ in person to talk about what he wrote and detailed.

24. PLAINTIFF was not under suspicion of having done anything wrong in his interactions prior to December 6th, 2023. PLAINTIFF cordially interacted with the US Marshals as soon as he entered the building that day. Then PLAINTIFF started recorded the entirety of the encounter he had with the DOJ and US Marshals on December 6th, 2023 from the moment he was in the elevator going up to the DOJ.

25. The video of PLAINTIFF'S interaction with the DOJ and US Marshals on December 6th, 2023 can be found at this link: https://www.youtube.com/watch?v=ns4hu1ZQG3I

26. The video mentioned in the previous paragraph proves beyond a reasonable doubt that REBECCA PALLMEYER'S description of PLAINTIFF's conduct and actions on December 6th, 2023 was materially false and done in furtherance of RICO Enterprise #1. PLAINTIFF made no threatening statements on December 6th, 2023. PLAINTIFF'S statements that were a indeed a major cause for concern; however, as it is written in the order, they are a cause for concern based allegedly on PLAINTIFF'S threatening statement where in reality PLAINTIFF'S statements are a major cause for concern as to the integrity of the Justice Department and the United States Marshals and proves why in the Chicago Cases the United States Marshals refused to serve DEFENDANTS despite knowing PLAINTIFF perfectly met the qualificaitons for IFP by law--PLAINTIFF gave warnings to the United States Marshals that they were perpetuating a RICO Enterprise, inquired as the substantive nature of crimes inflicted upon PLAINTIFF that DEFENDANTS continue to be willfully blind to, and more

27. JUDGE JENKINS was assigned as the Judge in PLAINTIFF'S case after the initial judge that was assigned decided he no longer wanted to decide the case in conspiracy with CHIEF JUDGE REBECCA PALLMEYER in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d)..

28. There existed a conspiracy amongst DEFENDANTS that JUDGE JENKINS would be the one that would handle PLAINTIFF'S case knowing she would further the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(D); this was probably done at the direction of CHIEF JUDGES JUDGE REBECCA PALMEYER of the NORTHERN DISTRICT OF ILLINOIS and the CHIEF JUDGE OF THE 7th CIRCUIT COURT OF APPEALS JUDGE DIANA SYKES.

29. Sometime between October 20th, 2023 and December 27th, 2023 (the day PLAINTIFF filed his complaint in the Chicago Cases), CHIEF JUDGE of the NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER conspired with DEFENDANTS to deprive PLAINTIFF of Due Process and perpetuate the RICO Enterprise against PLAINTIFF in violation of PLAINTIFF'S Constitutional Rights of the 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment rights and RICO 18 USC 1962(D) and 18 USC 1961.

30. CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER and JUDGE JENKINS conspired together in violation of 18 USC 1962(D) at least once between December 6th, 2023 and the conclusion of the *Chicago Cases* and at multiple intervals during the same time period.

31. CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER knowingly and intentionally and in complete disgrace to the robe and judicial branch filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois*[7] to perpetuate and further the RICO Enterprise against PLAINTIFF.

---

[7] Last Checked: July 2nd, 2024: https://dockets.justia.com/docket/illinois/ilndce/1:2024cv00556/454415

32. Continuing the previous paragraph, part of the reason why CHIEF JUDGE OF THE
NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER knowingly and
intentionally filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois* was to create
fabricated evidence that the FBI and DOJ could use against PLAINTIFF to allegedly
demonstrate that PLAINTIFF made threatening comments when he has not in which the FBI
and DOJ routinely falsely alleged that PLAINTIFF made threatening statements or falsely
posed as threat or falsely was a terrorist when PLAINTIFF was never those things in
violation of RICO 18 USC 1961 section 1503 (relating to obstruction of justice), section
1510 (relating to obstruction of criminal investigations), section 1511 (relating to the
obstruction of State or local law enforcement), section 1512 (relating to tampering with a
witness, victim, or an informant), section 1513 (relating to retaliating against a witness,
victim, or an informant) that was a key feature in allowing the RICO Enterprise against
PLAINTIFF to continue unconstitutionally and illegally.

33. PLAINTIFF'S December 6th, 2023 video is demonstrative of ***ALL*** the interactions
PLAINTIFF had with law enforcement officers at any time in his life in which he never
threatened any officers or caused any officer or individual to be in reasonable fear for their
lives.

34. CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA
PALLMEYER by having filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois*
filed such an action through the wires or via the mail in which a copy of such was sent via
USPS.

35. CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA
PALLMEYER by having filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois*

constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

36. Every decision the Panel of JUDGES WOOD, JACKSON-AKIWUMI, and PRYOR made in the *Chicago Cases* furthered the RICO Enterprise against PLAINTIFF in which JUDGE WOOD, JUDGE JACKSON-AKIWUMI, and JUDGE PRYOR knew of the corruption perpetuated by JUDGE PALLMEYER and intentionally failed to stop the RICO Enterprise when JUDGE WOOD, JUDGE JACKSON-AKIWUMI, and JUDGE PRYOR had knowledge of such RICO violations and reason to know of such RICO violations and ruled against PLAINTIFF when they should not have ruled against PLAINTIFF corruptly. Therefore, DEFENDANTS JUDGE WOOD, JUDGE JACKSON-AKIWUMI, and JUDGE PRYOR became material actors and aided and abetted CHIEF JUDGE OF THE

NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER'S corruption when she

filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois* constitutes, at a minimum,

one or more of the following RICO violations under RICO: section 1341 (relating to mail

fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in

foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510

(relating to obstruction of criminal investigations), section 1511 (relating to the obstruction

of State or local law enforcement), section 1512 (relating to tampering with a witness, victim,

or an informant), section 1513 (relating to retaliating against a witness, victim, or an

informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons),

sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section

1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating

to racketeering), section 1957 (relating to engaging in monetary transactions in property

derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of

interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the

sexual exploitation and trafficking of minors.

37. PLAINTIFF appealed for an En Banc hearing to the 7th CIRCUIT COURT OF APPEALS to

remedy the corruption that took place based on the decisions  made in the *Chicago Cases*

furthered the RICO Enterprise against PLAINTIFF in which unknown 8 judges in the 7th

CIRCUIT COURT OF APPEALS denied PLAINTIFF'S motion for an EN BANC hearing in

which those 8 unknown judges in the 7th CIRCUIT COURT OF APPEALS knew of the

corruption perpetuated by JUDGES WOOD, JACKSON-AKIWUMI, and PRYOR, JUDGE

PALLMEYER, and JUDGE JENKINS and intentionally failed to stop the RICO Enterprise

when unknown 8 7th CIRCUIT COURT OF APPEALS JUDGES had knowledge of such

corruption and reason to know of such corruption and ruled against PLAINTIFF when they should not have ruled against PLAINTIFF corruptly. Therefore, unknown 8 7th CIRCUIT COURT OF APPEALS judges became material actors and aided and abetted JUDGES WOOD, JACKSON-AKIWUMI, and PRYOR, JUDGE PALLMEYER, and JUDGE JENKINS corrupt decisions, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

38. CHIEF JUDGE of the 7th CIRCUIT COURT OF APPEALS DIANE S. SYKES, who oversees the 7th CIRCUIT COURT OF APPEALS and the NORTHERN DISTRICT OF ILLINOIS, knew of the RICO violations that took place by unknown 8 judges in the 7th CIRCUIT COURT OF APPEALS who denied PLAINTIFF'S EN BANC hearing and the RICO violations undertaken by JUDGE WOOD, JUDGE JACKSON-AKIWUMI, JUDGE

PRYOR, JUDGE PALLMEYER, and JUDGE JENKINS throughout the *Chicago Cases* in

which CHIEF JUDGE of the 7th CIRCUIT COURT OF APPEALS DIANE S. SYKES

intentionally failed to stop the RICO Enterprise against PLAINTIFF and had knowledge of

such RICO violations and Constitutional Deprivations undertaken by judges under her direct

control. Therefore, JUDGE DIANE S. SYKES became a material actor in the RICO

Enterprise against PLAINTIFF and aided and abetted numerous RICO violations and

Constitutional Deprivations without Due Process of law, which constitutes, at a minimum,

one or more of the following RICO violations under RICO: section 1341 (relating to mail

fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in

foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510

(relating to obstruction of criminal investigations), section 1511 (relating to the obstruction

of State or local law enforcement), section 1512 (relating to tampering with a witness, victim,

or an informant), section 1513 (relating to retaliating against a witness, victim, or an

informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons),

sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section

1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating

to racketeering), section 1957 (relating to engaging in monetary transactions in property

derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of

interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the

sexual exploitation and trafficking of minors.

39. Every decision JUDGE JACKSON and JUDGE BOURGEOIS made in the *Louisiana Cases*

furthered the RICO Enterprise against PLAINTIFF in which JUDGE JACKSON and JUDGE

BOURGEOIS failed to stop the RICO Enterprise against PLAINTIFF despite numerous

attempts of PLAINTIFF to draw attention to the corruption of the *Chicago Cases* when

JUDGE BRAIN JACKSON and JUDGE BOURGEOIS had actual knowledge of such RICO

violations since they had the full and complete record of the RICO violations made in the

*Chicago Cases*, therefore, DEFENDANTS JUDGE JACKSON and JUDGE BOURGEOIS

became material actors and aided and abetted the RICO Enterprise against PLAINTIFF in

which every single one of their decisions in the *Louisiana Cases* constitutes, at a minimum,

one or more of the following RICO violations under RICO in furtherance of the RICO

Enterprise against PLAINTIFF: section 1341 (relating to mail fraud), section 1343 (relating

to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting),

section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of

criminal investigations), section 1511 (relating to the obstruction of State or local law

enforcement), section 1512 (relating to tampering with a witness, victim, or an informant),

section 1513 (relating to retaliating against a witness, victim, or an informant), sections

1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832

(relating to economic espionage and theft of trade secrets), section 1951 (relating to

interference with commerce, robbery, or extortion), section 1952 (relating to

racketeering), section 1957 (relating to engaging in monetary transactions in property derived

from specified unlawful activity), aiding and abetting section 1958 (relating to use of

interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the

sexual exploitation and trafficking of minors.

40. From at least October 20th, 2023 through July 2, 2024, DEFENDANTS DIANE S. SYKES,

   unknown 8 7th CIRCUIT COURT OF APPEALS JUDGES, JUDGE WOOD, JUDGE

JACKSON-IKIWUMI, JUDGE REBECCA PALLMEYER, and JUDGE JENKINS entered

into a conspiracy against PLAINTIFF in violation of 18 USC 1962(D).

41. From at least the time PLAINTIFF filed his complaint in Louisiana in the *Louisiana Cases*

(if not before and up to August 2013) through July 2, 2024, DEFENDANTS JUDGE

JACKSON and JUDGE BOURGEOIS entered into a conspiracy against PLAINTIFF in

violation of 18 USC 1962(D).

42. All of the decisions in the *Chicago Cases* and the *Louisiana Cases* were sent via USPS over

state lines making it federal thereby making each decision an act of mail fraud under 18 USC

1961 section 1341 (relating to mail fraud). PLAINTIFF has at least 10 counts of mail fraud

by DEFENDANTS.

43. Each and every single time the Indian Government, Russian Government, and the United

States Government through one of their workers or proxies or 5 Eyes or the South Korean

Government hacked into PLAINTIFF'S laptop and phone illegally to prevent PLAINTIFF

from learning about the fraud, impairing an investigation, tampering with PLAINTIFF, they

did so over the wires to perpetuate the wire fraud committed against PLAINTIFF in which by

PLAINTIFF'S count having done so at least once a day for the last nine or ten years means

that is 3,650 counts of wire fraud under 18 USC 1961 Section 1343 and 18 USC 1961

Section 1029; and if the Indian Government, Russian Government, and the United States

Government did so all in sum for more than 10 years on a daily basis, that is more than

10,000 counts of violating 18 USC 1961 Section 1343 and 18 USC 1961 Section 1029.

44. From the entire time between October 20th, 2023 and the filing of this motion, CHIEF

JUSTICE JOHN ROBERTS and/or JUSTICE SAMUEL ALITO has been in contact with at

least one of the following: DEFENDANTS DIANE S. SYKES, unknown 8 7th CIRCUIT

COURT OF APPEALS JUDGES, JUDGE JACKSON, JUDGE BOURGEOIS, JUDGE

WOOD, JUDGE JACKSON-IKIWUMI, JUDGE REBECCA PALLMEYER, and JUDGE

JENKINS in order to perpetuate the RICO Enterprise against PLAINTIFF.

45. The Courts in the *Chicago Cases* and the *Louisiana Cases* continue to ignore substantial and

materially important liberty issues of whether or not PLAINTIFF is married; if PLAINTIFF

is married, it is fraudulent, and every single decision PLAINTIFF'S wife made on behalf of

PLAINTIFF is fraudulent; whether PLAINTIFF is under a legal guardianship that was

induced by the CLINTONS, BIDENS, PRIME MINISTER MODI, SHINZO ABE, and the

former ambassador of JAPAN to coverup the war crimes committed against PLAINTIFF and

to continue to allow the ROTHSCHILDS to materially benefit from having war crimes done

to PLAINTIFF in which PLAINTIFF'S legal guardian has not informed PLAINTIFF of any

of their decisions involving PLAINTIFF; how an entire EN BANC 7th CIRCUIT COURT OF

APPEALS JUDGES cannot bring up the issue of PLAINTIFF'S marital status and legal

guardianship issues in which PLAINTIFF couldn't have been litigating in the first place and

how they could understand the slavery PLAINTIFF was subject to and allow PLAINTIFF to

continue to be a slave; and more.

46. There are at least 10 Counts of Violations of 18 USC 1962 (A),(B),(C), and (D) via the

*Chicago Cases* and *Louisiana Cases.*

47. PLAINTIFF intentionally brought numerous motions to decide both the *Chicago Cases* and

*Louisiana Cases* immediately as not to be a factor in the 2024 Presidential Election in which

it seems to PLAINTIFF that either the Democrat party or the Republican party want to blame

PLAINTIFF and falsely make him out to be a scapegoat by having this litigation be so close

to the election when PLAINTIFF did not and does not to be part of the 2024 Presidential

Election. PLAINTIFF, to the best of his recollection, said that to the Court in the *Chicago Cases* and/or the *Louisiana Cases* the Court there and here ignored PLAINTIFF. Politics was a serious reason why DEFENDANTS intentionally treated like PLAINTIFF as a slave for years and being worse than a piece of shit expendable thing for them and PLAINTIFF wants nothing to do with them and politics until he can feel in his heart love and respect again.

48. ANGIE ORTIZ, on the last day PLAINTIFF saw her in JAPAN, told PLAINTIFF that "We Are SOON TO BE Married." Not that ANGIE ORTIZ and PLAINTIFF are married; but soon to be married. SUNNY, from PLAINTIFF'S understanding, is married to someone else and has kids with someone else and PLAINTIFF would never be a cuck in a relationship or marriage. SUNNY AND ANGIE ORTIZ ARE NOT PLAINTIFF'S FAMILY. PLAINTIFF REALLY TRIED TO LEGALLY RESCUE ANGIE ORTIZ. ANGIE ORTIZ can prove she is PLAINTIFF'S family by talking to PLAINTIFF and telling PLAINTIFF everything.

49. PLAINTIFF knows the odd phenomenon he saw and witnessed since 2017; PLAINTIFF does not apologize for such and will not recant what he witnessed and experienced.

50. Since PLAINTIFF began this litigation in the *Louisiana Cases*, JUDGE BRAIN JACKSON has done nothing to end the RICO Enterprise against PLAINTIFF and has entered into a conspiracy with DEFENDANTS to continue to make PLAINTIFF a slave in violation of 18 USC 1962(D) and therefore continues to aid and abet a RICO Enterprise unlawfully and has become a material member in continuing the RICO Enterprise against PLAINTIFF

51. Furthermore, JUDGE BRAIN JACKSON may have allowed the RICO Enterprise to flourish in Spring 2015 leading up to the war crimes and RICO violations undertaken against PLAINTIFF in Spring 2015 based on allowing corrupted DHS, FBI, and CIA to continue the RICO Enterprise against PLAINTIFF.

52. The CIA, Department of Defense, FBI, Russian Intelligence/Military, and/or Indian Intelligence and the Indian Government and/or other countries like the UN or others continue to hold PLAINTIFF in some type of technological isolation against PLAINTIFF'S Constitutional Rights and have done so unrelentingly for more than 5 years.

53. PLAINTIFF has never directly: received any counteroffer for settlement from DEFENDANTS; any payment for services rendered on behalf of DEFENDANTS through the years; any meaningful answer to PLAINTIFF'S allegations; if PLAINTIFF was a member of the Department of Defense, he has not received a single dollar from them thereby making DOD liable for slavery and has not received care from the VA; any communication from DEFENDANTS adequately responding to PLAINTIFF'S allegations in any form; any notice of any criminal or civil proceedings against him since 2015; any Court order allowing DEFENDANT(S) to unlawfully hold into indentured servitude and slavery and technological isolation; any Court order allowing any DEFENDANTS to isolate PLAINTIFF technologically; any Court order allowing DEFENDANTS to go through PLAINTIFF'S email accounts and have control over such; any justification for having deleted material evidence from unlawfully having accessed PLAINTIFF'S phone and computer at any time that was in favor of PLAINTIFF'S allegation in violation of 18 USC 1962 et al; no communication from PLAINTIFF'S wife if PLAINTIFF is married informing him of his marriage, any decisions she made on behalf of PLAINTIFF since August 2015, and anything meaningful since August 2015; if PLAINTIFF is under a legal guardianship, PLAINTIFF has not received notice of such legal guardianship and any information regarding any decisions made on behalf of PLAINTIFF at anytime; if any governments listed as DEFENDANTS are

representing PLAINTIFF in some way or capacity, they have not adequately informed
PLAINTIFF of anything since August 2015.

54. PLAINTIFF is resorting to a Habeas Corpus petition to get DEFENDANTS out of
PLAINTIFF'S laptop and cellphone for they effectively and illegally control PLAINTIFF'S
life and hold him into slavery. PLAINTIFF has to resort to a Habeas Corpus petition if the
US Marines are unlawfully holding and/or detaining PLAINTIFF in some way or manner.
Furthermore, PLAINTIFF has to resort to a Habeas Corpus petition to get any militaries
listed as DEFENDANTS to pay PLAINTIFF because PLAINTIFF has not received any
money from any military listed as DEFENDANTS for any and all services rendered without
or without PLAINTIFF'S consent and knowledge. Simply, PLAINTIFF understands that he
is being that technologically tampered with and impaired and it can only be the result of
DEFENDANT Intelligence or Military service doing so without proper court order,
notification, consent, and in violation of 18 USC 1962 et al.

55. DEFENDANTS routinely took advantage of PLAINTIFF'S kindness, ignorance, and mercy
to further the RICO Enterprise against PLAINTIFF throughout the years to continue to
materially benefit from the RICO Enterprise against PLAINTIFF; furthermore,
DEFENDANTS routinely exploited PLAINTIFF'S need and desire for love by having
created situations to deprive him of the truly quintessential need of PLAINTIFF'S life
throughout college and law school—love and respect.

56. Let PLAINTIFF explain and give some examples of DEFENDANTS taking advantage of
PLAINTIFF in the next few paragraphs. PLAINTIFF firmly discovered RICO Enterprise #2
in or about Spring 2017 in which DEFENDANTS attempted to assassinate PLAINTIFF at
DEERFIELD HIGH SCHOOL in DEERFIELD, IL around the same time. PLAINTIFF,

through the course of his investigation, became aware of the Pandora's Box that RICO

Enterprise #2 is to America because of how political it had become, that it could be

connected to at least two different Supreme Court justices that PLAINTIFF is not mentioning

on purpose as a sign of respect to them even to this day, the financial implications that arose

from RICO Enterprise #2, the number of people it would impact, and the damage it would

cause to America *if fully prosecuted* to the full extent that RICO demands—thousands of jobs

lost, industries damaged, institutions degraded, and more. In PLAINTIFF'S mind at the time,

PLAINTIFF'S mind could not accept that what justice required would be the full prosecution

of RICO Enterprise #2 because the damage done to America as a whole was not worth

getting MARCIA GREENBERGER, NATIONAL WOMEN'S LAW CENTER, MS.

DUFFY at NWLC, JOCELYN SAMUELS, GEORGE SOROS, CATHERINE LHAMON,

RUSSLYNN ALI, TOM PEREZ, and more in which DOJ would probably agree with

PLAINTIFF about PLAINTIFF'S assessment to a certain extent and the FBI and JAMES

COMEY knew about it via PLAINTIFF'S pursuit of apprehending CATHERINE LHAMON

for a 18 USC 1001 violation and NWLC, CATHERINE LHAMON, RUSSLYNN ALI, and

JOCELYN SAMUELS violating numerous Constitutional Rights of students all across the

country, especially disabled students.

57. PLAINTIFF never sold the lawsuit concerning RICO Enterprise #2 to anyone because

PLAINTIFF fundamentally and on principle cannot do so because doing so would extremely

violate PLAINTIFF'S sense of justice as that was PLAINTIFF'S purpose and intention.

RICO Enterprise #2 is far more detrimental to Democrats than it is to Republicans; and if

PLAINTIFF was a full Republican playing for the Republican Party, he would have pursued

that litigation and sold RICO Enterprise #2 to the Republicans. PLAINTIFF at the time

recognized that if PLAINTIFF would have pursued the litigation with RICO Enterprise #2, he could have enriched himself to the tune of $44 Billion or more. PLAINTIFF was far more interested about pursuing justice and defending Constitutional Rights than making money from RICO Enterprise #2. All PLAINTIFF was fundamentally and at the forefront concerned about in 2017 and 2018 was RICO Enterprise #2 in which PLAINTIFF had a coping mechanism of helping people to alleviate PLAINTIFF'S pain in which PLAINTIFF was deep down inside pushing his feelings of what happened in RICO Enterprise #1 so that PLAINTIFF could help with RICO Enterprise #2.

58. PLAINTIFF has been routinely forced to sign contracts by DEFENDANTS through the years whether it was PLAINTIFF'S parents not knowing the legal interests of PLAINTIFF because DEFENDANTS took advantage of PLAINTIFF and his autism, the rooftop meeting with some BIDENS in 2015, quite possibly ANGIE ORTIZ in JULY 2015 in which she never informed PLAINTIFF of the contents of the contract, and THAO BUI in which PLAINTIFF told THAO BUI before, to the best of PLAINTIFF'S recollection, that PLAINTIFF'S parents routinely made PLAINTIFF sign contracts without reading them and after having war crimes committed against PLAINTIFF in which PLAINTIFF was an extremely vulnerable state in May 2016, made PLAINTIFF sign something that PLAINTIFF does not know.

59. PLAINTIFF trusted THAO BUI with his life at one time; if it was an employment contract PLAINTIFF signed, PLAINTIFF has not been paid a dime; PLAINTIFF believes THAO BUI suggested that PLAINTIFF hang for having war crimes committed against him in TOKYO that PLAINTIFF included a screenshot of a facebook post implying such (if it wasn't created by the FBI, CIA, or Russian Intel or Indian Intel to deceive PLAINTIFF); PLAINTIFF told the details of what happened with ANGIE ORTIZ hoping that the torture

against PLAINTIFF would stop and having been confined in isolation for so long without proper health care or payment multiple times and against PLAINTIFF'S Constitutional Interests so the pain could stop.

60. PLAINTIFF submitted to the District Court in Louisiana PLAINTIFF'S Permanent Injunction and PLAINTIFF'S Writ of Mandamus and Permanent Injunction to the 5th Circuit Court of Appeals, that both District Court for the Middle District of Louisiana and the 5th Circuit Court of Appeals received on or about Tuesday, July 16th, 2024 via FedEx.

61. On or about Thursday, July 18th, 2024, PLAINTIFF called the 5th Circuit Court of Appeals office to inquire about the case number for PLAINTIFF'S Writ of Mandamus Motion. The Court informed PLAINTIFF that a number would be given on Monday, July 22, 2024.

62. PLAINTIFF called the 5th Circuit Court of Appeals on Monday, July 22, 2024 to inquire about what was the case number the Clerk's Office assigned PLAINTIFF'S Writ of Mandamus.

63. Based on the previous paragraph, PLAINTIFF talked to SHEA E. PERTUIT, the Deputy Clerk for the 5th Circuit Court of Appeals and her employee, REBECCA ANDRY (spellcheck).

64. On Monday, July 22nd, 2024, SHEA PERTUIT told PLAINTIFF--to the effect-- that after having talking to an advisor or attorney to the Court (in which PLAINTIFF demanded to know that attorney or advisor's name which she did not provide after repeated requests but PLAINTIFF believes it to be JUSTICE ALITO), she refused to file PLAINTIFF'S WRIT OF MANDAMUS because of what PLAINTIFF had demanded from the Court in the PRAYERS OF RELIEF in the WRIT OF MANDAMUS submitted on July 16th, 2024 that involved weapons, the Apache helicopters, and airplanes.

65. PLAINTIFF received the letter in the mail (thereby constituting a violation of 18 USC 1961 Mail Fraud) from SHEA E. PERTUIT (See: Exhibit B) explaining her newfound capacity as a judge in denying PLAINTIFF'S Writ of Mandamus in which her decision reads as the following: "Dear Mr. Kotevski, We received your document titled "petition for writ of mandamus" on July 15th, 2023. **We** took **no action** on this document as we cannot determine which relief you are seeking. Additionally, this document does not comply with the Federal Rules of Appellate Procedure and the Fifth Circuit Rules. Your document did not include a mailing address, therefore, we were unable to send notification at the time the document was received. Sincerely…."

66. In regards to the previous paragraph, PLAINTIFF'S Writ of Mandamus to the 5th CIRCUIT COURT OF APPEALS did include the Exact Relief PLAINTIFF was seeking.

67. SHEA E. PERTUIT'S decision was an illegal decision on the merits of the Writ of Mandamus.

68. SHEA E. PERTUIT'S decision is constitutionally deficient and in violation of RICO as it gives no explanation as to what exact rules PLAINTIFF did not follow or broke in filing such, did not contain any acknowledgment that PLAINTIFF was filing pro-se and that the rules are different for pro-se attorneys, especially ones that are destitute and autistic; did not explain why PLAINTIFF'S PRAYERS of RELIEF was deficient or legally erroneous; did not discuss any of PLAINTIFF'S legal arguments about why a WRIT OF MANDAMUS was proper; intentionally made the decision to keep PLAINTIFF in a state of abject poverty and to further the RICO Enterprise against PLAINTIFF; her decision constituted yet another act of Mail Fraud, Wire Fraud.

69. It is quite possible PLAINTIFF never even talked to the 5th Circuit Court of Appeals and made submissions to the Court because the Indian Government and Intelligence or GRU and the FSB is with PLAINTIFF and preventing PLAINTIFF from doing so, which is yet another count of RICO violations of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

70. SHEA E. PERTUIT, after knowingly having read the entire record in deciding a matter as a judge and giving PLAINTIFF the unconstitutionally egregious and erroneous reasons for her decision, violated 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) as she furthered the RICO Enterprise against PLAINTIFF.

71. SHEA PERTUIT conspired with DEFENDANTS on or about July 16th, 2024 and thereafter, which violates 18 USC 1962(d).

72. PLAINTIFF understands that Clerks for Judges can write Opinions for Justices so maybe JUSTICE ALITO had nothing to do with *City and County of S.F. v. Sheehan*, 575 U.S. 600 (2015) and was routinely deceived along with maybe CHIEF JUSTICE JOHN ROBERTS by the CIA, DoD, and FBI or never getting the full facts by certain entities through the years, or some explanation as to provide exculpatory evidence; but PLAINTIFF has none. JUSTICE ALITO and ROBERTS can apologize or absolve themselves of having anything to do with what happened to PLAINTIFF in 2011 and 2015.

73. From October 20th, 2023 to about July 17th, 2023, PLAINTIFF specifically filed TWO different Fed R. Civ P. Rule 55 Motions, TWO different Permanent Injunctions, and TWO Restraining Orders making a total of SIX different motions for the Court to immediately resolve the case and end the case in which the Courts in the *Chicago Cases* and *Louisiana Cases* necessarily knew the actions being undertaken by DEFENDANTS that PLAINTIFF

wrote and explained to the Court what DEFENDANTS were doing to avoid liability for their actions in regards to the RICO Enterprise against PLAINTIFF in which the Courts materially aided and abetted such decisions by DEFENDANTS through every single corrupt decision (individually and jointly) and the prolonged time it took DEFENDANTS to undercut, undermine, and deliberately ruin PLAINTIFF'S case without deciding the case on the actual merits and deprive PLAINTIFF of life, liberty, money, planes, and property in violation of PLAINTIFF'S Constitutional Rights, RICO, the Geneva Convention, and the Convention on the Rights of Individuals with Disabilities that all foreign governments listed as DEFENDANTS are a signatory of. Furthermore, PLAINTIFF figuratively screamed bloody murder when it came to how DEFENDANTS were tampering with PLAINTIFF'S electronics (either by the Indian Government, the United States Government, Russian Government, or Chinese Government and/or a combination thereof with the full approval of Apple Inc.) in which material evidence and information is intentionally being withheld from PLAINTIFF, the issue of whether PLAINTIFF was actually able to legally bring such cases as PLAINTIFF doesn't know if he is under a legal guardianship or someone has a Power of Attorney over PLAINTIFF, PLAINTIFF'S marital status, how PLAINTIFF is being tortured into autistic convulsions to give information to the Court by DEFENDANTS like the United States Government, Indian Government, Russian Government, CIA, FBI, DoD, GRU, FSB, etc that are against PLAINTIFF'S Constitutional and legal interests and rights, and how abusive the conditions PLAINTIFF was living in in which racoon piss and shit having been seeped into the drywall above PLAINTIFF'S bedroom is still there, how PLAINTIFF had to resort to using Dog Shampoo to clean his hair, and that PLAINTIFF'S father even attempted to murder PLAINTIFF and provided a video to the Court in the *Chicago Cases* in which all

of the Courts in the *Chicago Cases* and *Louisiana Cases* intentionally ignored and that is indicative of how corrupt the decisions are in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

74. Because of the previous paragraph, equitable tolling is applicable to any and all claims against DEFENDANTS, especially for RICO violations and the Constitutional violations.

75. To highlight some of the parties from PLAINTIFF'S argument in the previous two paragraphs, from October 20th, 2023, numerous DEFENDANTS ranging from Apple Inc. to Tim Cook to Boeing to the Jackson-Hartfield Atlanta International Airport to Boeing Inc to the Government of India to the Government of Japan to certain SCOTUS members to the DOJ to the FBI to the 7th Circuit Court of Appeals themselves that are all on record in the *Chicago Cases* and the *Louisiana Cases* all undertook actions having been informed of PLAINTIFF'S case in which the decisions made in the *Chicago Cases* and *the Louisiana Cases* were corruptly decided and prolonged in violation of PLAINTIFF'S Constitutional Rights, RICO, the Geneva Convention, and the Convention on the Rights of Individuals with Disabilities that all foreign governments listed as DEFENDANTS are a signatory of. For example, the 7th Circuit Court of Appeals changed numerous rules to undermine PLAINTIFF'S case.

76. Then PLAINTIFF appealed to the 5th CIRCUIT COURT OF APPEALS PLAINTIFF cries foul on SHEA PERTUIT as her actions in preventing an autistic and destitute pro-se PLAINTIFF'S from filing his motion in Court  enabled a RICO Enterprise to continue and her actions violated PLAINTIFF'S 1st Amendment, 2nd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights.

77. SHEA PERTUIT'S arbitrary and capricious actions as a Deputy Clerk has no basis in law and the Constitution for she amounted to becoming a judge and deciding the merits of PLAINTIFF'S PRAYERS OF RELIEF in a WRIT OF MANDAMUS that was unconstitutionally decided by her failing to file the WRIT OF MANDAMUS.

78. SHEA PERTUIT'S arbitrary and capricious actions of unconstitutionally and in furtherance of the RICO Enterprise denying PLAINTIFF'S autistic dreams and right to defend himself makes her evil.

79. To show the Court the bad faith by certain U.S. agencies, only within the last five days PLAINTIFF received correspondence from the United States State Department in which it took the US State Department more around 18 months after PLAINTIFF filed a FOIA request in March 2023 (ignoring all the previous ones PLAINTIFF filed) and asked for some verification and still withholding vital information from PLAINTIFF knowing that PLAINTIFF filed a lawsuit against them from at least December 2023 and having interacted with numerous foreign DEFENDANTS' Governments and taking steps to undermine PLAINTIFF'S case.

80. BRAIN KRZANICH conspired with DEFENDANTS against PLAINTIFF at the Japanese Conspiracy Dinner against PLAINTIFF in which BRAIN KRZANICH and INTEL Corporation necessarily benefitted from the RICO Enterprise in violation of 18 USC 1962(a), 18 USC1962(b), 18 USC 1962(c), and 18 USC 1962(d). Furthermore, Brian Krzanich and Intel facilitated DEFENDANTS such as FBI, CIA, Indian Intelligence or Military, in acquiring illegal access to PLAINTIFF'S laptop between 2010-2015--especially in Spring and Summer 2015—in which PLAINTIFF believes his laptop at the time had an Intel Core Processor. Part of the Conspiracy allowed Intel and Apple to monitor and grant access to

PLAINTIFF'S laptop and cell phone at all times in violation of 18 USC 1961 (Sections 1028 or 1029).

81. To quickly summarize PLAINTIFF'S time at Sewanee (the University of the South) and what led to the United States Government, British Government, Indian Government, and Qatari Government committing acts of domestic and international terrorism against PLAINTIFF in 2011 that is fully explained in the *Chicago Cases* record is the following: an overzealous and maniacal FBI led by ANDREW MCCABE, PETER STRZOK, and ROBERT MUELLER and/or JEH JOHNSON and DoD viciously discriminated against an autistic orthodox christian who had so many damn opportunities to leave PLAINTIFF the fuck alone by taking constitutionally protected speech and twisting it to the point of falsely alleging PLAINTIFF was a terrorist, taking the snippets of gossipy rich white teenagers that blew things out of proportion who didn't see the totality of an incident and falsely labeled PLAINTIFF a pedophile, routinely enabling corrupt cops in Sewanee that deprived PLAINTIFF of his property and liberty interests without Due Process of law and in violation of numerous constitutional rights and Title VI occurred such as planting evidence & fabricating reports and evidence & taking the word of lying witnesses & ignoring all exculpatory evidence, falsely associating PLAINTIFF as a drug dealer based on family connections that PLAINTIFF took no part in, burned PLAINTIFF'S home down and murdered his beloved cat, and took advantage of the susceptibility and gullibility of an autistic man and exploited PLAINTIFF for their own purposes in which they forced PLAINTIFF to labor based on a condition that the State Department and the Indian Government agreed to (which was worth over $10 Billion USD and included a SpiceJET deal with BOEING as well as Apache Helicopter deal as well) that was aided and abetted by

British and Qatari Government in which they trafficked PLAINTIFF and kidnapped

PLAINTIFF for political purposes in a plan that PLAINTIFF calls *The Offing* thereby

making it terrorism in which at a minimum JEH JOHNSON, JANET NAPOLITANO,

ROBERT MUELLER, ERIC HOLDER, WILLIAM BURNS, HILLARY CLINTON,

ANDREW MCCABE, PETER STRZOK, SUSAN RICE, JOHN BRENNAN, all knew of

and approved of.

82. PLAINTIFF fully describes *the Offing*, the exact nature of the financial fraud committed

against PLAINTIFF meeting Fed. R. Civ. P Rule 9b motion, & the RICO Enterprise and key

Qatari, British, Indian, and American actors in *the Offing* in the *Chicago Cases* in *Attachment

A* in the Section Entitled: *Miki's Tea Party*.

83. Because PLAINTIFF had terrible luck with women like REBECCA WETHERBEE,

ASHLEY MAIDEN, GRIFFIN FRY, SUSAN RICE, VALERIE JARRETT, LISA

MONACO, some of which was PLAINTIFF'S fault, some of which was PLAINTIFF trying

to rescue certain women who were mentally unstable, some of which were devious conniving

backstabbing liars that perpetuated a RICO Enterprise against PLAINTIFF, PLAINTIFF sent

prayers to God during a meteor shower in April 2015 praying to God that PLAINTIFF could

find a wife that would make him happy. DEFENDANTS knew of that because PLAINTIFF

saved a document on his laptop showing such. DEFENDANTS exploited that by

implementing *JAPLAN* in violation of PLAINTIFF'S religious liberty and freedom.

84. Then HILLARY CLINTON and the aforementioned US government officials in the previous

paragraph knew how much of a liability PLAINTIFF was to HILLARY CLINTON; still

wanting to catch PLAINTIFF for some type of crime to cover up their own corruption, they

illegally overheard all of the conversations PLAINTIFF had with his roommate WARWICK

ALLEN in Fall 2014/Spring 2015. Then the Russian Government, Chinese Government, British Government, and American Government all overheard *JAPLAN* (a psychological plan so devasting to PLAINTIFF that PLAINTIFF considered it worse than murdering him and an absolute defiling soul plan that exploited all of PLAINTIFF'S autistic and compassionate vulnerabilities for malicious purposes) so one of the following must be true: Russia implemented *JAPLAN* against PLAINTIFF in JAPAN in Summer 2015 or the Clintons, Rothschilds, and aforementioned US Government officials implemented JAPLAN against PLAINTIFF. PLAINTIFF succumbed to *JAPLAN*.

85. The following Paragraphs #83-#86 are PLAINTIFF'S best and most reasonable and plausible explanation of who did *JAPLAN* against PLAINTIFF in Japan in Summer 2015.

86. PLAINTIFF believes that the Indian Government and PRIME MINISTER MODI, along with the CLINTONS and ROTHSCHILDS (LYNN DE FORESTER DE ROTHSCHILD and SIR EVELYN ROTHSCHILD) entered into a conspiracy to further the RICO Enterprise against PLAINTIFF and utilized-- and used funds contained in-- ROTHSCHILD Holdings Banks and their respective accounts contained in at least the United States, United Kingdom, Qatar, and India to further the RICO Enterprise against PLAINTIFF by implementing *JAPLAN* against PLAINTIFF when PLAINTIFF was in JAPAN in the Summer of 2015 through different meetings that occurred in London on June 26th, 2015 and in or around April 28th, 2015 in a trip to Africa which LYNN FORESTER DE ROTHSCHILD and HILLARY CLINTON spent time together conspiring against PLAINTIFF; BILL CLINTON conspired with SIR EVELYN ROTHSCHILD and LYNN FORESTER DE ROTHSCHILD in LONDON on June 26th, 2015, the same day that HILLARY CLINTON ordered the hit against PLAINTIFF in a speech she gave at a political fundraising dinner at a university;

INDIA needed ROTHSCHILD funds to develop their economy further (in which

PLAINTIFF was maliciously used in 2010/2011 to do so that shows continuance of the

RICO Enterprise) in which HILLARY CLINTON needed LYNN  FORESTER de

ROTHSCHILD and SIR EVELYN ROTHSCHILD and ROTHSCHILD banking money for

her run as President in 2016 in which the hit against PLAINTIFF would be a benefit to

PRIME MINISTER MODI, the Indian Government, the ROTHSCHILDS, and the

CLINTONS that PLAINTIFF no longer be a liability to them via *JAPLAN* in which the

ROTHCHILDS and ROTHSCHILD Banking through their investment and corruption in

India did materially benefit from *JAPLAN*. The conspiracy was further supplemented by a

White House Dinner with President OBAMA and BIDEN on PLAINTIFF'S birthday on

April 28th, 2015 in which key material participants and actors were made aware of the actions

that were going to be undertaken against PLAINTIFF in Japan. The FBI, CIA, DEA, or DHS,

having complete unconstitutional access to the sarcastic musings of PLAINTIFF in the

privacy of his own home that discussed how the ROTHSCHILD had been racketeering for

years and actual jokes PLAINTIFF made about HILLARY CLINTON, provably leaked that

information to HILLARY CLINTON because she specifically referenced a joke PLAINTIFF

made when she ordered her hit against PLAINTIFF on June 26th, 2015.  The CIA and JOHN

BRENNAN and GINA HASPEL, NSA and JAMES CLAPPER, DHS and JEH JOHNSON,

and FBI and PETER STRZOK, JAMES COMEY, and ANDREW MCCABE, and the

Governments of Japan and Australia knew of *JAPLAN* and assisted in making *JAPLAN* a

reality—they will not be excused for allowing war crimes to happen to an autistic American.

87. In the alternative to Paragraph #83, PLAINTIFF believes that RUSSIA and VLADIMIR

PUTIN and GRU/FSB (and China and their intel service) and if one of their spies may be one

of the following individuals: CHRISTOPHER ALEXA, VERICA KOTEVSKI, DAVID

KOTEVSKI, VERA POCHTAREV, or KRISTINA KHOMOVA, having maliciously used

PLAINTIFF against his will for years, intentionally making PLAINTIFF a criminal through

forcing PLAINTIFF to do things against his will, quite possibly being a liability to one of

them, and seeing some asset potential in PLAINTIFF and his creativity, needed to control

PLAINTIFF to continue to enrich themselves by forcing PLAINTIFF to be one of their

slaves for years implemented *JAPLAN* against one of their own family member(s), lover(s),

or friend(s) knowing that PLAINTIFF by exposing them exposes himself for something he

fundamentally is not and opens himself to criminal liability.  While PLAINTIFF was having

war crimes committed against him by the Russians and Indians and in complete dereliction of

their duties where they are directed to stop Americans from being compromised by foreign

intel forces abroad, The CIA and JOHN BRENNAN and GINA HASPEL, NSA and JAMES

CLAPPER, DHS and JEH JOHNSON, and FBI and PETER STRZOK, JAMES COMEY,

and ANDREW MCCABE, and the Governments of Japan and Australia knew of *JAPLAN* as

it was happening on a day to day basis and assisted in making *JAPLAN* a reality through their

complete wanton indifference—they will not be excused for allowing war crimes to happen

to an autistic American.

88. In the alternative to Paragraph #83 and Paragraph #84, some combination and motives of

India from Paragraph #83 and motives and reasoning with Russia and China in Paragraph

#84 in which because of PLAINTIFF in some ways, Russia lost arms sales to the U.S. in

India in 2010/2011.

89. Unknown members of the Illuminati and/or a secret society, who being frequent users of

doublespeak and being elite members in the DC elite that can be found in the halls of

Congress, K-Street, Pentagon?, FBI?, CIA?, and the White House, having met in the woods outside of San Francisco at Bohemian Grove in either 2014 or 2015, conspired to implement *JAPLAN* against PLAINTIFF in which SCOTUS approved of *JAPLAN* against PLAINTIFF via the *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) that shows SCOTUS approved of the Illuminati/Secret Society's plan at Bohemian Grove against PLAINTIFF in 2015. In the alternative, something involving the Cartel that PLAINTIFF has no idea how and why he would be associated with any, especially within the last ten years.

90. Based on PLAINTIFF'S beliefs, Paragraph #83 is the most likely explanation; however, there is enough evidence based on the preponderance of the evidence level standard that both Paragraph #83 and Paragraph #84 are true. PLAINTIFF watched HILLARY CLINTON'S speech from June 26th, 2015 in absolute horror and there are no words to describe the pain and humiliation of having a crowd cheer on the CLINTONS executing yet another disabled American for political purposes by having war crimes committed against that American. PLAINTIFF will not lie to further the interest of any country; even his own America. The reason why we find ourselves here is because of the amount of lies that surrounded PLAINTIFF and for the RICO Enterprise to end against PLAINTIFF, PLAINTIFF must tell truth so PLAINTIFF can pursue his happiness, life, and liberty and restore freedom in America.

91. If Paragraph #83 is true, then the United States Government continues to pay the ROTHSCHILDS in which they continue to receive material benefits from their racketeering via United States Government payment to them. All debt the UNITED STATES owes to the ROTHSCHILDS must be declared null and void lest it continue to enrich a RICO Enterprise against RICO.

92. Another example of being taken advantage of by DEFENDANTS is the following. In or about the middle of July 2023, PLAINTIFF started to gain traction on discovering what transpired between the United Kingdom, The State Department and HILLARY CLINTON, BARACK OBAMA, HBJ, INDIA, PRIME MINISTER SINGH, and QATAR & QIA/QATAR AIRWAYS. *The Offing*. This is the time that PLAINTIFF started drafting *Miki's Tea Party.*

93. PLAINTIFF submitted a FOIA request to the FBI in JULY 2023 seeking records about the incident.

94. On August 9th 2023 or so, PRESIDENT BIDEN issued an Executive Order that sought to completely curtail a basis of PLAINTIFF'S legal claim after having been given information of what PLAINTIFF'S legal basis was and what PLAINTIFF was researching and writing.

95. In order to have beaten PRESIDENT BIDEN'S E.O in Court by August 9th, 2023, a destitute autistic PLAINTIFF with only a law school degree and no access to LexisNexis or Westlaw would have had to go over thousands of pages of documents and emails deciphering DC doublespeak and draft and edit and compile enough evidence for a RICO complaint that would pass Fed R. Civ P. Rule 9(B) that was physically and psychologically impossible for PLAINTIFF to have done on time. This is supplemented with the fact that the GOVERNMENT OF INDIA and/or the GOVERNMENT OF RUSSIA and/or the DEPARTMENT OF DEFENSE, FBI, and CIA all had access to PLAINTIFF'S cellphone and laptop between July 2023 and August 9th, 2023 which means they were monitoring the progress of PLAINTIFF and intentionally denying PLAINTIFF access to certain WikiLeaks documents that would have proved PLAINTIFF'S case in violation of RICO.

96.  Simply summarizing the previous paragraph: what is an autistic destitute PLAINTIFF after having been tortured and having at least two attempts on his life with no one helping him to do against three governments with billions of dollars of resources, super computers, and thousands of employees?

97.  The Mayor of Charleston, SC, where they manufacture the BOEING 787 in which the Japanese Government has made a huge investment in Boeing and the 787 specifically, attended the *Japanese Conspiracy Dinner*.

98.  This continues BOEING as being part of the conspiracy against PLAINTIFF via the *Japanese Conspiracy Dinner*.

99.  Besides TOYOTA, all companies and their respective CEOs listed as DEFENDANTS that attended the *Japanese Conspiracy Dinner* gained money, made plans, and traded favors in the RICO Conspiracy against PLAINTIFF that was implemented in the *Japanese Conspiracy Dinner* on PLAINTIFF'S birthday on 04/28/2015.

100.  PLAINTIFF had a VISA debit card in Spring and Summer 2015 in which it would provide DEFENDANTS an ability to monitor all cash heavy transactions (Japan is a cash heavy country) and keep tabs of all of PLAINTIFF'S purchases.

101.  The CEO of VISA attended the *Japanese Conspiracy Dinner, CHARLES SCHARF*.

102.  Part of the reason why VISA Inc was used was because part of the RICO Enterprise's aim was to use PLAINTIFF and frame PLAINTIFF for child sex trafficking with ANGIE ORTIZ in which VISA Inc. would provide the exact amount of Cash PLAINTIFF had on him and a way for FBI, CIA, NSA, DHS, and DoD to frame PLAINTIFF and implement *JAPLAN* against him.

103.   VISA Inc materially benefitted from the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

104.   Genuinely, in Spring 2015, PLAINTIFF was hungry for Chicago Beef and Hot Dogs from Portillos in which PLAINTIFF talked to his next door neighbor at the time (which DoD, FBI, DHS, and CIA all have recordings of or did at one time or another) HANK in which he wanted Portillos Beef and Hot Dogs and not anything more sinister.

105.   PLAINTIFF believes that the ROTHSCHILDS banks and the Export-Import Bank regularly do business with one another.

106.   PLAINTIFF adds Honorable Fred Hochberg, Chairman and President, Export-Import Bank, and the Export-Import Bank as DEFENDANTS.

107.   FRED HOCHBERG attended the *Japanese Conspiracy Dinner.*

108.   FRED HOCHBERG violated 18 USC 1962(d) by attending the *Japanese Conspiracy Dinner* and conspiring against PLAINTIFF.

109.   Money was spent on purchasing data about PLAINTIFF that should have been obtained with a warrant by DEFENDANTS (US INTEL AND OTHER INTELLIGENCE AND MILITARY AGENCIES).

110.   PLAINTIFF on information and belief the Government of China and the Chinese are involved in this somehow whether that is through PLAINTIFF'S father, XIUYANG SUN, or some other unknown connection; principally and via Occam's Razor, PLAINTIFF understands that the ways the Chinese are involved, it must necessarily be through hacking PLAINTIFF'S laptop and cell phone or having recording devices in PLAINTIFF'S residence, PLAINTIFF'S trip to Japan and Japan in 2015 and afterwards, Serbian-Chinese relations, intellectual property issues, and PLAINTIFF'S Free Speech and Free Speech

Issues--these are the only things that make sense to PLAINTIFF; but DEFENDANTS know otherwise.

111.    PLAINTIFF'S parents treated PLAINTIFF maliciously throughout his life and terrorized PLAINTIFF. If it was not the United States and Foreign Governments after PLAINTIFF, it was PLAINTIFF'S parents and their employer who tormented PLAINTIFF throughout his life. PLAINTIFF'S parents deep down inside could never love PLAINTIFF because PLAINTIFF is autistic, which is an affront to a person who lives, works, and/or worked for an Eastern European government at one time or another in their life. PLAINTIFF'S parents routinely lied to PLAINTIFF through the years; PLAINTIFF'S parents routinely forced PLAINTIFF to sign contracts without PLAINTIFF reading them in which PLAINTIFF at one time or another gave power of attorney to PLAINTIFF'S parents under duress; based on information and belief, either PLAINTIFF'S parents or the United States Government burned down PLAINTIFF'S home in May 2010 in which they intentionally murdered PLAINTIFF'S beloved cat and framed PLAINTIFF; PLAINTIFF'S parents maliciously took advantage of PLAINTIFF'S deep desire to be accepted by parents (that will never happen in PLAINTIFF'S life), his autistic traits, his naiveté, throughout his whole life in which they amassed over $2,000,000.00 USD and blew it all like scumbag parents in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) routinely committing mail and wire fraud, insurance fraud, witness tampering, obstruction of justice, and more. PLAINTIFF'S parents loved PLAINTIFF'S brother more than PLAINTIFF and their abuse took a higher degree when PLAINTIFF explained what PLAINTIFF'S brother routinely did to PLAINTIFF over the years and when PLAINTIFF'S brother got married and had a child knowing the harm PLAINTIFF experienced in Summer 2015.

112.    PLAINTIFF never committed acts of domestic violence nor any violence against his

partners at any time in his life in which people like ASHLEY MAIDEN AND ANGIE

ORTIZ had material reasons to lie because of the RICO Enterprise.

113.    DEFENDANTS are hellbent on destroying PLAINTIFF'S life and soul and abuse

vulnerable autistic individuals like PLAINTIFF to establish precedent to abuse autistic

people without remorse and destroy people's souls in order to coverup for their own

misdeeds and treat people like slaves and never give them an opportunity to remedy the harm

being done to us on purpose.

114.    PLAINTIFF sent to two different departments at BOEING a copy of *Miki's Tea Party*.

115.    PLAINTIFF believes that DEFENDANTS (US Government, Russian Government, or

Indian Government) intentionally prevented PLAINTIFF from contacting BOEING and tried

to prevent BOEING from receiving a PDF of *Miki's Tea Party* in violation of RICO.

116.    In violation of 18 USC 1961 Section 1029, DEFENDANTS routinely hacked into all of

PLAINTIFF'S three Apple laptops and 2 iPhones he had since, at a minimum, Spring 2015,

if not Spring 2008.

117.    Each and every single decision made in the Chicago Cases and the Louisiana Cases was a

retaliation against PLAINTIFF for his speech; and because it was a retaliation against his free

speech rights, it constituted a taking because each decision continued to ensure PLAINTIFF

remained a slave; so therefore, under the 5th Amendment, free speech retaliation constitutes a

taking of an individual's property interests.

118.    PLAINTIFF tried to contact Apple's legal department numerous times. One time,

PLAINTIFF has the phone call recorded, PLAINTIFF talked to an alleged supervisor at

Apple that had a heavy and thick Indian accent. PLAINTIFF informed Apple how they were

subject to liability under RICO and case precedent based on their actions involving

PLAINTIFF. PLAINTIFF recorded the call. PLAINTIFF has gone back in his phone to find

the video that PLAINTIFF never deleted only to find out that it has been in fact deleted by

DEFENDANTS, which is a RICO violation in and of itself.

119.    In violation of 18 USC 1961 Section 1029, DEFENDANTS routinely hacked into all of

PLAINTIFF'S three Apple laptops and 2 iPhones he had since, at a minimum, Spring 2015,

if not Spring 2008.

120.    In the course of violating 18 USC 1961 Section 1029 from at least Spring 2015 (and

sooner), DEFENDANTS tyrannically placed PLAINTIFF into a figurative technological

isolation chamber and bubble in order to deliberately manipulate and control PLAINTIFF

that amounted to torture routinely torturing PLAINTIFF through unconstitutional and

unwarranted PSYOPS taken against him in violation of PLAINTIFF'S Constitutional Rights,

Geneva Convention, and RICO.

121.    What DEFENDANTS have done technologically cruelly to PLAINTIFF is the following

via their violations of 18 USC 1961 Section 1029: either they routinely placed undetectable

cameras and microphones in the majority, if not every single one, of PLAINTIFF'S

residences or used PLAINTIFF'S laptop and cellphone as a camera and microphone (or a

combination of the aforementioned) from at a minimum of Fall 2013 and/or Spring 2008 in

which PLAINTIFF had no privacy in which PLAINTIFF has come across deep fakes of

consensual encounters he had with past love interests; have taken pictures of PLAINTIFF'S

love interests in vulnerable or nude positions and posted them on the internet without

PLAINTIFF'S or PLAINTIFF'S love interests consent; have installed malicious malware

and undetected child pornography in PLAINTIFF'S laptop and cell phone that PLAINTIFF

never personally downloaded; have taken vulnerable conversations PLAINTIFF had and utilized them to blackmail PLAINTIFF and inflict cruel and unusual punishment and torture on purpose to PLAINTIFF; had intelligence agencies leak the contents of multiple on-going investigations in order to retaliate against PLAINTIFF and to profit off of PLAINTIFF;  have used PLAINTIFF'S ideas/Intellectual Property without PLAINTIFF'S consent and have profited billions upon billions of dollars in the process without PLAINTIFF ever receiving a single dime for his ideas; PLAINTIFF has routinely come across numerous GIFS of masturbatory videos PLAINTIFF recorded between 2013-2014 and Spring 2015 of himself that ended up on 4Chan, typically in the Big White Cock sections; compromised PLAINTIFF and put PLAINTIFF in the intelligence sphere that PLAINTIFF never fully ever wanted to be a part of; intentionally prevented PLAINTIFF from resolving the issues by hiding material information from PLAINTIFF to perpetuate the fraud; one of the following or a combination: have impersonated multiple agencies and companies in correspondences that PLAINTIFF tried to get vital information to end the RICO Enterprise against PLAINTIFF or prevented agencies and companies from resolving the issues with PLAINTIFF; have leaked PLAINTIFF'S personal ideas about business and politics and leaked them to numerous DEFENDANT corporations, politicians, and intelligence agencies all used and profited off of PLAINTIFF'S ideas in which PLAINTIFF never received a thank you or a dime from DEFENDANTS utilizing PLAINTIFF'S work; have intentionally prevented PLAINTIFF from finding the proper case law that support PLAINTIFF'S positions thereby violating RICO; all of this at least is tantamount to witness tampering, mail and wire fraud, and so much more

122.    PLAINTIFF was routinely and constitutionally prejudiced and retaliated against based on his religion, nationality, disabilities, and political beliefs from at least 2002 onwards.

123.    PLAINTIFF was manifestly in extreme good faith throughout the entirety of the *Chicago Cases* and the *Louisiana Cases*.

124.    From October 20th, 2023, PLAINTIFF gave DEFENDANTS an opportunity to resolve the issues without resorting to a public trial. At no time did DEFENDANTS give PLAINTIFF any written settlement offer.

125.    PLAINTIFF went to the DOJ on October 20th, 2023 and gave the DOJ a flash drive that contained *Attachment A* and an explanation of the 20 or so cases that PLAINTIFF believes and argues are necessarily constitutionally tainted via RICO by the Supreme Court of the United States.

126.    In showing DOJ and the SUPREME COURT the utmost extreme regard and respect, PLAINTIFF gave DOJ the only copy of the document PLAINTIFF created that explains why 20 or so Supreme Court cases are necessarily constitutionally tainted against PLAINTIFF. It is precisely for this reason that PLAINTIFF has done everything in his power to avoid going to the Supreme Court because PLAINTIFF knows for sure that JUSTICE SAMUEL ALITO and CHIEF JUSTICE JOHN ROBERTS are necessarily constitutionally tainted against PLAINTIFF because of what transpired in 2015. Furthermore, PLAINTIFF believes SCOTUS would continue to violate RICO and PLAINTIFF'S constitutional guarantees of a fair trial and Due Process of law. PLAINTIFF has let it slip through the record at least four or five cases that PLAINTIFF argues are necessarily constitutionally tainted. PLAINTIFF doesn't recall which 15 other cases are tainted at this moment, but if pushed far enough and coerced enough, PLAINTIFF can probably recall which ones they are in fact tainted.

127.    PLAINTIFF at no time had any legitimate reason to hate SCOTUS. PLAINTIFF fondly

recalls approving when JUSTICES SOTOMAYOR, GORSUCH, and BARRETT were

appointed to the Court. PLAINTIFF may have said JUSTICE ALITO looks like a parrot

PLAINTIFF'S freshman year at Sewanee in which a Supreme Court Justice shouldn't be

offended what a stupid and naïve 18 year old autistic man with developmental delays said as

to so prejudice numerous decisions from 2008 to lash out against PLAINTIFF to fuel the fire

of a RICO Enterprise against PLAINTIFF;  PLAINTIFF was indifferent to CHIEF JUSTICE

JOHN ROBERTS being nominated as CHIEF JUSTICE to the best of PLAINTIFF'S

recollection. PLAINTIFF doesn't remember what he thought of JUSTICE KAGAN, who

shares the same birthday as PLAINTIFF, thought of her nomination to SCOTUS.

128.    PLAINTIFF'S parents perfectly exploited and made PLAINTIFF their slave as they

inherently recognized and deeply understood PLAINTIFF'S intelligence in some respects,

autistic traits, and naivete in which they knew how to abuse PLAINTIFF and prevent him

from seeking help. PLAINTIFF'S parents knew of PLAINTIFF'S mind and how to use it to

their complete advantage and leave PLAINTIFF in a destitute and traumatic state. Anytime

PLAINTIFF wanted to sue, they would prevent PLAINTIFF from doing so; PLAINTIFF

recalls having been abused by his mother sometime during the time he attended Spaulding

School and reported such abuse to his teachers in which PLAINTIFF was scolded for doing

so and then PLAINTIFF'S mother routinely told that story to mock PLAINTIFF and make

PLAINTIFF out to be a liar. They knew of the medical conditions PLAINTIFF had through

the years and denied him money to get treatment when they had it or criticized or berated

PLAINTIFF when PLAINTIFF told them the truth about what he was going through and

experiencing; PLAINTIFF'S parents told their supervisors in a cartel or Russian intel or

Chinese Intel of PLAINTIFF'S legal requests and demands in which they all intentionally ignored PLAINTIFF. Simply, 35 years of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d)

129.    To the best of PLAINTIFF'S ability to understand the issues, PLAINTIFF'S parents are one of the following or did one of the following: in some cartel, are Russian spies and work for FSB or GRU or other division of Russian intelligence, government, military, or law enforcement or worked on their behalf, or are Chinese spies and work for the Chinese government in some intelligence, government, military, or law enforcement capacity or worked on their behalf.

130.    PLAINTIFF'S parents offered PLAINTIFF as bait to US Military, Intel, and Law Enforcement to get the heat off of them and making PLAINTIFF out to be the problem in which they knew the vast majority of the problems were with PLAINTIFF'S parents. So US Military, Intel, and Law Enforcement, BILL and HILLARY CLINTON, then maliciously used PLAINTIFF to attack PLAINTIFF'S parents and exploited PLAINTIFF'S autism for their purposes such as allowing and implementing *JAPLAN* against PLAINTIFF and using him for Counterterrorism precedent in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C). Furthermore, PLAINTIFF'S parents made PLAINTIFF a criminal through coercion and fraud knowing that any liability for their crimes would be PLAINTIFF'S liability and crimes and a way to control, manipulate, and abuse PLAINTIFF to prevent him from getting help or going to get help.

131.    PLAINTIFF'S parents, GRU, FSB, FBI, CIA, DoD, DHS, and NSA all knew PLAINTIFF was never a terrorist, never an arsonist, and never a pedophile; but for their

RICO violations, falsely made PLAINTIFF out to be for their own material benefits in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C).

132.    The vast majority of the following agencies and individuals (a combination thereof) necessarily knew of *JAPLAN* before it was maliciously implemented against PLAINTIFF in Summer 2015: ANDREW MCCABE, PETER STRZOK, FBI, CIA, GINA HASPEL, JOHN BRENNAN, JEH JOHNSON, DHS, DoD, DEA, JAMES COMEY, SHINZO ABE; MICHAEL MORELL; PRIME MINISTER MODI; JUSTICE SAMUEL ALITO; CHIEF JUSTICE JOHN ROBERTS; JAPANESE law enforcement, military, or intelligence; PLAINTIFF'S parents; LYNN FORESTER DE ROTHSCHILD; HILLARY CLINTON; BILL CLINTON; GRU; FSB; Chinese intel or military; South Korean Intel or Military.

133.    PLAINTIFF'S parents intentionally withheld so much information from PLAINTIFF from the years that it was their intent to fraudulently conceal the total amount of money owed to PLAINTIFF.

134.    ASHTON CARTER, JAMES CLAPPER, SUZY GEORGE; ROSE GOTTEMOELLER, AVRIL HAINES, VALERIE JARRETT, JACOB LEW; DENIS MCDONOUGH, EVAN MEDEIROS, JENNIFER PSAKI, SAMANTHA POWER, CAROLINE KENNEDY, AMY ROSENBAUM, LISA MONACO, SUSAN RICE, CATHERINE RUSSEL and CHARLES SCHARF all attended the Japanese Conspiracy Dinner on April 28th, 2015 and they all conspired to implement JAPLAN against PLAINTIFF and would aid and abet such endeavors in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) and would materially benefit from the harm to PLAINTIFF.

135.    PLAINTIFF believes that VALERIE JARRETT threatened PLAINTIFF in the Fall of 2016 in which she posed as a worker at Discover Credit Card in which PLAINTIFF recalls

her saying "how are you going to pay for that."  PLAINTIFF will admit she has balls and PLAINTIFF respects her when she admitted to PLAINTIFF during a Chicago Autism Speaks event that she killed PLAINTIFF'S dreams when PLAINTIFF was volunteering for Autism Speaks sometime within the last five years.

136.    Based on ANDREW MCCABE'S own admission, DoD was listening in to PLAINTIFF in Spring 2015 and along with ASHTON CARTER the Secretary of DEFENSE attending the Japanese Conspiracy Dinner against PLAINTIFF on April 28th, 2015, this gives a factual nexus that DoD knew what was happening to PLAINTIFF in Japan in 2015 and allowed war crimes to happen against PLAINTIFF when *Japlan* was implemented against PLAINTIFF. If the DoD won't protect one of their own, then PLAINTIFF has every right to use the tools they use to protect himself in the future. Time for DoD to have some honor and help PLAINTIFF for once.

137.    US Intel and Military, Russian Intel and Military, Indian Intel and Military, all had access to PLAINTIFF'S cell phone in 2015 in which they saw snapchats sent by PLAINTIFF in Summer 2015; as part of their devised plan against PLAINTIFF, the CLINTONS and ROTHSCHILDS had some africans who were integral in child sex trafficking and blackmailing PLAINTIFF in which ANGIE ORTIZ led PLAINTIFF to such africans who were aware of such as to blackmail PLAINTIFF; and PLAINTIFF avers that those africans are connected to the CLINTONS and ROTHCHILDS when they were in AFRICA around PLAINTIFF'S birthday on April 28th, 2015 and the Japanese Conspiracy Dinner against PLAINTIFF.

138. If it wasn't the ROTHSCHILDS and CLINTONS, then it was VERA POCHTAREV, PLAINTIFF'S Parents, and/or other Russian proxies with full approval by FSB or GRU that sex trafficked ANGIE ORTIZ to blackmail PLAINTIFF.

139. Because of PLAINTIFF'S parents lies and fraudulent concealment of key facts, Russia, America, China, and India's fraudulent concealment of facts and intentionally using PLAINTIFF as a slave, ANGIE ORTIZ's fraudulent concealment of facts, and DEFENDANTS never informing PLAINTIFF how his business acumen and intellectual property was stolen and utilized through the years without PLAINTIFF'S consent in violation of PLAINTIFF'S 5th Amendment Rights and RICO, it is incalculable the amount that is owed to PLAINTIFF but PLAINTIFF can reasonably argue it exceeds over $100 Billion USD.

140. PLAINTIFF even asked the CIA and FBI on multiple occasions to give PLAINTIFF some type of antidote or anti-poison to the risk of being poisoned by adverse individuals on at least 3 separate occasions from October 20th, 2023 and they all ignored PLAINTIFF'S requests despite knowing the potential harm PLAINTIFF was in at that time and now. At no time did the FBI or CIA truly and meaningfully help PLAINTIFF when PLAINTIFF needed the help the most.

141. PLAINTIFF'S father continues to threaten PLAINTIFF and PLAINTIFF fears for his life; if PLAINTIFF'S father kills PLAINTIFF because of all the horrendous things PLAINTIFF'S father did to PLAINTIFF over the years, PLAINTIFF will laugh in his face during the last seconds of PLAINTIFF'S father attempting to kill PLAINTIFF again (if he tries) knowing that PLAINTIFF'S father will always be half the man PLAINTIFF is because he only has one testicle.

142.     BILL CLINTON & LYNN FORESTER DE ROTHSCHILD IN KENYA May 3rd, 2015;

they continued to conspire against PLAINTIFF in violation of 18 USC 1962(d).

143.     When talking about BILL CLINTON, LYNN FORESTER DE ROTHSCHILD said:

"The programs are possible only because of the partners and donors from around the world

who support them. I traveled with wonderful people to Africa. **We have become a kind of**

**band of brothers and sisters by this point.** The people whose lives have been changed for

the better because of the Clinton Foundation filled all of us, from the donors to the staff, with

the same humility and determination to do more to keep the work going and to keep

producing results."[8] Part of their work and results included blackmailing PLAINTIFF on

purpose in Japan in 2015. This shows the extreme closeness between LYNN FORESTER de

ROTHSCHILD and the CLINTONS and the likelihood of them conspiring and working

together to further the RICO Enterprise against PLAINTIFF in Japan in Summer 2015.

144.     Furthermore, PLAINTIFF believes that JEFFREY EPSTEIN, LYNN FORESTER DE

ROTHSCHILD, BILL CLINTON, and HILLARY CLINTON all had a role in *JAPLAN* and

this website firmly establishes the connections between all four of them

https://steemit.com/lynndeforsterrothschild/@artistiquejewels/lynn-de-rothschild-friend-to-

hillary-lynn-s-dad-owner-of-general-aviation-company-that-became-meridian-where-her-

nephew-is-ceo. PLAINTIFF included a copy of all the information in Exhibit A.

145.     LYNN FORESTER de ROTHSCHILD received proceeds from the RICO Enterprise

from their accounts at any one of the ROTHSCHILD'S Banks PLAINTIFF listed as a

DEFENDANT from Spring 2015 through the time of filing this case.

---

[8] https://www.huffpost.com/entry/back-from-africa-with-eyes-wide-open_b_7438836

146.    BILL CLINTON & HILLARY CLINTON received proceeds from the RICO Enterprise

from their accounts at any one of the ROTHSCHILD'S Banks PLAINTIFF listed as a

DEFENDANT, Qatar Bank XX, and/or JP Morgan Chase Bank or at some unknown bank

located in Switzerland from at least August 2010 through the time of filing this case.

147.    In Doha on October 24th, 2022, The Amir Sheikh Tamim bin Hamad Al Thani received,

in his office at the Amiri Diwan Monday morning, Jamie Dimon, Chairman and CEO of

JPMorgan Chase & Co. and the accompanying delegation, who called on the Amir to greet

on the occasion of his visit to the country.

148.    Jan 13th, 2011, JP MORGAN CHASE BANK received approval by the Qatari

Government to open a branch in Qatar; [9] this took place exactly around the same time of the

incidents involving PLAINTIFF in London and REBECCA WETHERBEE.

149.    DENNNIS MUILENBURG was the CEO of BOEING Inc. around the sametime of the

Japanese Conspiracy Dinner in 2015 in which BOEING materially would benefit from

implementing *JAPLAN* against PLAINTIFF.

150.    JAMES MCNERNEY was the CEO of BOEING Inc in which he oversaw the deals of

SpiceJET, JET AIRWAYS, BRITISH AIRWAYS, and QATAR AIRWAYS from 2010

through 2013 and was a material actor that aided and abetted the RICO Enterprise and

materially benefitted from the RICO Enterprise against PLAINTIFF in violation of in

violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C)

151.    DAVE CALHOUN was a director at BOEING Inc in which he oversaw the deals of

SpiceJET, JET AIRWAYS, BRITISH AIRWAYS, and QATAR AIRWAYS from 2010

through 2013 and was a material actor that aided and abetted the RICO Enterprise and

---

[9] https://www.qfcra.com/en-us/MediaCentre/PressReleases/2011_RA_02_JPMorgan
_Chase_Bank_EN_FINAL.pdf

materially benefitted from the RICO Enterprise against PLAINTIFF in violation of in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

152.    STEPHANIE POPE, the PRESIDENT and CEO of BOEING'S Commerical Aviation Section, knew of PLAINTIFF'S Complaint and PLAINTIFF'S compensation owed to PLAINTIFF and BOEING and STEPHANIE POPE have not responded to PLAINTIFF'S complaint despite having knowledge of such and therefore aided and abetted the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

153.    THEODORE COLBERT III, a director at Boeing Inc., knows of PLAINTIFF and his complaint and he failed to respond to PLAINTIFF and therefore aided and abetted the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

154.    JAMES A. BELL, the CFO of BOEING and Corporate President of BOEING from 2010 through 2011 in which at least the SpiceJET and QATAR AIRWAYS deals took place was a material actor that aided and abetted the RICO Enterprise and materially benefitted from the RICO Enterprise against PLAINTIFF in violation of in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

155.    In October 2015, JAMES A. BELL joined the Board of Directors of Apple Inc and was a member of the Board of Directors at JP Morgan Chase Bank at the time of joining Apple. Apple Inc materially benefitted from the RICO Enteprise against PLAINTIFF from 2010 through present. Therefore, JP Morgan Chase Bank, Apple Inc., and BOEING Inc. all materially benefitted from the RICO Enterprise against PLAINTIFF in which JAMES A.

BELL made decisions to further the aims of the RICO Enterprise against PLAINTIFF at his time at BOEING, JP Morgan Chase Bank, and Apple Inc between 2010 through 2016 in violation of in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C).

156.    PLAINTIFF alleges that during LYNN FORESTER De ROTHSCHILD and BILL CLINTON'S trip, on PLAINTIFF'S birthday in 2015, April 28th, 2015, "On their nine-day trip to Africa, Bill and Chelsea Clinton are traveling with 20 wealthy donors and foundation supporters, a group that includes fundraisers for Hillary Clinton's presidential bid and others *who are expected to give generously to her campaign*."[10] Part of JAPLAN'S purpose was to XX

157.    RICHARD ANDERSON was the CEO of DELTA AIRLINES in 2016 who announced he would retire in February 2016 and no longer be the CEO of DELTA AIRLINES in or about May 2nd, 2016, which corresponds exactly to the same time frame of the incident with PLAINTIFF and DELTA AIRLINES in 2016 in which they committed an act of terrorism against PLAINTIFF so that the FBI'S Atlanta Field Office could get jurisdiction over PLAINTIFF as a favor to HILLARY CLINTON, SUSAN RICE, JAMES COMEY, PETER STRZOK, JOHN BRENNAN, GINA HASPEL, and ANDREW MCCABE and/or a combination thereof and try to arrest PLAINTIFF for having war crimes committed against him via JAPLAN in JAPAN in the Summer of 2015.

158.    Jim Cicconi, a former Senior Executive Vice President in 2016 for AT&T Services, Inc, was a material actor that aided and abetted the RICO Enterprise against PLAINTIFF during

---

[10] https://www.politico.com/story/2015/04/bill-clintons-africa-entourage-117445 (last checked. August 13th, 2024).

his tenure at AT&T in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

159.    ROB MARCUS, Former Chairman and CEO Time Warner Cable Inc approved HILLARY CLINTON; PLAINTIFF believes that from August 2015 through August 2016, his internet service provider was through Time Warner Cable Inc. Time Warner Cable Inc was a material actor and aided and abetted the RICO Enterprise by providing all of PLAINTIFF'S internet browsing history in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

160.    JAMES J. MURREN, Chairman and CEO, MGM Resorts International and Chairman, MGM Growth Properties approved HILLARY CLINTON to be PRESIDENT in which he attended the *Japanese Conspiracy Dinner* against PLAINTIFF on April 28th, 2015 at the White House in which he and MGM resorts materially benefitted from the RICO Enterprise in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

161.    ERIC SCHMIDT, Executive Chairman of Alphabet approved of HILLARY CLINTON to be President when ALPHABET necessarily knew and had knowledge of the blackmail email PLAINTIFF received in Summer 2015; furthermore, Alphabet materially aided and abetted the RICO Enterprise by giving all of PLAINTIFF'S information that PLAINTIFF had given Alphabet through the years on Google and YouTube to the United States Government and/or Indian Government that was detrimental to PLAINTIFF. Furthermore, all exculpatory evidence in favor of PLAINTIFF that ALPHABET had in their possession was either intentionally omitted or negligently misplaced to further the RICO Enterprise.

162.    REED HASTINGS necessarily materially benefitted from the RICO Enterprise in which Netflix was able to obtain confidential information of PLAINTIFF and turned it into

Entertainment on Netflix; this is further supported by SUSAN RICE being on the board of Netflix in which she had completely unfettered discretion and the world's most powerful tools to obtain every single piece of information on PLAINTIFF through the years. Every single paycheck REED HASTINGS and SUSAN RICE received are evidence of material gain from the RICO Enterprise from at least 2015 through the present moment.

163.     In Spring 2015, PLAINTIFF was utilizing AT&T as a service provider for his personal cell phone; AT&T necessarily gave FBI, CIA, NSA, DHS, and DoD, JAPANESE law enforcement & intelligence services, Indian intelligence and law enforcement services, and Australian intelligence and law enforcement services, and/or a combination of the aforementioned unfettered and illegal access to PLAINTIFF'S cellphone in which they were able to record the details of *JAPLAN* and recorded it while it was happening; furthermore, AT&T materially aided and abetted the RICO Enterprise by providing all of PLAINTIFF'S metadata to FBI, CIA, NSA, DHS, DoD, Japanese intelligence and law enforcement services, and Australian intelligence and law enforcement services,  and/or a combination of the aforementioned from at least 2005 onwards (whenever PLAINTIFF had AT&T as his service provider). Furthermore, all exculpatory evidence in favor of PLAINTIFF'S truthful attestation of facts was provided in which FBI, CIA, NSA, DHS, DoD, and foreign intelligence and law enforcement services in which they continuously and systematically disregarded PLAINTIFF'S exculpatory evidence to further the RICO Enterprise. In the alternative, AT&T knew of Russian, Chinese, and/or Indian intelligence and law enforcement services and their malicious activities on PLAINTIFF'S cellphone and never warned PLAINTIFF of the harm at any time.

164.    Verizon Inc. knows of the American Government, Indian Government, Chinese

Government, and/or Russian Government intelligence, military, and/or law enforcement

services and/or a combination of the aforementioned currently having illegal access to

PLAINTIFF'S cellphone in which key evidence was materially deleted from PLAINTIFF'S

cellphone in regards to videos, emails, pictures, and data that were deleted to further the aims

of the RICO Enterprise.

165.    ERIC SCHMIDT and Alphabet Inc. aided and abetted the RICO Enterprise when he

knew that PLAINTIFF could find information and evidence in regard to both RICO

Enterprise #1 and RICO Enterprise #2 and intentionally told his employees to hide evidence

in regards to both RICO Enterprise #1 and RICO Enterprise #2 by making pages containing

the evidence not appear on searches or be so far down ranked that no one could reasonably

find the information in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B),

and 18 USC 1962 (C), and 18 USC 1962(d).

166.    JOHN BRENNAN knew of *JAPLAN* taking place against PLAINTIFF in Summer of

2015, would later falsely portray PLAINTIFF as an instigator and a bad man for having war-

crimes committed against him under his watch, and specifically did nothing to stop *JAPLAN*

because either he was told not to intervene by SUSAN RICE or had such a profound hatred

of PLAINTIFF because PLAINTIFF was an autistic orthodox Christian libertarian man in

violation of PLAINTIFF'S First Amendment and Title VI rights in which JOHN BRENNAN

maliciously associated religious individuals and libertarians in the same category of terrorists

when he said: "I know looking forward that the members of the Biden team, who have been

nominated or have been appointed, are now moving in laser-like fashion to try to uncover as

much as they can about what looks very similar to insurgency movements that we've seen

overseas. Where they germinate in different parts of the country, and they gain strength, and it brings together <u>an unholy alliance</u>, frequently, of <u>religious extremists</u>, authoritarians, fascists, bigots, racists, nativists <u>— even libertarians</u>." PLAINTIFF at one time recalls talking about some sort of unholy alliance with WARWICK ALLEN in SPRING 2015 and talked about laser focus in regards to RICO Enterprise #2. This necessarily shows that JOHN BRENNAN received information about PLAINTIFF in Spring 2015 that necessarily included details of *JAPLAN*.

167.    Of Course JUDGE JENKINS, JUDGE BOURGEOIS, JUDGE JACKSON, and all of the Judges on the 7th CIRCUIT COURT OF APPEALS retaliated against PLAINTIFF for his Free Speech in violation of PLAINTIFF'S 1st Amendment, 5th Amendment, and 14th Amendment Rights; furthermore, the Courts' retaliation of PLAINTIFF for his 1st Amendment protected speech is an unjust taking because they intentionally deprived PLAINTIFF of his money and property interests because of his speech.

168.    PLAINTIFF sent JUDGE JACKSON over 10 emails in his personal email account to try to talk to JUDGE JACKSON (seeing how DEFENDANTS talked to him and all of the Judges on the 7th CIRCUIT COURT OF APPEALS behind PLAINTIFF'S back) in which part of the reason why he did was to show DEFENDANTS PLAINTIFF'S good faith and what else PLAINTIFF can file in Court if he wanted to.

169.    Judge BOURGEOIS' continues this bizarre spectacle of ridiculously corrupt decisions that have no basis in fact and law when he denied multiple PLAINTIFF'S motions on May 24th, 2024. PLAINTIFF calls the Court corrupt because the Court is corrupt based on their actions.

170.    The fact that Judge BOURGEOIS is hiding information from PLAINTIFF constitutes

ongoing acts of mail fraud, wire fraud, and RICO violations because he is privy to

information that PLAINTIFF HAS TESTIFIED TO UNDER OATH THAT HE DOES NOT

HAVE. Judge BOURGEOIS' actions at least violates *In re Murchison, 349 U.S. 133 (1955).*

Judge BOURGEOIS knows whether PLAINTIFF is married and whether PLAINTIFF is

under a legal guardianship because DOJ, FBI, CIA, and/or other DEFENDANTS conspired

with Judge BOURGEOIS to make PLAINTIFF criminally liable for perjury, find him guilty

of some other crime, or to dismiss the case with prejudice based on secret information that

PLAINTIFF DOESN'T FUCKING HAVE ACCESS TO OR KNOWS IN WHICH

PLAINTIFF KEEPS TESTIFYING UNDER OATH OVER AND OVER AGAIN TO

SUCH, which violates PLAINTIFF'S Due Process Rights, Constitutional Rights, and RICO.

171.    Continuing the previous paragraph: Furthermore if PLAINTIFF is married, Judge

BOURGEOIS knows that it is a sham marriage perpetuated by DEFENDANTS in which

PLAINTIFF'S wife has fraudulently taken over PLAINTIFF'S finances in which

PLAINTIFF has not received a single dime, hug, or ounce of respect from his wife since

2015 in which PLAINTIFF has not received any meaningful communication--that is

expected from a married couple--from his wife in over 8 years.

172.    Corrupt Magistrate Judge BOURGEOIS' insinuates that PLAINTIFF is a liar through

intentionally selected caselaw when he says this as a corrupt warning to PLAINTIFF:

"*Indeed, a plaintiff's false allegation of poverty for the purposes of proceeding IFP subjects*

*an action to dismissal… Abusing this privilege warrants dismissal with prejudice as a*

*sanction for lying . . .").."* This shows Judge BOURGEOIS has been given information by

some of the DEFENDANTS (PLAINTIFF believes it to be the FBI, CIA, NSA, DoD, or DOJ

in secret) that PLAINTIFF does not possess. As PLAINTIFF will repeat this point, PLAINTIFF'S electronics are tampered with so even if he tried to figure out how much PLAINTIFF possesses, he wouldn't be able to determine such because PLAINTIFF'S electronics are tampered with and couldn't truthfully ascertain his assets EVEN THOUGH PLAINTIFF has a complete desire to know how much PLAINTIFF has in his assets, who his wife is if PLAINTIFF is married, and who is PLAINTIFF'S legal guardian if PLAINTIFF is under a legal guardianship.

173.   Continuing the previous paragraph: PLAINTIFF alleges that Judge BOURGEOIS is conspiring with DEFENDANTS in violation of 18 USC §1962(D) to further the RICO Enterprises' purpose and deny PLAINTIFF payment for suffering through years of horrendous constitutional violations, slavery, sexual abuse, acts of international and domestic terrorism, and more.

174.   One of the DEFENDANTS' PLAINTIFF is suing is DEFENDANT BARACK OBAMA, who appointed JUDGE BOURGEOIS to the Court; and based on Judge BOURGEOIS' actions, he is protecting the person that appointed him as a favor to BARACK OBAMA truly showing a two-tiered justice system in America.

175.   PLAINTIFF has alleged financial abuse and has proven such beyond a reasonable doubt. Because of actual physical abuse, threats and acts of violence, and PLAINTIFF'S parents' deception and lies, PLAINTIFF cannot know and does not know how much certain bank accounts that his parents have control over that he was forced to have in his name. PLAINTIFF cannot testify to things that he does not know in which his parents won't allow him to know.

176.    Judge BOURGEOIS' extreme manifest bias is inconsistent and an incomplete factual and

impartial analysis expected from a fair judge in which that extreme bias is evident in Judge

BOURGEOIS' ruling is one where he faults PLAINTIFF for not including additional

information on form AO 239 when it was not required to be answered on form AO 239 as to

effective deny PLAINTIFF'S Due Process Rights and perpetuate a RICO Enterprise against

PLAINTIFF. Form AO 239 doesn't ask to specify where and who PLAINTIFF got a gift of

$100 from. The fact that Court is finding trying to find fault with PLAINTIFF's medical

expenses even when PLAINTIFF is not receiving the proper medical care shows the manifest

bias and malice of the Court against PLAINTIFF in violation of PLAINTIFF'S 8th

Amendment Rights.  Then the Court is faulting PLAINTIFF for stating the truth that

PLAINTIFF currently understands it BEYOND ANY REASONABLE DOUBT IN

PLAINTIFF'S MIND THAT PLAINTIFF has no assets and no dollars. If PLAINTIFF had

any money, he would have his own credit union account that he would use to send

documents via USPS to the Court and he would have sold some of the assets and gotten the

hell out of the house of a man that tried to murder PLAINTIFF. Form AO 239 doesn't

require PLAINTIFF to explain how he pays for things. PLAINTIFF could be sucking dick on

the street for meds or panhandling for all intents and purposes; however, it is irrelevant for

purposes of Form AO 239 since it doesn't specify nor requires PLAINTIFF to explain how

he pays for things.

177.    The Court continues to be willfully blind as to what did HUNTER BIDEN and JIM

BIDEN or another BIDEN family member make PLAINTIFF sign in Japan on or about July

18th, 2015 that PLAINTIFF has no clue or idea about. By the way, HUNTER and JIM

BIDEN and OTHER BIDEN FAMILY MEMBERS VIOLATED 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D).

178.    PLAINTIFF said in his *Complaint* in Paragraph #16: "*PLAINTIFF incorporates all of the Chicago Cases material herein. The case record in the Chicago Cases is voluminous and PLAINTIFF doesn't have the resources to go to PACER and download a certified copy of the record. PLAINTIFF pleads and begs the Court as a destitute man to access the record The Chicago Cases that consists of the cases: Kotevski v. Clinton, et al. 23CV17137 N.D. IL (2023), In Re .-Milan Michael Kotevski, 24-1085 7th Circuit Court of Appeals (2024), and Kotevski v. Jenkins, 24-1085 7th Circuit Court of Appeals (2024) on PACER in which Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made their decisions.*"

179.    The corrupt truth is that Judge BOURGEOIS' 05/24/24 ruling is making false requirements unexpected of PLAINTIFF that amounts to less than $1000 in order to deny a mentally disabled, autistic, and destitute, slave who is suffering from severe depression and PTSD any compensation for being intentionally sexually abused by DEFENDANTS, escaping an assassination attempt, being politically assassinated, having his religious beliefs trampled upon and horrendously violated, and having acts of international and domestic terrorism committed against PLAINTIFF because he posed a liability to certain DEFENDANTS for the work PLAINTIFF has done for DEFENDANTS that amounts to over $7,000,000,000.00 USD to PLAINTIFF in violation of PLAINTIFF'S 13th Amendment Rights, in violation of *Kozminski v. United States*, 487 U.S. 931 (1987) , in violation of RICO, in violation of PLAINTIFF'S 5th Amendment Rights as an unjust taking, in violation of 8th

Amendment as a cruel punishment (See: *Timbs v. Indiana*, 586 U.S. 146 (2019)) and in violation of applicable caselaw cited in Paragraph #23 & #25.  Furthermore, PLAINTIFF asserts his Fifth Amendment Rights. PLAINTIFF doesn't want to be entangled with certain DEFENDANTS financially. PLAINTIFF has seriously thought about breaking into an easily breakable locked drawer in PLAINTIFF'S parents home that contains over $3,000 USD so that PLAINTIFF can break into it, take the money, and flee PLAINTIFF'S parents, but cannot on the principle that it is still stealing even though they stole from PLAINTIFF through the years.

180.    PLAINTIFF is outraged because of JUDGE BOURGEOIS and JACKSON'S lack of honor and impartiality and the seething morbid foul stench of corruption in which a Judge is supposed to review the totality of the record as required by law because that is what an honest and faithful judge does when he swore to uphold and defend the United States Constitution in violation of 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D).

181.    PLAINTIFF is not lying nor does PLAINTIFF have the intent on lying when he is making these submissions to the Court. PLAINTIFF is making these answers to the best of PLAINTIFF'S ability and current level of knowledge. Even if PLAINTIFF were to resubmit Form AO239, **all of PLAINTIFF'S answers would remain the same.**

182.    PLAINTIFF has screamed bloody murder (rhetorically, politically, and factually) throughout the course of the litigation about his electronics being tampered with that causes PLAINTIFF to be tampered with. Congress, specifically made, electronic tampering a RICO violation under 18 USC §1961 Section 1029. Electronic tampering is horrible because it substantially impairs the ability of an individual, especially a slave cruelly confined to his

home, of an ability to ascertain the truth; adequately defend himself; properly receive timely information; be in contact with the United States Government, agencies, families, and loved ones; receive help at appropriate times; receive the proper medical care; and more.

**Electronic tampering is the greatest tool in a tyrannical dictatorship, especially with AI reaching unfathomable and undistinguishably humanesque characteristics that can impersonate people, impersonate family, create false evidence, and more,** because it prevents an individual from learning the truth, which in turn, obstructs justice, wastes judicial resources, and more.

183.    The State Department, FBI, CIA, DOJ, and/or Different DEFENDANTS coerced PLAINTIFF to sign documents that PLAINTIFF did not understand what the contents of such contained in or about July 18th, 2015 because of the Clintons' and Rothschilds' blackmail, sexual trafficking of a minor to blackmail PLAINTIFF while PLAINTIFF was in JAPAN in 2015, and forced PLAINTIFF against his will and conscience to be married to a borderline personality suffering whore named ANGIE ORTIZ. Whore because ANGIE ORTIZ presented herself as an adult woman who was in a sugar-daddy relationship with a British man (which meets numerous Rothschilds) and PLAINTIFF cannot understand the difference between a whore and a woman in a sugar-daddy relationship because there is none. ANGIE ORTIZ, PLAINTIFF will give the Court and her, is intelligent, but she suffers from compulsive lying and PLAINTIFF would never marry or trust a lying whore because there is no trust and no love. PLAINTIFF would never be married to a woman where PLAINTIFF is in a cuck relationship or open marriage relationship.

184.    Judge BOURGEOIS cited the *Chicago Cases* multiple previous rulings. See: May 24th, 2024 Ruling and Initial Order Denying IFP on May 14th, 2024.

185.    The *Chicago Cases* and these cases contain some factual and legal overlaps. PLAINTIFF incorporated the totality of the record in the *Chicago Cases* that Judge BOURGEOIS also cited and <u>*completely LEGALLY INCORPORATED in these cases*</u>.

186.    PLAINTIFF specifically alleged *the Chicago Cases* were corruptly decided when he said in the summary of the case in his *Louisiana Cases* complaint: "*All of the decisions the Northern District Court of Illinois made as well as the 7th Circuit Court of Appeals constitutes Outrageous Government Conduct in their decisions as it pertains to PLAINTIFF; All of the decisions the Northern District Court of Illinois made under Judge Jenkins as well as the 7th Circuit Court of Appeals made constitutes an act of Obstruction of Justice under RICO sections 891-894 (relating to extortionate credit transactions), section 1029 (relating to fraud and related activity in connection with access devices), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1351 (relating to fraud in foreign labor contracting), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstmction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), and sections 1581-1592 (relating to peonage, slavery, and trafficking in persons). Throughout the entire record and duration of the Chicago Cases, PLAINTIFF has warned the Court ofon-going conspiracies, a threat on PLAINTIFF'S life, advising the Court every step of the way of the on-going harm the RICO Enterprise is engaging in which the Court completely ignored all of PLAINTIFF'S pleas as to fundamentally constitute obstruction of justice through the deprivation of Due Process and RICO violations.*".

187.   PLAINTIFF'S same arguments and same legal citations are applicable; especially a pro-

se attorney that is not licensed in any state in which the Court has a legal affirmative

obligation under the United States Constitution, the Louisiana Constitution, and under

existing case law that the Court should interpret PLAINTIFF'S pleadings most favorable to

PLAINTIFF.

188.   PLAINTIFF'S record in the *Chicago Cases* and these cases contains more than 150 cited

cases and arguments of law that are applicable and relevant that Judge BOURGEOIS'

intentionally ignored.

189.   At least three of the following relevant passages from PLAINTIFF is applicable here

concerning a corrupt judge's liability in a RICO Enterprise is from the *Chicago Cases* when

PLAINTIFF said in his complaint: Passage #1: "*The United States of America vs. Josef*

*Altstötter, et al. (holding judges and attorneys liable for: 1) Participating in a common plan*

*or conspiracy to commit war crimes and crimes against humanity; 2) War crimes through the*

*abuse of the judicial and penal process, resulting in mass murder, torture, plunder of private*

*property; 3) Crimes against humanity on the same grounds, including slave labor charges;*

*4) Membership in a criminal organization, the NSDAP or SS leadership corps).....*" Passage

#2 "*United States v. Grubb, 11 F.3d 426, 438-39 (4th Cir. 1993) (The court stated that "[w]e*

*also have a defendant (a judge) who undeniably is employed by and operates or manages the*

*enterprise within the meaning of Reves v. Ernst & Young." The applicable standard in a*

*RICO conspiracy to violate 18 U.S.C. Section 1962(c), see Section III(D)(3.) In describing its*

*"operation or management" test, the Supreme Court stated: "Once we understand the word*

*"conduct" to require some degree of direction and the word "participate" to require some*

*part in that direction, the meaning of Section 1962(c) comes into focus. In order to*

*"participate, directly or indirectly, in the conduct of such enterprise's affairs," one must have some part in directing those affairs. Reves, 507 U.S. at 179." And The Court in "Withrow v. Larkin, 421 U.S. 35 (1975) said: "Not only is a biased decision maker constitutionally unacceptable but our system of law has always endeavored to prevent even the probability of unfairness." 421 U.S. at 47. But the Court continued: "The contention that the combination of investigative and adjudicative functions necessarily creates an unconstitutional risk of bias in administrative adjudication…must overcome a presumption of honest and integrity in those serving as adjudicators; and it must convince that, under a realistic appraisal of psychological tendencies and human weakness, conferring investigative and adjudicative powers on the same individuals poses such a risk of actual bias or prejudgment that the practice must be forbidden if the guarantee of due process is to be adequately implemented."*

190.   Judge BOURGEOIS' and JACKSON'S actions are reprehensible and seemingly violate 18 USC §1962(D), 18 USC § 241, and 42 USC §1985(3).

191.   Judge BOURGEOIS and JACKSON knows that more than 8 months from October 20th, 2023 that the first time the DOJ received what PLAINTIFF and the Chicago Court in the *Chicago Cases* Exhibit A that DEFENDANTS have repeatedly conspired with one another as to effectively deny PLAINTIFF justice because materially confidential information was leaked to DEFENDANTS and spread amongst DEFENDANTS who took remedial measures to absolve themselves of liability before, during, and after litigation commenced on December 27th, 2023 that PLAINTIFF had no chance to hold certain DEFENDANTS liable for their actions based on the corrupt decisions of certain DEFENDANTS.

192.     Judge BOURGEOIS and JACKSON know, in violation of RICO 18 USC §1961 and 18

USC §1962(A), 18 USC §1962(B), and 18 USC§1962(C), and 18 USC §1962(D) and

PLAINTIFF'S First Amendment Rights and Constitutional Rights that the 7th Circuit Court

of Appeals, the United States Marshals, and the Northern District of Illinois Court conspired

together and falsified documents in regards to an incident that took place on December 6th,

2023 to obstruct justice on purpose in violation of RICO, and submitted it to the Court on

January 23rd, 2024 in In Re: Milan Michael Kotevski 2024cv00556 (7th Circuit Court of

Appeals)  which states: "EXECUTIVE COMMITTEE ORDER: On December 6, 2023,

Milan Kotevski entered the Dirksen U.S. Courthouse. **While present, he made several**

**inappropriate and threatening statements**. **These remarks caused concern for the safety**

**of individuals. Representatives of the United States Marshals Service were called to**

**provide assistance and investigated the matter. The Court's Executive Committee finds**

**that there is sufficient cause for concern regarding Mr. Kotevski's conduct**[11] if he is not

escorted during his time in the Dirksen U.S. Courthouse in Chicago, Illinois or the

Roszkowski U.S. Courthouse in Rockford, Illinois. IT IS, THEREFORE, HEREBY

ORDERED THAT to maintain judicial security, Mr. Kotevski is ordered to sign in upon

arrival at the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois, 60604 or

in the Stanley J. Roszkowski U.S. Courthouse at 327 S. Church Street, Rockford, Illinois

61101, and IT IS FURTHER ORDERED THAT a representative of the U.S. Marshals

---

[11] All provable lies and in violation of 18 USC 1961 sections 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children),  section 1341 (relating to mail fraud), section 1343 (relating to wire fraud) as that act continues to aid and abet the crimes that were committed against PLAINTIFF in furtherance of the RICO Enterprise against PLAINTIFF.

Service shall accompany Mr. Kotevski at all times while he is present in the Dirksen U.S.

Courthouse or in the Stanley J. Roszkowski U.S. Courthouse, and IT IS FURTHER

ORDERED THAT a miscellaneous file with the title "In the Matter of: Milan Kotevski" and

case number 24 CV 00556 shall serve as the repository of this order, and any order or minute

order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket

associated with the file. All orders retained in the file will be entered on that docket

following standard docketing procedures.IT IS ALSO ORDERED that the Clerk shall cause

a copy of this order to be left at the security desk in the lobby to hand to Mr. Kotevski the

next time he enters one of the courthouses of the Northern District of Illinois. Signed by the

Executive Committee on 1/23/2024. Mailed notice. (lw, )"[12] <u>in which **PLAINTIFF has a 22**</u>

<u>**minute video in his possession of the entire time PLAINTIFF was in the Courthouse on**</u>

<u>**December 6th, 2023**</u> <u>that he submitted to the United States Marshals (a portion of it at least)</u>

<u>to investigate the issue</u> <u>**that demonstrates that PLAINTIFF made no threatening**</u>

<u>**statements, did not act in any threatening manner, did not act questionably, and did not**</u>

<u>**make any inappropriate statements in which the video demonstrates the corrupt intent**</u>

<u>**of the United States Marshals and workers and employees of the Department of Justice**</u>

<u>**that day.**</u>

193.    PLAINTIFF emphasizes that through electronic tampering in violation of 18 USC 1961

Section 1029, PLAINTIFF is being denied a fundamentally fair hearing by DEFENDANTS.

194.    PLAINTIFF, deep down in his heart, wishes that he could tell the Court: "You know

what, I have complete faith in DOJ and FBI or the U.S. Military to remedy the corruption. I

won't ask for anything and they'll do what is right and fair." But they haven't. I went to the

---

[12] Last Checked. 05/25/2024. 8:22am. https://dockets.justia.com/docket/illinois/ilndce/1:2024cv00556/454415

*Chicago Cases* a poor broke man with declining cognitive capacity due to inadequate healthcare and I was met with severe retaliation and corruption. I presented a video to the Court in the *Chicago Cases* showing PLAINTIFF'S father attempting to murder PLAINTIFF in furtherance of the RICO Enterprise and I was met with silence. I went to Japan in 2015 that I would have one nice thing that I could truly call my own that I did it for me after being deprived of such for years with my wish upon the stars in the background and I had war crimes committed against me by sadistic fucks. Actions speak louder than words.

195.    PLAINTIFF reiterates and will reduce the amount of planes he is asking of BOEING or Airbus: "*if it is found beyond a reasonable doubt that If Russia and agents of the Russian Government blackmailed PLAINTIFF with ANGIE ORTIZ in JAPAN in 2015, then PLAINTIFF shall be awarded the following from Aeroflot's fleet that are currently parked due to lack of parts (which is owned and controlled by the Russian Government based on information and belief): 2 Airbus A320s; 1 Airbus A321; 1 Airbus A350; 2 Airbus A330-200; 3 Boeing 737-800NGs; and 2 Boeing 777-300ERs. In addition, there shall be an oil deal reached with PLAINTIFF (somewhere between 20-50 million barrels of oil) that is enforceable in the United Nations. Furthermore, Russia is to inform PLAINTIFF of the defects of the aircraft and the parts needed in that time PLAINTIFF is to go to Russia to seize the aircraft and be accompanied by CIA and DoD special forces to repair the aircraft and get them to America.*"

196.    Still based on belief and currently available evidence to PLAINTIFF, PLAINTIFF firmly believes that the Clintons and the Rothschilds, the Government of India, officers and officials in the FBI, CIA, and DHS that provably include ANDREW MCCABE, PETER STRZOK, and JEH JOHNSON, and DEFENDANTS at the Japanese Conspiracy Dinner on 04/28/2015

conspired together to blackmail PLAINTIFF when he was in Japan in the Summer of 2015. PLAINTIFF doesn't discount there may be alternative explanations available, but that is the evidence PLAINTIFF currently has to him.

197.    PLAINTIFF, based on the leaks of sensitive information that came from the DOJ, has concluded that some officials in the DOJ and/or FBI are in the illuminati and are free masons and spread the word of the contents of PLAINTIFF'S complaint that contained materially confidential information amongst DEFENDANTS so they could absolve themselves of liability and prevent PLAINTIFF from winning in Court.

198.    Ruling against PLAINTIFF rules in favor of absolute tyranny in America.

199.    JUDGE JACKSON's June 12th, 2024 decision violates Title VI, 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D) and PLAINTIFF'S 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights and was purposefully done in furtherance of RICO Enterprise #1's goal of ensuring PLAINTIFF is a castrated slave and denying PLAINTIFF all of his Constitutional Rights.

200.    PLAINTIFF alleges that JUDGE JACKSON is intentionally acting ignorantly and willfully blind because he is being directed by the DEMOCRAT PARTY, JACK SMITH, or CORRUPTED DOJ TO DO SO IN ORDER TO GET PLAINTIFF TO TALK ABOUT RICO Enterprise #2 so they can charge PLAINTIFF with something in order to cover up their own misdeeds as either an attack on DONALD TRUMP or to get PLAINTIFF to falsely confess to something that he had no knowledge over at the time much like how they coerced PLAINTIFF in May 2016 with TRACY BLANCHARD and before. PLAINTIFF already

discussed RICO Enterprise #2 and Pleads the Fifth for things that he didn't even know about at the time.

201.    Autistic PLAINTIFF is an adherent believer of the First Amendment and will tell Judges what their behavior is amounting to regardless of social consequence.

202.    JUDGE JACKSON continues to make decisions causing PLAINTIFF extreme and manifest constitutional prejudice by causing PLAINTIFF to make more and more motions knowing PLAINTIFF has been begging for medicine now for 8 months to the DOJ and 6 months to the Court in which PLAINTIFF is being prevented from reaching out to the UN in which PLAINTIFF is being tortured as a slave in violation of numerous treaties because he is being held as a political slave, which amounts numerous Constitutional Right violations such as Due Process, Free Speech, Fair and Impartial Trials, and more. The irreparable and immediate harm is the ability of PLAINTIFF to properly litigate because he has been denied by his Slave Master funds to litigate and medicine to be healthy enough to fully litigate to PLAINTIFF'S fullest potential, which is especially needed fighting provable corruption in the Northern District of Illinois and 7th Circuit Court of Appeals that this Court seems hellbent on enabling in violation of RICO.

203.    JUDGE JACKSON'S corrupt bullshit is difficult-to-decipher because PLAINTIFF gave at least three different summaries of the case and provided summaries in the *Chicago Cases in which JUDGE JACKSON'S maliciously false description of PLAINTIFF'S pleadings and his reasons in support of his motion violates In re Murchison*, 349 U.S. 133 (1955) and *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957).

204.    PLAINTIFF incorporates the entirety of the record herein and the record from the *Chicago Cases* herein.

205.   JUDGE JACKSON has received a paycheck in the two months from the time
PLAINTIFF filed his complaint from or on about April 15th, 2024 in *which JUDGE
JACKSON has read the record that PLAINTIFF submitted to the Court UNDER OATH in
which JUDGE JACKSON is paid to read the **ENTIRE** record as a fair, prudent, and
impartial judge that is legally bound and obligated not to violate RICO and PLAINTIFF'S
Constitutional Rights under such cases as* In re Murchison, 349 U.S. 133 (1955) and *United
States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957) which means that JUDGE JACKSON
knows of JUDGE REBECCA PALLMEYER'S corruption in the *Chicago Cases. Therefore,*
JUDGE JACKSON'S lack of honor and impartiality and the seething morbid foul stench of
corruption in which he as a Judge by issuing his ruling on June 12th, 2024 violated 18 USC
§1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D) and PLAINTIFF'S
1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th
Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th
Amendment, and 14th Amendment Rights.

206.   The affirmative legal obligation of JUDGE JACKSON to read, comprehend, and
reference **the entire record and _**not be willfully blind**_** and do his best to be an uncorrupted
judge is a complete understatement that should be glaringly obvious as this case involves at
least billions of dollars in damage, three presidents, five different countries, and more and
could cause war because America fought and killed Nazis that sexually abused and castrated
disabled individuals for political purposes but y'all seem to be like Nazis condoning such
behavior.

207.   PLAINTIFF demands that JUDGE JACKSON responds to every single paragraph
contained in this PLAINTIFF'S Rule 60(B)(1) Motion because the exact legal error under

Rule 60(B)(1) is JUDGE JACKSON'S willful ignorance and willful blindness to PLAINTIFF'S pleadings that is perpetuating mail fraud, wire fraud, a RICO Enterprise against PLAINTIFF, PLAINTIFF'S enslavement, prevention of UN providing medication to PLAINTIFF in violation of PLAINTIFF'S 8th Amendment Rights, cessation of the United States or Russia or China or India torturing PLAINTIFF against the Geneva Convention and Treaty on the Rights of Disabled Individuals by the UN that aforementioned countries are a member and signatory of and PLAINTIFF'S 8th Amendment Rights, and violation of *In re Murchison*, 349 U.S. 133 (1955) and *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957).

208.    Why doesn't JUDGE JACKSON disclose which DEFENDANTS he actually talked to in chambers, on the phone, in person, through the mail, or through email since 10/20/2023 or even before about PLAINTIFF when PLAINTIFF resided in Louisiana between 2013-2016 to see which DEFENDANTS actually know about the case or would doing so further prove PLAINTIFF'S factual statement JUDGE JACKSON has been corrupted by DEFENDANTS thereby violating 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D) and PLAINTIFF'S 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights?

209.    Why doesn't JUDGE JACKSON get a subpoena and see which DEFENDANTS actually accessed PACER to read PLAINTIFF'S pleadings because numerous DEFENDANTS like DOJ, FBI, State Department, SPICEJET, BOEING, CIA, GRU, FSB, Chinese Government, were all already aware of the *Chicago Cases and the contents contained therein and were informed PLAINTIFF filed his case in Louisiana and are monitoring it even more so because*

*they know that the cost of compensation owed to PLAINTIFF has legally **tripled** because of*

*JUDGE REBECCA PALLMAYER'S, Chief Judge of the Northern District of Illinois,*

*provable corruption in Court and they know PLAINTIFF can demand so much more based*

*on the corruption that took place in the Chicago Cases.*

210.   PLAINTIFF already alleged that DEFENDANTS DOJ, FBI, CIA, DOD, GRU, FSB, and

other DEFENDANTS all illegally have access to PLAINTIFF'S laptop and cell phone in

violation of 18 USC 1961 (Section 1028 or 1029) and routinely monitor the contents of

PLAINTIFF'S pleadings as made here and in the *Chicago Cases*.  THIS, is as the Court says,

are sufficient reasons why notice is not required BECAUSE THEY ALREADY KNOW THE

CONTENTS OF ALL OF PLAINTIFF'S Motions and LETTERS. **THEY ALREADY**

**KNOW.**

211.   Similarly and in conjunction with Paragraph #16, PLAINTIFF already pled that

DEFENDANTS were properly served in the *Chicago Cases*. See: *Chicago Cases*.

212.   JUDGE JACKSON damn well knows by having read the *Chicago Cases* and knowing

that one of the exact sources of corruption in this case are the US Marshals (who have never

apologized directly to PLAINTIFF for their actions) in which the only way PLAINTIFF can

serve DEFENDANTS is by having the US Marshals serve DEFENDANTS that would cost

PLAINTIFF over $115,000 to properly serve DEFENDANTS in which DEFENDANTS

know that the only way PLAINTIFF can have a case is through serving all DEFENDANTS

because DEFENDANTS intentionally keep withholding information about who harmed

PLAINTIFF after PLAINTIFF demanded to know such in FOIA requests, phone calls, in

person visits, conversations with DEFENDANTS, and emails that PLAINTIFF does not have

the information on top of PLAINTIFF not being able to ascertain and know the personal

home addresses of individual DEFENDANTS like JAMES COMEY and JOHN BRENNAN who all knew of the sexual abuse against PLAINTIFF and intentionally did nothing to stop it on behalf of the Clintons, Modi, the Indian Government, and Rothschilds.

213.   PLAINTIFF told JUDGE JACKSON "nigga please" as a point of emphasizing the slave like conditions PLAINTIFF was subject to and continued to live in and how he was enabling corruption as a call of absolute desperation in which the usage of the phrase connotates one that comes from slaves or is a slave. It wasn't said to attack JUDGE JACKSON'S race. PLAINTIFF does not apologize for including the phrase "Nigga Please." It was outrageous; however, outrageous things were done to PLAINTIFF and wishes that the level of depravity and corruption in PLAINTIFF'S life forcing PLAINTIFF to be a slave that warranted PLAINTIFF in saying that phrase never occurred and it doesn't give anyone the automatic privilege of saying "Nigga Please" just because PLAINTIFF did. Furthermore, it was primarily African-Americans that forced PLAINTIFF to be a slave (Colin Powell, Jeh Johnson, Barack Obama, Valerie Jarrett, Eric Holder, etc.) and it is through numerous African-American individual's actions that created the situation which means that they made PLAINTIFF a slave which made him a "nigga" in their eyes and mind through their actions. PLAINTIFF harbors no bias or animosity against African-Americans.

214.   PLAINTIFF alleges that ERIC HOLDER, LORETTA LYNCH, MERRICK GARLAND, and/or a combination of the former attorney generals conspired with Prime Minister Singh or Modi and other Indian and Japanese representatives through the years against PLAINTIFF in violation of 18 USC 1962(D) to further RICO Enterprise #1.

215.   PLAINTIFF alleges that at least ERIC HOLDER, JEFF SESSIONS, and other DOJ ATTORNEY GENERALS AND ATTORNEYS conspired amongst each other and with

individuals like JEH JOHNSON, JAMES COMEY, JAMES CLAPPER, GINA HASPEL,

JANET NAPOLITANO, MICHAEL MORELL, JOHN BRENNAN, SUSAN RICE,

VALERIE JARRETT, ROBERT MUELLER III, and more in which they intentionally

conspired to deprive PLAINTIFF of his life, liberty, payment for services rendered, and

furthered the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(D) and

PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights.

216.    PLAINTIFF continues to fear retaliatory and malicious prosecution from the DOJ;

especially in the states of Illinois, California, and/or New York or a combination of the

aforementioned; PLAINTIFF alleges that the DOJ offices in California, New York, and/or

Illinois or a combination of the aforementioned are necessarily corrupt and continue to

perpetuate a RICO Enterprise against PLAINTIFF; PLAINTIFF believes the Northern

District of California is one of those because they knew of the war crimes that happened in

Japan and did nothing. That those offices have routinely terrorized PLAINTIFF and abused

process and PLAINTIFF'S constitutional rights without remorse or hestitation and violated

PLAINTIFF'S rights under the Geneva Convention and the UN Treaty of Individuals with

Disabilities (or something like that). That is why Hollywood has stolen all of PLAINTIFF'S

Intellectual Property and have refused to pay PLAINTIFF because they unconstitutionally

deprived PLAINTIFF of his property for years in violation of PLAINTIFF'S Fifth

Amendment rights and RICO.

217.    PLAINTIFF believes that one time or another when KAMALA HARRIS was serving as

a prosecutor in California or during her time as Senator in California, she learned about

PLAINTIFF and took actions to further the RICO Enterprise against PLAINTIFF.

218.    PLAINTIFF alleges that the DOJ in at least NEW YORK, CALIFORNIA, and DC will try to use PLAINTIFF as a pawn to indict PRESIDENT TRUMP. It is PLAINTIFF'S wishes that despite some harm PRESIDENT TRUMP may or may not have done to PLAINTIFF, PLAINTIFF doesn't want to be part of politics any more or used maliciously the way he has been for years upon years. Legally, PLAINTIFF doesn't give a fuck if it KAMALA HARRIS or DONALD TRUMP that is elected president and hopes that every American that votes does so in line with their heart and mind and makes the best decision for the country.

219.    CIA continues to harass PLAINTIFF unrelentingly and without remorse or conscience in which they tortured PLAINTIFF for years.

220.    US Government will fabricate shit and allege that PLAINTIFF saying certain things in Colorado or Wisconsin was indicative of PLAINTIFF'S Mens Rea for any of the incidents; it was not. PLAINTIFF already explained his Mens Rea

221.    The FBI, CIA, et al. have a real hard time understanding that PLAINTIFF can have thoughts and say things that he does not mean or act upon; that there is a fundamental distinction between bullshit, thoughts that are not acted upon, joking, and more. They should learn why the distinction in all of those things really matter.

222.    FBI knew from October 20th, 2023 the basis of PLAINTIFF'S allegations; CHRIS WRAY (or PLAINTIFF believes it to be CHRIS WRAY) met PLAINTIFF at Savannah Dog Park in Wadsworth, IL in which the total amount of words PLAINTIFF said to Chris Wray was less than 20 (whats inferable is that the basis of PLAINTIFF'S claims were not talked about). CHRIS WRAY talked to INDIA and INDIAN Intel; they have not resolved the issues or materially helped PLAINTIFF despite multiple tips submitted to the FBI.

223.   So no Special Counsel was appointed FOR PLAINTIFF despite PLAINTIFF being a

special counsel (joke). FBI and DOJ for sure know the claims which means that it can only

really be JOE BIDEN that is interfering at the present moment.

224.   PLAINTIFF submitted over 25 FOIA requests, went in person to talk and beg, to

different US Government Agencies in which PLAINTIFF was denied material information in

which their actions were ones that perpetuated the RICO Enterprise against PLAINTIFF so

PLAINTIFF has nowhere else to turn to besides the District Court of Utah. *See*: Exhibit S.

225.   It was the intentional concealment of failing to provide information to PLAINTIFF that

enabled the RICO Enterprise to be continued for so long against PLAINTIFF'S legal and

constitutional interests.

226.   Due to the corruption in the *Chicago Cases* and not immediately deciding the case, this

gave DEFENDANTS more time to dig up more materials to discredit PLAINTIFF and

destroy exculpatory evidence. For instance, a recorded phone call between Apple and

PLAINTIFF was deleted in which it was either Apple or the Indian Government on the other

line.

227.   The US Government aided by DEFENDANTS through Civil Asset Forfeiture and/or

Criminal Asset Forfeiture enabled them to be PLAINTIFF'S slave master and their slavery

was perpetuated through Civil Asset Forfeiture and/or Criminal Asset Forfeiture  in which

PLAINTIFF received no notice and they fabricated crimes against PLAINTIFF to seize

PLAINTIFF'S assets unconstitutionally in violation of  18 USC 1962(a), 18 USC 1962(b),

18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and

1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign

labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to

obstruction of criminal investigations), section 1511 (relating to the obstruction of State or

local law enforcement), section 1512 (relating to tampering with a witness, victim, or an

informant), section 1513 (relating to retaliating against a witness, victim, or an informant),

sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831

and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to

interference with commerce, robbery, or extortion), section 1952 (relating to

racketeering), section 1957 (relating to engaging in monetary transactions in property derived

from specified unlawful activity), aiding and abetting section 1958 (relating to use of

interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the

sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

228.    On August 20th, 2024, PLAINTIFF went on the State of Illinois unclaimed property site

and found the following instances of Unclaimed Property. PLAINTIFF will demonstrate how

the RICO Enterprise works & operates. By 2016, PLAINTIFF had updated his drivers

license to a different state (Texas) and it is quite possible revised his Illinois drivers license

sometime between May 2010 through 2016 that once listed his former residence at 38600 N.

Arbor Ct. Wadsworth, IL. 60083 to quite possibly a home located on Lynsee Ct or Maple

Tree Ln. PLAINTIFF even believes that it was either in 2011 or 2012 that PLAINTIFF

established his domicile in Texas. A corporation like Chase would have easy access to

PLAINTIFF'S new location or residences or mailing address that wouldnt be at Arbor Ct; it

is even quite possible that JP Morgan Chase bank mailed things to PLAINTIFF to a different

mailing address to PLAINTIFF after PLAINTIFF moved from Arbor Ct in May 2010 (since

the home burned down) after 2011 in which JP Morgan Chase Bank was material in the

RICO acts via terrorism and REBECCA WETHERBEE in 2011. See: *Chicago Cases*.  Like

how credit card debt was falsely associated with 773 John Henry (See: Complaint) to falsely allege and attach a notion of fraud having occurred at a certain location to violate 18 USC 1961 Section 1503/1510/1511, here are two different corporations trying to associate PLAINTIFF with the address at Arbor Ct for racketeering purposes. Most importantly for RICO purposes, JP Morgan Chase Bank had PLAINTIFF'S property in the course of the RICO Enterprise that they utilized against PLAINTIFF that crossed state lines thereby making it federal; and the basics of banking means that banks typically loan money based on the amount of money they have in the bank and by having PLAINTIFF'S money in their bank, they were able to conduct business across state lines in violation of RICO by paying interest that PLAINTIFF never received and using it to make loans for different customers (i.e. illegal proceeds in violation of RICO from the RICO Enterprise against PLAINTIFF). PLAINTIFF has told his mother not to use JP Morgan Chase Bank and it is only because PLAINTIFF'S mother is using JP Morgan Chase Bank in which PLAINTIFF is being held in a state of slavery and indentured servitude means that PLAINTIFF sometimes uses his mother's JP Morgan Chase Bank credit card; and if PLAINTIFF could use any other banking service other than JP Morgan Chase Bank, he most definitely would if he could. JP Morgan Chase Inc. financed terrorism in violation of 18 USC 2339(a).

229.    PLAINTIFF attempted to put Liens on certain DEFENDANTS in which he was prevented from doing so through witness tampering and other RICO violations by DEFENDANTS.

230.    Any liens against PLAINTIFF are fraudulent and are part of the RICO Enterprise against PLAINTIFF in violation of 18 USC 1961 and 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d)

231.   LYNN DE FORESTER ROTHSCHILD and the Estate of Sir Evelyn ROTHSCHILD

being a key and material leaders in the RICO Enterprise against PLAINTIFF in 2015 having

materially benefitted from the RICO Enterprise against PLAINTIFF through corruption in

India and *JAPLAN* deposited material proceeds from the RICO Enterprise in one or more of

the following ROTHSCHILD and/or JP MORGAN CHASE institutions:  ROTHSCHILD &

Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA

LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY

MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co

Vermögensverwaltung GmbH;  ROTHSCHILD & Co Wealth Management (Europe) S.A;

ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG

(Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD &

Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS

MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN

QATAR; JPMorgan Chase Bank, N.A;

232.   LYNN DE FORESTER ROTHSCHILD having utilized one or more of the following

institutions in the course of the RICO Enterprise against PLAINTIFF: ROTHSCHILD & Co

SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA

LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY

MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co

Vermögensverwaltung GmbH;  ROTHSCHILD & Co Wealth Management (Europe) S.A;

ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG

(Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD &

Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS

MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN

QATAR; JPMorgan Chase Bank, N.A;

233.    LYNN DE FORESTER ROTHSCHILD and the Estate of SIR EVELYN ROTHSCHILD

had or have bank accounts in one or more of the following institutions: ROTHSCHILD & Co

SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA

LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY

MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co

Vermögensverwaltung GmbH;  ROTHSCHILD & Co Wealth Management (Europe) S.A;

ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG

(Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD &

Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS

MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN

QATAR; JPMorgan Chase Bank, N.A in violation of  18 USC 1962(a), 18 USC 1962(b), 18

USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and

1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign

labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to

obstruction of criminal investigations), section 1511 (relating to the obstruction of State or

local law enforcement), section 1512 (relating to tampering with a witness, victim, or an

informant), section 1513 (relating to retaliating against a witness, victim, or an informant),

sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831

and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to

interference with commerce, robbery, or extortion), section 1952 (relating to

racketeering), section 1957 (relating to engaging in monetary transactions in property derived

from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

234.    One or more of the following institutions materially benefitted from having LYNN FORESTER DE ROTHSCHILD and the ESTATE OF SIR EVELYN ROTHSCHILD as owners and utilizers of their bank and services from the RICO Enterprise against PLAINTIFF: ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH;  ROTHSCHILD & Co Wealth Management (Europe) S.A;  ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A in violation of  18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic

espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

235.    The Government of Qatar materially benefitted from utilizing or having one or more of the following institutions in their country in which they gained material benefits from the RICO Enterprise against PLAINTIFF: ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH; ROTHSCHILD & Co Wealth Management (Europe) S.A;  ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A in violation of  18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513

(relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

236.    The Government of India materially benefitted from utilizing or having one or more of the following institutions in their country in which they gained material benefits from the RICO Enterprise against PLAINTIFF: ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH; ROTHSCHILD & Co Wealth Management (Europe) S.A;  ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A in violation of  18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal

investigations), section 1511 (relating to the obstruction of State or local law enforcement),

section 1512 (relating to tampering with a witness, victim, or an informant), section 1513

(relating to retaliating against a witness, victim, or an informant), sections 1581–1592

(relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to

economic espionage and theft of trade secrets), section 1951 (relating to interference with

commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957

(relating to engaging in monetary transactions in property derived from specified unlawful

activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in

the commission of murder-for-hire), aiding and abetting the sexual exploitation and

trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

237.    The Commonwealth of the United Kingdom (The United Kingdom Government)

materially benefitted from utilizing or having one or more of the following institutions in

their country in which they gained material benefits from the RICO Enterprise against

PLAINTIFF: ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE

LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED;

ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co

US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH;  ROTHSCHILD & Co Wealth

Management (Europe) S.A;  ROTHSCHILD & Co Wealth Management Monaco;

ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth

Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co

Asset Management US Inc;  FIVE ARROWS MANAGERS North America LLC; J.P

Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A in

violation of  18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a

violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

238.    Therefore, if the United States government pays any more into any debt held by the ROTHSCHILDS and/or one of the following: ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH; ROTHSCHILD & Co Wealth Management (Europe) S.A;  ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS MANAGERS North America LLC, they would be paying into a RICO Enterprise in which those instituitons would

materially benefit from the RICO Enterprise against PLAINTIFF. Therefore, any debt owed
to the ROTHSCHILDS must be declared null and void.

239.    Therefore, under 18 USC 1963, certain property owned or held by the Estate of Sir
EVELYN ROTHSCHILD and LYNN FORESTER DE ROTHSCHILD and ROTHSCHILD
& Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co
DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY
MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co
Vermögensverwaltung GmbH;  ROTHSCHILD & Co Wealth Management (Europe) S.A;
ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG
(Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD &
Co Investment Managers; Rothschild & Co Asset Management US Inc;  FIVE ARROWS
MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN
QATAR; JPMorgan Chase Bank, N.A, are subject to disgorgement. PLAINTIFF will be
notified of properties owned by the previous institutions and PLAINTIFF will take some of
those (not more than 4 different ones) at his discretion.

240.    PLAINTIFF begs the Court for the United States Government not to tax him on the
earnings from this case as it would violate PLAINTIFF'S conscience and religious beliefs
that PLAINTIFF is paying money to the same individuals and institutions that allowed the
RICO Enterprise to flourish. PLAINTIFF and his companies of course will pay taxes after
the case.

241.    Intel Inc., Visa Inc.,  and MGM International Resorts Inc. materially benefitted from the
RICO Enterprise against PLAINTIFF via the Japanese Conspiracy Dinner against
PLAINTIFF on April 28th, 2015 in violation of  18 USC 1962(a), 18 USC 1962(b), 18 USC

1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343

and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor

contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to

obstruction of criminal investigations), section 1511 (relating to the obstruction of State or

local law enforcement), section 1512 (relating to tampering with a witness, victim, or an

informant), section 1513 (relating to retaliating against a witness, victim, or an informant),

sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831

and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to

interference with commerce, robbery, or extortion), section 1952 (relating to

racketeering), section 1957 (relating to engaging in monetary transactions in property derived

from specified unlawful activity), aiding and abetting section 1958 (relating to use of

interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the

sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

PLAINTIFF will determine on a later date what services and products he demands as

payment from Intel Inc. and Visa Inc.


## THE IRREPARABLE HARM, PUBLIC INTEREST, AND EQUITABLENESS RELATED TO PLAINTIFF & DEFENDANTS AS PER WEINBERGER v. ROMERO-BARCELO, 456 U.S. 305 (1982):

242.    Simply, the irreparable harm PLAINTIFF has experienced is the intentionally corrupt

denial of Due Process in violation of PLAINTIFF'S Constitutional Rights and RICO in

which DEFENDANTS intentionally tried to deprive PLAINTIFF of his life.

243.    The irreparable harm is that for more than 15 years, PLAINTIFF has been denied

information and told not to pursue legal claims for gross miscarriages of abuse by

DEFENDANTS in which PLAINTIFF has had to play catchup with numerous records

having been destroyed by a fire in May 2010 and the US Government, Russian Government,

British Government, and Indian Government intentionally hiding records from PLAINTIFF

to perpetuate the RICO Enterprise against PLAINTIFF to deprive PLAINTIFF of an

opportunity to fairly litigate.

244.    The fact that PLAINTIFF did everything in his power to resolve the issues peacefully and

quickly when he discovered the egregious sources of abuse with DEFENDANTS having

intentionally deprived PLAINTIFF of information for years to conceal the true extent of their

crimes without a trial for the benefit of DEFENDANTS was taken advantage of by

DEFENDANTS and they will only continue to take advantage of the time and the prolonged

nature of these cases as to deprive PLAINTIFF of an opportunity in Court to further the

RICO Enterprise.

245.    The irreparable harm PLAINTIFF experienced is that the vast majority of

DEFENDANTS were properly served and had monitored PLAINTIFF when edited drafts of

his motions and were literally given 8 times as long to respond to dig up more blackmailing

and character destroying evidence then what DEFENDANTS would have normally been

required but for the corruption in the *Louisiana Cases* and *Chicago Cases*. By allowing that

to go unpunished and allowing it to occur, this is giving DEFENDANTS such an unfair

advantage in Court.

246.    The irreparable harm if not remedied is that the Court explicitly approves a two-tiered

justice system in which judges are allowed to be corrupt without punishment making the

*People* lose faith in the Judicial Branch of the Government.

247.    Furthermore in addition to Paragraph #88, DEFENDANTS had 8 months to utilize super

computers and billions of dollars in resources and hundreds of employees to fight a destitute

autistic disabled man that is losing cognitive capacity because of the war crimes committed

against him, lack of money to get proper health care, and more.

248.    There are no adequate remedies in Court besides a permanent injunction and permanent

restraining order when DEFENDANTS are routinely conspiring against PLAINTIFF in

violation of 18 USC 1962(D) and 18 USC 1961, 18 USC 2340,  to deprive PLAINTIFF of

his Constitutional Rights, prevent PLAINTIFF from having access to the Courts, and forcing

PLAINTIFF to be their slave because money cannot erase the memories of living in squalid

conditions twice in which cat feces and racoon feces and urine were so abundant and clear, of

having to use dog shampoo to clean yourself knowing that DEFENDANTS made billions of

you for years, having the worst punishment and war crimes committed against you in which

no one and no intelligence agency did anything to stop them and ANGIE ORTIZ from doing

what they did to PLAINTIFF for a month, having your soul and spirit violated because of the

on-going corruption that remains unpunished and for not punishing a single person that

commit war crimes even after having met a preponderance of the evidence standard, and

more.

249.    PLAINTIFF deliberately and intentionally is asking nowhere near as much as he should

because PLAINTIFF in the Chicago Cases and the Louisiana Cases gave a partial analysis of

the amount of money and assets that DEFENDANTS have; however, PLAINTIFF was

unable to determine how much the ROTHCHILDS and ROTHCHILDS BANKS have in assets and funds in which the total percentage of what PLAINTIFF is asking from the Court amounts to less than 3% of their total assets and funds available to them.

250.    That for every single second of every single minute of every single day for every year within the last twenty years, PLAINTIFF has been a slave and has been maliciously abused to deprive Americans' of their freedoms (such as with 4th Amendment jurisprudence since 2006) in which numerous judges in SCOTUS like SCALIA, ROBERTS, ALITO, Congress, President CLINTON and HILLARY CLINTON, President BUSH, President OBAMA, sort of President TRUMP, and sort of President BIDEN, and so many more people in the Washington DC elite, work on making more tyrannical and depriving PLAINTIFF of the fruits of his labor and ideas through the years.

251.    Put in another way, PLAINTIFF is trying to find the last refuge of integrity and honor in the American judicial system.

252.    The irreparable harm PLAINTIFF is asking the Court to remedy now is PLAINTIFF'S ability to pursue happiness and have a life full of liberty and love.

253.    The irreparable harm is that through tampering with PLAINTIFF in violation of RICO over the last 8 months electronically, DEFENDANTS have gained an unfair advantage in order to perpertuate the RICO Enterprise against PLAINTIFF.

254.    The irreparable harm is that by demonstrating extreme good faith with DEFENDANTS on October 20th, 2023 to resolve years of issues,  PLAINTIFF very well could have lost his case because DEFENDANTS were in that much of a bad faith in which they did everything in their power to make sure PLAINTIFF lost; that PLAINTIFF'S good faith was used maliciously and corruptly against him in which the Chicago Cases and Louisiana Cases

intentionally prolonged the proceedings by ruling corruptly to intentionally undermine and ruin PLAINTIFF'S case.

255.    The record is ample with facts that the irreparable corruption and damage that took place in the *Chicago Cases* and *Louisiana Cases* to PLAINTIFF that will only continue  if the 5th CIRCUIT COURT OF APPEALS doesn't put an end to it because each second of every day DEFENDANTS are conspiring to deprive PLAINTIFF of his life, liberty, and property without Due Process of law and in violation of RICO and in violation of PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights.

256.    From at least a minimum of October 20th, 2023, DEFENDANTS have done everything in their power to deprive PLAINTIFF of his life, property, and pursuit of happiness through corruptly ruling and failing to reply to PLAINTIFF satisfactorily by delaying, prolonging, and drawing out PLAINTIFF'S cases and filings for as long as possible making incomprehensibly illogical, unreasonable, and corrupt decisions in which PLAINTIFF in both the *Chicago Cases* and *Louisiana Cases* moved for Permanent Injunctions, PLAINTIFF moved for a TEMPORARY RESTRAINING ORDER in the Louisiana cases, and PLAINTIFF informed the Northern District of Illinois Court, the 7th Circuit Court of Appeals, and the Middle District of Louisiana Court PLAINTIFF'S health and cognitive capacities were deteriorating as to effectively deny counsel to prevent PLAINTIFF from fully litigating the case to the best of his capacity so that DEFENDANTS could have SCOTUS completely undermine PLAINTIFF'S cases through their rulings in which SCOTUS was well aware of all of PLAINTIFF'S litigation.

257.    Continuing a theme from the previous paragraph, for almost 8 months from October 20th, 2023 to July 3rd, 2024, DEFENDANTS have been *that well versed* in PLAINTIFF'S

pleadings and motions; so factually well versed and knowledgeable about PLAINTIFF'S motions in the *Chicago Cases* and the *Louisiana Cases* that DEFENDANTS corruptly answered by preventing PLAINTIFF from ever having a legitimate chance to have DEFENDANTS answer in Court through corruptly ruling against PLAINTIFF in the *Louisiana Cases* and *Chicago Cases* and through SCOTUS routinely monitoring and undermining PLAINTIFF'S case even before PLAINTIFF could have a chance in the District Court, let alone the Court of Appeals in the 7th Circuit Court of Appeals and now 5th Circuit Court of Appeals, and depending on the 5th Circuit Court of Appeal's ruling, the 10th Circuit Court of Appeals, which is ultimately PLAINTIFF'S last opportunity.

258.    If the Court doesn't rule in PLAINTIFF'S favor here and now for a permanent injunction and permanent restraining order, there would be absolutely no accountability in the system in which Any Government and the United States Government can make one a slave, kidnap one and commit acts of domestic and international terrorism against the law and their Constitutional Rights, commit War Crimes and Torture Americans without remorse or punishment, allow the Courts to be forever corrupted and tainted.

259.    PLAINTIFF understood in 2016 and believes that Louisiana Revised Statutes concerning self-defense allows PLAINTIFF to take any constitutionally, non-violent, appropriate measures he deemed reasonable and necessary to protect the lives of innocent disabled students (One of PLAINTIFF'S purposes in writing the book was to protect disabled students from being killed by a Department of Education Guidance) and to defend his liberty and Constitutional Rights from further infringement and malicious prosecution by a tyrannical government that allowed war crimes to be committed against an American. That in the concept of self-defense exists the right of the defense of others and the defense of liberty and

constitutional rights for one free American ceases to exist in a America if it becomes a tyrannical dictatorship.

260.    Another purpose of why PLAINTIFF wrote the book in 2016 and 2017 was that PLAINTIFF understood the horrors of being falsely accused of sexual harassment and being abused sexually by the DEFENDANTS; that in PLAINTIFF'S formative years of forcing and coercing himself to learn how to speak, the beauty and value of every single word, including every slang and offensive term that exists in the world, and that the Department of Education has an interest in allowing kids to psychologically develop healthy by allowing kids to occasionally hear an offensive phrase, term, or slang and doing so in a way is beautiful and is not harassment and that there are far worse things that can be done to someone that a simple insult. Jokes and joking must be allowed. The world is not going to end of a white man says "nigga please" (context needed!), someone says retarded, faggot, or more. Its okay to be offended; its okay to learn from being offended; its okay to embrace being offended; what matters far more in life is knowing someone's intent because assuming someone's intent without asking them makes you an asshole. Bullying and Harassment is about intention and direction. You can't outlaw words; but you can analyze the intention of someone and the direction of someone's statements.

261.    PLAINTIFF understands that within the economic deals between 2010 and 2011 between the United States and India that PLAINTIFF is necessarily privy to, there was another purpose. FBI and CIA and NSA and DOD wanted to create and replicate signals intelligence systems and data collection gathering in India that mirrored American systems; and probably the Indians purchased the components of such systems from American companies between 2010 and 2011 at cheaper rates than normal. For example and based on PLAINTIFF'S

current knowledge that he can recall, one of either Prime Minister Singh's or Modi's Son-in-laws is the head of an intelligence unit in India that collects data about every Indian citizen; that out of all the jobs he could have acquired through nepotism in a corrupt Indian system, he got the ones collecting data about every Indian citizen. This gives more plausibility and credibility that INDIAN and AMERICAN INTEL DEFENDANTS intentionally used PLAINTIFF for cross-sharing intelligence purposes allowing India to acquire the *JAPLAN* email, the contents of PLAINTIFF'S private conversations said in his home in Spring 2015, PLAINTIFF'S Sewanee Purple Articles, and more and implement *Japlan* to make sure PLAINTIFF wasn't a liability to India as a whole because at a minimum PLAINTIFF was a liability to at least SPICEJET.

262.   That there exists a notion and practice of hiring individuals in the DC elite/bubble that have intentionally committed RICO violations against American citizens and are hired to protect them from liability because they still have qualified immunity if they are current US Federal Government employees in which that is unconstitutional and denies the US Government from retaining the best qualified candidates for a position.

263.   SCOTUS deciding *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) the way they did means that they sent the decision over the wires and through the mail which constitutes an act of mail fraud and wire fraud; the five cases SCOTUS decided the way they did also count as separate violations of 18 USC 1961 Sections 1341 and 1343; when CHIEF JUSTICE JOHN ROBERTS stared at PLAINTIFF in Tokyo and ran off like a coward on July 8th, 2015 or so and didn't tell PLAINTIFF that he knew the war crimes were being done against him and the decision in *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) when he had an opportunity, hiding that material information from PLAINTIFF

constituted a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342. So that is 5 Counts of violating RICO here.

264.   Quite frankly people's actions have told PLAINTIFF all he needs to know: how is it that PLAINTIFF can be of such importance and intentionally be that neglected? Why is it that people need PLAINTIFF now for their sides when everyone seemed hellbent on vilifying and falsely making PLAINTIFF into a terrorist, arsonist, or pedophile? Why is it that my loved ones never shared everything PLAINTIFF needed to know at the right time? Why is it that the ones that claim they love PLAINTIFF intentionally put PLAINTIFF through hell living in feces and using PLAINTIFF at every opportunity without remorse? Why is it that seemingly every single one of PLAINTIFF'S friends sold out or snitched on PLAINTIFF at some time when PLAINTIFF would have never done the same to them like ANDREW

WHALL, THAO BUI, BRIANA DRESCHER, and more? Why was it that for decades people intentionally misconstrued PLAINTIFF'S statements for the worse and got rid of all the evidence of the good PLAINTIFF ever did in his life? Why is it that DEFENDANTS insist on making PLAINTIFF their slave? Why is it when PLAINTIFF tells the truth that no one believes PLAINTIFF? Why is it that it was in everyone's interest to intentionally harm PLAINTIFF and when PLAINTIFF sought some form of justice and being merciful to everyone PLAINTIFF gets screwed over and over again? Why the fuck is it so intolerable to DEFENDANTS that PLAINTIFF deserves a life of happiness, being left the fuck alone, and having compensation for having the worst things done to PLAINTIFF? Why the fuck is it so intolerable for people to love PLAINTIFF and let PLAINTIFF know he is loved and valued because being in this isolation and echo chamber has been hell after having been tortured intentionally by DEFENDANTS? PLAINTIFF never went on a roadtrip and had a lover look in his eyes and meaningfully and truthfully say that she was so happy to be with PLAINTIFF at that moment? What exactly did PLAINTIFF DO to be caused this much harm? Why did DEFENDANTS intentionally place PLAINTIFF in harm's way and ignore and destroy the evidence that PLAINTIFF didn't want to be in certain positions? Why was it easier to treat PLAINTIFF as a villain than a person worthy of love and respect? Why is it that PLAINTIFF never got the proper soothing and hugs he desperately needed in time when his loved ones knew PLAINTIFF was hurting and still is hurting to this day? Why the fuck was it so hard to get a written offer when DEFENDANTS all knew what PLAINTIFF demanded and wanted and to be left ignored and have the court be that corrupted was so extremely disrespectful to PLAINTIFF. Why is it that PLAINTIFF was treated like a bad man when he was being extremely generous and accommodating to DEFENDANTS when PLAINTIFF gave much

cheaper settlement offers to DEFENDANTS that they read and analyzed and intentionally ignored on purpose?

265.    Between at least 2008 and 2024, the FISA Court was surveilling PLAINTIFF unconstitutionally. Unknown Judges in the FISA Court were aware of the acts of domestic and international terrorism undertaken against PLAINTIFF in 2011, how PLAINTIFF was a slave to DEFENDANTS for more than 15 years, and how war crimes were being committed against PLAINTIFF in 2015. Not once did any FISA judge lift a finger to put end to the RICO Enterprise. PLAINTIFF even visited the FISA Court in on June 22nd, 2020 to gather evidence and have access to the Court that unconstitutionally ruled against him for years and enabled a RICO Enterprise to take place against PLAINTIFF. In violation of Tennessee v. Lane, autistic disabled American PLAINTIFF was denied access to a Court on American soil that ruled against him that PLAINTIFF that violated PLAINTIFF'S Constitutional Rights in which PLAINTIFF received no notice, was not aware of who was representing him in the FISA Court, denied the right to cross examine the accusers in Court, and so much more in any FISA proceedings in which the FISA Court under CHIEF JUSTICE JOHN ROBERTS' supervision enabled the FBI and CIA and NSA and DOD to allow war crimes to be committed against PLAINTIFF in Tokyo in 2015 and terrorism in 2011 against an American. That is at least 3 counts that unknown judges in the FISA court violated 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962 (d).

266.    PLAINTIFF moves under 18 USC 1963 via disgorgement for an immediate 50% ownership of Dulles International Airport for being used as property against PLAINTIFF during the RICO Enterprise.

267.    PLAINTIFF moves under 18 USC 1963 via disgorgement for being used as property used against PLAINTIFF in the RICO Enterprise for an immediate 50% ownership of Jackson-Hartfield Atlanta International Airport.

268.    PLAINTIFF moves under 18 USC 1963 via disgorgement for 10% ownership of Delta Airlines Inc., 10% of Boeing Inc, 5% ownership of United Airlines Inc.

269.    PLAINTIFF requests that Airbus and Boeing create a co-venture with PLAINTIFF to produce fuselages for Boeing Inc. and Airbus S.A.

270.    The Japanese government materially benefitted from the RICO Enterprise against PLAINTIFF in violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

271.    The Qatari government materially benefitted from the RICO Enterprise against PLAINTIFF in violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC

1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

272.   The Russian government, GRU, Vladimir Putin, and FSB, all materially benefitted from the RICO Enterprise against PLAINTIFF in **violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following:** section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived

from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

273.    The British government (the Commonwealth of the United Kingdom) materially benefitted from the RICO Enterprise against PLAINTIFF in **violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following:** section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

274.    The Chinese government materially benefitted from the RICO Enterprise against PLAINTIFF in **violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following:** section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law

enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

275.   PLAINTIFF fears that if he includes the Complaint from the *Chicago Cases*, which is over 1500 pages long, that the court might corruptly rule that the complaint is too long and dismiss the case.

276.   Simply if this goes unpunished and the irreparable harm is: PERMANENTLY, CORRUPTLY, AND ILLEGALLY DENYING EVERYTHING IT MEANS TO BE AN AMERICAN IN COURT.

277.   PLAINTIFF'S soul is PLAINTIFF'S and God's  property and DEFENDANTS violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF.

278.   PLAINTIFF'S soul is PLAINTIFF'S and God's property and the United States Government through their actors listed as DEFENDANTS unconstitutionally damaged, broke, and tainted PLAINTIFF'S soul that constitutes a taking under the 5th Amendment.

279.   PLAINTIFF'S soul is PLAINTIFF'S and God's property and the Russia Government violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF.

280.   PLAINTIFF'S soul is PLAINTIFF'S and God's property and the Indian Government violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF.

281.   PLAINTIFF'S soul is PLAINTIFF'S and God's property and the Qatari Government violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF.

282.   PLAINTIFF'S soul is PLAINTIFF'S and God's property and the Japanese Government violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF.

283.   PLAINTIFF'S soul is PLAINTIFF'S and God's property and the Chinese Government violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF.

284.   PLAINTIFF'S soul is PLAINTIFF'S and God's property and the British Government violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF.

285.   PLAINTIFF is an autistic, destitute, pro-se attorney who was tortured and is suffering from serious cognitive decline due to PTSD and Depression; all pleadings should be construed in PLAINTIFF'S favor

286.   PLAINTIFF is not a terrorist and never had any intentions on committing terrorism or any coups.

287.   This Complaint is verified and the facts attested herein are to the best of PLAINTIFF'S current understanding.

# Section V: INJURIES

- "DEFENDANTS defiled and permanently damaged PLAINTIFF's soul (18 U.S.C. §2340; 18 U.S.C. §2441)

- Loss of at least $10,000,000,000+ in 2011 through fraudulent concealment and taking PLAINTIFF'S soul. With Treble Damages, Rate of Inflation, and Attorney Fees, that should be around $35 Billion USD Total.

- Denial of treble damages from the *Chicago Cases* and *Louisana Cases*.

- DEFENDANTS caused PLAINTIFF to gain over 150lbs from May 2016 to the time of filing this lawsuit in which PLAINTIFF weighs approximately 375lbs even after having been down to around 215 or 220 lbs. in March or April 2016 in which PLAINTIFF now has obesity health related problems (18 U.S.C. §2340; 18 U.S.C. §2441);

- DEFENDANTS' torture and RICO acts have caused severe scarring on PLAINTIFF'S mind & body (some of which was inflicted through PLAINTIFF'S autistic self-compulsion after having been tortured);

- PLAINTIFF'S loss of ability to trust & seek relationships (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Loss of family and interest in dating and love life despite wanting to do it again

- Destruction of reputation;

- Being placed on a Freemason/CFR/BILDERBURG/Bohemian Grove/Illuminati blacklist and other United States Government blacklists in the prevention of obtaining employment;

- Loss of employment & future economic opportunity;

- Loss of sense of self and purpose (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Numerous health issues starting from 2006 & medical bills (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Becoming an indentured servant after being a victim of domestic and international terrorism by DEFENDANTS;

- Killing the "specialness" of a former special education student becoming a lawyer despite the odds against PLAINTIFF;

- Loss of privacy around the world;

- Loss of friends;

- diminished intellectual capacity & intelligence (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Loss of recognition/credit of having PLAINTIFF's Intellectual Property used in Hollywood and in the White House;

- Diminished utilitarian value of self to improving and making society better (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Inability to further my dreams in helping others, especially autistic individuals (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Knowing that I was always going to be a pariah to people I respected & within the legal community no matter what I did to overcome & work against false presumptions and labels and other actions undertaken by DEFENDANTS (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Deep embarrassment;

- Social exclusion;

- Not knowing how to support myself and/or future family with a diminished brain capacity and intelligence in which it was already hard enough as it is for autistic individuals to be able to be independent of their parents or Social Security (let alone starting, maintaining, and having a family);

- Never being able to bring a woman as a girlfriend/wife to 3 grandparents when they were alive (& unfortunately seems like my last grandparent won't meet her either) after what DEFENDANTS did to me emotionally and spiritually;

- Contributing to PLAINTIFF'S autistic self-harm where he did not want any of his family (because they were hiding information from PLAINTIFF & did not support PLAINTIFF nor believe PLAINTIFF when PLAINTIFF needed them the most in Spring 2017) to go to his law school graduation nor did PLAINTIFF attend graduation when given an opportunity after all he had been through (compounding these issues was the fact that Louis Freeh, director of WILLIAM J. CLINTON'S FBI, was giving the speech and I wouldn't attend after what DEFENDANTS CLINTON DID TO ME);

- Knowing world leaders and U.S. Politicians routinely talk about you all the time & refuse to talk to you as a person or individual outside of their stupid fucking doublespeak in which they pursued their own interests at my expense without me ever having a real say in my life (dehumanizing);

- Being completely broken and destitute as an autistic man (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Never being privy to my own life;

- Violating PLAINTIFF'S religious beliefs numerous times.

- And other damages & harm not herein expressed, but within the knowledge of PLAINTIFF or DEFENDANTS

- DEFENDANTS took everything PLAINTIFF loved and valued in his life like his love for aircrafts, speech after having earn the ability to speak, and so much more for their own malicious and abusive purposes to enrich themselves and get more power corruptly.

# Section V: PRAYERS OF RELIEF:

**PLAINTIFF PRAYS FOR THE FOLLOWING RELIEF and DEMANDS THE FOLLOWING AS IT COMPORTS TO THE REQUIREMENTS UNDER 18 U.S.C. 1964 and allow PLAINTIFF to seize such under 18 USC 1963 if any of the DEFENDANTS fail to comply.**

I)   **From all DEFENDANTS: Payment of: $35,000,000,000 USD cash. non-taxable. PLAINTIFF will accept $20,000,000,000 USD within the next month and $10,000,000,000 USD by August 14th, 2039.  PLAINTIFF would have asked for far less, but because of rates of inflation and higher costs necessary to make certain islands a reality, has to ask for a higher price.**

II)  **The following from the following foreign Governments listed as DEFENDANTS:**
   a. The Russian Government:1) 2 Boeing 777-300ER Aircraft that are less than 5 years old from AEROFLOT; 1 Airbus A350-900 that is less than 10 years old from AEROFLOT; 4 Boeing 737-800NG that are less than 10 years old from AEROFLOT (2 of which can be less than 15 years old); 2) Gazprom Neft and Gazprom Oil & LNG Deal; 3) find one of the best matchmakers in Russia to find and match PLAINTIFF a potential wife that complements PLAINTIFF who isn't a spy or hostile to PLAINTIFF; 4) allow PLAINTIFF to make Miki's Autism Centers throughout the Russia in which the Russian Government promotes such to help Russian autistic individuals;

allowing PLAINTIFF to help and create programs and resources for autistic and disabled students in Russia to use; 5) allow PLAINTIFF, DoD and CIA officers and officials, and BOEING and AIRBUS mechanics and official to peacefully go to Russia and repair certain aircraft to make them fully operational; 6) 2 new Boeing 787-10 Aircraft, 2 new Boeing 737 Max 10, and 2 new Embraer E-175 E2 and 1 new Embraer E190-E2 aircraft; 7) allow PLAINTIFF and his airline to fly to any location in RUSSIA in which PLAINTIFF will have a gate. PLAINTIFF moves under 18 USC 1963 for the aforementioned aircraft currently in Aeroflot's possession.

b. The Qatar Government: 1) complete ownership of 2 Boeing 787-8 Aircraft from Qatar Airways that are less than 10 years old within the next month, complete ownership of 2 Boeing 737 Max 8 Aircraft that are less than 10 years old within the next month, 1 Airbus A350-900 to be given to Air Serbia that is less than 4 years old in which Air Serbia has complete ownership over within the next month, 1 new BOEING 777-9x at PLAINTIFF'S specifications, 1 new Boeing 787-8 or Boeing 787-9 at PLAINTIFF'S specifications, and 1 new Embraer E175-E2 and Embraer E190-E2, 2) 2 gates at HAMAD International Airport in Doha with certain specifications of the gates by PLAINTIFF in which PLAINTIFF does not pay any taxes, fees, or landing fees when MKT Airlines is allowed to fly by the United States Government and Qatari Government; 3) Qatar Airways teaching PLAINTIFF how to run an airline and to be certified as a pilot on the Boeing 787 and Boeing 737; 4) allowing PLAINTIFF to make Miki's Autism Centers in Qatar and Doha in which the Government promotes such to help Qatari autistic individuals; 5) promotion of PLAINTIFF'S resorts and/or islands amongst Qatari individuals and the high family and Qatari Television; 6) an Oil and LNG deal with entities controlled by QIA; 7) permanent allowance to allow MKT Airlines and PLAINTIFF to land and fly in Qatar and to be never listed or treated as a terrorist or in any hostile manner;8) find one of the best matchmakers in Qatar to find and match PLAINTIFF a potential wife that complements PLAINTIFF who isn't a spy or hostile to PLAINTIFF; teach PLAINTIFF how to cool certain venues and locations, especially at any location that PLAINTIFF chooses for his Shiba Island; PLAINTIFF moves under 18 USC 1963 for the aforementioned aircraft currently in Qatar Airways possession.

c. The British Government: 1) 5 landing slots at London Heathrow Airport in which 2 are in the morning, 1 is in the mid-afternoon, and 2

are after 5pm in which PLAINTIFF pays no landing fees or taxes; 2 gates at London Heathrow Airport that are at PLAINTIFF'S specifications;  2) complete ownership of 1 Boeing 787-8 Aircraft from British Airways that is less than 10 years old within the next month, 1 new BOEING 777-9x at PLAINTIFF'S specifications, 1 new Boeing 787-8 or Boeing 787-9 at PLAINTIFF'S specifications, and 1 new Embraer E175-E2 and 1 new Embraer E190-E2; 3) permanent allowance to allow MKT Airlines and PLAINTIFF to land and fly in the United Kingdom and to be never listed or treated as a terrorist or in any hostile manner; 4) allow PLAINTIFF to make Miki's Autism Centers throughout the United Kingdom in which the British Government promotes such to help British autistic individuals; allowing PLAINTIFF to help and create programs and resources for autistic and disabled students in Britain to use; the promotion of PLAINTIFF'S resorts and/or islands amongst British individuals and the royal family; find one of the best matchmakers in Britain to find and match PLAINTIFF with a potential wife who best complements PLAINTIFF who isn't a spy or hostile to PLAINTIFF;4) Henderson Island for PLAINTIFF to create an island resort on and be the sole owner of and preserve the nature on the island;  anything else listed below; must not sue PLAINTIFF over his British Airways homage that is to be painted on a 787; PLAINTIFF moves under 18 USC 1963 for the aforementioned aircraft currently in British Airways' possession and Henderson Island.

d.  The Indian Government: 1) 2 new BOEING 777-9x at PLAINTIFF'S specifications, 4 new Boeing 787-8 or Boeing 787-9 at PLAINTIFF'S specifications, 2 new Boeing 737 Max 10 at PLAINTIFF'S discretion, 2 new Embraer E175-E2 at PLAINTIFF'S specifications; 2) 3 gates at Delhi International Airport, 2 gates at Mumbai International Airport, 2 gates at Bengaluru International Airport, 2 gates at Hyderabad International Airport, 2 gates at Chennai International Airport, 2 gates at Ahmedabad International Airport, all of which be made with certain specifications of the gates by PLAINTIFF in which PLAINTIFF nor his airline (MKT Airlines) does not pay any taxes, fees, or landing fees in which PLAINTIFF and MKT Airlines is allowed to fly to those locations by the United States Government and Indian Government and for that right never to be revoked under any condition; 3) find one of the best matchmakers in India to find and match PLAINTIFF a potential wife who is in the upper caste system

of India that complements PLAINTIFF who isn't a spy or hostile to PLAINTIFF; 4) allow PLAINTIFF to make Miki's Autism Centers throughout India in which the Government promotes such to help Indian autistic individuals; 5) promotion of PLAINTIFF'S resorts and/or islands amongst the upper caste in India and to be used in Indian Television and in Bollywood regularly; 6) never listed or treated as a terrorist or in any hostile manner by any government official in India; 7) SpiceJET gives full ownership of 4 Boeing 737 Max 8 aircraft that are less than 10 years old within the next month that are fully operational and 25% ownership of SpiceJET; 8)anything else that is listed below; INDIA being liable up to $10 Billion USD total. PLAINTIFF moves under 18 USC 1963 for an immediate payment of $7,000,000,000 USD from India.

e.  The JAPANESE Government: 1) 1 new BOEING 777-9x at PLAINTIFF'S specifications, 1 new Boeing 787-8 or Boeing 787-9 at PLAINTIFF'S specifications, 2 new Boeing 737 Max 10 at PLAINTIFF'S discretion, 2 new Embraer E175-E2; 2) 2 gates at Tokyo Haneda International Airport, 2 gates at Tokyo Narita International Airport, 2 gates at Sapporo International Airport, 2 gates at Osaka International Airport (KIX), all of which be made with certain specifications of the gates by PLAINTIFF in which PLAINTIFF nor his airline (MKT Airlines) does not pay any taxes, fees, or landing fees in which PLAINTIFF and MKT Airlines is allowed to fly to those locations by the United States Government and Japanese Government and for that right never to be revoked under any condition; 3) the complete ownership of Takarajima that has a theme of Shiba Inu to be named Shiba Shima; 4) find one of the best matchmakers in Japan to find and match PLAINTIFF a potential wife that complements PLAINTIFF who isn't a spy or hostile to PLAINTIFF and isn't XIUYANG SUNNY NOR ANGIE ORTIZ 5); allow PLAINTIFF to make Miki's Autism Centers throughout JAPAN in which the Government promotes such to help JAPANESE autistic individuals; 6) promotion of PLAINTIFF'S resorts and/or islands to be used in Japanese Entertainment Industry regularly; 7) PLAINTIFF never listed or treated as a terrorist or in any hostile manner by any government official in JAPAN; 8) anything else that is listed below; JAPAN being liable up to $5 Billion USD total. PLAINTIFF moves under 18 USC 1963 for an immediate payment of $1,000,000,000 USD from Japan and complete ownership of Takarajima.

    f. The German Government: 1) 1 new BOEING 777-8F at PLAINTIFF'S specifications, 1 new Boeing 737 Max 10 at PLAINTIFF'S discretion; 2) 1 gate Frankfurt International Airport, 1 gate at Munich International Airport, all of which be made with certain specifications of the gates by PLAINTIFF in which PLAINTIFF nor his airline (MKT Airlines) does not pay any taxes, fees, or landing fees in which PLAINTIFF and MKT Airlines is allowed to fly to those locations by the United States Government and German Government and for that right never to be revoked under any condition; 4) find one of the best matchmakers in Germany to find and match PLAINTIFF a potential wife that complements PLAINTIFF who isn't a spy or hostile to PLAINTIFF 4); allow PLAINTIFF to make Miki's Autism Centers throughout Germany in which the Government promotes such to help German autistic individuals; 6) promotion of PLAINTIFF'S resorts and/or islands to be used in German Entertainment Industry regularly; 7) PLAINTIFF never listed or treated as a terrorist or in any hostile manner by any government official in Germany; 8) anything else that is listed below PLAINTIFF moves under 18 USC 1963 for an immediate payment of $250,000,000 USD from Germany

    g. The Australian Government materially aided and abetted when information concerning the war crimes against PLAINTIFF occurred and was submitted through Orion Satellites (or underwater cables) in which PINE GAP received information about the war crimes happening to PLAINTIFF in which they did nothing; PLAINTIFF moves under 18 USC 1963 for an immediate payment of $1,000,000,000 USD from Australia; 2 gates at Sydney International Airport and 1 gate at Melbourne International Airport.

## III) Airplanes & stock ownership (if applicable) from Airlines listed as DEFENDANTS

    a. Delta Airlines: 1 Airbus A350-900 that is less than 5 years old that is fully operational and 1 Boeing 737-900ER that is less than 10 years old that is fully operational and give to Air Serbia 1 Airbus A321neo that is less than 5 years old that is fully operational; 10% stock ownership of Delta Airlines subject to disgorgement under 18 USC 1963; PLAINTIFF moves under 18 USC 1963 for an immediate ownership of those two aforementioned aircraft currently in Delta Airlines' possession and 10% of their current stock.

    b. United Airlines: 1 Boeing 787-10 that is less than 10 years old that is fully operational and 1 Boeing 737 Max 8 that is less than 10 years

old that is fully operational. PLAINTIFF moves under 18 USC 1963 for an immediate ownership of those two aforementioned aircraft currently in United Airlines' possession.

c. Lufthansa: allow PLAINTIFF to purchase 2 Boeing 747-8i that are in the middle age of Lufthansa's 747-8i fleet that are fully operational within the next month.

## IV)   All things related to MKT Airlines & MKT Companies (multiple different MKT Companies)

## MKT Airline Order (simplified):
## NEW:
- 7—Boeing 737 Max 10
- 5—Boeing 777-9x
- 7—Boeing 787-8 or 787-9
- 2—Boeing 787-10
- 4—Boeing 777-8F
- 8—Embraer E175-E2
- 3—Embraer E190-E2
- 4—Boeing AH-64 APACHE Helicopters. Fully armed and ready to go.
- Allow PLAINTIFF to open a factory that operates on behalf of Boeing and/or Airbus and/or a combination thereof to make 787 fuselages and 737 fuselages or Airbus fuselages.

## Used:
- 7 Boeing 737 Max 8 that are less than 10 years old that are fully operational
- 3 Boeing 787-8 that are less than 10 years old that are fully operational
- 2 Boeing 777-300ER.
- 2 Airbus A350-900
- 2 Boeing 737-800NG
- 1 Boeing 737-900ER.

**This aircraft order is non-taxable to the IRS so long as the aircraft are owned by PLAINTIFF and MKT Airlines and no liens shall ever be applied to them.**

335,471,000 Population of America
1,431,665,000 Population of India
67,000,000 Population of United Kingdom
3,000,000 Population of Qatar

123,160,000 Population of Japan
26,439,000 Population of Australia
83,285,000 Population of Germany.

Population between all countries. 2 billion or so. If it was just a Taxpayer paying it of all the countries at issue: 1 Nickel and 1 Penny.  $0.06.

America GDP: 25,460,000,000,000
British GDP: 3,070,670,000,000
Japan GDP: 4,230,000,000,000
German GDP: 3,867,500,000,000 Euros (same conversion rate 1:1)
Qatar GDP: 237,300,000,000
Australia GDP: 1,718,000,000,000

Total GDP: 38,583,470,000,000.  Percent of Total GDP: 0.03%.

Total Assets of JP Morgan Chase: $3,665,743,000,000. 9 billion out of 3+ Trillion=
Total Percent based on assets of JP Morgan Chase: 0.327%

Allianz Insurance. 1 Trillion in assets. 12 billion out of 1 Trillion= 1.2%

TRIA: P.L. 110-160 extended TRIA to the end of 2014, but no extension legislation was enacted in this timeframe. Thus, the program expired for 12 days until P.L. 114-1 was signed by the President in January 2015. This law extended the program nearly six years, until the end of 2020, while reducing the government's share of the losses compared with the program as it was in 2014. Specifically, P.L. 114-1 gradually (1) increased the program trigger from $100 million to $200 million, (2) reduced the government share of the losses from 85% to 80%, and (3) increased the insurer aggregate retention amount from $27.5 billion to $37.5 billion and indexed it to the sum of insurer deductibles in years thereafter. P.L. 116-94 extended TRIA to the end of 2027, leaving the rest of the law essentially unchanged.

Apple Total Assets: $335,038,000,000 in 2023.

United Airlines Total Assets: $73,341,000,000

British Airways Total Assets: about $25,000,000,000

Qatar Airways Total Assets: or so $40,000,000,000

AT&T Total Assets: $408,453,000,000

Verizon Total Assets: $379,955,000,000

Xfinity/Comcast Total Assets: $262,147,000,000

Amazon Total Assets: $477,607,000,000

Boeing Total Assets: $134,774,000,000.

Delta Airlines Total Assets: $73,497,000,000

Microsoft Total Assets: $411,976,000,000

TOTAL ASSETS of Apple, United, British Airways, Qatar Airways, Delta, Verizon, Xfinity, Amazon, Boeing, etc.: $2,621,788,000,000
Total Assets of JP Morgan Chase: $3,665,743,000,000.
In Sum: $6,287,531,000,000.

12,000,000,000 and future services and products (at cost plus 17.45% so long as it is cheaper than retail prices. If it is not cheaper, than at actual cost only) for MKT Companies existence For Life=0.19%

Based on that consideration:
MKT Airlines, aircraft, stipulations, and DEFENDANTS will do all they can to have MKT Airlines run for a minimum of 15+ years and be successful.

The following option: at exact cost to BOEING, MKT AIRLINES future BOEING purchase up to a limit of $3,379,500,000 in 2023 dollars at list prices and a combination of one of the following aircraft not to exceed the financial threshold above:

- o BOEING 737 Max 7
- o BOEING 737 Max 8
- o BOEING 737 Max 10
- o BOEING 787-8
- o BOEING 787-9
- o BOEING 787-10
- o BOEING 777-8F

## V) All things related to MKT Airlines & MKT Companies (multiple different MKT Companies)

A) All Contracts between Qatar Airways, British Airways, SpiceJET United Airlines, Lufthansa, Delta Airlines, J.P Morgan Chase, Microsoft, Apple, Amazon, AT&T, Verizon, Boeing, Xfinity/Comcast, Cox Communications, Alphabet, Time Warner Cable, all United States Government departments, agencies, and entities, and all foreign government entities, departments, and agencies are completely irrevocable.

B) BOEING and DEFENDANTS will provide PLAINTIFF to create and make successful MKT Airlines with the following conditions, which include, but are not limited to, consider and incorporate PLAINTIFF'S input—a highly reputable design team to design MKT Airlines brand identity, livery, crew uniforms, interior of the plane, mascot 'kawaii' shiba inu, etc. to make MKT Airlines successful.

a. The mascot will be a Shiba Inu
b. MKT Airlines callsign will be: Shiba.
c. DEFENDANTS will assist in creating MKT Airlines by filing all of the paperwork expected in the following stipulations.
d. DEFENDANTS will provide PLAINTIFF a highly reputable design team like Landor or Teague with BOEING's assistance to design MKT Airlines brand identity, livery, crew uniforms, interior of the plane, mascot 'kawaii' shiba inu, etc. to make MKT Airlines successful (as well as MKT Macedonian Airlines). PLAINTIFF will pay for this out of his restitution.
e. MKT Airlines will be an ACMI Operator as well as be given and properly certified the AOC under 14 CFR 121, 14 CFR 135, and 14 CFR 145.
f. DEFENDANTS will provide the training, resources, knowledge, acquire and maintain government certifications (AOC), registration, and private financial backers necessary to get the airline off the ground, maintain

C) SpiceJET, Boeing, British Airways, Qatar Airways, United Airlines, Lufthansa, and Delta Airlines DEFENDANTS will do the following for MKT Airlines:

o provide a team of their own employees in which they will all together formulate a plan, give the knowledge, and will provide PLAINTIFF the training, education, and knowledge necessary to start MKT Airlines

o provide a team of their own employees in which they will all together formulate a plan, give the knowledge, and will provide PLAINTIFF how to manage, run and maintain MKT Airlines,

o provide a team of their own employees to choose routes for the airline to get off on its feet (for 5 years and then MKT Airlines will go on their own afterwards).

o Allow MKT Airlines business ticket passengers or premium paying members to utilize lounges at airports in which one of the aforementioned DEFENDANTS fly to and has a lounge at that respective airport; and once MKT builds lounges in the airports it will fly to in the future, the aforementioned DEFENDANTS can allow their customers (business and premium paying customers) to use MKT Airlines lounges so long as MKT Airlines exists in which it is completely irrevocable.

o   Management and leaders from United Airlines, Delta Airlines, Qatar Airways, and/or British Airways will always be available to talk to PLAINTIFF about growing pains learned in MKT Airlines as unofficial advisors for 15 years.

o   Delta Airlines, Qatar Airways, British Airways, and United Airlines will all form a technical partnership with MKT Airlines so long as MKT Airlines exists in which it is completely irrevocable.

o   MKT Airlines will be an official partner to: United Airlines, Delta Airlines, British Airways, Lufthansa, SpiceJET, and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

o   MKT Airlines will have the ability to operate flights on behalf of United Airlines, Delta Airlines, Lufthansa, British Airways, SpiceJET, and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

o   MKT Airlines will be fully integrated into the systems and booking systems of United Airlines, Lufthansa, Delta Airlines, British Airways, SpiceJET and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

o   MKT Airlines will have a contract with United Airlines, Delta Airlines, Qatar Airways, Lufthansa, SpiceJET, and British Airways in which MKT Airlines will provide ACMI services (wet leasing)—so long as MKT Airlines exists for Delta Airlines, United Airlines, SpiceJET, Qatar Airways, Lufthansa, and British Airways based on their need and demand and MKT Airlines aircraft availability so long as MKT Airlines exists in which it is completely irrevocable.

o   United Airlines, Delta Airlines, British Airways, Lufthansa, SpiceJET, and Qatar Airways will have a contract with MKT Airlines to service and maintain aircraft when requested by MKT Airlines in which MKT Airlines will pay for the reasonable cost of maintenance so long as MKT Airlines exists in which it is completely irrevocable.

o   MKT Airlines will be able to use United Airlines and Delta Airlines training facilities until MKT Airlines develops their own.

o   PLAINTIFF will pay for half the costs of being integrated into United Airlines, Qatar Airways, Delta Airlines, SpiceJET, Lufthansa, and British Airways systems.

o   To quickly get off the ground after getting all the certifications necessary, MKT Airlines will be allowed to trade places with United Airlines, Delta Airlines, Qatar Airways, SpiceJET, Lufthansa, or British Airways in line at BOEING to attain new aircraft to get the airline off the ground. PLAINTIFF will not abuse his privileges in which he will at most make a request 2 times within an individual airline.

o   An Honor Code violation constitutes a Taking under the 5th Amendment and a property loss interest.

o   Air Serbia:

    a.   If the day comes that Air Serbia shall no longer want nor desire to be supported by Etihad Airways, Qatar Airways can fill that role and support Air Serbia.

    b.   Air Serbia will be a partner to Qatar Airways, British Airways, United Airlines, and Delta Airlines

    c.   Boeing will provide all the resources and support necessary to have JAT Tehnika to completely service and maintain Boeing 737 Max, BOEING 777-9x, and BOEING 787 Aircraft under FAA regulations.

    d.   Upon BOEING certification for JAT TEHNIKA to service BOEING 737 Max aircraft, MKT Macedonian Airlines will utilize their services.

o   Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Delta Airlines in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Delta Airlines & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o   Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at United Airlines in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between United Airlines & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at British Airways in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between British Airways & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Delta Airlines in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Qatar Airways & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Lufthansa in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Lufthansa & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at SpiceJET in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between SpiceJET & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Air Serbia in the future,

aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Air Serbia & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

**(D):** Boeing will provide MKT Airlines the resources, training, and future support and spare parts necessary to ensure MKT Airlines' survival. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Boeing in the future, Boeing shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between BOEING, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

**(E): The United States Government and MKT Companies.**

There will be a government division of MKT Airlines under MKT Airlines Charter Division that will provide the United States Government the following so long as MKT Airlines exists in which it is completely irrevocable for PLAINTIFF'S natural life or the existence of MKT Airlines (whichever is longer). This is not false procurement of a government contract but as a restitution for DoD taking actions against PLAINTIFF or failing to assist PLAINTIFF.

(1): MKT Airlines will be a part of the Civil Reserve Air Fleet & Patriot Express Operators on behalf of the United States Government in all of the following categories: International Segment (Long Range Section), International Segment (Short Range Section), and National Segment (domestic section).

MKT Airlines, United States Transportation Command, Scott Air Force Base, and AMC will establish a division of Scott Air Force Base at O'Hare Airport in which MKT Airlines Government Division will be directly connected to DoD, United States Transportation Command, and Scott Air Force Base.

o   The United States Government needs to learn that PLAINTIFF was not a threat in which they are going to necessarily have to work with PLAINTIFF even in matters involving Defense and National Security and they're going to do so with MKT Airlines. They intentionally, maliciously, and falsely placed PLAINTIFF on the wrong side of things and the proper remedy is to put PLAINTIFF back on the right side of things where the United States Government can trust PLAINTIFF.

o PLAINTIFF'S 2 Boeing 777-8F will be custom made to haul military equipment meeting the requirements of an aircraft of a similar type under the Air Mobility Command in addition to civilian cargo needs on behalf of DoD.

o AMC & MKT Airlines will establish an office/hub in Chicago O'Hare Airport in addition to the current one at BWI (Baltimore Airport).

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in AMC in the future, AMC SHALL interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between AMC, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in DoD in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between DoD, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

o a) under no conditions will MKT Airlines' initial used and new aircraft order ever be subject to civil or criminal forfeiture or bankruptcy proceedings. 2) the rest of MKT Airlines initial Aircraft will not be subject to criminal or civil forfeiture by the United States Government nor any other government.

o no state nor federal taxes on MKT'S Airlines initial aircraft order and initial used aircraft acquisition; any aircraft orders afterwards, yes, they can be taxed. For all intents and purposes, the initial new and used aircraft order and aircraft doesn't exist for IRS purposes.

o PLAINTIFF will determine how much the IRS interacts with PLAINTIFF'S companies after talking to some tax consultants and experts.

o MKT Airlines will be incorporated into United States Government's employees' perks reward programs at any federal agency or department in the

United States Government; and if none exist, create one. MKT Airlines will be one of the preferred airlines for United States Government employee travel.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in the United States Government or contractors with the United States Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between anyone in the United States Government & PLAINTIFF, PLAINTIFF'S family, and MKT Companies. **No bureaucratic or government bullshit or malfeasance by the United States Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.**

o MKT Airlines' Government Charter division: will consist of the subset of MKT Airlines' minimum fleet with different airplanes to be used as demand requires.
- 2 Boeing 737-8 Max
- 1 Boeing 787-8
- 1 Boeing 777-300ER
- 2 BOEING 777-8F (exclusively for DoD and U.S. Government use)

o Under MKT Airline's charter division, The United States Government shall enter a contract for PLAINTIFF'S entire natural life and/or so long as MKT Airlines exists (whichever is longer) that is completely irrevocable under any condition.

o PLAINTIFF will be allowed to paint his aircraft as to include a Shiba Inu mascot holding firearms and/or smoking on a few airplanes.

o The 2 BOEING 737-8 Max, 2 Boeing 777-8F, one Boeing 787-8, one Boeing 777-300ER, will be based in Chicago O'Hare as that is the closest major airport to Scott Air Force Base
o MKT Airlines will have a subsection for the United States Government in which MKT Airlines would be a new additional COMCO, JANET AIRLINES, and Con Air/JPATS with the following aircraft: 1 BOEING 737-8 Max.
o The EPA and DOT will help PLAINTIFF with the creation of different airports in America that will be used commercially.

**(E):** Profits, Disability Accessibility, and Outreach Programs for MKT Airlines and MKT Companies.

- **55% of profit to maintain and expand the company. 5% of profit to savings in case of an emergency. 40% of profits to outreach programs.**

- Outreach Programs will include:

  - PLAINTIFF'S MKT Airlines will specifically reach out to the Autism community and provide numerous jobs for Autistic individuals.

  - Part of MKT Airlines' profit will go to creating *Miki's* Autism Centers in rural areas and locations to where MKT Airlines fly to all across America in addition to numerous locations all around the world that include: Belgrade, Skopje, Doha, and major cities across India.

  - MKT Airlines will hire their own crew of aircraft cleaners at whatever destinations MKT Airlines flies to domestically in America in which the aircraft cleaners will be individuals with down syndrome, intellectual disability, developmental disability, and/or autism under the supervision of two supervisors and PLAINTIFF will pay them full hours and provide them with insurance and healthcare even though it would be on a part time basis in which MKT Airlines will transport them from their home to the airport and back home if they need a ride via carpool.

  - MKT Airlines foodbanks.

  - MKT Airlines will start the "Hood to Good" program where MKT Airlines will pay for pilot training of disenfranchised African Americans and Latinos in the inner city and provide employment opportunities; there will be Balkan Hood to Good program providing the same services.

  - Orphanages to help children & to help victims of children sexual trafficking.

  - Hiring Veterans and Retaining Veterans and providing mental health services to veterans with PTSD (i.e. Ketamine). Specifically recruiting Air Force pilots to MKT Airlines. Furthermore, establishing veteran care centers near bases and towns in which MKT Airlines would fly to in order to help veterans retain thet same doctors and psychologists.

- o   Call of Shiba: Shooting Clubs and civic duty organizations for adhering to SCOTUS case in XX for protection of the country teaching the importance of American values.

- o   Shiba Rescue: adoption and rescue agency of Shiba Inus.

- DEFENDANTS will assist in making PLAINTIFF'S MKT Airlines website even more accessible and up to a higher standard that is required under the ADA and Section 504.
- PLAINTIFF wants to build a $25,000,000 factory near Baton Rouge, LA, Waukegan, IL, or Grundy County, TENNESSEE that will make things for MKT Airlines like free shiba plushies and model toy aircrafts for kids and autistic adults and disabled adults and some adults, MKT airlines merchandise for purchase like shirts, crew uniforms, plastic containers, etc. that the airline etc. pretty much a factory producing everything MKT airlines would need. If it is in Grundy County, TN, PLAINTIFF will have to build a railroad spur line from Grundy County (wherever the factory may be to connect with CSX around Tullahoma (i.e. the shortest possible distance from the factory to csx's mainline) (maybe like what 20 miles at $2,000,000 a mile so $40,000,000) and get the products out to Nashville airport and/or through csx's system.

**(F):**  No Airport Fees for MKT Airlines for 10 years at any United States airport, Doha International Airport, and LONDON-HEATHROW Airport. No Taxes for 15 years by Britain and Qatar on MKT Airlines and MKT Macedonian Airlines.

**(G):** London Heathrow Holdings and British and Qatari Government:

Of course, PLAINTIFF wants some of his new 787s from MKT Airlines to make regularly scheduled flights to London-Heathrow Airport. PLAINTIFF understands there are some capacity issues, but that didn't stop DEFENDANTS from taking advantage of PLAINTIFF'S capacity. This shouldn't be a problem for Qatar Airways as they essentially own London-Heathrow. Allow PLAINTIFF to paint a MKT Airlines aircraft in the humorous and respectful style of the former British Airways livery.

- MKT Airlines and MKT Macedonian Airlines will have their own gate at London-Heathrow in one of the main terminals solely for MKT Airlines and MKT Macedonian Airlines' own use (if Air Serbia wants to join in, they can) and in case of an emergency or non-use, he will allow different airlines to use the gate so long as it does not interfere with MKT Airlines operations and MKT Macedonian Airlines operations; and MKT Airlines will have their own gate at DOHA (in which Air Serbia can join if they want to).

- o Whatever terminal PLAINTIFF was prevented from boarding his flight to Doha shall be where the gate is located.
- o The Custom MKT Gate at Doha will have the following:
  - New carpet (probably a black, white, and orange or red carpet).
  - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
  - Custom MKT Airlines backdrop
  - Custom MKT Airlines ticket counter will be installed at the gate.

- o The Custom MKT Gate at London-Heathrow will have the following:
  - New carpet (probably a black, white, and orange or red carpet).
  - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
  - Custom MKT Airlines & MKT Macedonian Airlines backdrop
  - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Heathrow Holdings, Qatar Government, and British Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Qatar Government, British Government, Heathrow Holdings, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees. No bureaucratic or government bullshit or malfeasance by the British and Qatari Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.

**(H):** Cox Communications, Time Warner Cable, and/or Xfinity will provide: 1) high speed internet in applicable locations at cost plus 17.45% (so long as it is cheaper than the listed retail price) for MKT companies and Miki's Autism Centers. If it is not cheaper than retail listed prices, than actual cost only. 2) MKT Airlines will be incorporated into Cox Communications, Time Warner Cable, and Xfinity/Comcast's employees' perks reward programs at Cox Communications, Time Warner Cable, and Xfinity; and if none exist, create one.  MKT Airlines will be one of the preferred airlines for Cox Communications, Time Warner Cable, and Xfinity/Comcast corporate and employee travel; 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies or Miki's Autism Centers employees and representatives interacts with anyone at Cox Communications, Time Warner Cable, and/or Xfinity in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed Furthermore, there shall be no

conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies; 5) An Honor Code shall govern such interactions between Cox Communications and Xfinity/Comcast, PLAINTIFF, PLAINTIFF'S family, and MKT Companies and Miki's Autism Centers representatives and employees; 6) under no condition will Cox Communications, Time Warner Cable, and Xfinity divulge any information acquired from MKT companies usage of their services to any government and third parties; and if a warrant is issued (even anything relating to National Security), they must inform MKT companies of such immediately.

**(I):** AT&T or Verizon shall provide 1) communication services for MKT Companies at cost plus 17.45%; if not is not cheaper than retail list prices, then at actual cost only. MKT Airlines will be incorporated into AT&T and VERIZON'S employees' perks reward programs at AT&T and VERIZON; and if none exist, create one. MKT Airlines will be one of the preferred airlines for AT&T and VERIZON corporate and employee travel. 2) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at AT&T and VERIZON in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us dIrectly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between AT&T and VERIZON & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

**(J):** Apple will provide 1) Apple Computers, Tablets, Apple TV, Apple phones, Apple warranties, and other Apple Products for MKT Airlines, MKT's educational facilities and Miki's Autism Centers, MKT Oil, and MKT Railroad at cost plus 17.45% (so long as it is cheaper than the listed retail price). If it is not cheaper than retail listed prices, than actual cost only. 2) MKT Airlines & MKT Macedonian Airlines will be incorporated into Apple's employees' perks reward programs at Apple; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Apple corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Apple in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies; 4) An Honor Code shall govern such interactions between Apple, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees; 5) Apple will create the In Flight Entertainment System for any of PLAINTIFF'S airlines; 6) under no condition will Apple be allowed to divulge any information acquired from MKT companies usage of their products and services to any government and third parties; and if a warrant is issued (even anything relating to National Security), they must inform MKT companies of such immediately.

**(K):** Microsoft will provide 1) software and programs for MKT Airlines, MKT companies, MKT's educational facilities, and MKT Railroad at cost plus 17.45% (so long as it is cheaper than the listed retail price). If it is not cheaper than retail listed prices, than actual cost only. 2) MKT Airlines Airlines will be incorporated into Microsoft's employees' perks reward programs at Microsoft; and if none exist, create one.  MKT Airlines will be one of the preferred airlines for Microsoft corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Microsoft in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies; 4) An Honor Code shall govern such interactions between Microsoft, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees; 5) under no condition will Microsoft be allowed to divulge any information acquired from MKT companies usage of their products and services to any government and third parties; and if a warrant is issued (even anything relating to National Security), they must inform MKT companies of such immediately.

**(M):** Because of disgorgement, PLAINTIFF could ask for the values of the computer and data servers DoD, CIA, NSA, FBI, MI5, MI6, GCHQ, etc. stored data on PLAINTIFF that facilitated RICO Enterprise 1 as it was an essential part of the wire fraud; however, PLAINTIFF is reasonable, CIA, DoD, or NSA will develop and give computer and data server systems as well as Cloud Servers for MKT Airlines and MKT companies gratis for PLAINTIFF'S life that is on the same level of computing technology that CIA, NSA, or DoD possess at the time. They will be responsible for maintaining the servers. Same goes for Cloud Servers as well.  This is not unreasonable by any stretch of the imagination. DNI's **total appropriated budget from 2007-2011 was $368,280,000,000** and is PLAINTIFF to believe that some cuts here and there within DNI, CIA, NSA, or DoD are not possible to create, host, maintain, etc. MKT Airlines and MKT Railroad servers? PLAINTIFF will say that a third-party handles MKT Airlines, MKT Oil, and MKT Railroad servers.

**(N):** 1) in the alternative in regards to cloud computing, Apple, Intel, Amazon/Amazon Web Services will provide MKT companies the cloud computing servers, servers, and technological products and services at cost plus 17.45% profit for PLAINTIFF'S life for MKT Airlines and MKT. The following are required: 2) MKT Airlines will be incorporated into Amazon's, Apple's, and Intel's employees' perks reward programs at Amazon, Apple, and Intel; and if none exist, create one.  MKT Airlines will be one of the preferred airlines for Amazon, Intel, and Apple corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Amazon in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Amazon, Apple, Intel, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees. 4) MKT Airlines will provide services to Amazon in delivering

Amazon's cargo to some of the rural market airports that MKT Airlines combi 737 Max 7s will fly to.

**(O):** Optional but as close as possible to that line of being required without being required: Because of the Title VI retaliation against PLAINTIFF and Balkan people in which HILLARY CLINTON intentionally forced PLAINTIFF to labor without compensation in "trade is in the offing" and in which she testified to Congress that "[she] cut economic assistance to Central and Eastern Europe, to the Caucasus, to Central Asia. We cut development assistance to over 20 countries by more than half,"[13] at least when it comes to Qatar and Serbia and Qatar and North Macedonia, the paltry amount of trade of just "In 2020, the total value of the realized exchange of goods was 5,945,000 euros, whereof Serbian exports accounted for 5,605,000 euros, and imports for 340,000 euros" is nowhere near good enough. It is great that Qatar and Serbia are doing things like things in the footnote.[14] Qatar/QIA, United Kingdom, Germany, Japan, Canada, India, Australia, and the United States will increase trade and diplomatic relations between themselves and Serbia and North Macedonia governments in which Qatar, QIA, United Kingdom, Germany, Japan, Canada, India, Australia, and the United States will invest in Serbia and North Macedonia an initial amount of $5,925,640,000 (the difference in the rate of inflation between the $14.9 Billion of 2011 and the actual value of it being $20+ billion in 2023 dollars) to be invested in infrastructure projects and humanitarian aid in Serbia and North Macedonia in which no cuts will be made to current levels of aid received by Serbia and North Macedonia by any DEFENDANTS in which the average rates of both imports and exports between Serbia and North Macedonia and United States, Qatar, Japan, India, Germany, Canada, and United Kingdom shall increase at a minimum rate of 17.45% yearly in which only in catastrophic conditions that can cause the rates go down. Like Tracy Lawrence said, you'll find out who your friends are, and your friends are in Serbia and North Macedonia as well as PLAINTIFF. Again: PLAINTIFF, Serbia, and North Macedonia want to work with you all. PLAINTIFF is not acting as an agent on behalf of Serbia and North Macedonia but is making a tangential connection to the harm PLAINTIFF personally experienced.

**(P):** The EPA shall grant immediate approval to any project PLAINTIFF that PLAINTIFF reasonably makes that complies with the law as not to be too burdensome; allow PLAINTIFF to import Kei trucks from Japan and Audi diesel vehicles from Germany; allow PLAINTIFF to reconstruct and rehabilitate the lands he purchases to make the property more beautiful such as adding lakes and waterfalls; to develop any properties as he sees fit;

**(Q):** Aussies, Canadians, and Germans:

- Lufthansa to sell two Boeing 747-8i's to PLAINTIFF that are in the mid pack for the age of the aircraft of Lufthansa's fleet.
- No airport fees for 10 years and no country tax fee for MKT Airlines[15] for a minimum of 15 years in the following airports in which regulators in the respective countries

---

[13] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158004.htm
[14] https://www.qna.org.qa/en/News-Area/News/2023-05/24/0056-the-state-of-qatar-signs-mou-with-serbia-on-communications-and-it
[15] And MKT Macedonian Airlines in German Airports.

will grant MKT Airlines permission to land in and fly to, and build custom gate(s) like the stipulations made for London Heathrow and LONDON Heathrow Holdings, (except for Canadian and Aussie airports I include MKT Macedonian Airlines in the backdrop or ticket counter), the following:

- o Frankfurt International Airport,
  - ▪ The Custom MKT Gate at Frankfurt International Airport will have the following:
    - • New carpet (probably a black, white, and orange or red carpet).
    - • New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - • Custom MKT Airlines backdrop
    - • Custom MKT Airlines ticket counter will be installed at the gate.

- o Munich Franz Josef Strauss Airport (as well as MKT Macedonian Airlines)
  - ▪ The Custom MKT Gate at Munich Airport will have the following:
    - • New carpet (probably a black, white, and orange or red carpet).
    - • New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - • Custom MKT Airlines backdrop
    - • Custom MKT Airlines ticket counter will be installed at the gate.

- o Berlin Brandenburg Airport (as well as MKT Macedonian Airlines)
  - ▪ The Custom MKT Gate at Berlin Airport will have the following:
    - • New carpet (probably a black, white, and orange or red carpet).
    - • New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - • Custom MKT Airlines backdrop
    - • Custom MKT Airlines ticket counter will be installed at the gate.

- o Option of Düsseldorf Airport (as well as MKT Macedonian Airlines)
  - ▪ The Custom MKT Gate at Dusseldorf Airport will have the following:
    - • New carpet (probably a black, white, and orange or red carpet).
    - • New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - • Custom MKT Airlines backdrop
    - • Custom MKT Airlines ticket counter will be installed at the gate.

- o Sydney Airport

- The Custom MKT Gate at Sydney International Airport will have the following:
  - New carpet (probably a black, white, and orange or red carpet).
  - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
  - Custom MKT Airlines backdrop
  - Custom MKT Airlines ticket counter will be installed at the gate.

- Melbourne Airport
  - The Custom MKT Gate at Melbourne International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.
- Toronto Pearson International Airport
  - The Custom MKT Gate at Toronto Pearson International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.
- Vancouver International Airport
  - The Custom MKT Gate at Vancouver International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

- Montreal-Trudeau International Airport
  - The Custom MKT Gate at Montreal-Trudeau International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).

- New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
- Custom MKT Airlines backdrop
- Custom MKT Airlines ticket counter will be installed at the gate.

    ○ Option: Calgary International Airport
- The Custom MKT Gate at Calgary International Airport will have the following:
  - New carpet (probably a black, white, and orange or red carpet).
  - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
  - Custom MKT Airlines backdrop
  - Custom MKT Airlines ticket counter will be installed at the gate.

    ○ Option: Edmonton Airport
- The Custom MKT Gate at Edmonton International Airport will have the following:
  - New carpet (probably a black, white, and orange or red carpet).
  - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
  - Custom MKT Airlines backdrop
  - Custom MKT Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF, PLAINTIFF'S family, and/or MKT Companies employees and representatives interacts with anyone in the German Government, Canadian Government, and Australian Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between the German Government, Canadian Government, and Australian Government & PLAINTIFF and MKT Companies representatives and employees. No bureaucratic or government bullshit or malfeasance by the German, Canadian, and Australian Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.

**(R): India and Japan**

- No bureaucratic or government bullshit or malfeasance by the Indian and Japanese Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies. Japan to give 100 New Kei Trucks. 300 Cherry Trees.
- No Airport or Country Tax Fee for a minimum of 15 years in the following airports in which regulators in the respective countries will grant MKT Airlines permission to land in and fly to, and build custom gate(s) the following:
  - Tokyo Haneda Airport
    - The Custom MKT Gate at Tokyo Haneda Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  - Tokyo Narita Airport
    - The Custom MKT Gate at Tokyo Narita Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  - Option: New Chitose Airport
    - The Custom MKT Gate at New Chitose International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  - Option: Fukuoka Airport
    - The Custom MKT Gate at Fukuoka International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).

- Custom MKT Airlines backdrop
- Custom MKT Airlines ticket counter will be installed at the gate.

o Option: New Kansai International Airport
  ▪ The Custom MKT Gate at New Kansai International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

o Indira Gandhi International Airport (Dehli)
  ▪ The Custom MKT Gate at Dehli International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

o Chhatrapati Shivaji Maharaj International Airport (Mumbai)
  ▪ The Custom MKT Gate at Chhatrapati Shivaji Maharaj International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

o Option: Chennai International Airport
  ▪ The Custom MKT Gate at Chennai International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop

- Custom MKT Airlines ticket counter will be installed at the gate.

  o Rajiv Ghandi International Airport—Hyderabad
    - The Custom MKT Gate at Rajiv Ghandi International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  o Option: Kempegowda International Airport—Bengaluru.
    - The Custom MKT Gate at Kempegowda International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in the Japanese Government and Indian Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between the Japanese Government and Indian Government & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

.

**(S):** 1) J.P. Morgan Chase, along with VISA Inc., will be co-partners with MKT Airlines Credit Union (MKT CU) and with MKT CU in creating a MKT Airlines Credit Card. 2) J.P. Morgan Chase will work with MKT Airlines to create an Airline Rewards Program that is in the top 5 of the United States. 3)Whenever PLAINTIFF, PLAINTIFF'S family, and/or MKT Companies employees and representatives interacts with anyone at J.P Morgan Chase in the future, you shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult

than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between J.P Morgan Chase & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

**(T):** Alphabet Inc. will provide MKT Companies: 1) optimal SEO search results, ROI, and Google Ad Sense. 2) MKT Airlines & MKT Macedonian Airlines will be incorporated into Alphabet's employees' perks reward programs at Alphabet Inc.; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Alphabet Inc.'s corporate and employee travel; 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Alphabet Inc. in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies; 4) an Honor Code shall govern such interactions between Alphabet Inc., PLAINTIFF, and MKT Companies representatives and employees; 5) under no condition will Alphabet Inc. be allowed to divulge any information acquired from MKT companies usage of their products and services to any government and third parties; and if a warrant is issued (even anything relating to National Security), they must inform MKT companies of such immediately.

**(U):** When the Court rules in PLAINTIFF'S favor that Washington Dulles International Airport was used as property in the RICO Enterprise against PLAINTIFF thereby entitling PLAINTIFF to 50% of Washington Dulles International Airport under 18 USC 1963, PLAINTIFF will create a new international terminal at the airport and redecorate Washington Dulles International Airport in the way PLAINTIFF sees fit and will spend up to $30 Billion USD in which the governments listed as DEFENDANTS will provide as a loan without interest in.

**V):** MGM Resorts International will provide MKT: 1) years of knowledge and trade secrets to allow MKT to make MKT Resorts in places like Shiba Shima and throughout America in which MGM Resorts International and PLAINTIFF and MKT Resorts will be partners of resorts in which MGM Resorts International will list MKT Resorts as being part of MGM Resorts International and an official partner but be entitled to none of the profit. 2) Whenever PLAINTIFF and MKT Companies employees and representatives interacts with anyone in MGM Resorts International in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies; 3) an Honor Code shall govern such interactions between MGM Resorts International and MKT Companies and Resorts; 4) MGM Resorts International will collaborate and will teach PLAINTIFF how to run Resorts, in the creation, development, and growth and expansion of all MKT Resorts in the future.

# **(IV):** MKT Railroad

o   The United States Government will provide a team to help establish and create new MKT Railroad.

o   MKT Railroad seeks to ultimately develop a line in South Dakota that goes from Wasta, SD to what PLAINTIFF calls Doge, SD, to Eagle Butte, SD to help the economic development of the Lakota Tribe and tourism in South Dakota if Lakota Tribe so wants it; if not; just a spur route from Wasta, SD to Doge, SD.

o   The United States Government will assist in the negotiations and ask BNSF if they are interested in bringing back to life *the impossible railroad* and to connect Mexicali to San Diego depending on feasibility studies.

o   MKT Railroad will purchase old rolling stock like boxcars and turn it into homes for homeless veterans and homes for homeless people. Essentially the way trailer homes and shipping container homes are created and made.

o   Each day PLAINTIFF was in Tokyo, JAPAN from May 26th, 2015 to August 2nd, 2015 (or so), which is 68 days, India, GE, and USA had a 1000 GE locomotive deal for trade is in the offing and an Anchor and a Pitchfork, India and the United States shall pay for MKT Railroad's:

      o   24 new GE ET44AC/ET44C4 locomotives (ask Serbia Cargo Railway if they want 3 and convert it to European coupling standards)

      o   24 new EMD SD70Ace-T4P4 or EMD SD70Ace-T4.

      o   20 new Wabtec SD23T4 (ask Serbia Cargo Railway if they want 3 and convert it to European coupling standards)

      o   68 New Trinity Rail Hourglass Auto Racks,

      o   The United States Government will help get trackage rights on existing railroads to get the oil from the boat to MKT Oil and wherever MKT railroad may go in the country.

# V) PLAINTIFF'S Ownership Percentage of the following companies and properties:

- **50% ownership of Washington Dulles International Airport**
- **50% ownership of Hartfield-Jackson Atlanta International Airport**
- **5% ownership of United Airlines Inc.;**
- **10% ownership of Delta Airlines Inc.;**
- **5% ownership of Boeing, Inc;**
- **5% ownership of JP Morgan Chase Inc.;**
- **5% ownership of Apple Inc;**

# VI) Attorney's fees under 42 U.S.C. 1988(b) and 18 U.S.C. 1964 and any other applicable statute.

**VII)** PLAINTIFF incorporates all other possible requests made in the record in *the Chicago Cases and Louisiana Cases* that PLAINTIFF may have forgotten to include here.

**VIII)** The Court is to void any and all marriages PLAINTIFF may have entered into between 2015 through 2024 and any legal guardianship PLAINTIFF is under or has been under since PLAINTIFF turned 18 years old in 2007. The Court is specifically prohibited from contacting one that went by the name of Angie Ortiz in regards to any of PLAINTIFF'S legal interests.

**IX)** PLAINTIFF asks the Court to incorporate the rate of inflation and interest in determining the proper amount owed to PLAINTIFF over the years.

**X)** Some LEGAL RULINGS, legal issues of law PLAINTIFF brought forth in *the Chicago Cases*, and any other rulings the Court deems proper and derives from the facts of the case)

**(A):** PLAINTIFF asks the Court to rule on anything PLAINTIFF requested in *the Chicago Cases* that the Court can rule on in PLAINTIFF'S favor.

**(B):** PLAINTIFF asks Court to affirm the right to say and receive offensive information is a constitutionally protected right.

**(C):** PLAINTIFF asks the Court to affirm that saying something offensive in the workplace is not a terminable offense under the First Amendment

**(D):** PLAINTIFF asks the Court to 1) affirm the First Amendment protected right to say any joke or offensive joke anywhere is protected under the First Amendment and one can be retaliated against on the basis of a joke for 1st Amendment purposes, and 2) saying any joke or any offensive joke in-and-of-itself is not an actionable act that contributes to a hostile environment under Title VI, Title VII, Title IX, and Section 504/ADA.

**(E):** PLAINTIFF asks the Court to affirm the principle that words are not violence under the First Amendment.

**(F):** PLAINTIFF asks Court to have the following DEFENDANTS or Individuals give a written, sincere, and meaningful apology

to PLAINTIFF by: CHIEF JUSTICE JOHN ROBERTS; JUSTICE
ALITO; POTUS 43-46; & DOJ/ATTORNEY GENERAL.


**(G):** Plaintiff asks the Court to have United States Government
and PLAINTIFF to work beneficially, amicably, and peacefully together
for solutions so that this never occurs again in United States history.


**(H):** PLAINTIFF asks the Court to prohibit any future retaliation by
any DEFENDANTS against PLAINTIFF'S family members and
any of PLAINTIFF'S remaining & future friends and property.


**(I):** PLAINTIFF prays for the following legal requirement out of
American INTEL and all U.S. Federal Agencies in the future.
PLAINTIFF calls it **_Miki's Objection:_** **1)** When there are any
significant actions undertaken against an individual American
that necessarily _implicates_ an American's constitutional rights
at issue by officers or employees US Administrative Agency,
White House, or Intelligence agency,
a written reasonable explanation must be provided as to why the
federal actions directed at the individual would not violate
any constitutional right of the individual at issue in which there
is a defacto presumption of unconstitutionality;
**2)** In any field operation that constitutes a sting or an operation
that _implicates_ any targeted American's constitutional
rights by Federal law enforcement, IRS, or US Federal
intelligence agency, a written explanation as to why the federal law
enforcement, IRS, or US federal intelligence agency's operation
or sting would not violate the rights of the targeted American
individual must be given in which there is a presumption of
defacto unconstitutionality.


**(J):** PLAINTIFF asks the Court to have DEFENDANTS implement
**_Miki's Step_** in future investigations in DEFENDANTS' agencies.
1): It will require an affirmative legal obligation for DEFENDANTS
to assist and help individuals known to have mental disabilities like
autism whether that is providing information; preventing the abuse
thereof; not engaging in set up operations because suspects are
autistic/disabled;
2): also includes a step that exculpatory evidence must be
affirmatively documented and utilized in the course of an ongoing
investigation. DEFENDANTS AND PLAINTIFF will come to
an agreement what **_Miki's Step_** looks like in reality and practice

on a later date.


**(K):** PLAINTIFF asks the Court to rule that whenever property
is seized by any DEFENDANTS, the owners of the property must
be informed of said seizure and that seizure can only happen after
a judgment is issued against the property in a court in which
the owner's of the property must be in the courtroom during
the ruling.


**(L):** This is ***Miki's anti-corruption action*** (akin to a Biven
action in Court) to be found under 18 U.S.C. 1961 and
42 U.S.C. 1983.  That when any local, state, or federal judge
or any US federal official or any US Federal employee has a
reasonable suspicion to know that a state or federal government
employee, official, or subcontractor (the party) during anytime in
litigation, during the course of an investigation of a targeted
American, during the course of decision-making concerning that
implicates the targeted American's constitutional rights, or at any
time files anything in court in which the party used perjured
testimony that painted a sharply different picture of the entire affair
against the targeted American, materially omitted certain facts that
painted a sharply different picture of an affair of the targeted
American, utilized a known fabricated narrative or materially
misleading narrative that painted a sharply different picture of
an affair of the targeted American, fails to include exculpatory
evidence that casts a reasonable shadow upon the truthfulness of
the affair of the targeted American, or fails to directly notify the
targeted American of the party's actions undertaken against the
targeted American, that is fraud upon the Court or a violation of
Due Process of the targeted American at issue. Every local, state,
or federal judge has a legal, ethical, and professional duty to remedy
the situation at once; a judge's failure in remedying the issue
constitutes a RICO predicate act against the targeted American,
and when taken in sum, constitutes a pattern of racketeering under
RICO and a Due Process violation. Any US federal official or any
US Federal employee's failure in remedying the situation involving
the targeted American constitutes a Due Process violation and
constitutes a pattern of racketeering under RICO.


**(M):** PLAINTIFF asks the Court to rule that there exists an
affirmative legal duty to be properly informed of the
situation if one is under legal guardianship that substantially
effects the liberty and financial interests of said individuals.

**(N):** PLAINTIFF asks the Court to rule in his favor on all the legal arguments PLAINTIFF made in Section IV: Legal House Keeping:                    .

1) An Obstruction of Justice violation occurs under 18 U.S.C. §1961 Section 1503 when a Constitutional Right violation or deprivation is made by an official or officer of the United States Government or is directed to be undertaken by a official or officer in the United States Government that a Court can reasonably rule a Constitutional Violation occurred regardless of whether or not it was a clearly established statutory right or constitutional right.

2) There is a Constitutional Right to be left alone under the 9th and 10th and 14th Amendments. Finding the Constitutional Right to be left alone exists under the 9th or 10th Amendment per *Olmstead v. United States*, 277 U.S. 438 (1928) utilizing the reasoning in Justice Brandeis' nearly 100% correct dissent (except for the part JUSTICE BRANDIES justifies *Buck v. Bell*) that is applicable in this case. The PLAINTIFF asks the Court to use  this section from the dissent and make it valid law (especially the sections in bold emphasis below):

    a.  "Legislation, both statutory and constitutional, is enacted, it is true, from an experience of evils, but its general language should not, therefore, be necessarily confined to the form that evil had theretofore taken. Time works changes, brings into existence new conditions and purposes. Therefore, a principle, to be vital, must be capable of wider application than the mischief which gave it birth. This is peculiarly true of constitutions. They are not ephemeral enactments, designed to meet passing occasions. They are, to use the words of Chief Justice Marshall 'designed to approach immortality as nearly as human institutions can approach it.' The future is their care, and provision for events of good and bad tendencies of which no prophecy can be made. In the application of a constitution, therefore, our contemplation cannot be only of what has been, but of what may be. Under any other rule, a constitution would indeed be as easy of application as it would be deficient in efficacy and power. Its general principles would have little value, and be converted by precedent into impotent and lifeless formulas. Rights declared in words might be lost in reality.

    b.  When the Fourth and Fifth Amendments were adopted, "the form that evil had theretofore taken" had been necessarily simple. **Force and violence were then the only means known to man by which a Government could directly effect self-incrimination. It could compel the individual to testify -- a compulsion effected, if need be, by torture. It could secure possession of his papers and other articles incident to his private life -- a seizure effected, if need be, by breaking and entry. Protection against such invasion of "the sanctities of a man's home and the privacies of life" was provided in the Fourth and Fifth**

**Amendments by specific language. [omitted] But "time works changes, brings into existence new conditions and purposes." Subtler and more far-reaching means of invading privacy have become available to the Government. Discovery and invention have made it possible for the Government, by means far more effective than stretching upon the rack, to obtain disclosure in court of what is whispered in the closet.**

c. Moreover, "in the application of a constitution, our contemplation cannot be only of what has, been but of what may be." The progress of science in furnishing the Government with means of espionage is not likely to stop with wiretapping. **Ways may someday be developed by which the Government, without removing papers from secret drawers, can reproduce them in court, and by which it will be enabled to expose to a jury the most intimate occurrences of the home. Advances in the psychic and related sciences may bring means of exploring unexpressed beliefs, thoughts and emotions.** "That places the liberty of every man in the hands of every petty officer" was said by James Otis of much lesser intrusions than these. To Lord Camden, a far slighter intrusion seemed "subversive of all the comforts of society." Can it be that the Constitution affords no protection against such invasions of individual security?

d. A sufficient answer is found in **Boyd v. United States,** 116 U. S. 616, 116 U. S. 627-630, a case that will be remembered as long as civil liberty lives in the United States. This Court there reviewed the history that lay behind the Fourth and Fifth Amendments. We said with reference to Lord Camden's judgment in **Entick v. Carrington,** 19 Howell's State Trials 1030:"The principles laid down in this opinion affect the very essence of constitutional liberty and security. They reach farther than the concrete form of the case there before the court, with its adventitious circumstances; **they apply to all invasions on the part of the Government and its employes of the sanctities of a man's home and the privacies of life**. It is not the breaking of his doors, and the rummaging of his drawers, that constitutes the essence of the offence; **but it is the invasion of his indefeasible right of personal security, personal liberty and private property, where that right has never been forfeited by his conviction of some public offence -- it is the invasion of this sacred right which underlies and constitutes the essence of Lord Camden's judgment. Breaking into a house and opening boxes and drawers are circumstances of aggravation; but any forcible and compulsory extortion of a man's own testimony or of his private papers to be used as evidence of a crime or to forfeit his goods is within the condemnation of that judgment. In this regard, the Fourth and Fifth Amendments run almost into each other.**"

e. In **Ex parte Jackson,** 96 U. S. 727, it was held that a sealed letter entrusted to the mail is protected by the Amendments. The mail is a public service furnished by the Government. The telephone is a public service furnished by its authority. There is, in essence, no difference between the sealed letter and the private telephone message. As Judge Rudkin said below: "True, the one is visible, the

other invisible; the one is tangible, the other intangible; the one is sealed, and the other unsealed, but these are distinctions without a difference."

f.   The evil incident to invasion of the privacy of the telephone is far greater than that involved in tampering with the mails. Whenever a telephone line is tapped, the privacy of the persons at both ends of the line is invaded and all conversations between them upon any subject, and, although proper, confidential and privileged, may be overheard. Moreover, the tapping of one man's telephone line involves the tapping of the telephone of every other person whom he may call or who may call him. **As a means of espionage, writs of assistance and general warrants are but puny instruments of tyranny and oppression when compared with wiretapping.** [omitted].

g.   The narrow language of the Amendment has been **consistently construed in the light of its object, "to insure that a person should not be compelled, when acting as a witness in any investigation, to give testimony which might tend to show that he himself had committed a crime. The privilege is limited to criminal matters, but it is as broad as the mischief against which it seeks to guard." [Omitted]**

h.   Decisions of this Court applying the principle of the **Boyd** case have settled these things. Unjustified search and seizure violates the Fourth Amendment, whatever the character of the paper; whether the paper when taken by the federal officers was in the home, in an office, or elsewhere; whether the taking was effected by force, by fraud, or in the orderly process of a court's procedure. **From these decisions, it follows necessarily that the Amendment is violated by the officer's reading the paper without a physical seizure, without his even touching it, and that use, in any criminal proceeding, of the contents of the paper so examined -- as where they are testified to by a federal officer who thus saw the document, or where, through knowledge so obtained, a copy has been procured elsewhere-- any such use constitutes a violation of the Fifth Amendment.**

i.   **The protection guaranteed by the Amendments is much broader in scope. The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings, and of his intellect. They knew that only a part of the pain, pleasure and satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. They conferred, as against the Government, the right to be let alone -- the most comprehensive of rights, and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the Government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth Amendment. And the use, as evidence in a criminal proceeding, of facts ascertained by such intrusion must be deemed a violation of the Fifth.**

j.  Applying to the Fourth and Fifth Amendments the established rule of construction, the defendants' objections to the evidence obtained by wiretapping must, in my opinion, be sustained. It is, of course, immaterial where the physical connection with the telephone wires leading into the defendants' premises was made. And it is also immaterial that the intrusion was in aid of law enforcement. **Experience should teach us to be most on our guard to protect liberty when the Government's purposes are beneficent. Men born to freedom are naturally alert to repel invasion of their liberty by evil-minded rulers. The greatest dangers to liberty lurk in insidious encroachment by men of zeal, well meaning but without understanding.**

k.  "Here we are concerned with neither eavesdroppers nor thieves. Nor are we concerned with the acts of private individuals. . . . **We are concerned only with the acts of federal agents whose powers are limited and controlled by the Constitution of the United States."The** Eighteenth **Amendment has not, in terms, empowered Congress to authorize anyone to violate the criminal laws of a State. And Congress has never purported to do so. Compare Maryland v. Soper,** 270 U. S. 9. **The terms of appointment of federal** prohibition agents **do not purport to confer upon them authority to violate any criminal law.** Their superior officer, the Secretary of the Treasury, has not instructed them to commit crime on behalf of the United States. It may be assumed that the Attorney General of the United States did not give any such instruction.

l.  **Decency, security and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Our Government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy. To declare that, in the administration of the criminal law, the end justifies the means -- to declare that the Government may commit crimes in order to secure the conviction of a private criminal -- would bring terrible retribution. Against that pernicious doctrine this Court should resolutely set its face.**

3)  Sarcastic humor is a trait of Serbians and that violating one's sense of humor or utilizing sarcasm maliciously can be a basis of a Title VI claim against the United States Government and any of its agencies or officers or officials.

4)  Title VI applies to Slavic and/or Balkan people as they are a distinct group that Congress necessarily included in 1866.

5)  That one making jokes or engaging in sarcastic humor is a 1st Amendment protected activity. America needs to learn to laugh again.  That violating one's sense of humor or

utilizing sarcasm maliciously or fraudulently in the Court by an official, officer, or agency of the United States Government is a 1st Amendment violation.

6) Words are not physically violent acts under the 1st Amendment. Put in another way, words are not violence under the 1st Amendment.

7) The principle is legally valid: the United States Government can violate or defile's one soul and for it to be a legally cognizable and addressable harm that one has standing to sue over against the United States Government under the United States Constitution as one of the following rights under the Constitution--1st, 4th, 5th, 8th, 9th, 10th, 13th, and 14th Amendments, under the following laws: Title VI of the Civil Rights Act, Section 504, RICO, 18 U.S.C. 241, 18 U.S.C. 249, 42 U.S.C. 1983, 42 U.S.C. 1985, 42 U.S.C. 1986, 18 U.S.C. 2340, and 18 U.S.C. 2441.

8) Under the 8th Amendment, it shall constitute cruel and unusual punishment for a United States Agency, judge, or officer to knowingly utilize an individual's disability adversely against their own Constitutional Interests through entrapment or other malicious scheme or operation.

9) There is neither qualified immunity nor absolute immunity for committing war crimes, torture, and/or terrorism against an American by ANY state or federal government official, employee, or subcontractor abroad or domestically.

10) DEFENDANTS get no absolute or qualified immunity for engaging in RICO predicate acts.

11) In Article II Section 4 of the Constitution, the word bribery in the following sentence-- "The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, **Bribery**, or other high Crimes and Misdemeanors" necessarily includes and means RICO as well.

12) Racketeering is not diplomacy. It may be in corrupt countries, but it is not in America.

13) A United States officer or official engaging in a RICO predicate act falls outside their defined scope of duties and powers.

14) Under RICO:

   a. That because of the wanton, intentional, malicious, & completely unaccountable and unpunished actions of the DOJ and employees of the DOJ, American Intel, and the remaining DEFENDANTS in regard to RICO Enterprise 1, the Court shall grant PLAINTIFF'S liberal construction and request that PLAINTIFF in a Civil RICO lawsuit be allowed to use all of the powers of 18 U.S.C.§1963, the 18 U.S.C.§1963 caselaw PLAINTIFF cited, and 18 U.S.C. §1964 as remedial measures in the interest of justice. Congress in 1970 inherently presumed and understood that in granting DOJ those powers under 18 U.S.C.§1963 to combat

corruption means that Congress in 1970 would have never thought possible that the very leadership of the DOJ and SCOTUS would be the ones perpetuating massive amounts of corruption and legal fraud against their own citizens, committing international and domestic terrorism against American citizens, and committing war crimes against their American citizens the way DEFENDANTS outrageously did against PLAINTIFF between 2008-2022 thereby granting DOJ that amazing power in 1970. Precisely because of the legal fraud and corrupt acts, enabling of war-crimes and torture of certain Solicitor Generals and Attorney Generals of the DOJ that were undertaken over the last 15 years that was directed against an American citizen without Due Process of law, DOJ lost that privilege of them having that power just for themselves because they were entrusted not to be corrupt; and because they lost that privilege through their actions, PLAINTIFF and future Americans have an affirmative obligation and duty to America to stop the evils of war crimes, corruption, torture, and legal fraud at the hands of DOJ by using the same powers against them when the DOJ acted the way they did. Justice demands and requires the Court to grant that in order to punish the corruption that knowingly happened under their own leadership—there is no better deterrent to prevent corruption than using their own powers against them when they lost their actions. How can one root out corruption if one doesn't have the tools to root out corruption? By the Court granting this, this will ensure DOJ will be less corrupt in the future because the DOJ would necessarily know their own powers can be used against them, which provides DOJ a major incentive not to be corrupt. Here is the thing. DOJ should have absolutely no problem with the proposition PLAINTIFF just proposed and should welcome it completely. Why? If corruption is not going to be a problem in the future in DOJ, then there are going to be no cases that are going to use this precedent against DOJ in the future. DOJ should not cower in fear of the opportunity to redeem themselves by not being corrupt in the future. If they fight against this proposition, then that ruins the image of the DOJ leading to distrust and degradation of the very institutions Americans hold sacred. Sure, there can be stipulations to exactly how far and much the power under 18 U.S.C.§1963 could be used against DOJ, which PLAINTIFF discusses below.

b.  In light of the previous point, PLAINTIFF is asking the Court to rule that when a civil RICO lawsuit includes a current or former DOJ attorney or employee as a defendant, a PLAINTIFF is allowed to utilize 18 U.S.C.§1963 against the current or former DOJ employee in which PLAINTIFF can fully subsequently use 18 U.S.C.§1963 against any additional party or company in the lawsuit that was part of the racketeering within appropriate limits. In regards to utilizing 18 U.S.C.§1963 against the former or current employee of the DOJ, it can be utilized against the DOJ to the extent of the amount of resources that the current or former employee of the DOJ used to perpetuate the RICO Enterprise against the PLAINTIFF, wages and benefits of the current or former employee of the DOJ obtained through the course of employment, and any and all agreements or payments to any third party that was used to perpetuate the RICO Enterprise against a PLAINTIFF by the current and former employee, but 18 U.S.C.§1963 does not apply to the entirety of the organization. So this is holding corrupt DOJ

attorneys accountable for their actions but not at the complete financial detriment of the DOJ as an organization. Which is considerate and fair and that balances the interests of all parties when the corruption committed by Attorney Generals, Solicitor Generals, and DOJ Attorneys is the biggest detriment to the DOJ as an institution. After the case, it can't apply retroactively as to eviscerate court resources in the future.

15) USA PATRIOT ACT violates at least: *Ex Parte Jackson*, 96 U.S. 727 (1877) (Prohibition of obtaining, seizing, and opening and reading emails/mails "whilst" in the transport or transmission of data that must necessarily "have a warrant, issued upon similar oath or affirmation particularly describing the thing to be seized, as is required when papers are subjected to search in one's own household.")

16) That based on the entirety of this complaint, the USA PATRIOT ACT as well as the FISA Court Act are completely unconstitutional in which all of these provisions of the USA PATRIOT ACT are necessarily included as being unconstitutional: §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, and §702. FISA Court

17) In regards to the previous point, PLAINTIFF is making the following factual allegations and presumptions involving American Intel (FBI, CIA, et. al) DEFENDANTS: At least one or more semesters starting around Fall 2007 to Spring 2011 when PLAINTIFF attended SEWANEE, they used a TITLE II or a different Title search under the USA PATRIOT ACT against PLAINTIFF. This was necessarily unconstitutionally done in which legal fraud was committed on the court and by the court. DEFENDANTS utilized the FISA Court unconstitutionally against PLAINTIFF since either Fall 2007 or Spring 2008 in which legal fraud was committed against the FISA court by DEFENDANTS. American Intel DEFENDANTS from Fall 2007 to Spring 2011 utilized national security letters against companies that had information on PLAINTIFF—these were all necessarily unconstitutionally done in which legal fraud was perpetuated based on these unconstitutional national security letters (in which some of them were utilized against Co-DEFENDANTS like Apple, Meta, Cox Communications, etc.). American Intel DEFENDANTS unconstitutionally used USA PATRIOT ACT provisions: §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, §702, and §896 against PLAINTIFF starting from around Fall Semester 2007 or Spring Semester 2008 and has not stopped utilizing it against PLAINTIFF since that initial time they started using the USA PATRIOT ACT unconstitutionally against PLAINTIFF. Furthermore, American Intel DEFENDANTS used any other relevant and applicable Presidential Directive or Executive Order against PLAINTIFF between Fall 2007 to Present in regard to having seized, searched, detained, tortured, taken, PLAINTIFF'S person and property and in addition, violated PLAINTIFF'S constitutional rights by American Intel DEFENDANTS.

18) That whenever justice so demands it in which officials in the United States government engaged in such horrific constitutional abuses that violated every single sense of traditional notions of justice and fairness in which the conscience is shocked, a PLAINTIFF can request the Court either exclude certain case law  in which prejudice and fraud upon the Court occurred or that the Court can only utilize a certain era of caselaw

to ensure fairness and Due Process to the PLAINTIFF to prevent the abuses from occurring in the future.

19) That Civil Asset Forfeiture is unconstitutional in which the United States Government fails to provide notice of the proceeding to the owner of the property and that a criminal conviction and finding of guilty is needed to utilize Civil Asset Forfeiture against property.

20) That the IRS requirement of reporting of transactions in which $10,000 or more in US Dollars from overseas that is brought to America is unconstitutional; and if Congress has a problem with that, it can create exceptions to that law's applicability. That reporting any online transactions in which $600 or more is spent is also unconstitutional.

21) That this litigation is not vexatious and not biased or prejudicial against the DEFENDANTS.

22) That it is a material 4th and 5th Amendment violation for any American intelligence agency to use a foreign intelligence agency anywhere in the world against an American subject when ANY American intelligence agency has a reason to know they are doing so when any agency has committed a constitutional violation against the American subject in the process of investigating the subject; are constitutionally compromised by their own actions; are retaliating against an American subject; that the taint of American Intelligence agencies is not removed once they utilized an independent foreign source; and other conditions to be determined. That there is a de-facto presumption prohibiting the United States government in using any foreign intelligence against an American subject; that there is a de-facto presumption against the United States government from obtaining any evidence against an American subject by a foreign intelligence agency; for Constitutional purposes, a foreign intelligence agency will never be viewed as an independent source outside of the United States Government and the United States government can never argue that a foreign intelligence agency being utilized against an American is an independent source from the foreign intelligence agency they utilized.

23) That it is completely unconstitutional to utilize Title II of the USA Patriot Act against a 20 year old who had an open can of Coors Light.

24) That any American subject to a FISA ruling must have been necessarily told and made aware of the proceedings used against him in which the Court must afford an American an opportunity to defend himself, engage in cross-examination, bring witnesses, and more; and that a failure to do these things are completely unconstitutional.

25) Law Enforcement utilizing an independent source under *United States v. Leon*, 468 U.S. 897 (1984) is unconstitutional as applied in this case.

26) National Security Letters are Unconstitutional.

27) That precisely because of the extraordinary events that occurred in this Complaint under *Star Chambers* in which there will never be a similar situation in United States history, that the Court issue a mandamus to Congress to necessarily declare the following cases as unconstitutional as they are necessarily and irrevocably constitutionally compromised, tainted, and corrupted; and that any cases and issues that come in the future cannot be ruled in the same exact manner:

**(P):** PLAINTIFF asks the court to rule that modern iterations of *Star Chambers* are unconstitutional as they adversely effect every single notion of traditional justice and fairness in the law and in court.

[  ] Granted
[  ] Denied

**(Q):** PLAINTIFF requests the Court to allow PLAINTIFF to own and operate the following weaponry—handguns/pistols, shotguns, rifles, rockets and rocket launchers, and Boeing Apache Helicopters. Those are necessary to repel DEFENDANTS from committing another terrorist act against PLAINTIFF again on PLAINTIFF'S properties.

[  ] Granted
[  ] Denied

**(R):** If any financial request of (A) is denied, PLAINTIFF asks the Court to grant PLAINTIFF'S request that DEFENDANTS pay for PLAINTIFF'S Medical & Psychological care for life at PLAINTIFF'S complete direction and discretion because of everything in this complaint, particularly:
***Miki's Tea Party***
***An Anchor and a Pitchfork***

[  ] Granted
[  ] Denied

**(S):** PLAINTIFF has a right to travel anywhere in the world In which private individuals like HILLARY CLINTON or government actors cannot dictate where PLAINTIFF and his family are allowed to travel to in the future. Furthermore, no DEFENDANT countries will prohibit PLAINTIFF from entering into the country and will ensure PLAINTIFF'S safe travels and time in respective countries

[  ] Granted
[  ] Denied

**(T):** Social Credit Systems that function similarly to the Social Credit System (社会信用体系) in China are unconstitutional the in the United States of America.

[  ] Granted
[  ] Denied

**(U):** PLAINTIFF asks the Court to grant the request that PLAINTIFF shall have no income & property tax for life (which also includes

[  ] Granted
[  ] Denied

all of PLAINTIFF's future heirs and their children and heirs) for
up to 3 generations that can't be transferred to anyone else.
In addition, PLAINTIFF asks the Court to grant the request that
there shall be no income & property tax for life for PLAINTIFF'S
extended family (up to 3 degrees of blood relatedness) for up to 3
future generations and their heirs that can't be transferred to anyone
else. PLAINTIFF and his heirs should not have to pay the
US Government for committing terrorism, war crimes, and torturing
PLAINTIFF against PLAINTIFF'S Constitutional and Legal Rights.


**(V):** PLAINTIFF asks court to 1) denounce eugenics in the opinion          [  ] Granted
and expressly stating that eugenics is unconstitutional, and 2)               [  ] Denied
sterilizing one or allowing one to undergo any sex change procedure
under the age of 18 on the basis of their disability is unconstitutional.
Plaintiff asks the Court to affirm there exists a substantive
liberty for disabled individuals to marry and procreate.


**(W):** Congress and the Court shall create a new part of the
legal definition of domestic terrorism in which it shall include:
any plot, artifice, operation, or scheme undertaken by two or more
united states federal employees or officials or at the behest of them that
crosses state or international lines for political or legislative purposes
in which conspirators willfully, intentionally, and knowingly target and deprive
an American of their constitutional rights and violate that
American's constitutional rights in the process of their operation,
scheme, plot, or artifice by force, coercion, abuse of legal process,
kidnapping, malicious prosecution, torture, sex trafficking of children,
entrapment, bribery, fabrication and utilization of materially misleading
narratives or evidence, or murder, in order to deprive any
additional American of their constitutional rights.


Any Executive Orders issued by the President, any orders
from high ranking members of the White House, or any orders
issued by any managers or leaders in any US Intelligence
agency or DoD or having any foreign intelligence agency or military
or private third parties conduct the scheme, plot, artifice,
or operation at the request of the American conspirators is covered
by the definition.


The penalty of this shall be a minimum of 25 years in jail without
parole or death


**(X):** Disability issues that impact substantive liberty issues will not        [  ] Granted
be decided on Rational Decision Basis but on a higher standard.                    [  ] Denied

**(Y):** PLAINTIFF asks the court to prohibit any future retaliation,                    [   ] Granted
surveillance, and torture by any foreign intelligence service                            [   ] Denied
or military service and the United States Government.


**(Z):** PLAINTIFF asks the Court to have DEFENDANTS                                      [   ] Granted
give PLAINTIFF credit for Intellectual Property used and stolen
without PLAINTIFF'S permission or consent, especially in the White House                 [   ] Denied
permission or consent, especially in the White House.


**(A1):** PLAINTIFF asks the Court to rule that there is a substantiative                [   ] Granted
constitutional right in the sanctity of marriage via the                                 [   ] Denied
9th or 10th Amendment that can't be infringed upon by the US Government.
This is direct response to the assault DEFENDANTS committed on
PLAINTIFF in regards to the sanctity of his marriage.

**(B1):** PLAINTIFF and the United States Government will create
a private public partnership in assisting special needs kids
at schools all across the country. Additionally help at risk youth.


**(C1):** PLAINTIFF asks the Court to allow PLAINTIFF to                                  [ ] Granted
purchase requisite chemicals and have the ability to manufacture                         [ ] Denied
his own Adderall and Ketamine and other generic medicaitons
in the confines of PLAINTIFF'S
home or properties—not for individual sale or use or distribution
outside of any of PLAINTIFF'S properties or self—because
DEFENDANTS routinely denied PLAINTIFF the proper help
and medication when he desperately needed under the 8th Amendment.
Therefore, PLAINTIFF should have emergency access to
lifesaving medication whenever PLAINTIFF needs it.

**(E1): All legal rulings and requests made in *the Chicago Cases such
as Title VI claims, retaliation against PLAINTIFF by judges for
Free Speech is prohibited, PLAINTIFF'S slavery claims,
Denial of Due Process claims, RICO Claims, and more.***


**(F1):** PLAINTIFF asks the Court that **a):** on the day that Air Serbia will          [   ] Granted
receive one of their BOEING 787 or A330neo, and/or A321neos,                             [   ] Denied

PLAINTIFF'S 'Kawaii One' will also be right behind the
"new" aircraft for Air Serbia in which HILLARY CLINTON,
BILL CLINTON, ANDREW MCCABE, JAMES COMEY,
JOHN O. BRENNAN, JEH JOHNSON, CHIEF JUSTICE
JOHN ROBERTS, MICHAEL HAYDEN, GEORGE W BUSH,
BARACK OBAMA, LEON PANETTA, and HAROLD KOH will be
on it and they all will have to make a funny and classy Serbian "*Itan*"
music video in Serbia to the song of: *Avionu Slomicu Ti Krila* by Riblja
Corba. DEFENDANTS will spend no more than 2 days max in Serbia
and fly back on 'Kawaii One' or Air Serbia to America.
Aforementioned (except muslims) all must necessarily
drink Domaca both days they are in Serbia.
**b):** In transfer party of the aircraft acquired in (A) to Air Serbia
following will be given to PLAINTIFF:
**three nicely furnished wooden framed sets of:**
<u>One set:</u> 1 $20 dollar bill (JACKSON) and 1 $2 bill (JEFFERSON)
with a meaningful letter of apology from HILLARY CLINTON &
BILL CLINTON.
<u>Second set:</u> 1 $20 dollar bill (JACKSON) and 1 $2 bill (JEFFERSON)
with a meaningful letter of apology from
ANDREW MCCABE, ROBERT MUELLER, JOHN BRENNAN,
& PETER STRZOK.
<u>**Third set:**</u> An official meaningful letter of apology by
CHIEF JUSTICE JOHN ROBERTS in which the Court officially
recognizes that the ruling of
*City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015)
was one of the most unconstitutional rulings ever made within the last
50 years in which it is declared null and void by SCOTUS
(also declare *Korematsu* as unconstitutional as well).


**(H1):** PLAINTIFF asks the Court to find the following laws,                    [] YES
principles, and cases unconstitutional:
USA PATRIOT ACT;
Qualified and Absolute Immunity;
Star Chambers;


**(J1):** PLAINTIFF asks the Court to discharge any disabled students' college     [  ] Granted
loans who took them out between 2008-2016                                          [  ] Denied
because of how adverse DEFENDANTS were against disabled
individuals between 2008-2016.  In the alternative, allow PLAINTIFFS,
to discharge student loans in bankruptcy.

**(K1):** Plaintiff requests for the Courts to have DEFENDANTS assist in           [  ] Granted
creating a bigger & better version of the Miniatur Wunderland in                   [  ] Denied

Hamburg, Germany and have an American version of it in which
PLAINTIFF owns outright in which DEFENDANTS cannot take,
cannot take, seize, or tax in any way or capacity forever.
Assisting includes finding a suitable location in a big American city,
electronics, layout, etc. Details To Be Determined Later.
This primarily stems from DEFENDANTS stealing PLAINTIFF'S
Flash drive to continue their Enterprise from PLAINTIFF'S HO Scale
Intermodal Container in Summer and Fall 2016 that he hid in
the train club near Baton Rouge, Louisiana.

**(M1):** Any use future, new, or existing technology that
can pierce the walls, roof, and windows of one's own home,
apartment, residence, place of business or employment that
gives an ability to listen, view, monitor or to analyze the
individuals inside the aforementioned locations shall be
presumed to be unconstitutional.

**(N1):** the utilization of using any foreign intelligence service to
watch, monitor, analyze, surveil, search, and seize, an American
in the United States is unconstitutional.

**(O1):** Pre-Crime Analysis and Profiling is unconstitutional.

**(P1):** American Intelligence or Defense's use of super computers
that created a predictive analysis and course of action and their
subsequent usage of that analysis and course of action to impede
an American's right to seek redress in any court, any
federal administrative agency or department, the U.S. military,
and any local or state government for any constitutional wrong
is unconstitutional, prohibited, and is a tort in which a cause of
action can be found under at least
18 U.S.C. 241, 42 U.S.C. 1983, 42 U.S.C. 1985,
any Civil Rights law, and the 1st, 2nd, 3rd, 4th, 5th,
6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment.

**(Q1):** Any reports, analysis, and research in which American
Intelligence, law enforcement or Defense used any super
computers about an American shall be disclosed to the
American upon request via FOIA or in any Court.
Failure to provide the report upon request is a
1st Amendment, 4th Amendment, 5th Amendment,
8th Amendment, 9th Amendment, 10th Amendment,
13th Amendment, and 14th Amendment violation and a
cause of action can be found under any one of those
amendments as well any Civil Rights law, 42 U.S.C. 1983,
and 42 U.S.C. 1985

**(R1):** Any reports, analysis, and research about an American
that was created by a private third party or any foreign intelligence
service in which the United States government received or
utilized the report, analysis or research shall be unconstitutional.
Such reports shall be disclosed to any American upon request.

**(S1):** An American Intelligence or Defense's use of super
computers to create a pre-crime analysis and place any American
on a potential domestic terrorist watch list is defacto unconstitutional.
Any American placed on that list shall have the ability to be taken
off the list upon request or in court. Being placed on the list is a
defacto deprivation of life, liberty, and pursuit of happiness. The
United States government shall have the burden to prove
beyond a reasonable doubt why the person is on the list in which
the US Government cannot use any fabricated, materially
misleading, or government induced ploys in their justifications.

**(T1):** That during any investigation or operation
conducted by any local, state, or American law enforcement agency,
there shall be a moment in which they are forced to ask
themselves the question of: 1) are we the baddies?
2) ***Miki's Cool Down Period:*** that when any local, state, or
federal law enforcement or intelligence agency, and any foreign
intelligence agency at the behest of any American intelligence
agency or law enforcement or local or state law enforcement
does one the following constitutional wrongs in the course of
an investigation or operation against an American, they are
no longer allowed to continue the investigation or operation
against an American.
- o   Torture
- o   War Crimes
- o   2 RICO Predicate Acts
- o   Utilizing known perjured testimony in a warrant
- o   Utilizing fabricated materially misleading narratives
- o   Intentionally omitting facts that paint a different picture
- o   Being significantly mistaken on law & constitutional rights
- o   Being willfully blind to constitutionally protected rights and law
- o   Taking action against someone on the basis of their legally
    protected status under Title VI, Title IX, ADEA, and Section 504
    /ADA/IDEA.

(U1): Furthermore, it shall be a showing of malice and prejudice
by any local, state, or federal intelligence or law enforcement
agency that deprived an American of Due Process
under the 4th, 5th, and 14th Amendment in the previous instance

in which they cannot  justify continuing an investigation
based on a misdemeanor or any violation of federal law in
which the punishment of such would not exceed five years.

(V1): There is federally protected Constitutional Right in having sanctity inside the home and
depriving one of such constitutes a taking of property under the 5th Amendment.

(X1): Serbians and Slavic people are protected by Title VI.

(Y1): The Airline Liveries and Logos included in Exhibit F are PLAINTIFF'S and trademarked
by PLAINTIFF and copyrighted by PLAINTIFF.

(Z1): PLAINTIFF and his airline and company can have on their planes: a shiba inu holding a
gun or smoking; that a plush toy of a mobster shiba can be one holding a tommy gun; that a
drunk shiba holding a shot of tequila and a taco;

There may be other explanations, but based on a preponderance of the evidence, the CIA,
HILLARY CLINTON, INDIA, BARACK OBAMA, and the ROTHSCHILDS all had a
fundamental part of implementing *JAPLAN* against PLAINTIFF in Summer 2015.


Therefore, the Court must rule in favor of everything PLAINTIFF has explained in this
Permanent Injunction, the *Chicago Cases*, and the *Louisiana Cases*.


Respectfully Submitted,

Electronically Signed. Miki Kotevski. 2:23pm Central Time. 08/21/2024.

08/21/2024.
Miki Kotevski.


Plaintiff-Pro-Se.
MKT & MKT AIRLINES.
847-380-0400
miki.kotevski@gmail.com

If the Court cannot get a hold of PLAINTIFF, then PLAINTIFF has been executed or
DEFENDANTS continue to tamper with PLAINTIFF'S phone and laptop and email account.

Simply: GIVE AUTISTIC PLAINTIFF LIBERTY, PLANES, TRAINS and Money or Death.
There is no other valid option in PLAINTIFF'S mind.

PLAINTIFF had to attach multiple documents separate from the complaint at the time of filing
this complaint to make sure it complies with federal rules and more reasons.