**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| PLAINTIFF,<br>MILAN MICHAEL KOTEVSKI,<br><br>vs.<br>DEFENDANTS,<br>HILLARY RODHAM CLINTON; WILLIAM JEFFERSON CLINTON; | **2:24-cv-00622-TS-DAO** |

ANGELA MERKEL,
ANGIE ORTIZ
Alistair James Hendrie Burt,
Sir ALEXANDER WILLIAM YOUNGER,
Akbar Al Baker أكبر الباكر;
AJAY SINGH;
ARMIN HASENPUSCH;
ANDREW WEISSMANN;
ARNDT FREYTAG von LORINGHOVEN;
JUDGE AMIT MEHTA,
ANDREW DAVID PARKER (Baron Parker of Minsmere),
ANTHONY FOXX
ALICE FISHER;
Albert Dwoskin
ANN MARIE SLAUGHTER;
JUDGE ANTHONY J. TRENGA,
AMY ROSENBAUM
JUDGE AMY J. St. EVE;
ANDREW MCCABE
ANURIMA BHARAGAVA
JUDGE ANNE CONWAY
ASHTON CARTER
AKIHIRO OTA (太田 昭宏);
AVRIL HAINES
BARACK OBAMA
BARBARA L. HERWIG
Brett Gibson
Balram Bheodari
BRAIN MOYNIHAN
BRAIN DEESE

BRAIN KRZANICH
BRAIN BENCZKOWSKI,
BERNADETTE MEEHAN
BEN RHODES
BRIANA DUBOIS
BHUPENDRA BHULO KANSAGRA
BEAN LLC d/b/a Fusion GPS
CATHERINE LHAMON
CAROLINE ATKINSON
CAROLINE KENNEDY;
COLIN POWELL;
CHELSEA CLINTON;
CATHERINE RUSSELL
CHRISTOPHER JOHNSTONE
CHRISTOPHER M. CHADWICK
CHARLES McCULLOUGH,
CHARLES SCHARF
CORNELIA PIEPER;
CHAD WOLF
Carmen Spell
City of Atlanta
CHERYL MILLS
Christopher Steele
COLIN STEPHEN MATTHEWS;
JUDGE CLAIRE EAGAN
JUDGE CARL NICHOLS
JUDGE CANDACE JACKSON-AKIWUMI;
JUDGE COLLEN KOLLAR-KOTELLY
DANIEL RUSSELL
BARON DAVID RENE de ROTHSCHILD
DANA KAERSVANG
DENNIS BLAIR,
DENIS McDONOUGH
JUDGE DIANE P. WOOD;
JUDGE DAVID F. HAMILTON;
JUDGE DEE BENSON
DONALD KERR,
DAVID C. GOMPERT,
DON VERRILLI,

JUDGE DENNIS SAYLOR
DREW HOUSTON;
DAN COATS,
DAVE CALHOUN; (Boeing)
DONALD B. VERRILLI, JR.
JUDGE DORIS PRYOR;

DENNIS MUILENBURG;
CHIEF JUDGE DIANE S. SYKES
The Estate of GEORGE H.W. BUSH
The Estate of SHINZO ABE;
THE ESTATE OF ANTONIN SCALIA
Estate of MUTHUVEL KARUNANIDHI;
The Estate of SIR EVELYN ROTHSCHILD;
THE ESTATE OF JACOB ROTHSCHILD;
The Estate of Kenneth Winston Starr
The EMIR of QATAR,
ELAINE DUKE,
ERNEST MONIZ
ERNST UHRLAU;
ELIZABETH B. PRELOGAR
ETENNE SINATAMBOU;
ERIC HOLDER
Eileen M. Decker
ERIC SCHMIDT;
EIICHI HASEGAWA
EVAN MEDEIROS
EDWIN KNEEDLER
FATIMA GOSS GRAVES
JUDGE FRANK H. EASTERBROOK;
JUDGE FREDERICK SCULLIN
FUMIO KISHIDA;
GINA McCARTHY
GREGORY GARRE,
George S. Cardona
GLEN SHIGERU FUKUSHIMA
GINA HASPEL
GREG PAGE
GEORGE SOROS
GERHARD SCHINDLER;
GUIDO WESTERWELLE
JUDGE GEORGE KAZEN
GEORGE BRANDIS;
Gary Smith;
GEOFFREY BOYD LAMB
GEORGE W. BUSH
HISAO HARIHARA
HIDEO ISHIZUKI
HIDESHI TOKUCHI
HIROSHI MUTO
HIROSHI SUZUKI
HUNTER BIDEN
HAROLD HONGJU KOH;

HOLLY A. THOMAS
ISAO IIJIMA
Sir IAIN ROBERT LOBBAN,
Itsurō Terada 寺田 逸郎
IAN HEATH GERSHENGORN
JUDGE ILLANA D. ROVNER;
JACOB LEW
JOHN C. “CHRIS” INGLIS,
JAKAYA KIKWETE
JOHN RATCLIFFE,
JAMES FERGUSON “JAY” CARNEY;
JAMES CLAPPER
JEFFREY SMISEK
JAKE SULLIVAN;
JAMES WINNEFELD
JAMES MURREN
JAMIE DIMON
JENNIFER PSAKI
JEFFREY ZIENTS
JAMES BELL;
JOE MAGUIRE,
J. Walter Green
JIM CICCONI;
JUDGE JAMES BOASBERG
JAMES COMEY
JAY JACOBS;
JAMES J. MURREN;
JIM LENTZ III
JUDGE JOHN LEE;
JOHN KERRY
JUSTIN COOPER;
JC YOO;
JAMES ANDREW BAKER,
JESSICA A. OTT;
JUDGE JOHN THARP
JOHN T. MORTON,
JUDGE JAMES ZAGEL
JUDGE JAMES JONES
John A. Braun
JOHN J. STUDZINSKI
Joseph “Nick” Nicolosi
JUDGE JOAN ERICKSEN
JUDGE JOHN BATES
JUDGE GEORGE SINGAL
JOE RILEY, Jr
JOHN SAWERS,

JOHN O. BRENNAN
J. Walter Tejada
Joslyn N. Williams
JOSEPH BIDEN
JOCELYN SAMUELS
Dr. JILL BIDEN
JANET NAPOLITANO,
JIM BIDEN
JOHN SANDWEG,
JOHN ROTH
JEH JOHNSON
JASSIM bin HAMAD BIN KHALIFA AL THANI;
JUDGE JOEL M. FLAUM;
JULIE BISHOP;
JONATHAN EVANS (Baron Evans of Weardale),
Joseph Bello
JUDGE JOSHUA KOLAR;
JOHN PODESTA
JOYCE R. BRANDA
JULIAN ABDEY
JULIE JOHNSON,
JEFFERSON BEAUREGARD SESSIONS III
Judith N. Batty
Katherine K. Hanley
KASUNOBU KATO
KALANITHI MARAN.
JUDGE KARIN IMMERGUT
KATHERINE DARBY-BURNS;
General KEITH B. ALEXANDER,
KIRSTJEN NIELSEN,
JUDGE KENNETH KARAS
KOJI TOMITA
KEVIN KEALOHA McALEENAN,
AMBASSADOR KRISTIE KENNEY;
KENICHIRO SASAE
KRISTINA KHOMOVA
JUDGE KENNETH F. RIPPLE;
LISA MONACO
LISA PAGE
LILLY WINCHESTER (AKA LILLY RADER).
LIZ ROBBINS
LISA PAGE,
LOIS LERNER
LYNN FORESTER DE ROTHSCHILD
MASATSUGU AKAKAWA
MARCUS KOSINS;

MARCIA GREENBERGER
MARK GIULIO
MARTIN BIESEL;
MO IBRAHIM;
former Prime Minister MANMOHAN SINGH;
MARY BETH BANKSON WILLIAMS
JUDGE MARTIN FELDMAN
JUDGE MICHAEL MOSMAN
MAHMOUD KANDATHIL;
MICHAEL CHERTOFF,
MICHAEL KEENAN;
MICHELLE OBAMA;
MICHAEL DEMPSEY,
MILES ARMITAGE;
MICHAEL FROMAN;
MICHAEL McCONNELL;
MINDY JACOBS;
MITSUHIDE IWAKI (岩城 光英)
Michael L. Smith
Mamie W. Mallory
Michele Hagans
Mark Uncapher
JUDGE MICHAEL B. BRENNAN;
JUDGE MICHAEL Y. SCUDDER JR.;
Mahmoud Kandathil
MATTHEW G. OLSEN,
MORRIS PASQUAL
MERRICK GARLAND
Mary Bello
JUDGE MALCOM HOWARD
JUDGE MARY MCLAUGHLIN
Michael Bagneris
MARY GRIFFIN YOUNG
MICHAEL JOSEPH MORELL
MYTHILI RAMAN
Mr. GEN NAKATANI
current Prime Minister NARENDRA MODI;
NORIHIKO ISHIGURO
NEAL KATYAL,
NSO GROUP
Neil Abramson
NORBERT STIER;
OLUSEGUN OBASANDJO;
Octave "Todd" Francis III
PAUL FOLEY;
Paula "Polly" (Finley) BARR

PAUL KAGAME
PENNY PRITZKER
PETER AMMON;
PETER STRZOK
PETER JOSEPH NOOZHUMURRY VARGHESE;
PHILIP JIMINEZ;
RAND BEERS,
RIC GRENELL,
ROSE GOTTEMOELLER
REED HASTINGS
REBECCA WETHERBEE
RICHARD ANDERSON;
JUDGE RAYMOND DEARIE
Ruth Kullman
ROBERT MUELLER III
RICHARD H. LEDGETT JR.
JUDGE ROGER VINSON
JUDGE ROSEMARY M. COLLYER
Roger Ogden
REX TILLERSON
ROBERT MICHAEL GATES
ROD JAY ROSENSTEIN,
RUSSLYNN ALI
RONALD L. BURGESS JR,
JUDGE SARA LIOI,
SHAILAGH MURRAY
SHIMON PERES;
SHARON M. MCGOWAN
SHONDA RHIMES
SAMANTHA POWER
SHOTARO YACHI (谷内 正太郎);
SHIGERU KITAMURA;
STEPHANIE O'SULLIVAN,
SHEA PERTUIT;
SARAH SALDAÑA,
SALLY YATES,
Sean O. Burton
Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani (aka: HBJ);

SUSAN RICE
SUSAN WEBBER WRIGHT
SUZY GEORGE
STEPHANIE POPE; (Boeing)
STRATFOR
Stephanie Yonekura
TARŌ ASŌ (麻生 太郎),

TAKYA IMAI
THOMAS HOMAN,
TOM VILSACK
TRACY BLANCHARD
TIM COOK;
JUDGE THOMAS HOGAN
JUDGE THOMAS RUSSELL
THEODORE COLBERT III;
JUDGE THOMAS L. KIRSCH II;
TIMOTHY KEITH- LUCAS
THAO BUI
Thorn Pozen
TONY ABBOTT;
TONY PODESTA
Timothy Poole
TOMOHIKI TANIGUCHI
TOM PEREZ
TONY BLAIR
Tony Bello
TONY ABBOTT;
TJORVEN BELLMANN;
JUDGE TIMOTHY D. DeGIUSTI,
TINA TCHEN
Taylor Chess
TERRENCE MCAULIFFE
WARWICK ALLEN;
William E. Sudow
WARREN ERROL TRUSS;
WOLF RUTHART BORN;
AMBASSADOR WILLIAM BROWNFIELD;
WERNER HOYER;
WERNER OBER;
VALERIE JARRETT;
VANITA GUPTA
VERA POCHTAREV
VLADIMIR PUTIN
Volodymyr Oleksandrovych Zelenskyy
XI JINPING
YASUO SAKAMOTO
YOICHI MIYAZAWA (宮沢 洋)
YOSHIHIDE SUGA;
YŌKO KAMIKAWA,
Zachary Thomas Fardon
5 Eyes;
HARTSFIELD-JACKSON ATLANTA INTERNATIONAL AIRPORT (In Rem);
WASHINGTON DULLES INTERNATIONAL AIRPORT (In Rem);

London Heathrow Airport (In-Rem)
Louis Armstrong New Orleans International Airport. In-Rem.
Heathrow Airport Holdings LTD.
AMAZON WEB SERVICES INC
AMAZON Inc.;
APPLE Inc.;
ALPHABET Inc.
AT&T INC.;
AEROFLOT;
AIRBUS SE;
BANK OF AMERICA;
BLACKSTONE Inc;
Blackstone Europe LLP;
BOEING Inc.,;
BRITISH AIRWAYS
CARGILL FOODS Inc.;
Campus Federal Credit Union
CLINTON GLOBAL INITATIVE
COX COMMUNICATION INC
DELTA AIRLINES INC.;
DUETSCHE LUFTHANSA AG;
INTERNATIONAL CONSOLIDATED AIRLINES GROUP S.A
J.P Morgan India Services Pvt Ltd; |
J.P. MORGAN QATAR;
JPMorgan Chase Bank, N.A;
JP MORGAN CHASE Inc;
META Inc.;
MICROSOFT INC
MGM Resorts International Inc.;
NATIONAL WOMEN'S LAW CENTER
NETFLIX, INC.;
OPEN SOCIETY INSTITUTE OR OSF
PepsiCo;
QATAR AIRWAYS
QATAR INVESTMENT AUTHORITY (hereon: QIA) |
(QIA; Arabic: جهاز قطر للإستثمار)
ROTHSCHILD CONTINUATION HOLDINGS;
SAKURA HOUSE CO. LTD
SANTA CLARA UNIVERSITY
SPICEJET;
WALT DISNEY COMPANY;
VERIZON Inc
VISA Inc.;

ROTHSCHILD & CO.;
E.L. Rothschild LP; |

J.P MORGAN CHASE & CO.; |
ROTHSCHILD & Co SCA; |
ROTHSCHILD & Co INDIA PRIVATE LIMITED; |
ROTHSCHILD & Co DOHA LLC; |
N.M. ROTHSCHILD & SONS LIMITED; |
ROTHSCHILD & Co EQUITY MARKETS |
SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; |
ROTHSCHILD & Co Vermögensverwaltung GmbH; |
ROTHSCHILD & Co Wealth Management (Europe) S.A; |
ROTHSCHILD & Co Wealth Management Monaco; |
ROTHSCHILD & Co Bank AG (Switzerland); |
ROTHSCHILD & Co Wealth Management UK Limited; |
ROTHSCHILD & Co Investment Managers; |
Rothschild & Co Asset Management US Inc; |
FIVE ARROWS MANAGERS North America LLC; |

ANGIE ORTIZ; CHRISTOPHER C. ALEXA;
VERICA V. KOTEVSKI;

DAVE CALHOUN; (Boeing)
STEPHANIE POPE; (Boeing) |
JAMES BELL (BOEING) |
CHRISTOPHER M. CHADWICK (Boeing)

(INDIA);
THE GOVERNMENT OF JAPAN;
THE GOVERNMENT OF THE UNITED KINGDOM;
THE COMMONWEALTH OF AUSTRALIA;
The REPUBLIC OF INDIA;
STATE OF QATAR;
REPUBLIC OF UGANDA;
REPUBLIC OF LIBERIA; |
REPUBLIC OF KENYA;
KINGDOM OF MOROCCO;
*The United Republic of Tanzania;*
*The Republic of RWANDA;*
*THE FEDERAL REPUBLIC OF NIGERIA*
*The State of ISRAEL;*
*The Nation of MAURITIUS*

UNKNOWN OFFICERS, LAWYERS, EMPLOYEES, |
CONTRACTORS, JUDGES, AND/OR SOLDIERS IN: |
THE DEPARTMENT OF JUSTICE, DEPARTMENT |
OF EDUCATION, DEPARTMENT OF HOMELAND |
SECURITY, CENTRAL INTELLIGENCE AGENCY, |
FEDERAL BUREAU OF INVESTIGATION, 5 EYES, |
DEPARTMENT OF DEFENSE, DEPARTMENT OF |
STATE, NATIONAL SECURITY ADMINISTRATION, |
DIRECTOR OF NATIONAL INTELLIGENCE, MI6, |
NSO GROUP, |BUNDESNACHRICHTENDIENST, |
公安調査庁, kōanchōsa-chō, FOREIGN INTELLIGENCE |
OF UKRAINE (SZRU), AUSTRALIAN SECRET |
INTELLIGENCE SERVICE, SEWANEE, TN POLICE |
DEPARTMENT, FRANKLIN COUNTY, TN SHERIFF'S |
OFFICE, FAA, LOUISIANA STATE UNIVERSITY, |
SANTA CLARA UNIVERSITY, THE UNIVERSITY OF |
THE SOUTH, FISA COURT, ALGEMENE |
INLICHTINGEN-EN VEILIGHEIDSDIESNT, |
MAIN DIRECTORATE OF THE GENERAL STAFF OF |
THE RUSSIAN FEDERATION, Служба внешней |
разведки Российской Федерации, DIRECTORATE |
OF MILITARY INTELLIGENCE (IRELAND), UNITED |
KINGDOM'S SECRET INTELLIGENCE SERVICE, THE|
SECURITY SERVICE (MI5), THE GOVERNMENT |
COMMUNICATIONS HEADQUARTERS (GCHQ), |
DEFENCE INTELLIGENCE (UNITED KINGDOM), |
MINISTRY of HOME AFFAIRS (INDIA), |
MINISTRY of STATE SECURITY OF CHINA |
国家安全部; Intelligence Bureau (IB) (आसूचना ब्यूरो) |
(āsūcanā byūro)(under Ministry of Home Affairs (INDIA));|
Research and Analysis Wing (abbreviated: R&AW) |

**Ministry of Finance of the Republic of India**: *Vitta Maṃtrālaya*

Corruption Like This By Andrew McCabe and Chief Justice Roberts



**AMENDED COMPLAINT.**

# THIS COMPLAINT IS:

- **PLAINTIFF SEEKING A PERMANENT INJUNCTION THAT MUST BE DECIDED WITHIN A WEEK.**
- **PLAINTIFF SEEKING A PERMANENT RESTRAINING ORDER ON DEFENDANTS.**
- **PLAINTIFF VERIFYING TO THE TRUTH OF THE FACTS ALLEGED UNDER OATH. (i.e. This is Verified).**
- **PLAINTIFF proceeding In Forma Pauperis & Pro-Se.**
- **This case is not vexatious nor abusive litigation.**

- **PLAINTIFF'S LIFE IS IN DANGER DUE TO THE DEFENDANTS and DEFENDANTS' FATHER HABITUAL ABUSE OF PLAINTIFF IN WHICH HE ATTEMPTED TO MURDER PLAINTIFF.**

  **PLAINTIFF NEEDS AN IMMEDIATE RESTRAINING ORDER ON DEFENDANTS.**

**PLAINTIFF'S FOREWARD:**

PLAINTIFF comprehends the power and magnitude of this lawsuit. There is a part of PLAINTIFF that wants to absolutely wreck devastation to DEFENDANTS for how DEFENDANTS made PLAINTIFF feel inside for years upon years doing some of worst things conceivable to PLAINTIFF and manipulating, deceiving, lying to, and abusing PLAINTIFF for years upon years in which PLAINTIFF has no favorites; PLAINTIFF wants to find the people that actually love and respect him instead of treating him the way they have been for more than 30 years. PLAINTIFF couldn't live with himself if he exacted full revenge (or any revenge) on DEFENDANTS. PLAINTIFF doesn't want to lose himself completely in the process and the damage already permanently damaged PLAINTIFF. This lawsuit is more about sending a message that in times of tyrannical over control, that any country, any agency, any company, any person, can be held accountable for the horrendous things they have done to people. ANGIE ORTIZ does not love PLAINTIFF.

PLAINTIFF can honestly acquire more than $4 Trillion USD in damages from DEFENDANTS and become one of the most cunning oligarchs the world has seen on the same level of Jay Gould, Carnegie, Rockefeller, etc.; PLAINTIFF, having been tortured, trying salvage his soul, and having understood this throughout his undergrad and grad school days prior to Summer 2015, would rather create happy memories, restore faith in things that matter, restore lost freedoms in America, and create scenarios in which corporations and politicians must treat the People better because the People deserve so much more and better treatment than they have been given by corporations and politicians. PLAINTIFF understands the completely soul draining and shitty morass that politicians created from this situation, so he implores the Court that this is the

one time exception to the rule of holding any politician, judge, or law enforcement officer accountable for their actions whether it is the current presidential candidates, current presidents/prime ministers, heads of intel with the most powerful computers available to them, etc from now on.

**It is a Government For the People, By the People, Held Accountable By the People.**

# Summary of the Case:

The simplest way PLAINTIFF can describe the case is the following: an incorrect diagnosis with complete blinders to the heinous branding didn't prevent a completely fabricated lie of a possible next terrorist attack from becoming an actual terrorist attack made worse by individuals who hated PLAINTIFF even though PLAINTIFF loved them; all it changed was the perpetuators who committed the terrorist attack when those entrusted to protect and defend the Constitution became internationally corrupted and terrorized an American that loved them and America.

One of PLAINTIFF'S alternate theories. PRIME MINISTER MODI realized that PLAINTIFF was a liability to India because of what happened in 2011 and afterwards. PRIME MINISTER MODI'S bed fellow after PRIME MINISTER SINGH and MARAN got her in his bed was HILLARY CLINTON in which SpiceJET was always at issue because even HILLARY CLINTON visited CHENNAI where MARAN was from and talked about the economic deal she got him with SpiceJET'S Boeing purchase in October 2010. See: *Miki's Tea Party*. HILLARY CLINTON with financial backing from LYNN FORESTER de ROTHSCHILD and the Estate of Sir EVELYN de ROTHSCHILD also understood PLAINTIFF'S liability to her and them regardless of whether or not HILLARY CLINTON was running for president in 2016. So JEFFREY EPSTEIN, BILL CLINTON, HILLARY CLINTON, MODI, MARAN, AJAH SINGH, LYNN FORESTER de ROTHSCHILD, the ESTATE OF SIR EVELYN ROTHSCHILD, MICHAEL MORELL, conspired together and implemented a plan against PLAINTIFF because it benefitted the ROTHSCHILDS, CLINTONS, INDIA, SpiceJET, and RUSSIA, for them to commit the act against PLAINTIFF or MODI told the CLINTONS that he was going to implement JAPLAN with the full approval of the CLINTONS, LYNN FORESTER de ROTHSCHILD, and the Estate of SIR EVELYN de ROTHSCHILD. MARAN and MODI, being of upper caste and especially being contemptuous of PLAINTIFF'S disability and poverty, realized the gold mine of information they had with *JAPLAN* and thought that HILLARY CLINTON was going to be clear victor in the 2016 Election over PRESIDENT TRUMP. "In February 2015, Maran (the main share-holder of SpiceJET) and KAL Airways transferred their 58.46 per cent stake in SpiceJet to Singh. Singh, a co-founder of SpiceJet, took on the airline's liabilities of around Rs 1,500 crore…"[1] So there was a transfer of ownership at the same exact time PLAINTIFF discussed and gave the details of *JAPLAN*, obviously this violated RICO because Indian Intel obtained the information about *JAPLAN* illegally via violations of 18 USC 1961 Section 1029 (or they paid FSB, GRU, and Russia to do so) in which AJAY SINGH and MARAN obtained material benefits from the transfer of ownership to AJAY SINGH in violation

[1] https://www.businesstoday.in/industry/aviation/story/spicejet-vs-kalanithi-maran-sc-upholds-high-court-order-sends-dispute-back-to-single-judge-438885-2024-07-26

of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and this was signs of the ongoing conspiracy against PLAINTIFF in violation of 18 USC 1962(d). RUSSIA did this because PLAINTIFF may have proffered to unknown individuals that JUSTICE SAMUEL ALITO knew about that the United States should go on a weapons selling spree to India in 2010 and 2011 when they sold Apache helicopters that hurt Russian Military weapons sales to India; which gives both ALITO and RUSSIA to commit *JAPLAN* against PLAINTIFF. So it was easy for India and Indian Intel to traffic a minor to implement *JAPLAN* against PLAINTIFF. Furthermore, this is supported by the fact that SpiceJET places an order for 100 Boeing 737 Max aircraft in January 2017 in which AJAY SINGH said the following: "“**We have paid back most of the liabilities.** Today, there are no government dues, there is zero bank debt. **We have cleaned the slate as far as the past is concerned,…** there is enough for more; **even if the market grows around 12-15 per cent,** there is a requirement of 60 aircraft every year. There is space for all," Singh said.[2] PLAINTIFF specifically discussed how it was disgusting for 12-15 year old Latinos to get married in Spring 2015 so this seems to have been a pay-off against PLAINTIFF so that means SpiceJET and AJAY SINGH was privy to the information that was illegally obtained in the Spring of 2015. MIKE PENCE met AJAY SINGH in June 2017.[3] You know the damning thing is that PLAINTIFF expressed happiness (he did so on twitter to the best of his recollection) that SpiceJET placed such a large order in Jan 2017 and had no clue what it meant in reality. On August 14th, 2024, only after Indian Intel had been tampering with PLAINTIFF and had given SpiceJET AJAY SINGH the information about *Miki's Tea Party* that had in fact been written by this time, AJAY SINGH sold 10% of his ownership dropping the total percent of his ownership to somewhere between 30-35%..[4] AJAY SINGH knew PLAINTIFF was most definitely going to be seeking something from SpiceJET in Court so to save himself and enrich himself in the process, that is why AJAY SINGH sold 10% of SpiceJET, and this was in violation of 18 USC 1962(a), 18 USC 1962(b), and 18 USC 1962(c), and 18 USC 1962(d). If AJAY SINGH and KALANTHI MARAN paid ANGIE ORTIZ or HILLARY CLINTON, PLAINTIFF has not seen a single dime or dollar of it perpetuating the mail and wire fraud against PLAINTIFF

There comes a time in American history that in order to establish the inherent trust and faith that *the People* having been losing faith in for years, this case is it. That to truly prove that Justice is blind in which the poorest, most downtrodden, beaten down Americans are on the same level in Court as the most seemingly untouchable powerful corporations and politicians in America and the world in which all are treated equally and that the poorest Americans have a fair opportunity to be heard by the Court in which the Court favors none but the law and that judges are completely reasonable. Most importantly, that US Federal Government Officials can be held accountable in Court in which the Court doesn't enable and protect corruption that is complete poison to fabric of America. This case is massive in its scope and is truly a once in a lifetime case that would be in the top 10 most important cases of this century.

---

[2] https://www.business-standard.com/article/companies/ et-s-aircraft-order-to-create-us-jobs-trump-117062700782_1.html
[3] https://businessworld.in/article/spicejets-ajay-singh-meets-us-vice-president-pence-120969
[4] https://www.indiatoday.in/business/story/spicejet-ajay-singh-plans-10-percent-stake-sale-to-raise-rs-3000-crore-report-2582058-2024-08-14

PLAINTIFF has over 20 different legal basis for federal court jurisdiction.[5] There are no easy answers with PLAINTIFF'S case. What happens when PLAINTIFF has clean hands for major crimes and claims against DEFENDANTS but has dirty hands when it comes to little trivial things that DEFENDANTS seek to exploit to prevent PLAINTIFF from having clean hands on two major events in PLAINTIFF'S life and DEFENDANTS themselves having dirty hands on major issues and clean hands on trivial things --in which there are faults with everyone-- have the right to deprive a destitute autistic American of his life, liberty, and property without notice, a hearing, or an opportunity to defend himself because DEFENDANTS enabled a massive RICO Enterprise to be undertaken against an American for their own malicious purposes that at times have helped people.

PLAINTIFF throughout the entirety of the cases at issue has shown remarkably good faith regardless of the sometimes-offensive language and descriptions he has used in which PLAINTIFF has truly tried to find the balance the competing interests and needs of more than 100 DEFENDANTS and sued more than 100 DEFENDANTS to spread the cost lower amongst DEFENDANTS.

It strikes at every part of life and quintessentially asks the Court what is the relationship between the US Government and foreign governments concerning an American, what are the limits of power of the US Government, how do you hold US Government and Foreign Government officials accountable for their actions against an American, what is the role of the Judicial branch in combatting tyranny and corruption in the US, world, and amongst themselves, what are the standards of conduct that a judge must hold themselves to on the bench and the modern applicability of *In re Murchison, 349 U.S. 133 (1955), United States v. Shotwell Mfg. Co., 355 U.S. 233 (1957), Swekel v. City of River Rouge, 119 F.3d 1259 (6th Cir. 1997), Foster v. City of Lake Jackson, 28 F.3d 425 (5th Cir. 1994); Bell v. City of Milwaukee, 746 F.2d 1205 (7th Cir. 1984),* how free is an American in modern society, what are the values the United States holds dear to their heart today, is there any way to restore faith in the American justice system that to most seems completely two-tiered and only based on money and political connections and preferences, what does fairness look like in the modern age, and so much more.

PLAINTIFF comes to the DISTRICT COURT OF UTAH in which PLAINTIFF has 10 Counts of judges from the MIDDLE DISTRICT OF LOUISIANA COURT, NORTHERN DISTRICT OF ILLINOIS, and 7TH CIRCUIT COURT OF APPEALS violating 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and 18 USC 1962 (D), 5 Counts of the Supreme Court via CHIEF JUSTICE JOHN ROBERTS violating 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and 18 USC 1962 (D), the FISA court and unknown FISA judges under CHIEF JUSTICE JOHN ROBERTS' supervision violating 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and 18

---

[5] *42U.S.C.§1983; 42U.S.C.§1985; 42U.S.C.§1986; 18U.S,C.§1961 et al; 18U.S.C.§2340;18U.S.C.§2441; 20 U.S.C.§701; 42U.S.C.§2000aa; 42U.S.C.§2000a; 42U.S.C.§2000dd; TERRORISM RISK INSURANCE ACT of 2002; FSIA 28U.S.C.§1605B; 28U.S.C.§1330; 18U.S.C.§2520(a); 50U.S.C.1810; 28U.S.C.§1343; 28 U.S.C. §1367 (and Louisiana Revised Statutes); 42U.S.C.§2000a-6 18 U.S.C.§1964; RFRA/42U.S.C.§2000bb 18U.S,C§2333; 28U.S.C.§1605(a)(7); 28U.S.C.§1330; 50U.S.C.§1810; 29 U.S.C. §790 (Section 504)*

USC 1962 (D) on three separate occasions, and over 10,000 Counts of DEFENDANTS violating 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and 18 USC 1962(D). Judges cannot ignore *United States v. Grubb, 1 1 F.3d 426, 438-39 (4th Cir. 1993).*

PLAINTIFF, being the victim of a RICO Conspiracy, was sexually abused by the CIA, PRIME MINISTER MODI & THE INDIAN GOVERNMENT, BILL and HILLARY CLINTON, LYNN FORESTER de ROTHSCHILD and SIR EVELYN ROTHSCHILD or a combination of the aforementioned DEFENDANTS in TOKYO in 2015 because either JAMES COMEY and the FBI or JEH JOHNSON and DHS or the Department of Defense leaked information in the course of an ongoing investigation to HILLARY CLINTON informing her how to politically assassinate PLAINTIFF (i.e. *JAPLAN*) that CHIEF JUSTICE ROBERTS approved of and personally witnessed and saw PLAINTIFF in Japan in July 2015 or it was the RUSSIANS via GRU and the KGB and possibly PLAINTIFF'S former lover were listening in and implemented the plan with the help of the Indian Government, which was a defacto political assassination against PLAINTIFF. The reason why DEFENDANTS did this against PLAINTIFF was because PLAINTIFF was a victim of international and domestic terrorism that occurred in 2011 and was a liability to certain DEFENDANTS by ROBERT MUELLER'S FBI, HILLARY CLINTON'S STATE DEPARTMENT, INDIAN GOVERNMENT UNDER PRIME MINISTER SINGH, and BRITISH Intelligence in which PLAINTIFF was never paid a minimum of $10,000,000,000 USD that he was forced to labor under the direction of the United States Government, Qatari Government, British Government, and Indian Government who created a specific job for him to do on March 11th, 2011 in London Heathrow Airport, London, and Dulles International Airport. On top of the political assassination by DEFENDANTS, there were two assassination attempts on PLAINTIFF'S life in which PLAINTIFF was poisoned with cyanide in July 2015 by DEFENDANTS and another assassination attempt at DEERFIELD HIGH SCHOOL in DEERFIELD, IL on or about February or March 2017 that PLAINTIFF miraculously survived both times. PLAINTIFF was a perfect person for DEFENDANTS to maliciously exploit because he is autistic, gets easily prodded into having 1st Amendment protected speech be utilized maliciously by DEFENDANTS, tolerates the worst treatment known to man because he is that loving and protective, forgives easily, is offensively entertaining at times and is super sarcastic, tells the truth to a fault, is a mild idiot savant, and has no family support structure or wife or girlfriend support from his family and former lovers, who very well could be Russian or Chinese spies. Friends of PLAINTIFF routinely snitched behind PLAINTIFF'S back to their respective governments to harm PLAINTIFF, the vast majority of Americans who PLAINTIFF at one time or another would have given his life for. DEFENDANTS through PLAINTIFF'S college years and law school years falsely branded PLAINTIFF as being an arsonist, rapist, pedophile, terrorist, cartel member, and more and utilized those false brands for their own malicious purposes. PLAINTIFF had so much love to give and DEFENDANTS destroyed that and PLAINTIFF'S dreams through the years routinely beating, abusing, breaking PLAINTIFF'S soul and spirit based on characteristics that PLAINTIFF had no control over. PLAINTIFF wrote a constitutionally and statutorily protected book in defense of disabled students and saving disabled students lives, making schools safer to properly address bullying and harassment, and defending free speech and the free exchange of ideas in which the FBI falsely labeled PLAINTIFF a Russian spy for a joke he made in the book in which ROBERT MUELLER was rehired in 2017 to try to prosecute PLAINTIFF after he was one of the ringleaders of the acts of terrorism against PLAINTIFF and deprived PLAINTIFF of his payment for the services

PLAINTIFF rendered on behalf of him and other DEFENDANTS. So PLAINTIFF started his cool down period around August 2017 and became severely depressed. PLAINTIFF underwent massive weight gain and suffered horrendously psychologically and physically having numerous ailments and living for a second time in squalid conditions. It was really only until PLAINTIFF managed to get some cognitive capacity back after receiving Ketamine treatment that autistic PLAINTIFF was able to start describing his pain and become somewhat able to litigate. So PLAINTIFF started questioning everything. He understood the importance of what happened in London in July 2023 in which years of fraud was materially omitted and intentionally hidden from him. During this time and from like 2004 to 2024, DEFENDANTS waged one of the worst corrupt campaigns against PLAINTIFF intentionally depriving him of access to the Courts, creating Star Chambers in the Supreme Court and elsewhere, stealing his ideas and intellectual property, and hacking into his computer to prevent PLAINTIFF from obtaining and gathering evidence and ignoring more than 30 FOIA requests, phone-calls, emails, complaints, and in-person visits to prove the corruption being undertaken against him by DEFENDANTS and for once and all to have the corruption end. SCOTUS intentionally created the following precedent to prevent PLAINTIFF from winning in Court on certain claims: *City & County of S.F. v. Sheehan, 575 U.S. 600 (2015), Ashcrqft v. Al-Kidd, 563 U.S. 731 (2011), and Holder v. Humanitarian Law Project, 561 U.S. 1 (2010).* Everytime PLAINTIFF did try to attempt to resolve the issues he was only met with lies, deception, more fraud, and more RICO violations by DEFENDANTS. DEFENDANTS routinely fabricated evidence against PLAINTIFF to intentionally vilify PLAINTIFF and maliciously prosecute PLAINTIFF. Then PLAINTIFF gave DEFENDANTS an opportunity to resolve the issues amicably in which DEFENDANTS did the exact opposite and conspired further against PLAINTIFF from October 20th, 2023. Then when PLAINTIFF sought redress in Court on December 27th, 2023 for the RICO violations and having nearly every single constitutional right violated by DEFENDANTS, it began the *Chicago Cases* and *Louisiana Cases* in which at least 7 different judges violated 18 USC 1962(A), 18 USC 1962(B), 18 USC 1962(C), and 18 USC 1962(D). Throughout the litigation, PLAINTIFF offered settlements to DEFENDANTS that were remarkably lower than what PLAINTIFF expected and DEFENDANTS disrespected PLAINTIFF even further knowing what PLAINTIFF wanted by acting corruptly and ignoring PLAINTIFF. PLAINTIFF gave multiple Courts more than 150 cases supporting his position that at least three different courts and more than 15 judges intentionally ignored on purpose. Everything PLAINTIFF has experienced is textbook Outrageous Government Conduct that SCOTUS warned about *Rochin v California, 342 U.S. 165 (1952)* and Entrapment cases to such unbelievably outrageous degrees on multiple occasions. That through everything in life, PLAINTIFF chose the hard way and has been PLAINTIFF has been extremely truthful even when it harmed him the most.

PLAINTIFF argues this case is the key to revitalizing trust in institutions and being freer in America and we are a nation of law and rules and not corruption and politics. That to be an American means to understand and believe that there are certain inalienable rights and that laughter, forgiveness, love, and making America better are admirable traits that the Court should reward, support, and kindle and that holding government accountable for their actions is necessary. That there are certain vile acts and behavior from the Government, Intelligence Agencies, Military, and Judiciary that are never to be allowed or tolerated.

PLAINTIFF filed his case in the Northern District of Illinois on 12/27/2023 to have a basis in obtaining jurisdiction over Qatar Airways, QIA, and other DEFENDANTS who are foreign

corporations and governments. PLAINTIFF knew that he would have automatically lost his case had he filed in Washington D.C. within a millisecond of filing the case and didn't have enough contacts within the last few years to file in Texas. What has happened in the cases of *Kotevski v. Clinton,* 23-17137 N.D. Illinois and *Kotevski v. Jenkins*, 24-1085 7th Circuit Court of Appeals, and *In Re: Milan Michael Kotevski,* 24-1085 7th Circuit Court of Appeals, (these cases collectively are to be called hereon: the *Chicago Cases*) (Panel consisting of: JUDGE DIANE P. WOOD, JUDGE CANDACE JACKSON-AKIWUMI, JUDGE DORIS PRYOR) violates RICO 18 U.S.C. 1961, RICO in Utah via 76-10-1603, amounts to a gross miscarriage of justice and extreme constitutional deprivations under the law that cannot be remedied in Illinois and within the 7th Circuit Court of Appeals, violations of international treaties such as the Warsaw Treaty, the Geneva Convention, and the Convention on the Rights of Individuals with Disabilities. PLAINTIFF continues to have his electronics obstructed, being intentionally withheld information depriving PLAINTIFF of his ability to make choices, quite possibly been forced to marry against his religious beliefs, had war crimes committed against him, continues to be defrauded, deprived of his liberty and due process rights, and so much more. All of the decisions the Northern District Court of Illinois made as well as the 7th Circuit Court of Appeals constitutes Outrageous Government Conduct in their decisions as it pertains to PLAINTIFF; All of the decisions the Northern District Court of Illinois made under Judge Jenkins as well as the 7th Circuit Court of Appeals made constitutes an act of Obstruction of Justice under RICO sections 891–894 (relating to extortionate credit transactions), section 1029 (relating to fraud and related activity in connection with access devices), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1351 (relating to fraud in foreign labor contracting), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), and sections 1581–1592 (relating to peonage, slavery, and trafficking in persons). Throughout the entire record and duration of the *Chicago Cases,* PLAINTIFF has warned the Court of on-going conspiracies, a threat on PLAINTIFF'S life, advising the Court every step of the way of the on-going harm the RICO Enterprise is engaging in which the Court completely ignored all of PLAINTIFF'S pleas as to fundamentally constitute obstruction of justice through the deprivation of Due Process and RICO violations. The *Chicago Cases* very well continues to enable the Government of Russia and Russian assets (PLAINTIFF is not a Russian asset) to perpetuate the harm against PLAINTIFF throughout the years.

**(3): This case initially started like *McIntyre v. U.S.*, 336 F. Supp. 2d 87 (D. Mass. 2004)** (hereon: *McIntyre*). PLAINTIFF will take a portion of the McIntyre decision and incorporate the facts of this case (and take out citations to clean it up in which the court can view the opinion and the citations if they so desire):

"The guarantee of substantive due process "limits what the government may do in both its legislative and its executive capacities," and the "criteria to identify what is fatally arbitrary differ depending on whether it is legislation or a specific act of a governmental officer that is at issue." Legislation infringing a litigant's fundamental rights is arbitrary in the constitutional

sense unless the manner of "the infringement is narrowly tailored to serve a compelling state interest." *Id.*

“The touchstone of arbitrariness of executive conduct is of necessity different from that of legislation. Because "only the most egregious official conduct can be said to be 'arbitrary in the constitutional sense,'" "the substantive component of the Due Process Clause is violated by executive action only when it 'can properly be characterized as conscience shocking." The conscience-shocking standard provides relief where government officials have "abused their power, or employ[ed] it as an instrument of oppression," while it "preserv[es] the constitutional proportions of constitutional claims," and prevents the demotion of the Constitution "to a font of tort law." Thus, "[o]utside of a few narrow categories, like the safeguarding of prisoners who have been wholly disabled from self-protection, this means conduct that is truly outrageous, uncivilized, and intolerable." It is only where "the necessary condition of egregious behavior [is] satisfied" that there is "a possibility of recognizing a substantive due process right to be free of such executive action." *Id.*

“Admittedly, the term "conscience-shocking" is far from self-defining. The Supreme Court has observed that "the measure of what is conscience shocking is no calibrated yard stick, [although] it does poin[t] the way.'" There are, however, some clear markers on the measuring stick: "liability for negligently inflicted harm is categorically beneath the threshold of constitutional due process" while "conduct intended to injure in some way unjustifiable by any government interest is the sort of official action most likely to rise to the conscience-shocking level." Official acts falling somewhere between these two benchmarks "may be actionable" depending on the circumstances. *Id.*

“As alleged in the complaint the conduct of ANDREW MCCABE, JOHN O. BRENNAN, PETER STRZOK, ROBERT MUELLER, JAMES COMEY, HILLARY CLINTON, CHIEF JUSTICE JOHN ROBERTS, BILL CLINTON, BARACK OBAMA, Estate of JUSTICE ANTON SCALIA, JUSTICE SAMUEL ALITO, and JEH JOHNSON in relation to the murder of PLAINTIFF is conscience-shocking because it was conduct intended to injure PLAINTIFF in some way unjustifiable by any government interest. According to the PLAINTIFF’S allegations and reasonable inferences from those allegations, ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS purposefully revealed *JAPLAN* to HILLARY CLINTON and BILL CLINTON over the wires. At the time of disclosure, ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS knew that, under any circumstance, revealing *JAPLAN* [w]ould result in PLAINTIFF’S death. They also fully appreciated that the danger was especially high in revealing to HILLARY CLINTON and BILL CLINTON the plan of *JAPLAN*. ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS knew that HILLARY CLINTON and BILL CLINTON had effectively executed disabled individuals for political purposes before (*See*: Ricky Ray Rector), and that BILL CLINTON and HILLARY CLINTON had [essentially] murdered other informants whose identities had been revealed to them [*See*: Clinton Body Count]. Thus, the plaintiffs have alleged that the disclosure by ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS of PLAINTIFF’S information about *JAPLAN* to HILLARY CLINTON and BILL CLINTON

was not only "conduct intended to injure" PLAINTIFF, but also conduct intended to injure him *fatally.* Moreover, the conduct was "unjustifiable by any government interest." It is true that the government had a legitimate interest in [Paragraphs XX in Section XX], and, *in a most perverse sense*, the death of PLAINTIFF furthered that lawful goal. With good reason, however, neither ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS nor any of the other agents has advanced a Swiftian proposal that the government's interest in prosecuting PLAINTIFF [for their own misdeeds all the while obtaining $14,900,000,000 at the condition of PLAINTIFF's forced labor] warranted offering up PLAINTIFF as a sacrificial lamb. Indeed, it is a fundamental tenet of the Constitution that the ends of law enforcement do not justify all means used to fight crime. *See, e.g., Olmstead v. United States,* 277 U.S. 438 (1928) ("To declare that in the administration of the criminal law the end justifies the means — to declare that the government may commit crimes in order to secure the conviction of a private criminal — would bring terrible retribution.") (Brandeis, J., dissenting). Because the plaintiffs have alleged that the conduct of DEFENDANTS was "intended to injure [PLAINTIFF] in some way unjustifiable by any government interest," the plaintiffs have unquestionably pleaded conscience-shocking conduct on the part of DEFENDANTS.

LET PLAINTIFF BE CLEAR ON SOMETHING. PLAINTIFF IS NOT SCREWING ANYONE OVER THAT DIDN'T ALREADY SCREW AND RAPE AND ABUSE ME IN THE FIRST PLACE.

## Section I: BASIS OF JURISDICTION and VENUE:

**A:**

- 42 U.S.C. §1988;
- 18 U.S.C. §1961 et al.,
- 18 U.S.C. §2340;
- 18 U.S.C. §2441;
- 20 U.S.C. §701;
- 42 U.S.C. §2000aa;
- 42 U.S.C. § 2000a;
- 42 U.S.C. §2000dd;
- TERRORISM RISK INSURANCE ACT of 2002.

- FSIA 28 U.S.C. §1605B
- 28 U.S.C. §1330
- 18 U.S.C. § 2520(a)
- 50 U.S.C. 1810
- 28 U.S.C. §1343;
- 28 U.S.C. §1367 (and Louisiana Revised Statutes)
- 42 U.S.C. §2000a-6;
- 18 U.S.C. §1964;
- RFRA/42 U.S.C. §2000bb
- 18 U.S.C §2333
- 28 U.S.C. §1605(a)(7)
- 28 U.S.C. §1330
- 50 U.S.C. §1810
- 29 U.S.C. §790 (Section 504)

**B:** Venue is proper because this the DISTRICT COURT OF UTAH is the only place PLAINTIFF can go in order to have any semblance of Due Process guarantees. PLAINTIFF is technically a resident of Utah. PLAINTIFF understands that certain DEFENDANTS may argue that venue is not proper under FSIA; however, PLAINTIFF tried to take account of that by filing in the Northern District of Illinois and the 7th Circuit Court of Appeals in which PLAINTIFF was met by unbelievable RICO violations and Constitutional Right deprivations. Under no fucking circumstances does PLAINTIFF want to step foot and argue the case in the District Court of Washington D.C. and/or the 4th Circuit because PLAINTIFF will immediately lose because those Courts are so fundamentally and unconstitutionally biased against PLAINTIFFs asserting any claims against the United States Government, any agencies of the United States Government, and any employees of the United States Government. This case is an extension of the proper venue having been asserted in Chicago in which numerous DEFENDANTS susceptible to a lawsuit under FSIA have proper jurisdiction over (i.e. Northern District of Illinois and the 7th Circuit Court of Appeals). PLAINTIFF tried to fairly and constitutionally litigate the case in the 5th Circuit Court of Appeals but was met with the most egregious abuse of power and unconstitutional decision asserted by a law clerk in the 5th Circuit Court of Appeals in which numerous defendants would be susceptible to lawsuit in Dallas or Houston that the 5th Circuit Court of Appeals has jurisdiction over.

**1.** PLAINTIFF is a resident of UTAH and is an American and Serbian Citizen.

**2.** PLAINTIFF is proceeding In Forma Pauperis and Pro-Se.

**3.** This is truly the best PLAINTIFF can do based on his current circumstances and PLAINTIFF begs the Court for his forgiveness and poverty and lack of capacity.

**4.** It is legally and medically impossible for PLAINTIFF to fully explain the RICO Enterprise against PLAINTIFF within the time the Court stipulated.

**5.** PLAINTIFF attests that this motion is verified. PLAINTIFF attests to the facts as completely true to the best of his current understanding after continuously being tortured for years and being subject to horrendous RICO violations. *This is a verification statement.*

**6.** The *following cases constitute the Chicago Cases: Kotevski v. Clinton, 23-17137 N.D. Illinois; Kotevski v. Jenkins, 24-1085 7th Circuit Court of Appeals, In Re: Milan Michael Kotevski, 24-1085 7th Circuit Court of Appeals, and most importantly, In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois.*

**7.** PLAINTIFF comes now to the DISTRICT COURT of UTAH after what can only be described as corrupt proceedings by JUDGE BRAIN JACKSON AND JUDGE RICHARD BOURGEOIS JR in Case Number: 24-cv-000310-BAJ-RLB (hereon: *The Louisiana Cases*[6]).

**8.** The *Louisiana Cases*, quite simply, are PLAINTIFF'S attempt to remedy the Constitutional and RICO harms that occurred in numerous cases that occurred in the NORTHERN DISTRICT OF ILLINOIS COURT and the 7th CIRCUIT COURT OF APPEALS from December 27th, 2023 when PLAINTIFF filed his initial complaint in the Northern District of Illinois and to end the RICO Conspiracy and Enterprise that occurred over 15 years against

---

[6] PLAINTIFF understands that there has only been one case in Louisiana and *Louisiana Cases* should be in the singular form of *Louisiana Case*; however, for mental simpleness and cohesiveness, PLAINTIFF is just making *Louisiana Cases* plural to match the plurality of the *Chicago Cases.*

PLAINTIFF in which PLAINTIFF was denied Due Process and subject to RICO acts even before he filed his complaint in the Northern District of Illinois on December 27th, 2023.

**9.** PLAINTIFF incorporates the totality of the record from *the Louisiana Cases* and the *Chicago Cases* herein.

**10.** PLAINTIFF realleges the totality of the allegations made in the *Chicago Cases* and the *Louisiana Cases* herein.

**11.** JUDGE OBERG faulted PLAINTIFF for writing run-on sentences and PLAINTIFF says that is discrimination and retaliation against PLAINTIFF based on his disability in violation of Section 504 and the ADA. PLAINTIFF was diagnosed with a written expression disorder in 2014. In autistic PLAINTIFF'S mind, the vast majority of times, what PLAINTIFF sees is what PLAINTIFF writes so PLAINTIFF writes and explains what he sees (which is PLAINTIFF'S understanding) like a movie where there are no periods or pauses in the middle of actions and scenes being undertaken.

**12.** PLAINTIFF'S mother and/or father are spies for GRU/FSB or MSS or are still in a Cartel.

**13.** The only reason why PLAINTIFF is filing and submitting this to the Court on September 27th, 2024 is because PLAINTIFF doesn't have enough meds to continue due to DEFENDANTS intentionally lowering PLAINTIFF'S prescription while worsening PLAINTIFF'S depression to obstruct justice in violation of 18 USC 1961 Section 1503 and tamper with PLAINTIFF in violation of 18 USC 1961 Section 1512.

**14.** PLAINTIFF believes that the entire record from the *Chicago Cases* and the *Louisiana Cases* are enough to warrant a permanent injunction and a permanent restraining order. Similarly, if the record is not enough, that is because DEFENDANTS CIA, FBI, GRU, and other American and Foreign Government agencies have intentionally deprived PLAINTIFF of the

information necessary in order to prevent PLAINTIFF from being able to litigate in violation of RICO and PLAINTIFF'S Due Process rights.

**15.** More importantly, PLAINTIFF has gone through now FIVE different courts in the United States (N.D. Illinois, 3 Panel 7th Circuit, En Banc 7th Circuit, M.D. Louisiana, 5th Circuit Court of Appeals) in which PLAINTIFF legally filed and moved for SIX different motions that should have been granted that included injunctions and restraining orders against DEFENDANTS. Besides the terrorism again (See: Previous Paragraph) now DOJ, FBI, LISA MONACO, and the WHITE HOUSE who seemingly continue to terrorize PLAINTIFF today announced that they went after two reporters (Lauren Southern and Tim Pool)[7] that PLAINTIFF talked to in 2017 during RICO Enterprise #2 by every single appearance intentionally retaliated against those two reporters and thereby PLAINTIFF to provide a factual nexus to RUSSIA for RICO Enterprise #2 in which it seems that they are going to use whatever charges DEFENDANTS just came up with to go after PLAINTIFF. PLAINTIFF specifically in numerous court filings wanted to lay to rest RICO Enterprise #2 for the interest of America. If GRU and FSB are connected to that, there are other ways to get GRU and FSB because PLAINTIFF will not put in peril Free Speech and Disability Right Issues in America. Furthermore, PLAINTIFF screamed at the top of his bloody lungs since the *Chicago Cases* (in which PLAINTIFF has coughed up blood from being over-worked, tortured, and over-stressed by DEFENDANTS. *See*: May 2016) that PLAINTIFF wanted an immediate resolution to the case as to avoid the political controversy and PLAINTIFF'S PTSD and Depression having continuously gotten worse the closer it is to the election with the case being more unresolved and PLAINTIFF not wanting another repeat of what happened in 2016 because PLAINTIFF should

---

[7] https://www.justice.gov/opa/video/justice-department-hosts-election-threats-task-force-meeting

have been left alone by now after having filed 6 different motions to end the case in which DEFENDANTS should have readily agreed and it would have been far more in their interest back then but their corrupt and terrorism ways has made given them such an unbelievably bad power trip that they have become more stupid than ever in which PLAINTIFF can tell you they are acting stupid because PLAINTIFF being a former Special Ed student knows stupidity quite well and PLAINTIFF never seen that type of level of stupidity from brazen corruption and terrorism by DEFENDANTS. PLAINTIFF has only asked for more because of what DEFENDANTS have been maliciously doing against PLAINTIFF since litigation started. By the way, why the double standard of PLAINTIFF asking the ROTHCHILDS to account for their holdings and the Courts repeatedly ignoring that request but DOJ making Russia do the same?

**16.** One of the major problems with PLAINTIFF'S case is that

**17.** PLAINTIFF emphasizes the following: he is not seeking money from Sovereign Wealth Funds that are implicated in the RICO Enterprise against PLAINTIFF. PLAINTIFF doesn't want to seek compensation or be known as allegedly stealing from the People of the countries he is suing.

**18.** The Total Assets of JP Morgan Chase is around: $3,665,743,000,000.

**19.** Allianz Insurance has about $1 Trillion USD in assets.

**20.** The total amount of assets that Blackstone manages is $1 Trillion USD.

**21.** TRIA: P.L. 110-160 extended TRIA to the end of 2014, but no extension legislation was enacted in this timeframe. Thus, the program expired for 12 days until P.L. 114-1 was signed by the President in January 2015. This law extended the program nearly six years, until the end of 2020, while reducing the government's share of the losses compared with the program as it was in 2014. Specifically, P.L. 114-1 gradually (1) increased the program trigger from $100 million

to $200 million, (2) reduced the government share of the losses from 85% to 80%, and (3) increased the insurer aggregate retention amount from $27.5 billion to $37.5 billion and indexed it to the sum of insurer deductibles in years thereafter. P.L. 116-94 extended TRIA to the end of 2027, leaving the rest of the law essentially unchanged.

**22.** The total amount of assets that Apple has is around: $335,038,000,000 in 2023.

**23.** United Airlines has a total amount of assets around: $73,341,000,000

**24.** British Airways has a total amount of assets of about: $25,000,000,000

**25.** Qatar Airways has a total amount of assets around $40,000,000,000

**26.** AT&T has a total amount of assets around: $408,453,000,000

**27.** Verizon Inc. has a total amount of assets around: $379,955,000,000

**28.** Xfinity/Comcast has a total amount of assets of around $262,147,000,000

**29.** The total amount of assets that Amazon has is around $477,607,000,000

**30.** The total amount of assets that Boeing Inc. has is around $134,774,000,000.

**31.** The total amount of assets that Delta Airlines Inc. has is around $73,497,000,000

**32.** The total amount of assets that Microsoft Inc. is around $411,976,000,000.

**33.** PLAINTIFF IS NOT TAKING ARMS AGAINST THE UNITED STATES.

**34.** None of PLAINTIFF'S actions were done to commit a coup against an existing President nor get DEFENDANT JOSEPH BIDEN kicked out of office. PLAINTIFF clearly articulated to at least his mother that he was quite surprised he talked to JOSEPH BIDEN in JULY 2015 and viewed it as a good thing back then. PLAINTIFF never thought he was more important than any other American and wouldn't be the one that decides whether a person can be president or not. PLAINTIFF articulated in Colorado the existing and on-going problem of the RICO Enterprise that there were malicious actors that wanted to take advantage of PLAINTIFF for their own

power or political purposes. PLAINTIFF is sure that there were democrats wanted PLAINTIFF to use those powers against DONALD TRUMP and is sure that that were republicans that wanted to use those powers against KAMALA HARRIS or JOSEPH BIDEN and PLAINTIFF has been steadfast in his refusal to play the games of politics. One of the most important lessons PLAINTIFF learned as a child in high school is when Socrates was forced to drink poison by a corrupted judiciary that protected sociopathic politicians because Socrates told them the truth that PLAINTIFF found extremely relatable (even more so today) because when PLAINTIFF told the truth to his father in high school, his father would regularly beat the shit out of PLAINTIFF for doing so.

**35.** Autistic PLAINTIFF has always been consistent in his beliefs that even if someone had offered to give him all the power in the world, he would turn it down because PLAINTIFF never wanted to be a tyrant or overcontrolling or over bearing person. PLAINTIFF wanted to felt heard and respected after years of DEFENDANTS abuse, but not dominate everyone and everything and that is true with this complaint.

**36.** Autistic PLAINTIFF is not perfect by any stretch of the imagination. Autistic PLAINTIFF relied on his mimicry skills and growing up in the type of environment PLAINTIFF did could have resulted in so much far worse and severe instances than what PLAINTIFF did in his life. PLAINTIFF didn’t want to isolate people in Sewanee but was experiencing trauma from being isolated in which friends turned their back on PLAINTIFF in which PLAINTIFF witnessed friends sabotaging relationships that PLAINTIFF had through the years. What PLAINTIFF had a problem with is how he autistically responded to the abuse and general shi*** behavior that people did in his life because PLAINTIFF was never the instigator in the situations; it is how PLAINTIFF responded back.

**37.** The major problem in this case is that PLAINTIFF knows he is being tampered with electronically, socially, and being denied vital information in which this feels like a barbaric non-consensual experiment being undertaken against PLAINTIFF and PLAINTIFF'S will. PLAINTIFF fears that CISA, CIA, FBI, DoD, INDIAN INTEL, FSB, GRU, MSS, and/or a combination thereof have hacked into PLAINTIFF'S laptop and have given him fake documents, fake cases, so that he will commit perjury in order to obstruct justice and retaliate against PLAINTIFF in violation of 18 USC 1961 Section 1503, Section 1512, and Section 1513. Forgive PLAINTIFF for not knowing.

**38.** PLAINTIFF did not commit treason nor worked on behalf of any foreign government unless it was done under the complete supervision of the FBI, CISA, NSA, CIA, or DoD. PLAINTIFF will not hang for things he did not know at the time that was done by his evil parents or malicious actors.

**39.** PLAINTIFF was predisposed to never being abusive towards kids, and if there was an episode that constituted such, PLAINTIFF saw that child at issue commit horrible actions or PLAINTIFF was being super protective against a kid that was committing serious harms.

**40.** Let PLAINTIFF explain and give some examples of DEFENDANTS taking advantage of PLAINTIFF in the next few paragraphs. PLAINTIFF firmly discovered RICO Enterprise #2 in or about Spring 2017 in which DEFENDANTS attempted to assassinate PLAINTIFF at DEERFIELD HIGH SCHOOL in DEERFIELD, IL around the same time. PLAINTIFF, through the course of his investigation, became aware of the Pandora's Box that RICO Enterprise #2 is to America because of how political it had become, that it could be connected to at least two different Supreme Court justices that PLAINTIFF is not mentioning on purpose as a sign of respect to them even to this day, the financial implications that arose

from RICO Enterprise #2, the number of people it would impact, and the damage it would cause to America *if fully prosecuted* to the full extent that RICO demands—thousands of jobs lost, industries damaged, institutions degraded, and more. In PLAINTIFF'S mind at the time, PLAINTIFF'S mind could not accept that what justice required would be the full prosecution of RICO Enterprise #2 because the damage done to America as a whole was not worth getting MARCIA GREENBERGER, NATIONAL WOMEN'S LAW CENTER, MS. DUFFY at NWLC, JOCELYN SAMUELS, GEORGE SOROS, CATHERINE LHAMON, RUSSLYNN ALI, TOM PEREZ, and more in which DOJ would probably agree with PLAINTIFF about PLAINTIFF'S assessment to a certain extent and the FBI and JAMES COMEY knew about it via PLAINTIFF'S pursuit of apprehending CATHERINE LHAMON for a 18 USC 1001 violation and NWLC, CATHERINE LHAMON, RUSSLYNN ALI, and JOCELYN SAMUELS violating numerous Constitutional Rights of students all across the country, especially disabled students.

**41.** PLAINTIFF never sold the lawsuit concerning RICO Enterprise #2 to anyone because PLAINTIFF fundamentally and on principle cannot do so because doing so would extremely violate PLAINTIFF'S sense of justice as that was PLAINTIFF'S purpose and intention. RICO Enterprise #2 is far more detrimental to Democrats than it is to Republicans; and if PLAINTIFF was a full Republican playing for the Republican Party, he would have pursued that litigation and sold RICO Enterprise #2 to the Republicans. PLAINTIFF at the time recognized that if PLAINTIFF would have pursued the litigation with RICO Enterprise #2, he could have enriched himself to the tune of $44 Billion or more. PLAINTIFF was far more interested about pursuing justice and defending Constitutional Rights than making money from RICO Enterprise #2. All PLAINTIFF was fundamentally and at the forefront concerned

about in 2017 and 2018 was RICO Enterprise #2 in which PLAINTIFF had a coping mechanism of helping people to alleviate PLAINTIFF'S pain in which PLAINTIFF was deep down inside pushing his feelings of what happened in RICO Enterprise #1 so that PLAINTIFF could help with RICO Enterprise #2.

**42.** If PLAINTIFF had infiltrated Indian Intel, GRU/FSB, MSS, or Iranian Intel, it was done for the purpose of apprehending people hostile to the United States that was done with the full support of the CIA, FBI, or DoD because there is no way it could have gone on as long as it did without them necessarily knowing and supporting PLAINTIFF's actions. That's not to say that there were not constitutional abuses committed against PLAINTIFF throughout the years by the CIA, DoD, and FBI And/or RUSSIAN GOVERNMENT having already framing PLAINTIFF and executing PLAINTIFF for political purposes anyway in the Summer of 2015.

**43.** PLAINTIFF has in his possession PLAINTIFF'S personal two cell-phones that pretty much covered the entire RICO Enterprise from at least 2009 through 2016 that contains so much exculpatory evidence. Furthermore, PLAINTIFF has an external hard drive that probably contains numerous articles PLAINTIFF wrote when he was a journalist for the *Sewanee Purple* and back up of PLAINTIFF'S laptop from 2010 through 2013 or so. Furthermore, PLAINTIFF has an external hard drive that contains backups of PLAINTIFF'S laptop from 2014-2016. In the phones, contains all of PLAINTIFF'S text messages, possibly Facebook messages, and more. Most importantly, any and all exculpatory evidence intentionally omitted by DEFENDANTS through the years to further the RICO Enterprise against PLAINTIFF. PLAINTIFF even sent the FBI an email stating that PLAINTIFF had evidence of domestic and international terrorism contained on a phone and they did not respond to PLAINTIFF at all. PLAINTIFF attempted to turn on the Blackberry and purchased a new Blackberry to try to get the Blackberry started but it

does not work—it hasn't been dropped in water, the electronics are good, PLAINTIFF just needs technical expertise to get the two phones working. PLAINTIFF, because of CIA's and other intelligence's need to get rid of evidence, may have tampered with it. PLAINTIFF has requested he be allowed to go to the FBI in Chicago and video record them retrieving every single piece of data from the phone because PLAINTIFF will not take their word or CIA's word if something happens in the evidence retrieval. PLAINTIFF doesn't have $800 or more to go to a professional to retrieve the data. All the Court has to do is tell the CIA, CISA, D.o.D, or the FBI (who all have the machines and computers to do this with) to retrieve all of the data and documents from PLAINTIFF'S external hard drives and cell-phone in which they can start for once helping PLAINTIFF and restoring their honor and integrity in proving PLAINTIFF'S attestations are true.

**44.** In *United States v. Kozminski*, 487 U.S. 931 (1988), the Court held that "for purposes of criminal prosecution under 18 U.S.C. §241 or 18 U.S.C. §1584, the term "involuntary servitude" necessarily means a condition of servitude in which the victim **is forced to work for the defendant by the use** or threat **of physical restraint or physical injury or by the use or threat of coercion through law or the legal process.** This definition encompasses cases in which the defendant holds the victim in servitude by placing him or her in fear of such physical restraint or injury or legal coercion."

**45.** The concurring opinion in *United States v. Kozminski*, 487 U.S. 931 (1988) is far more spot on for PLAINTIFF'S case and the following excerpts are from the concurrence: "for the use of the master's whip and the power of the State to compel one human to labor for another were clearly core elements of slavery that the Thirteenth Amendment and its statutory progeny intended to eliminate. As the Government points out, however, the language of both the

Thirteenth Amendment and §1584 simply prohibits "involuntary servitude," and contains no words limiting the prohibition to servitude compelled by particular methods. "[The Thirteenth] amendment denounces a status or condition, irrespective of the manner or authority by which it is created." Clyatt v. United States, 197 U. S. 207, 197 U. S. 216 (1905). To the contrary, it would seem that certain psychological, economic, and social means of coercion can be just as effective as physical or legal means, particularly where **the victims are especially vulnerable, such as the mentally disabled victims in this case. Surely threats to burn down a person's home (*DEFENDANTS having done so and murdering PLAINTIFF'S cat)*** or business or to rape or kill a person's spouse or children (*See*: Section IV. *JAPLAN*) can have greater coercive impact than the mere threat of a beating, **yet the coercive impact of such threats turns not on any direct physical effect that would be felt by the laborer, but on the psychological, emotional, social, or economic injury the laborer would suffer as a result of harm to his or her home, business, or loved ones**. And drug addiction **or the weakness resulting from a lack of food, sleep, or medical care can eliminate the will to resist as readily as the fear of a physical blow.** Hypnosis, ***blackmail, fraud, deceit, and isolation*** are also illustrative methods -- but it is unnecessary here to canvas the entire spectrum of nonphysical machinations by which humans coerce each other. It suffices to observe that one can imagine many situations in which nonphysical means of private coercion can subjugate the will of a servant. **Indeed, this case and others readily reveal that the typical techniques now used to hold persons in slave-like conditions are not limited to physical or legal means**. ***The techniques in this case, for example, included: disorienting the victims with frequent verbal abuse and complete authoritarian domination; inducing poor health by denying medical care and subjecting the victims to substandard food, clothing, and living conditions;*** working the victims from 3 a.m. to

8:30 p.m. with no days off, ***leaving them tired*** and without free time to seek alternative work; ***denying the victims any payment for their labor; and active efforts to isolate the victims from contact with outsiders who might help them.*** Without considering these techniques (and their particular effect on a mentally disabled person), one would hardly have a complete picture of whether the coercion inflicted on the victims was sufficient to make their servitude involuntary. ***Other involuntary servitude cases have also chronicled a variety of nonphysical and nonlegal means of coercion including: trickery; isolation from friends, family, transportation or other sources of food, shelter, clothing, or jobs; denying pay or creating debt that is greater than the worker's income by charging exorbitant rates for food, shelter, or clothing; disorienting the victims by placing them in an unfamiliar environment, barraging them with orders, and controlling every detail of their lives; and weakening the victims with drugs, alcohol, or by lack of food, sleep, or proper medical care.*** See, e.g., United States v. Warren, 772 F.2d 827 (CA11 1985); United States v. Mussry, 726 F.2d 1448 (CA9 1984); United States v. Ingalls, 73 F. Supp. 76 (SD Cal.1947). One presumes these methods of coercion would not reappear with such depressing regularity if they were ineffective." ***Id.***

**46.** PLAINTIFF is being forced to work by DEFENDANTS in which they have physically restrained PLAINTIFF through tampering PLAINTIFF, have caused serious psychological injuries and physical injuries, have used threats and coercion through law and legal process via the RICO Enterprise against PLAINTIFF.

**47.** PLAINTIFF routinely worked for PLAINTIFF'S parents such as at 1616 Grand Ave, Waukegan, IL in which PLAINTIFF'S parents abused PLAINTIFF into having effective control of all the money he earned and abused him while working. American Intel DEFENDANTS were very well aware of these facts. PLAINTIFF--a graduate from law school--was abused numerous

times into being prevented from leaving the home in any cars that were legally under his name. American Intel DEFENDANTS knew this. American and Indian Intel as well as the D.o.D. knew they could abuse PLAINTIFF too because they saw PLAINTIFF'S parents treating him that way for years. After PLAINTIFF arrived back home from law school in January 2017 in which D.o.D, GRU/FSB, MSS, Indian INTEl, American Intel/DOJ made it impossible for PLAINTIFF to ever be a lawyer in the future, PLAINTIFF tried explaining the factual circumstances of RICO Enterprise 2 to his parents in which both his parents, Dr. Best, and his brother had all argued to PLAINTIFF that he needed to be institutionalized for pointing out the truth of RICO Enterprise 2 in which when PLAINTIFF was trying to get help for his autism (as well as the torture ANDREW MCCABE/FBI/CIA/DHS subjected PLAINTIFF to), they prevented PLAINTIFF from getting the proper help he needed when ANDREW MCCABE/FBI/CIA/DHS furthered this treatment when they falsely diagnosed PLAINTIFF with having schizoid personality disorder in 2017 because of what happened in *City and County of San Francisco v. Sheehan, 575 U.S. 600 (2015)* and *An Anchor and a Pitchfork.*

**48.** Conditions of PLAINTIFF'S slavery. American Intel and Indian Intel, D.o.D, et al. never provided PLAINTIFF with any housing in which they made a minimum $14,900,000,000 off of him in which he had to pay back the housing costs with interest when he was in law school, DEFENDANTS necessarily having violated the sanctity of his dorm rooms every year in SEWANEE. The conditions of Sakura House in *An Anchor and a Pitchfork* were squalid.

**49.** When PLAINTIFF arrived home from law school, the conditions of his home were squalid in which racoons had broken into the home around 2018, the raccoons made a den above PLAINTIFF'S bedroom, and the raccoons pissed and sh** all over PLAINTIFF'S ceilings in which he begged his father to clean it up and kick out the raccoons. PLAINTIFF and his father

got into multiple heated arguments in which PLAINTIFF'S father so abused and gaslit







PLAINTIFF that PLAINTIFF'S father completely denied and lied about what PLAINTIFF was seeing and this Snapchat (See: Below) and you can still see the piss on the ceiling in the other photo on this page in which the snapshot gives a present sense impression and fact of what PLAINTIFF and his father had argued about. Numerous times, PLAINTIFF begged his father to kick out the raccoons and clean up the squalid conditions and PLAINTIFF'S father said ***no*** as PLAINTIFF'S father enjoyed the fact that raccoons were living in his home and did not give a single care that the racoons were pissing and shitting on PLAINTIFF'S ceiling. PLAINTIFF'S father had the drywall, tools, and knowledge to replace the ceiling at anytime for 6 years and he did not. The raccoons were in the ceiling for at least a year. American INTEL knew all of this and did nothing.

**50.** PLAINTIFF'S Father is so abusive that PLAINTIFF is terrified to stand up to him (lest his father attempts to murder PLAINTIFF again

by wrapping his hands around PLAINTIFF'S neck) and his emotional abuse borders on the bizarre that is incomprehensible in which PLAINTIFF attached a screenshot from his abusive tirades that doesn't even make sense. Tirades are fine, but not when they are abusive and done to manipulate and control a person. PLAINTIFF at no time threatened his father nor did he do it daily. PLAINTIFF'S father does not have recordings because PLAINTIFF never did those things which shows how much of a compulsive liar PLAINTIFF'S father is. Furthermore, he is trying to blame PLAINTIFF for his own credit card and financial incompetence.

**51.** The RICO Enterprise at issue has taken place over 15 years and PLAINTIFF is breaking down the RICO Enterprise in different sections that consist of the following with catchy titles: Section I: Narcoterrorism; Section II: Miki's Tea Party; Section III: Prada; Section III: Dishonor.

# SECTION I: Narcoterrorism. 2007-2011.

**52.** To quickly summarize PLAINTIFF'S time at Sewanee (the University of the South) and what led to the United States Government, British Government, Indian Government, and Qatari Government committing acts of domestic and international terrorism against

PLAINTIFF in 2011 that is fully explained in the *Chicago Cases* record is the following: an overzealous and maniacal FBI led by ANDREW MCCABE, PETER STRZOK, and ROBERT MUELLER and/or JEH JOHNSON and DoD viciously discriminated against an autistic orthodox christian who had so many damn opportunities to leave PLAINTIFF the fuck alone by taking constitutionally protected speech and twisting it to the point of falsely alleging PLAINTIFF was a terrorist, taking the snippets of gossipy rich white teenagers that blew things out of proportion who didn't see the totality of an incident and falsely labeled PLAINTIFF a pedophile, routinely enabling corrupt cops in Sewanee that deprived PLAINTIFF of his property and liberty interests without Due Process of law and in violation of numerous constitutional rights and Title VI occurred such as planting evidence & fabricating reports and evidence & taking the word of lying witnesses & ignoring all exculpatory evidence, falsely associating PLAINTIFF as a drug dealer based on family connections that PLAINTIFF took no part in, burned PLAINTIFF'S home down and murdered his beloved cat, and took advantage of the susceptibility and gullibility of an autistic man and exploited PLAINTIFF for their own purposes in which they forced PLAINTIFF to labor based on a condition that the State Department and the Indian Government agreed to (which was worth over $10 Billion USD and included a SpiceJET deal with BOEING as well as Apache Helicopter deal as well) that was aided and abetted by British and Qatari Government in which they trafficked PLAINTIFF and kidnapped PLAINTIFF for political purposes in a plan that PLAINTIFF calls *The Offing* thereby making it terrorism in which at a minimum JEH JOHNSON, JANET NAPOLITANO, ROBERT MUELLER, ERIC HOLDER, WILLIAM BURNS, HILLARY CLINTON,

ANDREW MCCABE, PETER STRZOK, SUSAN RICE, JOHN BRENNAN, all knew of and approved of.

**53.** PLAINTIFF will explain the basis of a *Sewanee Purple* he wrote that talked about "Anna" that is of importance. PLAINTIFF was falsely branded as a pedophile his freshman year at Sewanee that violated the Honor Code, constituted acts of obstruction of justice, denied PLAINTIFF from receiving benefits in school, and more in furtherance of the RICO Enterprise. With no friends and two overzealous American intelligence agencies and the US Military breathing down the neck of PLAINTIFF and scutizinng PLAINTIFF'S every action not realizing the damage they were doing to America as a whole in which they wanted to make being a human illegal where normal behavior would get falsely labeled as something else entirely, and PLAINTIFF desperately searching for love, PLAINTIFF needed a way to properly heal the searing deep and painful brand by showing the true nature of PLAINTIFF being a deeply caring and loving man. So PLAINTIFF wrote the Sewanee Purple Article—the "Anna" article--that had two parts: an introductory story and a lesson to be learned from the story. The story consisted of the following: PLAINTIFF--*as a child*-- rescued a girl his age as a child from her abusive father around ten or so years before he wrote the article and provided love and understanding. Nothing pedophilic about that. Simple enough, right? Wrong. This simple proposition turned into one of the worst nightmares of PLAINTIFF'S life. PLAINTIFF must say that the story in the *Anna Article* that PLAINTIFF wrote was PTSD Art for PLAINTIFF to overcome trauma in which the story was literally not true, but metaphorically and figuratively took major parts of PLAINTIFF'S trauma and reformulated it into a story that should have erased the brand on PLAINTIFF. PLAINTIFF recalls to the best of his ability that when he wrote the *Anna Article*, PLAINTIFF had clearly written and

conveyed a time transition from the story (that occurred ten years before the second part of the article) to the present moment that was the second part of the article. There were multiple times that the Main Editor of the *Sewanee Purple* at the time, PHILIP DEVEREUX-DEMETRIAD, and PLAINTIFF seriously disagreed with PHILIP DEVEREUX-DEMETRIAD's editing style such as it relating to PLAINTIFF'S article on offensive things or political correctness. So PLAINTIFF wrote the *Anna Article* with the clearly written time transition and submitted it to the Sewanee Purple staff and PHILIP DEVEREUX-DEMETRIAD. The paper got printed with PHILIP DEVEREUX-DEMETRIAD's revision of PLAINTIFF'S *Anna Article* that PLAINTIFF alleges that quite plausibly unknown officials in the CIA, FBI, or D.o.D tampered with and edited along side & with PHILIP DEVEREUX-DEMETRIAD to make PLAINTIFF out to be a pedophile in the article. PLAINTIFF, to the best of his recollection, either sent emails or talked to PHILIP DEVEREUX-DEMETRIAD in-person immediately after PLAINTIFF read the printed and edited version of the *Anna Article because the edits seriously and falsely projected PLAINTIFF to be a pedophile that was absolutely devasting to PLAINTIFF.* VERA POCHTAREV and NIKOLAY DOBRINOV received the unedited version, read it, and commented about the article via text messages or emails and what they said about the article was in stark contrast to what Sewanee's community understood the article to mean. Then unknown employees of the CIA, which includes, GINA HASPEL and MICHAEL MORELL, and unknown Indian Government and Indian Intel used the *Anna Article* and the *JAPLAN* email to maliciously frame PLAINTIFF and they sexually trafficked ANGIE ORTIZ in the Summer of 2015 in violation of: *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984); *United States v. Gardner*, 658 F. Supp. 1573 (W.D. Pa. 1987); *United States v. Leal*, 32 F.4th 888

(10th Cir. 2022), and in violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF.

**54.** Before the next incident and vital to know, it is clear that in 2008, DEFENDANTS were actively watching and monitoring PLAINTIFF via Title II of the USA PATRIOT ACT/FISA. SOME UNKNOWN DEFENDANTS in the CIA, FBI, and/or D.O.D. were out to get PLAINTIFF at this time for some of the mistakes DEFENDANTS committed and were utilizing former friends like GRIFFIN FRY and WES CRANE against PLAINTIFF as

informants in creating numerous situations, crimes, and obstructions of justice to get PLAINTIFF. Furthermore, this is extremely important in regards to some DEFENDANTS' actions with *City and County of San Francisco v. Sheehan,* 575 U.S. 600 (2015). Violating: *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984); *United States v. Gardner*, 658 F. Supp. 1573 (W.D. Pa. 1987); *United States v. Leal*, 32 F.4th 888 (10th Cir. 2022).

**55.** Unknown officers in the CIA, FBI, DoD, NSA, Mi5, Mi6, GCHQ, Indian Intel, GRU/FSB, MSS et al from at least January 1st, 2004 through the present have routinely mischaracterized and misdiagnosed PLAINTIFF on purpose in which they have been ruthless and savage in mischaracterizing PLAINTIFF'S behavior and conduct and misattributing the root cause of PLAINTIFF'S issues.

**56.** Unknown officers in the CIA, FBI, DoD, NSA, Mi5, Mi6, GCHQ, Indian Intel, GRU/FSB, MSS et al between August 2007 and May 2011 have violated 42 USC 1981 by retaliating against PLAINTIFF on the basis of PLAINTIFF'S speech in violation of 18 USC 1961 Section 1513 because PLAINTIFF has an extremely hard time distinguishing how he has not been treated differently but for the basis of his disability, nationality, race, and religion. Fiction writers, movie script writers, tv show writers, podcast writers, fbi profilers, teachers at FBI's academy, teachers at CIA'S Farm, D.o.D in talking and teaching about counter insurgents and guerrilla warfare, journalists (in which PLAINTIFF was a journalist) all have necessarily *discussed more*, *wrote more,* and *spent more resources on* certain topics at issue than PLAINTIFF ever has in his life, but yet, those individuals never faced an iota of amount of retaliation that PLAINTIFF has experienced over the years by the aforementioned DEFENDANTS. J.D Salinger wasn't retaliated anywhere near the same amount that PLAINTIFF was over the years because he wrote Catcher in the Rye in which Mark David

Chapman killed John Lennon because the book told him to do it. When unknown DEFENDANTS for years utilized PLAINTIFF'S ideas and made billions, PLAINTIFF has not seen a single dime of that or any kind of respect because PLAINTIFF is living in slave conditions and hasn't been given or offered a job that PLAINTIFF received a paycheck from on that.

**57.** PLAINTIFF admits the previous paragraph is a very gray area because you don't want to give open rein to allowing people to conspire without impunity but PLAINTIFF also says that Freedom of Speech matters.

**58.** The worst person PLAINTIFF could have met in his Freshman Year at Sewanee was WESLEY CRANE, who lived in Humphrey's dorm with PLAINTIFF. His impression of WES CRANE after knowing him for a couple of months in the 'friendship,' and now, was that WES CRANE is a sniveling little weasel that loved creating drama and manipulating people that could be charming when he wanted to be. WES CRANE started bullying PLAINTIFF and sharing information that PLAINTIFF had shared with him about GRIFFIN FRY, a different woman PLAINTIFF was interested in at that time. PLAINTIFF tried to separate himself from WES CRANE multiple times and PLAINTIFF couldn't because his friends were my 'friends' during the beginning and middle of freshman year at SEWANEE and since PLAINTIFF is autistic, PLAINTIFF doesn't quickly and rapidly make new friends. There were three incidents involving PLAINTIFF that relates to WES CRANE'S trespassing:

a. Incident I: This is: TRESPASSING INCIDENT #1. One time, PLAINTIFF, mostly an introvert autistic man, wanted to be left alone around the middle of Freshman year at SEWANEE. WES CRANE came into PLAINTIFF'S room and being the little sniveling little weasel that WES CRANE was at the time, WES CRANE tried to get PLAINTIFF to come out. PLAINTIFF said no, asked WES CRANE to leave his room, and WES CRANE then became a trespasser. This is an *HONOR CODE* violation. Instead of respecting anything PLAINTIFF wanted or said, WES CRANE just

kept staying in PLAINTIFF'S room. PLAINTIFF yet again told WES CRANE to get out of his room. WES CRANE did not do so. After multiple commands for WES CRANE to get out, WES CRANE kept ignoring PLAINTIFF; so, PLAINTIFF grabbed WES by the shirt and told him to get out. WES CRANE then swung at PLAINTIFF and missed. Now PLAINTIFF has a right to defend himself inside his room. PLAINTIFF immediately headbutted WES CRANE and then dragged WES CRANE'S ass out of PLAINTIFF'S room, closed the door, and locked it. PLAINTIFF didn't want to get SEWANEE PD involved because PLAINTIFF thought they had better things to do. This incident necessarily violated the *HONOR CODE* because it denied the use and enjoyment of my room in which there was no legitimate reason to be in the room, violated PLAINTIFF'S rights, and violated PLAINTIFF'S sense of well-being. Thereby, WES CRANE lost all property and liberty interests in attending SEWANEE from this moment on. Constitutional Violations: 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment. 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f).

b. This is: TRESPASSING INCIDENT #2. WES CRANE did not learn anything in Trespass Incident #1 in which PLAINTIFF would make numerous reasonable requests and then would resort to a physical measure only after PLAINTIFF *was physically instigated* by WES CRANE. Another day, WES CRANE was in PLAINTIFF'S room and WES CRANE had overstayed his welcome. PLAINTIFF told WES to leave as WES CRANE had overstayed his welcome and WES CRANE was pestering PLAINTIFF. Not wanting to have another physical altercation like in TRESPASS INCIDENT #1, PLAINTIFF decided the best course of action at this time was to leave his dormitory because WES CRANE was bothering PLAINTIFF. PLAINTIFF is trying so hard to avoid a physical confrontation from happening again so PLAINTIFF states that he is leaving. PLAINTIFF then starts to go outside and leaves his room, and, sniveling little weasels do what they do, WES CRANE ran around PLAINTIFF in the hallway and got in front of PLAINTIFF in order to block the egress to go outside. PLAINTIFF told WES CRANE to move (from the entrance/exitway) as he was blocking the egress. PLAINTIFF wanted to leave. WES CRANE didn't move after being told nicely once. PLAINTIFF then commanded WES CRANE to move and get out of the way two more times. WES CRANE did not move from the entry way. Technically this is kidnapping by WES CRANE as PLAINTIFF was not free to leave. If this took place anywhere in the city or in America, PLAINTIFF guarantees you the vast majority of people's response to the situation would have been the same as mine. But PLAINTIFF digresses. *So PLAINTIFF pushes WES CRANE enough so PLAINTIFF could step outside and out of the entrance/exit.* It really wasn't hard of a push; however, WES CRANE awkwardly falls backwards and lands on his arm/wrist, thereby breaking WES CRANE'S wrist/arm. Even when SCOTUS has ruled on a few times in Free Speech cases that people can't prevent block the egress whether that was in *Cox v. Louisiana*, 379 U.S. 536 (1965) or *Shuttlesworth v. City of Birmingham*, 382

U.S. 87 (1965) in which the Petitioner and a group of his friends were "standing near a street intersection on a Birmingham, Alabama, sidewalk which a policeman thrice requested them to clear for pedestrian passage. After the third request, all but petitioner, who had been questioning the policeman about his order, had begun to walk away, and the policeman arrested petitioner… In other decisions subsequent to petitioner's conviction, § 1142 was construed by the Alabama Court of Appeals as applicable only to standing, loitering or walking on a street or sidewalk so as to *obstruct free passage, and refusing to obey an officer's request to move on."190 So there is completely different treatment against PLAINTIFF because of this incident. This will be referenced in Star Chambers.*

c. WES CRANE and GRIFFIN FRY and DEFENDANTS, came up with a scheme to make PLAINTIFF look bad and get PLAINTIFF falsely prosecuted for their crimes. GRIFFIN FRY one day comes up to PLAINTIFF in Spring 2008 *and says she is need of some money* and has these one or two checks. PLAINTIFF says ok and PLAINTIFF doesn't know what he is supposed to do to help GRIFFIN FRY get money and it is not his responsibility because GRIFFIN FRY and PLAINTIFF were not in a dating relationship or anything like that. Then conveniently, WES CRANE tells PLAINTIFF how to 'kite' checks. At this time, PLAINTIFF was not a fraudster and had no idea how to scam banks via kiting. PLAINTIFF tells GRIFFIN the information WES CRANE told him. PLAINTIFF also relayed to GRIFFIN FRY how PLAINTIFF thought it wasn't right and that GRIFFIN FRY shouldn't do it; but PLAINTIFF was interested in her romantically and that evaded my better judgment when PLAINTIFF told her how to kite through using WES CRANE's words. Then something happens to GRIFFIN FRY and the checks (that PLAINTIFF wishes he could recall) and then PLAINTIFF gets blamed for it as though it is completely PLAINTIFF'S fault that it all went wrong and then PLAINTIFF is falsely labeled as a fraudster. It is likely GRIFFIN FRY and WES CRANE at this time were working on behalf of DEFENDANTS and conspired and concocted this scheme. This violated the *HONOR CODE* as it was dishonorable by DEFENDANTS. Violating: *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984); *United States v. Gardner*, 658 F. Supp. 1573 (W.D. Pa. 1987); *United States v. Leal*, 32 F.4th 888 (10th Cir. 2022).

d. To falsely establish a repeat pattern of offender behavior to obstruct justice (to prove my joke said at Big Brothers Big Sister was serious intent and not a joke), DEFENDANTS did the following with GRIFFIN FRY and WES CRANE. Shockingly, WES CRANE ties up and binds GRIFFIN FRY to a chair for *their reasons* that PLAINTIFF cannot recall now—PLAINTIFF watches this happen, but in ***no way*** does PLAINTIFF participate in these activities because binding up people by rope for fun deeply disturbs PLAINTIFF and is shocked at the whole incident. PLAINTIFF hates seeing people bound up in rope or restraining devices. The incident comes to an end and is later talked about in the *Law Enforcement Intervention* section below. Violating: *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984); *United States*

*v. Gardner*, 658 F. Supp. 1573 (W.D. Pa. 1987); *United States v. Leal*, 32 F.4th 888 (10th Cir. 2022). In *U.S. v. Jones*, 839 F.2d 1041(5th Cir. 1988), "The question, then, is whether Hagler can point to sufficient evidence at trial to show that the jury could have had a reasonable doubt concerning entrapment…Hagler's burden has two parts: he must point to evidence indicating (1) governmental inducement that might cause him to act criminally where he otherwise would not, and (2) his lack of intent, before contact by governmental agents, to commit the crime charged." The Government kept trying to induce PLAINTIFF to commit acts that he would have never committed.

e. How DEFENDANTS committed RICO predicate acts from this incident (Trespass Incident #3) is shocking. How it was misconstrued by DEFENDANTS afterwards legally shocks the conscience. After TRESPASS INCIDENT #1, TRESPASS INCIDENT #2, after the death of CAIU RODRIGUEZ (so this is about March or April 2008), and all of the other things that happened freshman year (some of which will be explained upon further), PLAINTIFF was in his bed by himself, super depressed, wanting to be left alone in his dorm room (room 106) at Humphrey's Dorm. Prior to WES CRANE knocking on the door, WES CRANE and SEWANEE PD/American Intel had conspired together to have WES CRANE come into PLAINTIFF'S room to instigate trouble and provoke more trouble. The outcome was reasonable as PLAINTIFF paid for the right to have his room undisturbed under the *HONOR CODE* and there were previous physical altercations in TRESPASS INCIDENT #1 and TRESPASS INCIDENT #2; this was done to provide a justification to deprive PLAINTIFF of his constitutional and liberty interests. PLAINTIFF alleges that American Intel had called SEWANEE PD prior to the incident because of the evidence that American Intel had fabricated with both the "Mick Sheedy" incident and in the *False Identification* event that occurred prior to this event was necessarily tainted and based on perjured testimony, was materially misleading, and blatantly unconstitutional. American Intel needed material proof that PLAINTIFF allegedly posed some type of threat, and they would introduce that as evidence to prosecute PLAINTIFF and coverup their previous actions by getting a conviction on a fraudulent basis. The best and most perfect evidence American Intel could obtain to prosecute PLAINTIFF on that basis would be if that evidence came from a different police department and a police officer that would be allegedly untainted in which the word of law enforcement officers are instantaneously trusted. Furthermore, American Intel and Sewanee PD needed to cover up what TKL did *in Big Brothers Big Sisters* in threatening to deprive PLAINTIFF of his constitutional and liberty interests. There are two demonstrable times that DEFENDANTS/SEWANEE PD unconstitutionally coerced PLAINTIFF into either being falsely identified as having perpetuated a crime (*False Identification*) or being coerced into confessing a crime in which PLAINTIFF is forced to sign a blank confession (*Big Brothers Big Sisters*). Furthermore, this is after MIDYEAR to the best of PLAINTIFF'S recollection and all of the issues that it brings. So, American

Intel needed new evidence against PLAINTIFF and intentionally took advantage of a man grieving the passing of his godchild who was severely depressed in the process taking advantage yet again of the harm they had wrecked upon PLAINTIFF and exploiting his disability. Sewanee PD, who after talking to DOJ/FBI/CIA/American INTEL, had called or contacted WES CRANE, who at this time, was a paid informant for SEWANEE PD and American Intel. Together, they concocted a scheme to fraudulently convey their intended and false and misleading narrative in having WES CRANE "be the friendly" who was concerned about PLAINTIFF and PLAINTIFF'S well being who then contacted SEWANEE PD who then contacted DOJ/American Intel about the false "threat" that PLAINTIFF posed because DEFENDANTS DOJ/FBI/CIA had lied to a court and had obstructed justice concerning PLAINTIFF before this incident concerning *Peachy Miami* (next section) and the *False Identification* event (upcoming section) in which DEFENDANTS needed to cover up their fraud by fabricating new additional evidence against PLAINTIFF. DEFENDANTS' mistake involved TITLE II of the USA PATRIOT ACT in which DEFENDANTS obtained court approval to surveil PLAINTIFF on fraudulent grounds (in which probably a DOJ lawyer lied to the court) and constitutional violations in *Peachy Miami* and the *False Identification* event in which PLAINTIFF would have had standing to sue and have it declared unconstitutional at this exact time. Probably because this involved PLAINTIFF'S sarcastic text message to RACHAEL SANDERS in *whoopsie* and omitted key facts about it. This was around late March or early April 2008. WES CRANE knocks at the door and says it is him at the door. PLAINTIFF wanted to be left alone and WES CRANE was the last motherfucking person PLAINTIFF wanted to see at that time. PLAINTIFF is alleging DEFENDANTS knew that PLAINTIFF'S god child had died, they knew issues involving WES CRANE and PLAINTIFF, knew that PLAINTIFF was grieving and depressed after all the crap they pulled over the years concerning PLAINTIFF as he had become a pariah (in a large part because of their actions) and PLAINTIFF is alleging that in 2008, it was that ascertainable that PLAINTIFF was autistic that American Intel knew about by having plugged in PLAINTIFF'S behavioral characteristics in their pre-crime analysis and intentionally manipulated PLAINTIFF yet again to get the outcome that American Intel/FBI/ANDREW MCCABE/PETER STRZOK wanted to try to obstruct justice and fabricate crimes to coverup their own misdeeds. PLAINTIFF would have rather had the Devil show up (well close enough) than have WES CRANE show up at his door that late day in March or April 2008. So, WES CRANE knocks on the door and says it is him. "More generally, private parties have been held liable for conspiring with public authorities to effectuate an arrest, see, *e.g.*, *Adickes v. S.H. Kress Co.*, 398 U.S. 144 (1970)." PLAINTIFF specifically does not answer nor acknowledge that he is there because PLAINTIFF intentionally does not welcome WES CRANE into the room (i.e. home) *as to avoid trouble* and let PLAINTIFF have some peace. Normally, when one goes to another's home, knocks on the front door, *and hears no reply,* it necessarily means one of two things: 1) the

individual(s) are not there or 2) that person is not welcome to come in at that moment—it means that they can't come into the home and there are no extenuating circumstances. DEFENDANTS know that WES CRANE had not gained the proper permission to enter into PLAINTIFF'S room from that exact moment on; and by having been so intertwined with all the events at SEWANEE, this is of the exact legal consequence of an FBI agent/CIA officer/law enforcement officer entering into a home without probable cause in which there were absolutely no exigent circumstances, PLAINTIFF wasn't a drug user so no actual smells of drugs would emit under PLAINTIFF'S door (except the neighbor on the right of PLAINTIFF was known to partake in drugs), PLAINTIFF did not scuffle around to destroy evidence or anything of the sort, no exigent circumstance. Period. Furthermore, this is supplemented by the facts that WES CRANE necessarily knew PLAINTIFF and WES CRANE were not on good terms at the time and PLAINTIFF especially despised WES CRANE barging into his room and had issues with WES CRANE being in PLAINTIFF'S room. There is not a single reason for WES CRANE to be in the room or enter the room like PLAINTIFF had to in *Confidential Papers* in which that would have allowed any random passerby to view detailed psychological research information about their own classmates. PLAINTIFF left the door unlocked since he was in the room and had normally left the door unlocked because of the *HONOR CODE* and would have welcomed nearly everyone else *except for WES CRANE and Law Enforcement*. WES CRANE barges in the room. As previously stated, WES CRANE was the last person PLAINTIFF wanted to see to cheer up PLAINTIFF after WES CRANE'S numerous betrayals through the year and predicate RICO acts. PLAINTIFF is completely unarmed sitting on his bed with no weapons in sight. PLAINTIFF kindly asks WES CRANE to immediately leave. WES CRANE refuses and gives some spiel about trying to help PLAINTIFF in which PLAINTIFF necessarily knew this gesture was completely fraudulent and completely insincere regardless of PLAINTIFF not knowing the actual purpose behind it. WES CRANE never apologized for Trespass Incident #1 and Trespass Incident #2. WES CRANE never did anything to PLAINTIFF'S knowledge to help him socially after his betrayals. PLAINTIFF is now in a state of anger rumination. PLAINTIFF becomes even more irritated over the complete fraudulent nature and intention of WES CRANE because of the overall level of manipulativeness and insincerity of WES CRANE exhibited through the months at Sewanee in which a major contributing factor to PLAINTIFF'S downfall was necessarily caused by WES CRANE betraying PLAINTIFF'S confidence and trust; and for that weasel to come in PLAINTIFF'S home and continue to take advantage of PLAINTIFF'S kindness and heart for malicious and fraudulent purposes and ulterior motives, that was completely unacceptable to PLAINTIFF (let alone any reasonable person). That violated the *HONOR CODE*. This is a complete provocation by Sewanee PD and American Intel. Even in light of these facts, PLAINTIFF wanting to avoid all physical confrontation and not have a repeat of TRESPASS INCIDENT #1 & TRESPASS INCIDENT #2, grabs WES

CRANE by the shirt with both hands and escorts and guides WES CRANE out of the room after being told to leave multiple times by PLAINTIFF in which WES CRANE refuses. PLAINTIFF, during the entire encounter--and to the best of his recollection-- never told WES CRANE anything that would indicate that PLAINTIFF would harm himself, harm WES CRANE, or harm fellow SEWANEE students. Here is the thing, even if we grant the fallacious argument that PLAINTIFF was armed with a knife (as will be alleged later) on his actual person, WES CRANE would have necessarily seen either: 1) PLAINTIFF discard a knife on his bed in getting up off the bed in order for both of PLAINTIFF'S hands to be free to grab WES CRANE and escort WES CRANE out of the room or 2) PLAINTIFF was armed with a large knife and then grabbed WES CRANE by the shirt with both hands with the knife in hand and somehow managed to guide WES CRANE with both hands with a large knife in one of his hand (which would have been awkward for PLAINTIFF) that WES CRANE would have necessarily seen the knife. But WES CRANE never saw a knife because PLAINTIFF did not have a knife in his possession at any time of the day. PLAINTIFF is kind of happy that WES CRANE is gone at this moment since PLAINTIFF *avoided the physical severity* of TRESPASS INCIDENTS #1 & #2 and thinks this is finally over. It only just begun. So, PLAINTIFF closes the door and gets seconds of peace. Then a knock at the door is heard. American Intel/Sewanee PD officer enters the room and does a well-being check. Here is the thing, suppose PLAINTIFF truly threatened WES CRANE when WES CRANE was in the room--and that it wasn't a sting operation against PLAINTIFF— and WES CRANE falsely told the officer that PLAINTIFF threatened WES CRANE, Sewanee PD when presenting themselves at PLAINTIFF'S door would not have said it was a well-being check. An allegation of an assault and a well-being check are two entirely completely different things. Sure, there are times where they can necessarily intersect, but the probable cause would have been an assault and not a well- being check. Just because PLAINTIFF may have granted Sewanee PD officer entrance to do a well being check does not make the rest of the encounter untainted and constitutionally permissible. *See*: *Fahy v. Connecticut,* 375 U.S. 85 (1963) Allegations are later made that PLAINTIFF was wearing the same clothes all the time and didn't shower; but if you check PLAINTIFF'S class attendance at the time, PLAINTIFF was going to class at the time in which he would have taken a shower to be presentable in class. What the issue was is that PLAINTIFF likes to only wear a certain type of clothes (because he is autistic) and *people became accustomed* to his style because it was *repetitive*. PLAINTIFF allows the Sewanee PD officer in for the well-being check only and has only his consent on that issue. As PLAINTIFF is alleging, since it was part of a fraudulent scheme, the one act of granting an officer to enter his room for a wellbeing check does not eliminate the taint of the fraud that was being perpetuated against PLAINTIFF. HOWEVER, it is what happened afterwards that PLAINTIFF has issues with. PLAINTIFF alleges American Intel gave the Sewanee PD the form to induce PLAINTIFF to fill out the form in a particular way to conform

to the nature of the fraudulent scheme. The Sewanee PD officer asks the standard questions and PLAINTIFF informs him of the truth that PLAINTIFF has absolutely no intention on harming anyone and has absolutely no intention on harming himself. The DEFENDANT/OFFICER asks if PLAINTIFF has any weapons on his possession or in the room and PLAINTIFF tells him ***NO*** all the while the DEFENDANT/OFFICER is looking at and pointing to roommate TED ROBINSON'S custom and large envelope opener that looked like a dagger on roommate TED ROBINSON'S desk that is about 5 or 6 inches big. PLAINTIFF is alleging, just in case, that TED ROBINSON was part of this fraudulent scheme in which American Intel/Sewanee PD gave TED ROBINSON the custom and large envelope opener dagger as to induce one to believe that there was always a weapon in the room that was prominently displayed on TED ROBINSON'S desk. PLAINTIFF denies it is his and then the Sewanee PD officer becomes belligerent and accuses PLAINTIFF of possessing that "weapon." Not only does PLAINTIFF tell the Sewanee PD officer again that the envelope opener is not PLAINTIFF'S, PLAINTIFF also then even informs the Sewanee PD officer that he will not use it on anyone or himself anyway. PLAINTIFF then kindly asks the OFFICER to leave as DEFENDANT/OFFICER no longer has probable cause to be in the room after conducting a well-being check in which he received PLAINTIFF'S truthful word that no harm will befall upon anyone or himself in conducting himself and conforming himself under the *HONOR CODE* as that governed the relationship between Sewanee PD and PLAINTIFF. So, the Sewanee PD officer leaves the room and PLAINTIFF "retreated" into his room and no longer wanted additional governmental intrusion after PLAINTIFF established probable cause to prove that PLAINTIFF did not pose a threat to himself or others. This was constitutional as "the right of a man to retreat into his own home and there be free from unreasonable governmental intrusion stands at the very core of the Fourth Amendment," *Silverman* v. *United States,* 365 U. S. 505 (1961). At this exact moment, that should have been the end of the encounter. But it wasn't. If the Sewanee PD officer had worn a body camera, this would have been proven to be true beyond a reasonable doubt. Sewanee PD officer leaves, but because he doesn't have any new fabricated evidence needed to be utilized against PLAINTIFF after their initial encounter or as part of American Intel and Sewanee PD's fraudulent scheme, then comes back with paperwork within a matter of minutes to be used against PLAINTIFF. PLAINTIFF recalls that Sewanee PD officer asks if he was on any psychiatric medication and the Sewanee PD officer asks *how disabled PLAINTIFF was at the time._XX XX XX*

**59.** LEON PANETTA was the head of the CIA from about February 2009 through April 17th, 2011. LEON PANETTA earned his Juris Doctorate from Santa Clara and was also a professor at Santa Clara. LEON PANETTA was most definitely a Clinton friend in which he

was BILL CLINTON'S WHITE HOUSE CHIEF OF STAFF. 1994-1997. Professor at Santa Clara University. LEON PANETTA was confirmed by the Senate in February 2009 through April 17th, 2011. On April 28, 2011 (**on PLAINTIFF'S birthday) (this will be the first of many shenanigans DEFENDANTS do against PLAINTIFF on his birthday)**, Obama announced the nomination of Panetta as defense secretary to replace the retiring Robert Gates. LEON PANETTA according to NIGEL HAMILTON, was the enforcer for BILL CLINTON. LEON PANETTA attended Santa Clara. Panetta was appointed White House Chief of Staff on July 17, 1994, and he held that position until January 20, 1997. On June 21, 2011, the Senate confirmed Panetta in an unusual 100–0 vote. Congress unanimously against PLAINTIFF. He was inaugurated on July 1, 2011. Leon Panetta was a speaker on Day 3 of the 2016 Democratic National Convention in which Hillary Clinton was nominated to run as the Democratic candidate in the presidential election that year. He lives on his family's 12-acre (4.9 ha) walnut farm in Carmel Valley, California.

**60.** This is one of the most important paragraphs. PLAINTIFF around his sophomore or junior year at Sewanee, was an intern at Dr. XAVIER PARRENO'S office in Waukeegan, IL. PLAINTIFF regularly wrote reports (homework assignments) on behalf of Dr. Parreno in which he was teaching PLAINTIFF medicine. PLAINTIFF'S homework assignments included things like fungus growth in hair, osteogenesis imperfecta in which one of his patients had it, and PLAINTIFF was allowed to be in the room when Papsmears were done. Because PLAINTIFF was in the room for at least two papsmears, Dr. XAVIER PARRENO assigned the homework assignment of learning how a woman's vagina changes as she matures and the changes that occur over time; this included hair growth around a woman's vagina. PLAINTIFF sent an email over the wires in which PLAINTIFF necessarily had to

talk about pubescent and post-pubescent woman's vagina hair growth. PLAINTIFF recalls to the best of his ability that one of the stages of a woman's vagina hair growth during her pubescent years is called the Angel stage or something like that. DEFENDANTS have that email in their possession for sure. PETER STRZOK confirmed that this email was at issue in his book: "the biggest obstacle was our inability to prove intent at a level consistent with previous cases in which DOJ had brought criminal charges. In each case in which classified information appeared in Clinton's email, it **was in the context of people doing their job**—it wasn't being sent to someone who should have had it, like a reporter or a foreign intelligence officer." PLAINTIFF was doing his job at Dr. XAVIER PARRENO in which it was confidential because of HIPPA. The email and homework assignment PLAINTIFF is calling the *JAPLAN* email that served as a factual nexus and piece of evidence to be materially misleading in *An Anchor and a Pitchfork*. The *JAPLAN email* was written in the following conditions: completely outside the confines of Sewanee, necessarily not being connected to any event that occurred in Sewanee, being protected by privilege (that wasn't made or done in regard to any legal proceeding at the time), and the *JAPLAN email* referred to a very specific stage in development.

**61.** Continuing the previous paragraph: What PLAINTIFF alleges that unknown officers in GRU/FSB, MSS, FBI, CIA, INDIAN INTEL, IRANIAN INTEL, and/or DoD maliciously misconstrued and manipulated the content of such because the aforementioned knew of the extreme value of how intentionally and materially misleading it could be if a very select portion out of the totality of the email (PLAINTIFF would say 5 words, one of which could also be a name) was utilized as evidentiary proof to maliciously and wantonly try to prosecute PLAINTIFF and charge him for a crime he did not commit to absolve themselves

of the prior acts DEFENDANTS committed against PLAINTIFF with a teen-aged girl named Angel. **The name: Angel.** Without the *JAPLAN email and a violation of 18 USC 1961 Section 1029*, *An Anchor and a Pitchfork* could not have happened. PLAINTIFF alleges that DEFENDANTS in violating, 18 U.S.C. §1962(d), 18 U.S.C §241, 42 U.S.C. §1985(2), 42 U.S.C.§1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1512, 18 U.S.C. §1961 section 1513, 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C §2234 - Authority exceeded in executing warrant, 18 U.S. Code §2235 - Search warrant procured maliciously, and/or 18 U.S.C § 2236 - Searches without warrant obtained the *JAPLAN* email. PLAINTIFF will incorporate the minimum amount of damage deriving from the JAPLAN email in *Miki's Tea Party* or *An Anchor and a Pitchfork* because it was the necessary and requisite materially misleading evidence DEFENDANTS all could have ever hoped for in their torture and vendetta against PLAINTIFF and was used maliciously against PLAINTIFF in SUMMER 2015 that was shared across the wires.

**62.** Furthermore in regards to the *JAPLAN Email*, that specific email was part of the HILLARY CLINTON'S email scandal that rocked her tenure during her time as the head of the State Department, which gives another reason why she would want to retaliate against PLAINTIFF on the basis of that email.

**63.** One of the most actors that perpetuated the RICO Enterprise against PLAINTIFF and/or was a key accessory that aided and abetted the RICO Enterprise against PLAINTIFF was SUSAN RICE from September 2009 through the time of filing this lawsuit in which she materially

benefitted from the RICO Enterprise against PLAINTIFF by having received paychecks and not helping PLAINTIFF and her conduct during her time in the OBAMA WHITE HOUSE, TRUMP WHITE HOUSE, and BIDEN WHITE HOUSE amounts to violations of: 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973.

**64.** ROBERT MUELLER, during his time at the FBI and afterwards as Special Counsel, at reoccurring episodes as documented in this Complaint from at least 2009 through 2024,

knowingly and willingly aided and abetted the RICO Enterprise against PLAINTIFF in which his conduct amounts to violations of:18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF.

**65.** GINA HASPEL, during her time at the CIA, at reoccurring episodes as documented in this Complaint from at least 2009 through 2024, knowingly and willingly aided and abetted the

RICO Enterprise against PLAINTIFF in which her conduct amounts to violations of: amounts to violations of: 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF. During the aforementioned time period, she materially benefitted from the RICO Enterprise against PLAINTIFF in which she: 1) is still receiving retirement benefits, 2) regularly received paychecks and benefits at work, due in

part, for perpetuating the RICO Enterprise against PLAINTIFF whether as a principal actor or aiding and abetting the RICO Enterprise, and/or 3) received promotions at work, due in part, to being a principal actor or having aided and abetted the RICO Enterprise against PLAINTIFF.

**66.** ANDREW MCCABE, during his time at the FBI, at reoccurring episodes as documented in this Complaint from at least 2009 through 2024, knowingly and willingly aided and abetted the RICO Enterprise against PLAINTIFF, knowingly allowing Co-DEFENDANTS to commit acts of torture, war crimes, and RICO violations, and for failing to put an end to the RICO Enterprise against PLAINTIFF in which his conduct amounted to violations of one, a combination of, or all of the following: 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the

sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF. During the aforementioned time period, he materially benefitted from the RICO Enterprise against PLAINTIFF in which he: 1) is still receiving retirement benefits, 2) regularly received paychecks and benefits at work, due in part, for perpetuating the RICO Enterprise against PLAINTIFF whether as a principal actor or aiding and abetting the RICO Enterprise, and/or 3) received promotions at work, due in part, to being a principal actor or having aided and abetted the RICO Enterprise against PLAINTIFF.

**67.** MICHAEL MORELL, during his time at the CIA, at reoccurring episodes as documented in this Complaint from at least 2009 through 2024, knowingly and willingly aided and abetted the RICO Enterprise against PLAINTIFF, knowingly allowing Co-DEFENDANTS to commit acts of torture, war crimes, and RICO violations, and for failing to put an end to the RICO Enterprise against PLAINTIFF in which his conduct amounts to violations of: 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512

(relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF. During the aforementioned time period, he materially benefitted from the RICO Enterprise against PLAINTIFF in which he: 1) is still receiving retirement benefits, 2) regularly received paychecks and benefits at work, due in part, for perpetuating the RICO Enterprise against PLAINTIFF whether as a principal actor or aiding and abetting the RICO Enterprise, and/or 3) received promotions at work, due in part, to being a principal actor or having aided and abetted the RICO Enterprise against PLAINTIFF.

**68.** Admiral MICHAEL ROGERS, during his time in the NAVY, NSA, and as the director of U.S. Cyber Command, at reoccurring episodes as documented in this Complaint from at least 2009 through 2024, knowingly and willingly aided and abetted the RICO Enterprise against PLAINTIFF, knowingly allowing Co-DEFENDANTS to commit acts of torture, war crimes,

and RICO violations, and for failing to put an end to the RICO Enterprise against PLAINTIFF in which his conduct amounts to violations of: 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF. During the aforementioned time period, he materially benefitted from the RICO Enterprise against PLAINTIFF in which he: 1) is still receiving retirement benefits, 2) regularly received paychecks and benefits at work,

due in part, for perpetuating the RICO Enterprise against PLAINTIFF whether as a principal actor or aiding and abetting the RICO Enterprise, and/or 3) received promotions at work, due in part, to being a principal actor or having aided and abetted the RICO Enterprise against PLAINTIFF.

**69.** Admiral MICHAEL ROGERS, during his time in the NAVY, NSA, and as the director of U.S. Cyber Command, at reoccurring episodes as documented in this Complaint from at least 2009 through 2024, knowingly and willingly aided and abetted the RICO Enterprise against PLAINTIFF, knowingly allowing Co-DEFENDANTS to commit acts of torture, war crimes, and RICO violations, and for failing to put an end to the RICO Enterprise against PLAINTIFF in which his conduct amounts to violations of: 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and

abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF. During the aforementioned time period, he materially benefitted from the RICO Enterprise against PLAINTIFF in which he: 1) is still receiving retirement benefits, 2) regularly received paychecks and benefits at work, due in part, for perpetuating the RICO Enterprise against PLAINTIFF whether as a principal actor or aiding and abetting the RICO Enterprise, and/or 3) received promotions at work, due in part, to being a principal actor or having aided and abetted the RICO Enterprise against PLAINTIFF.

**70.** Admiral MICHAEL HAYDEN, during his time in the AIR FORCE, NSA, DNI, and CIA, at reoccurring episodes as documented in this Complaint from at least 2009 through 2024, knowingly and willingly aided and abetted the RICO Enterprise against PLAINTIFF, knowingly allowing Co-DEFENDANTS to commit acts of torture, war crimes, and RICO violations, and for failing to put an end to the RICO Enterprise against PLAINTIFF in which his conduct amounts to violations of: 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or

local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF. During the aforementioned time period, he materially benefitted from the RICO Enterprise against PLAINTIFF in which he: 1) is still receiving retirement benefits, 2) regularly received paychecks and benefits at work, due in part, for perpetuating the RICO Enterprise against PLAINTIFF whether as a principal actor or aiding and abetting the RICO Enterprise, and/or 3) received promotions at work, due in part, to being a principal actor or having aided and abetted the RICO Enterprise against PLAINTIFF.

**71.** LEON PANETTA, during his time at D.O.D and CIA, during his time in the AIR FORCE, NSA, DNI, and CIA, at reoccurring episodes as documented in this Complaint from at least 2009 through 2024, knowingly and willingly aided and abetted the RICO Enterprise against

PLAINTIFF, knowingly allowing Co-DEFENDANTS to commit acts of torture, war crimes, and RICO violations, and for failing to put an end to the RICO Enterprise against PLAINTIFF in which his conduct amounts to violations of: 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF. During the aforementioned time period, he materially benefitted from the RICO Enterprise against PLAINTIFF in which he:

1) is still receiving retirement benefits, 2) regularly received paychecks and benefits at work, due in part, for perpetuating the RICO Enterprise against PLAINTIFF whether as a principal actor or aiding and abetting the RICO Enterprise, and/or 3) received promotions at work, due in part, to being a principal actor or having aided and abetted the RICO Enterprise against PLAINTIFF.

**72.** THAO BUI, during her time AIR FORCE (and/or CIA?), at reoccurring episodes as documented in this Complaint from at least 2009 through 2024, knowingly and willingly aided and abetted the RICO Enterprise against PLAINTIFF, knowingly allowing Co-DEFENDANTS to commit acts of torture, war crimes, and RICO violations, and for failing to put an end to the RICO Enterprise against PLAINTIFF in which his conduct amounts to violations of: 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of

interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF. During the aforementioned time period, he materially benefitted from the RICO Enterprise against PLAINTIFF in which she: 1) is still receiving retirement benefits, 2) regularly received paychecks and benefits at work, due in part, for perpetuating the RICO Enterprise against PLAINTIFF whether as a principal actor or aiding and abetting the RICO Enterprise, and/or 3) received promotions at work, due in part, to being a principal actor or having aided and abetted the RICO Enterprise against PLAINTIFF.

# FALL 2009

**73.** "The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985). "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)" 18 U.S. Code § 2234 - Authority exceeded in

executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.

**74.** Next, PLAINTIFF'S *grandparents* on his mother's side paid for PLAINTIFF'S tuition in his Freshman and Sophomore year at SEWANEE via accounts made at 5/3rd Bank in which *grandparents* were construction home builders. PLAINTIFF understood that PLAINTIFF'S grandparents were not spies nor part of the cartel at any part of their life and throughout the entirety of PLAINTIFF'S life.

**75.** The month of November 2009 was one of the most traumatic months in PLAINTIFF'S life. PLAINTIFF'S parents were in a deep financial crisis and had declared bankruptcy around this time when PLAINTIFF was in SEWANEE. PLAINTIFF didn't have the credit score necessary to get private student loans. US Government financial aid would not have been given due to PLAINTIFF'S parents' income situation at the time.

**76.** PLAINTIFF received a notice from school around the beginning of November 2009 that PLAINTIFF was two weeks away from being kicked out of SEWANEE due to non-payment of tuition. PLAINTIFF'S father's grandparents could not afford to help PLAINTIFF.

**77.** The only people in PLAINTIFF'S life in November 2009 that PLAINTIFF knew about at the time who could have plausibly helped PLAINTIFF continue his education at that time were PLAINTIFF's mother's parents (hereon: *grandparents*).

**78.** In Fall/November 2009, PLAINTIFF was in a desperate and dire financial situation. PLAINTIFF went to Serbia to beg for money. PLAINTIFF maxed out one of his JP Morgan Chase credit cards by purchasing tickets to Belgrade on Lufthansa in a last desperate hope to continue his education at Sewanee in which PLAINTIFF'S other Chase credit card was

maxed out or near being maxed out in order to go to Serbia. PLAINTIFF took two days off from his class schedule to go to Serbia in November 2009.

**79.** PLAINTIFF drove in his Chevy Pickup Truck from SEWANEE to ***ATLANTA*** *(same state GRIFFIN FRY is from and giving FBI Atlanta more unconstitutional jurisdiction over PLAINTIFF)*. PLAINTIFF boarded a Lufthansa flight to Germany on an Airbus A330 around November 15th, 2009, and then continued on to Serbia, and visited his *grandparents*. In Serbia, and this is to the best of PLAINTIFF'S recollection in a chronological order, PLAINTIFF described to his *grandparents* the dire financial situation he found himself in. PLAINTIFF'S *grandparents* didn't believe the financial situation PLAINTIFF was in because they thought PLAINTIFF's parents were doing so well financially at that time and that PLAINTIFF'S parents had the money to pay for PLAINTIFF's tuition. PLAINTIFF'S *grandparents* then berated PLAINTIFF and said PLAINTIFF could have earned the $36,000 needed for tuition (not possible because PLAINTIFF was forced to work by his parents, and they kept the money and PLAINTIFF was disabled) and other expenses needed at the time. PLAINTIFF showed his *grandparents* the bill SEWANEE sent PLAINTIFF. After talking to PLAINTIFF'S *grandparents* further, PLAINTIFF'S *grandparents finally and reluctantly* agreed to cover his tuition and give a little extra on the side for that year. Either PLAINTIFF'S grandfather went through his house at the time and attained the $36,000+ in cash or did so the next day.

**80.** Either way, on the same night that PLAINTIFF begged his grandparents for money, the following incident took place: PLAINTIFF was laying down in bed, PLAINTIFF'S grandma came to his room. PLAINTIFF'S grandma came in her silky yellow/beige night gown and made it a point to be known how much she was sacrificing for PLAINTIFF. PLAINTIFF'S

grandma told PLAINTIFF to stand up and get out of bed, so PLAINTIFF did. PLAINTIFF's grandma then lifted her night gown, exposing her completely naked body underneath. PLAINTIFF stood there, shocked, as PLAINTIFF saw her hideously scarred body and what appeared to be a 'S' shaped scar that went from her right shoulder, through the middle of her breasts, and ended down her lower stomach area in which she received those scars after multiple recent surgeries. PLAINTIFF's grandmother died the following Spring in 2010. That is precisely the last memory PLAINTIFF has of his grandmother while she was still alive--PLAINTIFF begging for money to continue his education and that sight forever shockingly burned into his mind for life.

**81.** The next day, PLAINTIFF'S grandfather and PLAINTIFF went to a bank (quite possibly: ALFABANK) in which the following happened. PLAINTIFF recalls being at the bank in Serbia where the wire transfer took place (FBI can look up the bank name for PLAINTIFF) between the bank and Sewanee. The employee at the bank that handled wire transfers told PLAINTIFF the following: "I can only transfer around $26,200 or so." This arbitrary number struck PLAINTIFF as odd and PLAINTIFF asked the bank employee why couldn't she transfer the remaining amount that would pay the remaining balance on PLAINTIFF'S Sewanee bill (in which PLAINTIFF brought his bill from Sewanee to the bank because that had the wire transfer numbers on it). The bank employee told PLAINTIFF it couldn't be done and gave no reason why. What PLAINTIFF only wanted to bring back and have on his person was the remaining amount his grandparents decided to leave PLAINTIFF so PLAINTIFF could make payments on his credit card and have general spending money. PLAINTIFF now recognizes the possibility that unknown DEFENDANTS forced

PLAINTIFF to be an alleged cash mule because they kept wanting to frame PLAINTIFF. PLAINTIFF left the bank with more than $10,000 in cash to be carried with him.

**82.** Absolutely traumatized from the ordeal, PLAINTIFF had to go back to SEWANEE and fly back with Lufthansa in which PLAINTIFF holds on for dear life not to completely break down and have an autistic episode in the plane or anywhere on the way back. PLAINTIFF very reluctantly and tried to completely avoid the situation, PLAINTIFF had to transport more than $10,000 in cash on his person from Serbia to the United States only for his education purposes and additional school expenditures. Congresses' poorly thought-out law in the guise of "financial terrorism" and protecting the country where DEFENDANTS really want is just money and control regardless of intent, facts, legality, and purposes of having that much cash on you. IRS/DEFENDANTS demand 40% of $10,000 or more of that cash if one travels from *overseas* and then enters the United States with it and they require you to report it. This is an unconstitutional taking. This law was made under the guise of *FINANCIAL TERRORISM* and would subject PLAINTIFF unjustly to the USA PATRIOT ACT. So if PLAINTIFF followed the law, PLAINTIFF would have had to forfeit over $4,000+ and be left with $6,000+ or so? Correct. This was not enough to cover PLAINTIFF'S remaining amount of tuition, let alone other additional expenses in which PLAINTIFF was in need of at the time of clothing, food, and had maxed out CHASE credit cards in which PLAINTIFF wanted to continue to make payments on those credit cards and did make payments on them, etc. PLAINTIFF couldn't get private loans because PLAINTIFF had poor credit rating after PLAINTIFF's parent's business went under in 2007/2008 and were in bankruptcy. *Grandparents* couldn't give PLAINTIFF any more than what they gave. PLAINTIFF was not going to sell drugs, then, or at any time afterwards, or

do anything illegal to cover tuition or to use any proceeds from selling drugs at any time in his life to cover tuition. PLAINTIFF did what he had to do then and PLAINTIFF *continued his education*. PLAINTIFF did what he had to do to survive and there was no hostility against the United States in PLAINTIFF continuing PLAINTIFF'S education. This episode was used against PLAINTIFF in furthering the RICO Enterprise against PLAINTIFF. PLAINTIFF'S flight goes from Belgrade to Frankfurt (thereby giving DEFENDANT BUNDESNACHRICHTENDIENST in-personam- jurisdiction and thereby making BUNDESNACHRICHTENDIENST a party from the time of this incident who participated/aided in abetted the RICO Enterprise) once PLAINTIFF steps foot into Frankfurt Airport and then on to ATLANTA in which DEFENDANT'S FBI's ATLANTA FIELD OFFICE then gets jurisdiction for anything that arises once PLAINTIFF steps foot into ATLANTA. BUNDESNACHRICHTENDIENST shared information about PLAINTIFF amongst DEFENDANTS from this point forward thereby making them a party. *See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* within the meaning of RICO where defendant provided information he knew would enable inquirer to *commit murder or other RICO violations).*

**83.** See the thing is that PLAINTIFF was always deceived and lied to and manipulated by PLAINTIFF'S parents throughout the years from at least 2002 through now did things that benefitted them at the complete legal and financial expense of PLAINTIFF for years upon years in which PLAINTIFF'S rights did not matter to them in which PLAINTIFF was expendable to them.

**84.** PLAINTIFF truly wonders if it was his parents who framed PLAINTIFF with drugs his Freshman year at Sewanee, placed drugs in PLAINTIFF'S room his junior year at Sewanee, routinely utilized PLAINTIFF'S bullshit to enrich themselves or whomever they were beholden to while PLAINTIFF got nothing but abuse and disrespect through the years. It would make sense because it would allow PLAINTIFF'S parents to make a fall guy and throw him to the FBI to get any and all suspicions off of them.

**85.** That previous paragraph being said, PLAINTIFF still thinks the vast majority of the issues came from PETER STRZOK, ANDREW MCCABE, JOHN BRENNAN, et al because the FBI nor CIA ever reached out in a friendly manner to PLAINTIFF. EVER.

**86.** PLAINTIFF was never and is not a drug lord. How can PLAINTIFF be a drug lord if he is a complete slave and doesn't even know which cartel he is falsely associated with?

**87.** PLAINTIFF just asks the FBI and CIA if they are capable of giving PLAINTIFF any exculpatory evidence and anything PLAINTIFF did good while he was at Sewanee.

**88.** PLAINTIFF fully describes *the Offing*, the exact nature of the financial fraud committed against PLAINTIFF meeting Fed. R. Civ. P Rule 9b motion, & the RICO Enterprise and key Qatari, British, Indian, and American actors in *the Offing* in the *Chicago Cases* in *Attachment A* in the Section Entitled: *Miki's Tea Party*.

**89.** On May 10th, 2010, President BARACK OBAMA nominates ELENA KAGAN to the Supreme Court. May 17th, 2010 was the last day ELENA KAGAN served as DOJ'S Solicitor General. Confirmations hearings were had concerning ELENA KAGAN's nomination to the Supreme Court on June 28th, 2010 and on August 5th, 2010 she was confirmed to SCOTUS. During ELENA KAGAN'S 15 months as Solicitor General, ELENA KAGAN only argued six cases. 4 cases that SCOTUS ruled with her on were (two of which

most definitely concerned PLAINTIFF: *Buono* and *Holder*): *Salazar v. Buono*, 559 U.S. 700 (2010), *Holder v. Humanitarian Law Project*, 561 U.S. 1 (2010), *United States v. Comstock* 560 U.S. 126 (2010), and *Free Enterprise Fund v. Public Company Accounting Oversight Board*, 561 U.S. 477 (2010).

**Senior Year. Sewanee.**

**90.** On or about May 14th, 2010, PLAINTIFF goes to California with PLAINTIFF'S parents to attend PLAINTIFF'S brother's graduation from Pomona College. Ironically, LYNN FORESTER de ROTHSCHILD graduated from Pomona College as well. Of particular importance is the fact DHS' very own JANET NAPOLITANO is giving the speech. While attending the graduation, a neighbor and a family friend, Dr. CHRIS STEPHENSON calls PLAINTIFF in the middle of dinner at an Italian restaurant and informs PLAINTIFF that PLAINTIFF'S home is currently burning down to the ground. PLAINTIFF in no way causes, aids or abets, contributes, starts, etc the fire that burned down the home at 38600 N. Arbor Ct., Wadsworth, IL. 60083 on May 14th, 2010. PLAINTIFF suspects PLAINTIFF'S parents, unknown officers or contractors of the CIA or DoD, or unknown foreign intelligence and cartel did it. PLAINTIFF had told his parents repeatedly during the numerous times PLAINTIFF went home on break from SEWANEE between 2008-2010 and had arguments about the financial situation with his parents during those visits--that it would be perfectly okay to let the bank take the house (as the house was in foreclosure) and for the family to move on from the house. PLAINTIFF believes that unknown officials in the American Intelligence Community or MSS wanted to frame PLAINTIFF for burning down the home in which they intentionally murdered PLAINTIFF'S cat, Sparky.[8] PETER STRZOK and

[8] There was an once an incident from PLAINTIFF'S childhood when PLAINTIFF'S beloved, around 25lb cat (giant cat) Sparky attacked PLAINTIFF in which PLAINTIFF did not instigate it and PLAINTIFF was bleeding from his

ANDREW MCCABE necessarily knew this through their unconstitutional searches and had intentionally ignored the exculpatory evidence PLAINTIFF routinely told his parents at the time. PLAINTIFF'S cat Sparky is killed in the fire. PLAINTIFF thought, and still thinks to this very day, that PLAINTIFF'S cat Sparky is worth more than the value of the insurance settlement derived from the house burning down.

**91.** The important thing to note from the home burning down in May 2010 is the following: It is a **Seven- Alarm** Fire, although it at times was reported as a Six-Alarm Fire, which is one of the highest and rarest responses fire departments can give to a fire. Local News notes this extreme rarity as well.216 It becomes a federal issue as firefighters from Wisconsin cross over state lines and into Illinois to battle the blaze. But most importantly and relevantly, ABC7 News of SAN FRANCISCO reports that explosions were reported in the fire.[9] What makes no sense is why ABC7 NEWS of San Francisco would report this—PLAINTIFF had


abc7news.com/archive/7443519/

Explosions reported in Wadsworth house fire

By ABC7

Saturday, May 15, 2010

May 15, 2010 (WADSWORTH, IL)

Explosions were reported at the scene Friday night on North Arbor Court, and the house was engulfed in flames.

Emergency crews from several surrounding suburbs including Wisconsin helped put out the blaze.

Extra alarms were called because there are no hydrants in the area and crews had to bring water in on tankers.

No one was home at the time of the fire, and no one was injured.

Copyright © 2023 KGO-TV. All Rights Reserved.

TOP STORIES

Hundreds of teens break out into fights in Emeryville: police

Nordstrom officially closes SF flagship store, shoppers say goodbye

Authorities investigating deadly overnight Bay Area crashes

Fire rescue helicopter crashes in Florida, 2 hospitalized

Updated an hour ago

How a mom is turning grief into action by distributing Narcan in SF

Updated 7 minutes ago

Simone Biles wins a record 8th US

hand. PLAINTIFF did not want to smack the shit out of Sparky thereby physically abusing his cat (which was very bad in PLAINTIFF'S mind) and PLAINTIFF read in a training book that the partial closure of an airway gets an animal to comply and that is what PLAINTIFF did. PLAINTIFF wasn't attempting to murder his cat by choking it, but defending himself from his cat in this one time episode.

[9] https://abc7news.com/archive/7443519/

absolutely no contact or interactions with the Northern District of California and San Francisco; however, ROBERT MUELLER trying to falsely frame PLAINTIFF for burning down the home does make sense because of ROBERT MUELLER'S connections to the San Francisco area. In regards to any actions ROBERT MUELLER undertook during his time at the FBI or from March 1st, 2010 through 2017 (in case he was part of the conspiracy that actually burned down PLAINTIFF'S home and murdered his cat) that involved PLAINTIFF'S home burning down, his actions violated: 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d)

**92.** PLAINTIFF'S parents allegedly talked to law enforcement and fire fighters in the course of the investigation of determining who or what caused the house to burn down in May 2010.

**93.** PLAINTIFF will allege that law enforcement (like ANDREW MCCABE, PETER STRZOK, ROBERT MUELLER, et al.) either: harassed PLAINTIFF'S parents in which they tried to frame PLAINTIFF as being the culprit or PLAINTIFF'S parents threw PLAINTIFF to law enforcement to absolve themselves of liability if they did it.

**94.** PLAINTIFF alleges ANDREW MCCABE falsely thought for years that PLAINTIFF was the culprit because of what happened in 2015 DEFENDANT ANDREW MCCABE references the house fire and search and seizure of PLAINTIFF'S laptop in his book when ANDREW MCCABE said: "The laptop was a find, but finding the laptop was not self-evidently **a six-alarm situation.**" ANDREW MCCABE, when it came to PLAINTIFF'S home burning down, violated: 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal

investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d).

**95.** To show certain SCOTUS justice's conspiracy and certain judges' approval in witness tampering by having DEFENDANTS murder PLAINTIFF's beloved cat by falsely framing PLAINTIFF as the culprit and burning down PLAINTIFF'S home in violation of 18 USC 1962(d), PLAINTIFF is incorporating the discussion on *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) that the DOJ has on a flash drive in the section entitled *Star Chambers* [herein] as it relates to PLAINTIFF and the home burning down. The evidentiary value of that was seen in *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) in which unknown SCOTUS judge's necessarily knew that leaving the cause undetermined was beneficial to DEFENDANTS and DEFENDANTS intentionally utilized it against PLAINTIFF to further the RICO Enterprise against PLAINTIFF. PLAINTIFF knows DEFENDANTS are going to falsely allege some type of insurance fraud scheme against PLAINTIFF; well DEFENDANTS were the ones that burned the home down to the ground, not PLAINTIFF. So, by DEFENDANTS having tampered with PLAINTIFF and are the actual culprits, PLAINTIFF could not have perpetuated any type of insurance fraud scheme. PLAINTIFF'S cat was worth more to him than the monetary value home. Unknown SCOTUS' judges knew that a counterterrorism conviction to coverup their fraud upon the court in furtherance of RICO Enterprise 1 was worth more than the value of the home so that is why they allowed it happen and made the caselaw the way they did. So the actual financial cost of a payout of the home burning was meaningless to both PLAINTIFF and DEFENDANTS in terms of different values. In the

alternative, if DEFENDANTS and PLAINTIFF'S parents worked out a deal in which DEFENDANTS falsely blamed PLAINTIFF, PLAINTIFF was never informed and there were substantial and significant reasons in which PLAINTIFF was deceived and it was done in furtherance of the RICO Enterprise against PLAINTIFF in violation of: 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d).

**96.** PLAINTIFF had to make EXHIBIT XX, which is the basis of PLAINTIFF'S Bivens Claims under Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) in the RICO Enterprise. PLAINTIFF will argue why it was necessary to make the Bivens Claims the way he did. PLAINTIFF never wanted to be the center of attention in the US Intel, Indian Intel, Russian Intel, German Intel, world. PLAINTIFF, a libertarian by nature, just wanted to be left alone. The problem with Intelligence is that it is secretive in its nature so there is no way of actually knowing CIA, FBI, GRU, et al are rummaging in your life on your electronics unless you are some sort of super sophisticated computer hacker. Sure, there may be signs, but to most normal functional people, it is something that is just worthy of a shoulder shrug and that is it and not the basis of utilizing the full brain power and capacity to investigate 10 different intelligence agencies in the world. Furthermore, PLAINTIFF understands how helpless one becomes when these Intelligence agencies take control over everything in your life like your internet router, your laptop, your phone, which they manipulate you through the intentional deprivation of vital information, create fake websites to make you think something different, and cause your life to be hell; because even when you try to reach out to people when you

know they are tampering with you, they prevent you from doing that too. What also works in their favor is that even when you try to describe what they are doing to you, there is no sane way to explain it without coming off as a conspiracy theorist. The fact that they are intentionally and completely isolating an individual poses a serious harm to the safety and wellbeing of Americans because they know that is when they have complete control over an individual and can make them do bad things. PLAINTIFF calls it shotgun claims, which is true, but it has to be that way because there is a Blue Code in law enforcement that law enforcement officer will never inform someone or their family that they were being investigated in which it was improper and unconstitutional (only in rare circumstances), so because there is no way of knowing, these specific claims that provide a basis of knowing what the issues are but not the officers known must be legally accepted by the Court for further investigation and discovery. If the Court does not allow this, they are enabling the US Federal Government to have complete control over your life without Due Process of law. No FISA judges ever warned or talked to PLAINTIFF about the Constitutional abuses they were witnessing and did nothing over in violation of 42 USC 1986. No SCOTUS justices directly talked to PLAINTIFF about the issues in this case.

**97.** Continuing the previous paragraph. It is a national security issue and let PLAINTIFF explain why. Whether the CIA, FBI, Chinese Intel, and GRU/FSB want to admit it, they have spent decades mastering manipulation through studies like MKULTRA. PLAINTIFF foresees the possibility of these intelligence agencies or a group of psychopathic terrorists taking advantage of vulnerable autistic individuals over the wires to torture and manipulate them into doing things against their will that are criminal and could be extremely harmful to Americans through information manipulation, isolation, and more. There must be some sort

of legal process to ensure that American Intelligence agencies don't abuse the power, American Intelligence agencies must never allow any foreign intelligence agency or military to do that to Americans on American soil, and American Intelligence agencies must give some notice to vulnerable individuals whom they suspect are being subject to these heinous actions because PLAINTIFF can attest it is the most psychotic, callous, cruel, and sadistic ways of treating an individual and Americans must have the moral and ethical compassion to not let that happen to their fellow countrymen. The Chicago Cases Court was especially stupid in not recognizing this problem.

# SECTION II: *Miki's Tea Party.* May 2010-March 2011

**98.** In all relevant times in *Miki's Tea Party*, PLAINTIFF alleges that unknown officers in NSA, DHS, GCHQ, Mi5, and/or Mi6 cooperated, conspired, plotted, and undertook numerous unconstitutional actions concerning PLAINTIFF in which they aided and abetted and facilitated an act of international and domestic terrorism and failed to properly inform PLAINTIFF of the "offing." They did this through having utilized NSA's operation at RAF Menwith Hill in North Yorkshire, United Kingdom and at GCHQ Bude in Morwenstow, United Kingdom. NSA and British Intel have had a long and long running relationship via: Echelon. Together, NSA and British Intel did one of the enumerated actions in the definition of NSA and British Intel during all times of *Miki's Tea Party.*

**99.** PLAINTIFF alleges that NSA and GCHQ work together at Menwith Hill in England and have done so through the entirety of this complaint. NSA paid GCHQ over £100 Million (over $125,000,000) between 2009 and 2012. Part of the funds went to a codenamed operation Karma Police in which NSA utilized, sent, received, and process the data from that operation; and NSA allowed GCHQ to use PRISM from at around the inception of Miki's

Tea Party in 09/24/2010 that allowed GCHQ to have easy access to the systems of Google, Facebook, Microsoft, Apple, Yahoo, and Skype. This is gross proceeds and material benefits from the RICO Enterprise against PLAINTIFF that violated 18 USC 1962(d).

**100.** PLAINTIFF alleges that from at least 2010-2011 through 2016 (if not longer), PLAINTIFF served as some sort of Indian "Hundi" between the numerous American Government Officials, the ROTHSCHILDS, and unknown officials in the Indian Government in which those DEFENDANTS would pass PLAINTIFF off back and forth in violation of PLAINTIFF'S 13th Amendment rights and in violation of RICO.

**101.** **PLAINTIFF doesn't have the cognitive capacity and ability to properly fill out all of the claims and made against DEFENDANTS as PLAINTIFF already explained MIKI'S TEA PARTY that is not in the proper form per se but is still**

**legally acceptable to include all claims against DEFENDANTS made therein in which PLAINTIFF is suffering from an intentional deprivation of medicine and torture of PLAINTIFF to worsen his depression in violation of 18 USC 1961. Therefore, PLAINTIFF incorporates the totality of *Miki's Tea Party* that is an Exhibit herein.**

102. **The Exhibit *Miki's Tea Party* gives such a highly detailed explanation of what happened in 2010 and 2011 as it relates to HILLARY CLINTON, KALANTHI MARAN, AJAY SINGH, SpiceJET and Boeing that connects Delta Airlines and Frontier Airlines that it is an absolute must read.**

**103.** The unknown intelligence officials in the United States, India, Russia, China, United Kingdom, Germany, Japan, Australia, and Qatar, violated 18 U.S. Code § 2523 (b)(1)(B)(iii) which requires that under data sharing, it must adhere to applicable international human rights obligations and commitments or demonstrates respect for international universal human rights in which DEFENDANTS violated the The Convention On the Rights of Persons With Disabilities-- was all signed by United States, India, United Kingdom, Germany, Japan, Australia, and Qatar--that violated Article 13: Access to justice; Article 14: Liberty and security of person; Article 15: Freedom from torture or cruel, inhuman or degrading treatment or punishment; Article 16: Freedom from exploitation, violence and abuse; Article l7: Protecting the integrity of the person; Article 18:Liberty of movement; Article 21 Freedom of expression and opinion, and access to information; Article 22 Respect for privacy; Article 24 Education; Article 25 Health States Parties recognize that persons with disabilities have the right to the enjoyment of the highest attainable standard of health without discrimination on the basis of disability.

**104.** PLAINTIFF is alleging DEFENDANTS violated 18 U.S. Code § 2523 (b)(4)(A) in which one of the following occurred: 1)The United States directed British Intel, Qatari Intel, Indian Intel, Aussie Intel, Japanese Intel, or German Intel, to intentionally target PLAINTIFF or 2) Indian Intel, British Intel, Qatari Intel, Japanese Intel, German Intel, or Aussie Intel, intentionally targeted PLAINTIFF because of RICO Enterprise 1 and shared the information with the United States Government • _18 U.S.C §1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents). • _18 U.S.C. § 2339 (relating to harboring terrorists). • _"However, the line must be drawn where, as here, a government agent lures the unwary innocent and then implants a law-breaking disposition that was not theretofore

present. In such cases, the government takes on the unwholesome appearance of the consummate manufacturer of crime. The continuing vitality and integrity of our "government of laws" would be imperiled if we sanctioned the manufacturing of crime by those responsible for upholding and enforcing the law." *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984) • _PLAINTIFF is alleging is a violation of: *United States v. Curtiss-Wright Export Corp.,* 299 U. S. 304 (1936) • _49 U.S.C.§46502 • _18 USC 2331 1(B)(iii) and 5(B)(iii). • _18 U.S.C. §1961 section 1341 (relating to mail fraud) • _18 U.S.C. §1961 section 1343 (relating to wire fraud). • _18 U.S.C. §§ 1963(a)(1)-(3) • _Warsaw Convention.

**105.** 18 U.S. Code § 2331 defines international and domestic terrorism as having occurred when one does an act that is dangerous to human life in violation of the criminal laws of the United States or any state (or would be a criminal violation if committed within the jurisdiction of the United States or any state) 1): acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State and 2) appear to be intended to influence the policy of a government by intimidation and/or coercion OR appears to be intended to affect the government by kidnapping.

**106.** 18 U.S. Code § 2332(b)(a)(1)(A) stipulates acts of terrorism that transcend boundaries occurs when one: kills, kidnaps, maims, commits an assault resulting in serious bodily injury, or assaults with a dangerous weapon any person within the United States; or

**107.** 18 U.S. Code § 2332(b)(a)(1)(B) stipulates acts of terrorism that transcend boundaries occur when one: "creates a substantial risk of serious bodily injury to any other person by damaging any conveyance (i.e. plane) or other real or personal property within the United States or by attempting or conspiring to destroy or damage any conveyance (plane), or other

real or personal property within the United States." So this means that when 1) one that damages a plane in London that in itself creates a substantial risk of serious bodily injury or 2) one attempts to or conspire in damaging a plane from within the United States that occurs in London, either one of those two acts constitutes an act of terrorism that transcend boundaries. Sabotaging a plane is in itself an act that creates a serious risk to people. period.

**108.** In Summer 2010, PLAINTIFF met an INDIAN man named SURESH in Pennsylvania at CAMP WAYNE in Preston Park, PA. SURESH and PLAINTIFF became friends at Camp Wayne and SURESH had invited PLAINTIFF to come to the state of Gujarat in INDIA. The only two Indians whom PLAINTIFF ever interacted with for more than 10 minutes was Chetna (See: *Big Brothers and Big Sisters*) and Suresh. PLAINTIFF decides to take SURESH up on his offer. PLAINTIFF throughout the Fall Semester of 2010 and throughout the Spring Semester of 2011 maintains contact with Suresh in which PLAINTIFF has an unrelenting desire to go to India. PLAINTIFF, to the best of his recollection, may have flown into London in August 2010 because of his grandmother's 6 month passing and had to go to Serbia. To the best of PLAINTIFF'S recollection, there was a time that PLAINTIFF had tried to go to INDIA in Fall 2010 and had to cancel; and conceivably that is where it starts. Section 215 would reveal if PLAINTIFF purchased tickets and had to cancel them in Fall 2010 or what he told Suresh on META in Fall 2010. PLAINTIFF in this time period gets into arguments with his mother about going to India, hence the reason for cancelation.

**109.** PLAINTIFF relentlessly tries to go to India during his breaks Senior Year at Sewanee (Fall 2010/Senior 2011). So as PLAINTIFF makes plans to go to INDIA, DEFENDANTS in turn, make plans and conspire to use against PLAINTIFF. PLAINTIFF talks to British woman LAUREN DELLER (who he met at Camp Wayne) about coming to London in

December 2010. The point being, DEFENDANTS made a plan involving PLAINTIFF in Fall 2010 in which there is ample evidence on the record PLAINTIFF was doing everything he could to come to or go from LONDON/INDIA since FALL 2010. SCOTUS knowing DEFENDANTS' numerous plans against PLAINTIFF in FALL 2010, took an extremely long time in deciding *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) when they granted cert to the case on: October 18th, 2010 (after DEFENDANTS plans were formalized in which ERIC HOLDER knew about them), DEFENDANTS knew that from 02/27/2011 PLAINTIFF had intended on gong to INDIA because he sent Suresh the following on 02/27/2011 at 02:29am: "My dear apologies Suresh for not talking to you as of late; this semester, to say the least, has been tumultuous as in matters regarding the self, matters of my existence, etc, ***and I have acquired some funds that would allow me to come visit you, that is, if you have the time to.*** I would arrive on the 9th and return back home on the 16th/17th. I have done some research and would love to see somethings….", *Miki's Tea Party* went down on March 11th, 2011, *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) is argued by DOJ Solicitor General NEAL KATYAL in March 2011 who has an office in the Supreme Court the entire time between October 2010-May 2011, and *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) was decided in May 31st, 2011 because they would absolve ERIC HOLDER and different Solicitor Generals and Attorney Generals concerning their past conduct regarding PLAINTIFF.

**110.** PLAINTIFF is alleging Hillary Clinton and Alistair Burt conspired in violation of 18 U.S.C. 1962 (d) and 42 U.S.C. 1985(3) in these meetings and numerous contacts. Furthermore, "the Foreign Secretary launched the Gulf initiative in June 2010 to strengthen regional security and to improve commercial, economic, cultural and educational ties. The first ministerial meeting, chaired by FCO Minister Alistair Burt, took place in July bringing

together Ministers from eight government departments. This period has seen an intense series of visits and exchanges with the Gulf including an inward State **Visit by the Emir of Qatar**…"317 PLAINTIFF alleges that the Emir of Qatar and Alistair Burt further developed their relationships with one another

**111.** PLAINTIFF made a joke about trafficking women with REBECCA WETHERBEE who was a feminist in PLAINTIFF'S sarcastic tone.

**112.** PLAINTIFF never knowingly trafficked women nor knowingly trafficked children who were girls nor ever personally paid for women to be trafficked to him. Admittedly, PLAINTIFF did at one time or another check out escorts on Craigslist and had conversations with some sketchy individuals, but not once did PLAINTIFF ever utilize their services and think they were being serious in implementing those ideas in real life. PLAINTIFF makes the point that whenever PLAINTIFF was growing up as a child, he was abused and always called stupid by his father and was harshly judged by his mother routinely in which they would always intentionally second guess and doubt PLAINTIFF'S intelligence and decisions. Growing up in that environment and PLAINTIFF even pointed this out in numerous arguments with his parents when he got home in 2017, PLAINTIFF'S father never respected anything PLAINTIFF had to say in his life in person; these facts in sum would lead one to believe that his piece of shit parents never implemented those ideas and profited of PLAINTIFF for years because why on earth would one believe that for more than 30 years in which decisions were constantly bashed by his father would his father ever implement those ideas because they were stupid to him in the first place and lacked respect for 35 years. For PLAINTIFF to think his father actually loved and respected PLAINTIFF and implemented his ideas when year after year and insolvency after insolvency at each home PLAINTIFF'S

father ended up broke (from what PLAINTIFF could understand) and that in sum would have made PLAINTIFF delusional to think his father amassed a fortune.

**113.** The point is that in December 2010, the British were part of "trade is in the offing." Whether it was through ALAN DUNCAN, ALISTAIR BURT, HILLARY CLINTON, DAVID CAMERON, TONY BLAIR, etc. All of their values aligned perfectly, especially with ALISTAIR BURT, WILLIAM HAGUE and HILLARY CLINTON. The aforementioned DEFENDANTS violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. *United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,*589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]."U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988). "If the

government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990).




**114.** The Court in *United States v. Kozminski*, 487 U.S. 931 (1988) went explained further: "Unlike § 1584, which by its terms prohibits holding to involuntary servitude, § 241 prohibits conspiracies to interfere with rights secured "by the Constitution or laws of the United States," and thus incorporates the prohibition of involuntary servitude contained in the Thirteenth Amendment. *See United States v. Price,* 383 U. S. 787, 383 U. S. 805 (1966)… This judgment is confirmed when we turn to our previous decisions construing the Thirteenth Amendment. **Looking behind the broad statements of purpose to the actual holdings, we find that, in every case in which this Court has found a condition of**

**involuntary servitude, the victim had no available choice but to work or be subject to legal sanction…**Similarly, in **United States v. Reynolds,** 235 U. S. 133 (1914), **the Court held that "[c]ompulsion of . . . service by the constant fear of imprisonment under the criminal laws" violated "rights intended to be secured by the Thirteenth Amendment."**

**115.** PLAINTIFF had no choice but to work in *the Offing* (PLAINTIFF will describe that later). PETER STRZOK and ANDREW MCCABE had an open investigation on PLAINTIFF for 7 years that ANDREW MCCABE admitted to in his book and there was a constant fear of imprisonment because ANDREW MCCABE and PETER STRZOK were for years attempting to arrest PLAINTIFF for constitutionally protected activities in addition to Unknown DEFENDANTS in DoD, CIA, FBI, Indian Intel, British Intel, who had the same purpose since they had been surveilling PLAINTIFF for years.

**116.** *United States v. Kozminski*, 487 U.S. 931 (1988) stood for the proposition: "The history of the Padrone statute **reflects Congress' view that a victim's** age or **special vulnerability may be relevant in determining whether a particular type or a certain degree of physical or legal coercion is sufficient to hold that person to involuntary servitude.** For example, a child who is told he can go home late at night in the dark through a strange area may be subject to physical coercion that results in his staying, although a competent adult plainly would not be. **Similarly, it is possible that threatening an incompetent with institutionalization or an immigrant with deportation could constitute the threat of legal coercion that induces involuntary servitude, even though such a threat made to an adult citizen of normal intelligence would be too implausible to produce involuntary servitude**. But the Padrone statute does not support the Court of Appeals' conclusion that involuntary servitude can exist absent the use or threatened use of physical or legal coercion to compel labor. Moreover, far

from broadening the definition of involuntary servitude for immigrants, children, or mental incompetents, §1584 eliminated any special distinction among, or protection of, special classes of victims.

**117.** *In regards to Paragraph #96, PLAINTIFF'S parents, the D.o.D*., the CIA, the FBI, GRU/FSB, MSS, et al. knew PLAINTIFF was autistic. DEFENDANTS knew that PLAINTIFF would have a hard time explaining what was happening to him and that was especially true in 2015.

**118.** PLAINTIFF was a Teacher's Assistant for JAMES GRADY in Spring 2011.

**119.** Any claims (all false) of sexual misconduct against PLAINTIFF that occurred at Sewanee in the Spring 2011 should be evaluated at the Clear and Convincing Standard Evidence Level, specifically when it comes to REBECCA WETHERBEE, etc.

**120.** KATHERINE DARBY-BURNS participated in the conspiracy against PLAINTIFF with REBECCA WETHERBEE and other unknown officers and officials in the CIA, FBI, or the Government of India and the United Kingdom in which she became an accessory and aided and abetted the RICO Enterprise against PLAINTIFF. Therefore, she violated 18 USC 1962(a), 18 USC 1962(b), and 18 USC 1962(c), 18 U.S.C. 1962(d).

**121.** WikiLeaks, completely unconnected to PLAINTIFF, leaks HILLARY CLINTON'S emails that contain proof and evidence of HILLARY CLINTON'S involvement in part of the terrorist activity in LONDON on 03/11/2011 via Miki's Tea Party that impacted PLAINTIFF and was committed against PLAINTIFF in which PLAINTIFF had a copy of HILLARY CLINTON'S emails that documents the connection between HILLARY CLINTON, PLAINTIFF, and REBECCA WETHERBEE and the RICO ENTERPRISE that existed in 2010 and 2011 AND DEFENDANTS like ANDREW MCCABE, JAMES COMEY, PETER

STRZOK, et al. WERE TRYING TO PROSECUTE PLAINTIFF FOR POSSESSING EMAILS THAT HE NECESSARILY WAS PART OF AND WAS BEING REFERENCED TO, in which if DEFENDANTS--were being completely honest during discovery and providing Brady material to PLAINTIFF as a DEFENDANT--would have had to necessarily provide PLAINTIFF the same exact emails anyway (even if they were not leaked or leaked). That is how absurd the situation became over the years.

**122.** PLAINTIFF incorporates Exhibit XX, aka *Miki's Tea Party*, herein and all of the legal claims, legal arguments, and DEFENDANTS at issue.




**123.** I believe sometime between 2012-2014, my college friend Thao Bui needs someone to explain her situation at Sewanee and how she had troubles with the Administration there too for the US Air Force. Furthermore, this letter/recommendation is for her to gain security clearance. *So wanting to help the US Government further* with someone who I would have given my life for at the time, I wrote the best damn letter of recommendation that I could have. This piece of exculpatory evidence was probably ignored by the FBI. In May 2016, THAO BUI made PLAINTIFF sign a document—the contents of which he does not know of or has been made aware of despite pleas to know to relevant organizations. However, things turned really sour between DEFENDANT THAO BUI and PLAINTIFF. PLAINTIFF

confessed twice to THAO BUI in "random visits" hoping confessing would get the torture to stop. The torture did not stop. THAO BUI threatened PLAINTIFF with his life in a Facebook post either after the first confession or after both confessions—in the post below, the middle flag is a Serbian flag that refers to PLAINTIFF. The flag on the left is the same color scheme as a flag from Honduras/Nicaragua. See: Some of DEFENDANTS crimes: 18 U.S.C. §2, 18 USC 2331 1(B)(iii) and 5(B)(iii), 18 USC §1961 section 1503 (relating to obstruction of justice), 18 USC §1961 section 1510 (relating to obstruction of criminal investigations), 18 USC §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant), Constitutional Violations: 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment. 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f). DEFENDANTS shared the information amongst each other in this episode and enabled DEFENDANTS to commit international and domestic terrorism and further RICO Enterprise 1. *See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* within the meaning of RICO where defendant provided information he knew would enable inquirer to *commit murder or other RICO violations).* 18 U.S.C §1951 (EXTORTION); 18 U.S.C. §1961 section 1341 (relating to mail

**124.** PLAINTIFF doesn't have the cognitive capacity and ability to properly fill out in full this Section of the Complaint due to DEFENDANTS intentional deprivation of medicine and torture of PLAINTIFF to worsen his depression. Therefore, PLAINTIFF incorporates the *Narcoterrorism* Section from Attachment A in the *Chicago Cases* Complaint (or Exhibit XX) with the Section that has the same exact title of Narcoterrorism herein and incorporates all facts and legal arguments herein.

**125.** In addition to the previous Paragraph, to be frank, and PLAINTIFF is so sad to say, PLAINTIFF, after the entirety of the *Chicago Cases* and the *Louisiana Cases* that unfortunately gave PLAINTIFF the worst expectations from the Court, PLAINTIFF envisions some manifestly, constitutionally deficient, utter bullsh**, procedural lie, and completely corrupt argument of Res Judicata. PLAINTIFF is not filling out the entirety of this section in order to deprive corrupt DEFENDANTS of the opportunity to argue Res Judicata because PLAINTIFF is living on the prayer and hope that by not filling out the entirety of this section and including additional facts makes this section sufficiently different than the times he included it in the *Chicago Cases* and *Louisiana Cases*.

# SECTION III: *JAPLAN*

## (AKA: An Anchor and A Pitchfork).

**126.** PLAINTIFF'S Section of *JAPLAN* (aka *An Anchor and a Pitchfork*) is sufficiently different and distinct from the times he included it in the *Chicago Cases* and the *Louisiana Cases* that Res Judicata cannot be corruptly argued by DEFENDANTS.

**127.** The home PLAINTIFF was renting a bedroom from was owned by an Armenian man in October 2014 at 773 John Henry, Baton Rouge, Louisiana, 70820 (hereon: 773 John Henry).

**128.** PLAINTIFF'S roommate at 773 John Henry was WARWICK ALLEN.

**129.** Armenians are kind of like Slavic people (PLAINTIFF's upbringing is Slavic) due to being once under the USSR and PLAINTIFF found it easy to relate to my landlord Arthur.

**130.** One day, PLAINTIFF wants to say around late Fall 2014, "cable installers" come into the home. PLAINTIFF is very suspicious of these activities as PLAINTIFF had done nothing to be caused to be under surveillance at the time. PLAINTIFF alleges it was the CIA, JOHN O. BRENNAN, JEH JOHNSON, DHS, JAMES COMEY, PETER STRZOK, ANDREW MCCABE, FBI, ERIC HOLDER, BARACK OBAMA, and/or LORETTA LYNCH, that ordered surveillance to be installed in PLAINTIFF'S home. So, FBI, CIA, NSA, DHS, JEH JOHNSON, JOHN O. BRENNAN, JAMES COMEY, etc. knowing of *Alderman v. United States,* 394 U.S. 165 (1968) wanted to violate and distinguish the case again as they had in *This Side of the Street. Alderman v. United States,* 394 U.S. 165 (1968) said: "We adhere to the established view in this Court that the right to be secure in one's house against unauthorized intrusion is not limited to protection against a policeman viewing or seizing tangible property -- "papers" and "effects." Otherwise, the express security for the home provided by the Fourth Amendment would approach redundancy. The rights of the owner of the premises are as clearly invaded when the police enter and install a listening device in his house as they are when the entry is made to undertake a warrantless search for tangible

property, and the prosecution as surely employs the fruits of an illegal search of the home when it offers overheard third-party conversations as it does when it introduces tangible evidence belonging not to the homeowner, but to others. "This Court has never held that a federal officer may, without warrant and without consent, physically entrench into a man's office or home, there secretly observe or listen, and relate at the man's subsequent criminal trial what was seen or heard."

**131.** But for CIA, DEA, JOHN O. BRENNAN, JEH JOHNSON, DHS, JAMES COMEY, PETER STRZOK, ANDREW MCCABE, FBI, ERIC HOLDER, BARACK OBAMA, and/or LORETTA LYNCH's violation of *Alderman v. United States,* 394 U.S. 165 (1968), *an Anchor and a Pitchfork* could not have happened because DEFENDANTS would not have heard details of *JAPLAN*. Period.

**132.** PLAINTIFF has to describe the relationship between WARWICK ALLEN, the New Zealander, and PLAINTIFF who were roommates at 773 John Henry, Baton Rouge, LA. 70820. This ***is absolutely vital*** in determining that in fact a WAR CRIME took place against PLAINTIFF. There is a video that PLAINTIFF is requesting the Court to watch before the Court understands—fundamentally-- what PLAINTIFF is getting at and conveying to the Court. It is called *Bikie Wars* by Aunty Donna on Youtube,466 which is a good example of Australian/New Zealand humor. PLAINTIFF doesn't like having to explain humor, but it is necessary to do so. If the DEPARTMENT OF JUSTICE went to court and they said they had a defendant on video that admitted to extortion, selling cocaine to kids, giving him $20 to perform unlicensed abortions, killing a crooked police officer, and then the DOJ showed the Court *Bikie Wars* by Aunty Donna as the video confession and proof of the crimes, DOJ would literally be laughed right out of court. Two integral facets of aussie/kiwi (New

Zealand) humor are: sarcasm and absurdity. In sarcastic and absurd humor, there is an inherent conflict in personality where something is said that is 'not right' with the known facts of that particular character and personality thus creating the tension necessary for a joke. For example, seeing how WARWICK ALLEN is an atheist environmentalist, if he started rambling on about how Exxon-Mobil saved Jesus and the Church, *that is not in congruence with the known facts of who he is*, hence it is *absurd and sarcastic*. PLAINTIFF had performed some stand-up comedy (sometimes good, sometimes PLAINTIFF bombed), loved God and Christ, and loved America and the Constitution. My personality character would be that of "Constitutional Christian Comic." Unless the Constitution, Christianity, and Comedy are now on the same level of Uranium and Terrorism to US intelligence agencies, which this case has now proven to be true, DEFENDANTS had no business falsely labeling PLAINTIFF as being averse to the United States in Spring 2015. Furthermore, PLAINTIFF had minored in philosophy and had so many musings about politics, life, etc. to be a political philosopher during *these 1st Amendment protected conversations in the privacy of PLAINTIFF's own home. Utilizing these conversations against PLAINTIFF is on par with the tactics of what the Stasi and KGB used to do during the Cold War and should be abhorrently and fundamentally Anti-American and DEFENDANTS shouldn't be doing that, But then again.*

**133.** WARWICK and PLAINTIFF understood the comedic, and yet sometimes serious, nature of the conversations we were having with one another in the privacy of our home and fundamentally understood when we were being serious and when we were being sarcastic throughout our time as being roommates. Our conversations could be akin to a comedic podcast in nature (God did not make me into a psychic prophet and there is no way I could

have foreseen what was about to come). See: Screenshot below that confirms such.




**134.** DEFENDANTS did not understand these important facts and were intentionally that deceitful and full of malice or that grossly negligent in understanding the totality of the circumstances here and intentionally misrepresented what WARWICK ALLEN and PLAINTIFF were talking about. WARWICK and PLAINTIFF, as roommates (along with RACHAEL MASON, WARWICK's girlfriend, and then later JACOB), would just bullshit comically and talk about whatever came to mind, had the completely reasonable privacy

expectation that DEFENDANTS were not listening in on us (because they had no reason to, BUT THEY WERE), and that the DEFENDANTS would not be so low as to share what two bullshitters said in the family room in the privacy of their own homes with people like HILLARY and BILL CLINTON that WARWICK and PLAINTIFF made fun of (BUT DEFENDANTS DID). WARWICK and PLAINTIFF talked a lot about the Government in which PLAINTIFF expressed his canonical views and principles that DEFENDANTS:

a. Shouldn't be corrupt;
b. Should obey the Constitution;
c. Most importantly DEFENDANTS shouldn't do extremely stupid things that imperil the nation.*cough like commit acts of terrorism against a special needs man cough cough*

**135.** As Chief Justice Hughes wrote in *Stromberg* v. *California*, 283 U.S. 359 (1931), "The maintenance of the opportunity for free political discussion to the end that government may be responsive to the will of the people and that changes may be obtained by lawful means, an opportunity essential to the security of the Republic, is a fundamental principle of our constitutional system. A statute which upon its face, and as authoritatively construed, is so vague and indefinite as to permit the punishment of the fair use of this opportunity is repugnant to the guaranty of liberty contained in the Fourteenth Amendment. . . ." The United States Government was absolutely not responsive to the will of the People (that includes PLAINTIFF) and that changes of non-corruption can be obtained by having DEFENDANTS follow the law and not be corrupt. These discussions, quite frankly, were essential to the security of the Republic. PLAINTIFF would be punished for these talks and it

was completely repugnant to the guaranty of liberty and DEFENDANTS would absolutely not use these conversations fairly.

**136.** When PLAINTIFF was having these musing First Amendment protected conversations in the privacy of his home with WARWICK ALLEN at 773 John Henry, first and foremost, PLAINTIFF had no reason to believe that PLAINTIFF was under such heavy, or any, surveillance by the FBI, CIA, DHS, INDIAN INTEL, MSS, FSB, GRU, DEA, IRANIAN INTEL, etc. at the time because *PLAINTIFF was good man* and *not* that PLAINTIFF had been committing federal crimes left and right by slaughtering scores of people, raping, and pillaging villages like some barbaric Viking because there was no probable cause to have PLAINTIFF under such heavy surveillance. Period. PLAINTIFF does not exaggerate this but literally at least 5 different foreign nations were snooping on PLAINTIFF for no reason at all.

**137.** In Spring 2015, PLAINTIFF made a joke with WARWICK ALLEN about how HILLARY CLINTON wasn't gutsy. ANDREW MCCABE, JEH JOHNSON, or other unknown individuals in the FBI, DHS, CIA, INDIAN INTEL informed HILLARY CLINTON of this joke in which they leaked information in the course of an ongoing investigation to HILLARY and CHELSEA CLINTON. APPLE Inc. and HILLARY CLINTON AND CHELSEA CLINTON AFTERWARDS named their TV show on APPLE TV: *Gutsy*. HILLARY CLINTON and CHELSEA CLINTON are not creative enough to have come up with that name but for PLAINTIFF'S observation; therefore, they would not have been able to have named their TV Show Gutsy but for the RICO Violations and the RICO Enterprise against PLAINTIFF in which that was a material benefit acquired by HILLARY AND CHELSEA CLINTON in violation of 18 USC 1962(a), 18 USC 1962(b),

18 USC 1962(c) and 18 USC 1962(d) in violation of violations of: 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF.

**138.** To save PLAINTIFF'S ass purposes as a just-in-case if the CIA and FBI don't come to the understanding that PLAINTIFF was giving them a plausible explanation on working on their behalf, PLAINTIFF never once thought the conversations he had with WARWICK

ALLEN in 2014 and 2015 were going to be maliciously utilized by FSB/GRU, MSS, PLAINTIFF'S Parents, Indian Intel, and/or a combination thereof. PLAINTIFF never thought the unholy alliance as he described it would come to fruition, that BRICS was going to develop as much as it has been, that the US Dollar was weakening and losing respect and power to be used all over the world (which PLAINTIFF hates), that FSB/GRU would use the symbol of Z, that PUTIN would come out as Santa (which PLAINTIFF made a funny story and joking about that with Warwick), the power and corruption of the ROTHSCHILDS in which in no conceivable way did PLAINTIFF think that the ROTHSCHILDS would be informed of the conversations he had, etc. Most importantly, PLAINTIFF never had the *Mens Rea* that these things would come into existence and that PLAINTIFF would take steps into making those things a reality in which PLAINTIFF might have made a joke or two about running a scam because we were just bullshitting. So DEFENDANTS (FSB/GRU, FBI, et al.) instead of allowing autistic PLAINTIFF to try to have and develop a normal friendship in which if PLAINTIFF made more friends and have a loving girlfriend/wife instead of being isolated there would be so much less risk to them and society as a whole.

**139.** ***Of the utmost importance,*** *PLAINTIFF described in extraordinary detail* to WARWICK ALLEN, over the course of multiple days in the earlier part of Spring 2015, ***how to commit the perfect hate crime against PLAINTIFF on the basis of PLAINTIFF'S disabilities.*** This is called ***JAPLAN.*** This is ***JAPLAN and some of the conditions under which it happens:*** PLAINTIFF described how: 1) PLAINTIFF would be completely isolated from PLAINTIFF'S few friends and family because there would be no one there to help PLAINTIFF (i.e. completely isolated); 2) that there would be some type of barrier that would hinder PLAINTIFF in connecting to or reaching out to getting help (i.e. Intelligence

tampering on PLAINTIFF'S electronics); 3) that PLAINTIFF would be in a different country in which PLAINTIFF did not know that country's laws nor language; 4) that there would be a spurious association to someone PLAINTIFF knows or knew that would be used against PLAINTIFF if PLAINTIFF sought to fight back; 5) that the country's law enforcement would be of no help to PLAINTIFF when these crimes occurred; 6) trickery, deception, intentional manipulation, lies, directed actions, in which PLAINTIFF would be put in a position as to have complete sympathy over an individual making sure that PLAINTIFF is so sympathetic it would overpower reasonable doubts; that is complimented about a woman or child lying about their age by giving multiple ages to intentionally confuse a person; 7) that someone would drug PLAINTIFF; 8) there would be permanent mental, psychological, social, emotional scars for the rest of PLAINTIFF'S life; 9) PLAINTIFF did not have the ability to leave the situation; 10) that DEFENDANTS would use questionable instances of PLAINTIFF'S conduct to justify and humiliate PLAINTIFF in the process arguing that PLAINTIFF was predisposed when he was not, and 11) more importantly and the biggest devasting thing you could do to someone is have war crimes committed against your will, conscience, faith, soul, and knowledge.

**140.** If PLAINTIFF recalls correctly from talking about *JAPLAN* in the early part of Spring 2015, PLAINTIFF described what is called the *Anchoring effect* in Psychology to some degree during these conversations on why *JAPLAN* would be so terrible and especially sinister. "The anchoring effect "is a cognitive bias that describes the common human tendency to rely too heavily on the first pieces of information offered (the "anchor") when making decisions.[10] More importantly and arguably, one would be completely more

[10] https://www.pon.harvard.edu/tag/anchoring-effect/

susceptible to the anchoring effect if they are drugged after the first couple of times of interacting with someone and are sleep deprived where they have to rely on past pieces of information in a semi-conscious state.

**141.** Another aspect that PLAINTIFF necessarily talked about out loud in regards to *JAPLAN* which DEFENDANTS (DHS, CIA, FBI, HILLARY CLINTON, GRU/FSB, and MSS) necessarily had at one time in their possession prior to June 2015 was a recording of (or had a recording and deleted it) that legally demonstrated an important issue to PLAINTIFF. In *JAPLAN***,** that is of extreme legal importance, was that PLAINTIFF said if the people in charge wanted to do some heinous shit to PLAINTIFF, killing or murdering PLAINTIFF and physically ending his life wouldn't be the way to do it as murdering or killing PLAINTIFF would be quick, and would therefore, ultimately end PLAINTIFF'S suffering quickly, **but having PLAINTIFF suffer for the rest of PLAINTIFF'S prolonged life would be far more devasting, severe, and worse to PLAINTIFF than actually murdering PLAINTIFF** in cold blood in which PLAINTIFF would remember what happened with *JAPLAN*. Furthermore, PLAINTIFF spoke about the horrors of child sex trafficking and how it robs children of their innocence and their childhood. Just to repeat how important this is: ***PLAINTIFF specifically said out loud doing JAPLAN was far worse, severe, and more horrendous to PLAINTIFF than actually murdering PLAINITIFF.***

**142.** PLAINTIFF in the Spring of 2015 talked about how in the old days of a rural family, marrying young was acceptable as you needed 9 or 10 kids to help on the farm. That conversation either morphed into or at a separate time PLAINTIFF talking about how it was stereotypical in the latino culture to marry young. PLAINTIFF specifically said he found the

act of marrying young disgusting and vile. Autistic PLAINTIFF is especially sensitive to vile and disgusting things.

**143.** In Spring 2015, PLAINTIFF receives an email from someone in LSU's administration (the undergrad) that contains a super confidential spreadsheet. The spreadsheet contains a list of names of LSU students who are perceived as being potential threats to the institution and the reasons why they are perceived as threats. Upon receiving this info and reviewing it, PLAINTIFF immediately sends an email to whomever sent it to PLAINTIFF and explained quite clearly that PLAINTIFF received it, and that PLAINTIFF shouldn't have received it. This was an entrapment scheme in which PLAINTIFF had the Wikileaks email that concerned PLAINTIFF (in which they were trying to arrest PLAINTIFF for having materials that related to him which is constitutionally outrageous). PLAINTIFF'S understanding is that the law makes you liable for simply having received unauthorized confidential information regardless of whether you had intended on receiving it. Then after receiving this super confidential email, PLAINTIFF has the financial aid issues with JESSICA OTT and LSU. In PLAINTIFF'S opinion, PLAINTIFF thinks DEFENDANTS were messing with PLAINTIFF to see if PLAINTIFF would use this information in an extortionate manner against my school in which PLAINTIFF did not (and would not have actually used confidential information as leverage or for extortion purposes). PLAINTIFF might have been frustrated with his school at this time, but just because PLAINTIFF was frustrated doesn't mean PLAINTIFF would extort his school with confidential information. In PLAINTIFF'S opinion, this is the 2nd attempt by someone either at school or within the US federal government to get me kicked out of school and/or be prosecuted by DEFENDANTS in Spring 2015, which is an continuation and on-going pattern in which DEFENDANTS did everything in their power to

falsely reinforce PLAINTIFF posed a threat when PLAINTIFF never posed a threat. Connecting a theme, when talking about mishandling cases and receiving info, PETER STRZOK said in his book: "was an unauthorized party, such as a journalist or a foreign nation, the recipient?...Finally how did the person behave after mishandling the information—did he or she lie to us or destroy evidence? Or did that person behave normally, **apart from the violation itself?**" This shows that the email was an entrapment scheme by PETER STRZOK. Furthermore, PETER STRZOK said "the biggest obstacle was our inability to prove intent at a level consistent with previous cases in which DOJ had brought criminal charges. In each case in which classified information appeared in Clinton's email, it **was in the context of people doing their job**—it wasn't being sent to someone who should have had it, like a reporter or a foreign intelligence officer."Again, PETER STRZOK wouldn't leave PLAINTIFF alone and kept the RICO ENTERPRISE going. ^^^^^^^^^would you say the previous is a problem that PLAINTIFF may have "locally with the offices of the regime"—*CIA Handbook?* You know, the school acting on behest of the FBI and CIA?

**144.** The FBI, DoD, CIA, DEA, DHS, MSS, Indian Intelligence, and FSB/GRU all had recording of PLAINTIFF discussing *JAPLAN*. Details of *JAPLAN* was transmitted via AT&T Inc. or Apple Inc, which makes them liable for being an accessory and part of the conspiracy thereby violating 18 USC 1962(d) and *United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* within the meaning of RICO where defendant provided information he knew would enable inquirer to *commit murder or other RICO violations).*

**145.** PLAINTIFF and WARWICK ALLEN, in or around early Spring 2015, discussed the worst and most evil aspects of *JAPLAN* in which PLAINTIFF completely said why it was one of the worst evils one can commit because of the harm done to PLAINTIFF as well as to different individuals robbing them of their innocence.

**146.** In early Spring 2015 at 773 John Henry, PLAINTIFF talked about his allergy issues with WARWICK ALLEN and how if one does not breathe correctly during sleep, the sleep is adversely affected where one is more tired and more prone to cognitive errors and mistakes. A disabled individual with mental disabilities cannot compensate for their disabilities as much and as readily and would thereby have a worsening of the psychological symptoms. “Caregiver-reported sleep problems are found to relate to core ASD symptoms” in autistic individuals. In particular, there is extensive evidence for the relationship between sleep problems in ASD and internalizing behaviors such as anxiety as well as externalizing behaviors such as hyperactivity and challenging behaviors such as aggression.”[11] Next, being Autistic, we are already prone to miss emotional detection and is not as sensitive. Sleep deprivation impairs the ability to accurately discriminate between degrees of emotional saliency.[12] Being Sleep Deprived and having ADHD causes the worsening of these issues associated with having ADHD and AUTISM: “Working memory — the neural basis of which overlaps anatomically with the attention system — is also impaired by SD. Deficits in both working- memory and attention tasks have been found to correlate with reductions in DLPFC and posterior parietal activity.”[13] Sleep Deprivation effects DOPAMINE levels and DOPAMINE regulation is a vital part of ADHD.[14] Being Sleep Deprived significantly

---

[11] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7105870/
[12] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6143346/
[13] Id.
[14] Id.

increases the tendency of reward sensitivity, risk taking and impulsivity, and disrupts reward-value updating and integration.[15]Sleep loss reliably triggers changes in negative (aversive) emotional processing, including irritability, emotional volatility, anxiety and aggression as well as suicidal ideation, suicide attempts and suicide completion. These findings suggest that Sleep Deprivation alters specific process domains, including basic affective reactivity, as well as emotional discrimination and emotional expression, which are more complex."[16] Simply, Sleep Deprivation worsens the psychological symptoms of ADHD and Autism. If there is a situation in which PLAINTIFF is deprived of sleep, it makes PLAINTIFF especially more vulnerable and the symptoms of his disabilities would worsen under those conditions.

**147.** Speaking of executing individuals on the basis of their disability. In *Ford v. Wainwright,* 477 U.S. 399 (1986), the Supreme Court talked about executing a mentally disabled man and how barbaric it was on that accord: "the reasons at common law for not condoning the execution of the insane -- that such an execution has questionable retributive value, presents no example to others, and thus has no deterrence value, and simply offends humanity--have no less logical, moral, and practical force at present. Whether the aim is to protect the condemned from fear and pain without comfort of understanding, or to protect the dignity of society itself from the barbarity of exacting mindless vengeance, the restriction finds enforcement in the Eight Amendment." *Id.*

**148.** So the Court continued: "Now that the Eighth Amendment has been recognized to affect significantly both the procedural and the substantive aspects of the death penalty, the question of executing the insane takes on a wholly different complexion. The adequacy of the

[15] Id.
[16] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6143346/

procedures chosen by a State to determine sanity, therefore, will depend upon an issue that this Court has never addressed: whether the Constitution places a substantive restriction on the State's power to take the life of an insane prisoner… Moreover, the Eighth Amendment's proscriptions are not limited to those practices condemned by the common law in 1789. *[omitted]*. Not bound by the sparing humanitarian concessions of our forebears, the Amendment also recognizes the "evolving standards of decency that mark the progress of a maturing society." *Trop v. Dulles,* 356 U. S. 86, 356 U. S. 101 (1958) (plurality opinion). In addition to considering the barbarous methods generally outlawed in the 18th century, therefore, this Court takes into account objective evidence of contemporary values before determining whether a particular punishment comports with the fundamental human dignity that the Amendment protects. *See Coker v. Georgia,* 433 U. S. 584, 433 U. S. 597 (1977) (plurality opinion)…Blackstone, Commentaries *24-*25 (hereinafter Blackstone). Blackstone explained: "[I]diots and lunatics are not chargeable for their own acts, if committed when under these incapacities: no, not even for treason itself. Also, if a man in his sound memory commits a capital offence, and before arraignment for it, he becomes mad, he ought not to be arraigned for it: because he is not able to plead to it with that advice and caution that he ought. And if, after he has pleaded, the prisoner becomes mad, he shall not be tried: for how can he make his defence? If, after he be tried and found guilty, he loses his senses before judgment, judgment shall not be pronounced; and if, after judgment, he becomes of nonsane memory, execution shall be stayed: for peradventure, says the humanity of the English law, had the prisoner been of sound memory, he might have alleged something in stay of judgment or execution." "[B]y intendment of Law, the execution of the offender is for example, . . . but so it is not when a mad man is executed, but should be a miserable

spectacle, both against Law, and of extreme inhumanity and cruelty, and can be no example to others."…" *Id.*

**149.** The Court continued: "Rather, consistent with the **heightened concern for fairness and accuracy that has characterized our review of the process requisite to the taking of a human life,** ***we believe that any procedure that precludes the prisoner or his counsel from presenting material relevant to his sanity (i.e. disability)*** or bars consideration of that material by the factfinder is necessarily inadequate…We recently had occasion ***to underscore the value to be derived from a factfinder's consideration*** of differing psychiatric opinions when resolving contested issues of mental state. In *Ake v. Oklahoma,* 470 U. S. 68 (1985), we recognized that, because "psychiatrists disagree widely and frequently on what constitutes mental illness [and] on the appropriate diagnosis to be attached to given behavior and symptoms," ***the factfinder must resolve differences in opinion*** within the psychiatric profession "**on the basis of the evidence** offered by each party" when a defendant's sanity is at issue in a criminal trial. *Id.* at 470 U. S. 81. The same holds true after conviction; **without any adversarial assistance** from the prisoner's representative -- especially when the psychiatric opinion he proffers is based on much more extensive evaluation than that of the state-appointed commission -- **the factfinder loses the substantial benefit of potentially probative information.** ***The result is a much greater likelihood of an erroneous decision…In no other circumstance of which we are aware is the vindication of a constitutional right entrusted to the unreviewable discretion of an administrative tribunal.." Id.***

**150.** T_h_e_ _C_o_u_r_t_ _c_o_n_t_i_n_u_e_d_:_ _"Yet the lodestar of any effort to devise a procedure must be the overriding dual imperative of providing redress for those with

substantial claims and of encouraging accuracy in the factfinding determination._ The stakes are high, and the "evidence" will always be imprecise. It is all the more important that the adversary presentation of relevant information be as unrestricted as possible. Also essential is that the manner of selecting and using the experts responsible for producing that "evidence" be conducive **to the formation of neutral, sound, and professional judgments** as to the prisoner's ability to comprehend the nature of the penalty. Fidelity to these principles is the solemn obligation of a civilized society. I**t is no less abhorrent today than it has been for centuries to exact in penance the life of one whose mental illness prevents him from comprehending the reasons for the penalty or its implications**."*Id.*

**151.** "In order to prove entrapment as a matter of law, there must be undisputed evidence that a government agent induced an otherwise innocent person to commit the alleged crime by trickery, persuasion, or fraud. "The controlling question on review is whether the defendant lack[ed] the predisposition to commit the act." *U.S. v. Citro*, 842 F.2d 1149 (9th Cir. 1988). *JAPLAN* necessarily involves trickery and fraud. Inducement would occur by someone's handlers completely directing the actions of conspirators in the scheme. Contributing factors and psychological phenomenon would diminish the mental capacity of PLAINTIFF. Then add PLAINTIFF'S autistic features, , it is a recipe for disaster and therefore meets the threshold required under at least *U.S. v. Citro*, 842 F.2d 1149 (9th Cir. 1988). As the Court in *United States v. Twigg*, 588 F.2d 373 (3d Cir. 1978) highlighted, without the government agent, the defendants in the case would not have known how to produce [it], and the assistance the defendants provided was minimal. Without DEFENDANTS' invasive surveillance techniques, sharing information with one another, and RICO Enterprise,

DEFENDANTS would not have been made aware of components and conditions necessary of formulating *JAPLAN* into existence. Period.

**152.** PLAINTIFF was offered no substantial due process rights.

**153.** PLAINTIFF doesn't understand what he did wrong **because he never did anything wrong directly to the United States Government**-- *it was always the other way around*. It was not logical, it was not moral, everything the United States Government did against PLAINTIFF was wrong. So there is a retributive value in an American PLAINTIFF sarcastically talking in the confines of his own home that demanded war crimes and torture to be undertaken against PLAINTIFF? There was "dignity" to the United States in executing PLAINTIFF when he never did anything direct to them? What the true fundamental nature of An Anchor and a Pitchfork is that it was an exacting of mindless vengeance against PLAINTIFF because he exercised his rights and was a liability to the United States, Chinese, Russian, British, government, PLAINTIFF'S parents, and the ROTHSCHILDS on their own unconstitutional doing

**154.** One day or on multiple occasions while PLAINTIFF and WARWICK ALLEN resided at 773 John Henry, WARWICK ALLEN brings up conversations about spying and foreign intelligence. WARWICK ALLEN asks what country PLAINTIFF would be a spy for? PLAINTIFF says: America. WARWICK ALLEN then asks what foreign country would you be a spy for? PLAINTIFF answers: CANADA. WARWICK ALLEN induces PLAINTIFF into answering a question in which WARWICK ALLEN poses something to the effect of: If you had to choose to be a spy for an adverse foreign country, who would you choose? PLAINTIFF first confirms that he would never choose to be a spy for a foreign country because he loves America and that PLAINTIFF would make a horrible spy because

PLAINTIFF wasn't that smart, PLAINTIFF was obvious, and PLAINTIFF was awkward. ***WARWICK ALLEN kept prodding*** and then PLAINTIFF completely understanding the hypothetical nature of the conversation in which WARWICK ALLEN and PLAINTIFF would just regularly shoot shit because it was 'itan' and Serbian and American-esque bullshit and it was entertaining conversation, PLAINTIFF said Serbia or Macedonia, and if not, then Russia because of the similar slavic nature in which Slavic blood runs deep seeing how Serbia and Russia were friendly.

**155.** In the Spring of 2015, PLAINTIFF wanted to explore the world further and was considering going to North Korea so PLAINTIFF could write about North Korean propaganda to demonstrate the importance of the First Amendment in the U.S *as a journalist*. PLAINTIFF was a journalist at this time having written an article on gay marriage for a gay magazine having submitted the article to JAMES GRADY, the editor of a gay magazine in NASHVILLE, when PLAINTIFF lived at 773 John Henry, Baton Rouge, LA.70820. If you went to North Korea's Wikipedia page, it doesn't mean that you're sympathizing with North Korea or by doing so you are doing it with any hostile intent against the United States. *Mere curiosity* of wanting to know what it is like in North Korea with North Korean propaganda to show the importance of the First Amendment is not a good basis of a search warrant utilizing the most intensive surveillance tools known to man. If PLAINTIFF would have bought a ticket to China to get to North Korea, fine by all means, go get that warrant to investigate and surveil PLAINTIFF because that means PLAINTIFF took substantial and meaningful steps to get to North Korea; but PLAINTIFF took no substantial and meaningful steps involving anything with North Korea besides maybe preliminary research.

**156.** At this time in Spring 2015, WARWICK ALLEN and PLAINTIFF talked about: the ROTHSCHILD family (which include: BARON DAVID RENE de ROTHSCHILD, LYNN FORESTER DE ROTHSCHILD, SIR EVELYN de ROTHSCHILD, JACOB ROTHSCHILD, E.L. ROTHSCHILD HOLDING COMPANY, and ROTHCHILD CONTINUATION HOLDINGS (i.e.the ROTHSCHILD Banking Empire). PLAINTIFF explained to WARWICK ALLEN how the ROTHSCHILDS were also RACKETEERS when they funded war through the centuries and presently and how war was a racket in explicit detail. Rich people understand when their money is at risk and will dispose of all potential liability corruptly through the courts and through politicians that suckle at their tits.

**157.** LYNN FORESTER de ROTHSCHILD was talked about and mentioned in the Clinton Emails that Wikileaks released so she was personally close to DEFENDANT HILLARY CLINTON. BARON DAVID RENE ROTHSCHILD is the head of the ROTHSCHILD family and banking empire. As PLAINTIFF will conclusively prove later, FBI, DHS, and CIA and/or unknown DEFENDANTS babbled on to HILLARY CLINTON about what PLAINTIFF and WARWICK ALLEN said about her and her corruption in the privacy of his home in SPRING 2015.

**158.** From 1993 to 1995, Lynn Forester de Rothschild served on President Bill Clinton's National Information Infrastructure Advisory Council. From 1998 to 2000, she served on the US Secretary of Energy's advisory committee. Rothschild has donated to all of Bill and Hillary Clinton's federal races since 1992. Although Rothschild was a major fund raiser for Hillary Clinton's 2008 presidential bid, she transferred her support to Republican candidate John McCain when Barack Obama beat Clinton, becoming a minor celebrity on cable television at the time for attacking Obama in a

**159.** *PLAINTIFF is just putting this in the realm of possibility that he wants to incorporate on the record, but is not necessarily an allegation against CHIEF JUSTICE JOHN ROBERTS. CHIEF JUSTICE JOHN ROBERTS, overseer of the FISA court, was allegedly invited to go to Japan by CHIEF JUSTICE ITSURO TERADA of the JAPANESE SUPREME COURT in March 2015 to talk about their love of "anime," "sushi," and how AMERICA made JAPAN their "equal counterpart" after WWII and not their complete bitch (joke, but there was an invitation sent). CHIEF JUSTICE JOHN ROBERTS graciously accepted the invitation to go to JAPAN in JULY 2015 after the work was done by March 27th, 2015. As stated before, WARWICK ALLEN and PLAINTIFF had First Amendment protected conversations in the privacy of PLAINTIFF'S own home that were leaked to DEFENDANTS that were recorded by DEFENDANTS that were utilized by the FISA Court in which CHIEF JUSTICE JOHN ROBERTS is the overseer of the FISA Court. These conversations were leaked in the course of an on-going investigation that violated DEFENDANT FBI Procedures. CHIEF JUSTICE JOHN ROBERTS was in JAPAN for more than one week after 07/07/2015. During his time in JAPAN, CHIEF JUSTICE JOHN ROBERTS furthered the conspiracy and the RICO Enterprise against PLAINTIFF.*

**160.** PLAINTIFF alleges that ANDREW MCCABE and PETER STRZOK having knowingly utilized perjured testimony and fabricated evidence in obtaining a warrant for PLAINTIFF because DEFENDANTS themselves burned down PLAINTIFF'S home and wanted to allege PLAINTIFF had done so for whatever reason. So having fraudulently induced the court, JOHN O. BRENNAN, ANDREW MCCABE, and PETER STRZOK utilized the Rachael Sanders wooing joke from *Whoopsie when they had PLAINTIFF under surveillance in which they fundamentally knew that PLAINTIFF had never been to Russia or worked on behalf of Russia* and then ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, and JEH JOHSON completely omitted the complete context of the conversation later on to the Courts.

Then WARWICK ALLEN prodded PLAINTIFF further and somehow the conversation ended up going to a place where PLAINTIFF talked about "LEROY was here" in WWII with American and Allied soldiers in which if Russia wanted to replicate something like that, they would need an easy symbol to draw in which PLAINTIFF gave the example of 'Z.' Somehow, later on, in the war in Ukraine, some letter 'Z's ended being on russian tanks in which PLAINTIFF read a news article and that made PLAINTIFF remember and that freaked out PLAINTIFF. Remember, this is 2015, PLAINTIFF also talked about how if Ukraine wanted to send a propaganda message to Russia--in which PLAINTIFF talked about the stereotypical nature of Serbs and Russians loving sunflower seeds—if Russia decided to invade Ukraine, they would tell a story about an Ukrainian woman telling a Russian soldier about killing the Russian soldier in which the Russian soldier would be buried with sunflower seeds and sunflowers would sprout from his grave. PLAINTIFF said that in 2015. Again, it is this material context and omission by American INTEL that kept causing the fucking problems

**161.** All PLAINTIFF had been doing with his life in the Fall of 2014, Winter Late 2014/Early 2015, and Spring 2015 ***was completely minding his own business*** by going to school, studying, eating, sleeping, trying to have a girlfriend and failing at that miserably, and trying to have some life and progress to PLAINTIFF'S goal of being a constitutional and disability lawyer. Next, PLAINTIFF believed at the time that *PLAINTIFF was a nobody and was a loser* because of how damaging SEWANEE era had been to PLAINTIFF and had not been fully socially accepted by his peers at LSU Law despite trying to do things like creating a monthly bbq sessions with students in his section at law school. PLAINTIFF truly believed that PLAINTIFF was *that inconsequential to the DC ELITE* since PLAINTIFF believed he

was of no legal or political importance to anyone in Washington D.C and could not influence anyone in Washington D.C or the DC Elite because PLAINTIFF did not have the power or money to do so. Most importantly PLAINTIFF would not actually protest outside the home of SUPREME COURT Justices and, one day, PLAINTIFF made a joke based on the absurdity of the facts contained in the joke. DOJ/MERRICK GARLAND referenced this joke to Congress in 2024. Making stupid jokes about North Korea in which PLAINTIFF was thinking about visiting to conduct 1st Amendment protected activity and writing a piece about North Korean propaganda, PLAINTIFF had no manifest intention on ever acting on a bunch of the things WARWICK and PLAINTIFF talked about.

**162.** PLAINTIFF, while residing at 773 John Henry, was a blue-collar, libertarian, making it and living semester to semester during his entire time in law school in which PLAINTIFF would be kicked out at any second (it is not that PLAINTIFF couldn't pass academically and grasp and comprehend the material without the proper help; but PLAINTIFF would be kicked out because of financial aid or administrative issues), a Constitutional Christian Comic, PLAINTIFF trusted people too easily and had a deep skepticism of those in power, PLAINTIFF wanted to explore, learn about anything and everything that interested him, live life, and understand the entirety of the world, and finally, a disabled autistic man that overcame it all through the years. Most importantly, PLAINTIFF was still lonely. Even more so than at SEWANEE. PLAINTIFF had, what he understood at the time, to be love interests, and PLAINTIFF'S friends in SEWANEE were close by.

**163.** One thing, PLAINTIFF believes that he discussed *JAPLAN* with WARWICK ALLEN *BEFORE* the following incident with BRIANA DRESCHER: BRIANA (BRI) DRESCHER and PLAINTIFF were friends from the very beginning of law school. How we met was the

fact that PLAINTIFF was wearing a "BFM" shirt and BRI made a comment on my shirt during orientation in August 2013 during PLAINTIFF's first 1L year, and from that moment on, we became instant friends. BRI was romantically involved with her now husband at the time when we met and they had been together for a long time prior to that. BRI and PLAINTIFF developed a deep friendship until something happened in March 2015. BRI and PLAINTIFF went to Twin Peaks and then there was something very different about that night. Through the course of the night and talking late into the night, the connection we had changed from being friends to lovers. We talked about everything. PLAINTIFF admitted to part of *Financial Terrorism* story because PLAINTIFF felt comfortable with her and it was beyond the statute of limitations. PLAINTIFF had driven that night so PLAINTIFF at most had either 2 or 3 beers like PLAINTIFF normally does and BRI had the same amount. PLAINTIFF believes there were times prior to this incident and afterwards in which BRI had consumed alcohol, wasn't legally intoxicated, and drove home from the restaurant or bars afterwards. Yes, there was some alcohol involved in this incident, but neither BRI nor PLAINTIFF drank to the point where it would have been an issue. BRI drove to Twin Peaks that night where we would just end up meeting at Twin Peaks. What PLAINTIFF most definitely remembers was that PLAINTIFF and BRI stayed at Twin Peaks for more than two hours in which BRI and PLAINTIFF were some of the very last people to leave because of the conversation between us just flowed so smoothly and BRI and PLAINTIFF both lost the track of time. Even through the dinner we did things that a couple would do that BRI and PLAINTIFF have never done before such as BRI wanting to share food with PLAINTIFF and trying to feed PLAINTIFF with her food and that was one of the most romantic things a woman did for PLAINTIFF up to that time. What PLAINTIFF distinctly recalls as BRI and

PLAINTIFF were leaving that night was that BRI said that she wanted to go back to PLAINTIFF'S place with PLAINTIFF in his car. BRI could have driven herself home from Twin Peaks that night because she wasn't legally intoxicated, **but she did not**. She decided to come to back home with PLAINTIFF that night and leave her car at Twin Peaks. So BRI and PLAINTIFF drove back to PLAINTIFF'S place, entered through the kitchen, and then went to my bedroom. PLAINTIFF doesn't remember what PLAINTIFF was showing her in his bedroom, but BRI and PLAINTIFF got really close to one another. BRI looked at PLAINTIFF and PLAINTIFF looked at her and her body language was one that she really wanted to kiss— eyes staring directly into mine, chest pushed up and towards me taking slow and deep breaths, and mouth slightly open. Now before PLAINTIFF says anything further, BRI is hot. BRI modeled prior to law school, has large breasts that PLAINTIFF most definitely wanted to motor boat in, blonde hair, blue eyes, would be considered extremely attractive to everyone. PLAINTIFF wanted to go with her, do things with her, and make sounds in the process like complete romantic savages. BUT PLAINTIFF started to lean in to kiss BRI, but then PLAINTIFF stopped. PLAINTIFF stopped primarily for the reason that PLAINTIFF thought about the relationship she had with her boyfriend at the time and PLAINTIFF didn't want to ruin their relationship for a one-time mistake on her part. It became really awkward after PLAINTIFF stopped and then PLAINTIFF said do you want me to take you back home and she said yes. PLAINTIFF drove her back home. Our friendship became really strained after that night. It was one of the last times within the last 9 years PLAINTIFF felt anything romantic in his heart. Then PLAINTIFF remembers in December 2016 PLAINTIFF texted her and told her PLAINTIFF was leaving Louisiana and that PLAINTIFF had no idea when PLAINTIFF would ever see her again, and wanted to see

if she wanted to talk before PLAINTIFF left the state. She said yes and had agreed to meet me at Starbucks. But she made up some excuse and blew me off. Sometimes PLAINTIFF wonders if he was texting BRI that day in December where it could have been someone that took over BRI's phone and posed as her. PLAINTIFF was not invited to Bri's wedding that took place in 2017. BRI is now a mother. Please leave BRI alone and PLAINTIFF only included her as a DEFENDANT because there was a possibility that she was a snitch for the US Government or worked for the US Government and they heard details of JAPLAN and wanted to break PLAINTIFF'S heart right before he left. Like PLAINTIFF said, the last time PLAINTIFF felt that deep of a connection with a woman was on that night in March 2015. **PLAINTIFF was even more heart broken than before after Mid-March 2015.**

**164.** To prove the previous paragraph's assertion of meteor showers being important to Christians, Emperor Constantine-- on October 27th, 312 A.D-- who made Christianity legal in the Roman Empire. The following from Amusing Planet that describes why it was important: "Eusebius, one of the Christian Church's early historians, describes a vision that Constantine had while marching towards the site of the battle: *...while he was thus praying with fervent entreaty, a most marvelous sign appeared to him from heaven, the account of which it might have been hard to believe had it been related by any other person. ...about noon, when the day was already beginning to decline, he saw with his own eyes the trophy of a cross of light in the heavens, above the Sun, and bearing the inscription 'conquer by this'. At this sight he himself was struck with amazement, and his whole army also, which followed him on this expedition, and witnessed the miracle.* At first Constantine was unsure of the meaning of the apparition, but the following night he had a dream in which Christ explained to him that he should use the sign against his enemies. Constantine then commanded his

troops to adorn their shields with the Christian symbol, the Chi-Rho, which he had seen in the skies. Constantine's army won the battle, and the new emperor dedicated the victory to Christ whom he believed had helped him." So without a meteor shower, no Christianity. *See also*: Battle of Milvian Bridge.

**165.** PLAINTIFF prayed to the God during the meteor shower of April 2015 to find the love of his life soon and for her to be completely faithful and for us to be in a happy marriage. No open marriage, no cucking, or anything like that--No marrying someone or something under any circumstances that PLAINTIFF would find completely disgusting. SIR EVELYN de ROTHSCHILD, RUSSIA via GRU & FSB and their proxies, LYNN FORESTER de ROTHSCHILD, HILLARY CLINTON, BILL CLINTON, JAMES COMEY, LORETTA LYNCH, ERIC HOLDER, certain members of SCOTUS, knew all of this. Marriage was one *of the major and only hopes* PLAINTIFF had to look forward to in his miserable life up to that point of time and looked forward to it so much *because* ***if PLAINTIFF'S family wouldn't love PLAINTIFF for himself, then at least his future wife would; and PLAINTIFF just wanted that so badly***. Furthermore, PLAINTIFF wanted to be married inside an Orthodox Church or All Saints Chapel as marriage is extremely important in the Orthodox Christian faith. It would deeply offend PLAINTIFF beyond belief to be married to anyone if PLAINTIFF did not get married inside a church. Period. Does this sound like terrorist or counter-espionage related activity to you? NO! Did PLAINTIFF write that PLAINTIFF would shout out loud Allahu Akbar and screaming about infidels in a public place in my future marriage proposal? No, no PLAINTIFF did not. Again, nothing criminal or terrorist like.

**166.** So after being completely heart broken by BRI DRESCHER, one of the documents DEFENDANTS did have by having conducted an illegal search on PLAINTIFF'S laptop in violation 18 U.S.C. §1961 Section 1029 was that PLAINTIFF made a document in April 2015 which PLAINTIFF noted that he had wished upon a huge meteor shower having taken place in April 2015 that PLAINTIFF would soon find PLAINTIFF'S wife (the love of PLAINTIFF'S life); and if not, if PLAINTIFF could marry Kristina Khomova or Vera Pochtarev. Without a meteor shower, Christianity as we know it may not have existed and is extremely important to Christians.

**167.** As Chief Justice Hughes wrote in *Stromberg v. California*, 283 U.S. 359 (1931), "The maintenance of the opportunity for free political discussion to the end that government may be responsive to the will of the people and that changes may be obtained by lawful means, an opportunity essential to the security of the Republic, is a fundamental principle of our constitutional system. A statute which upon its face, and as authoritatively construed, is so vague and indefinite as to permit the punishment of the fair use of this opportunity is repugnant to the guaranty of liberty contained in the Fourteenth Amendment. . . ." The United States Government was absolutely not responsive to the will of the People (that includes PLAINTIFF) and that changes of non-corruption can be obtained by having DEFENDANTS follow the law and not be corrupt. These discussions, quite frankly, were essential to the security of the Republic. PLAINTIFF would be punished for these talks and it was completely repugnant to the guaranty of liberty and DEFENDANTS would absolutely not use these conversations fairly.

**168.** First, as previously explained in MID-YEAR: The FBI started their whole entire investigation into PLAINTIFF on the basis of PLAINTIFF'S writing disability issues that

stem from PLAINTIFF'S autism in 2008 and chose that specific incident to characterize PLAINTIFF on the basis of his disability. PLAINTIFF is kind of jumping ahead here, but it is vital to know and is introducing the Court to the issues that will come up: PETER STRZOK sent a message to LISA PAIGE and JR on 02/05/2016 at 8:02am: "Lisa—you were right, I was wrong (first time for everything), you're good. Andy, however needs [ME] (as does Bill P). I will take care of Bill—would you or someone on DD staff handle paperwork for Andy? Looking to get a bulk read-in done next week; to the extent Andy wants to join, I will let you know the time. I suspect he(/you) may need other compartments as well, so it might make sense to do his separately en masse (that's French for "all at once"…I'm not just a leader, I'm an educator)." 'Bulk read in' is DEFENDANTS, the FBI, getting Bulk Meta-Data collection from Section 702 or Section 215 to circumvent PLAINTIFF'S Constitutional Rights. (ME) can mean one of two things, 1st, it could be a self-reference by PETER STRZOK, but based on the date of the message and content of the sentence and the circumstances that occurred after Summer 2015, ME is referring to Midyear Exam (which is PLAINTIFF: See: MIDYEAR EXAM) as ME is an abbreviation of Midyear Exam and DEFENDANTS need to prosecute PLAINTIFF because ANDREW MCCABE needed to prosecute me on behalf of the CLINTONS as per their fundraiser stipulation on 06/26/2015. Most importantly in that message, DD can mean one of two things: 1st, DD is an abbreviation that could refer to Deputy Director (as that was ANDREW MCCABE'S position), but as PLAINTIFF is arguing based on the context, it is also an abbreviation for—developmental delays (which PLAINTIFF had from his childhood) in which DEFENDANTS had included documentation about PLAINTIFF'S developmental delays to his school in (See: Second Chance) that DEFENDANTS had access to, possessed, and utilized adversely

against PLAINTIFF via the USA PATRIOT ACT and “didn’t” need a warrant to obtain that information. The context of the statement proves such: the statement is “would you or someone on DD staff handle paperwork for Andy.” People who work under Deputy Director ANDREW MCCABE already know they are staff members of the Deputy Director and that they handle paperwork for the Deputy Director—there’s no need to repeat that fact. This phrasing also means that ANDREW MCCABE needs to keep some plausible distance from PLAINTIFF to ANDREW MCCABE and have different staff members deal with paperwork that involves PLAINTIFF to whatever ANDREW MCCABE is directing his staff to do against PLAINTIFF’S Constitutional and legal interests. This is further supported in the text as PETER STRZOK himself notes the distance litmus test: “to the extent that ANDY (ANDREW MCCABE) wants to join” because of what happened in 06/26/2015. The FBI were literally referring to PLAINTIFF on the basis of his disability as ‘DD’ and the agents and case handlers in the FBI that were working against PLAINTIFF’S interests were on the DD staff that concerned PLAINTIFF. In the previous message on 02/05/2016 at 8:02am, by “taking care of BILL,” PLAINTIFF is alleging that DEFENDANTS are taking care of BILL CLINTON and covering up for him after what BILL CLINTON did on March 17th, 2015 and thereafter. This is extremely plausible because there is a reference to two different BILLS where you can separate them as being distinct individuals: BILL P is individual 1 and BILL is individual 2. BILL CLINTON is BILL INDIVIDUAL 2 above. You may be thinking, that was a bit of stretch in which certain individuals in the FBI refer to you on the basis of your disability, and PLAINTIFF says to you, it is not.

**169.** PETER STRZOK admits behind closed door testimony to Congress in 2018 that DEFENDANTS in the FBI (ANDREW MCCABE, PETER STRZOK, ROBERT MUELLER, LISA PAGE, JAMES COMEY, et al. )routinely and systematically--without any form accountability or a single pause to reflect that their actions were that demonstrably unconstitutional and illegal under at least Section 504—referred to PLAINTIFF on the basis

> Q So, to be clear, it sounds like the term "special," either in an older FBI, and maybe the term has just carried over, it meant how something administratively was done with the case, not the subject matter of the case.
>
> A Both. I mean, typically, I think it was an administrative process, but there was also a recognition that, you know, if there was

> So I saw that as immediately appropriately addressed, and I continued then to look at the wide range of responsibilities I had, one which was -- is truly significant, the Russia investigations, but there are any number of other espionage cases or counterintelligence matters that were going on at the same time.

of his disability since 2008. *See: Screenshot above.* The SUBJECT MATTER OF THE CASE (i.e. the person of the investigation or case) is "SPECIAL" which refers to PLAINTIFF being a former special education student as the word "Special" is commonly associated with "Special Education" students and disabled individuals, particularly those who are on the autism spectrum and/or have an intellectual disability. Like PETER STRZOK said: "THERE WAS ALSO A RECOGNITION" in regards to using certain terms that related to PLAINTIFF'S disability that identified PLAINTIFF. Like PLAINTIFF doesn't mind if DEFENDANTS, friends, or anyone for that matter jokingly and lovingly called me a Crazy Cripple, Terrorist Al-Derp-e-Dur, Downie the Bear, etc. PLAINTIFF understands that it is joking and comes from a place of good intent and will and makes light of the situation that

PLAINTIFF was in special ed, factual circumstances, and that PLAINTIFF is being accepted anyway even though he was a special ed student. However PLAINTIFF objectively and factually recognizes how there was no good-will on part of DEFENDANTS that spanned over the years through an unbelievable amount of times and references that prejudiced PLAINTIFF.

**170.** PETER STRZOK, ANDREW MCCABE, LISA PAGE, and other DEFENDANTS never saw PLAINTIFF for who PLAINTIFF was because all PLAINTIFF was to them was just something that was completely outside of my control that PLAINTIFF was born with and spent his whole life fixing and trying to fix. Some of the different keywords that, in certain contexts, serve as an identifier for PLAINTIFF, that all relate to his legally protected disability status are: "other," "DD," "simple," and "Special."

**171.** *Yamaha Motor Corp v. Riney, 21 F.3d 793 (8th Cir. 1994) stands for the proposition that ANDREW MCCABE, LISA PAGE, PETER STRZOK, JAMES COMEY, should have been disqualified from the very beginning and it is clear that their decision-making processes was drenched, covered, and smothered in actual bias and prejudice that objective reasonableness was an impossibility and a non-existent reality whenever they submitted anything to the Court or to the FISA Court.*

**172.** FBI and DOJ had substantial bias during this time in 2015 when it came to American citizens with disabilities. FBI's 2015 DIOG. Section 504 prohibits federal employees from discriminating against individuals with disabilities--that has been law of the land since 1973; the Americans with Disabilities Act became law of the land in 1990. Do you see Disability in any of the following text from Section 4.3 Equal Protection Under the Law in DIOG 2015: "Specifically, federal government employees are prohibited from engaging in invidious

discrimination against individuals on the basis of race, ethnicity, gender, national origin, religion, sexual orientation, or gender identity. This principle is further reflected and implemented for federal law enforcement in the United States Department of Justice's Guidance for Federal Law Enforcement Agencies Regarding the Use of Race, Ethnicity, Gender, National Origin, Religion, Sexual Orientation, or Gender Identity (hereinafter "DOJ's 2014 Guidance on Use of Race, etc."). Investigative and intelligence collection activities must not be based solely on race, ethnicity, gender, national origin, religion, sexual orientation, or gender identity. Any such activities that are based solely on such considerations are invidious by definition, and therefore, unconstitutional. This standard applies to all investigative and collection activity, including collecting and retaining information, opening investigations, disseminating information, and indicting and prosecuting defendants. It is applicable to the retention and dissemination of personally identifying information about an individual—as further illustrated in the examples enumerated below." "In order to rely on a listed characteristic, federal law enforcement or task officers must also reasonably believe that the law enforcement, security, or intelligence activity to be undertaken is merited under the totality of the circumstances, such as any temporal exigency and the nature of any potential harm to be averted." Id. If I'm not mistaken, gender identity issues were ruled to be protected AFTER Congress and SCOTUS created and ruled on multiple disability laws and cases since at least 1973, but FBI did not care about it enough to include it. If PLAINTIFF would have been a cross dressing tranny, he would have got their protection but not as a disabled individual. Even then, there were pictures of PLAINTIFF having crossed dressed and even then that wasn't even good enough. Shows you DEFENDANTS' priorities by completely omitting disability from equal

protection law section. JAPLAN is on the basis of his autism is based solely on his autism and doing JAPLAN is invidious by definition; and therefore, unconstitutional.

**173.** there's no way that the DOJ and FBI in FBI's 2015 DIOG were that completely oblivious at the time when it came to disability issues, which would necessarily include behavior seeing how a myriad of disabilities are cognitive and behavior based, under the Equal Treatment Under the Law Section? WRONG. Section 4.3.3.2.3 specifically talks about "General Ethnic/Racial Behavior," Section 4.3.3.2.4 specifically talks about "Specific and Relevant Ethnic Behavior," and Section 4.3.3.2.5 specifically talks about "Ethnic Behavior." PLAINTIFF doesn't suppose these aforementioned sections specifically talk about some organization having "specific behavioral characteristics" and then effectively allows the Agent to analyze based on whether or not someone has specific behavioral characteristics or not that would classify them as having a certain attribute? There is! Not even once do these sections talk about disabilities, do they? CORRECT. This is just a piece of the puzzle and not an entire reflection about the FBI at the time.

**174.** *Something compelled the FBI and DOJ to suddenly change their*

**175.** *DIOG (Domestic Investigations and Operations Guide) in November 2015*[477] *(after PLAINTIFF came back from Japan in July 2015) and was published in March 2016. What was the purpose of the revision? According to James Comey, it was "to better equip [the FBI] to protect the people of the United States against crime and threats to the national security and to collect foreign intelligence." So DEFENDANTAS could falsely label PLAINTIFF a threat for national security purposes prior to Japan 2015 after being subject to acts of international and domestic terrorism committed by DEFENDANTS and then they could collect foreign intelligence while PLAINTIFF was in Japan…Was there something that*

*was intentionally and deliberately underlined and italicized to emphasize the importance of it in this DIOG? Yes. Original emphasis on the DEFENDANT FBI: "Finally for national security and foreign intelligence investigations, FBI investigative activities will continue to be processed as set forth in the classified Memorandum of Understanding Concerning Overseas and Domestic Activities of the Central Intelligence Agency and the Federal Bureau of Investigation (2005)."*[478] *There is that cooperation agreement between CIA and FBI; and so for all intents and purposes, they are one and of the same in Summer 2015.*

**176.** PLAINTIFF'S Soul is PLAINTIFF'S and God's Property. This is especially true as a Constitutional issue, religious freedom issue, and RICO issue. Whether it is under the Geneva Convention or far too many numerous SCOTUS decisions to list, the law has conclusively determined that there is a legal basis of a soul or spirit (if one commits a war crimes, torture, RFRA violations, etc, it is on the basis of their religion, most religions have their religion based on an individual's soul as it relates to God). 18 USC 247 specifically made it a crime to destroy religious property. So PLAINTIFF is combining both that there is a legal property right in one's soul and that the government intentionally doing things that violates one's soul is a taking.

**177.** Suppose DEFENDANTS in the DEA, FBI, CIA, NSA, falsely alleged PLAINTIFF was hostile against the US and that DEFENDANTS had the "proper" legal authority to install software in PLAINTIFF'S laptop (as per ANDREW MCCABE'S admissions made in his book), there should have been evidence of my alleged hostility on my laptop or personality red flags that would require further investigation. No, the only thing they would have found is only adult porn (in which there was no porn that degraded women, that involved BDSM, that involved ropes and tying, that was extremely hard-core); there did not find any animal

crush videos or any evidence of mutilating animals or people or anything that harmed individuals; DEFENDANTS found normal Hollywood movies, a music collection that consisted mostly of classical, country, and pop music, school related documents, class notes, cases, etc. Pretty much exactly everything and anything you would expect to find on a normal male American law school student's laptop. DEFENDANTS can confirm their search did not yield PLAINTIFF visiting any extremist or terrorist websites (DEFENDANTS had my browsing history and google search history via Chrome), PLAINTIFF posted no extremist views anywhere on social media in which PLAINTIFF posted on Reddit to help people and occasionally posted on Facebook to let people know what was going on in his life and messages on Facebook from time to time, PLAINTIFF did not write nor had any documents that had extremist views written on any documents; PLAINTIFF had no extremist or terrorism documents in his laptop; PLAINTIFF had no documents that expressed any hostility against anyone and anyone in the United States Government; there was absolutely nothing that would be remotely indicative of being plausibly construed in any way or sense or form that expressed any hostility towards the United States or anyone else or that was not constitutionally protected that would constitute or warrant the counterterrorism division or heads of the FBI and CIA to be so interested in PLAINTIFF. Period.

**178.** The previous paragraph is confirmed to be true with the following circumstantial evidence: Here are some of the following things or topics PLAINTIFF searched on Youtube to watch during the entire time he was both in Japan and living at 773 John Henry in which PLAINTIFF did not omit anything that would prove his contention that he did not watch violent videos, terrorist videos, extremist videos, etc.: Yodeling, Spiegel Im Spiegel, Cool Runnings, stand-up comedy, memes, Milo & Otis, Love by Kid Cudi (PLAINTIFF'S favorite

non-classical song at that time), chimp on a segway, air crash investigations, Japanese tv shows, 1st Amendment, law, people v larry flynt supreme court, avionu slomicu ti krila, SNL colonel angus.

**179.** For all intents and purposes, PLAINTIFF was a journalist in Fall 2014 and Spring 2015 because he wrote an article as a contributor to a LGBT magazine.

**180.** If any competent officer from the FBI, NSA, CIA, et al doing an investigation about PLAINTIFF and would have talked to CHERRY-ROBERTS MATHERNE, *an interrogator of terrorists overseas during the Gulf War who PLAINTIFF thought was a good friend but could have been working completely against me*, if PLAINTIFF had done or said anything remotely conceivable as hostile to the United States in the two years of having known each other in the Spring of 2015, and if she was being truthful, she would have told the Court and them: ***NO***. *Texts between CHERRY ROBERTS-MATHERNE and PLAINTIFF would have proven that to be true.* These wonderful pieces of exculpatory evidence were omitted.

**181.** PLAINTIFF has to make a confession about assigning culpability for *JAPLAN*. The fact of the matter is, that after PLAINTIFF'S subsequent investigation and re-evaluation of his life, the following: there are people who are completely obsessed with PLAINTIFF for God knows what reason, but being sadistic, refuse to have a relationship or meaningfully interact with PLAINTIFF or help PLAINTIFF when he needed them to help him the most. The fundamental problem PLAINTIFF faces in this case is the following: PLAINTIFF is interacting with the most sophisticated manipulators and psychopaths in the world as an autistic man. These individuals in intelligence and politics, regardless of whether it is the United States, Russia, China, etc., they all know how to perfectly frame someone or cause someone to conclude something completely different based on the same facts. PLAINTIFF

provides the strongest warning possible that this is an unstable situation and not to prejudge it in which the only reason why PLAINTIFF is not assigning liability is because he knows he is being manipulated and tampered with electronically by unknown DEFENDANTS. PLAINTIFF begs his readers not to use this case to hate any DEFENDANTS. They can be forgiven. PLAINTIFF figuratively explains it this way; on one hand, you have ROTHSCHILDS, CLINTONS, ISRAEL, INDIA, JAPAN, QATAR, the UNITED KINGDOM, the US, and on the second hand, you have CHINA, IRAN, RUSSIA, and INDIA. India is on both sides because that is where a lot economic growth is going to happen and both hands want in. The first hand can completely frame the second hand, and the second hand can completely frame the first hand based on the nature of the people PLAINTIFF is trying to hold liable. Honestly, PLAINTIFF can prove and hold both hands being liable at a 51% level of the preponderance of the evidence standard, but this is not a criminal case where there is reasonable doubt. Doubt can be had at 51%. PLAINTIFF'S argument is this: if the first hand didn't look so guilty and wasn't guilty of doing things that occurred before that caused the situation to escalate as high and much as it did, then the second hand couldn't have been able to frame the first hand in the first place. PLAINTIFF is holding both hands liable where both hands can be pissed off at PLAINTIFF but not start war with each other over PLAINTIFF directly assigning blame to one side. They're probably going to cause war with each other, but PLAINTIFF is doing everything he can for it not to be over him.

**182.** One day at 773 John Henry, the kitchen sink is backing up and not draining. PLAINTIFF calls landlord Arthur to fix it. Arthur gets a plumber who then determines the cost of the repair is going to be quite extensive. The plumbing issue and fixing the kitchen sink are repairs that can be called ***a home repair***—HILLARY CLINTON will directly allude to this

in a speech she made on 06/26/2015. If PLAINTIFF recalls correctly, PLAINTIFF told landlord Arthur that it would be prudent file a claim with his homeowner's insurance. PLAINTIFF texts these messages to landlord Arthur and DEFENDANTS have a copy of the exculpatory evidence it contains in which DEFENDANTS intentionally ignored it. Landlord Arthur then complains it is going to raise his rates. DEFENDANTS have now found a false justification and connect to--yet again against their better reasonable judgment--try to falsely connect PLAINTIFF to PLAINTIFF'S house having burned down in May 2010 to connect PLAINTIFF with insurance fraud. As previously stated, PLAINTIFF never committed insurance fraud nor did PLAINTIFF burn down his own home as his cat, Sparky, was far more valuable to PLAINTIFF than any monetary gain that could ever be obtained through burning down the home and DEFENDANTS falsely allege that PLAINTIFF is telling landlord Arthur to commit insurance fraud when PLAINTIFF never told him to commit insurance fraud in the first place. PLAINTIFF wishes he could tell the Court more; but there is probably something with the situation that PLAINTIFF adequately can't remember because it was that non-consequential to PLAINTIFF'S mind at the time because **PLAINTIFF was telling landlord Arthur the truth that he should do things legally and that he should bite the cost on the increase in insurance rates going up due to the necessary repairs.** ANDREW MCCABE and DEFENDANTS OMIT this information the Court in order to obtain a warrant allowing them to bug PLAINTIFF'S house unconstitutionally.

**183.** PLAINTIFF doesn't necessarily have to rely on a proposition of law when he says: it should be so obvious when an American autistic PLAINTIFF who is legally a slave-- that for months in two appellate circuits and two district courts, has been screaming on paper about

the lack of medical care, enslavement, lack of financial resources, and who attested to losing cognitive capacity and capability due to trauma, and how DEFENDANTS are maliciously exploiting that deprive PLAINTIFF of life, liberty, and pursuit of happiness via a RICO Enterprise, etc.-- there is a heightened care that should be paid attention to that individual in Court because that individual is at risk of serious and substantial abuses of law that will unjustly enrich DEFENDANTS, prolong PLAINTIFF'S slavery and abuse, and allow for the complete tyrannical denial of Due Process..

**184.** Genuinely, in Spring 2015, PLAINTIFF was hungry for Chicago Beef and Hot Dogs from PORTILLOS, which PLAINTIFF ABSOLUTELY LOVES, because PLAINTIFF is a voracious meat eater in which local restaurants in BATON ROUGE between 2013-2015 could not satisfy that carnivorous meat demands. So PLAINTIFF talked to HANK R, who attended LSU Law with PLAINTIFF, was from a suburb of CHICAGO as well, and who was coincidentally PLAINTIFF'S next door neighbor at 773 JOHN HENRY (which DoD, FBI, DHS, and CIA all have recordings of or did at one time or another) in which PLAINTIFF talked to HANK about shipping in from Chicago a box of PORTILLOS Delicious BEEF Hamburger Patties and Hot Dogs.

**185.** PLAINTIFF believes that JOHN PODESTA, TONY PODESTA, HILLARY CLINTON, JAMES COMEY, JEH JOHNSON, ANDREW MCCABE, and other unknown DEFENDANTS in FBI, CIA, DoD, NSA, DEA, INDIAN INTEL, FSB/GRU, MSS et al. had knowledge of such a conversation, intentionally misconstrued that conversation between HANK and PLAINTIFF in order to further the plans of the conspiracy against PLAINTIFF with *JAPLAN* and perpetuate the aims of the RICO Enterprise against PLAINTIFF, would use it to falsely convict PLAINTIFF, in which aforementioned DEFENDANTS conspired to

do these things over the wires via phone calls, texts, and emails that amounted to violations of 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d).

**186.** LYNN FORESTER de ROTHSCHILD is a partner or owner of E.L. Rothschild LP.

**187.** E.L. Rothschild LP is subject to disgorgement under 18 USC 1963.

**188.** PLAINTIFF alleges that during LYNN FORESTER De ROTHSCHILD and BILL CLINTON'S trip, on PLAINTIFF'S birthday in 2015, April 28th, 2015, "On their nine-day trip to Africa, Bill and Chelsea Clinton are traveling with 20 wealthy donors and foundation supporters, a group that includes fundraisers for Hillary Clinton's presidential bid and others *who are expected to give generously to her campaign*."[17] Part of JAPLAN'S purpose was to XX

**189.** On 04/28/2015, PLAINTIFF'S 27th Birthday, the White House held a dinner for the Japanese people honoring The Estate of Shinzo Abe (hereon: *Japanese Conspiracy Dinner*).

**190.** *United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,*589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]." U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988).

---

[17] https://www.politico.com/story/2015/04/bill-clintons-africa-entourage-117445 (last checked. August 13th, 2024).

*United States v. Bower,* 575 F.2d 499 (5th Cir.): "The government's provision of aid, incentive, and opportunity to commit the crime does not amount to entrapment unless it appears that the "defendant has done that which he would never have done were it not for the inducement of Government operatives." "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268 (D. Md. 1990).

**191.** Every facet of "*Japlan"* was thoroughly talked about in which DEFENDANTS at the White House attending a State Dinner for Japan conspired against PLAINTIFF on his upcoming trip to Japan in May 2015

**192.** This is who attended the *Japanese Conspiracy Dinner*. What really enrages PLAINTIFF is the following: Numerous guests have been afforded the title of "Honorable" in which these assholes are the least deserving of that title—cruel irony. When society collapses, these well-to-do privileged people in power give themselves these lavish titles without knowing what Honor means because they never lived it on a daily basis while in Washington D.C.

a. BARACK OBAMA & MICHELLE OBAMA.
b. HIS EXCELLENCY SHINZO ABE, PRIME MINISTER OF JAPAN and MRS. AKIE ABE
c. The following Governors: The Honorable Gary Herbert, Governor of Utah, Salt Lake City, UT and The Honorable David Ige, Governor of Hawaii, Honolulu, HI.
d. His Excellency Fumio Kishida, Minister for Foreign Affairs of Japan
e. MASATSUGU ASAKAWA

f. CAROLINE ATKINSON, Deputy Assistant to the President and Deputy National Security Advisor, National Security Council, Washington, DC

g. GEOFFREY BOYD LAMB, Washington, DC

h. JOSEPH BIDEN & Dr. JILL BIDEN

i. Ambassador Kenichiro Sasae, Japanese Ambassador to the United States, Washington, DC

j. Honorable AMBASSADOR WILLIAM BROWNFIELD

k. AMBASSADOR KRISTIE KENNEY, Career Ambassador, United States Foreign Service, Washington, DC

l. The Honorable CAROLINE KENNEDY, U.S. Ambassador to Japan

m. The Honorable JOHN KERRY, Secretary of State, U.S. Department of State.

n. The following members of Congress: The Honorable Earl Blumenauer, U.S. Representative (Oregon), Washington, DC; The Honorable Suzanne Bonamici, U.S. Representative (Oregon), Washington, DC; The Honorable Tom Carper, U.S. Senator (Delaware), Washington, DC; The Honorable Tom Daschle, Former U.S. Senate Majority Leader, Washington, DC; The Honorable Diana DeGette, U.S. Representative (Colorado), Washington, DC; The Honorable ORRIN HATCH, President Pro Tempore, U.S. Senate (Utah), Washington, DC; The Honorable Mazie Hirono, U.S. Senator (Hawaii), Washington, DC; The Honorable Ron Kind, U.S. Representative (Wisconsin), Washington, DC; The Honorable Doris Matsui, U.S. Representative (California), The Honorable **Kevin**

**McCarthy**, Majority Leader, U.S. House of Representatives (California), The Honorable Gregory Meeks, U.S. Representative (New York), The Honorable **Nancy Pelosi,** Democratic Leader, U.S. House of Representatives (California), The Honorable Paul Ryan, U.S. Representative (Wisconsin), The Honorable Ron Wyden, U.S. Senator (Oregon),

  **i.** CONGRESS WAS ABSOLUTELY IN ON *JAPLAN*. Period. It doesn't matter if it is Republican or Democrat, it's all the same.

o. The Honorable ASHTON CARTER, Secretary of Defense, U.S. Department of Defense, Washington, DC and Admiral JAMES WINNEFELD, Vice Chairman, Joint Chiefs of Staff.

  **i.** PLAINTIFF is giving D.o.D an opportunity to redeem themselves, they should take it and save face and have honor and integrity.

p. The Honorable Daniel Russel, Assistant Secretary of State for East Asian and Pacific Affairs, U.S. Department of State, Washington, DC

q. The Honorable Catherine Russell, U.S. Ambassador-at-Large for Global Women's Issue, U.S. Department of State. Suppose wanting to frame me as being a bad man for what they were going to do with ANGIE ORTIZ

## U.S. & JAPANESE National Security Leaders.

r. The Honorable JAMES CLAPPER, Director of National Intelligence, Office of the Director of National Intelligence

s. Ms. SUZY GEORGE, Deputy Assistant to the President and Executive Secretary and Chief of Staff, National Security Council, Washington, DC

t. The Honorable ROSE GOTTEMOELLER, Under Secretary of State for Arms Control and International Security, U.S. Department of State, Washington, DC.

u. The Honorable AVRIL HAINES, Assistant to the President and Deputy National Security Advisor, National Security Council, Washington, DC

v. Ms. BERNADETTE MEEHAN, Senior Director for Strategic Communications and Spokesperson, National Security Council

w. Mr. EVAN MEDEIROS, Special Assistant to the President and Senior Director for Asian Affairs, National Security Council

x. Mr. CHRISTOPHER JOHNSTONE, Director for Japan Affairs, National Security Council,

y. The Honorable LISA MONACO, Assistant to the President for Homeland Security and Counterterrorism and Deputy National Security Advisor, Office of the National Security Advisor

z. The Honorable SUSAN RICE, National Security Advisor, National Security Council, Washington, DC

aa. The Honorable DENIS McDONOUGH, Assistant to the President and Chief of Staff, Washington, DC

bb. Mr. SHOTARO YACHI is a Japanese diplomat who served as the National Security Advisor in Japan from 2013 to 2019.

cc.

## White House Staff:

dd. The Honorable VALERIE JARRETT, Senior Advisor to the President for Intergovernmental Affairs and Public Engagement, Office of Public Engagement and Intergovernmental Affairs.

ee. The Honorable JENNIFER PSAKI, Assistant to the President and Director of Communications,

ff. The Honorable BRAIN DEESE Deese, Assistant to the President and Senior Advisor

gg. The Honorable BEN RHODES, Assistant to the President and Deputy National Security Advisor for Strategic Communications and Speechwriting.

hh. The Honorable SHAILAGH MURRAY, Assistant to the President and Senior Advisor

ii. The Honorable AMY ROSENBAUM, Deputy Assistant to the President for Legislative Affairs.

jj. The Honorable TINA TCHEN, Assistant to the President and Chief of Staff to the First Lady

kk.

## US Federal Agencies and Departments.

ll. The Honorable JACOB LEW, Secretary of the Treasury, U.S. Department of the Treasury

mm. The Honorable ANTHONY FOXX, Secretary of Transportation, U.S. Department of Transportation

nn. The Honorable GINA McCARTHY, Administrator, U.S. Environmental Protection Agency

oo. The Honorable ERNEST MONIZ, Secretary of Energy, U.S. Department of Energy

pp. The Honorable PENNY PRITZKER, Secretary of Commerce, U.S. Department of Commerce

qq. The Honorable JEFFREY ZIENTS, Assistant to the President and Director of the National Economic Council

rr. The Honorable Tom Vilsack, Secretary of Agriculture, U.S. Department of Agriculture

ss. The Honorable MICHAEL FROMAN, U.S. Trade Representative, Office of the U.S. Trade Representative

## Corporations and Their CEO'S & Financial Interests Attending JAPANESE CONSPIRACY DINNER.

tt. Mr. GREG PAGE, Executive Chairman of Cargill Inc.

uu. Ms. ELIZABETH HOLMES, Founder and CEO, Theranos. Just for laughs.

vv. Mr. JIM LENTZ III, CEO of Toyota USA

ww. Mr. BRAIN KRZANICH, CEO of Intel Corporation.

xx. Mr. James Murren, Chairman and CEO of MGM Resorts International, Las Vegas, NV

yy. The Honorable Mayor JOE RILEY, Jr., Charleston, SC (where Boeing makes the 787)

zz. Mr. Charles Scharf, CEO, Visa Inc., New York, NY

aaa. Ms. Shonda Rhimes, Writer/Producer, Shondaland, Los Angeles, CA (PLAINTIFF is including her just to show that L.A/Hollywood was always utilizing and stealing PLAINTIFF'S ideas and stories and that was done through information leak by D.C.

bbb. The Honorable FRED HOCHBERG, Chairman and President, Export-Import Bank, Washington, DC

ccc. Mr. Julian Abdey. To connect the financial motive and interconnectedness with the London 2015 Conspiracy Event and the ROTHSCHILDS

**The Last Person Who Could Have Saved PLAINTIFF from *JAPLAN***

ddd. The Honorable SAMANTHA POWER, U.S. Permanent Representative to the United Nations.

**JAPANESE Interests**

eee. Mr. Katsunobu Kato, SHINZO ABE'S Special Assistant.

fff. Mr. GEN NAKATANI, Minister of Defense of Japan

ggg. Mr. Hiroshi Muto. Takeda where PLAINTIFF worked at.

hhh. Yasuo Sakamoto Vice-Minister for Policy Coordination at the Ministry of Internal Affairs and Communications. Policy on PLAINTIFF.

iii. Mr. Hiroshi Suzuki—Executive Secretary to SHINZO ABE who now happens to be the <u>Japanese Ambassador to India.</u>

jjj. Mr. Tomohiko Taniguchi—SHINZO ABE'S Foreign Speech writer in which he would communicate on behalf of SHINZO ABE that they were in agreement with the *JAPLAN* through their doublespeak ways.

kkk. Mr. HIDESHI TOKUCHI, who was a high-ranking official in the Japanese Defense Force that retired on October 1st, 2015, one month after PLAINTIFF left Japan.

lll. Mr. Koji Tomita—ambassador to the United States in 2020 and admitted he got the job because he was familiar with Obama and Biden officials.

mmm. EIICHI HASEGAWA attended the Japanese Conspiracy Dinner.

nnn. Hisao Harihara—Vice Minister of International Affairs.

ooo. Mr. Glen Shigeru Fukushima—worked in BILL CLINTON White House and was a member of HILLARY CLINTON'S Asia Policy Working Group during the 2016 Election.

ppp. Mr. Isao Iijima—Japanese Government Official in which in 2022 HE Mr Isao Iijima, Special Advisor to Japan's Prime Minister, received on Tuesday at his office, HE Mr Hassan bin Mohammed Rafei Al Emadi, Ambassador of the State of Qatar to Japan. The meeting discussed bilateral relations and ways to enhance and develop them, among other topics of mutual interest.

qqq. Mr. Takaya Imai—continuing the theme of interconnectedness between wealth fund groups and the government, after working for SHINZO ABE, got hired by CARLYLE group.

rrr. Mr. Norihiko Ishiguro—worked with the Indian Embassy recently.

sss. Mr. Hideo Ishizuki—dealt with Cyber issues and that connects to how ROTHSCHILDS wanted to post everything online (See: Below).

**193.** To the DEFENDANT corporations included in the *Japanese Conspiracy Dinner*, all PLAINTIFF has to say is: "Ironically, be careful who you are in bed with in DC."

**194.** *DEFENDANTS named who attended the Japanese Conspiracy Dinner are an association under: Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985), held "that the New Hampshire Democratic Party was **an unincorporated association**. The court found that the **common understanding** of most citizens of New Hampshire was that there was in existence a New Hampshire Democratic Party, commonly referred to and contributed to as such, which **met regularly in *convention***. Under these definitions and holdings, it appears that a group such as an organized crime "family" would be recognized by a court as an unincorporated association."

**195.** JOHN ROOS, the former Ambassador to JAPAN during the Obama administration that attended the *Japanese Conspiracy Dinner*, could have reasonably been the guy to talk to in which the U.S. and Japan could unofficially and off the record speak to one another.

**196.** Similarly like the previous paragraph, The Honorable THOMAS DONILON, attended the *Japanese Conspiracy Dinner* in which he was the foreign policy director for the HILLARY CLINTON election team, was the United States National Security Advisor when the *Offing* took place, the Assistant Secretary of State for Public Affairs during the BILL CLINTON White House, and allegedly JOSEPH BIDEN wanted to make him the Director of the CIA. This was the perfect in-go-between man in matters relating to *JAPLAN* who had a reason to allow it to happen because of the *Offing*.

**197.** People are clamoring that the News and Media in America are completely unbiased and PLAINTIFF points to the fact that: Mr. David Nakamura, Reporter, The Washington Post, Washington, DC and Ms. Ellen Nakashima, Reporter, The Washington Post, Washington, DC and Mr. ALAN SIPRESS who now works for Washington Post, and MATT BAI, who was a contributor to the Washington Post. When the Washington Post should have found the last remaining ounce of integrity and did what they did with the Vietnam Papers and Watergate with *JAPLAN*, they did the opposite. They should be ashamed of themselves. Mr. Shane Smith, Co-Founder and CEO, VICE Media, was there too and he could have given a different perspective and that was what VICE Media was known for before, but they didn't and that's why they failed. Mr. BOB SCHIEFFER, Anchor, CBS News and Ellen Uchimiya, Executive Editor, CBSNews, was there and both of them could have been like WALTER CRONKITE and had some integrity for CBS and advocated for an independent media and reported on the heinousness of *JAPLAN*, but they failed at that too. Mr. Neil King, a Pulitzer award winning writer, who just died within the last two weeks or so, was there and he could have written fairly about PLAINTIFF but nope.

**198.** How about the UN stopping War Crimes? No. SAMANTHA POWER was at the Japanese Conspiracy Dinner and she did nothing. Probably even told the UN not to intervene or do anything to stop war crimes and torture before it happened.

**199.** Dr. JOSEPH NYE, whom he advised both BARACK OBAMA and BILL CLINTON (in which he worked for BILL CLINTON), a renowned political scientist, could have interjected and said why *JAPLAN* was such a bad idea, but nope, his intelligence was not found that day.

**200.** PLAINTIFF is quite confused how Mr. BUPERENDRA RAM, a gay Indian student activist at the time originally from FIJI that was an illegal immigrant in the United States (from what PLAINTIFF can gather), had anything to do with JAPAN and why he was invited to the

*Japanese Conspiracy Dinner*, but PLAINTIFF will take a guess and say they used him for his attributes for doublespeak.

**201.** PLAINTIFF is including Mr. SOICHIRO SEKI, who attended the *Japanese Conspiracy Dinner,* that regularly dealt with environmental issues in Japan, so he is including him to make sure Shiba Shima happens.

**202.** So when PLAINTIFF interacts with the following US Governmental Agencies after what they allowed *JAPLAN* to intentionally happen, they are going to treat PLAINTIFF with the utmost respect and do things that PLAINTIFF wishes to do that is reasonable to PLAINTIFF: Treasury, Commerce, Energy, Agriculture,

**203.** Besides TOYOTA, all companies and their respective CEOs listed as DEFENDANTS that attended the *Japanese Conspiracy Dinner* gained money, made plans, and traded favors in the RICO Conspiracy against PLAINTIFF that was implemented in the *Japanese Conspiracy Dinner* on PLAINTIFF'S birthday on 04/28/2015.

**204.** PLAINTIFF had a VISA debit card in Spring and Summer 2015 via CAMPUS FEDERAL CREDIT UNION.

**205.** Part of the reason why VISA Inc and CHARLES XX was invited was because part of the RICO Enterprise's aim was to use PLAINTIFF and frame PLAINTIFF for child sex trafficking with ANGIE ORTIZ (i.e. *JAPLAN*) in which VISA Inc. would provide the exact amount of cash PLAINTIFF had on him and a way for FBI, CIA, NSA, DHS, DoD, Indian Intel, and/or a combination thereof to frame PLAINTIFF and implement *JAPLAN* against him by keeping track of how much cash PLAINTIFF had withdrawn from ATMs.

**206.** Circumstantial of evidence of this financial aspect of the RICO Enterprise can be supported by the chain of emails PLAINTIFF had sent TRACY BLANCHARD, CHERRY

ROBERTS-MATHERNE, and JAKE HENRY. The point of these emails is that it is fabrication of evidence by unknown DEFENDANTS in FBI, CIA, DoD, and/or NSA and JAKE HENRY from LSU Law who sent emails talking about money issues and a student's allegation against PLAINTIFF giving DEFENDANTS a fabricated and false reason to monitor PLAINTIFF'S finances at the same exact time to frame PLAINTIFF starting on June 4th, 2015 or so.

**207.** VISA Inc materially benefitted from the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

**208.** The CEO of VISA attended the *Japanese Conspiracy Dinner*.

**209.** PLAINTIFF adds CARGILL FOODS and Mr. GREG PAGE, Executive Chairman of Cargill Inc as DEFENDANTS

**210.** GREG PAGE, the CEO of CARGILL Foods, which sells food in Japan, attended *Japanese Conspiracy Dinner*.

**211.** GREG PAGE and CARGILL FOODS were part of the conspiracy against PLAINTIFF.

**212.** Unknown DEFENDANTS in CIA, FBI, NSA, DoD, and/or Indian Intel maliciously used PLAINTIFF'S Serbian values of compassion and traditional Slavic/Balkan cultural values of "welcoming" a traveler by providing food, drink, and a place to sleep against PLAINTIFF in violation of Title VI in which PLAINTIFF'S decent behavior was used as DEFENDANTS' evidence that PLAINTIFF provided AO food in order to frame PLAINTIFF and arrest PLAINTIFF for war crimes that were committed against him.

**213.** JIM LENTZ III, CEO of TOYOTA USA attended *Japanese Conspiracy Dinner* on 04/28/2015.

**214.** TOYOTA and SUBARU are co-producers and/or have an alliance in regard to the Toyota 86 that PLAINTIFF rented in Japan.

**215.** PLAINTIFF refuses to add TOYOTA and TOYOTA USA as a DEFENDANT for the good they do with the Special Olympics.

**216.** PLAINTIFF requests to import Toyota and/or Subaru Kei Trucks (or a similar truck to a kei truck).

**217.** DEFENDANTS would use PLAINTIFF'S car rental maliciously against PLAINTIFF continuing the Title VI violations of profiling PLAINTIFF based on his car via interstate and interstate commerce.

**218.** PLAINTIFF, in the Spring of 2015, talked about the irony that if Russia and the United States went to war in Europe, most likely than not it would be Russian oil that would fuel the tanks of American allies and America in Europe.

**219.** ENERGY POLICY was talked about in the *Japanese Conspiracy Dinner* against PLAINTIFF on 04/28/2015 in which ERNEST MONIZ, Secretary of Energy, U.S. Department of Energy, Washington, DC attended and discussed Energy.

**220.** The country that JAPAN purchases and imports the 3rd largest amount of oil from is QATAR.

**221.** HOTEL & RESORT Policy was talked about in *Japanese Conspiracy Dinner* against PLAINTIFF on 04/28/2015 that necessarily implicated human trafficking and hotel policy.

**222.** JAMES J. MURREN, Chairman and CEO, MGM Resorts International and Chairman, MGM Growth Properties approved HILLARY CLINTON to be PRESIDENT in which he attended the *Japanese Conspiracy Dinner* against PLAINTIFF on April 28th, 2015 at the White House in which he and MGM Resorts International materially benefitted from the

RICO Enterprise in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

**223.** PLAINTIFF, to the best of his recollection, his Apple laptop in the Summer of 2015 contained an Intel Processor in it.

**224.** Intel Corporation was part of the conspiracy against PLAINTIFF via the *Japanese Conspiracy Dinner*.

**225.** Part of the Conspiracy allowed Intel and Apple to monitor and grant access to PLAINTIFF'S laptop and cell phone at all times in violation of 18 USC 1961 (Sections 1029).

**226.** The Mayor of Charleston, SC, where they manufacture the BOEING 787 in which the Japanese Government has made a huge investment in Boeing and the 787 specifically, attended the *Japanese Conspiracy Dinner*.

**227.** This continues BOEING as being part of the conspiracy against PLAINTIFF via the *Japanese Conspiracy Dinner* and retaliation against PLAINTIFF for *Miki's Tea Party.*

**228.** CGI had an absolutely major event and conference in Marrakesh, Morocco on May 5th through 7th, 2015 that was a stop in LYNN FORESTER de ROTHSCHILD & CLINTONS African Escapades (hereon: *CGI 2015 Marrakesh Conference*).

**229.** PLAINTIFF, upon information and belief, believes that the ROTHSCHILDS banks and the Export-Import Bank regularly do business with one another.

**230.** FRED HOCHBERG violated 18 USC 1962(d) by attending the *Japanese Conspiracy Dinner* and conspiring against PLAINTIFF

**231.** The Clinton Global Initiative (CGI) described the *CGI 2015 Marrakesh Conference* as the following: an "event to be held May 5 – 7, 2015, in Marrakech, Morocco. His Majesty, King Mohammed VI welcomes the gathering which will bring together regional and global leaders

from business, government, and civil society to spotlight regional successes and address a range of relevant issues including education; public health systems; youth employment; infrastructure; and water, food, and energy resources. The CGI Middle East & Africa Meeting will build on the success of past CGI meetings—including CGI Asia in 2008 and **CGI Latin America in <u>20*13*</u>**—to highlight regional successes and create a platform for leaders to drive further action. As with all CGI meetings, participants at CGI Middle East & Africa will work together to make **Commitments to Action**: **<u>new, specific, and measurable plans to address *pressing* global challenges</u>**… In May 2000, [BILL CLINTON] signed the African Growth and Opportunity Act (AGOA), which led to a new era of opportunity for African countries, and he also pushed for larger and faster debt relief through the Heavily Indebted Poor Countries (HIPC) Initiative…" PLAINTIFF will allege the JAPLAN email and the PLAN against PLAINTIFF in planting ANGIE ORTIZ in JAPAN was done with the previous sentence.

**232.** The Press were not allowed in nor invited to the *CGI 2015 Marrakesh Conference.*[18] One of the reasons why is because certain DEFENDANTS like BILL CLINTON, HILLARY CLINTON, and LYNN FORESTER de ROTHSCHILD were conspiring against PLAINTIFF without impunity nor a care in the world, but then again, seeing how American Media didn't do anything on PLAINTIFF'S birthday in the *Japanese Conspiracy Dinner*, it wouldn't have mattered anyway. However, CGI did say*: "*ALL PRESS MUST BE CREDENTIALED BY THE CLINTON GLOBAL INITIATIVE. Press registration is now open to the members of the media.

[18] https://abcnews.go.com/amp/Politics/high-walls-clinton-charity-moves-moroccan-party-view/story?id=30860875

To apply, please complete the form at http://prs.cgilink.org/1DfZbrv. All media must apply for credentials and must be approved by CGI to attend. The deadline to apply is Friday, May 1. Journalists may apply for credentials on-site, but pre-registered media will be given priority. If applying on-site, you MUST bring a press ID as well. Members of the press who have received email confirmation from CGI to attend the meeting are encouraged to pick up their credentials at the press registration desk outside the Diamont Room at the Palmeraie Golf Palace Conference Center on Tuesday, May 5 from 2:00PM – 6:00PM." *PLAINTIFF believes they were just screening*

**233.** The following individuals attended the *CGI 2015 Marrakesh Event*[19]

*a.* ***President Bill Clinton****, Founder, Clinton Foundation and 42nd President of the United States;*

*b.* ***Chelsea Clinton****, Vice Chair, Clinton Foundation;*

*c.* ***Jakaya Kikwete****, President of the United Republic of Tanzania*

*d.* ***Paul Kagame****, President of the Republic of Rwanda*

*e.* ***Shimon Peres****, The Ninth President of the State of Israel;*

*f.* ***Mo Ibrahim****, Founder and Chairman, Mo Ibrahim Foundation;*

*g.* ***Olusegun Obasanjo****, Former President, Federal Republic of Nigeria;*

*h.* ***Etienne Sinatambou****, Minister of Foreign Affairs, Regional Integration, and International Trade, Republic of Mauritius*

**234.** PLAINTIFF alleges that if it was not India nor Russia that committed the war crimes against PLAINTIFF, then it was the USA and ISRAEL because JEFFREY EPSTEIN was

[19] https://www.clintonfoundation.org/press-and-news/general/program-details-announced-clinton-global-initiative-middle-east-africa-meeting-may-5/

alleged to have been a Mossad agent, ISRAEL was created because of the ROTHSCHILDS in which the ROTHSCHILDS could tell ISRAEL what to do on their behalf, and having SHIMON PERES and the CLINTONS and LYNN FORESTER de ROTHSCHILD in the same event gives in inference of a conspiracy in violation of 18 USC 1962(d).

**235.** DEFENDANTS named who attended the *CGI 2015 Marrakesh Conference* were part of the conspiracy against PLAINTIFF in violation of 18 U.S.C. 1962(d), aided and abetted the conspiracy against PLAINTIFF and furthered the RICO Enterprise against PLAINTIFF, and were part of the association as *Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985), held "that the New Hampshire Democratic Party was **an unincorporated association**. The court found that the **common understanding** of most citizens of New Hampshire was that there was in existence a New Hampshire Democratic Party, commonly referred to and contributed to as such, which **met regularly in *convention***. Under these definitions and holdings, it appears that a group such as an organized crime "family" would be recognized by a court as an unincorporated association."

**236.** In the alternate,

**237.** In Spring 2015, PLAINTIFF was utilizing AT&T as a service provider for his personal cell phone; AT&T necessarily gave FBI, CIA, NSA, DHS, and DoD, JAPANESE law enforcement & intelligence services, Indian intelligence and law enforcement services, and Australian intelligence and law enforcement services, and/or a combination of the aforementioned unfettered and illegal access to PLAINTIFF'S cellphone in which they were able to record the details of *JAPLAN* and recorded it while it was happening; furthermore, AT&T materially aided and abetted the RICO Enterprise by providing all of PLAINTIFF'S metadata to FBI, CIA, NSA, DHS, DoD, Japanese intelligence and law enforcement services, and Australian

intelligence and law enforcement services, and/or a combination of the aforementioned from at least 2005 onwards (whenever PLAINTIFF had AT&T as his service provider). Furthermore, all exculpatory evidence in favor of PLAINTIFF'S truthful attestation of facts was provided in which FBI, CIA, NSA, DHS, DoD, and foreign intelligence and law enforcement services in which they continuously and systematically disregarded PLAINTIFF'S exculpatory evidence to further the RICO Enterprise. In the alternative, AT&T knew of Russian, Chinese, and/or Indian intelligence and law enforcement services and their malicious activities on PLAINTIFF'S cellphone and never warned PLAINTIFF of the harm at any time.

**238.** Verizon Inc. knows of the American Government, Indian Government, Chinese Government, and/or Russian Government intelligence, military, and/or law enforcement services and/or a combination of the aforementioned currently having illegal access to PLAINTIFF'S cellphone in which key evidence was materially deleted from PLAINTIFF'S cellphone in regards to videos, emails, pictures, and data that were deleted to further the aims of the RICO Enterprise.

# JAPAN. Summer 2015:

**239.** "The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985). "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)"18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.

**240.** *United States v. Lentz,* 624 F.2d 1280 (5th Cir. 1980): “Regardless of the undercover devices employed, it could hardly shock anyone's conscience to see an elected law enforcement official prosecuted for willfully and knowingly breaking a law designed to protect citizens from just such conduct. While Lentz came into the plan late, he seems to have embraced it wholeheartedly, provided some of the means by which to carry it out, and taken part with full knowledge of the plan's illegality. The fact that Lentz was merely helping the police in their alleged efforts to catch criminals should not make prosecution of him unfair if he voluntarily and knowingly employed illegal methods. To hold otherwise, would be tantamount to giving police carte blanche to ignore laws passed to protect all citizens against improper invasions of their rights by police conduct. Since the discussions about the proposed break-in were almost hopelessly intertwined with conversations about the wiretapping, we believe that the break-in evidence was necessary to the government in its attempt to tell the whole story of the crime. The government draws support from *U_n_i_t_e_d_ _S_t_a_t_e_s_ _v_._ _B_e_e_c_h_u_m_,_ _*582 F.2d 898 (5th Cir. 1978) (en banc), which approved of proof of extrinsic offenses under a common scheme or *r_e_s_ _g_e_s_t_a_e_ _*analysis "if the uncharged offense is `so linked together in point of time and circumstances with the crime charged that one cannot be fully shown without proving the other.'" *I_d_._ _*at 911-12, n. 15 (quoting Slough Knightly, *O_t_h_e_r_ _V_i_c_e_s_,_ _O_t_h_e_r_ _C_r_i_m_e_s_,_ _*41 Iowa L.Rev. 325, 331 (1956)). We believe that, since Lentz was brought into the law enforcement group by Hullum both to perform the wiretap and to commit the break-in, evidence of the break-in would be relevant and admissible under *B_e_e_c_h_u_m_._”*

**241.** PLAINTIFF is alleging: Aussies and NSA shared information about all factual circumstances that happened in *An Anchor and a Pitchfork* on NSANET. NSA and Aussies have

a prior relationship in which NSA operates out of Geraldton, Pine Gap (which the CIA also operates out of) and Shoal Bay, Australia. Therefore, when PLAINTIFF was in both Baton Rouge, Louisiana and Tokyo, Japan in *An Anchor and a Pitchfork*, information concerning RICO Enterprise 1 in *An Anchor and a Pitchfork* was sent, submitted, and received in those Australian sites (i.e. part of mail and wire fraud) in which NSA, CIA, and Aussies at a minimum aided and abetted RICO Enterprise 1 and RICO Enterprise 2. NSA, CIA, and Aussies transmitted the entirety of all the factual circumstances *An Anchor and a Pitchfork* in which no one took any remedial measures nor prevented anyone from furthering RICO Enterprise 1. Not once did NSA, CIA, or Aussies attempt to stop *An Anchor and a Pitchfork* from happening in which they hid material information in which NSA, CIA, and Aussies had complete access to PLAINTIFF at all times when he was in Japan in Summer 2015. Even having direct and completely unimpeded access to National Security Operations Center (NSOC) in which all information about *An Anchor and a Pitchfork* was sent, received, and processed in which NSOC's core function is to handle time sensitive issues obtained via sigint—no Aussies nor NSA did anything despite being made aware of RICO Enterprise 1 and therefore aided and abetted and facilitated RICO Enterprise 1 (as well as RICO Enterprise 2).

**242.** The NSA has NSANet, which is a classified intranet network that connects Aussies and British Intel and shares intelligence data between NSA, British Intel, and Aussies. Money was/is spent on creating NSANet, maintaining NSANet, and utilizing NSANet that sends, receives, and processes information and data on NSANet, and British Intel utilized NSANET and transmitted the entirety of the factual circumstances of *Miki's Tea Party and An Anchor and a Pitchfork* in which an act of international and domestic terrorism against an American occurred that was not reported nor was anyone subsequently punished for their failure in doing so nor did anyone stop

it having information from at least 5 months before that it was likely to occur against PLAINTIFF. At all relevant times, British Intel and NSA had immediate and direct communication with each other at all times in *Miki's Tea Party* & An Anchor and a Pitchfork and did not do anything to stop RICO Enterprise 1. Even having direct and completely unimpeded access to National Security Operations Center (NSOC) in which all information about *Miki's Tea Party* and *An Anchor and a Pitchfork* was sent, received, and processed in which NSOC's core function is to handle time sensitive issues obtained via sigint—neither British Intel nor NSA did anything despite being made aware of RICO Enterprise 1 from at least September 2010 and letting it happen in March 2011,and therefore, at a minimum, aided and abetted and facilitated RICO Enterprise 1 (as well as RICO Enterprise 2).

**243.** The: NSA, CIA, and Japanese DEFENDANTS have a relationship in which NSA operates out of Misawa, Japan in which NSA, CIA, and Japanese DEFENDANTS shared, submitted, and received information concerning all the factual circumstances involved in *An Anchor and a Pitchfork*.

**244.** Facts and daily reports concerning PLAINTIFF'S entire trip in Japan in the Summer of 2015 was transmitted through ORION 3, ORION 5, and ORION 7 from Japan to CIA and NSA headquarters in and around WASHINGTON DC or underneath water cables that were processed by NSA processing nodes that processed all the information from sources like *City and County of San Francisco*, 575 U.S. 600 (2015).

**245.** BILL CLINTON'S visit with SHINZO ABE in March 2015, correspondence between CHIEF JUSTICE JOHN ROBERTS and the Japanese supreme court from March 2015 to July 2015, and HILLARY CLINTON'S speech on 06/26/2015 in their computers that was relayed also to the WHITE HOUSE in which information was transmitted through ORION 3, ORION 5,

and ORION 7 from Japan to CIA and NSA headquarters in and around WASHINGTON DC or underneath water cables that were processed by NSA processing nodes that processed all the information from sources like *City and County of San Francisco*, 575 U.S. 600 (2015).

**246.** Everyone in NSA and CIA were intentionally unaware of the impending danger despite having every reason to know that it was going to happen in which they made *An Anchor and a Pitchfork* happen the way they did.

**247.** CIA and NSA had the ability or were in direct contact with PLAINTIFF at all times in Japan in Summer 2015 in which there was an affirmative duty to prevent RICO Enterprise 1 from furthering in which NSA, CIA, and Japanese DEFENDANTS all failed in furthering RICO Enterprise 1 in which they committed mail and wire fraud and other crimes in the process.

**248.** Executive Order 11905 No employee of the United States Government shall engage in, or conspire to engage in, political assassination."; 12036 The EO also expanded the U.S. ban on assassination by closing "loop-holes" and stating "No person employed by or acting on behalf of the United States Government shall engage in, or conspire to engage in, assassination.” This ban on assassination would be restated in Executive Order 12333.

**249.** PLAINTIFF alleges JOHN BRENNAN, JEH JOHNSON, ANDREW MCCABE, PETER STRZOK, HILLARY CLINTON, BILL CLINTON, TOM PEREZ, LEON PANETTA, American DEFENDANTS, British DEFENDANTS, British Intel, Indian Intel, India, all had roles in *An Anchor and a Pitchfork* were some of the primary actors in furthering RICO Enterprise 1

**250.** In light of *Star Chambers*, SCOTUS decided RJR NABISCO, INC. v. EUROPEAN COMMUNITY in 2016 is another tainted SCOTUS case against PLAINTIFF that dealt with RICO foreign extraterritoriality. Even before PLAINTIFF had a chance to sue, SCOTUS did

everything in its power to absolve DEFENDANTS when they knew what happened in the Summer of 2015. Judge JENNIFER B. COFFMAN, a Clinton friend, started her career at FISA in May 19th, 2011 (one week before Al-Kidd was decided) (which was four days after PLAINTIFF graduated from Sewanee), but what was uncharacteristically uncommon for a FISA judge is that she suddenly retired forced to quit on 01/08/2013. This is what is most peculiar. Bill Clinton appointed her to be a judge in Kentucky in 1993 (she was around 45 years old at the time). She was exactly 65 years old when she retired. Thankfully, she is still alive today. There is this quote from Nabisco that was decided in 2016: “Congress’s more recent decision to exclude from the antitrust laws’ reach most conduct that “causes only foreign injury,” *F. Hoffmann-La Roche Ltd* v. *Empagran S. A.*, 542 U. S. 155 also counsels against **importing** into RICO those Clayton Act principles that are at odds with the Court’s current extraterritoriality doctrine. Pp. 22–27... In particular, while they are correct that RICO’s private right of action was modeled after §4 of the Clayton Act (Section 4, 4 times peforming cunnilingus),which allows recovery **for injuries suffered abroad as a result of antitrust** violations, see Pfizer Inc. **v. Government of India**, 434 U.S. 308, 314-315, this Court has declined to **transplant** features of the Clayton’s Act’s cause of action into the RICO context where doing so would be inappropriate. Thus as we have observed in other contexts, providing a private civil remedy for foreign conduct creates a potential for international friction beyond that presented by merely applying U. S. substantive law to that foreign conduct conduct… “[t]he application . . . of American private treble-damages remedies to anticompetitive conduct taking place abroad has generated considerable controversy” in other nations, even when those nations agree with U. S. substantive law on such things as banning price fixing. *F. Hoffmann-La Roche Ltd* v. *Empagran S. A.*, 542 U. S. 155, 167

(2004)." This right here gives enough suspicion that the Indian Government had something to do with ANGIE ORTIZ and the ROTHSCHILDS.

**251.** Continuing the previous paragraph: PLAINTIFF is alleging that the HOFFMAN reference can either be referring to LINKEDIN and HOFFMAN who compromised PLAINTIFF'S password or that HOFFMAN reference is COFFMAN and is a reference to PLAINTIFF and JUDGE JENNIFER B. COFFMAN. The suspicions around Judge JENNIFER B. COFFMAN are supported by the following: she is one of the judges who spent the least amount of time on the FISA Court, which was 1.5 years. From what PLAINTIFF was able to ascertain, these are some of the judges that spent the least amount of time on the court: Thomas MacBride (spent 1 year on the FISA court when he left the court at 66 years old. Worked at the E.D. California Court until he died at 85), John Conway (1 year 5 months. Left FISA for unknown reasons. Really uncertain about his story. Allegedly retired from FISA in 2007. Worked at least for 7 years afterwards when he died as a Judge in New Mexico at 79); Lawrence Pierce (immediately went back to the 2nd Circuit at 57 y/o. retired at 71 around same amount of time spent on the Court as Coffman. Then worked for USAID. Died at 95.); Sidney Aronovitz (On FISA Court on June 1989. Left Court in May 1992. assumed senior status on October 31, 1988 in Florida and remained on the court until his death in Miami on January 8, 1997). Nearly every single FISA judge who had a short term continued to work in the judiciary afterwards. THE ONLY EXCEPTION TO THE RULE WAS CLINTON FRIEND: Judge JENNIFER B. COFFMAN, who is still alive more than 10 years after she left the FISA court, PLAINTIFF could not ascertain what she has been doing in her life besides like one or two speeches and lectures. Nothing else. PLAINTIFF is alleging that based on the suspiciousness of JENIFFER B. COFFMAN'S early departure, PLAINTIFF is alleging she knew of the legal fraud perpetuated

against PLAINTIFF or ruled to coverup what American INTEL did against PLAINTIFF and was forced to leave early by Chief Justice John Roberts.

**252.** Furthermore, FISA Court via CHIEF JUSTICE JOHN ROBERTS, ROSEMARY M. COLLYER, RAYMOND DEARIE, CLAIRE EAGAN, JAMES BOASBERG, MARTIN FELDMAN, THOMAS HOGAN, JAMES JONES, MICHAEL MOSMAN, THOMAS RUSSELL, DENNIS SAYLOR, SUSAN WEBBER WRIGHT, knew of *JAPLAN* and did nothing and received information about it in violation of XX.

**253.** Had any other American PLAINTIFF who experienced the same types of harm that CHIEF JUSTICE JOHN ROBERTS and JUDGES ROSEMARY M. COLLYER, RAYMOND DEARIE, CLAIRE EAGAN, JAMES BOASBERG, MARTIN FELDMAN, THOMAS HOGAN, JAMES JONES, MICHAEL MOSMAN, THOMAS RUSSELL, DENNIS SAYLOR, and SUSAN WEBBER WRIGHT necessarily knew about, it would have been a completely different outcome and therefore

**254.** JUDGES MARY MCLAUGHLIN, JAMES ZAGEL, THOMAS HOGAN during their tenure at the FISA COURT in SPRING 2015 was aware of the RICO Enterprise against PLAINTIFF.

**255.** JUDGES ROGER VINSON, FREDERICK SCULLIN, MALCOM HOWARD, DEE BENSON, knew of PLAINTIFF XX during his tenure at the FISA Court. XX

**256.** JUDGES ANNE CONWAY and RUDOLPH CONTRERAS of the FISA Court

**257.** JUDGES GEORGE KAZEN, COLLEN KOLLAR-KOTELLY, JOHN BATES

**258.** JUDGE RUDOLPH CONTRERAS and PETER STRZOK conspired XX in FALL 2016.

**259.** CURRENT FISA JUDGES ANTHONY J. TRENGA, TIMOTHY D. DeGIUSTI, JOAN ERICKSEN, KARIN IMMERGUT, KENNETH KARAS, SARA LIOI, AMIT MEHTA, CARL

NICHOLS, GEORGE SINGAL, JOHN THARP, and former FISA judges ANNE CONWAY, GEORGE KAZEN, COLLEN KOLLAR-KOTELLY, JOHN BATES, ROGER VINSON, FREDERICK SCULLIN, MALCOM HOWARD, DEE BENSON, MARY MCLAUGHLIN, JAMES ZAGEL, THOMAS HOGAN, JOHN ROBERTS, ROSEMARY M. COLLYER, RAYMOND DEARIE, CLAIRE EAGAN, JAMES BOASBERG, MARTIN FELDMAN, THOMAS HOGAN, JAMES JONES, MICHAEL MOSMAN, THOMAS RUSSELL, DENNIS SAYLOR, SUSAN WEBBER WRIGHT, and/or a combination thereof conduct fell outside the scope of their office that started around September 1st, 2009 through the present day-- said in his complaint: Passage #1: "The *United States of America vs. Josef Altstötter,* et al. (holding judges and attorneys liable for: 1) Participating in a common plan or conspiracy to commit war crimes and crimes against humanity; 2) War crimes through the abuse of the judicial and penal process, resulting in mass murder, torture, plunder of private property; 3) Crimes against humanity on the same grounds, including slave labor charges; 4) Membership in a criminal organization, the NSDAP or SS leadership corps)….."; "*United States v. Grubb*, 11 F.3d 426, 438-39 (4th Cir. 1993) (The court stated that "[w]e alsohave a defendant (a judge) who undeniably is employed by and operates or manages the enterprise within the meaning of *Reves v. Ernst & Young*." The applicable standard in a RICO conspiracy to violate 18 U.S.C. Section 1962(c), see Section III(D)(3.) In describing its "operation or management" test, the Supreme Court stated: "Once we understand the word "conduct" to require some degree of direction and the word "participate" to require some part in that direction,the meaning of Section 1962(c) comes into focus. In order to "participate, directly or indirectly, in the conduct of such enterprise's affairs," one must have some part in directing those affairs. Reves, 507 U.S. at 179"; and The Court in "*Withrow v. Larkin,* 421 U.S. 35 (1975) said: "Not only is a biased decision maker constitutionally

unacceptable but our system of law has always endeavored to prevent even the probability of unfairness." 421 U.S. at 47. But the Court continued: "The contention that the combination of investigative and adjudicative functions necessarily creates an unconstitutional risk of bias in administrative adjudication…must overcome a presumption of honest and integrity in those serving as adjudicators; and it must convince that, under a realistic appraisal of psychological tendencies and human weakness, conferring investigative and adjudicative powers on the same individuals poses such a risk of actual bias or prejudgment that the practice must be forbidden if the guarantee of due process is to be adequately implemented."

**260.** JUDGES ANTHONY J. TRENGA, TIMOTHY D. DeGIUSTI, JOAN ERICKSEN, KARIN IMMERGUT, KENNETH KARAS, SARA LIOI, AMIT MEHTA, CARL NICHOLS, GEORGE SINGAL, JOHN THARP and/or a combination thereof: XX

**261.** Every single former and current FISA Judge listed in the previous 10 paragraphs failed to stop the RICO Enterprise against PLAINTIFF when they had reason to know in which they received paychecks for aiding and abetting the RICO Enterprise against PLAINTIFF within the last 15 years. Therefore, the aforementioned violated 42 U.S. Code § 1986

**262.** Every single former and current FISA Judge listed in the previous 10 paragraphs, had any other DEFENDANT experienced the same harms that PLAINTIFF experienced, would have ruled in the exact opposite way for any decision and/or a totality of the decisions they ruled on involving PLAINTIFF in which they violated 42 USC §1981

**263.** DEFENDANTS, JOHN O. BRENNAN, HILLARY CLINTON, ANDREW MCCABE, JAMES COMEY, LYNN FORESTER de ROTHSCHILD, SIR EVELYN de ROTHSCHILD, WILLIAM JEFFERSON CLINTON, and/or VLADIMIR PUTIN, VERA KOTEVSKI, etc. violated 42 U.S.C. § 3631 when they interfered with PLAINTIFF'S housing rights because of

PLAINTIFF'S religion, handicap, and national origin the entire time PLAINTIFF was in Tokyo, JAPAN living at the Sakura House.

**264.** JOHN BRENNAN knew full well that spreading disinformation was a time-honored intelligence practiced used to discredit "adversaries" to shape public perceptions in which he would take covert action against "adversaries." PLAINTIFF when he filed his FOIA requests with Custom and Border Patrol and Navy both alluded to JAPLAN on intuition. Now either the CIA was that incompetent or that malicious in regard to *JAPLAN* and *PLAINTIFF*. There is no plausible different or rational explanation besides criminal incompetence or criminal malice. PLAINTIFF proved why they egregiously and unrelentingly viewed PLAINTIFF as an adversary when PLAINTIFF was never an adversary to America. JOHN BRENNAN, ROBERT MUELLER, PETER STRZOK, ANDREW MCCABE, all had the ability to stop *JAPLAN*.

**265. if PLAINTIFF would have had part of the $14,900,000,000 DEFENDANTS made off of him in Miki's Tea Party, PLAINTIFF would have stayed at the lounging Santa Clara Law recommended and this would have never happened,** but PLAINTIFF could not have afforded the recommended housing; and for all intents and purposes, PLAINTIFF lived in decrepit and unsanitary conditions the entire time PLAINTIFF was in Japan in the Summer of 2015 in violation of United States v. KOZMINSKI and necessarily extremely dangerous conditions to PLAINTIFF

**266.** HILLARY CLINTON, BILL CLINTON, LYNN FORESTER de ROTHSCHILD, VLADIMIR PUTIN, VERA KOTEVSKI, JOHN O. BRENNAN, JAMES COMEY, ANDREW MCCABE, PETER STRZOK violated: *Wilson v. Seither*, 501 U.S. 294 (1994) (holding for purposes of 8th Amendment and 14th Amendment violations: one claiming that the conditions of his confinement violate the 8th Amendment must show a culpable state of mind on part of the

officials; the 'wantonness' of conduct depends not on its effect on the individual, but on the constraints facing the official; there must be *deliberate indifference" to one's "serious" medical needs")* because they all knew of the decrepit and unsanitary conditions PLAINTIFF was living in at Sakura House and they knew how much the United States Government profited off of PLAINTIFF.

**267.** The second part of the Santa Clara Law Program in the Summer of 2015 was the most dangerous for PLAINTIFF: PLAINTIFF was the only American working in his internship and no known Americans in the immediate vicinity of where he lived. Whatever issues PLAINTIFF was having at the residence PLAINTIFF was staying at would not be brought up with his bosses as PLAINTIFF was new and trying to establish himself and in which one must separate work from their home life. If it wasn't for DEFENDANTS who intentionally put PLAINTIFF in harm's way in which he would never be able to attain employment, PLAINTIFF wouldn't have tried so hard and did whatever his bosses wanted out of PLAINTIFF in which PLAINTIFF was completely broke law school student and became an indentured servant to DEFENDANTS. None of the classmates who spoke Japanese at the Santa Clara program were there with PLAINTIFF at the internship and those students and PLAINTIFF barely hung out in the second part of the internship. There were two meetings with the administrators of the Santa Clara program in July 2015. PLAINTIFF cannot recall what was stated in these meetings but PLAINTIFF is hoping that he told MARCUS or PHILIP JIMENEZ details about ANGIE ORTIZ.

**268.** PLAINTIFF was at *SAKURA HOUSE* with two Vietnamese roommates that barely spoke any English who worked daily in which PLAINTIFF barely saw them that were staying in one of the three bedrooms available to rent on the floor of the hotel/apartment. For all intents and

purposes, ***PLAINTIFF was all by himself from at least June 26th, 2015 in a foreign country with no help nearby and NO airplane ticket home as previously known to DEFENDANTS in email***. This is another core part of ***JAPLAN***. As PLAINTIFF said earlier in the email sent in late May 2015 that the FBI, GRU, CIA, NSA, et al obtained illegally over the wires: "I'm in a foreign country with no relatives or anyone who can help me nearby… my emergency money covered the IT problem[20], but that is gone…My grandparents absolutely have no money, my brother is living at home (unemployed) with my mom who is unemployed and a father on disability." How would PLAINTIFF afford a lawyer in Japan based on the facts? PLAINTIFF absolutely could not have defended himself in the court of law in Japan with no money to pay for an attorney and DEFENDANTS knew this fact. DEFENDANTS knew PLAINTIFF was lonely, got away from a racket involving DEFENDANTS and ASHLEY MAIDEN as will be explained later, was generally inexperienced with women, had experienced a major heart break Spring 2015 because PLAINTIFF did the right thing with BRI DRESCHER. PLAINTIFF was extremely vulnerable.

**269. BARACK OBAMA gave the following Executive Order on June 17th, 2015. E.O. 13696, exactly 9 days before what transpired on June 26th, 2015.** PLAINTIFF alleges that BARACK OBAMA was trying to prosecute PLAINTIFF for DEFENDANT implementing *JAPLAN* against PLAINTIFF in a military tribunal and for DEFENDANTS having committed an act of international and domestic terrorism against PLAINTIFF. The E.O. states the following: "*Sec. 2*. These amendments shall take effect as of the date of this order, subject to the following: (a) Nothing in these amendments shall be construed to make punishable any act done or omitted prior to the effective date of this order that was not punishable when done or omitted. (b) Nothing in these amendments shall be construed to invalidate any nonjudicial punishment

[20] LSU LAW and JESSICA OTT informed PLAINTIFF via a couple of emails prior to this one that there was an IT problem that prevented PLAINTIFF'S funds from being disbursed on time.

proceedings, restraint, investigation, referral of charges, trial in which arraignment occurred, or other action begun prior to the effective date of this order, and any such nonjudicial punishment, restraint, investigation, referral of charges, trial, or other action may proceed in the same manner and with the same effect as if these amendments had not been prescribed.

**270.** JOHN O. BRENNAN said at one time: "**I also supported President Obama's view that covert action should be undertaken only when there is no viable diplomatic, military, or other option available and when the hand of the United States needs to be hidden for national security purposes, not for political reasons**."[21] The CIA always had the viable action of intervening or talking to PLAINTIFF and truly understanding what PLAINTIFF represents prior to Summer 2015. They could have helped their own fellow American, BUT THEY DID NOT. JOHN BRENNAN is the type of ridiculously stupid man that thinks that the US Constitution doesn't apply to americans abroad and he did not think the U.S. Constitution applied to PLAINTIFF in Japan in the Summer of 2015.

**271.** Furthermore, Executive Order 13698 issued on June 24th, 2015 (just two days before June 26th, 2015) that said the following: June 24, 2015: *Section 1*. *Purpose*. The 21st century has witnessed a significant shift in hostage-takings by terrorist organizations **and criminal groups abroad**. Hostage-takers frequently operate in unstable environments that challenge the ability of the United States Government and its partners and allies to operate effectively. Increasingly, hostage-takers target private citizens—including journalists and aid workers—as well as Government officials. They also utilize increasingly sophisticated networks and tactics to derive financial, propaganda, and recruitment benefits from hostage-taking operations. The United States is committed to securing the safe recovery of U.S. nationals held hostage abroad and

[21] Brennan, John. Undaunted: My Fight Against America's Enemies At Home and Abroad. 2020.

deterring future hostage-takings by denying hostage-takers any benefits from their actions. Because such hostage-takings pose unique challenges, the United States Government must be organized and work in a coordinated effort to use all instruments of national power to achieve these goals, consistent with the United States Government's no concessions policy." The CIA and FBI and DoD did not follow this whatsoever in the Summer of 2015.

**272.** ANDREW MCCABE'S book, my opinion, and, of course some conjecture. In *March 2015,* ANDREW MCCABE, of the FBI, wrote in his book when talking about his wife JILL MCCABE running for VA State Senate—"The next step, as Jill weighed her options—and the Democrats weighed whether they wanted her to run—would be for her to meet the governor [Terry McAuliffe**]**. If Jill wanted to run for office, my support for her would be as solid as hers had always been for me...If Jill wanted to run for office, I would also ***respect*** absolutely **all legal and ethical limits** that her service might place on my own." Ummm, first off, future FBI Director, it is not a matter of *respecting* legal limits, the actual standard Mr. FBI agent and former Director of the FBI ANDREW MCCABE is complying with and adhering to legal and ethical standards and limits. Goes to show what happens to the FBI when you have people like ANDREW MCCABE running and ruining it. You can still do things that are the exact opposite of something even if you *respect* something. PLAINTIFF respects eating healthily as proper nutrition leads to a healthier lifestyle, but yet, when that 20oz T-Bone steak beckons PLAINTIFF, that respect disappears faster than that steak off my plate.

**273.** ANDREW MCCABE said the following about his wife's political office run from March 2015: "I removed myself from any involvement in cases that had anything to do with *Virginia politicians*."[22] ANDREW MCCABE does know there are 49 different states, U.S. Territories,

[22] McCabe, Andrew. *The Threat. How the FBI Protects America in the Age of Terror and Trump.* 2019.

and, more importantly, cases in Washington D.C. that involve politicians or politics that are not included in "Virginia politicians," right? That includes Illinois, Louisiana, Washington D.C., and Tennessee politicians and issues. Next, he didn't remove himself when it came to cases involving PLAINTIFF. What is PLAINTIFF'S ultimate point in the previous paragraph and this one? Suppose ANDREW MCCABE is a good loving husband, and he wants to see his wife succeed as a Virginia State Senator, but he must *ingratiate* himself in *the Democrat party or the CLINTONS somehow,* in order for JILL MCCABE to succeed. No *ingratiation*, no approval from either HILLARY CLINTON or TERRY MCAULIFFE (thereby no funds for her campaign) in 2015 for ANDREW MCCABE'S wife to successfully run as Virginia state senator because that is ***precisely*** how American politics works. The CLINTONS are great fundraisers. This is a motivating factor in the mail and wire fraud as well as the bribery scheme between ANDREW MCCABE, TERRY MCAULIFFE, CLINTONS.

**274.** What if the CLINTONS had a problem that the FBI and ANDREW MCCABE or the CIA and JOHN BRENNAN and/or American INTEL, British INTEL, Indian Intel, could "dispose of" so that ANDREW MCCABE can *ingratiate* himself with the Democrats and HILLARY and BILL CLINTON or JOHN BRENNAN or DEFENDANTS returns a favor to BILL CLINTON? Wouldn't it be easier for the CLINTONS to "dispose of" a problem they had if their newly ingratiated 'hitman' ANDREW MCCABE got a promotion in September 2015 as the associate deputy director of the FBI and then be miraculously promoted yet again within 3 months of his previous promotion in January 2016 as the Deputy Director of the FBI (#2 in the FBI)? Furthermore, with each promotion, **A PAY RAISE, which is increased money. which also affects interstate and intrastate commerce**. So not only does ANDREW MCCABE'S promotion affect interstate and intrastate commerce, but the CLINTONS or MCAULIFFE giving

JILL MCCABE funds does as well! This is part of the kickback and bribery scheme between the CLINTONS, American INTEL, and ANDREW MCCABE

**275.** This 'hitman' just so happens to be the overseer of the CLINTON Investigation. Hey ANDREW MCCABE, how would you describe the investigation into the CLINTONS—"It was head-quarters "**Special**" in which "The ***SET UP*** for ***Midyear*** was ***simple***."493 Special as in special needs people and special ed people—that's respectful and in light of what PETER STRZOK and ANDREW MCCABE did in MIDYEAR. Where did PLAINTIFF see ***Midyear*** again? Sewanee Freshman year. See: *Midyear.* Would a "set-up" be simple if PLAINTIFF described in excruciating detail how to commit ***the perfect hate crime against PLAINTIFF on the basis of his disability in revealing the details of JAPLAN*** that ANDREW MCCABE, JOHN O. BRENNAN, JAMES COMEY, JEH JOHNSON, and PETER STRZOK and/or Indian Intel or British Intel heard the details of in Spring 2015? YES! There goes the FBI referring to PLAINTIFF on the basis of his disability and how they set up PLAINTIFF.

**276.** Let PLAINTIFF give the benefit of the doubt to "non-corrupt" ANDREW MCCABE. This is what he said: "The laptop494 was a find, but finding the laptop was not self-**evidently a six-alarm situation.**495 During **Midyear**,496 each of the many, many times we got a new tranche of **emails**,497 a first order of business was having them "**de**-*duplicate*d"498—that is, compared with the ones we already had to see what might be new.499 This time, we would do the same thing. I tasked the job of looking into this to the counterintelligence division,500 and I expected to receive reports as things developed…[MCCABE is still talking about Midyear when he says] I'd been home for two days when the Bureau applied for and received **a_ _F_I_S_A_ _w_a_r_r_a_n_t_ _t_o_ _s_u_r_v_e_i_l_ _a_ _s_u_b_j_e_c_t_501** in connection with the Russia investigation…[MCCABE is continuing to talk about Midyear when he says] as noted, I

had nothing to do with Jill's campaign. And Jill's campaign had nothing to do with the Clinton email investigation…I sought ethics advice and followed it, observed all of these prohibitions and more, avoiding even activities that might have been permitted…and even if [Virginia Governor] McAuliffe had wanted to ***CURRY FAVOR WITH ME on HILLARY CLINTON'S behalf,*** he would have had to be a ***clairvoyant***. Jill's campaign was over—and she lost—in November 2015, months before I had any knowledge of, or involvement in, the Clinton case."505 There is something really up with the passage: "even if [Virginia Governor] McAuliffe had wanted to *CURRY* FAVOR with ME on Hillary Clinton's behalf. This passage is great for a lot of different ways. PLAINTIFF alleges it refers to "Trade is in the Offing" and why they would want to retaliate against PLAINTIFF. Clairvoyant is tricky in a lot of different ways in which all the following are plausible explanations: 1) the most likely: ANDREW MCCABE, PETER STRZOK, JEH JOHNSON, and JOHN O. BRENNAN, having listened in on PLAINTIFF knew the details of JAPLAN so ANDREW MCCABE is actively trying to mitigate the harm to DEFENDANTS and say that PLAINTIFF would not be able to credibly connect all of them in which MCAULIFFE had directed some unknown Indians to retaliate against PLAINTIFF in JAPAN via *JAPLAN* as a favor because all PLAINTIFF had was a sense of clairvoyance in Spring 2015 that Hillary Clinton and Bill Clinton had intended on completely harming PLAINTIFF along with Andrew McCabe and Chief Justice John Roberts. Clairvoyant could refer to Santa CLARa and PLAINTIFF'S semester abroad in which he would travel like a bon-*voy*-ant in his travel abroad. So PLAINTIFF alleges that this is obstruction of justice, obstruction of a criminal investigation because ANDREW MCCABE would be deliberately ignorant of McAuliffe directing some Indians to retaliate against ME (midyear)(PLAINTIFF) on

behalf of HILLARY CLINTON because of the "trade is in the offing" in which McAuliffe would grant the funds to JILL MCCABE'S campaign.

**277.** Next, PETER STRZOK said: "From a counterintelligence perspective, the most important players in some embassies include the ambassador, the deputy chief of the mission, the CIA chief of station, the FBI's LEGAT, and sometimes the State Department's regional security officer. Work that touches on ***other*** FBI **investigations** might include representatives from **the Drug Enforcement Agency513 or the Department of Defense514 and Homeland Security."515 Thank you PETER STRZOK for this as this officially ties in State Department, CIA, FBI, DEA, DOD, and DHS all in the same conspiracy and cannot be separated. First, whatever privacy rights PLAINTIFF had in the privacy of his home—when PLAINTIFF was engaging in 1st Amendment protected speech in which PLAINTIFF never expected those conversations to be used or recorded against my consent-- could have easily been circumvented by DOD, DHS,516 or DEA; and then DHS/DEA/DOD gave these recordings to FBI, CIA, et al. This also proves a conspiracy existing amongst DEFENDANTS as they have work that touched on investigations involving PLAINTIFF. Also a distinct possibility is the FBI themselves having recorded all the conversations about me in Spring 2015. The point being, what this shows is all the collaboration and coconspirators agreement to further the enterprise prior to PLAINTIFF leaving for Japan in the Summer of 2015.**

**278.** LYNN FORESTER DE ROTHSCHILD and BILL & HILLARY CLINTON were close friends, starting from the 1990s when LYNN FORESTER DE ROTHSCHILD had a position in BILL CLINTON'S White House.

**279.** SIR EVELYN de ROTHSCHILD and LYNN FORESTER DE ROTHSCHILD were married.

**280.** SIR EVELYN de ROTHSCHILD died on November 7th, 2022. The following is from his obiturary: "I am used to being the butt of criticism," Rothschild said. "People say that all I care about is control, but it is not true. What I care about is strategy. The Rothschild family feels that if its name is on the door, it has a responsibility to see that it is properly managed. Slavery has not been re-enacted, as far as I know, but our turnover of staff nonetheless remains tiny… Lord JACOB ROTHSCHILD left, taking with him Rothschild Investment Trust, which became RIT. Relations between the two cousins were cool for several years, but they reconciled eventually.. At the 1998 Bilderberg Conference, the annual meeting of European and North American political and financial decision-makers, Rothschild met Lynn Forester, an American lawyer and businesswoman. They married in 2000, spending a night of their honeymoon at the Clinton White House… In 2004 the couple financed an orphanage, the Lady Lynn Joyful Home for Children, in Tamil Nadu, India, but seven years later sued the charity running it for embezzlement. The orphanage was closed in 2012…."[23]

**281.** SIR EVELYN ROTHSCHILD found time to chair NM Rothschild (NMR), the London end of the family network, for 27 years and grow its assets from £400 million to £4.6 billion.[24]

**282.** SIR EVELYN de ROTHSCHILD was a financial advisor to Queen Elizabeth II (now deceased).

**283.** SIR EVELYN de ROTHSCHILD, at some time, between May 2011 and June 2015 determined how much of a financial liability PLAINTIFF was to the United Kingdom and

---

[23] https://www.thetimes.com/uk/article/sir-evelyn-de-rothschild-obituary-mbjzv866g
[24] https://www.thetimes.com/uk/article/sir-evelyn-de-rothschild-obituary-mbjzv866g

informed Queen Elizabeth II the second of such, which provides motive to them in committing *JAPLAN* against PLAINTIFF.

**284.** LYNN FORESTER de ROTHSCHILD was issued the **Order of Merit of the Italian Republic** (Italian: *Ordine al Merito della Repubblica Italiana*) in 2007 and that is subject to disgorgement under 18 USC 1963 because there was nothing honorable nor merit worthy that she did in 2015 when it relates to *JAPLAN*.

**285.** LYNN FORESTER de ROTHSCHILD has been the director of ESTEE LAUDER COMPANIES.

**286.** SIR EVELYN de ROTHSCHILD along with LYNN FORESTER de ROTHSCHILD built *Lady Lynn Joyful Home For Children* in Tamil Nadu, which helps establish a connection of the ROTHSCHILDS to India, the MARAN political dynasty in Tamil Nadu, and quite possibly SpiceJET.

**287.** ROTHSCHILDS Continuation Holdings AG is the ROTHSCHILDS bank holding company that is a parent company to ROTHSCHILD & CO Continuation Limited, ROTHSCHILD BANK AG, N M ROTHSCHILD & SONS Limited, and ROTHSCHILD NORTH AMERICA INC. in which DAVID R.J. de ROTHSCHILD and EVELYN de ROTHSCHILD had managing positions and/or control over.

**288.** HILLARY CLINTON on May 29th, 2015 sent the following over the wires to JOHN PODESTA: "Subject: Re: Message from President Clinton to Foundation Supporters: Thanks for passing on. **Lynn** and jay **have continued to keep us updated on their efforts since Africa** but this is great Sent from my iPhone." [25] LYNN FORESTER de ROTHSCHILD was in constant contact with HILLARY CLINTON since their Africa trip in April/Beginning

[25] https://wikileaks.org/podesta-emails/emailid/27436

May 2015 in which information relating to LYNN'S efforts necessarily included furthering the *JAPLAN* Conspiracy against PLAINTIFF over the wires which is a violation of 18 U.S.C. 1962(d) and 18 U.S.C. 1961 Section 1343 because it was perpetuating PLAINTIFF'S slavery. Furthermore, it gives more proof that LYNN FORESTER de ROTHSCHILD and HILLARY CLINTON were in regular contact with each other and that includes on June 26th, 2015.

**289.** More importantly from the email[26] in the previous paragraph that PLAINTIFF is establishing something for later that shows that BILL CLINTON was one of the main culprits is when he wrote the following on May 29th, 2015 that was received by JOHN PODESTA that was transmitted over the wires: "In Tanzania, I visited Wazia Chawala. She is a farmer and a single mother raising seven children. She is also one of 85,000 people in Tanzania, Malawi, and Rwanda participating in our Clinton **Development** Initiative's ***Anchor*** Farm program. The program operates commercial farms and partners with local small**holder** farmers **to provide them with access** to high-quality, **low-cost seed and fertilizer**, training in improved agricultural techniques, ***and transportation to market.*** Participants have more than doubled their yields on average, increased their incomes by even greater margins, and dramatically improved their quality of life." This proves that PLAINTIFF talked about *Anchoring* when it came to *JAPLAN*. See: Paragraph #XX. ERIC HOLDER retaliation against PLAINTIFF is further evidenced in this email. What did CGI, LYNN FORESTER de ROTHSCHILD, and HILLARY and BILL CLINTON want to do? They wanted to PLANT Angie Ortiz outside Sakura House in which the

[26] https://wikileaks.org/podesta-emails/emailid/27436

CLINTONS and ROTHSCHILD were providing PLAINTIFF (with blackmail) and LYNN FORESTER de ROTHSCHILD, HILLARY & BILL CLINTON, *TRANSPORTED* Angie Ortiz to outside Sakura House hoping to frame and blackmail PLAINTIFF as a pimp and sexual trafficker of children, which was completely against PLAINTIFF'S beliefs and values and in furtherance of the RICO Enterprise against PLAINTIFF. PLAINTIFF will explain this later, but there were Africans at issue in TOKYO in July 2015 in which they probably came from either: Tanzania, Malawi, or Rwanda.

**290.** BILL CLINTON during his African escapade in 2015 stopped in Tanzania sometime between April 28th, 2015 through May 7th, 2015[27]

**291.** EABH is an entity known to be associated with SIR EVELYN ROTHSCHILD, ROTHSCHILDS BANKS, and LYNN FORESTER DE ROTHSCHILD.

**292.** EABH came out with their Annual Report in 2016 (Hereon: *EABH 2016 Report*)[28] in which they welcomed the Bank of Russia.

**293.** The Board Members of EABH in 2015 and 2016 consisted of at least SIR EVELYN ROTHSCHILD and MIROSLAV SINGER OF THE CZECH NATIONAL BANK and the Bank of Israel were part of the management of EABH.[29]

**294.** PLAINTIFF acknowledges that there is a human tendency of cherry-picking information, but PLAINTIFF argues that too many coincidences is not cherry picking, it is evidence involving the ROTHSCHILDS & PLAINTIFF with the following circumstantial evidence involving The ROTHSCHILDS:

---

[27] https://www.politico.com/story/2015/04/bill-clintons-africa-entourage-117445
[28] https://bankinghistory.org/wp-content/uploads/eabh2016AnnualReport.pdf
[29] PLAINTIFF only includes him because of what PLAINTIFF saw on July 18th, 2023.

a. PLAINTIFF alleges that DEFENDANTS sadistically wanted to commit a version of something similar to Oldboy where PLAINTIFF has to discover his past showing how these psychopaths always manipulated, exploited, and enslaved PLAINTIFF.

b. *EABH 2016 Report* is exactly 13 pages long. 13 possibly being the age of ANGIE ORTIZ.

c. *EABH 2016 Report* on Page 3 out of 13 discusses having "The workshop equipped participants with the toolkit to plan and record their own **oral history projects** and hence bring an additional dimension to modern financial archives." This proves retaliation on the basis of PLAINTIFF'S speech said in the privacy of his own home because PLAINTIFF discussed the historical rackets the ROTHSCHILDS committed through the years and this is a motive for the ROTHSCHILDS (Lynn Forester De Rothschild and Sir Evelyn Rothschild). They are talking about PLAINTIFF'S sexual abuse by ANGIE ORTIZ against PLAINTIFF for lying about her age and DEFENDANTS of PLAINTIFF performing cunnilungus on ANGIE ORTIZ.

d. Page 4 out of 13 of the *EABH 2016 Report* discusses: "Origins of banking globalization. The experience of Spain and Latin America" Latin America is where ANGIE ORTIZ is from. Continuing on: "Many Latin American colleagues attended the discussion, which dealt with the trajectories and patterns of internationalization in banking during the first age of globalization (1870-**1914**) and the birth and development of the financial sector in Latin America. The committee consisted of: Carmen Hofmann (eabh), **Miguel** López **Morell**

(Unviersity of Mur**cía**)…” This shows who one of their conspirators was in the CIA: MICHAEL MORELL. That means at least MICHAEL MORELL of the CIA was a witness to the 4 times PLAINTIFF engaged in oral discussions (as they call it or as PLAINTIFF calls it sexual abuse and battery through oral sex, violating PLAINTIFF'S soul, war crimes, torture, RICO violations, furthermore, it is on Page 4). This is clearly DEFENDANTS talking ANGIE ORTIZ and PLAINTIFF in which they wanted to falsely allege PLAINTIFF had been a habitual offender and engaged in pattern behavior that PLAINTIFF never committed until DEFENDANTS did these acts against PLAINTIFF. The devious part of *JAPLAN* is apparent here in which there was a confusion through ANGIE ORTIZ'S intentional lies of saying she was 19 when she met PLAINTIFF and another instance in which ANGIE ORTIZ said she was 14.

e. The next section on Page 4 of 13 in *EABH 2016 Report* discusses “Archives online. It's all about choices archival workshop On 28 April 2016” in which PLAINTIFF'S birthday is April 28th. PLAINTIFF discussed a legal issue of *JAPLAN* with WARWICK ALLEN in SPRING 2015 in proving if succumbing to JAPLAN was willing or not in which it was about the choice PLAINTIFF made if he succumbed to *JAPLAN* regardless of whether PLAINTIFF was drugged (in which PLAINTIFF was drugged). This shows the deep knowledge of everything PLAINTIFF said with his discussions with WARWICK ALLEN. This gives huge inferences that MICHAEL MORELL of the CIA LEAKED THE CONTENT OF THE CONVERSATIONS SAID IN THE PRIVACY OF HIS OWN HOME TO

SIR EVELYN ROTHSCHILD or unknown Indian Intelligence officers leaked it to the ROTHSCHILD and SIR EVELYN ROTHSCHILD.

f. *EABH 2016 Report* on Page 10 out of 13 (labeled as Page 11) says: "**Archives online.** It's all about choices archival workshop **On 28 April 2016** Oesterreichische Nationalbank (OeNB) kindly hosted an eabh archival workshop about online archives. The workshop was the kick off to the 2016 eabh annual meeting and the workshop was designed to deepen and expand knowledge and skills related to financial institutions' online archives. <u>It provided strategic advice for planning and implementing online archive projects to archivists and records managers.</u> Walter Antonowicz (OeNB), Gabriella Massaglia (eabh), Roger Nougaret (BNP Paribas), Luís Nunes (eabh), Lorans Tanatar Baruh (SALT) and Ines van Dijk (De Nederlandsche Bank) formed the academic committee."[30] DEFENDANTS had hacked into PLAINTIFF'S laptop, cell phone, and installed cameras in Sakura House. All the information was stored online and leaked in which PLAINTIFF has come across numerous sexual videos of himself on at least 4Chan. So this gives plausible explanation that DEFENDANTS intentionally manipulated PLAINTIFF and tortured him sexually over the internet via cameras. This gives plausible explanation of how the FBI/DOJ/CIA can skirt the illegal Constitutional Violations that they committed in obtaining the evidence of what transpired in Japan in Summer 2015 because it is an independent source by having these sadistic individuals post it online. XIUYANG SUN and ANGIE ORTIZ tried to meet PLAINTIFF in VIENNA in December 2022. This also

[30] https://bankinghistory.org/wp-content/uploads/eabh2016AnnualReport.pdf

directly ties in Apple and Intel in which the CEO of Intel attended the *Japanese Conspiracy Dinner* in 2015.

g. *EABH 2016 Report* on Page 9 (labeled as Page 10) says "Money in Africa. Monetary and financial decolonisation in Africa in the 20th century conference Another joint conference will take place on 9 -10 October 2017 in cooperation with Banco de Portugal and Banque de France in Lisbon, Portugal. The objective of the meeting is to shed light on **a range of different historical experiences of monetary dependency and independence**. Monetary and fiscal processes are important elements in state building and in managing international economic relations for emerging economies and new states. These processes were also important during the transition to constitutional independence in Africa; however little attention has been paid so far to the trajectory of the monetary and fiscal processes of decolonisation in Africa. This conference is going to change this.[31] This is a RICO act violation showing that LYNN FORESTER DE ROTHSCHILD, EVELYN ROTHSCHILD and the CLINTONS conspired against PLAINTIFF in Africa during PLAINTIFF'S birthday. This shows that they wanted to have ANGIE ORTIZ monetarily DEPENDENT on PLAINTIFF (in which officials in the US Government would assist with VISA's help in tracking PLAINTIFF'S money in JAPAN in the Summer 2015) in which PLAINTIFF would pay to help ANGIE ORTIZ and the Africans being paid for aiding and abetting sexually trafficking ANGIE ORTIZ that the money the ROTHSCHILDS would argue is completely independent from their actions relating to PLAINTIFF.

[31] https://bankinghistory.org/wp-content/uploads/eabh2016AnnualReport.pdf

This is supplemented when the ROTHSCHILDS say: "Monetary and fiscal processes are important elements in state building and in managing international economic relations" in which the ROTHSCHILDS (LYNN FORESTER DE ROTHSCHILD & EVELYN ROTHSCHILD) were trying to establish the policies of how to monitor cash via VISA to frame PLAINTIFF and how they were doing it for HILLARY & BILL CLINTON because it would eliminate PLAINTIFF as a liability and allow them to manage their control over the CLINTONS if HILLARY CLINTON was elected in office in 2016.

h. PLAINTIFF in Sewanee concluded and has repeatedly said throughout the years that love is the only thing that connects the past, present, and future and *EABH 2016* Report on Page 7 out of 13 (labeled as Page 8) has the following section: "Populism and financial markets Past, present, prospects…" prospect is future. This shows just how familiar SIR EVELYN ROTHSCHILD and LYNN FORESTER ROTHSCHILD WAS WITH AUTISTIC PLAINTIFF'S BELIEFS AND HOW THEY WANTED TO ABUSE HIM BECAUSE OF IT.

i. PLAINTIFF in Sewanee concluded and has repeatedly said throughout the years that love is the only thing that connects the past, present, and future and *EABH 2016* Report on Page 7 out of 13 (labeled as Page 8) has the following section: "Populism and financial markets Past, present, prospects…" prospect is future. This shows just how familiar SIR EVELYN ROTHSCHILD and LYNN FORESTER ROTHSCHILD WAS WITH AUTISTIC PLAINTIFF'S BELIEFS AND HOW THEY WANTED TO ABUSE HIM BECAUSE OF IT.

j. *EABH 2016 Report* on Page 10 out of 13 (labeled as Page 11) also says: "Business, academic and regulator perspectives on the **past, present and future** of data in the finance sector. Data about the finance sector is growing exponentially and storing it is becoming easier. Businesses are excited about the commercial possibilities of'Big Data'; academics are relishing the research potential of deep data archives and regulators are hoping for a fuller view of systemic risk and stability. Will it all turn out well though? The current reality of massive data stores is often no more than massive cost and complexity. By exploring how we got here with data and where we go next can a meeting of business, academics and regulators resolve the data dilemma and find a way to turn a risk into an asset? • Does more data make us better forecasters? Are we any better than Keynes at predicting systemic risk now we have all this informatio • Do economic policy makers make good use of historical data or is it too hard to do? • Forecasters of all descriptions (especially economic ones) are facing a popular backlash. They missed the financial crisis and got the short term impact of Brexit wrong (possibly). Wasn't more data meant to mean better predictions?" PLAINTIFF gave details of *JAPLAN* in the Spring of 2015 and predicted the 50/50 chance PLAINTIFF would succumb to *JAPLAN* and how they were managing a risk with PLAINTIFF. Unknown Businesses, who PLAINTIFF alleges stole years upon years of his ideas and implemented it forcing PLAINTIFF to be their slave in which they have liability, such businesses would include AIRBUS, BOEING, APPLE, ALPHABET, JP MORGAN CHASE (in which in one of the ROTHSCHILDS investment portfolios the two biggest shares

of companies they have are: Apple and JP Morgan Chase Bank)[32] of the in which the ROTHSCHILDS, would be excited about having *JAPLAN* implemented against PLAINTIFF

k. ROTHSCHILD gave a corporate responsibility report for the years of 2014/2015 in which the section about Frankfurt in which an incident took place in Frankfurt said the following on labeled Page 13: “In addition they collected Christmas presents for refugee children which were handed out by the refugee centres of Caritas in Frankfurt.” And then in the very next word (that is not part of the infograph) is on the next page (labeled Page #14) in very big letters is “MILAN,” PLAINTIFF’S FIRST NAME. The following is the text from labeled Page #14: “MILAN. Rothschild in Milan established relationships with the following local charities this year: CBM: a social cooperative created in 1984 which aims at preventing and treating child abuse and family violence. T**he Care Home gives residential care for children**, aged between 2 and 12 years, **who have been temporarily removed from their families.** Fondazione Theodora: The mission at the heart of Theodora is to contribute to the wellbeing of children in hospitals, hospices and specialist care centres <u>by **providing visits** from professional performers who have been trained to work</u> in a medical environment. Opera <u>***san Francesco***</u> and Comunità di San’Egidio <u>**provide hospitality to people in need of food, clothes , personal hygiene and medical care to restore dignity and hope through sharing.**</u> During the year, more than 60% of staff volunteers contributed to: ■■ Hosting a Christmas party for children and donating gifts ■■ Cooking

[32] https://fintel.io/i/rothschild-investment-corp-il

meals for homeless people and donating warm clothing ■■ Building a vegetable garden with Children from CBM." There is your case of: *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) authorizing the hit in which ANGIE ORTIZ was in need of food, clothing, personal hygiene, and medical care. They intentionally separated a child (ANGIE ORTIZ) from her family to blackmail and sexually abuse PLAINTIFF on purpose in which she was taught what to do because she was trained what to do by DEFENDANTS LYNN FORESTER DE ROTHSCHILD, SIR EVELYN ROTHSCHILD, HILLARY CLINTON, and BILL CLINTON. The reporting period of that report ended in March 2015, which PLAINTIFF had already elaborated upon *JAPLAN* by this time in which SCOTUS granted cert in *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) in March 2015.

**295.** LYNN FORESTER de ROTHSCHILD married SIR EVELYN ROTHSCHILD.

**296.** LYNN FORESTER de ROTHSCHILD & the Estate of SIR EVELYN de ROTHSCHILD were the founders, partners, or managers of the Coalition for Inclusive Capitalism.

**297.** The Coalition for Inclusive Capitalism on June 26th, 2015 held an event in London, United Kingdom that was organized and managed by LYNN FORESTER de ROTHSCHILD & the Estate of SIR EVELYN de ROTHSCHILD (Hereon: *London 2015 Conspiracy Event*)

l. According to The Coalition for Inclusive Capitalism's website, the following individuals attended the *London 2015 Conspiracy Event, the following relevant individuals attended the event:*

a. KAMAL AHMED

b. HONGCHUL AHN

c. TADASHI AOGAI

d. JAGDEEP SINGH BACHHER– Chief Investment Officer and Vice-President of Investments, University of California, Office of the President

e. MATTHEW BARZUN, United States Ambassador to the United Kingdom

f. ANN CAIRNS – President, International Markets MasterCard

g. President BILL CLINTON

h. TONY FERNANDES

i. SUSAN GILCHRIST– Group Chief Executive Officer, Brunswick Group

j. CARLOS SLIM HELÚ

k. INDRA NOOYI– Chairman and Chief Executive Officer, PepsiCo

l. UCHE ORJI– Managing Director and Chief Executive Officer, Nigeria Sovereign Investment Authority

m. ADRAIN ORR– Chief Executive Officer, New Zealand Superannuation Fund

n. SIR EVELYN de ROTHSCHILD– Chairman, E.L. Rothschild LLC

o. LADY LYNN FORESTER de ROTHSCHILD– Founder and Chief Executive

p. VIMAL SHAH Vimal Shah

q. Dr. VISHAL SIKKA Sikka

r. JOHN J. STUDZINSKI CBE – Vice-Chairman and Senior Managing Director, Blackstone

**298.** It is not PLAINTIFF'S intent to go after every single DEFENDANT in the *Japanese Conspiracy Dinner* and the *London 2015 Conspiracy Event* and acquire all of their wealth and ill-gotten gains in violation of 18 USC 1962(d).

**299.** *DEFENDANTS named who attended London 2015 Conspiracy Event are an association under: Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985), held "that the New Hampshire Democratic Party was **an unincorporated association**. The court found that the **common understanding** of most citizens of New Hampshire was that there was in existence a New Hampshire Democratic Party, commonly referred to and contributed to as such, which **met regularly in *convention***. Under these definitions and holdings, it appears that a group such as an organized crime "family" would be recognized by a court as an unincorporated association."

**300.** On June 26th, 2015 at *London 2015 Conspiracy Event*, HONGCHUL AHN, CEO of Korea Investment Corporation, started his speech at the event by saying: "When liberated from **Japanese** rule in 1945, **Korea was as poor as sub-Saharan countries**. Until the late 1960s its income per capita remained below $1,000 but since then the country's wealth has vastly increased, such that many developing countries now look to Korea as a role model…. **Globally, the number of sovereign wealth funds (SWFs**) - which are mandated to secure the economic welfare of future generations - has increased dramatically since 2000. Their assets under management now amount to nearly $20 trillion. They played a big role during the global financial crisis of 2008, providing critical liquidity through their investments in companies such as Citigroup, Morgan Stanley and Merrill Lynch. Indeed, helping to stabilize global financial markets is one of the guiding principles of SWFs, as laid out by the International Forum of Sovereign Wealth Funds. ***SWFs strive to maximize long-term return on investments,*** something that lies at the heart of inclusive capitalism. Their extremely long ***investment horizon*** enables them to invest both in physical infrastructure

(highways, railways, ***airports,*** seaports, electrical grids, energy utilities, telecommunications, etc.) and social infrastructure, such as schools and hospitals, **taking on political as well as economic risk. SWFs maximize their effectiveness when they co-invest with other organizations with similarly long *investment horizons,* such as governments and multilateral financial institutions (the World Bank** and regional development banks, for example). One way to increase impact is by working together, for example through the Co-investment Roundtable of Sovereign and Pension Funds (CROSAPF), a collaborative co-investment platform formed by several public funds. Now is the time to take action together. Action speaks louder than words."

**301.** MOST IMPORTANT. What is another word for horizon? OFFING. This conclusively proves beyond a reasonable doubt that on the day of the hit against PLAINTIFF that was ordered by HILLARY CLINTON on June 26th, 2015, the motive for the ROTHSCHILDS committing war crimes and RICO violations against PLAINTIFF were connected to the OFFING incident in March 2011. **Investment Horizon= the Offing.** He was specifically referencing the *Offing Plan* that occurred at LHR against PLAINTIFF in March 2011 and how PLAINTIFF was a risk to them because of that. Actions do speak louder than words.

**302.** PLAINTIFF says in regards to Paragraph #XX. There is no way the first sentence out of his mouth in an event talking about Japan and Sub-Saharan Africa in which LYNN FORESTER DE ROTHSCHILD and HILLARY CLINTON and BILL CLINTON conspired against PLAINTIFF in the African trip on PLAINTIFF'S birthday in April 28th, 2015.[33] QIA

[33] https://www.huffpost.com/entry/action-to-achieve-inclusi_b_8470786 (last Checked. September 23, 2024)

is a Sovereign Wealth Fund. The head of the WORLD BANK attended the *Japanese Conspiracy Dinner* Against PLAINTIFF on April 28th, 2015.

**303.** INDRA NOOYI was the Chairman and Chief Executive Officer of PepsiCo in which she materially benefitted from the RICO Enterprise against PLAINTIFF, which means that PepsiCo materially benefitted from the RICO Enterprise against PLAINTIFF in which she did nothing to stop the war crimes, torture, and RICO enterprise against PLAINTIFF in Summer 2015 when she had reason to know what was transpiring. Therefore, she violated 18 USC 1961, 18USC1962 (a), (b), (c), and (d) by having attended the June 26th, 2015 event. PepsiCo materially benefitted in violation of 18 USC 1961, 18USC1962 (a), (b), (c), and (d).

**304.** Such African countries that the ROTHSCHILDS and CLINTONS may have visited in 2015 include Nigeria and Kenya in which VIMAL SHAH has major business interests in Kenya, the Nigerian Wealth Fund was represented at the event when UCHE ORJI– Managing Director and Chief Executive Officer, Nigeria Sovereign Investment Authority attended the event.

**305.** To show that NEW ZEALAND was possibly spying on PLAINTIFF with the assistance of WARWICK ALLEN, ADRIAN ORR – Chief Executive Officer, New Zealand Superannuation Fund, attended the London June 26th, 2015 event that was part of the conspiracy against PLAINTIFF in which she violated 18 USC 1962(d).

**306.** PLAINTIFF came across the Ford Foundation when investigating RICO Enterprise #2 in which the Ford Foundation routinely donated to the National Women's Law Center. Darren Walker -President, The Ford Foundation, attended the *London 2015 Conspiracy Event*. PLAINTIFF is taking no legal action against the Ford Foundation in order to legally separate RICO Enterprise #1 and RICO Enterprise #2. PLAINTIFF said nothing about the Ford

Foundation until well after January 1st, 2017 thereby showing the distinct separateness of RICO Enterprise #1 and RICO Enterprise #2.

**307.** TONY FERNANDES attended the *London 2015 Conspiracy Event* against PLAINTIFF. TONY FERNANDES is the Chairman of Air Asia, which is an airline based in Malaysia that is either all Airbus aircraft or close to being an all Airbus fleet. Therefore, PLAINTIFF alleges that the ROTHSCHILDS, SIR EVELYN ROTHSCHILD, and LYNN FORESTER DE ROTHSCHILD financed some of AIR ASIA'S AIRBUS acquisitions.

**308.** PLAINTIFF notes his mental impressions concerning the *London 2015 Conspiracy Event* on June 26th, 2015 and how the ROTHSCHILDS still hold some secret control over the United States--it is through owning the United States' debt and installing leaders friendly to them. More than 20 guests that attended the *London 2015 Conspiracy Event* (who all knew that HILLARY CLINTON was the Democrat Candidate in 2016 on June 26th, 2015 in which her husband BILL CLINTON attended the event) were asset managers, soveirgn wealth fund managers, or managers of wealth funds, mutual funds, and pension funds. The amount of debt wealth funds, mutual funds, and pension funds own of United States debt amounts to $4.6 Trillion, which amounts to around 13% of the debt; then depository institutions like ROTHSCHILDS Banks and JP MORGAN CHASE BANK own another $1.7 Trillion Dollars. The Country of Japan owns 1.1 trillion and the British Government owns 679 Billion USD, which amounts to around $6.4 Trillion USD. This is a minimum of 18% of the total amount of US Debt owed. Sovereign Wealth Funds were represented by leaders representing Japan, Korea, and Singapore.

**309.** PLAINTIFF would include CARLOS SLIM as he attended the event in London on June 26th, 2015, but has no idea if his alleged cartel friends can protect PLAINTIFF from CARLOS SLIM.

**310.** MATTHEW BARZUN was the United States Ambassador to the United Kingdom on June 26th, 2015 and he attended *London 2015 Conspiracy Event*. Therefore, MATTHEW BARZUN knew about the Offing and the ROTHSCHILD and CLINTON retaliation against PLAINTIFF that was going to happen. Therefore, he materially aided and abetted and became a principal actor in the the war crimes, torture, and RICO violations against PLAINTIFF thereby 18 USC 1961, 18USC1962 (a), (b), (c), and (d) in which he materially benefitted in violation of 18 USC 1961, 18USC1962 (a), (b), (c), and (d).

**311.** MATTHEW BARZUN'S Marshall Aid Commemoration Commission MEDAL is subject to disgorgement under 18 USC 1963 and PLAINTIFF demands that as compensation from MATTHEW BARZUN.

**312.** PLAINTIFF talked about how PETER STRZOK thought that the United Kingdom had something to do with *JAPLAN* against PLAINTIFF in Summer 2015. MATTHEW BARZUN knew of *JAPLAN* against PLAINTIFF and failed to intervene. Therefore, he materially aided and abetted the war crimes, torture, and RICO violations against PLAINTIFF.

**313.** MATTHEW BARZUN, upon his return to the United States in 2017, he received the Marshall Medal from the Marshall Aid Commemoration Commission created by the British Parliament for his dedication to strengthening U.S. and British relations in which the BRITISH Government materially aided and abetted *JAPLAN* against PLAINTIFF. This medal is material benefit from the RICO Enterprise and is subject to disgorgement under 18 USC 1963.

**314.** PLAINTIFF already alleged JEFFREY EPSTEIN may well have had a part in blackmailing and committing terrorism against PLAINTIFF in Summer 2015. More importantly, this firmly establishes a factual connection, money being transferred amongst JEFFREY EPSTEIN & ROTHSCHILDS, the CLINTONS, and other documents that discovery will prove PLAINTIFF is correct. How exactly INDIA, RUSSIA, and the ROTHSCHILDS fit into the mold, PLAINTIFF has yet to discover. PLAINTIFF figured out in *An Anchor and A Pitchfork* how and why India was involved and that was through SCOTUS. But *See*: Below.

**From:** Philip Barden [redacted]
**Sent:** Sunday, 11 January 2015 05:27
**To:** [redacted]
**Cc:** G Maxwell
**Subject:** Re:

Saying nothing is reputational suicide. Even if AR is discredited by AD people will know JE paid her off and believe G was complicate absent a credible denial.

Now it is reported that G engaged in direct abuse - as I feared would happen. Next reports to the authorities will be made.

It is necessary from a litigation, investigatory and reputational reason to issue a cogent denial.

I can see why JE doesn't want this as it may not suit him but he is already toast.

Philip

Sent from my iPhone

DEFENDANTS named in EPSTEIN'S BLACKBOOK RELATING TO PLAINTIFF:

- Tony Blair. Former British Prime Minister.
- Bill Clinton.
- Lynn Forester De Rothschild
- Gerald Goldsmith: Head of Rothschild North America.
- Ariane de Rothschild. Chairwoman of Edmond de Rothschild Group.
    - In October 2015, she and Epstein negotiated a $25 million contract for Epstein's **Southern** Trust Co. to provide "**risk analysis and the application and use of certain algorithms**" for the bank[.] PLAINTIFF went to the University of the SOUTH and it shows them TRUSTING each other in blackmailing PLAINTIFF. PLAINTIFF alleges this money was part of the RICO Enterprise against PLAINTIFF in 2015.

- Gary Ginsberg
- Sarah Kellen
- Ted Kennedy—Connection to JOCELYN SAMUELS.
- JOHN KERRY, Head of Department of State. 2015.
- Ghislaine Maxwell.
- Tom Pritzker, brother of J.B Pritzker and Brother-in-law of Penny Pritzker.
- Peter Soros, Nephew of George Soros (principal in RICO Enterprise #2).
- Kenneth Starr—the man that knew PLAINTIFF and PLAINTIFF came to the realization he was known in the DC Bubble.
- Brin Sergey (Co-Founder of Google. Had Complete Access to everything related to DEFENDANT Alphabet Inc and PLAINTIFF).
- BILL GATES and PLAINTIFF'S claim about Microsoft.
- William Burns, who was intimately involved in the incident in London 2011 and became CIA director.
- JP Morgan Chase Bank.[34]
- Sandy Berger. BILL CLINTON'S former National Security Advisor.
- Andrew Cuomo. Would explain why New York was always after PLAINTIFF.
- Elizabeth Johnson from Johnson and Johnson in which that little twerp from PLAINTIFF'S freshman year is now working at Johnson & Johnson.
- Chuck Schumer
- Rodney Slater—knowledge on how to commit terrorism via political kidnappings against PLAINTIFF as Bill Clinton's Secretary of Transportation.

**315.** BRAIN KRZANICH conspired with DEFENDANTS against PLAINTIFF at the Japanese Conspiracy Dinner against PLAINTIFF in which BRAIN KRZANICH and INTEL Corporation necessarily benefitted from the RICO Enterprise in violation of 18 USC 1962(a), 18 USC1962(b), 18 USC 1962(c), and 18 USC 1962(d). Furthermore, Brian Krzanich and Intel facilitated DEFENDANTS such as FBI, CIA, Indian Intelligence or Military, in acquiring illegal access to PLAINTIFF'S laptop between 2010-2015--especially in Spring and Summer 2015—in which PLAINTIFF believes his laptop at the time had an Intel Core Processor. Part of the Conspiracy allowed Intel and Apple to monitor and grant access to PLAINTIFF'S laptop and cell phone at all times in violation of 18 USC 1961 (Sections 1029).

[34] https://nymag.com/intelligencer/article/who-are-the-newly-revealed-jeffrey-epstein-associates.html

**316.** Because PLAINTIFF had terrible luck with women like REBECCA WETHERBEE, ASHLEY MAIDEN, GRIFFIN FRY, SUSAN RICE, VALERIE JARRETT, LISA MONACO, some of which was PLAINTIFF'S fault, some of which was PLAINTIFF trying to rescue certain women who were mentally unstable, some of which were devious conniving backstabbing liars that perpetuated a RICO Enterprise against PLAINTIFF, PLAINTIFF sent prayers to God during a meteor shower in April 2015 praying to God that PLAINTIFF could find a wife that would make him happy. DEFENDANTS knew of that because PLAINTIFF saved a document on his laptop showing such. DEFENDANTS exploited that by implementing *JAPLAN* in violation of PLAINTIFF'S religious liberty and freedom.

**317.** Then HILLARY CLINTON and the aforementioned US government officials in the previous paragraph knew how much of a liability PLAINTIFF was to HILLARY CLINTON; still wanting to catch PLAINTIFF for some type of crime to cover up their own corruption, they illegally overheard all of the conversations PLAINTIFF had with his roommate WARWICK ALLEN in Fall 2014/Spring 2015. Then the Russian Government, Chinese Government, British Government, and American Government all overheard *JAPLAN* (a psychological plan so devasting to PLAINTIFF that PLAINTIFF considered it worse than murdering him and an absolute defiling soul plan that exploited all of PLAINTIFF'S autistic and compassionate vulnerabilities for malicious purposes) so one of the following must be true: Russia implemented *JAPLAN* against PLAINTIFF in JAPAN in Summer 2015 or the Clintons, Rothschilds, and aforementioned US Government officials implemented JAPLAN against PLAINTIFF. PLAINTIFF succumbed to *JAPLAN*.

**318.** PLAINTIFF can only really describe HILLARY CLINTON'S political hit against PLAINTIFF in the following way and PLAINTIFF wants it to be that impactful. THE

COURT MUST READ THE FOOTNOTES TO UNDERSTAND PLAINTIFF'S DETERMINATION WHY IT WAS A POLITICAL HIT AGAINTS PLAINTIFF. The vast majority of it was included in Attachment A in the *Chicago Cases* Complaint with PLAINTIFF'S slight revisions:

> "Jackson-Jefferson 2015[35] was a fundraising dinner that took place on 06/26/2015—this necessarily effects interstate and intrastate commerce and had an impact in Japan and was an act that initiated domestic and international terrorism. PLAINTIFF couldn't find evidence of who was attending, but PLAINTIFF is willing to figuratively bet ANDREW MCCABE and JILL MCCABE were attending the dinner that was a fundraiser for democrat politicians and candidates in the state of Virginia, along with HILLARY CLINTON and TERRY MCAULIFFE, because JILL MCCABE was a Democrat running for office as State Senator in Virginia at the time (and her husband, ANDREW MCCABE, would be attending as well) and attendance would be one of the necessary events for politicians to attend to for money and raising funds for Jill MCCABE'S run as a Virginia State Senator.

Let us listen in on and read what HILLARY CLINTON conveyed explicitly and implicitly on June 26th, 2015[36] and PLAINTIFF'S corresponding analysis and factual connections to allegations made: "I love your governor…Now, we've always known Terry [TERRY MCAULIFE] could talk the talk, but as governor he's proving every day he can also walk the walk.[37] I'm delighted to be here with so many friends...Today was one of those days when we're reminded that like any family, our American family is strongest when we cherish what unites us and fight back against those who would divide us[38]…I'm gonna talk a little politics

---

[35] https://awpc.cattcenter.iastate.edu/2017/03/09/remarks-at-virginias-2015-jefferson-jackson-dinner-june-26-2015/
[36] https://www.youtube.com/watch?v=s_HIEIiv8Ao
[37] Leadership by example. Painting a clear message to a certain recipient in the crowd (ANDREW MCCABE) that HILLARY CLINTON loves the Governor MCAULIFFE and has a history with Governor MCAULIFFE, who would then give funds to JILL MCCABE if ANDREW MCCABE walks the walk in prosecuting PLAINTIFF. For what must the listener prove in order to walk the walk on behalf of HILLARY CLINTON? That's the question.
[38] PLAINTIFF is a person that would break up the RICO ENTERPRISE and ASSOCIATION because he is a legal liability to ANDREW MCCABE and HILLARY CLINTON after what HILLARY CLINTON did to PLAINTIFF in 2010 and other years.

here, not just because we're at a political event and *not just because* ***I'm running for president***,[39] but because <u>*politics is about the choices we make—the choices we make*</u>.[40] Not only about our ***leaders***,[41] but about how we govern ourselves. There's so much for us to do…We have a ***long agenda***[42][43] in front of us and we need to show respect for one another…We need to call out derogatory language, insults, *personal attacks wherever* they occur.[44] There is enough for us to debate **without going there**.[45]…Now, these are *not* the only problems.[46] We need to condemn divisive rhetoric……*The question is:* when does all

---

[39] Motivation for HILLARY CLINTON

[40] The Choices We Make. See: ROTHSCHILDS EABH 2016 Report. HILLARY CLINTON emphasizes through repetition that someone in the crowd must make a choice. The choice to make is whether or not DEFENDANTS will tarnish themselves to prosecute and blackmail and commit war crimes against PLAINTIFF.

[41] HILLARY CLINTON will be a future leader if she is elected President of the US in 2016. Andrew McCabe is a leader in the FBI at the time. After July 2015, Andrew McCabe gets TWO PROMOTIONS IN HIGHER RANKING LEADERSHIP POSITIONS IN THE FBI. So at this time in the speech, it is clear that certain leaders must make a certain choice and fight back against those that "would divide us." (i.e. PLAINTIFF because he would divide them because they belong in jail)

[42] The explicit inclusion of political AGENDAS necessarily makes *JAPLAN* domestic and international terrorism because it was a thing that affected the course of government conduct. Furthermore, agendas are not physically long; but what is long is the long period of time needed to implement her political agendas.

[43] PLAINTIFF argues in HILLARY CLINTON'S mind, a long agenda would at least cover the next 5 years if not 1 year Agendas must be met and there are some obstacles that obviously need to be removed to implement agendas if she is to be President (i.e. PLAINTIFF).

[44] Not only is this anti-free speech, but it goes to show a call to action if she perceived PLAINTIFF as a political threat based on PLAINTIFF'S speech in Baton Rouge, LA. A personal attack on HILLARY CLINTON from her perspective would be PLAINTIFF telling the truth of what HILLARY CLINTON did in LONDON in 2010 and PLAINTIFF'S intent on using wikileaks emails to talk about her corruption. HILLARY CLINTON did not understand the concept that PLAINTIFF damn well could have talked shit about her in his home if he pleased. But she said it was a personal attack that had to be addressed in which she has complete authority to enter and barge into the private homes of anyone. HILLARY CLINTON heard everything PLAINTIFF said in Spring 2015 and what PLAINTIFF told Polly Finley through at least DEFENDANTS use of sharing information and defensive briefs and other unknown methods. Ironic she talks about calling out derogatory language; but committing war crimes against cripples? Nah that's fine in BILL and HILLARY CLINTON'S playbook.

[45] Would one have a debate in political musings with a roommate and what PLAINTIFF told Polly Finley? Would there be a debate to my alleged (and false) hostility PLAINTIFF had for HILLARY CLINTON at that time? PLAINTIFF'S don't have to go there means that DEFENDANTS don't have to prosecute PLAINTIFF in AMERICA as BILL CLINTON had arranged for it to be done in JAPAN when BILL CLINTON visited JAPAN on March 17th, 2015 in addition to Chief Justice JOHN ROBERTS conspiring with the Supreme Court of JAPAN while he was there.

[46] So what other problems does she have? Maybe *Miki's Tea Party?* we also need to make sure that people are looking at the real problems of our country. The FBI could be looking through surveillance at some of "real problems" that Hillary Clinton believes me to be.

your hard work pay off? ***When does YOUR FAMILY get ahead? Now! Now!***[47] You brought our country back and **it is your time.[48]"** [applause] "And you know what? *America succeeds when you succeed….****Look across this commonwealth[49].*** **You see so much that's working, so much to build on**. After the worst economic crisis since the Great Depression, Virginians across this Commonwealth are making a new beginning for themselves…And I know what you did. You worked extra shifts. You took second jobs. ***You postponed those home repairs***." [50] "You figured out how to make it work…I'm running for president to make our economy and our country work for you and for every American. I will go to bat[51] for the successful,…, for the small business owners who took risks, for the gay couple who love each other, for the black child who still lives in the shadow of discrimination ***and the Hispanic child who still lives in the shadow of deportation.***[52] [applause] **(must read: Footnote).** Just as Terry [MCAULIFFE] said, I'm on the side for everyone who's ever been

[47] When is the time for MCCABE'S family to get ahead? Now now now! Clear timing that whatever actions must be done, they must be done now. *But how and what must be done?! Also, sometimes Hillary Clinton can be pretty stupid—she initially said one question and then in fact posed two questions so the right thing she should have said is: the questions are:….. Dumbass.*

[48] When is the time for ANDREW MCCABE'S family to get ahead when they would receive funds from TERRY McAULIFFE? Now now now! *But how and what must be done?!*

[49] Another name for the United Kingdom? The Commonwealth… This connects the ROTHSCHILD and ENGLAND. Commonwealth also can refer to the Commonwealth of Australia or the commonwealth of Pennsylvania. Miki's Tea Party in which they obtained $14.9 billion and furthered RICO Enterprise 1 and their political goals.

[50] This is one of PLAINTIFF'S factual nexus connecting PLAINTIFF to 773 John Henry to Andrew McCabe to HILLARY CLINTON (who was leading and telling MCCABE what to do). HILLARY CLINTON and ANDREW MCCABE were trying to get PLAINTIFF for mail fraud (postpone. Mail=post) because of the plumbing issues at 773 John Henry, Baton Rouge, LA. trying to get me for home/insurance fraud when PLAINTIFF did not commit it when PLAINTIFF TEXTED his landlord to file a claim with the insurance company thereby ignoring exculpatory evidence where DEFENDANTS falsely believed PLAINTIFF committed insurance fraud when PLAINTIFF would never kill his cat. See: *The Roof is On Fire* when ANDREW MCCABE talks about Spring 2015 and says "The laptop was a find, but finding the laptop was not self-**evidently a six-alarm situation**."

[51] PLAINTIFF questions this. He is making a note of it for himself.

[52] FACTUAL NEXUS #2. *That's JAPLAN and giving the go-ahead.* At this point in the speech if you watch the video, HILLARY CLINTON death stares angrily (see the picture above) to someone that is in the rightside of her podium as to make a point. This is the only time in the entirety of the speech that she spends such a long-extended period of time looking at one direction at one specific spot in the audience (at least 5 seconds) at one specific person.

knocked down but refused to be knocked out[53]…I will always stand my ground so you and our country can gain ground.[54] [applause] If you'll give me the chance, I will wage and win four fights for you and we'll do it together to build that economy for tomorrow not yesterday; to **strengthen America's families**, because when **OUR FAMILLIES[55]619 are strong America is strong; to harness all our power, our smarts and our values to maintain American leadership in the world[56][57]**; and to reform our government and revitalize our democracy so it works for everyday Americans.[58] **Now, to win these fights, our next president [i.e. HRC] will have to work with** Congress and **every other willing partner in our country**. **I will do just that.[59]** I did it before[60]… (Note: Picture on next page): If she wanted to look at the whole audience, she would have looked to the front, but she was staring

[53] So say if PLAINTIFF refuses to be knocked out or killed, **do they just drug PLAINTIFF** then with something like a roofie or scopolamine and commit *JAPLAN* against PLAINTIFF, which was said in the context of someone raising funds for ANDREW MCCABE'S wife?
[54] That's defiance and a hell-bent attitude on having committed acts of domestic and international terrorism before on 03/11/2011. Also, more importantly, an inference of doing something on the behest of her that would allow that person (or their family) to benefit themselves in which she would completely support that individual when she is President and have no limits to what she would pull off: See: *Miki's Tea Party* & RICKEY RAY RECTOR.
[55] The MCCABES and CLINTONS and ROTHSCHILDS whom LYNN FORESTER de ROTHSCHILD called the CLINTONS her family.
[56] What smarts did she acquire through the power of surveillance that she could harness somewhere in the world (that includes Japan) to ensure her American leadership as President? Did she do something prior to June 26th, 2015 and afterwards that would prevent her from maintaining her leadership in the world? She was given *JAPLAN* by ANDREW MCCABE or PETER STRZOK or other DEFENDANT.
[57] Explicit reference and conjunction together of MCCABE'S FAMILY being strong and harnessing their surveillance power over PLAINTIFF and smarts acquired over DEFENDANT how to destroy PLAINTIFF someone where in the world via their SURVEILLANCE power to maintain HILLARY CLINTON'S Leadership in the world after her husband BILL CLINTON, who is a leader, met with SHINZO ABE, a leader the US approves of, and both are considered part of AMERICAN leadership in the world with explicit approval from LYNN FORESTER de ROTHSCHILD.
[58] Is PLAINTIFF not an everyday American? Seems like a shitty factual distinction. Talk about Democrat Inclusivity.
[59] She really considered herself to be the next President of America so who is the other partner (partner implies husband and wife team) HILLARY CLINTON is willing to work with because she will do just that!?! **Points to ANDREW MCCABE**
[60] What, commit acts of terrorism against an autistic American or execute a disabled man for political purposes? When and how did HILLARY CLINTON work with ANDREW MCCABE before? Ahhh, that's right! Working with fellow DEFENDANTS like ROBERT MUELLER III, JAMES COMEY, ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, British Intel, Indian Intel, India, United Kingdom, Japan, Australia, Aussies, that covered up *Miki's Tea Party*

off to the side at someone when she said this thereby ordering the hit. This is the exact moment of PLAINTIFF'S political execution.





If you look over here, this is where we fuck over Miki-San. *BILL CLINTON GLEE*[625]

You know how all our presidents come into office looking so vigorous and then we watch **their hair *grow*[61]** grayer and grayer? Well, ***you won't*** see ***my hair turn*** **white** in the White House.[62] [laughing] [applause]. I may not be youngest candidate in this race, but with your help I will be youngest woman president in the history of the United States! [applause]…So, Virginia... [applause] Virginia, ***let's work together*** to make sure this beloved Commonwealth is blue, that ***we have DEMOCRATS in the STATE LEGISLATURE to work with that***

[61] Factual Nexus #3: this is a specific reference to *JAPLAN EMAIL and the retaliation against PLAINTIFF on the basis of his speech*

[62] This is, at a minimum, FACTUAL NEXUS #4 to jokes and corruption PLAINTIFF made about HILLARY CLINTON in the privacy of his home in Spring 2015 and her retaliation against PLAINTIFF in June and July 2015 and thereafter on the basis of PLAINTIFF'S politically protected speech in addition to furthering the RICO Enterprise. True, stress in the political office can cause hair to become grey or turn white. **BUT when hair GROWS, it becomes longer in length in different stages.. HILLARY CLINTON clearly knows and fundamentally understands the difference between simply *hair growing* and *HER OWN hair turning white*.** If you eliminated a source of stress, your hair would not gray nor turn white because the source of stress is no longer a problem. Message clear: her hair would not turn gray/white as president because someone needs to rid of the source of stress in her life. This is precisely the stupid entitlement and power Hillary Clinton has and lives by at this point in 2015 in which she firmly believes that 1) (stupidly believes) there won't be any stresses while she is President, 2) that the condition of JILL MCCABE receiving money from TERRY MCAULIFFE'/CLINTONS will solely be approved by herself once whatever task she wants is completed, and 3) to demonstrate HILLARY CLINTON'S malice, the lengths she will go to get rid any possible potential stressors from her Presidency that she committed prior to becoming President.

***GOVERNOR, and that we do have a Democratic president in the White House in 2017!***[63] [applause]."

**319.** PLAINTIFF has to talk about an assumption that is not readily known to most Americans. There are a lot of Indians in Africa. So it is completely plausible that some unknown Indian-Africans were consulted during the ROTHSCHILDS and CLINTONS African trip.

**320.** SCOTUS decided a case on 06/22/2015, exactly four days before HILLARY CLINTON'S speech on 06/26/2015, but is actually far more sinister in light of PLAINTIFF and *Miki's Tea Party* and here is why: *City of Los Angeles v. Patel*, 576 U.S. 409 (2015). It was argued on 03/03/2015, two weeks prior to BILL CLINTON going to JAPAN, one month after PLAINTIFF obtained approval from his school to study abroad in JAPAN in which PLAINTIFF explained *JAPLAN*, and around the same time that CHIEF JUSTICE started talking to his Japanese counterpart in Tokyo. As argued earlier, foreign persons or corporations don't have any constitutional rights abroad in which 4th Amendment protects "People," not places, and foreign owners of hotels have no expectation of privacy in their properties in which it would be completely constitutional for DEFENDANTS to search and seize HOTEL SAKURA paperwork and installing cameras and microphones in Sakura House in which it would be constitutional for DEFENDANTS to do so because it was a place, not a person. PLAINTIFF would decide to live in SAKURA HOUSE. DEFENDANTS knew of *JAPLAN* at this time. DEFENDANTS knew of PLAINTIFF'S vulnerabilities

[63] I do not need to explain this one because it should be that blatantly obvious by now. State legislature in the state of Virginia includes Virginia state senate and JILL MCCABE. Also HILLARY CLINTON being in the WHITE HOUSE.

abroad. It was decided exactly one day before PLAINTIFF would no longer have assistance in Japan in people who could reach out and help PLAINITFF. The case overruled 9th Circuit Precedent in which the State of California had jurisdiction over PLAINTIFF in 2015. The case involved the INDIAN owners of hotels in which there was a city ordinance that required the Hotel to keep records of specified information about their guests. Police officers under that ordinance are allowed to search and seize the Hotel records at any time without a search warrant. Defendants don't need a warrant abroad for a Japanese hotel owner to search and seize records about PLAINTIFF staying in their hotel... The Court held that an individual may challenge a statute for violating the Constitution on its face without needing to allege unconstitutional enforcement, and that the municipal ordinance in question is unconstitutional on its face because it does not allow for hotel operators to engage in pre-compliance review by questioning the reasonableness of the subpoena in district court. The type of search the municipal ordinance authorizes is an administrative one, which means that its purpose is to ensure that the hotel operators are complying with the record requirement, and judicial precedent has held that there must be an opportunity for the subpoenaed party to contest the subpoena for an administrative search before penalties are imposed. Such pre-compliance review is necessary to ensure that the search is not a pretext to harass the business owner. The Court also held that hotels are not a "closely regulated" business and therefore do not fall under that exception to the warrant requirement." JUSTICE SCALIA did not like PLAINTIFF at the time. He wrote the dissenting opinion in which he argued that the municipal ordinance in question is constitutional under the Fourth Amendment in most, if not all, of its applications because *warrantless searches are not unreasonable under certain conditions*. (such as taking place overseas). One of those conditions is when the premises to

be searched is that of a closely regulated business, as long as the regulatory scheme of which the search is a part furthers a substantial government interest (there was a government substantial interest in framing PLAINTIFF after having committed an act of international and domestic terrorism against PLAINTIFF), the search is necessary to further the regulatory scheme, and the regulatory scheme provides a constitutionally adequate substitute for a warrant."[64]

**321.** NEAL KATYAL was DOJ'S Solicitor General from May 17th, 2010 through June 9th, 2011. Miki's Tea Party was 03/11/2011. Prior to this, NEAL KATYAL served as an attorney in the Solicitor General's office, and as Principal Deputy Solicitor General in the U.S. Justice Department. So he had been around for a while and necessarily interacted with SCOTUS between 2008-2011. NEAL KATYAL knew PLAINTIFF from PLAINTIFF would say and allege March 2008 to the present. NEAL KATYAL is like PLAINTIFF in which PLAINTIFF and NEAL KATYAL are both 1st Generation Americans and that is something we could have bonded over, but it was not meant to be. NEAL KATYAL'S parents are from India, which makes NEAL KATYAL an Indian American. NEAL KATYAL when growing up would have necessarily understood the pain that he was: too Indian to be American but he was too American to be Indian. Like PLAINTIFF being too Serbian to be American and too American to be Serbian. Stuck in the middle and able to go to both sides seeking acceptance all the while never being fully accepted by either side. It is tough spot to be on. PLAINTIFF knows. PLAINTIFF knows it is particularly true with him, but foreign immigrant parents coming from the old country bring the old country's values and especially when you hang out with the old country's people, there are Indian ways of doing things and American ways

[64] https://www.oyez.org/cases/2014/13-1175

of doing things. There must have been dilemmas where NEAL KATYAL didn't know if he should approach and use the values of an India or the mindset and values of America. This is necessarily important because there are issues demonstrated with CRS India that would call into question whether NEAL KATYAL was prejudiced against PLAINTIFF from the beginning because of PLAINTIFF'S disability. NEAL KATYAL growing up probably knew of the struggle. Then when you are in the spot, you try to make both sides happy (America and India) and that is what NEAL KATYAL did in regards to Miki's Tea Party on top of appeasing his former bosses who got him in the DC Bubble—BILL and HILLARY CLINTON. What was it to NEAL KATYAL to be ethical and not perpetuate legal fraud against PLAINTIFF being a broke and disabled autistic man when he could be accepted by both America and India and help HILLARY CLINTON and BILL CLINTON out in the process in which he necessarily oversaw and knew about Miki's Tea Party and knew SCOTUS would absolutely 100% cover up for NEAL KATYAL and DOJ in which SCOTUS UNANIMOUSLY fully, completely, and unequivocally absolved NEAL KATYAL of all responsibility thereby continuing the legal fraud committed against PLAINTIFF? Prior to working for the DOJ, NEAL KATYAL did in fact work with BILL and HILLARY CLINTON in the late 1990s. To demonstrate the intellectual hypocrisy and hoops these people go through and never realize for one second the harm they do against their own countrymen or country being so engorged by the DC Bubble, NEAL KATYAL on May 24th, 2011, issued the Justice Department's first public confession of its 1942 ethics lapse in arguing the Hirabayashi and Korematsu cases in the US Supreme Court, which had resulted in upholding the internment of American citizens of Japanese descent. He called those prosecutions—which were only vacated in the 1980s—"blots" on the reputation of his

office, which the Supreme Court explicitly considers as deserving of "special credence" when arguing cases, and "an important reminder" of the need for absolute candor in arguing the United States government's position on every case.” NEAL KATYAL was not done with PLAINTIFF though. *JAPLAN* in Summer 2015 after *Sheehan’s* brief expressly pointed out what happened under his watch at the DOJ that involved his connection and explicit approval to HILLARY CLINTON and DEFENDANTS in Miki’s Tea Party. HILLARY CLINTON and BILL CLINTON did what they always did and executed a disabled man for political purposes in which SCOTUS would cover it up for them in *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015). So, he heard what happened to PLAINTIFF in Tokyo, JAPAN between 2015 and 2019. NEAL KATYAL did what he always had done in the past in regards to the corruption BILL and HILLARY CLINTON committed against PLAINTIFF: he went straight to SCOTUS to deny PLAINTIFF an opportunity to sue DEFENDANTS when he argued on behalf of Nestle USA in *Nestlé USA, Inc. v. Doe*, 593 U. S. ___ (2021) in which SCOTUS nearly completely agreed with NEAL KATYAL that Nestle USA (i.e. BILL and HILLARY CLINTON) should not be held accountable for paying for and using underage children (trafficking children for blackmail and extortion) in their work in what happened in An Anchor and a Pitchfork. NEAL KATYAL won a unanimous decision from the Supreme Court defending former Attorney General John Ashcroft against alleged abuses of civil liberties in the war on terror in Ashcroft v. al-Kidd. Ignore the fact that it was Attorney General John Ashcroft and substitute his name for ERIC HOLDER’S. Ah, so when the Attorney General who perpetuated legal fraud against PLAINTIFF in regards to his supposed terrorist activity in Peachy Miami in which DEFENDANTS were the ones that committed international and domestic terrorism against PLAINTIFF in Miki’s Tea Party, not

only would PLAINTIFF never be able to hold NEAL KATYAL accountable for what he did in Miki's Tea Party, but he couldn't do the same for ERIC HOLDER. There were clear plans from the very beginning of "trade is in the offing" in September 2010, what DEFENDANTS needed was the complete oversight of SCOTUS prior to the plan being implemented to sometime after NOVEMBER 10th, 2010 when people started babbling in DC and INDIA about what they have done. WHAT DEFENDANTS did not have on 09/24/2010 was a plausible and "justifiable" avenue of escape (like PLAINTIFF was denied in WASHINGTON DC) legally. SO SCOTUS stepped in. They stepped in and granted cert to Ashcroft v. al-Kidd, 563 U.S. 731 (2011) on October 18th, 2010, Miki's Tea Party went down on March 11th, 2011, argued in March 2011 after PLAINTIFF informed Suresh on 02/27/2011 PLAINTIFF was coming to INDIA, decided in May 31st, 2011. Excuse me, but at what time could PLAINTIFF have plausibly brought to Court all of the evidence of what happened prior to this and making the connections necessary as a completely broke, legally uneducated, simpleton? The case was even granted before Miki's Tea Party occurred necessarily prejudicing PLAINTIFF from even before October 31st, 2010. SCOTUS thought that RICO Predicates (that have a 10 year statute of limitations so long as it is not connected to any other RICO predicate act (which is not possible in PLAINTIFF'S case because it is necessarily connected to an Anchor and a Pitchfork, Sheehan's Brief, *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015), BILL and HILLARY CLINTON, and Neal Katyal in Nestle USA v. Doe in 2021. PLAINTIFF got at least at a minimum of 8 more years (until 2031) to bring a claim involving Miki's Tea Party) and constitutional violations (5 year statute of limitation) as having occurred in 6 months (Nov 1st, 2010 to May 31st, 2011).

**322.** John Choon Yoo provided material support in instructing terrorism against PLAINTIFF, an American, via his memos that the DOJ unconstitutionally used against PLAINTIFF in which this gave DOJ XX…….

**323.** SpiceJET places an order for 100 Boeing 737 Max aircraft in January 2017 in which AJAY SINGH said the following: "“**We have paid back most of the liabilities.** Today, there are no government dues, there is zero bank debt. **We have cleaned the slate as far as the past is concerned,…** there is enough for more; **even if the market grows around 12-15 per cent,** there is a requirement of 60 aircraft every year. There is space for all**,**” Singh said.[65] PLAINTIFF specifically discussed how it was disgusting for 12-15 year old Latinos to get married in Spring 2015 so this seems to have been a pay-off against PLAINTIFF so that means SpiceJET and AJAY SINGH was privy to the information that was illegally obtained in the Spring of 2015. MIKE PENCE met AJAY SINGH in June 2017.[66] You know the damning thing is that PLAINTIFF expressed happiness (he did so on twitter to the best of his recollection) that SpiceJET placed that order in Jan 2017 and had no idea what it meant in reality. On August 14th, 2024, only after Indian Intel had been tampering with PLAINTIFF and had given SpiceJET AJAH SINGH the information about *Miki's Tea Party* that had in fact been written by this time, AJAH SINGH sold 10% of his ownership dropping the total percent of his ownership to somewhere between 30-35%.[67] This is a material benefit in violation of RICO. KALANITHI MARAN Kalanithi Maran's

[65] https://www.business-standard.com/article/companies/spicejet-s-aircraft-order-to-create-us-jobs-trump-117062700782_1.html
[66] https://businessworld.in/article/spicejets-ajay-singh-meets-us-vice-president-pence-120969
[67] https://www.indiatoday.in/business/story/spicejet-ajay-singh-plans-10-percent-stake-sale-to-raise-rs-3000-crore-report-2582058-2024-08-14

**324.** Based on *Luna Torres v. Lynch*, 578 U.S. 452 (2016), PLAINTIFF alleges the specific allegations: on 06/26/2015, HILLARY CLINTON demanded INDIAN INTEL, NARENDA MODI, and/or INDIA to traffic one they would call Angie Ortiz to conform to the *JAPLAN* email. DONALD B. VERRILLI, JR630 had talked to SCOTUS about PLAINTIFF'S political blackmail, torture, war crimes, RICO predicate acts, and case in their secret sessions sometime between July 2015 and May 2016 in which they ruled on *Luna Torres v. Lynch*, 578 U.S. 452 (2016). PLAINTIFF said something about Indians when he was in JAPAN and SCOTUS freaked out about that. At HILLARY CLINTON and BILL CLINTON'S direction, American INTEL aided and abetted INDIA, INDIAN INTEL, and/or NARENDA MODI to send someone, probably via JET AIRWAYS for politically retaliatory purposes because HILLARY CLINTON had demanded it. Congress knew of the plot as well in which they and SCOTUS wanted it because they all did nothing.

**325.** SCOTUS, HILLARY CLINTON, BILL CLINTON, SHINZO ABE, AMBASSADOR KENNEDY, and CONGRESS knew PLAINTIFF'S disabilities would cause PLAINTIFF to act in certain ways. American INTEL, INDIAN INTEL, JAPANESE INTEL, and/or White House had directed someone to never reveal how he/she got there because a different court could convict PLAINTIFF for trafficking EVEN WHEN PLAINTIFF HAD NO CLUE in which they would use fabricated evidence from *two Chapters in Narcoterrorism*. SCOTUS and Congress knew that American INTEL had burned down PLAINTIFF'S home and murdered PLAINTIFF'S beloved cat in MAY 2010 because they wanted to convict PLAINTIFF in MAY 2016 and prior to that. DOJ and White House knew they obtained a warrant marred in legal and unconstitutional in fraud in which they knowingly falsely alleged PLAINTIFF burned down PLAINTIFF'S home in May 2010 and President Obama released

two presidential orders absolving themselves of any liability. German INTEL knew of the plot undertaken against PLAINTIFF and they did nothing in which they would allege that PLAINTIFF received something and/or stolen property on different occasions in which PLAINTIFF would not have willingly done so. CONGRESS, SCOTUS, CIA (JOHN BRENNAN and LEON PANETTA), and HILLARY CLINTON wanted to falsely prosecute PLAINTIFF for "selling" a product. CIA, DHS, DoD, and FBI via ROBERT MUELLER, LEON PANETTA, MICHAEL HAYDEN, JEH JOHNSON, JANET NAPOLITANO, PETER STRZOK, ANDREW MCCABE, JAMES COMEY, etc. at one time or another alleged that PLAINTIFF had received explosives in which PLAINTIFF never in his life received explosives. Just because of PLAINTIFF'S sketchy family history and extended family history were CONGRESS, CIA, FBI, SCOTUS able to falsely allege that PLAINTIFF received stolen property in which PLAINTIFF routinely never directly received nor was a part of such a scheme. Then SCOTUS somehow alleges that PLAINTIFF operated an unlawful casino and PLAINTIFF has no fucking idea where that came from. THEN SCOTUS in an utter and complete betrayal to fidelity, trust, and truth falsely alleged and believed that PLAINTIFF was an evil when it was in fact people like LEON PANETTA, JOHN O. BRENNAN, ROBERT MUELLER, CIA, NSA, DHS, FBI, that continuously falsely alleged PLAINTIFF was evil through the years in which they utilized fabricated narratives, utilized known perjured testimony, utilized known fabricated evidence, and so many other constitutionally heinous acts when they committed war crimes and torture against PLAINTIFF. SCOTUS acknowledged that CONGRESS wanted the evil to befall upon PLAINTIFF in which PLAINTIFF would never receive equal treatment under the law and they aided and abetted people like LEON PANETTA, ROBERT MUELLER, JOHN

BRENNAN, in ensuring that PLAINTIFF would be denied his 5th and 14th Amendment rights. SCOTUS explicitly approved of the material deceptions and lies that would be perpetuated against PLAINTIFF in *JAPLAN*. PLAINTIFF alleges that pre-crime analysis was utilized against PLAINTIFF by LOUIS FREEH. AMBASSADOR KENNEDY, JOHN BRENNAN, ROBERT MUELLER, and JEH JOHNSON had conspired together in violation of 18 U.S.C. 1962(d), 18 U.S.C. 241, and 18 U.S.C. 1985 (2) in which SCOTUS affirmed that JOHN BRENNAN, ROBERT MUELLER, JEH JOHNSON, and AMBASSADOR KENNEDY wanted ANGIE ORTIZ to be dropped off at Sakura House. PLAINTIFF alleges that ERIC HOLDER conspired with unknown Santa Clara officials before departing the DOJ in which he heard and knew of JAPLAN in violation of 18 U.S.C. 241 and 18 U.S.C. 1962(d). PLAINTIFF alleges that Aussies, American INTEL, Indian INTEL, Canadian INTEL, German INTEL and Japanese INTEL were all monitoring and watching PLAINTIFF. SCOTUS most importantly obstructed justice when they said that “But jurisdictional elements are not the only elements a defendant need not know” which refers to “trade is in the offing.” *Luna Torres v. Lynch*, 578 U.S. 452 (2016)

**326.** There is a nexus in a speech sometime HILLARY CLINTON gave after 09/24/2010 during her time as the Secretary of State that connects to *JAPLAN* more that makes it extremely outrageous. HILLARY CLINTON is exactly that type of woman that will profess in public the horrors about something, but when it comes to a liability, she will unleash that hell against someone with that exact something in which she does and did not have a single ounce of regret nor remorse nor sympathy nor qualm nor have any issue in ordering the hit. When and/or any other conspiracy case mentioned in this complaint; and therefore, aforementioned DEFEDANTS violated the following: May 2016.

**327.** Here is the thing or other explanation. There is no way PLAINTIFF was not known amongst "Allied" DEFENDANTS so to speak at the very highest level amongst DEFENDANTS like VALERIE JARRETT, MICHAEL MORRELL, BARACK OBAMA, JOHN O. BRENNAN, ROBERT MUELLER III, JAMES COMEY, JAMES CLAPPER, etc. Ironically, constantly having put PLAINTIFF under intense surveillance for that long very well could have attracted hostile intelligence services to PLAINTIFF. DEFENDANTS should have been aware because it was that readily obvious or they knew of this risk when it came to PLAINTIFF. With the increased risk of heightened compromise by hostile intelligence services because of DEFENDANTS' very own actions regarding PLAINTIFF, DEFENDANTS knew, especially with PLAINTIFF'S autistic vulnerabilities, how PLAINTIFF could be compromised. Rrriiiggghhhhtttttt… so it wasn't that PLAINTIFF wasn't in their forefront of knowledge because PLAINTIFF was damn well in their forefront of knowledge after being a victim of domestic and international terrorism by DEFENDANTS in October 2010; but this 'stupid' 'retarded' special needs PLAINTIFF could serve as something else entirely to DEFENDANTS. Either CIA/FBI did it or DEFENDANTS would become intentionally unaware and ignorant of PLAINTIFF to let hostile foreign intelligence services compromise PLAINTIFF so that PLAINTIFF then could be arrested by DEFENDANTS after having been compromised to show or justify DEFENDANTS invasive surveillance tools purporting to stop "domestic terrorism" or "foreign spy/adversary" and thereby covering up what happened on **03/11/2011** in *Miki's Tea Party* if HILLARY CLINTON became President. Furthermore this would absolve WHITE HOUSE staff and DEFENDANTS for having bugged PLAINTIFF'S room in Spring 2011 that connects HILLARY CLINTON to BARACK OBAMA. That is a very plausible national security goal

by the White House and motivation by DEFENDANTS in the WHITE HOUSE. Why would PLAINTIFF think FBI was of good repute when they only referred to PLAINTIFF on the basis of his disability, talked about throwing PLAINTIFF under the bus, and when the FBI has consistently through the years of 2008-Present have set up different individuals similar to PLAINTIFF?549 B_u_t_ _g_i_v_e_ _c_r_e_d_i_t_ _w_h_e_r_e_ _c_r_e_d_i_t_ _i_s_ _d_u_e_ _a_s_ _D_E_F_E_N_D_A_N_T_ _F_B_I_ _s_e_e_m_s_ _t_o_ _b_e_ _c_h_a_n_g_i_n_g_ _i_n_ _t_h_e_ _r_i_g_h_t_ _d_i_r_e_c_t_i_o_n_:_ _"F_B_I_ _l_a_u_n_c_h_e_s_ _h_a_t_e_ _c_r_i_m_e_ _i_n_v_e_s_t_i_g_a_t_i_o_n_ _a_f_t_e_r_ _a_ _s_w_a_s_t_i_k_a_ _w_a_s_ _c_a_r_v_e_d_ _i_n_t_o_ _t_h_e_ _b_a_c_k_ _o_f_ _a_ _J_e_w_i_s_h_ _t_e_e_n_ _w_i_t_h_ _a_u_t_i_s_m_,_ _r_e_p_o_r_t_ _s_a_y_s_._"550

DEFENDANTS are going to allege that PLAINTIFF was going to sell my Adderall when PLAINTIFF was in Tokyo--this is a complete fabrication. First off, PLAINTIFF did not have a problem with Adderall until REBECCA WETHERBEE and DEFENDANTS made PLAINTIFF'S Adderall a problem in which they continued a pattern of obstructing PLAINTIFF from getting the proper medical help when necessary. Next, DEFENDANTS had a hatred of PLAINTIFF using Adderall because it facilitated PLAINTIFF writing things down where it could slow down the thoughts in PLAINTIFF'S brain to let his hands catch up with the speed of his thoughts. JAMES COMEY, ANDREW MCCABE, and PETER STRZOK talk about Adderall (which is also called speed): "the problem with Comey's imperative—and with the urgency all of us were feeling in mid-August 2016—**was that speed** doesn't mesh well with good counterintelligence, which is typically slow and methodical. Nor, for that matter, does it aid secrecy."[68] PLAINTIFF doesn't recall if PLAINTIFF said out loud whether or not he was going to take Adderall with me to Japan for PLAINTIFF's own medically necessary purposes while there. There is absolutely no proof or evidence of me having any intention on selling any drugs while PLAINTIFF was in Japan in Spring 2015 in which DEFENDANTS would have no reason to have PLAINTIFF under surveillance there. PERIOD. Furthermore, lets grant DEFENDANTS lie that this was about Adderall trafficking. The purpose of the investigation was not Trafficking and Sexual Trafficking of Children—this would violate "the investigating officer initiated and permitted the escalation of sexual contact that was unnecessary to any reasonable investigation, appellant's conviction is reversed." *State v. Burkland*, 775 N.W.2d 372, (Minn. Ct. App. 2009)

There is list, screenshot below, of all the computer issues PLAINTIFF had from September 4th, 2013—two weeks after the REBECCA WETHERBEE August 2013 Messages to demonstrate and prove 18 USC 1961 Sec 1028/1029. By hacking and not having proper legal authority, they acquired the knowledge to harm me.

[68] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1119061846 | Mac+T2- CS Code A009207298- Wi-fi repair | VOICE | 1325829223 | M**i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-05-31T2 |
| 1110793013 | Airport | N/A | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-05-24T( |
| 1113900261 | Internet & Connectivity | N/A | 1325829223 | M**i | K*****i | N/A | N/A | N/A | N/A | 2016-05-23T( |
| 1109373284 | Support Denied | VOICE | 1325829223 | M**i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-05-16T( |
| 1080815963 | Airport issues after repair | VOICE | 1325829223 | M**i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-04-01T2 |
| 1080908351 | refer case : 1046169048 | VOICE | 1325829223 | M**i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-04-01T2 |
| 1046156985 | keychain login | VOICE | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-02-10T( |
| 1046153755 | update the osx | VOICE | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-02-10T( |
| 1046169048 | Intermittent Wi-Fi Connection | VOICE | 1325829223 | M**i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-02-10T( |
| 1038974032 | Contact Apple Store | VOICE | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-01-29T1 |
| 1028460004 | Dim or no backlight | N/A | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-01-24T( |
| 1034286832 | Screen went black, unable to force shutdown but fans and everything runs. Tried | N/A | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-01-22T( |
| 668701827 | Black screen with only the cursor visible | VOICE | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2014-09-25T2 |
| 527141142 | CR: CS Code Provided - MacBook Pro - Parts and Labor | VOICE | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2013-11-05T( |
| 527143710 | MacBook Pro? IN Mac Warehouse | N/A | 1325829223 | N/A | N/A | N/A | N/A | N/A | N/A | 2013-11-05T( |
| 524356812 | Keyboard not recognized | N/A | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2013-11-02T2 |
| 500354435 | Drive not recognized | N/A | 1325829223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2013-09-04T2 |
| | | | | | | | | | | |

09/2013—Hard Drive Not Recognized.

- Hard drive stores everything on the laptop.

11/2013—Keyboard Malfunctioning

- Tracking of everything typed on a laptop

11/2013—Mac in store (and possibly at FBI)

09/2014—Black screen in which cursor is only available.

- Some type of hard-drive issue again.

More relevantly, here are the searches PLAINTIFF had searched from March 2015 onwards that establishes something was very wrong with his laptop and/or that it had malware installed on it by DEFENDANTS (the laptop was a 2010 Macbook Pro):

**March 7th, 2015:**

I'm experiencing battery issues with my laptop and search for a replacement battery. PLAINTIFF purchases a Chinese battery as I could not find an OEM Apple battery for my make and model as it was too old (the problems of being poor I suppose ¯_(ツ)_/¯).




**March 12th, 2015:** PLAINTIFF'S laptop battery issues persist, and PLAINTIFF looks up how to do a PRAM/SMC reset. The following explains why PLAINTIFF did this: "What is PRAM? PRAM is the memory that stores core details about your Mac. PRAM stands for parameter random access memory, and it's where settings information related to your Mac's operating system is stored. This system settings info includes display settings (like resolution and color depth), time zone, speaker volume, and more. Unlike RAM memory, which is like your computer's short-term memory, info stored in the PRAM isn't temporary, so it doesn't get cleared. Instead, the PRAM uses a small internal battery, so these settings are saved even when your Mac is turned off. Intel-based Macs have a type of memory called NVRAM (non-volatile random access memory). Like PRAM, NVRAM is a small amount of memory used to store specific system settings for quick access. While less prone to corruption, NVRAM occasionally needs to be reset — the steps for resetting PRAM or NVRAM on a Mac are the same. When should you reset PRAM? When problems with your PRAM or NVRAM happen, settings can be lost and connectivity issues can arise, because your Mac can't figure out what to do. If you start

noticing strange behavior from clocks, **lights, your Mac's battery meter, ports**, or even the power button, this could indicate that the PRAM or SMC needs to be reset."[69]

Mar 12, 2015

Search
Searched for reboot macbook pro
10:40 PM • Details

Search
Visited Login to myLSU - Louisiana State University
10:01 PM • Details

Search
Searched for mylsu
10:01 PM • Details

Search
Searched for macbook pro mid 2010 battery
9:46 PM • Details

Search
Visited http://m.wikihow.com/Reset-a-Macbook-Pro
9:43 PM • Details

Search
Searched for macbook pro smc reset
9:04 PM • Details

Search
Visited https://support.apple.com/en-us/HT201295
7:13 PM • Details

Search
Searched for mac smc reset
7:13 PM • Details

Search
Searched for macbook pro not charging
6:59 PM • Details

Search
Visited http://en.m.wikipedia.org/wiki/School_speech_(First_Amendment)
5:38 PM • Details

Search
Searched for free speech at school

[69] https://www.avast.com/c-reset-mac-pram-smc#topic-1

**May 18th, 2015:**

I attempt to get help from LSU's computer help desk for numerous issues involving my laptop at this time and ghost icons appearing on my desktop.

Search ✕

Visited http://mobile.pcadvisor.co.uk/forums/29/windows-help/4468159/ghost-icons-on-my-desktop/

10:01 PM • Details

Search ✕

Searched for ghost icons on desktop

10:01 PM • Details

Search ✕

Searched for lsu computer help desk

2:04 PM • Details

# ***June 26th, 2015:***

It comes to PLAINTIFF'S attention that someone or DEFENDANTS create a backup of PLAINTIFF'S laptop in which PLAINTIFF can't access it, or someone or DEFENDANTS created and installed something in my computer that is causing my memory to become full in which PLAINTIFF can't use my computer correctly because a full memory slows down a laptop.

There is something obviously very wrong with PLAINTIFF'S laptop at this time, but PLAINTIFF is too poor and cannot afford to purchase a new laptop. PLAINTIFF tries finding ways of freeing up space on PLAINTIFF'S laptop to get it properly functioning again. If PLAINTIFF recalls correctly, PLAINTIFF doesn't have access to this hidden backup that appeared out of nowhere on my laptop, *but someone or DEFENDANTS do*, and what DEFENDANTS decide to do with this UNAUTHORIZED ACCESS TO PLAINTIFF'S LAPTOP, PLAINTIFF has no idea. ***Foreshadowing:*** This is around the same time there is an unexpected guest standing outside SAKURA HOTEL (SAKURA GUEST HOUSE).

Search

Visited http://www.wikihow.com/Reset-a-Macbook-Pro

12:16 AM • Details

Search

Searched for how to delete other on macbook pro yosemite

12:08 AM • Details

Search

Searched for how to delete Other on macbook pro

12:08 AM • Details

Search

Searched for hidden backups on mac hard drive yosemite

12:01 AM • Details

Search

Searched for hidden backups on mac hard drive

12:01 AM • Details

# July 3rd, 2015

This is the search from July 3rd, 2015 that I will discuss later.

Jul 3, 2015

Search

Visited Substrate (chemistry) - Wikipedia

12:33 AM • Details

Search

Searched for substrate

12:32 AM • Details

Search

Searched for scopolamine

12:21 AM • Details

## July 7th, 2015 search:

It is important to note the issue with keychain login.

Search

Visited Keychain login cannot be found to store s... - Apple Community

8:48 PM • Details

Search

Searched for keychain login cannot be found to store

8:48 PM • Details

01/2016—Dim Backlight.

02/2016—Intermittent Internet connection

- Access to information denied.

02/2016—Keychain login issues.

- DEFENDANTS implanted malware for sure.

04/2016—Macbook Pro Airport issues.

05/2016—Internet issues again.

- Denied access to information again.

05/2016—Macbook Pro Airport issues again

DEFENDANTS were corrupt and heard how to commit the perfect crime against PLAINTIFF via *JAPLAN* because they were listening in on Spring 2015 when they were given the details of *JAPLAN*. There is no reasonable doubt that PLAINTIFF was an absolute liability to these people and had a purpose on doing so. Suppose DEFENDANTS, having already obstructed justice and having already committed one act of international and domestic terrorism at this point in Spring 2015, needed a different justification for surveilling PLAINTIFF because they **knew** of the crimes DEFENDANTS were ***GOING*** to commit against PLAINTIFF *in the future* at SAKURA HOTEL (SAKURA GUEST HOUSE) because they had a reason for doing so--what is the point of committing extortion, torture, blackmail, and war crimes if it is not recorded for later 'extortiony' purposes when they had already installed devices like that in 2011 in PLAINTIFF'S dorm room after their first terrorist event? Didn't you say something earlier about privacy, Indians, and hotels? WHY YES, YES PLAINTIFF DID in STAR CHAMBERS! Just to repeat:

SCOTUS decided a case on 06/22/2015, exactly four days before HILLARY CLINTON'S speech on 06/26/2015, but is actually far more sinister in light of PLAINTIFF and *Miki's Tea Party* and here is why: *City of Los Angeles v. Patel*, 576 U.S. 409 (2015). It was argued on 03/03/2015, two weeks prior to BILL CLINTON going to JAPAN, one month after PLAINTIFF obtained approval from his school to study abroad in JAPAN in which PLAINTIFF explained JAPLAN, and around the same time that CHIEF JUSTICE started talking to his Japanese counterpart in Tokyo. As argued earlier, foreign persons or corporations don't have any constitutional rights abroad in which 4th Amendment protects "People," not places, and foreign owners of hotels have no expectation of privacy in their properties in which it would be completely constitutional for DEFENDANTS to search and seize HOTEL SAKURA paperwork and installing cameras and microphones in Sakura House in which it would be constitutional for DEFENDANTS to do so because it was a place, not a person. PLAINTIFF would decide to live in SAKURA HOUSE. DEFENDANTS knew of *JAPLAN* at this time. DEFENDANTS knew of PLAINTIFF'S vulnerabilities abroad. It was decided exactly one day before PLAINTIFF would no longer have assistance in Japan in people who could reach out and help PLAINITFF. The case overruled 9th Circuit Precedent in which the State of California had jurisdiction over PLAINTIFF in 2015. The case involved the INDIAN owners of hotels in which there was a city ordinance that required the Hotel to keep records of specified information about their guests. Police officers under that ordinance are allowed to search and seize the Hotel records at any time without a search warrant. Defendants don't need a warrant abroad for a Japanese hotel owner to search and seize records about PLAINTIFF staying in their hotel... The Court held that an individual may challenge a statute for violating the Constitution on its face without needing to allege unconstitutional enforcement, and that the municipal ordinance in question is unconstitutional on its face because it does not allow for hotel operators to engage in pre-compliance review by questioning the reasonableness of the subpoena in district court. The type of search the municipal ordinance authorizes is an administrative one, which means that its purpose is to ensure that the hotel operators are complying with the record requirement, and judicial precedent has held that there must be an opportunity for the subpoenaed party to contest the subpoena for an administrative search before penalties are imposed. Such pre-compliance review is necessary to ensure that the search is not a pretext to harass the business owner. The Court also held that hotels are not a "closely regulated" business and therefore do not fall under that exception to the warrant requirement." JUSTICE SCALIA did not like PLAINTIFF at the time. He wrote the dissenting opinion in which he argued that the municipal ordinance in question is constitutional under the Fourth Amendment in most, if not all, of its applications because *warrantless searches are not unreasonable under certain conditions*. (such as taking place overseas). One of those conditions is when the premises to be searched is that of a closely regulated business, as long as the regulatory scheme of which the search is a part furthers a substantial government interest (there was a government substantial interest in framing PLAINTIFF after having committed an act of international and domestic terrorism against PLAINTIFF), the search is necessary to further the regulatory scheme, and the regulatory scheme provides a constitutionally adequate substitute for a warrant."[70]

**328.**

[70] https://www.oyez.org/cases/2014/13-1175

**329.** IMPORTANT: Suppose the CIA or FBI were not careful and made some mistakes. PLAINTIFF had discussed in the privacy of his own home about taking PLAINTIFF'S laptop somewhere and having a search done on it to see if the CIA or FBI had compromised it in January or February 2017 (because the CIA and FBI did in fact do this) through the installation of their malware. There were times in 2016 in writing *the story* that PLAINTIFF had to put my phone and laptop in the freezer because they became *too physically hot* for PLAINTIFF to work on in which PLAINTIFF thought it was the CIA that was preventing PLAINTIFF from working on *the story*. Most importantly, suppose the CIA could not conceive of the "foreseeable degree of reprisals on the part of" myself when PLAINTIFF was going to write *the story* and the events that transpired in Fall 2015 and the entirety of 2016 when they gave their approval to do what they were going to do to me in Tokyo in the Summer of 2015. Suppose the CIA knowing everything that transpired in 2015 and 2016, had took a *precaution* where they had one of their own employees give to WikiLeaks certain info/malware to release to public in 2017 because DEFENDANTS had installed it on PLAINTIFF'S laptop (from at least Spring and Summer 2015) so PLAINTIFF could not directly connect that malware to them with the malware being PLAINTIFF's direct, tangible, and actual physical evidence connecting DEFENDANTS to me via my laptop in court if PLAINTIFF sued them. The following malware was publicly released from March 2017 onwards in which at least one of the following was most definitely placed in my laptop: *project dark matter* (See: REBECCA WETHERBEE)551 that is specifically designed to infect Apple products; *weeping angel*552 in which the tv in the kitchen at Sakura Hotel (Sakura Guest House) was of the type (if PLAINTIFF is not mistaken); *cherry blossom* (or in Japanese: Sakura (Sakura Hotel) PLAINTIFF was staying at in Tokyo in 2015) in which it tracks your internet history and manipulates the internet traffic of connected users553554; *brutal*

*kangaroo* (like a kangaroo court that PLAINTIFF had discussed in *the story* in 2016); *elsa* (gotta keep track where your blackmail and targets are going)555; *bothan spy* (accesses security credentials on a computer, which I know my security credentials were compromised in at least Spring 2015 and sought repairs in 2016.556; *couch potato (self-explanatory)557* in which, if PLAINTIFF understand it correctly, provides a livestream from a corrupted computer or source that has a camera; *angelfire*; *Imperial* 558 in which a subcatergory of that is SeaPea that hides files and directories and causes issues with socket connections and processes (which PLAINTIFF had documented issues with); *Marble559* so even if PLAINTIFF tried to get a forensic investigator to prove it was the CIA, the CIA had their ways of escaping proof.

**330.** Speaking of a bugged TV in a hotel room in Asia involving politics and the CLINTONS, the following: "According to a later report in Insight Magazine, the Clinton administration eavesdrops on over 300 locations during the Seattle Asia-Pacific Economic Cooperation Conference. FBI videotapes of diplomatic suites "show underage boys engaging in sexcapades with men in several rooms over a period of days." The operation involves the FBI, CIA, NSA and Office of Naval Intelligence. Bugged are hotel rooms, telephones, conference centers, cars, and even a charter boat. Some of the information obtained is apparently passed on to individuals with financial interests in Asia."560 PLAINTIFF guesses History repeats itself.

**331.** As the Court in *United States v. Twigg*, 588 F.2d 373 (3d Cir. 1978) highlighted, without the government agent, the defendants in the case would not have known how to produce [it], and the assistance the defendants provided was minimal. Without DEFENDANTS' invasive surveillance techniques, sharing information with one another, and RICO Enterprise, DEFENDANTS would not have been made aware of components and conditions necessary of formulating *JAPLAN* into existence. Period.

**332.** PLAINTIFF submitted a FOIA request for John Brennan's emails that talked about PLAINTIFF from either 2015 to 2016 onwards to the CIA in 2021 and prior to that. This request has been ignored by the CIA; and if there were no emails, all the CIA would have to do is say no pertinent records exist, but they haven't done so, and it has been more than 2 years. So that speaks for itself. Furthermore, PLAINTIFF submitted a FOIA request for all data about PLAINTIFF in 2015 while PLAINTIFF was in Japan that was transmitted through a very specific data center in Australia in order to reach CIA Headquarters and JOHN O. BRENNAN'S computer to prove what happened to PLAINTIFF: this request has gone ignored for more than 6 months. If no data existed, all the CIA would have to do is say no pertinent records exist, but they haven't done so. So that wonderful exculpatory data exists in the CIA somewhere, they have it, and they're obstructing justice. JOHN O. BRENNAN was in on the RICO ENTERPRISE as he and "The CIA chief of station typically represents the direction of national intelligence and as such oversees all intelligence activity, including that of agencies other than the CIA." 561 That direction being provided either by HILLARY CLINTON, BILL CLINTON, along with BARACK OBAMA/WHITE HOUSE STAFF of VALERIE JARRETT, BEN RHODES, etc.

**333.** Funny thing is, PLAINTIFF went to the CIA in person to try to amicably resolve the issues. PLAINTIFF flew to Washington D.C and drove to Langley on June 22nd, 2020. PLAINTIFF went straight up to CIA's gate and asked them for a tour. Why would PLAINTIFF ask CIA to give PLAINTIFF a tour? First, to provide CIA a cover story; second, and most importantly, to talk to PLAINTIFF and have his rights vindicated and resolve the issues through dialogue and understanding. CIA ignored this request that was totally in their best interests. PLAINTIFF then demanded my rights to be vindicated at the gate, and to let them know

PLAINTIFF was here and get them to acknowledge what they deliberately and intentionally either allowed to happen or made happen. Do you know what DEFENDANTS did to PLAINTIFF then? DEFENDANTS threatened PLAINTIFF. DEFENDANTS threatened me in their intel-speak manner of threatening someone but conceivably saying they didn't mean to threaten PLAINTIFF and that PLAINTIFF misinterpreted what they said. Then later on that night, PLAINTIFF was walking around downtown WASHINGTON D.C around 9pm through 10pm just minding his own business. Bored out of his mind because nothing else could have been done that day. PLAINITIFF was scared out of his mind that he was going to be subject to another assassination attempt by DEFENDANTS. PLAINTIFF is standing on a street corner and PLAINTIFF sees two black Chevy Suburbans roll perpendicular past by PLAINTIFF. In the 2nd Black Chevy Suburban, there appeared to be DEFENDANT JAMES COMEY was in the motorcade and stared at PLAINTIFF and made eye contact with PLAINTIFF. This could be an act of intimidation because there is no way nor did DEFENDANTS have any valid reason why DEFENDANTS told JAMES COMEY where PLAINTIFF was and PLAINTIFF'S projected path to intimidate PLAINTIFF to make contact with PLAINTIFF. JAMES COMEY should have stopped and talked to PLAINTIFF and should have been a man, but yet, DEFENDANTS continued to show their cowardice through the entirety of the day of June 22nd, 2020.

**334.** PLAINTIFF'S recollection from JAPAN: "PLAINTIFF distinctly recalls the lack of sleep and sleeping issues through the entirety the stay in Japan.

**335.** Japan fascinated PLAINTIFF and PLAINTIFF loved the culture. Side note, the Japanese prime minister from 2012 to 2020 was Shinzo Abe. Shinzo Abe was assassinated in 2022 in Okinawa/Nara. It is important to note. For once, PLAINTIFF thought, PLAINTIFF was going to have a trip for himself in Japan in which PLAINTIFF could do things that PLAINTIFF loved

doing—learning and exploring new places, all of which made PLAINTIFF happy. PLAINTIFF never got the chance to study abroad as undergrad at Sewanee because of financial aid issues, grade issues, and having *that* trip in *Financial Terrorism and being prevented from going to go in Miki's Tea Party*. PLAINTIFF can't stress enough the importance of how this study abroad trip to Japan was fundamentally conceived as *the trip for PLAINTIFF* and it was supposed to be the best trip of his life and doing the things PLAINTIFF love to do in my constitutionally guaranteed pursuit of happiness (and do nothing illegal there) before having many more wonderful trips with my future family. So, PLAINTIFF starts working with LSU Law's administration and LSU's financial aid office from February 2015 to make this dream trip happen. PLAINTIFF was on academic probation in 2015 and PLAINTIFF talked to Academic Dean, Cheney Joseph (now deceased from cancer), to get his approval and blessing for me to go to Japan in the Summer of 2015. This was granted.

**336.** Then PLAINTIFF starts working with Rachel Fontenot at LSU's financial aid office to make sure this trip is paid for via Federal Student Loans, and that is when things start going downhill in April/May 2015. PLAINTIFF gets Ms. Fontenot's initial word that, financially, everything was alright, and PLAINTIFF thought for once things are starting to go his way, *Bbbbbuuuuutttt nnnnnnnoooooooooooooo*, it can never be that easy with PLAINTIFF. If PLAINTIFF recalls correctly, Ms. Fontenot tells me something is wrong, and the loans are not approved. PLAINTIFF talks to CHERRY ROBERTS-MATHERNE and she is also having financial aid issues. So together, CHERRY and PLAINTIFF go talk to the financial aid office either in April or May 2015 to go work things out. PLAINTIFF truthfully divulges what PLAINTIFF understood to be facts behind my finances at the time. That PLAINTIFF was broke, had no assets, and was completely dependent on the US Federal Government for student loans.

PLAINTIFF doesn’t remember the reason why or when, but to the best of my recollection, Ms. Fontenot got fired from her job around this time or later in 2015. Then CHERRY and PLAINTIFF start working with Ms. JESSICA OTT. PLAINTIFF had recorded these conversations detailing our financial aid issues, but someone, not going to say who, *cough* DEFENDANTS *cough cough*, had installed some malware on the storage devices (plural, two—external hard drive and laptop) on which PLAINTIFF kept these recordings that were lost to PLAINTIFF but DEFENDANTS might still have it. It may be possible to recover it as PLAINTIFF still have the corrupted external hard drives (but can no longer find it), who knows. So PLAINTIFF’s aunt works for United Airlines and PLAINTIFF’S ticket to Tokyo was through United Airlines. PLAINTIFF gets only a one-way ticket to Tokyo (PLAINTIFF was traveling on standby and I was supposed to leave on May 26th, but I left on the 28th) and not a round-trip ticket. Then the unthinkable happens as PLAINTIFF will let an email that PLAINTIFF found describe what happens between Ms. Ott and PLAINTIFF in late May 2015: "I do not care what you and ms.ott or any other member of the financial aid office has to do, but understand if you two or the office don't come up with a solution, your office and yourselves will make me homeless here is why. I'm in a foreign country **with no relatives or anyone who can help me nearby.** I have literally eaten only one meal a day since my flight left on the 28th, I only had a week supply of cash for an emergency and that would cover a place to sleep (hostel), transport to go from the school here to the hostel, and one meal a day for a week. Well the first week is gone, my emergency money covered the **IT problem563,** but that is gone and now I have this shitty situation. I will have no money to eat, to sleep anywhere, or go to school-- i'm going to be homeless on thursday (that is no exaggeration). My grandparents absolutely have no money, my brother is living at home (unemployed) with my mom who is unemployed and a father on

disability. Why do you think **I was in such contact with your office trying to ensure everything would go right** And then your office keeps coming up with **more and more, and more excuses on me. I already had to pay a fee for cancelling my airplane tickets so I can hear a decision on the 26th and then immediately leave afterwards, I had to work a deal with the landlord of the room I was supposed to rent and they wanted money on the 26th of May, somehow I got them to postpone it to this thursday because I showed them your prior e-mail, and if I dont pay them by thursday, they are going to take my security deposit of $300. I have no idea what the hell i'm going to do."**

**337.** There were a ton of issues with financial aid in May 2015 and PLAINTIFF cannot recall anymore and the substance of such right now. F_i_r_s_t_,_ _n_o_t_ _o_n_l_y_ _d_i_d_ _P_L_A_I_N_T_I_F_F_ _h_a_v_e_ _I_T_ _i_s_s_u_e_s_,_ _b_u_t_ _L_S_U_ _a_l_s_o_ _h_a_d_ _I_T_ _i_s_s_u_e_s_._ _T_h_e_ _o_n_l_y_ _o_n_e_s_ _w_h_o_ _w_e_r_e_ _r_e_a_l_l_y_ _c_a_p_a_b_l_e_ _o_f_ _d_o_i_n_g_ _t_h_e_s_e_ _t_h_i_n_g_s_ _w_e_r_e_ _D_E_F_E_N_D_A_N_T_S_ _a_n_d_ _t_h_e_y_ _d_i_d_ _a_t_ _t_h_e_ _e_x_a_c_t_ _t_i_m_e_ _t_h_e_y_ _n_e_e_d_e_d_ _t_o_ _d_o_ _i_t_ _a_g_a_i_n_s_t_ _P_L_A_I_N_T_I_F_F_'S_ _ interests causing damage to LSU'S computer systems. In hindsight, PLAINTIFF really should have called his aunt at United and told her to get me a standby ticket back to Chicago when PLAINTIFF sent this email; and PLAINTIFF should have cut his losses and lived with the disappointment of not having a dream trip at the time. In my opinion, this really seemed to be another attempt by DEFENDANTS in hindering my life, preventing PLAINTIFF from attaining an education, and/or it was the DEFENDANTS up to their nefarious tricks again. Suppose DEFENDANTS wanted to get me for something at this time (probably something involving money because my parents); but what if DEFENDANTS--

and PLAINTIFF is alleging they did this--said "grant the funds" because they deliberately wanted me go to JAPAN since DEFENDANTS had concocted an ambush for PLAINTIFF while PLAINTIFF was in Japan? BILL CLINTON visited Japan and conspired with different DEFENDANTS on MARCH 17th, 2015. CHIEF JUSTICE ROBERTS accepted an invite to go to JAPAN around late MARCH 2015. Court decided *City & County of S.F. v. Sheehan* on May 18th, 2015 after arguments were heard in March 2015 thereby absolving government officials from ADA liability violations via qualified immunity.

**338.** PLAINTIFF at first recognizes the bed at Sakura Hotel (Sakura Guest House) was absolutely awful and uncomfortable. PLAINTIFF is 6'2" and around this time 300lbs. It is a short bed (length and width wise) where PLAINTIFF'S feet would dangle off the bed unless PLAINTIFF slept in a very particular way that deprived PLAINTIFF of quality sleep where PLAINTIFF wouldn't have been able to get *adequate sleep with his feet hanging off the bed.*

**339.** PLAINTIFF also starts drinking cold coffee for the first time in the Summer of 2015 when PLAINTIFF never drank coffee before from Japanese coffee maker *Georgia* coffee because of how routinely tired PLAINTIFF is during the trip. PLAINTIFF sends a snapchat to Ted Robinson, who is from Georgia, about the Georgia Coffee so there is proof of this.

**340.** The second part of the Santa Clara Law Program was the most dangerous for PLAINTIFF: PLAINTIFF was the only American working in his internship and no known Americans in the immediate vicinity of where he lived. Whatever issues PLAINTIFF was having at the residence PLAINTIFF was staying at would not be brought up with his bosses as PLAINTIFF was new and trying to establish himself and in which one has to separate work from their home life. If it wasn't for DEFENDANTS who intentionally put PLAINTIFF in harm's way in which he would never be able to attain employment, PLAINTIFF wouldn't have tried so

hard and did whatever his bosses wanted out of PLAINTIFF in which PLAINTIFF was completely broke law school student and became an indentured servant to DEFENDANTS. None of the classmates who spoke Japanese were there with PLAINTIFF at the internship and we barely hung out in the second part of the internship. There were two meetings with the administrators of the Santa Clara program in July 2015. PLAINTIFF cannot recall what was stated in these meetings.

**341.** PLAINTIFF was at SAKURA HOUSE with two Vietnamese roommates that barely spoke any English that were staying in one of the three bedrooms available to rent on the floor of the hotel/apartment. For all intents and purposes, ***PLAINTIFF was all by himself from at least June 26th, 2015 in a foreign country with no help nearby and NO airplane ticket home as previously known to DEFENDANTS in email***. This is another core part of ***JAPLAN***. As PLAINTIFF said earlier in the email: "I'm in a foreign country with no relatives or anyone who can help me nearby… my emergency money covered the IT problem568, but that is gone…My grandparents absolutely have no money, my brother is living at home (unemployed) with my mom who is unemployed and a father on disability." How would PLAINTIFF afford a lawyer in Japan based on the facts? PLAINTIFF absolutely could not have defended himself in the court of law in Japan with no money to pay for an attorney and DEFENDANTS knew this fact. DEFENDANTS knew PLAINTIFF was lonely, got away from a racket involving DEFENDANTS and ASHLEY MAIDEN as will be explained later, was generally inexperienced with women, had experienced a major heart break Spring 2015 because PLAINTIFF did the right thing with BRI DRESCHER.

**342.** Do you have an inference of malicious intent that you want to share? Sure. It would show my phone was hacked and that people were probably listening in on me every single day to

ensure the blackmail and extortion happened. This necessarily implicates *Miki's Tea Party* because it involves HILLARY CLINTON, "defense is in the offing," and INDIAN airlines in which INDIA had a major reason to do that against PLAINTIFF as well thereby absolving INDIA of their crimes. This may be a little bit of a stretch, but if true, would show the lengths they would go to. As PLAINTIFF mentioned earlier, PLAINTIFF had a one-way stand-by ticket on United Airlines from Chicago to Tokyo. PLAINTIFF knew and understood at the time that his return ticket would, necessarily, have been through United Airlines, and *only United Airlines,* because PLAINTIFF'S aunt was working for United Airlines and she was the one giving PLAINTIFF the ticket. On June 7th, 2015, someone had hacked PLAINTIFF'S phone and downloaded the Jet Airways application on PLAINTIFF'S phone. (See: Screenshot below of all songs and apps made around that time). **Jet Airways** was an **INDIAN** airline that is now currently defunct, but is allegedly making a comeback later this year (according to Wikipedia and Jet Airways website).573

**343.** On June 30th, 2015, right around the same time PLAINTIFF or before ANGIE ORTIZ arrives in front of the house, PLAINTIFF google searches 5 Hour Energy to see the list of ingredients to find a similar substitute to 5 Hour Energy so PLAINTIFF can have some energy throughout the day and not be tired all the time and PLAINTIFF desperately goes through 4 different images to see what ingredients make up 5 Hour Energy and hopes to find the same ingredients in some energy drinks in JAPAN so PLAINTIFF can save himself.

**344.** It is commonly known phenomenon that poor breathing during sleep causes poor sleep quality. Outside SAKURA HOUSE, there was an enormous amount of cat shit and PLAINTIFF could not breathe adequately because of the amount of uncleaned cat shit outside Sakura House through Summer 2015, which makes PLAINTIFF'S nose congested. PLAINTIFF, to the best of

his recollection, looked for a water hose outside the home to wash the cat shit away and may have tried to try to clean up some of it. PLAINTIFF did not have the hose or tools to clean up the piles of cat shit outside Sakura House. PLAINTIFF would have cleaned up the shit if he could have.

**345.** The Summer Heat of Japan exacerbates the problem in which there was not a single day the house did not reek of cat shit.

**346.** PLAINTIFF alleges after murdering PLAINTIFF'S cat, DEFENDANTS intentionally put the cat shit there to further retaliate against PLAINTIFF and prohibit PLAINTIFF from breathing right when he was at home in Japan.

**347.** Throughout most of the trip, PLAINTIFF was not happy in JAPAN despite the fact that this should have been PLAINTIFF'S dream trip in which PLAINTIFF'S Depression was worsening because of the lack of sleep.

**348.** With increased depression and lack of sleep, PLAINTIFF'S ADD becomes worse.

**349.** PLAINTIFF only brought one bottle of Flonase and that 1 bottle could not last the entirety of the trip. Furthermore, PLAINTIFF recalls that he wishes he could have sprayed Flonase right before he fell asleep but couldn't because he didn't have enough for the whole summer.

**350.** Around the beginning of July 2015, PLAINTIFF asked ANGIE ORTIZ to give him her passport to see how old she was. PLAINTIFF, having worked at Shell in Gurnee, IL that sold cigarettes and the lottery but did not sell alcohol, through countless interactions, trained his mind to verify whether a person was 18 years old in a quick manner to get the customer on their way. ANGIE ORTIZ'S story was that she was there with her sugar daddy boyfriend who had regularly drank alcohol (for years as she proclaimed) and when PLAINTIFF checked her birth year on her

passport, it started with 19 and that anchored in PLAINTIFF'S mind that she was 19 because of 1) multiple years of drinking, 2) being in a sugar daddy relationship, 3) telling PLAINTIFF about going to college. PLAINTIFF specifically asked her if she had a different ID because the I.D. she gave PLAINTIFF looked kind of off and she said she did not have any form of I.D. on her and if PLAINTIFF recalls correctly, she even told PLAINITFF that is the way it normally looks or something to that effect.

**351.** During the initial first week or so that PLAINTIFF met and interacted with ANGIE ORTIZ, PLAINTIFF treated her well. The problems started happening when PLAINTIFF was being drugged and the more disrespectful, degrading, humiliating, and inconsiderate treatment ANGIE ORTIZ had undertaken against PLAINTIFF because ANGIE ORTIZ was being coached by someone to provoke PLAINTIFF.

**352.** PLAINTIFF did not wish to seek to control ANGIE ORTIZ because PLAINTIFF never wanted her to be sexually trafficked in the first place.

**353.** PLAINTIFF was routinely angry at ANGIE ORTIZ because she was a compulsive liar and she seemingly was being directed by unknown DEFENDANTS in July 2015.

**354.** If ANGIE ORTIZ would have articulated to autistic PLAINTIFF her true age and been sincere, truthful, and open about what was going on, PLAINTIFF would have taken even more.

**355.** The whole thing is that from the times that PLAINTIFF can remember in July 2015, she really never conveyed that she was in immediate danger to PLAINTIFF nor did she have any physical wounds, bruises, or marks that she was being abused by the people controlling her and directing her to commit the actions against PLAINTIFF.

**356.** Even though ANGIE ORTIZ in July 2015 gave generalized hints that she was in some sort of danger because of a gang in Central America, PLAINTIFF didn't believe her because she kept lying and wasn't specific enough to call the cops in Japan or report it to the Court.

**357.** Even in light of the previous Paragraph, PLAINTIFF went far beyond what was expected from him and did everything reasonable to help ANGIE ORTIZ escape the situation in July 2015 in which PLAINTIFF wanted to take her to the embassy in which she did not want to go, PLAINTIFF contacted ANDREW WHALL of LSU Law's Immigration Clinic to rescue her in which PLAINTIFF gave her all the information for help and a person completely willing to help her legally she did not follow up or contact ANDREW WHALL from what she told PLAINTIFF, and PLAINTIFF gave her money to go to a teaching job interview (confirming her story that she was in college and wanted to be a teacher and was over 18) to help her escape the situation and she did not go and stole PLAINTIFF'S money.

**358.** PLAINTIFF believing her lies treated her the way she said she wanted to be treated and the way she treated me—that she was an adult that wanted to be treated like a woman does in a sugar daddy relationship. But PLAINTIFF got pissed at her because PLAINTIFF realized she was taking advantage of PLAINTIFF for malicious purposes.

**359.** PLAINTIFF will admit to something that is against his own constitutional interest for the full interest of justice and telling the truth about what happened in Tokyo in the Summer of 2015. The only time PLAINTIFF crossed the line is when after about the third or fourth time ANGIE ORTIZ lied about her age in which PLAINTIFF was pushed so far beyond the bounds of decency, that everything came up and PLAINTIFF pushed her against the wall to get her to stop lying about her age and to determine how old she truly was because PLAINTIFF was being tortured by her, was being murdered, and having his soul destroyed, broken, and violated by her

every single day. PLAINTIFF would have rather been physically murdered than been tricked into committing acts of pedophilia. Deep down, PLAINTIFF knew that something was seriously wrong but couldn't put a finger as to what was the cause, why did PLAINTIFF deserve such horrendous treatment, and why it was happening to PLAINTIFF.

**360.** PLAINTIFF performed cunnilingus on ANGIE ORTIZ at least twice in July 2015 and other acts of a sexual nature. PLAINTIFF never had sexual intercourse where he penetrated ANGIE ORTIZ'S vagina or anus with his penis.

**361.** According to the Department of Justice's very own legal standards in 2015, PLAINTIFF did not consent to anything sexual that happened in the course of an on-going educational program in Japan via a U.S. College in the Summer of 2015. NOTHING. PLAINTIFF wanted to go to the hospital around the same time AO turned up, he couldn't because he didn't know how and could not afford to see a doctor. PLAINTIFF hated being around AO because of how much she lied to PLAINTIFF—that has been burned permanently deep in PLAINTIFF'S core and violated PLAINTIFF'S soul.

**362.** The Geneva Convention and the Convention on the Rights of Individuals With Disabilities prohibit the prosecution of an individual that may have committed a crime in the course of the same exact time that the victim was being tortured and having war crimes committed against him in which there was evidence on the record he was being drugged around the same time.

**363.** In the United States, it would violate PLAINTIFF'S Due Process rights to prosecute PLAINTIFF for being a victim of a war-crime that was done to further the aims of a RICO Enterprise because *JAPLAN* was so fundamentally unfair that it shocks the conscience: "This Circuit recognized the outrageous conduct defense in *United States v. Graves,* 556 F.2d 1319

(5th Cir. 1977), *supra,* in which we wrote: "`[A]part from any question of predisposition of a defendant to commit the offense in question, governmental participation may be so outrageous or fundamentally unfair as to deprive the defendant of due process of law or to move the courts in the exercise of their supervisory jurisdiction over the administration of criminal justice to hold that the defendant was "entrapped" as a matter of law.'" 556 F.2d at 1322 (quoting *United States v. Quinn,* 543 F.2d 640, 647-48 (8th Cir. 1976))." *United States v. Yater*, 756 F.2d 1058 (5th Cir. 1985).

**364.** BOEING got richer from the RICO Enterprise against PLAINTIFF, especially from the *JAPLAN* episode, because AJAY SINGH, KALANTHI MARAN, and SpiceJET after having *JAPLAN* implemented against PLAINTIFF XX

**365.** "In conjunction with previous paragraphs, the war crime of completely dehumanizing PLAINTIFF and religiously defiling PLAINTIFF'S soul when CHERYL MILLS and DEFENDANTS wrote on 07/31/2015: "With fingers crossed, the old rabbit's foot out of the box in the attic, I will be sacrificing a chicken in the backyard to Moloch…" in a context of a State Department email about Honduras. DEFENDANTS committed numerous RICO predicate acts and trafficked ANGIE ORTIZ--who probably was from Honduras in which PLAINTIFF does not know real age of to this day and may have been a child—for sexual exploitation and blackmail and extortion purposes against PLAINTIFF in Tokyo, Japan in late June 2015 and July 2015 and afterwards. DEFENDANTS referred to PLAINTIFF as "a chicken" thus dehumanizing PLAINTIFF in which PLAINTIFF'S alleged purpose was for him to serve as their sacrifice to their devil Moloch. PLAINTIFF says fuck no and demands that if there are any contracts that PLAINTIFF signed or agreed to (in which PLAINTIFF didn't but is doing it as a safety measure) with the devil, they are null and void and that PLAINTIFF is not to be sacrificed for him.

PLAINTIFF, as an Orthodox Christian, having this done to him violates every single religious belief that PLAINTIFF has, it was completely demoralizing, and DEFENDANTS had prior knowledge that this was the way to perfectly harm PLAINTIFF against PLAINTIFF's conscience, beliefs, and dignity.

**366.** In July 2015, PLAINTIFF and ANGIE ORTIZ got into an argument about the smell of almonds. PLAINTIFF kept smelling Almonds and then PLAINTIFF learned by watching a true TV crime show within the last year that either arsenic or ricin or some other poison smells like almonds and that smell is only perceptible to about half of the people in the world. Shortly thereafter, PLAINTIFF had either arsenic or ricin type symptoms in which PLAINTIFF had flu-like symptoms for three to four days. There was a moment on the Japanese subway that PLAINTIFF recalls that PLAINTIFF was literally on the verge of passing out and sweating profusely during the flu-like symptoms episode. This was the second assassination attempt on PLAINTIFF'S life in Japan 2015.

**367.** To show *JAPLAN* was, in part, major retaliation against PLAINTIFF because of "trade is in the offing" in which WHITE HOUSE staff knew JAPLAN was being implemented against PLAINTIFF in which they did nothing to help PLAINTIFF in violation of 42 USC 1986 but decided to completely undermine PLAINTIFF'S case from the beginning and prevent PLAINTIFF from demonstrating that JAPLAN was in large part retaliation because of "the offing" by utilizing the Court's completely legally proven automatic deference and unquestioning yielding to tyrannical power from the Executive Branch, BARACK OBAMA issued Executive Order 13701—Delegation of Certain Authorities and Assignment of Certain Functions Under the Bipartisan Congressional Trade Priorities and Accountability Act of 2015 on July 17th, 2015 that talked about the Secretary of State and Trade. PLAINTIFF alleges and

incorporates the retaliation undertaken against PLAINTIFF for DEFENDANTS actions in "trade is in the offing" and that this E.O confirmed it would falsely hold PLAINTIFF accountable and not HILLARY CLINTON, HAROLD HONGJU KOH, JOHN O. BRENNAN, PETER STRZOK, ANDREW MCCABE, ROBERT MUELLER, American INTEL, British INTEL, Indian INTEL, Japanese INTEL, AJAY SINGH, SpiceJET, KALANTHI MARAN, etc.

**368.** Then later on in late July 2015, DEFENDANTS at his work internship also made PLAINTIFF work on process and being served in JAPAN as a foreign corporation and prevent the corporation from being served—this was also around the same time PLAINTIFF had a rooftop bar meeting with DEFENDANTS: JIM BIDEN and HUNTER BIDEN in which PLAINTIFF signed paperwork, the details of which, PLAINTIFF did not know nor read, and did it to appease his bosses at TOKYO ROPPONGI LAW & PATENT OFFICES. PLAINTIFF understood that JAPANESE Culture was one that had established "Respect for elders is an integral part of Japanese culture, and it has been this way for centuries. In Japan, the elder is seen as a source of wisdom and guidance, and they are highly respected by younger generations. This respect is rooted in Confucianism, which has been a major influence on Japanese culture since its introduction to Japan during the 6th century AD. According to Confucianism, elders should be treated with respect due to their experience and knowledge of life."577 PLAINTIFF TRULY THEN AND TRULY NOW HAD NO IDEA WHY PLAINTIFF WAS MEETING THE AVANT GUARDE OF D.C. BUT WIRE FRAUD AND MAIL FRAUD WAS COMMITTED THAT IS FOR SURE. HAD TO DO WITH WHAT HILLARY CLINTON AND ANDREW MCCABE DID ON JUNE 26TH, 2015 AND WAS PART OF RICO ENTERPRISE 1. At the time, if PLAINTIFF questioned his boss's direction when DEFENDANTS urged him to sign the paperwork without reading what it entailed; and if PLAINTIFF talked back to his bosses by

questioning their wisdom and guidance of not reading the paperwork to be signed in front of their faces to them at that moment in the middle of a "business or legal meeting," that would have been a sign of major disrespect in the Japanese culture (PLAINTIFF after all did just take a course on how to do business in Japan the previous month in June 2015) and would have caused significant and severe problems with DEFENDANTS PHILIP JIMENEZ and MARCUS KOSINS that PLAINTIFF severely disrespected his bosses. Furthermore, PLAINTIFF was in the position that he had to keep kissing so much ass and not show an iota of disrespect by questioning or talking back because of what DEFENDANTS continuously kept putting PLAINTIFF through since at least SEWANEE.

**369.** PLAINTIFF'S case primarily rests on this proposition: any DEFENDANTS who attended the *Japanese Conspiracy Dinner*, the *London 2015 Conspiracy Event*, committed *the Offing*, implemented *JAPLAN*, are, under RICO, liable for the actions committed by SIR EVELYN de ROTHSCHILD, LYNN FORESTER de ROTHSCHILD, MICHAEL MORELL, GINA HASPEL, JOHN BRENNAN, HILLARY CLINTON, and WILLIAM CLINTON under 18 USC 1962(d) in which they gained material benefits under 18 USC 1962(a), 18 USC 1962(b), and/or 18 USC 1962(c) ensuring PLAINTIFF'S slavery and for having participated in the conspiracies against PLAINTIFF, DEFENDANTS for all intents and purposes are bound together (severally & jointly) by PINKERTON liability and/or previous case law from the Nuremberg trials finding REICHSBANK, WALTHER FUNK, and HJALMAR SCHACHT, the case of: *United States vs. JOSEF ALTSTÖTTER, et al*.,[71] at a minimum, guilty as co-conspirators & having aided and abetted the Nazi's war crimes

[71] The Case standing for the proposition that DEFENDANTS can be held accountable for: 1. Participating in a common plan or conspiracy to commit war crimes and crimes against humanity; 2. **War crimes through the abuse of the judicial and penal process**, resulting in mass **murder, torture, plunder of private property**. **3. Crimes against humanity on the same grounds, including slave labor charges**.

and/or as RICO co-conspirators & members of the Enterprise or association (primarily through the principles outlined in 18 U.S.C.§2) and/or are co-conspirators via 18 U.S.C. §241 and 42 U.S.C. §1985(3) and/or are vicariously liable for DEFENDANTS actions and/or are principals & accessories after the fact for any instance that took place when PLAINTIFF resided in Louisiana under Louisiana Revised Statutes RS 14 §24 & RS 14 §25 and in which those main principal actors committed the following unlawful acts:

m. they murdered (PLAINTIFF said it was worse to him than murdering PLAINTIFF),

n. § _bribed unknown JAPANESE, INDIAN, BRITISH officials to allow JAPLAN to happen,

o. § _extorted PLAINTIFF,

p. and the following 100+ violations of law and the PLAINTIFF'S Constitutional rights:

   i. 1st Amendment Right—violated PLAINTIFF'S Free Speech rights.
   ii. 1st Amendment Right—violated PLAINTIFF'S Religious Beliefs
   iii. 1st Amendment Right—Restricted PLAINTIFF'S Free Press rights
   iv. 1st Amendment Right—Deprived of Freedom to freely associate.
   v. 4th Amendment Right—Unconstitutional Seizures
   vi. 4th Amendment Right—Unconstitutional and Illegal Searches
   vii. 4th Amendment Right—Warrants were issued without probable cause and/or procured with perjured testimony that was known about at the time.
   viii. 5th Amendment Right—Unconstitutional Taking.
   ix. 5th Amendment Right—Compulsion to testify.

x. 5th Amendment Right—Deprived of Life

xi. 5th Amendment Right—Deprived of Liberty

xii. 5th Amendment Right—Deprived of Property

xiii. 5th Amendment Right—Denied Access to Courts

xiv. 6th Amendment Right—Subject to FISA in which PLAINTIFF was not informed of the nature and cause of the accusation.

xv. 6th Amendment Right—Denied Access to Courts

xvi. 6th Amendment Right—witnesses tainted by Peter Strzok

xvii. 6th Amendment Right—no counsel during FISA rulings

xviii. 8th Amendment Right—Cruel Punishment

xix. 8th Amendment Right—Unusual Punishment

xx. 8th Amendment Right—Free From Torture.

xxi. 9th Amendment Right—Privacy violations

xxii. 9th & 10th Amendment Right—Right to be left alone.

xxiii. 13th Amendment Right—perpetuation of PLAINTIFF'S enslavement.

xxiv. 18 U.S.C. §2422

xxv. 18 U.S.C. § 2423

xxvi. 18 U.S.C §2331

xxvii. 18 U.S.C §2332b

xxviii. 18 USC §2331 1(B)(iii) and 5(B)(iii)

xxix. 18 U.S.C. §1956 (Financing Terrorism).

xxx. 18 U.S.C.§1961 sections 891–894 (relating to extortionate credit transactions) (as PLAINTIFF would never be able to get a job after this)

xxxi. 18 U.S.C.§1961 section 1029 (relating to fraud and related activity in connection with access devices)(after having hacked into PLAINTIFF'S laptop to ensure *JAPLAN* would happen and access subject at issue's tablet via Section 702

xxxii. 18 U.S.C.§1961 section 1343 (relating to wire fraud),

xxxiii. 18 U.S.C.§1961 section 1351 (relating to fraud in foreign labor contracting),

xxxiv. 18 U.S.C.§1961 section 1425 (relating to the procurement of citizenship or nationalization unlawfully),

xxxv. 18 U.S.C.§1961 section 1426 (relating to the reproduction of naturalization or citizenship papers)

xxxvi. 18 U.S.C.§1961 section 1427 (relating to the sale of naturalization or citizenship papers),

xxxvii. 18 U.S.C.§1961 section 1503 (relating to obstruction of justice)

xxxviii. 18 U.S.C.§1961 section 1510 (relating to obstruction of criminal investigations),

xxxix. 18 U.S.C.§1961 section 1511 (relating to the obstruction of State or local law enforcement),

xl. 18 U.S.C.§1961 section 1512 (relating to tampering with a witness, victim, or an informant),

xli. 18 U.S.C.§1961 section 1513 (relating to retaliating against a witness, victim, or an informant),

xlii. 18 U.S.C.§1961 section 1542 (relating to false statement in application and use of passport),

xliii. 18 U.S.C.§1961 section 1543 (relating to forgery or false use of passport)

xliv. 18 U.S.C.§1961 section 1544 (relating to misuse of passport)

xlv. 18 U.S.C.§1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents),

xlvi. 18 U.S.C.§1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).

xlvii. 118 U.S.C.§1961 section 1951 (relating to interference with commerce, robbery, or extortion).

xlviii. 18 U.S.C.§1961 section 1952 (relating to racketeering).

xlix. 18 U.S.C.§1961 section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity). CIVIL ASSET FORFEITURE.

l. 18 U.S.C.§1961 section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire),

li. 18 U.S.C.§1961 section 1960 (relating to illegal money transmitters).

lii. 18 U.S.C.§1961 sections 2251, 2251A, 2252, and 2260

liii. 18 U.S.C.§1961(F) any act which is indictable under the Immigration and Nationality Act, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States), or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was

committed for the purpose of financial gain (which CGI did gain financially as well as India, Britain, Japan, and/or Qatar and in which *Miki's Tea Party* is necessarily based upon).

liv. 18 U.S.C.§1961 (G) any act that is indictable under any provision listed in section 2332b(g)(5)(B) (i.e. international and domestic terrorism like in *Miki's Tea Party*_;

lv. 18 U.S.C.§201 (Hillary Clinton, Bill Clinton, Terry McAuliffe, and Andrew McCabe in their bribery scheme relating to JAPLAN on June 26th, 2015).

lvi. 18 U.S. Code § 210/211—Andrew McCabe got promoted twice.

lvii. 18 U.S.C.§ 225

lviii. 18 U.S.C.§ 226—no way JAPLAN was implemented with that having occurred by unknown DEFENDANTS having bribed unknown Japanese officials and also *Miki's Tea Party.*

lix. 18 U.S.C.§241

lx. 18 U.S.C.§242

lxi. 18 U.S.C.§245

lxii. 18 U.S.C.§247

lxiii. 18 U.S.C.§249

lxiv. 18 U.S.C.§250

lxv. 18 U.S.C.§373

lxvi. 18 U.S.C.§594

lxvii. 18 U.S.C.§600—Hillary Clinton and Andrew McCabe.

lxviii. 18 U.S.C.§987—JAPLAN was terrorism. Therefore, British Government, Indian Government, Japanese Government, Qatar Government

lxix. 18 U.S.C.§872

lxx. 18 U.S.C.§873 PLAINTIFF was extorted by aforementioned DEFENDANTS.

lxxi. 18 U.S.C.§875 any communication by tech DEFENDANTS and DEFENDANTS about PLAINTIFF during PLAINTIFF'S time in Japan violated this section and was part of the wire fraud under 18 U.S.C. 1962(a), 18 U.S.C. 1962 (b), 18 U.S.C. 1962 (c), and 18 U.S.C. 1962 (d). _within the meaning of RICO where defendant provided information he

lxxii. Whenever any employee of APPLE, AT&T, VERIZON, XFINITY, etc. shared any information about PLAINTIFF when American INTEL DEFENDANTS requested it in furtherance of their Enterprise, Tech DEFENDANTS then became co-conspirators under 18 U.S.C. 1962(d), 18 U.S.C. 241, 42 U.S.C. 1985 (2), 42 U.S.C. 1985 (3) aided and abetted RICO Enterprise 1 and are therefore substantively liable for the co-conspirators actions under Pinkerton, etc.

lxxiii. 18 U.S.C.§880 as DEFENDANTS were still receiving profits from "trade is in the offing."

lxxiv. 18 U.S.C.§1954

lxxv. 18 U.S.C.§1956

lxxvi. 18 U.S.C.§1957 as some of the proceeds of "trade is in the offing" went into implementing *JAPLAN*.

lxxvii. 18 U.S.C.§1505

lxxviii. 18 U.S.C.§2335

lxxix. 18 U.S.C.§2336

lxxx. 18 U.S.C.§2441

lxxxi. 18 U.S.C.§2332(b)

lxxxii. 18 U.S.C.§2339

lxxxiii. 18 U.S.C.§2339(a)—tech DEFENDANTS, PETER STRZOK, ANDREW MCCABE, JOHN O. BRENNAN, aided and abetted and became accessories after the fact for having utilized JAPLAN by sending it across wires and was part of the wire fraud under 18 U.S.C.§1962(a), 18 U.S.C. §1962(b), 18 U.S.C. §1962 (c), and 18 U.S.C. §1962 (d).

lxxxiv. The Convention On the Rights of Persons With Disabilities Article 13

lxxxv. The Convention On the Rights of Persons With Disabilities Article 14

lxxxvi. The Convention On the Rights of Persons With Disabilities Article 15

lxxxvii. The Convention On the Rights of Persons With Disabilities Article 16

lxxxviii. The Convention On the Rights of Persons With Disabilities Article 17

lxxxix. The Convention On the Rights of Persons With Disabilities Article 18

xc. The Convention On the Rights of Persons With Disabilities Article 21

xci. The Convention On the Rights of Persons With Disabilities Article 22

xcii. The Convention On the Rights of Persons With Disabilities Article 24

xciii. The Convention On the Rights of Persons With Disabilities Article 25

xciv. Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Article 2

xcv. Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Article 3

xcvi. 29 U.S.C. §790 (Section 504 of the Rehabilitation Act of 1973).

xcvii. 42 U.S. Code §2000a

xcviii. 42 U.S. Code §2000a-1

xcix. 42 U.S. Code §2000a-2

c. 42 U.S. Code §2000d

ci. 42 U.S.C. §1981

cii. 42 U.S.C. §1982

ciii. 42 U.S.C. §1983

civ. 42 U.S.C. §1985(2)

cv. 42 U.S.C. §1985(3)

cvi. 42 U.S.C. §1986

cvii. 42 U.S.C. §2000a-1

cviii. 42 U.S.C §2000a-2

cix. 42 U.S.C §2000aa

cx. 42 U.S.C §2000bb

cxi. 42 U.S.C §2000dd

cxii. 42 U.S.C Chapter 144—developmental delays are not that far different from developmental disabilities and therefor this applies.

cxiii. Executive Order 11905 No employee of the United States Government shall engage in, or conspire to engage in, political assassination.";

cxiv. Executive Order 12036 expanded the U.S. ban on assassination by closing "loop-holes" and stating "No person employed by or acting on behalf of the United States Government shall engage in, or conspire to engage in, assassination."

cxv. Executive Order 12333

**370.** "Although there is no infallible means of divining a defendant's predisposition to commit a crime after the fact, there are several factors recognized as relevant in making this determination. We start with the observation that predisposition is, by definition, "the defendant's state of mind and inclinations *before his initial exposure to government agents.*" *United States v. Jannotti,* 501 F. Supp. 1182 (E.D.Pa. 1980), *rev'd on other grounds,* 673 F.2d 578 (3rd Cir.)...This answers defendant's bizarre contention that "the agents literally entrapped him into a state of predisposition." One is either predisposed to commit a crime before coming into contact with the Government or one is not, so the argument that one could be entrapped into having a state of predisposition is meaningless. **We now turn our attention to the factors relevant in determining predisposition**. Among these are the character or reputation of the defendant, including any prior criminal record; ***whether the suggestion of the criminal activity was initially made by the Government;*** **whether the defendant was engaged in the criminal activity for profit; whether the defendant evidenced reluctance to commit the offense**, **overcome only by repeated Government inducement or persuasion**; **and the nature of the inducement or persuasion supplied by the Government.** While none of the factors alone indicates either the presence or absence of predisposition, the most important factor . . . is whether the defendant **evidenced reluctance**

**to engage in criminal activity which was overcome by repeated Government inducement**…" *United States v. Kaminski*, 703 F.2d 1004 (7th Cir. 1983)

**371.** In doublespeak on 08/21/2015, TONY PODESTA, HUMA ABEDIN, and HILLARY CLINTON had an email chain in August 2015[72] with the subject line of: **'Needy Latinos and 1 easy call'** with the following sentences: "Fed never said this to me but he confided to Ken that his Cabinet stints ripped up his family, he gave everything to the cause and no time to his family, he went through a messy divorce in the late 90's and was left really down and felt like no one reached out to him then so he felt pretty cut off from Clinton World. In 07, the only candidate that asked for his support was Obama, so he endorsed. (by the way, not sure any of this is factually accurate, but this is how he is feeling). His life now revolves around his new wife, Cindy, who is a supporter of yours and came to the fundraiser at the Chambers house. He kind of wants to be with you, but this stuff is still grinding on him. Ken suggests a call to him and was very explicit about making the following four points: 1) you really enjoyed seeing Cindy at the Chambers event and appreciate her support. 2) ask him how he's been doing 3) ask about his views on the race and what she should be doing in Colorado" HILLARY CLINTON will allege that Fed in the sentence means Fedrico Pena, but PLAINTIFF says it is 'fed' as in the FEDS (aka federal agents aka FBI) and the sentence makes a whole lot of sense. Unknown Fed, probably ANDREW MCCABE, PETER STRZOK, or JAMES COMEY, relaying information about PLAINTIFF in which PLAINTIFF may have taken 90 mg of Adderall in Japan, PLAINTIFF'S fraudulent marriage, PLAINTIFF'S absolute feeling that no one reached out to him despite the fact that ANDREW MCCABE was indeed watching him, and more. This confirms that since 2007,

[72] https://wikileaks.org/podesta-emails/emailid/6777

HILLARY CLINTON has been obsessing over PLAINTIFF. Further elaboration that they knew of PLAINTIFF'S *NEW* fraudulent marriage. Then ensuring the blackmail was complete and completely framing PLAINTIFF, they gave a video of whatever happened in Japan between PLAINTIFF and ANGIE ORTIZ to CHAMBERS (i.e. the COURT) that served as evidence they needed to prosecute PLAINTIFF. There is a part about this that PLAINTIFF questions, but is making the allegation: HILLARY CLINTON knew of PLAINTIFF'S report from a hospital in Denver as a child showing PLAINTIFF'S developmental delays and HILLARY CLINTON was asking what was the woman's plan to circumvent PLAINTIFF'S argument and part of his defense that he has developmental delays. HILLARY CLINTON violated: 18 USC 1961 Section 1343 (Wire Fraud) as this was sent over the wires, Obstruction of Justice, Tampering With A Witness, Torture, War Crimes, and every crime listed in Paragraph #89 with this email.

**372.** Before the DEFENDANTS in the previous argument go there, PLAINTIFF says DEFENDANTS knew exactly what they were conveying in the subject line of the email. HILLARY CLINTON'S team in "November 2014, Philippe Reines, Mrs Clinton's veteran aide, writes about an issue familiar to anyone who has worked in an office: **subject headings of emails that don't reflect its contents**. He says he's *not willing to put up with such imprecise wording.*" I'm not living like this for the next two years," he writes."[73]

**373.** JAKE SULLIVAN and CHERYL MILLS were in on the conspiracy in which they knew about PLAINTIFF'S prayers to God in April 2015 and how they were going to frame PLAINTIFF with ANGIE ORTIZ violating PLAINTIFF'S religious beliefs, violating PLAINTIFF'S soul, torturing PLAINTIFF in which they said the following on Tue, May 12,

[73] https://www.bbc.com/news/world-us-canada-37614486

2015, before SCOTUS sanctioned the hit on PLAINTIFF, Cheryl Mills <cheryl.mills@gmail.com> wrote: > did you invite *her to the WEDDING*?!!! > > On Tue, May 12, 2015 at 11:52 AM, Jake Sullivan <jake.sullivan@gmail.com> > wrote: > >> And this separately to me: >> >> I'm working on a statement of AMS Principles for a Happy, Productive and >> Meaningful Life for your wedding present! >> >> >> >> On May 12, 2015, at 9:46 AM, Cheryl Mills <cheryl.mills@gmail.com> wrote: >> >> just so you know the daily joy." Which was a forwarded email from ANNE MARIE SLAUGHTER: ---------- Forwarded message ---------- >> From: Anne-Marie Slaughter <slaughtr@princeton.edu> >> Date: Tue, May 12, 2015 at 9:20 AM >> Subject: what you did >> To: Hillary Clinton <hdr29@hrcoffice.com> >> Cc: Huma Abedin <huma@hrcoffice.com>, Jake Sullivan < >> jake.sullivan@gmail.com>, Cheryl Mills <cheryl.mills@gmail.com> >> >> >> Hillary, >> Just a two-liner, but I'm reading the new QDDR and all I keep thinking is >> how now it is NATURAL **to talk about diplomacy AND development** together as >> part of foreign policy, when NO ONE would have done that before 2008. You >> **changed the frame**. Over time that will be as consequential as anything else >> you did. >> All best, >> AM."[74] ANNE MARIE SLAUGHTER, CHERYL MILLS, HILLARY CLINTON, HUMA ABEDIN, and JAKE SULLIVAN all knew they were going to frame PLAINTIFF in violation of 18 USC 1962(d) in Japan by drugging PLAINTIFF, torturing PLAINTIFF, framing PLAINTIFF, violating PLAINTIFF'S soul, and more. This is pre-meditated murder against PLAINTIFF.

[74] https://wikileaks.org/podesta-emails/emailid/4212

**374.** PLAINTIFF wants to make this argument. There are a group of sick and sadistic individuals in power who recognized that they could use JAPLAN to implement eugenics in the United States, India, and the European Union. That there is a conspiracy to 'cull the heard' so to speak in which they are trying to prevent disabled individuals from having sex, having a family, and being the biological father or mother of babies. They justify it as that the world and government is getting broker and poorer, they are making it more economically efficient by getting rid of disabled individuals who have a higher cost of living than healthy individuals that costs the taxpayer that money. That in this whole fad of transgenderism, one of the biggest victims are autistic individuals who are confused because transgenderism is a social fad with huge social pressure to making more transgender individuals in which these vulnerable autistic individuals and kids falsely think they are transgender instead of being autistic because we (autistic individuals) are neurologically different and autistic individuals desperately need that acceptance for being different. So autistic kids seek that one avenue of acceptance for being different (because it is the only one open for us because being autistic routinely allows bullies to bully and harass autistic kids in school in which more than half of autistic individuals like PLAINTIFF have been tormented, bullied, or harassed in school) and right now in schools, it is not an acceptance for being autistic, it is acceptance for being transgender in which school administrators and teachers force down their beliefs on autistic kids and then autistic kids' parents goes with the flow in which autistic kids get castrated by undergoing transgender mutilation and treatment. It is eugenics.

**375.** PLAINTIFF found a way to possibly absolve The Government of JAPAN to show that they tried to help, but PLAINTIFF didn't understand it at the time for obvious reasons. They

can go with PLAINTIFF'S interpretation as a sign of good will or if they show no good will, PLAINTIFF'S alternate explanation is true. ICHIRO OTSUKA XX made PLAINTIFF work on a legal document concerning service and process that related to the Hague Convention. The Hague is where an international tribunal court is held for war crimes (if it is not there it is in Nuremburg). The Government of Japan and unknown officials having talked to PLAINTIFF'S bosses at his internship were trying to subtly suggest that war crimes took place against PLAINTIFF in which PLAINTIFF'S autism prevented him picking up on that small subtlety and lack of capaicty. If they weren't doing that, they were then sending a message that PLAINTIFF should be the one prosecuted and charged for crimes that relates to a Toyota 86 that PLAINTIFF was incapacitated.

**376.** On October 20th, 2015, staff of HILLARY CLINTON (ROBBY MOOK, Jennifer Palmieri; Joel Benenson; Matt Paul; Jake Sullivan; John Podesta; Mandy Grunwald; Bonnie Rubin) knew of what happened to PLAINTIFF with *JAPLAN* that was confirmed with an email chain[75] based on the content of their jokes. PLAINTIFF is not making a crime from the jokes, PLAINTIFF is just showing their knowledge and adding circumstantial evidence. In PLAINTIFF'S mind, there is a difference between joking and bullshitting about something and *not doing* the thing compared to doing something heinous and then joking about it later.

**377.** In July 2015, PLAINTIFF was in Ito/Orange Beach Japan. PLAINTIFF was staying at a hostel in which there was this obviously orange hair/strawberry blonde looking Slavic woman in the hostel. PLAINTIFF recognizes his kind when he sees fellow Slavic people and PLAINTIFF approached. PLAINTIFF said he was Serbian and she said she was from Ukraine. So this would have created an instant Slavic bond abroad, but she came off very

[75] https://wikileaks.org/podesta-emails/emailid/699

uncharacteristically distant when slavs meet one another in foreign places. PLAINTIFF alleges she was in SZRU. CONGRESS passed a law that went into effect in which the following is an excerpt from the provision: "Section 315. Report on intelligence sharing with Ukraine. Section 315 expresses the sense of Congress that the President should provide the Government and armed forces of Ukraine with appropriate intelligence sharing support. Section 315 also requires the DNI and the Secretary of Defense to conduct an assessment of U.S. intelligence sharing with the Government of Ukraine and to submit a report on the assessment to the congressional intelligence committees." PLAINTIFF alleges that the Government of UKRAINE/SZRU, DNI, and DoD were sharing information about PLAINTIFF when PLAINTIFF was in Baton Rouge, LA and Japan in which they furthered RICO Enterprise 1 and utilized the previous provision to do so.

**378.** PLAINTIFF is alleging that PETER STRZOK, JAMES COMEY, ANDREW MCCABE, DHS, JEH JOHNSON, MICHAEL MORELL, and/or JOHN O. BRENNAN, violated 18 U.S.C. 2517(a) when they gave specifically identifiable information obtained in the course of an ongoing investigation to HILLARY CLINTON about PLAINTIFF in Spring and Summer 2015.

**379.** As PLAINTIFF established earlier about his point about *Frank v. Mangum*, 237 U. S. 309, (1915), DEFENDANTS are a mob exceeding 800+ people that are inside and outside your home at all times. The Case *of Terminiello v. Chicago*, 337 U.S. 1 (1949) is exactly on point. The Court noted how the "auditorium was filled to capacity with over eight hundred persons present. Others were turned away. Outside of the auditorium a crowd of about one thousand persons gathered to protest against the meeting. A cordon of policemen was assigned to the meeting to maintain order; but they were not able to prevent several

disturbances. The crowd outside was angry and turbulent. Petitioner in his speech condemned the conduct of the crowd outside and vigorously, if not viciously, criticized various political and racial groups whose activities he denounced as inimical to the nation's welfare." The Court ruled in favor of *Terminiello* in which the Court said:

> "The vitality of civil and political institutions in our society depends on free discussion. As Chief Justice Hughes wrote [omitted], it is only through free debate and free exchange of ideas that government remains responsive to the will of the people and peaceful change is effected. The right to speak freely and to promote diversity of ideas and programs is therefore one of the chief distinctions that sets us apart from totalitarian regimes. Accordingly a function of free speech under our system of government is to invite dispute. It may indeed best serve its high purpose when it induces a condition of unrest, creates dissatisfaction with conditions as they are, or even stirs people to anger. Speech is often provocative and challenging. It may strike at prejudices and preconceptions and have profound unsettling effects as it presses for acceptance of an idea. That is why freedom of speech, though not absolute, [omitted] is nevertheless protected against censorship or punishment, unless shown likely to produce a clear and present danger of a serious substantive evil that rises far above public inconvenience, annoyance, or unrest. There is no room under our Constitution for a more restrictive view. For the alternative would lead to standardization of ideas either by legislatures, courts, or dominant political or community groups." Id.

DEFENDANTS violated PLAINTIFF'S 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights because DEFENDANTS retaliated and punished PLAINTIFF for his speech made inside the privacy of his home.

**380.** PLAINTIFF gave his impression in Paragraph #XX about the *London 2015 Conspiracy Event* about how these wealth funds, asset managers, and more control politicians and how HILLARY CLINTON and BILL CLINTON was especially beholden to them and the ROTHSCHILDS, well this is confirmed further Democrat Hillary Clinton's bid for the presidency has drawn more support from Wall Street fundraisers than President Obama received from the industry four years ago, a new analysis shows. Clinton's ranks of elite fundraisers include 201 people who work in the securities and investment sector and dozens more who work in other areas of finance and commercial banking, according to a tally by the

Center for Responsive Politics and USA TODAY…. In all, Clinton's 1,370 fundraisers — dubbed "*Hillblazers*" by the campaign — have bundled together at least $137 million from their friends, family members and business associates to build a money machine that surpasses the fundraising operation that twice helped elect Obama. Obama relied on just 769 bundlers in his 2012 re-election, 92 of whom came from the securities and investment industry, the center's data show."[76]

**381.** REED HASTINGS, CEO & Co-Founder of Netflix Inc., was a "Hillblazer[77]" in which PLAINTIFF can argue that REED HASTINGS paid HILLARY CLINTON, BARACK OBAMA, and DEMOCRATS to leak confidential information obtained in the course of an ongoing investigation that was obtained by SUSAN RICE to give to REED HASTINGS and unknown individuals associated with NETFLIX to make content that Netflix produced thereby continuing the RICO Enterprise against PLAINTIFF. In the alternative, PLAINTIFF'S fraudulent legal guardian, fraudulent wife, or fraudulent child sold PLAINTIFF'S information to NETFLIX to produce content in which PLAINTIFF has not seen a single dime of such.

**382.** Again, PLAINTIFF doesn't want to spite the Entertainment world for using his stories and ideas in making people laugh, cry, and experience a range of emotions because that is art; however, PLAINTIFF is just including it as a necessary basis as part of the RICO Enterprise against PLAINTIFF.

**383.** *One of main points being, there was no accuracy or fairness in the decisions the United States Government made involving PLAINTIFF. PLAINTIFF does not understand based on*

---

[76] https://www.wkyc.com/article/news/politics/clintons-2016-bid-draws-more-wall-street-fundraisers-than-obama-in-2012/95-341628741
[77] https://publicintegrity.org/politics/elite-bundlers-raise-more-than-113-million-for-hillary-clinton/

*his autism what he ACTIONS he did to deserve what was done to him in Miki's Tea Party and An Anchor and a Pitchfork. PLAINTIFF was absolutely not predisposed to those actions unless there was an intentional creation of the requisite conditions necessary by DEFENDANTS when they had overheard the content and conditions of JAPLAN. If the DEFENDANTS do not have the conversations discussing JAPLAN recorded when they had reason to record it (based on what ANDREW MCCABE wrote in the book) and if DEFENDANTS have older conversations that PLAINTIFF talked about, that is an inference of obstruction of justice in which they purposefully destroyed the evidence because it was the nexus connecting DEFENDANTS to HILLARY CLINTON and BILL CLINTON to Chief Justice JOHN ROBERTS and ALITO to JAPAN to PLAINTIFF and would absolutely be 100% exculpatory in nature. "In order to prove entrapment as a matter of law, there must be undisputed evidence that a government agent induced an otherwise innocent person to commit the alleged crime by trickery, persuasion, or fraud. "The controlling question on review is whether the defendant lack[ed] the predisposition to commit the act." U.S. v. Citro, 842 F.2d 1149 (9th Cir. 1988). JAPLAN necessarily involves trickery and fraud. Inducement would occur by someone's handlers completely directing the actions of conspirators in the scheme. Contributing factors and psychological phenomenon would diminish the mental capacity of PLAINTIFF. Then add PLAINTIFF'S autistic features, it is a recipe for disaster and therefore meets the threshold required under at least U.S. v. Citro, 842 F.2d 1149 (9th Cir. 1988). As the Court in United States v. Twigg, 588 F.2d 373 (3d Cir. 1978) highlighted, without the government agent, the defendants in the case would not have known how to produce [it], and the assistance the defendants provided was minimal. Without DEFENDANTS' invasive surveillance techniques, sharing information with one another, and*

*RICO Enterprise, DEFENDANTS would not have been made aware of components and conditions necessary of formulating JAPLAN into existence.*

**384.** ANGIE ORTIZ, on the last day PLAINTIFF saw her in JAPAN, told PLAINTIFF that "We Are SOON TO BE Married." Not that ANGIE ORTIZ and PLAINTIFF are married; but soon to be married. SUNNY, from PLAINTIFF'S understanding, is married to someone else and has kids with someone else and PLAINTIFF would never be a cuck in a relationship or marriage. SUNNY AND ANGIE ORTIZ ARE NOT PLAINTIFF'S FAMILY. PLAINTIFF REALLY TRIED TO LEGALLY RESCUE ANGIE ORTIZ. ANGIE ORTIZ can prove she is PLAINTIFF'S family by talking to PLAINTIFF and telling PLAINTIFF everything.

**385.** In August 2016, the Democrats sought to humanize HILLARY CLINTON in which they spent about a day and a half at the DNC Convention to do so via testimonials. I know dear reader you are dying to know what the testimonials consisted of: "Kate Burdick, a lawyer from Philly, spoke of Clinton's quiet crusade for juvenile justice. Jelani Freeman, the former Senate intern, talked about how Clinton handed him a lifeline after a childhood spent bouncing between foster homes, using a trash bag as a suitcase. In a powerful scene, three bereaved black mothers offered haunting recollections about how Clinton had helped them grieve over the loss of their sons and daughter. "She doesn't build walls around her heart," said Lucy McBath, the mother of Jordan Davis, a 17-year-old black man murdered by a white man who objected to him playing loud music at a gas station. "Not only did she listen to our problems, she invited us to become a part of the solution, and that's what we're going to do… All these voices followed an opening night when organizers sought to put Clinton's humanity at center stage. Anastasia Somoza, a former intern who was born with ***cerebral palsy***, talked about meeting Clinton during a White House visit at age 9, the start of a

mentorship that stretches across decades now. Jason Collins, the first openly gay player in the NBA, recalled coming out to Clinton before his teammates. Karla **Ortiz, an 11-year-old from** Nevada, described meeting Clinton at a campaign stop and telling **the presidential candidate that she was afraid her undocumented parents would be deported. "*Valiente* — brave — that's what Hillary Clinton called me when I told her I was worried my parents would be deported," the young girl recalled. "Hillary Clinton told me that she would do everything she could to help us. She told me that I didn't have to do the worrying because she will do the worrying for me."[78]**

[78] https://time.com/4425449/dnc-hillary-clinton-humanize/

**386.** PLAINTIFF'S cockroach story happened prior to the events listed in the previous paragraph. When a single cockroach is more capable of rescuing someone in need than HILLARY CLINTON, no amount of political theater XX

**387.** The Fifth Circuit has ruled, twice, that a defense of governmental misconduct, which is separate and distinct from 'Entrapment,' may bar a criminal prosecution on due process grounds in *United States v. Marcello*, 508 F. Supp. 586 (E.D. La. 1981) (holding: governmental overreaching presents a cognizable and legitimate defense) and *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977), the court ruling that "[t]here is still available in appropriate cases a governmental misconduct defense grounded on the dual principles of due process and the supervisory powers of the court, but such a defense does not fall within the narrow confines of `entrapment' as that term has been explicated in Russell and Hampton."

**388.** ROTHSCHILD CONTINUATION HOLDINGS, the main owner of ROTHSCHILDS XX XX XX XX XX XX, has offices in New York City, New York, a Post Office Box in Qatar, offices in London, United Kingdom, and offices in Mumbai, India. ROTHSCHILD CONTINUATION HOLDINGS had a vested interest in the United States, Qatar, United Kingdom, and India.

**389.** RICHARD ANDERSON was the CEO of DELTA AIRLINES in 2016 who announced he would retire in February 2016 and no longer be the CEO of DELTA AIRLINES in or about May 2nd, 2016, which corresponds exactly to the same time frame of the incident with PLAINTIFF and DELTA AIRLINES in 2016 in which they committed an act of terrorism against PLAINTIFF so that the FBI'S Atlanta Field Office could get jurisdiction over PLAINTIFF as a favor to HILLARY CLINTON, SUSAN RICE, JAMES COMEY, PETER STRZOK, JOHN BRENNAN, GINA HASPEL, and ANDREW MCCABE and/or a

combination thereof and try to arrest PLAINTIFF for having war crimes committed against him via *JAPLAN* in JAPAN in the Summer of 2015.

**390.** RICHARD ANDERSON conspired with unknown individuals in the CIA, WHITE HOUSE, FBI, D.o.D, and/or a combination thereof over the wires via communications had on a cell phone (text messages, emails, and/or phone calls), and on his personal computer via emails to commit another act of terrorism against PLAINTIFF in February or March 2016 in violation of 18 USC 1962(d).

**391.** RICHARD ANDERSON through official acts done as the CEO of DELTA AIRLINES and/or the official acts of other unknown DELTA AIRLINES employees to further the RICO Enterprise against PLAINTIFF became an accessory after the fact and aided and abetted the RICO Enterprise in which DELTA AIRLINES and RICHARD ANDERSON materially benefitted from the acts of RICHARD ANDERSON & other unknown DELTA AIRLINES employees in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c),18 USC 1962(d), or a combination thereof.

**392.** JIM CICCONI, a former Senior Executive Vice President in 2016 for AT&T Services, Inc, was a material actor that aided and abetted the RICO Enterprise against PLAINTIFF during his tenure at AT&T in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

**393.** Whenever PLAINTIFF utilized a cellphone with the number 847-380-0400 between 2009 through 2018 with AT&T as a service provider in which PLAINTIFF had AT&T as a service provider in both March 2011 and the Summer of 2015, unknown employees at AT&T aided & abetted the RICO Enterprise by working with, conspiring with, or on behalf of unknown employees in the FBI, CIA, D.o.D, NSA, Indian Intel, and/or a combination thereof furthered

the purposes of the RICO Enterprise by one or more of the following: 1)intentionally circumventing PLAINTIFF'S constitutional rights, 2) by providing aforementioned DEFENDANTS with information obtainable through the use of a cell phone such as cell phone location, text messages, unconstitutionally or illegally wiretapping someone or listening in on conversations held in the privacy of their own home, redirecting phone calls and text messages to intelligence agencies who impersonate PLAINTIFF'S friends, family, and companies that PLAINTIFF was trying to get in contact with to further the purposes of the RICO Enterprise, allowing intelligence agencies to intentionally prevent 1) local law enforcement from contacting PLAINTIFF during the commission of numerous felonies, 2) preventing PLAINTIFF from getting help, and 3) continue to isolate PLAINTIFF to torture, manipulate, perpetuate wire fraud over PLAINTIFF, and control PLAINTIFF, transmitting data relating to *JAPLAN*, and more by providing circumstantial evidence to try to fabricate materially misleading evidence or failing to provide exculpatory evidence to maliciously prosecute PLAINTIFF to coverup the RICO Enterprise and further the purpose of the RICO Enterprise by obstructing investigations and justice, retaliating against PLAINTIFF, and tampering with PLAINTIFF, perpetuate wire fraud, and more, and 3) AT&T materially benefitted from the RICO Enterprise. Therefore, AT&T aided and abetted the RICO Enterprise against PLAINTIFF and became accessories after the fact in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), 18 USC 1962(d), and/or a combination thereof. . *See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997)* (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State

statutory provisions involved murder within the meaning of RICO where defendant provided information he knew would enable inquirer to commit murder or other RICO violations).

**394.** The allegations in the previous paragraph can be substantiated in which PLAINTIFF--only providing it as an illustrative example and not for purposes of utilizing it in relation to RICO Enterprise #2—was being coerced to confess when TRACY BLANCHARD in MAY 2016 managed to acquire a text message from 2006 that was around ten years old to try to prosecute PLAINTIFF for a completely consensual act. But For AT&T, there would have been no way for unknown DEFENDANTS in Indian Intel, CIA, FBI, D.O.D, GRU/FSB, MSS, et al, HILLARY CLINTON, MICHAEL MORELL, LYNN FORESTER de ROTHSCHLD, to gain access to PLAINTIFF'S camera and microphone on his laptop to convey any and all information to further the means of the RICO Enterprise.

**395.** ROB MARCUS, Former Chairman and CEO Time Warner Cable Inc approved HILLARY CLINTON; PLAINTIFF believes that from August 2015 through August 2016, his internet service provider was through Time Warner Cable Inc. Time Warner Cable Inc was a material actor and aided and abetted the RICO Enterprise by providing all of PLAINTIFF'S internet browsing history in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d). *See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997)* (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder within the meaning of RICO where defendant provided information he knew would enable inquirer to commit murder or other RICO violations).

**396.** Whenever PLAINTIFF utilized Time Warner Cable's Internet Services by going on the internet between 2009 through 2018 with Time Warner Cable as a service provider in which PLAINTIFF had Time Warner Cable as an internet service provider during select intervals between 2009 and 2018, unknown employees at Time Warner Cable aided & abetted the RICO Enterprise by working with, conspiring with, or on behalf of unknown employees in the FBI, CIA, D.o.D, NSA, Indian Intel, and/or a combination thereof furthered the purposes of the RICO Enterprise by one or more of the following: 1)intentionally circumventing PLAINTIFF'S constitutional rights, 2) by providing aforementioned DEFENDANTS with information obtainable through PLAINTIFF using the internet such as visiting certain websites, accessing email accounts, and more by providing circumstantial evidence to try to fabricate materially misleading evidence or failing to provide exculpatory evidence to maliciously prosecute PLAINTIFF to coverup the RICO Enterprise and further the purpose of the RICO Enterprise by obstructing investigations and justice, retaliating against PLAINTIFF, and tampering with PLAINTIFF, perpetuate wire fraud, and more, and 3) Time Warner Cable materially benefitted from the RICO Enterprise. Therefore, Time Warner Cable aided and abetted the RICO Enterprise against PLAINTIFF and became accessories after the fact in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), 18 USC 1962(d), and/or a combination thereof. *See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997)* (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder within the meaning of RICO where defendant provided information he knew would enable inquirer to commit murder or other RICO violations).

**397.** ERIC SCHMIDT, Executive Chairman of Alphabet wanted HILLARY CLINTON to be President in 2016 in which he sent money over the wires sometime in 2016 and attended fundraising events for HILLARY CLINTON to further the aims of the RICO Enterprise by getting HILLARY CLINTON elected in 2016, and more.

**398.** ERIC SCHIMDT or other unknown leaders at ALPHABET or GOOGLE necessarily knew and had knowledge of the blackmail email PLAINTIFF received in Summer 2015.

**399.** Whenever PLAINTIFF utilized any service relating to Alphabet such as Google, GMAIL, and Youtube at any time between at least a minimum of 2009 through 2018 with Alphabet and Google as a service provider in which PLAINTIFF had routinely used Alphabet, Google, GMAIL, and Youtube between 2009 and 2024 and most definitely used those aforementioned products in March 2011 and the Summer of 2015, ERIC SCHMIDT, CEO Marc Benioff of Google who raised over $100,000 for HILLARY CLINTON,[79]and unknown employees at ALPHABET, GOOGLE, GMAIL, and YOUTUBE aided & abetted the RICO Enterprise by working with, conspiring with, or on behalf of unknown employees in the FBI, CIA, D.o.D, NSA, Indian Intel, and/or a combination thereof furthered the purposes of the RICO Enterprise by one or more of the following: 1)intentionally circumventing PLAINTIFF'S constitutional rights, 2) by providing aforementioned DEFENDANTS with information obtainable through the use of ALPHABET, GOOGLE, GMAIL, and YOUTUBE such as cell phone location, having camera and microphone access to PLAINTIFF'S cell phone and laptop, emails, and more unconstitutionally or illegally wiretapping someone or listening in on conversations held in the privacy of their own home, transmitting data relating to *JAPLAN*, and more by providing circumstantial evidence to try

[79] https://money.cnn.com/2016/08/23/technology/hillary-clinton-tech-fundraisers/

to fabricate materially misleading evidence or failing to provide exculpatory evidence to maliciously prosecute PLAINTIFF to coverup the RICO Enterprise and further the purpose of the RICO Enterprise by obstructing investigations and justice, retaliating against PLAINTIFF, and tampering with PLAINTIFF, perpetuate wire fraud, and more, and 3) ALPHABET, GOOGLE, GMAIL, YOUTUBE, materially benefitted from the RICO Enterprise. Therefore, Alphabet, Google, Gmail, and Youtube aided and abetted the RICO Enterprise against PLAINTIFF and became accessories after the fact in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), 18 USC 1962(d), and/or a combination thereof. . *See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997)* (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder within the meaning of RICO where defendant provided information he knew would enable inquirer to commit murder or other RICO violations).

**400.** Evidence of such can be seen because not once has PLAINTIFF heard anyone in DC or American Intel doublespeak talk about the blackmail email he received and only remembered it because CHATGPT allowed PLAINTIFF to recall that email.

**401.** REED HASTINGS necessarily materially benefitted from the RICO Enterprise in which Netflix was able to obtain confidential information of PLAINTIFF and turned it into Entertainment on Netflix; this is further supported by SUSAN RICE being on the board of Netflix in which she had completely unfettered discretion and the world's most powerful tools to obtain every single piece of information on PLAINTIFF through the years. Every single paycheck REED HASTINGS and SUSAN RICE received are evidence of material gain

**402.** The main suspects who sexually abused PLAINTIFF with ANGIE ORTIZ in Summer 2015 is: LYNN FORESTER DE ROTHSCHILD, BILL CLINTON, HILLARY CLINTON, SIR EVELYN ROTHSCHILD, MICHAEL MORELL, AJAY SINGH, Prime Minister Modi, KALANTHI MARAN.

**403.** In the alternative to the previous argument made in the previous paragraph, XI JINPING, MSS, VLADIMIR PUTIN, VERICA KOTEVSKI (if she is a spy working on behalf of GRU/FSB or MSS), CHRISTOPHER ALEXA (if he is a spy working on behalf of GRU/FSB or MSS), Prime Minister Modi, Indian Intel, AJAY SINGH, KALANTHI MARAN because Russia was retaliating against PLAINTIFF for PLAINTIFF making Russia lose arms sales to the US in India, China for the exploitation of PLAINTIFF'S intellectual property without compensation and perpetuation of PLAINTIFF'S slavery, and India because PLAINTIFF was a liability to SpiceJET. One of PLAINTIFF'S alternate theories. PRIME MINISTER MODI realized that PLAINTIFF was a liability to India because of what happened in 2011 and afterwards. PRIME MINISTER MODI'S bed fellow after PRIME MINISTER SINGH and MARAN got her in his bed was HILLARY CLINTON in which SpiceJET was always at issue because even HILLARY CLINTON visited CHENNAI where MARAN was from and talked about the economic deal she got him with SpiceJET'S Boeing purchase in October 2010. See: *Miki's Tea Party*. HILLARY CLINTON with financial backing from LYNN FORESTER de ROTHSCHILD and the Estate of Sir EVELYN de ROTHSCHILD also understood PLAINTIFF'S liability to her and them regardless of whether or not HILLARY CLINTON was running for president in 2016. So JEFFREY EPSTEIN, BILL CLINTON, HILLARY CLINTON, MODI, MARAN, AJAH SINGH, LYNN FORESTER de ROTHSCHILD, the ESTATE OF SIR EVELYN ROTHSCHILD,

MICHAEL MORELL, conspired together and implemented a plan against PLAINTIFF because it benefitted the ROTHSCHILDS, CLINTONS, INDIA, SpiceJET, and RUSSIA, for them to commit the act against PLAINTIFF or MODI told the CLINTONS that he was going to implement JAPLAN with the full approval of the CLINTONS, LYNN FORESTER de ROTHSCHILD, and the Estate of SIR EVELYN de ROTHSCHILD. MARAN and MODI, being of upper caste and especially being contemptuous of PLAINTIFF'S disability and poverty, realized the gold mine of information they had with *JAPLAN* and thought that HILLARY CLINTON was going to be clear victor in the 2016 Election over PRESIDENT TRUMP. "In February 2015, Maran (the main share-holder of SpiceJET) and KAL Airways transferred their 58.46 per cent stake in SpiceJet to Singh. Singh, a co-founder of SpiceJet, took on the airline's liabilities of around Rs 1,500 crore…"[80] So there was a transfer of ownership at the same exact time PLAINTIFF discussed and gave the details of *JAPLAN*, obviously this violated RICO because Indian Intel obtained the information about *JAPLAN* illegally via violations of 18 USC 1961 Section 1029 (or they paid FSB, GRU, and Russia to do so) in which AJAY SINGH and MARAN obtained material benefits from the transfer of ownership to AJAY SINGH in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and this was signs of the ongoing conspiracy against PLAINTIFF in violation of 18 USC 1962(d). RUSSIA did this because PLAINTIFF may have proffered to unknown individuals that JUSTICE SAMUEL ALITO knew about that the United States should go on a weapons selling spree to India in 2010 and 2011 when they sold Apache helicopters that hurt Russian Military weapons sales to India; which gives both ALITO and RUSSIA to commit *JAPLAN* against PLAINTIFF. So it was easy for India and Indian Intel to traffic a

[80] https://www.businesstoday.in/industry/aviation/story/spicejet-vs-kalanithi-maran-sc-upholds-high-court-order-sends-dispute-back-to-single-judge-438885-2024-07-26

minor to implement *JAPLAN* against PLAINTIFF. Furthermore, this is supported by the fact that SpiceJET places an order for 100 Boeing 737 Max aircraft in January 2017 in which AJAY SINGH said the following: ""**<u>We have paid back most of the liabilities</u>.** Today, there are no government dues, there is zero bank debt. **We have cleaned the slate as far as the past is concerned,…** there is enough for more; **even if the market grows around 12-15 per cent,** there is a requirement of 60 aircraft every year. There is space for all," Singh said.[81] PLAINTIFF specifically discussed how it was disgusting for 12-15 year old Latinos to get married in Spring 2015 so this seems to have been a pay-off against PLAINTIFF so that means SpiceJET and AJAY SINGH was privy to the information that was illegally obtained in the Spring of 2015. MIKE PENCE met AJAY SINGH in June 2017.[82] You know the damning thing is that PLAINTIFF expressed happiness (he did so on twitter to the best of his recollection) that SpiceJET placed such a large order in Jan 2017 and had no clue what it meant in reality. On August 14th, 2024, only after Indian Intel had been tampering with PLAINTIFF and had given SpiceJET AJAY SINGH the information about *Miki's Tea Party* that had in fact been written by this time, AJAY SINGH sold 10% of his ownership dropping the total percent of his ownership to somewhere between 30-35%..[83] AJAY SINGH knew PLAINTIFF was most definitely going to be seeking something from SpiceJET in Court so to save himself and enrich himself in the process, that is why AJAY SINGH sold 10% of SpiceJET, and this was in violation of 18 USC 1962(a), 18 USC 1962(b), and 18 USC 1962(c), and 18 USC 1962(d). If AJAY SINGH and KALANTHI MARAN paid ANGIE

[81] https://www.business-standard.com/article/companies/ et-s-aircraft-order-to-create-us-jobs-trump-117062700782_1.html
[82] https://businessworld.in/article/spicejets-ajay-singh-meets-us-vice-president-pence-120969
[83] https://www.indiatoday.in/business/story/spicejet-ajay-singh-plans-10-percent-stake-sale-to-raise-rs-3000-crore-report-2582058-2024-08-14

ORTIZ or HILLARY CLINTON, PLAINTIFF has not seen a single dime or dollar of it perpetuating the mail and wire fraud against PLAINTIFF

**404.** PLAINTIFF has been routinely forced to sign contracts by DEFENDANTS through the years whether it was PLAINTIFF'S parents not knowing the legal interests of PLAINTIFF because DEFENDANTS took advantage of PLAINTIFF and his autism, the rooftop meeting with some BIDENS in 2015, quite possibly ANGIE ORTIZ in JULY 2015 in which she never informed PLAINTIFF of the contents of the contract, and THAO BUI in which PLAINTIFF told THAO BUI before, to the best of PLAINTIFF'S recollection, that PLAINTIFF'S parents routinely made PLAINTIFF sign contracts without reading them and after having war crimes committed against PLAINTIFF in which PLAINTIFF was an extremely vulnerable state in May 2016, made PLAINTIFF sign something that PLAINTIFF does not know.

**405.** PLAINTIFF understands that Clerks for Judges can write Opinions for Justices so maybe JUSTICE ALITO had nothing to do with *City and County of S.F. v. Sheehan*, 575 U.S. 600 (2015) and was routinely deceived along with maybe CHIEF JUSTICE JOHN ROBERTS by the CIA, DoD, and FBI or never getting the full facts by certain entities through the years, or some explanation as to provide exculpatory evidence; but PLAINTIFF has none. JUSTICE ALITO and ROBERTS can apologize or absolve themselves of having anything to do with what happened to PLAINTIFF in 2011 and 2015.

**406.** To give a further reason for the corruption and DEFENDANTS implementing *JAPLAN* against PLAINTIFF, they knew how much of a financial liability PLAINTIFF is to these *Hillblazers*, asset managers, etc. PLAINTIFF is not hellbent on raiding and pillaging every one of those *Hillblazers* and PLAINTIFF'S heart, conscience, and soul prevents him from

doing so. If PLAINTIFF was a sociopath or psychopath, he would have sought disgorgement for every single hillblazer and more enriching himself to the tunes of at least a trillion or more dollars. DEFENDANTS are lucky and blessed that PLAINTIFF has a heart.

**407.** STEVE JOBS, as CEO of APPLE, allowed HILLARY CLINTON and unknown DEFENDANTS in the CIA, FBI, D.o.D, gain complete and unfettered access to PLAINTIFF'S phone and laptop whenever they needed to access PLAINTIFF'S laptop to further the RICO Enterprise against PLAINTIFF. By doing this, STEVE JOBS materially benefitted from the RICO Enterprise against PLAINTIFF.

**408.** The material benefits STEVE JOBS obtained through the RICO Enterprise against PLAINTIFF was inherited by LAURENE POWELL JOBS, the widow of STEVE JOBS.

**409.** LAURENE POWELL JOBS, the widow of APPLE Inc. held a fundraising event for HILLARY CLINTON in August 2016 that hosted HILLARY CLINTON and unknown 20 individuals. Those who attended had to contribute $200,000 thereby $4 Million USD was transferred to HILLARY CLINTON. $4 Million USD was transferred over the wires ensuring PLAINTIFF'S slavery and/or furthering the RICO Enterprise against PLAINTIFF. This fundraiser was in furtherance of the RICO Enterprise against PLAINTIFF after having implemented *JAPLAN* against PLAINTIFF. *Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985) holds that LAURENE POWELL JOBS can be held liable for RICO purposes as being part of the association against PLAINTIFF. HILLARY CLINTON materially benefitted from the fundraiser. Therefore, LAURENE POWELL JOBS aided and abetted the RICO Enterprise and became an accessory after the fact, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor

contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

**410.** APPLE INC. CEO TIM COOK and LISA JACKSON, head of environmental initiatives at APPLE, hosted an event in California around the middle of August 2016 to raise money for Hillary Clinton's presidential campaign. Those invited have reportedly been asked to contribute as much as $50,000.[84] Money was sent over the wires to get HILLARY CLINTON elected as President in 2016 to further the RICO Enterprise against PLAINTIFF. Unknown employees at Apple and/or TIM COOK aided and abetted unknown officers in Indian Intel, CIA, FBI, DOJ, DHS, D.o.D. in tampering with PLAINTIFF electronically by giving them completely unfettered discretion to have access to PLAINTIFF'S laptop and cell phone in violation of 18 USC 1961 Section 1029, deleting evidence from PLAINTIFF'S cell phone that concerned Apple's liability, being an accessory to implementing JAPLAN against

[84] https://money.cnn.com/2016/08/23/technology/hillary-clinton-tech-fundraisers/

PLAINTIFF, and more. *Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985) holds that TIM COOK and APPLE can be held liable for RICO purposes as being part of the association against PLAINTIFF . Therefore, Apple aided and abetted the RICO Enterprise and became accessories after the fact, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

**411.** CEO Marc Benioff, Google (GOOG) raised over $100,000 for HILLARY CLINTON.[85]

**412.** This gives a reason why the Northern District of California were so hellbent on trying to prosecute PLAINTIFF because DEFENDANTS like Apple Inc., TIM COOK, Alphabet, et al. were retaliating against him since August 2015, if not sooner. Guests of this fundraiser transferred money over the wires.

[85] https://money.cnn.com/2016/08/23/technology/hillary-clinton-tech-fundraisers/

**413.** The Estate of STEVE JOBS aided and abetted the RICO Enterprise against PLAINTIFF.

**414.** In or around August 15th, 2015, BILL CLINTON, HILLARY CLINTON, American Express CEO KENNETH CHENAULT, and LYNN FORESTER de ROTHSCHILD were in Martha's Vineyard for—allegedly—Vernon Jordan's 80th Birthday Party. This birthday party was also a fundraiser for HILLARY CLINTON. This fundraiser was in furtherance of the RICO Enterprise against PLAINTIFF just after having implemented *JAPLAN* against PLAINTIFF. *Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985) holds that attendees can be held liable for RICO purposes as being part of the association against PLAINTIFF. HILLARY CLINTON materially benefitted from this fundraiser. Therefore, American Express CEO KENNETH CHENAULT, and LYNN FORESTER de ROTHSCHILD aided and abetted the RICO Enterprise and became accessories after the fact, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating

to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

**415.** On August 11th, 2016, LYNN FORESTER de ROTHSCHILD threw HILLARY CLINTON a fundraiser in Martha's Vineyard that HILLARY CLINTON, LYNN FORESTER de ROTHSCHILD, and HUMA ABEDIN attended "in which about 30 guests (unknown) had to pay around $100,000 per couple… Lynn is one of Hillary's most fervent supporters."[86] (depending on how this is calculated) a minimum of $1.5 Million USD that was given to HILLARY CLINTON. This fundraiser was in furtherance of the RICO Enterprise against PLAINTIFF after having implemented *JAPLAN* against PLAINTIFF. *Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985) holds that LYNN FORESTER de ROTHSCHILD can be held liable for RICO purposes as being part of the association against PLAINTIFF. HILLARY CLINTON materially benefitted from the fundraiser. Therefore, LYNN FORESTER de ROTHSCHILD aided and abetted the RICO Enterprise and became an accessory after the fact, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to

[86] https://pagesix.com/2016/08/11/lady-lynn-forester-de-rothschild-throws-hillary-fundraiser/

interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

**416.** PLAINTIFF trusted THAO BUI with his life at one time; if it was an employment contract PLAINTIFF signed, PLAINTIFF has not been paid a dime; PLAINTIFF believes THAO BUI suggested that PLAINTIFF hang for having war crimes committed against him in TOKYO that PLAINTIFF included a screenshot of a facebook post implying such (if it wasn't created by the FBI, CIA, or Russian Intel or Indian Intel to deceive PLAINTIFF); PLAINTIFF told the details of what happened with ANGIE ORTIZ hoping that the torture against PLAINTIFF would stop and having been confined in isolation for so long without proper health care or payment multiple times and against PLAINTIFF'S Constitutional Interests so the pain could stop.

**417.** PLAINTIFF never murdered ANGIE ORTIZ nor ever ordered a hit against ANGIE ORTIZ. For all intents and purposes, PLAINTIFF believes that ANGIE ORTIZ is alive as the last time he thought he saw her was in December 2022.

**418.** ANGIE ORTIZ committed fraud against PLAINTIFF in which she should not have any responsibility or power over any of PLAINTIFF'S legal rights.

**419.** In February or March 2017 (or in Jan or April, May, 2017), PLAINTIFF'S father had a discussion with PLAINTIFF in which he was texting an unknown Chinese individual or HUNTER BIDEN or someone associated with the Government of CHINA or the BIDENS

that revolved around PLAINTIFF'S book he wrote in 2016. PLAINTIFF alleges that PLAINTIFF'S father sold PLAINTIFF'S book behind PLAINTIFF'S back in which PLAINTIFF did not receive a single dollar from the proceeds in which PLAINTIFF'S father knew about the book as it was being created, understood the power of it politically in which PLAINTIFF did not want to have it be used politically, and sold it off for greed and power purposes in which PLAINTIFF'S father did not understand what his son wanted to do with the book even though PLAINTIFF expressed it to him regularly when PLAINTIFF got home in December 2016.

**420.** On at least August 17th, 2021 at 3:28pm, the following screenshot was my legal understanding of what was on my legal record in terms of misdemeanors, lawsuits, etc. The query was made at the Lake County, Illinois Courthouse in the Clerk's office on that day. As you can see from the screenshot below, the last item the Query found was from 2012. There was nothing concerning any lawsuits, etc. At this time, my residence had been at 3102 N. Maple Tree Ln, Wadsworth, IL. 60083 from at least 01/01/2017—a total of up to 4 years from 2017-2021.




**421.** Next, the following issue. On October 1st, 2019, a lawsuit was commenced against PLAINTIFF in Baton Rouge, LA by Bank of America. See: Below. The interesting and most relevant fact and issue is the domicile, and yes, it is extremely important part of the information issue today. BANK OF AMERICA alleged PLAINTIFF'S domicile to be at 773 John Henry Dr. Baton Rouge, LA. As PLAINTIFF stated before, the aforementioned address

is where PLAINTIFF resided approximately from 10/01/2014 through 05/20/2015. PLAINTIFF never registered to vote here (because PLAINTIFF did not think he could vote in Louisiana), PLAINTIFF never got a driver's license at this address, PLAINTIFF never put bills in his name at this address, PLAINTIFF never owned the home at 773 John Henry, etc. PLAINTIFF had moved to *__four__ different addresses* after moving out in May 2015.

BACK TO PREVIOUS PAGE

C-688643
BANK OF AMERICA, N.A. VS
MILAN M. KOTEVSKI

Minutes PURCHASE PDF

**Date Filed:** 10/01/2019 **Kind:** Civil **Division:** 26
**Date Last Active:** 10/08/2020 **Cause:** CN-Civil/Petition on Contract **Suit Status:** Closed
**Judge:** MOORE, RICHARD "CHIP"

CHRONOLOGICAL HISTORY (13) | PARTIES (2) | ATTORNEYS (1) | MINUTES (0) | COURT EVENTS (0) | DOCUMENT HISTORY (3) | SERVICE RETURNS (1)

| Date | Type (All) | Description | Filed By |
|---|---|---|---|
| 09/10/2020 | Document | Address Cover Page - BRENNAN, PAUL S. | |
| 07/29/2020 | | COVER LETTER | BRENNAN, PAUL S. |
| 07/29/2020 | | DISMISSAL -CV | BRENNAN, PAUL S. |
| 10/28/2019 | Service Return | Intended For: MILAN M. KOTEVSKI<br>Item Served: CIT-CIV 2000<br>Served How: Due and Diligent | |
| 10/28/2019 | | SERVICE RETURN FEE - MILAN M. KOTEVSKI | BRENNAN, PAUL S. |
| 10/16/2019 | Document | CIT-CIV 2000 - KOTEVSKI, MILAN M. | |
| 10/11/2019 | | COVER LETTER | BRENNAN, PAUL S. |
| 10/11/2019 | | PET-CIV | BRENNAN, PAUL S. |
| 10/11/2019 | | REQUEST ADMISSION OF FACTS-CV | BRENNAN, PAUL S. |
| 10/01/2019 | Document | FAX RECEIPT - BRENNAN, PAUL S. | |
| 10/01/2019 | | COVER LETTER - Fax Filing | BRENNAN, PAUL S. |
| 10/01/2019 | | PET-CIV - Fax Filing | BRENNAN, PAUL S. |
| 10/01/2019 | | REQUEST ADMISSION OF FACTS-CV - Fax Filing | BRENNAN, PAUL S. |

**RETURN COPY**

D2984839

# CITATION

**BANK OF AMERICA, N.A.**
**(Plaintiff)**

**VS**

**MILAN M. KOTEVSKI**
**(Defendant)**

**NUMBER C-688643 SEC. 26**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO: MILAN M. KOTEVSKI**
**773 JOHN HENRY DR**
**BATON ROUGE, LA 70820-8304**

EAST BATON ROUGE PARISH C-688643
Filed Oct 11, 2019 2:19 PM 26
Deputy Clerk of Court
FAX Received Oct 01, 2019

19TH JUDICIAL DISTRICT COURT FOR EAST BATON ROUGE PARISH

T1904802

STATE OF LOUISIANA

DOCKET:

BANK OF AMERICA, N.A.
VS

MILAN M. KOTEVSKI

**PETITION IN SUIT ON OPEN ACCOUNT**

The petition of Plaintiff, BANK OF AMERICA, N.A., a National Banking Association, as successor-in-interest to FIA CARD SERVICES, N.A. shows:

1. MILAN M. KOTEVSKI, an individual(s) of the full age of majority domiciled in the Parish of EAST BATON ROUGE PARISH, State of Louisiana.

**422.** October 1st, 2019 is precisely 5 years from October 1st, 2014 for statute of limitations purposes. They kept open the lawsuit for nearly a year until approximately July, 29th, 2020. This was long enough for quasi-in-rem jurisdiction. PLAINTIFF doesn't have the paperwork showing his second query at the Lake County, IL County of the Clerk, but under penalty of perjury, PLAINTIFF found out about two lawsuits[87] with his domicile listed at 773 John Henry, Baton Rouge, LA around April 1st, 2023.

**423.** PLAINTIFF believes that VALERIE JARRETT impersonated a DISCOVER CARD official in Fall 2016 and threatened PLAINTIFF over the wires in which she told PLAINTIFF to the best of his recollection either: "how you're going to pay for this or how are you going to pay for this (relating to RICO Enterprise #2)."

**424.** One of the two lawsuits entered against PLAINTIFF in a Louisiana Court was via DISCOVER CREDIT CARD in which a judgment was entered. PLAINTIFF never received

[87] The other lawsuit involved Discover Credit Card with the same issue and an actual court judgment that I never received or was made aware of.

process concerning those two lawsuits, PLAINTIFF was never notified about those two lawsuits, which shows one of two things that are both plausibly true: that there is a fraudulent legal guardian who never informed PLAINTIFF of such things in which *the Chicago Cases* is an ongoing pattern of that RICO Enterprise scheme against PLAINTIFF or unknown DEFENDANTS in the DOJ, DoD, FBI, or CIA corruptly tampered with a judge in the state of Louisiana to rule against PLAINTIFF when that judge had reason to know that PLAINTIFF was never notified of the lawsuit to intentionally create fabricated evidence against PLAINTIFF as being an alleged fraudster in violation of 18 USC 1961 Sections 1503, 1510, 1512, 1513, 1341, 1343.

**425.** BANK OF AMERICA was part of the RICO Enterprise against PLAINTIFF in the following way: unknown DEFENDANTS in CIA, DOJ, FBI, or DoD necessarily talked to BANK OF AMERICA and conspired against PLAINTIFF to establish domicile or residence at 773 John Henry because there is no way that BANK OF AMERICA would have utilized the address at 773 John Henry because PLAINTIFF recalls never having used or given the 773 John Henry address to Bank of America (to the best of his ability) and any legitimate search would have yielded two more far more plausible and likely addresses that PLAINTIFF was residing at: one in Illinois and one in Texas. It is RES IPSA LOQUITOR (a thing that speaks for itself) because 773 John Henry is where DEFENDANTS acquired *JAPLAN* and where a substantial portion of the RICO Enterprise was directed at PLAINTIFF.

**426.** PLAINTIFF had a BANK OF AMERICA account from at least 2009 until they closed it.

**427.** PLAINTIFF'S BANK OF AMERICA account was tampered with in which an unknown DEFENDANT in FBI, CIA, GRU, FSB, INDIAN INTEL, SZRU, etc. had access to and/or

impersonated PLAINTIFF. It is quite possible the aforementioned DEFENDANTS removed his password from his account completely unbeknownst to PLAINTIFF.

**428.** BANK OF AMERICA, BRAIN MOYNIHAN, and unknown employees in BANK OF AMERICA conspired with unknown DEFENDANTS in DOJ, FBI, DoD, NSA, or CIA in violation of 18 USC 1962(d) from at least November 2009 to 2020 when the case was dismissed.

**429.** PLAINTIFF notified BANK OF AMERICA on Twitter of serious privacy issues sometime between 2017-2020. It is highly possible that BANK OF AMERICA retaliated against PLAINTIFF for demonstrating privacy issues and security vulnerabilities and their lapse in security measures, which is part of the RICO Enterprise against PLAINTIFF.

**430.** BANK OF AMERICA routinely hands over customer's banking information without a warrant to law enforcement agencies and will cancel accounts based on a person's views on self-defense, politics, etc.

**431.** Since BANK of AMERICA and unknown employees at BANK OF AMERICA under the leadership of CEO BRAIN MOYNIHAN is part of the RICO Enterprise against PLAINTIFF and took similar actions in furtherance of the RICO Enterprise against PLAINTIFF, BANK OF AMERICA became an accessory after the fact and aided and abetted the RICO Enterprise thereby having violated: 18 U.S.C. §2422, 18 U.S.C. § 2423, 18 U.S.C §2331, 18 U.S.C §2332b, 18 USC §2331 1(B)(iii) and 5(B)(iii), 18 U.S.C. §1956 (Financing Terrorism), 18 U.S.C.§1961 sections 891–894 (relating to extortionate credit transactions), 18 U.S.C.§1961 section 1029 (relating to fraud and related activity in connection with access devices)(after having hacked into PLAINTIFF'S laptop to ensure *JAPLAN* would happen and access subject at issue's tablet via Section 702, 18 U.S.C.§1961 section 1343 (relating to wire fraud), 18 U.S.C.§1961 section 1351 (relating to fraud in foreign labor contracting), 18 U.S.C.§1961 section 1425 (relating to the

procurement of citizenship or nationalization unlawfully), 18 U.S.C.§1961 section 1503 (relating to obstruction of justice), 18 U.S.C.§1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C.§1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C.§1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 U.S.C.§1961 section 1513 (relating to retaliating against a witness, victim, or an informant), 18 U18 U.S.C.§1961 section 1543 (relating to forgery or false use of passport), 18 U.S.C.§1961 section 1544 (relating to misuse of passport), 18 U.S.C.§1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents), 18 U.S.C.§1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), 118 U.S.C.§1961 section 1951 (relating to interference with commerce, robbery, or extortion), 18 U.S.C.§1961 section 1952 (relating to racketeering), 18 U.S.C.§1961 section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity).

**432.** JP MORGAN CHASE BANK, JAMIE DIMON, and unknown employees in JP MORGAN CHASE BANK conspired with unknown DEFENDANTS in DOJ, FBI, DoD, NSA, or CIA in violation of 18 USC 1962(d) from at least March 2011 specifically relating to their funding of United Airlines' engine and issues relating to REBECCA WETHERBEE.

**433.** Since JP MORGAN CHASE BANK and unknown employees at JP MORGAN CHASE BANK under the leadership of CEO JAMIE DIMON is part of the RICO Enterprise against PLAINTIFF and took similar actions in furtherance of the RICO Enterprise against PLAINTIFF that related to REBECCA WETHERBEE and other things to be determined, JP MORGAN CHASE BANK became an accessory after the fact and aided and abetted the RICO Enterprise thereby having violated: 18 U.S.C. §2422, 18 U.S.C. § 2423, 18 U.S.C §2331, 18 U.S.C §2332b, 18 USC §2331 1(B)(iii) and 5(B)(iii), 18 U.S.C. §1956 (Financing Terrorism), 18 U.S.C.§1961

sections 891–894 (relating to extortionate credit transactions), 18 U.S.C.§1961 section 1029 (relating to fraud and related activity in connection with access devices)(after having hacked into PLAINTIFF'S laptop to ensure *JAPLAN* would happen and access subject at issue's tablet via Section 702, 18 U.S.C.§1961 section 1343 (relating to wire fraud), 18 U.S.C.§1961 section 1351 (relating to fraud in foreign labor contracting), 18 U.S.C.§1961 section 1425 (relating to the procurement of citizenship or nationalization unlawfully), 18 U.S.C.§1961 section 1503 (relating to obstruction of justice), 18 U.S.C.§1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C.§1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C.§1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 U.S.C.§1961 section 1513 (relating to retaliating against a witness, victim, or an informant), 18 U18 U.S.C.§1961 section 1543 (relating to forgery or false use of passport), 18 U.S.C.§1961 section 1544 (relating to misuse of passport), 18 U.S.C.§1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents), 18 U.S.C.§1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), 118 U.S.C.§1961 section 1951 (relating to interference with commerce, robbery, or extortion), 18 U.S.C.§1961 section 1952 (relating to racketeering), 18 U.S.C.§1961 section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity).

**434.** PLAINTIFF understood in 2016 and believes that Louisiana Revised Statutes concerning self-defense allows PLAINTIFF to take any constitutionally, non-violent, appropriate measures he deemed reasonable and necessary to protect the lives of innocent disabled students (One of PLAINTIFF'S purposes in writing the book was to protect disabled students from being killed by a Department of Education Guidance) and to defend his liberty and Constitutional Rights from further infringement and malicious prosecution by a tyrannical

government that allowed war crimes to be committed against an American. That in the concept of self-defense exists the right of the defense of others and the defense of liberty and constitutional rights for one free American ceases to exist in a America if it becomes a tyrannical dictatorship.

**435.** Eiichi Hasegawa was hired by BLACKSTONE in 2020 after being SHINZO ABE'S SENIOR ADVISOR in which JOHN J. STUDZINSKI CBE – Vice-Chairman and Senior Managing Director, BLACKSTON attended the *London 2015 Conspiracy Event* which means that Blackstone had a financial interest in getting HILLARY CLINTON elected as President in 2016, participated in the conspiracy against PLAINTIFF in violation of 18 USC 1962(d), hired individuals who were part of the conspiracy via the Japanese Conspiracy Dinner to protect them from lawsuits relating to having materially benefitted from the RICO Enterprise against PLAINTIFF. EEIICHI HASEGAWA and JOHN J. STUDZINKSI knew about the RICO Enterpise against PLAINTIFF between 2015 and 2024 and did nothing to intervene and stop the RICO Enterprise from furthering its goals against PLAINTIFF. BLACKSTONE materially benefitted by having hired EIICHI HASEGAWA and JOHN J. STUDZINSKI'S whose activities at BLACKSTONE were done in part to materially benefit BLACKSTONE at the expense of PLAINTIFF. Therefore, BLACKSTONE aided and abetted the RICO Enterprise and became accessories after the fact, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a

witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors, in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

**436.** The Indian Connection to Africa could have happened with: Tanzania and Mauritius. "Large populations are also found in Mauritius, where they number an estimated 715,000, or 60% of the population, and Reunion, at 220,000 or a third of the population. East Africa is also home to a large number of Diaspora Indians. In Kenya, people of Indian descent number about 100,000, in Tanzania, they come to about 90,000, and Uganda, 15,000."[88]

**437.** Another purpose of why PLAINTIFF wrote the book in 2016 and 2017 was that PLAINTIFF understood the horrors of being falsely accused of sexual harassment and being abused sexually by the DEFENDANTS; that in PLAINTIFF'S formative years of forcing and coercing himself to learn how to speak, the beauty and value of every single word, including every slang and offensive term that exists in the world, and that the Department of Education has an interest in allowing kids to psychologically develop healthy by allowing kids to occasionally hear an offensive phrase, term, or slang and doing so in a way is beautiful and is not harassment and that there are far worse things that can be done to someone that a simple

[88] https://www.weforum.org/agenda/2015/06/15-facts-about-the-indian-diaspora-in-africa/

insult. Jokes and joking must be allowed. The world is not going to end of a white man says "nigga please" (context needed!), someone says retarded, faggot, or more. Its okay to be offended; its okay to learn from being offended; its okay to embrace being offended; what matters far more in life is knowing someone's intent because assuming someone's intent without asking them makes you an asshole. Bullying and Harassment is about intention and direction. You can't outlaw words; but you can analyze the intention of someone and the direction of someone's statements.

# ALTERNATE EXPLANATIONS FOR *JAPLAN*.

**703.** PLAINTIFF is including the following section as a just in case.

**704.** Based on a clear and convincing evidence standard, PLAINTIFF still believes it was HILLARY CLINTON, BILL CLINTON, LYNN FORESTER de ROTHSCHILD, and the ESTATE OF SIR EVELYN ROTHSCHILD. They were aided and abetted by the Republic of India, Prime Minister MODI, former PRIME MINISTER SINGH, unknown officials in MOSSAD and INDIAN Intel, FBI, and CIA, MICHAEL MORELL, GINA HASPEL, JOHN BRENNAN, JAMES CLAPPER, JEH JOHNSON, AJAY SINGH, KALANTHI MARAN, SpiceJET, and JEFFREY EPSTEIN in which BRITISH INTEL and the Commonwealth of the United Kingdom had a substantial and major interest in implementing *JAPLAN* against PLAINTIFF in which it was a way to cover up for the RICO Enterprise perpetuated by American DEFENDANTS for years. Money, Power, Control. Killing Liability. All extremely strong motivating factors and reasons for them to do it.

**705.** PLAINTIFF *personally really* understands that sometimes circumstantial evidence can be deceiving and in the interests of fairness, offers the alternate explanations in the next two paragraphs:

This may be relevant or not, but there were Indian guests that came to PLAINTIFF'S home in Spring of 2015 in which PLAINTIFF took a picture with them in which they may have been posing as students but were not students and were Indian Intel operatives acting on American soil against PLAINTIFF. However, PLAINTIFF'S alternate theory One of PLAINTIFF'S alternate theories. PRIME MINISTER MODI realized that PLAINTIFF was a liability to India because of what happened in 2011 and afterwards. PRIME MINISTER MODI'S bed fellow after PRIME MINISTER SINGH and MARAN got her in his bed was HILLARY CLINTON in which SpiceJET was always at issue because even HILLARY CLINTON visited CHENNAI where MARAN was from and talked about the economic deal she got him with SpiceJET'S Boeing purchase in October 2010. See: *Miki's Tea Party*. HILLARY CLINTON with financial backing from LYNN FORESTER de ROTHSCHILD and the Estate of Sir EVELYN de ROTHSCHILD also understood PLAINTIFF'S liability to her and them regardless of whether or not HILLARY CLINTON was running for president in 2016. So JEFFREY EPSTEIN, BILL CLINTON, HILLARY CLINTON, MODI, MARAN, AJAH SINGH, LYNN FORESTER de ROTHSCHILD, the ESTATE OF SIR EVELYN ROTHSCHILD, MICHAEL MORELL, conspired together and implemented a plan against PLAINTIFF because it benefitted the ROTHSCHILDS, CLINTONS, INDIA, SpiceJET, and RUSSIA, for them to commit the act against PLAINTIFF or MODI told the CLINTONS that he was going to implement JAPLAN with the full approval of the CLINTONS, LYNN FORESTER de ROTHSCHILD, and the Estate of SIR EVELYN de ROTHSCHILD. MARAN and MODI, being of upper caste and especially

being contemptuous of PLAINTIFF'S disability and poverty, realized the gold mine of information they had with *JAPLAN* and thought that HILLARY CLINTON was going to be clear victor in the 2016 Election over PRESIDENT TRUMP. "In February 2015, Maran (the main share-holder of SpiceJET) and KAL Airways transferred their 58.46 per cent stake in SpiceJet to Singh. Singh, a co-founder of SpiceJet, took on the airline's liabilities of around Rs 1,500 crore…"[89] So there was a transfer of ownership at the same exact time PLAINTIFF discussed and gave the details of *JAPLAN*, obviously this violated RICO because Indian Intel obtained the information about *JAPLAN* illegally via violations of 18 USC 1961 Section 1029 (or they paid FSB, GRU, and Russia to do so) in which AJAY SINGH and MARAN obtained material benefits from the transfer of ownership to AJAY SINGH in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and this was signs of the ongoing conspiracy against PLAINTIFF in violation of 18 USC 1962(d). RUSSIA did this because PLAINTIFF may have proffered to unknown individuals that JUSTICE SAMUEL ALITO knew about that the United States should go on a weapons selling spree to India in 2010 and 2011 when they sold Apache helicopters that hurt Russian Military weapons sales to India; which gives both ALITO and RUSSIA to commit *JAPLAN* against PLAINTIFF. So it was easy for India and Indian Intel to traffic a minor to implement *JAPLAN* against PLAINTIFF. Furthermore, this is supported by the fact that SpiceJET places an order for 100 Boeing 737 Max aircraft in January 2017 in which AJAY SINGH said the following: "“**<u>We have paid back most of the liabilities</u>.** Today, there are no government dues, there is zero bank debt. **We have cleaned the slate as far as the past is concerned,…** there is enough for more; **even if the market grows around 12-15 per cent,** there

[89] https://www.businesstoday.in/industry/aviation/story/spicejet-vs-kalanithi-maran-sc-upholds-high-court-order-sends-dispute-back-to-single-judge-438885-2024-07-26

is a requirement of 60 aircraft every year. There is space for all," Singh said.[90] PLAINTIFF specifically discussed how it was disgusting for 12-15 year old Latinos to get married in Spring 2015 so this seems to have been a pay-off against PLAINTIFF so that means SpiceJET and AJAY SINGH was privy to the information that was illegally obtained in the Spring of 2015. MIKE PENCE met AJAY SINGH in June 2017.[91] You know the damning thing is that PLAINTIFF expressed happiness (he did so on twitter to the best of his recollection) that SpiceJET placed such a large order in Jan 2017 and had no clue what it meant in reality. On August 14th, 2024, only after Indian Intel had been tampering with PLAINTIFF and had given SpiceJET AJAY SINGH the information about *Miki's Tea Party* that had in fact been written by this time, AJAY SINGH sold 10% of his ownership dropping the total percent of his ownership to somewhere between 30-35%..[92] AJAY SINGH knew PLAINTIFF was most definitely going to be seeking something from SpiceJET in Court so to save himself and enrich himself in the process, that is why AJAY SINGH sold 10% of SpiceJET, and this was in violation of 18 USC 1962(a), 18 USC 1962(b), and 18 USC 1962(c), and 18 USC 1962(d). If AJAY SINGH and KALANTHI MARAN paid ANGIE ORTIZ or HILLARY CLINTON, PLAINTIFF has not seen a single dime or dollar of it perpetuating the mail and wire fraud against PLAINTIFF

**706.** This sentence is purely speculation but PLAINTIFF'S mother, father, and brother are in a gang or cartel in which PLAINTIFF was never told that they were by them. Being sick sadistic fucks their whole lives and abusing and manipulating PLAINTIFF unrelentingly, they retaliated against PLAINTIFF in violation of 18 USC 1961 and routinely tampered with PLAINTIFF in

[90] https://www.business-standard.com/article/companies/ et-s-aircraft-order-to-create-us-jobs-trump-117062700782_1.html
[91] https://businessworld.in/article/spicejets-ajay-singh-meets-us-vice-president-pence-120969
[92] https://www.indiatoday.in/business/story/spicejet-ajay-singh-plans-10-percent-stake-sale-to-raise-rs-3000-crore-report-2582058-2024-08-14

violation of 18 USC 1961 whenever PLAINTIFF needed them to be decent and loving parents and a decent and loving brother. They retaliated and abused PLAINTIFF whenever PLAINTIFF told the truth of their treatment of PLAINTIFF, which includes PLAINTIFF'S mother openly mocking PLAINTIFF for reporting her abuse to people when PLAINTIFF was a child in Spaulding School, what happened to PLAINTIFF by his brother when PLAINTIFF was 11, and more. JAMES COMEY in a "fictional" book talked about finding a body near a river that wore a red dress and PLAINTIFF connected that a woman that bore a striking resemblance to VERA POCHTAREV on TV wearing a red dress in which honestly after PLAINTIFF'S father attempted to murder him in January 2024, being humiliated by Sandra (German woman), MICHELLE RAYMER, and DAVID KOTEVSKI that all clearly knew and had access to details about what happened between PLAINTIFF and ANGIE ORTIZ in the Summer of 2015 that PLAINTIFF never provided them, PLAINTIFF'S mother falsely accusing PLAINTIFF of murdering a truckload of illegal immigrants when she probably ordered that to be done, PLAINTIFF'S father having the same exact personality of Walter White, possibly having murdered PLAINTIFF'S cat in which PLAINTIFF'S cat was murdered but PLAINTIFF'S brother's cat was not murdered and was found days later at the home and framing PLAINTIFF in which they took advantage of PLAINTIFF and spent the vast majority of the money on themselves, are the ones responsible for trafficking ANGIE ORTIZ to humiliate and torture PLAINTIFF and bribing or telling the Bidens to force PLAINTIFF to be married to ANGIE ORTIZ or XIUYANG SUN, etc., PLAINTIFF wouldn't be surprised if they murdered VERA POCHTAREV (PLAINTIFF hopes if she is still alive and has no way of knowing if she is alive or dead) and intentionally ruined the relationship between PLAINTIFF and VERA POCHTAREV, murdered ANGIE ORTIZ (despite the horrors committed by ANGIE ORTIZ,

PLAINTIFF hopes she is still alive and not dead and still believes her to be alive in which the last time he saw her was in Vienna in December of 2022), and just more heinous shit to PLAINTIFF. PLAINTIFF'S parents routinely took advantage of PLAINTIFF and forced and coerced PLAINTIFF throughout the years to give them POA in violation of Kozminski v. United States and materially benefitted from their actions as PLAINTIFF testified to in his IFP application in the *Chicago Cases* in violation of 18 USC 1961. The CLINTONS are alleged to be connected to drugs and PLAINTIFF'S parents are connected to drugs and PLAINTIFF wouldn't be surprised if they did drug related things together. PLAINTIFF'S parents and his brother prospered at the expense of PLAINTIFF and his dreams and PLAINTIFF says no more.

**707.** ANGIE ORTIZ was directed by HILLARY CLINTON, BILL CLINTON, JOE BIDEN, HUNTER BIDEN, JIM BIDEN, and/or a combination of the aforementioned to do acts against PLAINTIFF in which it culminated to the highest degree of fraud, deception, and betrayl in which Hunter Biden and Jim Biden coerced PLAINTIFF to sign whatever paperwork he did on a hotel rooftop in Mid to Late July 2015.

# SECTION III: DISHONOR.

**438.** PLAINTIFF'S Section of *DISHONOR* is sufficiently different and distinct from the times he included the same certain material from such in the *Chicago Cases* and the *Louisiana Cases* that Res Judicata cannot be corruptly argued by DEFENDANTS. Furthermore, Res Judicata cannot be argued if the Court intentionally and corruptly failed to rule when they should have ruled in the first place because that is not actually adjudicating the case.

**439.** PLAINTIFF wrote to JUDGE JENKINS on 01/10/2024 that discussed the following:

Dear Honorable Judge Jenkins, I know you are going to read this because this case is far too important for you not to. When I was in law school, one of the only concepts that at least stuck out in my mind in Civil Procedure was the phrase "traditional notions of fair play and substantial justice." Do you remember this phrase? You should since you're a judge. You criticized my decision to include an illustrative example of me providing a way to describe a case if it were to happen in the 1800s. So I'm going to continue that theme because it is the only factual time period within the last 200 years of American history (i.e. thereby making it a traditional issue since traditions take place over the years) that is analogous to the situation at hand. Imagine you as a black woman hearing a case about a free black autistic man that managed to somehow escape the horrors in the Reconstruction south after being forced to be a slave for more than 15 years. His masters forced him to work & degraded him emotionally, psychologically, physically, and spiritually through the years. You read all the facts of how the most powerful people did those things to him and no lawyers wanted to help or represent him because of the powerful people at issue. You know that the man is completely broke and poverty stricken and you still denied him IFP? **This black free autistic man believed in the law and believed that concepts of "traditional notions of fair play and substantial justice" actual have legal meaning.** Would you kick him out of court? Don't lie to me because I know you wouldn't kick him out of court or you would most definitely appoint someone to him; but you are attempting to kick me out of court knowing full well that I don't have the time and resources to completely adhere to FRCP Rule 8 and Rule 10 because of the complexity of the case and the wanton and intentional malicious actions by DEFENDANTS preventing me from ascertaining who some of them are so I could properly include them and follow FRCP. So if you sympathize and empathize with my example and don't sympathize with me, **then it must be on the basis of my nationality/race/religion, disability status, or you're aiding and abetting a RICO Enterprise**. **You know I'm disabled so why don't you have someone help me? Why don't you appoint your former colleagues at the DOJ to represent me?** That is within your discretion, is it not? Imagine some integrity in the system. I can only dream of that being a reality in a country governed by laws and the constitution and not one of political patronage and corruption. Since you're a judge, it must mean that you have honor. Tell me something your honor, did any of the DEFENDANTS talk to you in chambers about the case? So what is the difference between them doing that (which no doubt they did) and me writing letters? Is it because of the fact that there is physical proof of what I wrote and not physical proof of what they said to you in secret? That's fair.[93] If they can communicate with the court, why can't I? That seems like an appalling unequal standard and a demonstrably proven fact of it being a two-tiered justice system. Why was there a switch of judges? Reach down into the depths of your undamaged brain, heart, and soul because all of things I have were intentionally broken and damaged by DEFENDANTS and do the right thing. Respectfully,…"

---

[93] PLAINTIFF'S sarcasm.

**440.** The following are at a minimum, the amount of times PLAINTIFF brought to the attention of the Court issues relating to the fraudulent legal guardianship or marriage or adoption relating to PLAINTIFF: Letter to the Court. *Chicago Cases*. 01/10/2024; Letter to the Court. Chicago Cases. 01/21/2024; 01/24/2024 PLAINTIFF'S Rule 60B Motion; Motion of Support made to the Court in the Chicago Cases on 02/02/2024;

**441.** The following are, at a minimum, the amount of times PLAINTIFF brought it to the attention of the Court PLAINTIFF was being tampered with via his electronics: Letter to the Court. 01/07/24 Letter to the Court. *Chicago Cases*; *Chicago Cases*. 01/10/2024; Letter to the Court. *Chicago Cases*. 01/21/2024; 01/24/2024 PLAINTIFF'S Rule 60B Motion; 01/25/2024 Letter to the Court. *Chicago Cases;* Chicago Cases in his Rule 60B motion made on 01/26/2024; 01/26/24 Letter to the Court. Chicago Cases;

**442.** The following are, at a minimum, the amount of times PLAINTIFF brought it to the attention of the Court PLAINTIFF was being tortured: Letter to the Court. *Chicago Cases*. 01/10/2024; Letter to the Court. Chicago Cases. 01/21/2024; Chicago Cases in his Rule 60B motion made on 01/26/2024; 01/26/24 Letter to the Court. Chicago Cases; 01/07/24 Letter to the Court. *Chicago Cases*; Motion of Support made to the Court in the Chicago Cases on 02/02/2024

**443.** The following are, at a minimum, the amount of times PLAINTIFF brought it to the attention of the Court PLAINTIFF was being held as a slave: Letter to the Court. 01/07/24 Letter to the Court. *Chicago Cases*; *Chicago Cases*. 01/10/2024; Letter to the Court. *Chicago Cases*. 01/21/2024; 01/24/2024 PLAINTIFF'S Rule 60B Motion; Chicago Cases in his Rule

60B motion made on 01/26/2024; 01/26/24 Letter to the Court. Chicago Cases; Motion of Support made to the Court in the Chicago Cases on 02/02/2024;

**444.** First time PLAINTIFF started to bring up Free Speech retaliation by the Court Chicago Cases in his Rule 60B motion made on 01/26/2024 in Paragraph #57: “The Court retaliated against PLAINTIFF for PLAINTIFF’S First Amendment protected speech because PLAINTIFF made the issue of making correspondence known with a written record in which PLAINTIFF objected to the secrecy of the interactions between DEFENDANTS and the Court made in PLAINTIFF’S denial of IFP on 01/09/2024.”

**445.** PLAINTIFF discussion of default motion: 01/24/2024 PLAINTIFF’S Rule 60B Motion,

**446.** PLAINTIFF, in the Chicago Cases in his Rule 60B motion made on 01/26/2024, said the following: in Paragraph #3: “PLAINTIFF incorporates every single letter, motion, pleading, attachments, etc. made in 23CV17137 and to the 7th Circuit in *Kotevski v. Jenkins* 24-1085 herein; especially Attachment A in PLAINTIFF’S pleading made on 12/27/2023 (hereon: Attachment A);” in Paragraph #5: “PLAINTIFF continues to experience irreparable and permanent harm… ” and Paragraph #6 The Court has intentionally ignored Paragraph #5;” Paragraph #18: “JUDGE JENKINS’ rulings may not even be legally valid because it is possible that PLAINTIFF could not have legally submitted the motions and pleading because PLAINTIFF--in a minimum of four submissions to the Court—clearly states there are major legal guardianship and/or marriage issues such as PLAINTIFF explained in Letters submitted on 01/02/2024, 01/12/2024, and 01/20/2024 and PLAINTIFF’S pleading (See: Paragraph #34)”

**447.** PLAINTIFF losing business opportunities because of the corruption: 01/25/2024 Letter to the Court. *Chicago Cases;* Chicago Cases in his Rule 60B motion made on 01/26/2024; 01/26/24 Letter to the Court. Chicago Cases;

**448.** PLAINTIFF on 01/07/24 wrote a letter to the Court in the *Chicago Cases* in which PLAINTIFF complained to the Court when PLAINTIFF said DEFENDANTS "then coerce me into remembering things that was obtained in the course of their RICO Enterprise & use evidence illegally obtained in order to torture me into confession against my constitutional rights as I have already explained to them" and on a Motion of Support made to the Court in the Chicago Cases on 02/02/2024, PLAINTIFF said in Paragraph #8: "The powers that be know autistic individuals have the intelligence to do things but have the added feature of being easily pressured psychologically and coercively to bend and conform to their psychopathic wills. Autistic men are the prime targets to be used, manipulated, and disposed of by psychopathic officials in any government whether that is America, China, Russia, India, etc. in which no one would care as the harm done to us, would be the most cost effective to them, and are easily manipulated individuals;" on 02/07/2024, PLAINTIFF'S statement to the Court included in Paragraph #16: "Each day that passes, DEFENDANTS intentionally seek to introduce a source of evidence and statements coerced and tortured out of PLAINTIFF and to find an "independent source" against PLAINTIFF'S interests." Unknown CIA, FBI, or DoD officials knew this and retaliated against PLAINTIFF on September 7th and 8th, 2024 and coerced him to confess and tortured PLAINTIFF at the Hospital.

**449.** Urgency in deciding the case because of on-going Conspiracies: Statement to the Court. 02/07/2024. Chicago Cases: "The Emergency Motion is needed to avoid the political pitfalls

of the 2024 election as it involves multiple candidates. This is intentional as to avoid the political question doctrine…Each day that passes is another day that—seemingly--the majority of Congress conspires against PLAINTIFF purely out of spite and against the interests of even their own constituents.

**450.** PLAINTIFF was desperately seeking fairness whenever he filed things in Court. For example, in PLAINTIFF'S Letter To The Court on 04/13/2024 in the Louisiana Cases, PLAINTIFF said the following:

> a. In the possibility that there is an iota of disingenuousness or corruption in the upcoming decisions and rulings, the Constitution demands and RICO requires that the case be transferred to the Northern District of Texas or the District Court of Utah under 28 U.S. Code § 1404 prior to the Court making a corrupt ruling of dismissing the case with prejudice. PLAINTIFF is giving a benefit of the doubt and a second chance like LSU Law gave PLAINTIFF and is hoping the Court can rectify the situation even though some District Court judges in the Middle District of Louisiana very well could have known of the racketeering that was occurring, at a minimum, in 2015 and failed to admonish the racketeers and perpetuated the fraud against PLAINTIFF as it pertains to allowing the FBI, CIA, DHS, DoD, and others to listen in the private conversations PLAINTIFF had in the privacy of his own home in 2015 that was leaked to Hillary Clinton that facilitated & perpetuated war crimes to be committed against PLAINTIFF while PLAINTIFF was in Japan in 2015 in which no one was admonished for their racketeering & war crimes that some judges in the Middle District of Louisiana very well could have known about. Therefore, under 28 U.S. Code § 1404, PLAINTIFF requests the case be moved to the Northern District of Texas or the District Court of Utah if the Middle District of Louisiana perpetuates the legal fraud committed against PLAINTIFF. The relevant case law and constitutional rights that implicate such a motion by PLAINTIFF include: PLAINTIFF'S Fifth Amendment Rights, RICO, the Geneva Convention, and other relevant case law and conventions.

**451.** CHIEF JUDGE REBECCA PALLMEYER, CHIEF JUDGE DIANA SYKES, JUDGE JENKINS and/or other DEFENDANTS were fundamentally the principal leaders in the RICO Enterprise in the *Chicago Cases* against PLAINTIFF in the *Chicago Cases* taking steps to ensure PLAINTIFF remained a slave, corruptly ruling against PLAINTIFF,

obstructing justice, fabricating evidence against PLAINTIFF, in which they all necessarily violated one or more or a combination of the following in 18 USC 1961 sections 891–894 (relating to extortionate credit transactions), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).[94] Due to the RICO violations, Free Speech Retaliation, Disability Retaliation, Due Process, and Religious Retaliation against PLAINTIFF'S Constitutional Rights thereby violating 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

**452.** ANGIE ORTIZ, the Indian Government and their proxies, VERICA KOTEVSKI and CHRISTOPHER ADAMO (aka BRANKO KOTEVSKI), and/or the RUSSIAN Government and their proxies, and/or a combination thereof continue to violate RICO throughout the entire *Chicago Cases* and *Louisiana Cases* in which they all necessarily violated one or more or a combination of the following in 18 USC 1961 sections 891–894 (relating to extortionate credit transactions), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections

[94] PLAINTIFF is not including other violations of 18USC1961 that the decision necessarily and materially aided and abetted the RICO Enterprise.

1581–1592 (relating to peonage, slavery, and trafficking in persons).[95] Due to the RICO violations, Free Speech Retaliation, Disability Retaliation, Due Process, and Religious Retaliation against PLAINTIFF'S Constitutional Rights thereby violating 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d). PLAINTIFF cannot express the astronomical levels of frustration with the Government of Russia through the intentional obstruction of these proceedings via CHRISTOPHER ADAMO and VERICA KOTEVSKI as they have no right to obstruct these proceedings.

**453.** *The Text of In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois that was filed on Jan 23rd, 2024 is the following with PLAINTIFF'S emphasis:*

> "**Filing 1** EXECUTIVE COMMITTEE ORDER: On December 6, 2023, Milan Kotevski entered the Dirksen U.S. Courthouse. **While present, he made several inappropriate and threatening statements. These remarks caused concern for the safety of individuals**. ***Representatives of the United States Marshals Service*** were called to ***provide assistance*** and investigated the matter. ***The Court's Executive Committee finds that there is sufficient cause for concern regarding Mr. Kotevski's conduct*** if he is not escorted during his time in the Dirksen U.S. Courthouse in Chicago, Illinois or the Roszkowski U.S. Courthouse in Rockford, Illinois. IT IS, THEREFORE, HEREBY ORDERED THAT to maintain judicial security, Mr. Kotevski is ordered to sign in upon arrival at the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois, 60604 or in the Stanley J. Roszkowski U.S. Courthouse at 327 S. Church Street, Rockford, Illinois 61101, and IT IS FURTHER ORDERED THAT a representative of the U.S. Marshals Service shall accompany Mr. Kotevski at all times while he is present in the Dirksen U.S. Courthouse or in the Stanley J. Roszkowski U.S. Courthouse, and IT IS FURTHER ORDERED THAT a miscellaneous file with the title "In the Matter of: Milan Kotevski" and case number 24 CV 00556 shall serve as the repository of this order, and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures.IT IS ALSO ORDERED that the Clerk shall cause a copy of this order to be left at the security desk in the lobby to hand to Mr. Kotevski the next time he enters one of the courthouses of the Northern District of Illinois. Signed by the Executive Committee on 1/23/2024. **Mailed notice. (lw, ).**"

[95] PLAINTIFF is not including other violations of 18USC1961 that the decision necessarily and materially aided and abetted the RICO Enterprise.

**454. PLAINTIFF incorporates the entirety of the record, legal claims, facts, and the legal arguments from the *Chicago Cases* herein if PLAINTIFF did not include them all.**

**455.** PLAINTIFF will use terms like the *Japanese Conspiracy Dinner*, *JAPLAN*, *Attachment A, and more from the Chicago Cases* and the *Louisiana Cases.* On 04/28/2015, PLAINTIFF'S 27th Birthday, every facet of "*JAPLAN"* was thoroughly talked about in which DEFENDANTS at the White House attending a State Dinner for Japan conspired against PLAINTIFF on his upcoming trip to Japan in May 2015 (hereon: *Japanese Conspiracy Dinner*).

**456.** *Attachment A* in the *Chicago Cases*, for all intents and purposes, is a highly detailed legal argument that at times is in a narrative form and could serve as a complaint, could serve as an exhibit, gives all of PLAINTIFF'S arguments and explanations into everything that he understands led to the current situation.

**457.** To quickly summarize the procedural history based on fact: on October 20th, 2023, PLAINTIFF gave to the DOJ a copy what is referred to as Attachment A from PLAINTIFF'S Complaint that was filed on December 27th, 2023 in the Northern District of Illinois. REBECCA PALLMEYER and/or other DEFENDANTS in the White House and/or DOJ corruptly knew that JUDGE DURKIN would have been uncorrupt, constitutionally unbiased, and they concocted a scheme to get JUDGE DURKIN off the case and intentionally replace him with JUDGE JENKINS in order to corruptly rule adversely against PLAINTIFF at every opportunity she could have against PLAINTIFF'S Constitutional Rights and RICO in PLAINTIFF'S case in violation of 18 USC 1962(D), 18 USC 1962(C), 18 USC 1962(B), and 18 USC 1962(A). PLAINTIFF utilized a basic form (civil rights complaint) provided for by the Northern District of Illinois Court and JUDGE JENKINS not recognizing the corrupt

stupidity of her decision made a ruling that their own form did not comply with their own rules and regulations. Court Judge JENKINS treated Exhibit A from PLAINTIFF'S Complaint as a Complaint in and of itself--numerous issues arouse from such; since JUDGE JENKINS either corruptly or negligently treated *Attachment A* as a complaint, that means the DOJ did too and that means they were properly served and failed to respond in time; Then PLAINTIFF appealed 60B Motions and a Rule 55 Motion in response to such. Throughout the entirety of the *Chicago Cases*, every single decision, separately and jointly, coming from JUDGE JENKINS and CHIEF JUDGE REBECCA PALLMEYER in response to all of PLAINTIFF'S Motions were in violation of PLAINTIFF'S Constitutional Rights and RICO. JUDGE REBECCA PALLMEYER violated 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) when she filed and submitted to the Court *In Re: Milan Michael Kotevski*, 24cv556, N.D. Illinois, 2024[96] in which she necessarily violated one or more or a combination of the following in 18 USC 1961 sections 891–894 (relating to extortionate credit transactions), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).[97] Due to the RICO violations, Free Speech Retaliation, Disability Retalation, Due Process, and Religious Retaliation against PLAINTIFF'S Constitutional Rights, and different Constitutional Rights

[96] https://dockets.justia.com/docket/illinois/ilndce/1:2024cv00556/454415
[97] PLAINTIFF is not including other violations of 18USC1961 that the decision necessarily and materially aided and abetted the RICO Enterprise.

violations by JUDGE JENKINS in the *Chicago Cases*, PLAINTIFF appealed to the 7th Circuit Court of Appeals and the 3 panel decision of WOODS, PRYOR, and JACKSON-AKIWUMI was corruptly decided in which they knew of the RICO violations that had occurred in all of the District Court Decisions in the *Chicago Cases*, which means that they get no judicial immunity. There is no judicial immunity for improperly deciding Writ of Mandamus cases, which is especially true when the decision is based on fraud and corruption. The change in initial District Court Judge and the intentional selection of the Panel was a corrupt decision facilitated by CHIEF JUDGE DIANE SYKES in violation of RICO. PLAINTIFF appealed to the 7th CIRCUIT COURT OF APPEALS EN BANC in which 8 unknown judges that knew of the RICO and Constitutional violations that occurred in the Panel Decisions and the District Court decisions denied an EN BANC hearing with no reason as to why it was denied. The entire time, PLAINTIFF is proceeding Pro-Se and as a slave after having been tortured for years in which the Courts knew of PLAINTIFF'S declining cognitive capacity and no money to bring such a lawsuit. Then PLAINTIFF filed in the Middle District of Louisiana hoping to have a sympathetic Court in which PLAINTIFF was met with even more corruption by JUDGE BOURGEOIS and JUDGE JACKSON.

**458.** PLAINTIFF implores the Court to read Exhibit Q, which was PLAINTIFF'S En Banc motion to the 7th Circuit Court of Appeals in which unknown 8 judges in the 7th Circuit Court of Appeals rejected PLAINTIFF'S motion without so much as an explanation that should horrify this Court about the enabling of corruption, war crimes, torture, and more in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

**459.** On October 20th, 2023, instead of giving an expected answer of 21 days for DEFENDANTS to respond when they had notice of *Attachment A* and the fundamental basis

of PLAINTIFF'S lawsuit, PLAINTIFF waited around 45 days or so—twice as long as expected-- to hear anything meaningful back from DEFENDANTS. PLAINTIFF did not hear anything meaningfully back based on the severity of the allegations PLAINTIFF alleged.

**460.** In the 45 days or so inbetween October 20th, 2023 and December 6th, 2023, at least the State Department received notice of PLAINTIFF'S lawsuit because they decided to go talk to the NORTH MACEDONIAN government during that time. There are numerous examples that PLAINTIFF has put on the record in the *Chicago Cases* that shows DEFENDANTS were talking about PLAINTIFF and were conspiring to deprive PLAINTIFF of his property, rights, and liberty in violation of 18 USC 1962(D) and 18 USC 241 that during the course of litigation in which the *Chicago Cases* Courts did nothing to resolve such.

**461.** So after around 45 days or so after initially giving *Attachment A* in the *Chicago Cases*, PLAINTIFF visited the DOJ on December 6th, 2023.

**462.** In between the 45 days or so after giving Attachment A in the *Chicago Cases*, PLAINTIFF called DOJ multiple times to ask what they thought of what PLAINTIFF had documented. Each time, PLAINTIFF asked for the unknown CLERK/PARALEGAL at DOJ what she thought of PLAINTIFF'S document.

**463.** Unknown CLERK/PARALEGAL at DOJ refused to meaningfully interact and discuss the severity of the allegations in which all she had to really do was read about 100 pages that detailed the basic premise and outline of the case. PLAINTIFF may have gotten emotional during the calls, but never to the point of threatening or harassing or putting into reasonable fear any DOJ employees.

**464.** In the 45 days or so from October 20th, 2023 to December 6th, 2023 and during the course of litigation in the *Chicago Cases*, PLAINTIFF became aware of some of the happenings that

DEFENDANTS were doing in regards to what PLAINTIFF alleged. For example, the CEO of BOEING resigned; the head administrator of the Atlanta Jackson Hartfield Airport resigned; ERIC HOLDER and TIM COOK of APPLE met with one another; the FBI and INDIAN Intelligence met with one another and talk and conspired against PLAINTIFF; DELTA AIRLINES, APPLE, and ATT all have not adequately responded to PLAINTIFF.

**465.** So on December 6th, 2023, PLAINTIFF visited the DOJ in person to talk about what he wrote and detailed.

**466.** PLAINTIFF was not under suspicion of having done anything wrong in his interactions prior to December 6th, 2023. PLAINTIFF cordially interacted with the US Marshals as soon as he entered the building that day. Then PLAINTIFF started recorded the entirety of the encounter he had with the DOJ and US Marshals on December 6th, 2023 from the moment he was in the elevator going up to the DOJ.

**467.** The video of PLAINTIFF'S interaction with the DOJ and US Marshals on December 6th, 2023 can be found at this link: https://www.youtube.com/watch?v=ns4hu1ZQG3I

**468.** The video mentioned in the previous paragraph proves beyond a reasonable doubt that REBECCA PALLMEYER'S description of PLAINTIFF's conduct and actions on December 6th, 2023 was materially false and done in furtherance of RICO Enterprise #1. PLAINTIFF made no threatening statements on December 6th, 2023. PLAINTIFF'S statements that were a indeed a major cause for concern; however, as it is written in the order, they are a cause for concern based allegedly on PLAINTIFF'S threatening statement where in reality PLAINTIFF'S statements are a major cause for concern as to the integrity of the Justice Department and the United States Marshals and proves why in the Chicago Cases the United States Marshals refused to serve DEFENDANTS despite knowing PLAINTIFF perfectly met

the qualifications for IFP by law--PLAINTIFF gave warnings to the United States Marshals that they were perpetuating a RICO Enterprise, inquired as the substantive nature of crimes inflicted upon PLAINTIFF that DEFENDANTS continue to be willfully blind to, and more.

**469.** JUDGE JENKINS was assigned as the Judge in PLAINTIFF'S case after the initial judge that was assigned decided he no longer wanted to decide the case in conspiracy with CHIEF JUDGE REBECCA PALLMEYER in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d)..

**470.** There existed a conspiracy amongst DEFENDANTS that JUDGE JENKINS would be the one that would handle PLAINTIFF'S case knowing she would further the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(D); this was probably done at the direction of CHIEF JUDGES JUDGE REBECCA PALMEYER of the NORTHERN DISTRICT OF ILLINOIS and the CHIEF JUDGE OF THE 7th CIRCUIT COURT OF APPEALS JUDGE DIANA SYKES.

**471.** Sometime between October 20th, 2023 and December 27th, 2023 (the day PLAINTIFF filed his complaint in the Chicago Cases), CHIEF JUDGE of the NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER conspired with DEFENDANTS to deprive PLAINTIFF of Due Process and perpetuate the RICO Enterprise against PLAINTIFF in violation of PLAINTIFF'S Constitutional Rights of the 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment rights and RICO 18 USC 1962(D) and 18 USC 1961.

**472.** CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER and JUDGE JENKINS conspired together in violation of 18 USC 1962(D) at

least once between December 6th, 2023 and the conclusion of the *Chicago Cases* and at multiple intervals during the same time period.

**473.** CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER knowingly and intentionally and in complete disgrace to the robe and judicial branch filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois*[98] to perpetuate and further the RICO Enterprise against PLAINTIFF.

**474.** Continuing the previous paragraph, part of the reason why CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER knowingly and intentionally filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois* was to create fabricated evidence that the FBI and DOJ could use against PLAINTIFF to allegedly demonstrate that PLAINTIFF made threatening comments when he has not in which the FBI and DOJ routinely falsely alleged that PLAINTIFF made threatening statements or falsely posed as threat or falsely was a terrorist when PLAINTIFF was never those things in violation of RICO 18 USC 1961 section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant) that was a key feature in allowing the RICO Enterprise against PLAINTIFF to continue unconstitutionally and illegally.

**475.** PLAINTIFF'S December 6th, 2023 video is demonstrative of ***ALL*** the interactions PLAINTIFF had with law enforcement officers at any time in his life in which he never

[98] Last Checked: July 2nd, 2024: https://dockets.justia.com/docket/illinois/ilndce/1:2024cv00556/454415

threatened any officers or caused any officer or individual to be in reasonable fear for their lives.

**476.** CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER by having filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois* filed such an action through the wires or via the mail in which a copy of such was sent via USPS.

**477.** CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER by having filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois* constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

**478.** Every single decision the Panel of JUDGES WOOD, JACKSON-AKIWUMI, and PRYOR made in the *Chicago Cases* furthered the RICO Enterprise against PLAINTIFF in which JUDGE WOOD, JUDGE JACKSON-AKIWUMI, and JUDGE PRYOR knew of the corruption perpetuated by JUDGE PALLMEYER and intentionally failed to stop the RICO Enterprise when JUDGE WOOD, JUDGE JACKSON-AKIWUMI, and JUDGE PRYOR had knowledge of such RICO violations and reason to know of such RICO violations and ruled against PLAINTIFF when they should not have ruled against PLAINTIFF corruptly. Therefore, DEFENDANTS JUDGE WOOD, JUDGE JACKSON-AKIWUMI, and JUDGE PRYOR became material actors and aided and abetted CHIEF JUDGE OF THE NORTHERN DISTRICT OF ILLINOIS REBECCA PALLMEYER'S corruption when she filed *In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois* constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of

interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

**479.** PLAINTIFF appealed for an En Banc hearing to the 7th CIRCUIT COURT OF APPEALS to remedy the corruption that took place based on the decisions made in the *Chicago Cases* furthered the RICO Enterprise against PLAINTIFF in which unknown 8 judges in the 7th CIRCUIT COURT OF APPEALS denied PLAINTIFF'S motion for an EN BANC hearing in which those 8 unknown judges in the 7th CIRCUIT COURT OF APPEALS knew of the corruption perpetuated by JUDGES WOOD, JACKSON-AKIWUMI, and PRYOR, JUDGE PALLMEYER, and JUDGE JENKINS and intentionally failed to stop the RICO Enterprise when unknown 8 7th CIRCUIT COURT OF APPEALS JUDGES had knowledge of such corruption and reason to know of such corruption and ruled against PLAINTIFF when they should not have ruled against PLAINTIFF corruptly. Therefore, unknown 8 7th CIRCUIT COURT OF APPEALS judges became material actors and aided and abetted JUDGES WOOD, JACKSON-AKIWUMI, and PRYOR, JUDGE PALLMEYER, and JUDGE JENKINS corrupt decisions, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section

1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

**480.** CHIEF JUDGE of the 7th CIRCUIT COURT OF APPEALS DIANE S. SYKES, who oversees the 7th CIRCUIT COURT OF APPEALS and the NORTHERN DISTRICT OF ILLINOIS, knew of the RICO violations that took place by unknown 8 judges in the 7th CIRCUIT COURT OF APPEALS who denied PLAINTIFF'S EN BANC hearing and the RICO violations undertaken by JUDGE WOOD, JUDGE JACKSON-AKIWUMI, JUDGE PRYOR, JUDGE PALLMEYER, and JUDGE JENKINS throughout the *Chicago Cases* in which CHIEF JUDGE of the 7th CIRCUIT COURT OF APPEALS DIANE S. SYKES intentionally failed to stop the RICO Enterprise against PLAINTIFF and had knowledge of such RICO violations and Constitutional Deprivations undertaken by judges under her direct control. Therefore, JUDGE DIANE S. SYKES became a material actor in the RICO Enterprise against PLAINTIFF and aided and abetted numerous RICO violations and Constitutional Deprivations without Due Process of law, which constitutes, at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an

informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

**481.** Every single decision JUDGE JACKSON and JUDGE BOURGEOIS made in the *Louisiana Cases* furthered the RICO Enterprise against PLAINTIFF in which JUDGE JACKSON and JUDGE BOURGEOIS failed to stop the RICO Enterprise against PLAINTIFF despite numerous attempts of PLAINTIFF to draw attention to the corruption of the *Chicago Cases* when JUDGE BRAIN JACKSON and JUDGE BOURGEOIS had actual knowledge of such RICO violations since they had the full and complete record of the RICO violations made in the *Chicago Cases*, therefore, DEFENDANTS JUDGE JACKSON and JUDGE BOURGEOIS became material actors and aided and abetted the RICO Enterprise against PLAINTIFF in which every single one of their decisions in the *Louisiana Cases* constitutes, at a minimum, one or more of the following RICO violations under RICO in furtherance of the RICO Enterprise against PLAINTIFF: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an

informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors.

**482.** From at least October 20th, 2023 through July 2, 2024, DEFENDANTS DIANE S. SYKES, unknown 8 7th CIRCUIT COURT OF APPEALS JUDGES, JUDGE WOOD, JUDGE JACKSON-IKIWUMI, JUDGE REBECCA PALLMEYER, and JUDGE JENKINS entered into a conspiracy against PLAINTIFF in violation of 18 USC 1962(D).

**483.** From at least the time PLAINTIFF filed his complaint in Louisiana in the *Louisiana Cases* (if not before and up to August 2013) through July 2, 2024, DEFENDANTS JUDGE JACKSON and JUDGE BOURGEOIS entered into a conspiracy against PLAINTIFF in violation of 18 USC 1962(D).

**484.** All of the decisions in the *Chicago Cases* and the *Louisiana Cases* were sent via USPS over state lines making it federal thereby making each decision an act of mail fraud under 18 USC 1961 section 1341 (relating to mail fraud). PLAINTIFF has at least 10 counts of mail fraud by DEFENDANTS.

**485.** Each and every single time the Indian Government, Russian Government, and the United States Government through one of their workers or proxies or 5 Eyes or the South Korean Government hacked into PLAINTIFF'S laptop and phone illegally to prevent PLAINTIFF from learning about the fraud, impairing an investigation, tampering with PLAINTIFF, they

did so over the wires to perpetuate the wire fraud committed against PLAINTIFF in which by PLAINTIFF'S count having done so at least once a day for the last nine or ten years means that is 3,650 counts of wire fraud under 18 USC 1961 Section 1343 and 18 USC 1961 Section 1029; and if the Indian Government, Russian Government, and the United States Government did so all in sum for more than 10 years on a daily basis, that is more than 10,000 counts of violating 18 USC 1961 Section 1343 and 18 USC 1961 Section 1029.

**486.** The Courts in the *Chicago Cases* and the *Louisiana Cases* continue to ignore substantial and materially important liberty issues of whether or not PLAINTIFF is married; if PLAINTIFF is married, it is fraudulent, and every single decision PLAINTIFF'S wife made on behalf of PLAINTIFF is fraudulent; whether PLAINTIFF is under a legal guardianship that was induced by the CLINTONS, BIDENS, PRIME MINISTER MODI, SHINZO ABE, and the former ambassador of JAPAN to coverup the war crimes committed against PLAINTIFF and to continue to allow the ROTHSCHILDS to materially benefit from having war crimes done to PLAINTIFF in which PLAINTIFF'S legal guardian has not informed PLAINTIFF of any of their decisions involving PLAINTIFF; how an entire EN BANC 7th CIRCUIT COURT OF APPEALS JUDGES cannot bring up the issue of PLAINTIFF'S marital status and legal guardianship issues in which PLAINTIFF couldn't have been litigating in the first place and how they could understand the slavery PLAINTIFF was subject to and allow PLAINTIFF to continue to be a slave; and more.

**487.** There are at least 10 Counts of Violations of 18 USC 1962 (A),(B),(C), and (D) via the *Chicago Cases* and *Louisiana Cases.*

**488.** PLAINTIFF intentionally brought numerous motions to decide both the *Chicago Cases* and *Louisiana Cases* immediately as not to be a factor in the 2024 Presidential Election in

which it seems to PLAINTIFF that either the Democrat party or the Republican party want to blame PLAINTIFF and falsely make him out to be a scapegoat by having this litigation be so close to the election when PLAINTIFF did not and does not to be part of the 2024 Presidential Election. PLAINTIFF, to the best of his recollection, said that to the Court in the *Chicago Cases* and/or the *Louisiana Cases* the Court there and here ignored PLAINTIFF. Politics was a serious reason why DEFENDANTS intentionally treated like PLAINTIFF as a slave for years and PLAINTIFF wants nothing to do with them and politics until he can feel in his heart love and respect again.

**489.** Since PLAINTIFF began this litigation in the *Louisiana Cases*, JUDGE BRAIN JACKSON has done nothing to end the RICO Enterprise against PLAINTIFF and has entered into a conspiracy with DEFENDANTS to continue to make PLAINTIFF a slave in violation of 18 USC 1962(D) and therefore continues to aid and abet a RICO Enterprise unlawfully and has become a material member in continuing the RICO Enterprise against PLAINTIFF

**490.** Furthermore, JUDGE BRAIN JACKSON may have allowed the RICO Enterprise to flourish in Spring 2015 leading up to the war crimes and RICO violations undertaken against PLAINTIFF in Spring 2015 based on allowing corrupted DHS, FBI, and CIA to continue the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(d).

**491.** JUDGE OBERG'S ruling on both August 23rd and September 23rd, 2024 prohibiting PLAINTIFF from filing things further is part of the RICO Conspiracy against PLAINTIFF in violation of 18 USC 1962(D) and constitutes mail fraud, perpetuation of PLAINTIFF'S enslavement, a 18 USC 1961 and 18 USC 1962 violation, because the intentional concealment of certain facts (from the record) discovered or recalled between August 23rd

and September 23rd, 2024 that only further supplements PLAINTIFF'S argument in devastating fashion to DEFENDANTS;

**492.** Continuing the previous paragraph: PLAINTIFF, through the Court's corruption and animosity against PLAINTIFF in the *Chicago Cases via Judge Jenkins and all 15 Judges on the 7th Circuit Court of Appeals*, was able to build a record through correspondence that proved at least by a preponderance of the evidence standard that numerous RICO violations and Constitutional Rights depravations occurred because there was no reason for the Court not to respond adequately, fairly, impartially, and unbiased against PLAINTIFF in any of their decisions and PLAINTIFF'S correspondences between them and PLAINTIFF.

**493.** Continuing the previous two paragraphs: The Middle District of Louisiana Judges JACKSON and BOURGEOIS inherently understood PLAINTIFF'S super questioning, skeptical, somewhat intelligent, sarcastic, and smart-a** mouth was a major problem to them in perpetuating the RICO Enterprise against PLAINTIFF in the *Louisiana Cases* so that is why they intentionally prevented from sending correspondences to the Court because they saw, and most importantly, inherently understood what happened in the *Chicago Cases* as to prevent PLAINTIFF from having a fair ruling in court and continuing in enslaving PLAINTIFF. Furthermore, it is like JUDGE JACKSON knew that the United States Government was intentionally going to terrorize PLAINTIFF on his trip to Las Vegas on Frontier Airlines on May 29th, 2024.

**494.** Continuing the previous 3 Paragraphs. The *Louisiana Court* corruptly ruled against PLAINTIFF'S Rule 15(D) Motion on May 14th, 2024 knowing it supplemented the record more in favor of PLAINTIFF'S Injunctions and Restraining Orders and the Court continued to ignore PLAINTIFF'S motions only then to allow the US Government to terrorize

PLAINTIFF on May 29th, 2024 politically trying to get jurisdiction over PLAINTIFF in Colorado and conducting psyops against PLAINTIFF and kidnapping PLAINTIFF.

**495.** Continuing the previous 4 Paragraphs: furthermore, this is yet another example of a pattern of intentional discrimination by the Court's without any constitutional or legal basis against PLAINTIFF'S 1st Amendment Rights, 5th Amendment Rights, and Section 504 of the Rehabilitation Act of 1973 in which the *Chicago Cases* Court and the *Louisiana Cases* in violation of PLAINTIFF'S 1st and 5th Amendment Rights and Section 504 discriminated against PLAINTIFF for putting truth on the record in only a purely vindicative and retaliatory manner in violation of 18 USC 1961 Section 1513; furthermore, if any American PLAINTIFF experienced the same harm, the Court would have ruled completely differently thereby the decisions in the Louisiana Cases and Chicago Cases violates 42 USC 1981.

**496.** Furthermore, the deliberate exclusion of the material submitted to the Court from being considered gives a fraudulent reason to ignore the serious on-going harms that necessitated the purpose of filing restraining orders and permanent injunctions in the first place, which perpetuated the aims of the RICO Enterprise, in which DEFENDANTS tortured PLAINTIFF, deprived him of medicine, made him less capable of defending himself (i.e. obstructing and witness tampering), terrorizing PLAINTIFF, and more. This at a minimum constitutes a violation of 42 USC 1986 and aided and abetted the following sections of RICO: 18 USC 1961 Section 1503, Section 1512, and Section 1513.

**497.** The Louisiana Court in the *Louisiana Cases* on May 28th, 2024 received PLAINTIFF'S scathing 28 U.S. Code §351 motion, which was one of the first times PLAINTIFF articulated and expressed himself clearly the provable corruption that transpired in the Chicago Cases in which the very next day on May 29th, 2024 the Court, having not ruled in a timely manner,

allowed DEFENDANTS to terrorize PLAINTIFF on Frontier Airlines the very next day on May 29th, 2024. This at a minimum constitutes a violation of 42 USC 1986 and violations of 18 USC 1961 Section 1503, 1512, and 1513.

**498.** JUDGE OBERG continued the RICO Enterprise Pattern that was established in the *Chicago Cases* and the *Louisiana Cases* constituting Obstructions of Justice, Mail Fraud, Wire Fraud, Slavery, Witness Tampering, Terrorism, and more by not considering any of PLAINTIFF'S correspondences when the Court should have ruled in the first place in a timely manner based on the necessity of the emergency as explained. Justice not done is corruptly done.

**499.** By not considering the materials PLAINTFF provided that PLAINTIF lodged in this case, it constituted Fraudulent Concealment. In Smith v. Frandsen, the Utah Supreme Court summarized when fraudulent concealment occurs: "finally, in order to establish fraudulent concealment, "a plaintiff must prove the following three elements: (1) the nondisclosed information is material, (2) the nondisclosed information is known to the party failing to disclose, and (3) there is a legal duty to communicate." Hermansen v. Tasulis, 2002 UT 52, ¶ 24, 48 P.3d 235; see also Fennell v. Green, 2003 UT App. 291, ¶ 10, 77 P.3d 339; McDougal v. Weed, 945 P.2d 175, 179 (Utah Ct. App. 1997) ("Fraudulent concealment requires that one with a legal duty or obligation to communicate certain facts remain silent or otherwise act to conceal material facts known to him"). Therefore, a duty to disclose is material to each of the alleged causes of action."

**500.** PLAINTIFF demanded a permanent injunction that if ruled timely, PLAINTIFF would not have been tortured and terrorized in the hospital on September 7th and 8th, 2024. This is

material in proving the necessity of timely ruling in PLAINTIFF'S favor or at least should have issued a temporary restraining order against DEFENDANTS.

**501.** The information was known to JUDGE OBERG and JUDGE STEWART having received the information.

**502.** PLAINTIFF kept telling the Court that DEFENDANTS were psychotic in nature that they would continue to tamper with PLAINTIFF, terrorize PLAINTIFF, and more and the ongoing harm PLAINTIFF was experiencing at the tyrannical control of DEFENDANTS.

**503.** JUDGE OBERG knew the content of the lodged documents that gave more credence to PLAINTIFF'S arguments and necessity of having a permanent injunction in place and/or a permanent/temporary restraining order in place and still ruled on this motion without issuing a ruling that PLAINTIFF demanded.

**504.** Therefore, not including the documents lodged on the record constitutes fraudulent concealment. This act constitutes mail fraud and wire fraud against PLAINTIFF.

**505.** To prove PLAINTIFF'S argument, in *U.S. v. Phillip Morris*, Civil Action No. 99-CV-2496 (GK) (D.D.C. Mar. 27, 2001),[99] the Special Master in the case made a report that was 170 pages long,[100] which is on par with the total length of PLAINTIFF'S complaint. If PLAINTIFF had access to PACER (in which PLAINTIFF doesn't have access to PACER -- BECAUSE HE IS ILLEGALLY BEING HELD AS A SLAVE that he informed the Court about in which if PLAINTIFF wasn't a slave he would pay for his PACER account to be current), PLAINTIFF is estimating that DOJ'S Complaint in the case, PLAINTIFF has to exceed over 170 pages as well and the Court there didn't rule that DOJ'S 200+ Page

---

[99] https://www.courtlistener.com/docket/4215066/united-states-v-philip-morris-usa/
[100] https://casetext.com/case/us-v-philip-morris

Complaint violated Fed R. Civ P. Rule 8. Why the double standards from the Court but for malice and possibly corruption yet again?

**506.** PLAINTIFF gave most DEFENDANTS in the Utah Complaint "fair notice of what the plaintiff's claim is and the grounds upon which it rests." *Conley v. Gibson,* 355 U.S. 41 (1957)

**507.** So, to facilitate the Court with Pro-Se PLAINTIFF'S case and eliminate redundancies and the amount of paperwork filed in the case, PLAINTIFF provided the Court a comprehensive list of cases on the record that should have helped with the Court's ruling. JUDGE OBERG knows it would have been completely and legally impossible for an autistic slave pro-se attorney trying to beat the clock by properly cross referencing all of the cases PLAINTIFF cited in which PLAINTIFF filed six different motions--that were completely ignored or corruptly ruled on-- to stop the on-going RICO Enterprise and torture all the while DEFENDANTS with all the riches and super computers in the world were conspiring to deprive PLAINTIFF of Due Process and torturing an autistic American slave PLAINTIFF on American soil to make him lose in Court.

**508.** JUDGE OBERG completely outright lies on the record when she said: "The complaint references numerous civil and criminal statutes as well as case law but it fails to connect the cited authority to particular factual allegations" because PLAINTIFF cited particular statutes to particular individuals and their crimes for example, in Paragraph #70 in the Utah Complaint, PLAINTIFF wrote after elaborating what SHEA E. PERTUIT did on certain days in the paragraphs prior to this one: "SHEA E. PERTUIT, after knowingly having read the entire record in deciding a matter as a judge and giving PLAINTIFF the unconstitutionally egregious and erroneous reasons ***for her decision***, violated 18 USC 1962(a), 18 USC

1962(b), 18 USC 1962(c), and 18 USC 1962(d) as she furthered the RICO Enterprise against PLAINTIFF." Factual Allegation: SHEA E. PERTUIT furthered the RICO Enterprise? How: through her decision. Support: "violated 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d)."

**509.** Autistic PLAINTIFF, to the best of his recollection, is quite confused because PLAINTIFF in the *Chicago Cases* cited case law and statute and got scolded for doing so that ran something along the lines of a complaint should not contain an argument in which PLAINTIFF was not supposed to cite caselaw as that was arguing the case.

**510.** The following is manifestly and unconstitutionally dubious legal argument JUDGE OBERG made and quite possibly violates RICO for numerous reasons: "In sum, Mr. Kotevski *fails make specific, intelligible factual allegations regarding how each named defendant has harmed him or violated his legal rights.* As a result, even construing the complaint liberally, it is impossible to discern what claims Mr. Kotevski is attempting to bring or the underlying facts on which any cognizable claim could be based." In which it is egregious and illegal in the following ways:

a. The most important way. What the Court expects PLAINTIFF to think and conclude, how to think and conclude, if done for the rest of Americans, would be devasting to the fabric of trust inherently needed in the system and devasting to PLAINTIFF to let him believe the truth so readily and easily. Let PLAINTIFF explain. PLAINTIFF, nor any other American, shouldn't have the expectation that a flight delay and a trip was done to commit political terrorism against PLAINTIFF (can you imagine the chaos it would cause if Americans have the expectation that every alleged

flight delay was done for political kidnapping and terrorist purposes?), that random thoughts and connections made in an impromptu moment by a creative individual or mentally ill individual is the basis in determining that a foreign government has been listening in for years on an individual? That autistic individuals (who have a hard time understanding and relating to individuals in the first place) are clairvoyants and perfect mind readers that can accurately guess in an instance and ascertain the motives of spies who are trained to lie and deceive for years? That the nurse and doctor torturing an autistic individual allegedly providing care to an autistic individual are employees of the CIA or DoD or other American agency are there to intentionally commit RICO violations and more? That certain members of SCOTUS and CIA had years long vendettas against PLAINTIFF in which they facilitated the abuse through Court rulings by using different cases to deprive an American they had a vendetta against of his life, liberty, and pursuit of happiness? That to expect an American, who was once in Special Education, to have to fight over 200 different law firms and practicing attorneys that went to Harvard, Yale, Princeton and have hundreds of years of collective legal experience between them—figuratively speaking, not even BRUCE LEE could beat up more than 283 people at the same time that would surround him in a fight--is completely unrealistic to figure out what harms were done to PLAINTIFF is completely unreasonable but that is what PLAINTIFF has been forced to do, primarily because of the White House and CIA, FBI, et al. The line

between delusional thinking, actual conspiracy theory, schizophrenia, paranoia, and creativity is a very thin one.

**511.** It is readily and easily apparent to understand the exact harms what the Louisiana Court did in the *Louisiana Cases* and what the Court did in the *Chicago Cases* as explained in the Utah Complaint and it is an outright material lie, material fabrication, and obstruction that JUDGE OBERG committed when she alleged that this Court did not understand PLAINTIFF'S allegations in violation of 18 USC 1961, 18 USC 1962 (a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

**512.** When an autistic and destitute PLAINTIFF slave has screamed on the record that certain unknown intelligence agency DEFENDANTS are tampering with PLAINTIFF'S electronics in violation of 18 USC 1961 (Section 1029) in which those DEFENDANTS have hundreds of billions of dollars, super computers, and computer expertise to conceal their identities, fabricate false evidence and videos (that PLAINTIFF has personally seen) to retaliate against PLAINTIFF, falsely allege hostility to the United States, create false legal documents, conceal publicly available exculpatory evidence, tamper with PLAINTIFF'S internet connection (that PLAINTIFF proved), refuse to talk and provide paperwork when necessary, refuse to provide FOIA requests, refuse to follow up directly with PLAINTIFF on numerous complaints filed with them, how is PLAINTIFF supposed to ascertain which particular DEFENDANTS did what?

**513.** The Court asks PLAINTIFF to go even one step further when PLAINTIFF for years has alleged and proven his parents to be complete degenerates in which he is being forced to live with them in which the United States Government or United Nations at any time could have given shelter or aid to get PLAINTIFF away from them and they have not. It is unreasonable

to expect PLAINTIFF to know the exact financial records of PLAINTIFF'S parents and how much they made or are hiding when they stole his ideas that was implemented by a cartel, Russian intel, and/or Chinese Intel and/or a combination of the aforementioned for years in addition to the United States Government doing the same exact thing and having corporations utilize his ideas without compensation. Furthermore, the Court is expecting PLAINTIFF to view every movie and tv show for more than 15 years in which the CIA stole his ideas and implemented his ideas, jokes, and stories in Hollywood for years (CIA or DoD obviously have a foothold in Hollywood) and remember every creative thing his creative mind came up with for more than 15 years, it is impossible for PLAINTIFF to do that.

**514.** The Court is asking a creative and autistic American individual to readily presume that for more than 15 years, at any moment, American and foreign intelligence and military agencies have recorded every facet of PLAINTIFF'S life and that the worst psychopaths in the world given these incredible powers to circumvent and disregard the US Constitution and International Treaties, who are already taking advantage of and exploiting PLAINTIFF for their own malicious purposes, is supposed to assume that DEFENDANTS are doing just that for that long and for autistic PLAINTIFF to ascertain who did what & when in intelligence and spying when PLAINTIFF has no training whatsoever while being tortured and tampered with daily. Furthermore, it destroys a person to think that way 24/7 to make him believe he has: schizophrenia, psychosis, sociopathy, and narcissism when he does not and for his brain to 24/7 act that way. PLAINTIFF could not have made up his autistic results as a child. PLAINTIFF has done his best to determine what and when to the evidence available to him that he was allowed to see and had to make giant leaps and bounds to believe it was

applicable to him bordering on schizophrenia and psychosis and narcissism that PLAINTIFF is not those things and has not lived that way for years.

**515.** PLAINTIFF has included facts upon facts that he has attested to and testified under oath as being the complete truth to the best of his recollection in this case, *the Louisiana Cases*, and *the Chicago Cases*.

**516.** It is legally impossible for PLAINTIFF to know which people in his life are intelligence officers when they conceal that from him (though PLAINTIFF has guessed to the best of his ability), who is a snitch for the US Government, and most importantly, it is impossible for PLAINTIFF to know which low level intelligence officers sitting in FBI, CIA, NSA, CISA, DoD, DOJ Headquarters around DC and officers in Russia, China, and India Intelligence and Military having used their computers to cross state lines to tamper with PLAINTIFF.

**517.** If intelligence officials and employees weren't so corrupt, they wouldn't have worry about the necessity that PLAINTIFF is now arguing that *Bivens* must be used to include unknown intelligence officers that perpetuated the RICO Enterprise against PLAINTIFF for years.

**518.** How is PLAINTIFF supposed to reasonably ascertain and determine what specific individuals, just from the 15+ different military and intelligence agencies in the United States, every single remaining 5 Eyes countries and their defense and intelligence agencies in the United Kingdom, Canada, Australia, and New Zealand, and an unknowable amount of proxies and third party contractors that the United States, United Kingdom, Canada, Australia, and New Zealand that are kept secret that are hired to tamper with PLAINTIFF and further the RICO Enterprise against PLAINTIFF. It is legally impossible for PLAINTIFF to do so.

**519.** It is legally impossible for PLAINTIFF to ascertain what specific individuals did what when the very nature of the RICO Enterprise was the intentional concealment of material facts from PLAINTIFF by certain DEFENDANTS concerning the specific harms done to PLAINTIFF through lying, concealing material facts, goading, abusing, making one their slave and completely reliant upon them, and more...

**520.** The reason why SCOTUS (prior to PLAINTIFF'S birth) and the judicial system in the United States and America and the United Kingdom were so adverse to *Star Chambers* by the Court is because it would have been impossible for a DEFENDANT or an individual to exactly know what the judges were doing in secret against them for years upon years and the leaps and bounds of reasoning and logic it took for PLAINTIFF to determine such is so completely unreasonable for any American to have to do.

**521.** PLAINTIFF is not aware of any case in which if a pro-se PLAINTIFF does not adequately describe the factual allegations against just ONE or a couple of particular DEFENDANTS that it automatically warrants the complete dismissal of the entire case even though EVERY *REMAINING DEFENDANT*(S) had specific allegations made against him or her and made egregious harms against that PLAINTIFF that would pass Fed R. Civ P Rule 12(b)(6) Motion.

**522.** It is completely unrealistic and is legally impossible for an autistic American to be experts of DC doublespeak and doublespeak in general when he never worked in DC and determine at what exact times autistic PLAINTIFF is receiving a doublespeak message from anyone in DC and at what times he is not with 100% factual accuracy, which is the same of forcing autistic PLAINTIFF to live his life completely like a narcissist (thinking everything is about him when it is not), schizophrenia (that the US Government routinely transmits

secret messages when they do not) and more. PLAINTIFF did his best to determine when DC/White House were doublespeaking about PLAINTIFF. PLAINTIFF has done his best to show how doublespeak works, when it is referencing PLAINTIFF, and why it is referencing PLAINTIFF.

**523.** PLAINTIFF'S parents are such compulsive liars that PLAINTIFF does not know when they are telling the truth and when they are lying in which PLAINTIFF will bet his life PLAINTIFF'S parents intentionally deprived PLAINTIFF of material information for years upon years enabling the RICO Enterprise to be perpetuated against PLAINTIFF that enriched Russia, China, or a Cartel, and/or a combination thereof for the last 15 years. PLAINTIFF has no favorites because a lot of people have done PLAINTIFF wrong for years.

**524.** PLAINTIFF believes the main culprits of what transpired in the Summer of 2015 are: the Estate of Sir Evelyn Rothschild, Lynn Forester De Rothschild, Hillary Clinton, and Bill Clinton in which PLAINTIFF found more circumstantial tying the ROTHSCHILDS to PLAINTIFF in 2015 and after.

**525.** Based on the reasons contained in the previous Paragraph, JUDGE OBERG did not construe PLAINTIFF'S complaint liberally.

**526.** PLAINTIFF'S dog, Kawaii, needs probiotics and she is having issues pooping and scratching herself in which probiotics have helped her in the past with such and PLAINTIFF cannot afford probiotics right now.

**527.** PLAINTIFF has not had the Louisiana Court in the Louisiana Cases properly rule on PLAINTIFF'S Rule 55 Motion.

**528.** The CIA, Department of Defense, FBI, Russian Intelligence/Military, and/or Indian Intelligence and the Indian Government and/or other countries like the UN or others continue

to hold PLAINTIFF in some type of technological isolation against PLAINTIFF'S Constitutional Rights and have done so unrelentingly for more than 5 years.

**529.** PLAINTIFF has never directly: received any counteroffer for settlement from DEFENDANTS; any payment for services rendered on behalf of DEFENDANTS through the years; any meaningful answer to PLAINTIFF'S allegations; if PLAINTIFF was a member of the Department of Defense, he has not received a single dollar from them thereby making DOD liable for slavery and has not received care from the VA; any communication from DEFENDANTS adequately responding to PLAINTIFF'S allegations in any form; any notice of any criminal or civil proceedings against him since 2015; any Court order allowing DEFENDANT(S) to unlawfully hold into indentured servitude and slavery and technological isolation; any Court order allowing any DEFENDANTS to isolate PLAINTIFF technologically; any Court order allowing DEFENDANTS to go through PLAINTIFF'S email accounts and have control over such; any justification for having deleted material evidence from unlawfully having accessed PLAINTIFF'S phone and computer at any time that was in favor of PLAINTIFF'S allegation in violation of 18 USC 1962 et al; no communication from PLAINTIFF'S wife if PLAINTIFF is married informing him of his marriage, any decisions she made on behalf of PLAINTIFF since August 2015, and anything meaningful since August 2015; if PLAINTIFF is under a legal guardianship, PLAINTIFF has not received notice of such legal guardianship and any information regarding any decisions made on behalf of PLAINTIFF at anytime; if any governments listed as DEFENDANTS are representing PLAINTIFF in some way or capacity, they have not adequately informed PLAINTIFF of anything since August 2015.

**530.** PLAINTIFF is resorting to a Habeas Corpus petition to get DEFENDANTS out of PLAINTIFF'S laptop and cellphone for they effectively and illegally control PLAINTIFF'S life and hold him into slavery. PLAINTIFF has to resort to a Habeas Corpus petition if the US Marines are unlawfully holding and/or detaining PLAINTIFF in some way or manner. Furthermore, PLAINTIFF has to resort to a Habeas Corpus petition to get any militaries listed as DEFENDANTS to pay PLAINTIFF because PLAINTIFF has not received any money from any military listed as DEFENDANTS for any and all services rendered without or without PLAINTIFF'S consent and knowledge. Simply, PLAINTIFF understands that he is being that technologically tampered with and impaired and it can only be the result of DEFENDANT Intelligence or Military service doing so without proper court order, notification, consent, and in violation of 18 USC 1962 et al.

**531.** PLAINTIFF submitted to the District Court in Louisiana PLAINTIFF'S Permanent Injunction and PLAINTIFF'S Writ of Mandamus and Permanent Injunction to the 5th Circuit Court of Appeals, that both District Court for the Middle District of Louisiana and the 5th Circuit Court of Appeals received on or about Tuesday, July 16th, 2024 via FedEx.

**532.** On or about Thursday, July 18th, 2024, PLAINTIFF called the 5th Circuit Court of Appeals office to inquire about the case number for PLAINTIFF'S Writ of Mandamus Motion. The Court informed PLAINTIFF that a number would be given on Monday, July 22, 2024.

**533.** PLAINTIFF called the 5th Circuit Court of Appeals on Monday, July 22, 2024 to inquire about what was the case number the Clerk's Office assigned PLAINTIFF'S Writ of Mandamus.

**534.** Based on the previous paragraph, PLAINTIFF talked to SHEA E. PERTUIT, the Deputy Clerk for the 5th Circuit Court of Appeals and her employee, REBECCA ANDRY (spellcheck).

**535.** On Monday, July 22nd, 2024, SHEA PERTUIT told PLAINTIFF--to the effect-- that after having talking to an advisor or attorney to the Court (in which PLAINTIFF demanded to know that attorney or advisor's name which she did not provide after repeated requests but PLAINTIFF believes it to be JUSTICE ALITO), she refused to file PLAINTIFF'S WRIT OF MANDAMUS because of what PLAINTIFF had demanded from the Court in the PRAYERS OF RELIEF in the WRIT OF MANDAMUS submitted on July 16th, 2024 that involved weapons, the Apache helicopters, and airplanes.

**536.** PLAINTIFF received the letter in the mail (thereby constituting a violation of 18 USC 1961 Mail Fraud) from SHEA E. PERTUIT (See: Exhibit B) explaining her newfound capacity as a judge in denying PLAINTIFF'S Writ of Mandamus in which her decision reads as the following: "Dear Mr. Kotevski, We received your document titled "petition for writ of mandamus" on July 15th, 2023. **We** took **no action** on this document as we cannot determine which relief you are seeking. Additionally, this document does not comply with the Federal Rules of Appellate Procedure and the Fifth Circuit Rules. Your document did not include a mailing address, therefore, we were unable to send notification at the time the document was received. Sincerely…."

**537.** In regards to the previous paragraph, PLAINTIFF'S Writ of Mandamus to the 5th CIRCUIT COURT OF APPEALS did include the Exact Relief PLAINTIFF was seeking.

**538.** SHEA E. PERTUIT'S decision was an illegal decision on the merits of the Writ of Mandamus.

**539.** SHEA E. PERTUIT'S decision is constitutionally deficient and in violation of RICO as it gives no explanation as to what exact rules PLAINTIFF did not follow or broke in filing such, did not contain any acknowledgment that PLAINTIFF was filing pro-se and that the rules are different for pro-se attorneys, especially ones that are destitute and autistic; did not explain why PLAINTIFF'S PRAYERS of RELIEF was deficient or legally erroneous; did not discuss any of PLAINTIFF'S legal arguments about why a WRIT OF MANDAMUS was proper; intentionally made the decision to keep PLAINTIFF in a state of abject poverty and to further the RICO Enterprise against PLAINTIFF; her decision constituted yet another act of Mail Fraud, Wire Fraud, perpetuation of PLAINTIFF'S enslavement, and violated 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and/or 18 USC 1962(d) as she furthered the RICO Enterprise against PLAINTIFF.

**540.** It is quite possible PLAINTIFF never even talked to the 5th Circuit Court of Appeals and made submissions to the Court because the Indian Government and Intelligence or GRU and the FSB is with PLAINTIFF and preventing PLAINTIFF from doing so, which is yet another count of RICO violations of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

**541.** SHEA E. PERTUIT, after knowingly having read the entire record in deciding a matter as a judge and giving PLAINTIFF the unconstitutionally egregious and erroneous reasons for her decision, violated 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) as she furthered the RICO Enterprise against PLAINTIFF.

**542.** SHEA PERTUIT conspired with DEFENDANTS on or about July 16th, 2024 and thereafter, which violates 18 USC 1962(d), 18 USC 242, and 42 USC 1985(3).

**543.** PLAINTIFF responded to SHEA PERTUIT'S denial when he submitted his Rule 15(D) Motion to the Court in the *Louisiana Cases* on 07/22/2024 with the following select responses in Paragraphs XX through XX:

**544.** PLAINTIFF used to be one of the opinion that anyone who talked about aliens or unknown creatures and phenomenon were crazy and not credible and were simply to be dismissed; however, after what PLAINTIFF went through since 2017, PLAINTIFF wishes he wasn't so ignorant back then, should have believed those individuals back then and have been friends with them, and come to understand that maybe they are telling the truth.In July 2015 and Feb/March 2017, there were two assassination attempts on PLAINTIFF'S life; not including the political assassination that happened after a hit was ordered on June 26th, 2015. PLAINTIFF knows he is a liability to numerous DEFENDANTS who want PLAINTIFF dead. PLAINTIFF has repeatedly asked the CIA and FBI for protection; and they have all ignored PLAINTIFF. Furthermore, the CIA and FBI knew of the harm PLAINTIFF would find himself in and never gave him the means to escape nor the knowledge on how to escape knowing how he has been their slave for years and knew of the harm different individuals posed to PLAINTIFF; knew of the harm of being recruited and did nothing to stop it. FBI, NSA, and CIA were seemingly more interested in fabricating things against PLAINTIFF than helping PLAINTIFF. PLAINTIFF believes that DEFENDANTS will never stop trying to kill PLAINTIFF. Not once did the DOJ prosecute any individuals that attempted to murder PLAINTIFF even though they completely knew about it. Even presuming the good nature of the CIA and FBI; The fact the CIA and FBI know of how tampered PLAINTIFF is being by the Russians or Chinese and know that XI JINPING or VLADIMIR PUTIN would send assassins or mafia members to try to assassinate unarmed PLAINTIFF in massive danger

shows the CIA and FBI do not care about protecting PLAINTIFF; PLAINTIFF must do so himself and he needs guns to do so. The CIA and FBI were aware of what happened in July 2015 and Feb/March 2017 and did nothing and/or had authorized it. On or about July 18th or July 19th, 2023 between the hours of Midnight and 2am, PLAINTIFF saw the unknown and unidentifiable animal, creature, alien (not a human), or demon or Satan that night and will not rescind his testimony. PLAINTIFF has wrapped his mind trying to figure out if what he saw was a trick played by DEFENDANT intelligence agencies or if it was real alien or demon/Satan on or about July 18th or 19th, 2023. PLAINTIFF believes most aliens are good and just on a gut feeling believes that any alien that has come across PLAINTIFF'S path understands PLAINTIFF and they actually have tried to help out PLAINTIFF and PLAINTIFF is thankful to them, but due to certain inherent and presumably evolutionary adaptations in the mind, PLAINTIFF could not presume the goodness of this particular alien or demon that he saw that night on or about July 18th, 2023 or July 19th, 2023. PLAINTIFF heard the alien or demon's wings making a flapping sound as it landed or teleported that night prior to PLAINTIFF seeing it for the first time on or about July 18th or 19th, 2023. PLAINTIFF understands that one can make a mechanical creature or statute where you can create the red eyes, wings, etc. PLAINTIFF knows of Vantablack and the ability of cloth manufactures to use Vantablack to make black cloth that absorbs all light. On the night of the alien or demon visited PLAINTIFF on July 18th or 19th, 2023, even if it was a trick where vantablack or a derivative form of it was used on clothing or the entity itself, PLAINTIFF knows of no possible human device or trick that allows *matter* to physically absorb light *surrounding the entity* when the moon clearly conveyed lights on different parts of it. There is a castle in the Czech Republic called *Houska Castle* in which many believe is a gateway to

hell that local villagers have seen large, black, winged creatures with red eyes that flew out of a hole that was eventually covered up by the Castle. PLAINTIFF presumes there must be a connection between *Houska Castle*, Czech Republic, and Bohemian Grove in California where Bohemia was the name of the Czech Republic. If it was a demon or Satan on or about July 18th or 19th, 2023, PLAINTIFF did what he did according to his religious beliefs: that even Satan can be forgiven. So, the only way to turn Satan or a Demon to God is not by running away from him, but by going back and waving to it and saying hello and getting Satan or a Demon to change his mind. PLAINTIFF is the type of talk first and learn and lead Satan or a Demon to a path of good; and if that doesn't work and that Satan or Demon goes after PLAINTIFF'S family or dog, PLAINTIFF, or anyone for that matter in the presence of PLAINTIFF, PLAINTIFF has every f**** right whether it is under the Constitution, Louisiana's Revised Statutes, or Natural Law to bring out the guns, silver, and holy water and send it back to which it came from. There are things the Court doesn't have to rule on how certain aliens or demons do exist as a fact, but there are things the Court doesn't know about that exist in the world and universe and the Court should be very mindful of that. Go talk to a Cajun and they will tell you about the Rougarou. One cannot describe the adequate level of fear of seeing an entity like that in person. If JUSTICE SAMUEL ALITO, CHIEF JUSTICE JOHN ROBERTS, et al. saw it in person too, they would understand and would believe that anyone would have a right to defend himself or herself against that entity if it was malicious and putting people in danger. If that alien or demon did to SHEA PERTUIT what it did to PLAINTIFF, SHEA PERTUIT would understand in a heartbeat that PLAINTIFF is right and would completely understand what PLAINTIFF is arguing. PLAINTIFF believes that based on the horrendous surveillance has been under for the last

nine years, American Intel or DoD, Chinese Intel or Military, or Russian Intel or Military recorded the sound of the alien or demon's wings flapping that night on or about July 18th or 19th, 2023. ***So they know about it;*** PLAINTIFF filed a FOIA request with FBI and the FBI haven't turned over records. So, the FBI, CIA, and DoD know about it and know that PLAINTIFF is not lying and not once have they decided to help PLAINTIFF on this issue or share information it acquired over the years because they all have had to come across it at least once before PLAINTIFF. The point being: there is nothing the United States Government, Cartel, or any human can do to PLAINTIFF that can terrify PLAINTIFF as much as that alien, demon, or Satan did on July 18th or 19th, 2023. The fact that the United States Government knows about it and won't do anything about it means that PLAINTIFF must defend himself against it if it decides to become malicious against PLAINTIFF or PLAINTIFF'S dog and family and the United States Government has no right to take away PLAINTIFF'S ability to defend himself from the entities that remain classified. That is why PLAINTIFF chose his weapons. PLAINTIFF will not go down the path of darkness and will not be going to hell.

**545.** PLAINTIFF made an argument in his previous motions concerning the night of November 8th, 2018 and what he saw that night. As a reminder, PLAINTIFF went to the Wal-Mart in Waukegan, IL in which a drone resembling either a RQ-170 Sentinel, X-47B, or a secret drone that was in a similar shape to either a RQ-170 or X-47B, flew at very close proximity to the ground that PLAINTIFF immediately recognized it.[101] PLAINTIFF went in and bought Smucker's Strawberry Jam and went to Waukegan Beach in Waukegan, Illinois because water calms down PLAINTIFF. Luckily for PLAINTIFF, PLAINTIFF'S place of

[101] PLAINTIFF felt threatened by it and intimidated by it flying so close to the ground at Wal-Mart and the Waukegan Beach.

calm and soothing nature was also an amazing legal trap because it is in the no-fly zone of the Great Lakes Naval Base and it is by a former Nuclear Power Plant in which there is not a single way that an unauthorized aircraft or war drone would be allowed to fly so low next to a major DoD base and that the FAA doesn't know about. PLAINTIFF filed FOIA records request in which the FAA has not responded to PLAINTIFF about that night and aircraft. It could have been an alien for all PLAINTIFF knows based on PLAINTIFF'S history with them. GINA HASPEL, the former director of the CIA or the head of the DoD at the time were really the only two people that could have allowed that to happen. GINA HASPEL hated PLAINTIFF and made a joke about drooling and THAILAND to show she was maliciously torturing PLAINTIFF through the years and knew about certain things that happened in 2016. So PLAINTIFF gives more credence GINA HASPEL authorized it. If it would have been any other day besides November 8th, it would not have been as malicious to PLAINTIFF. But the fact of the matter is that it was on November 8th, precisely two years after the election and PLAINTIFF can only infer it was malicious retaliation and intimidation against PLAINTIFF for political purposes and DEFENDANTS' wanton malice in furthering the RICO Enterprise against PLAINTIFF that PLAINTIFF did not deserve to be intimidated in that manner. The fact of the matter is that the Court refuses to explain how they will prevent the United States Government from using weapons of war unconstitutionally against an American. What is it that warrants the United States Government to send a war-drone that billions of dollars were spent on to intimidate a destitute and broke autistic American going to Wal-Mart to buy strawberry jam? What is the terrorist activity in an autistic orthodox Christian buying strawberry jam at Wal-Mart? It was the United States government that committed an act of terrorism against PLAINTIFF by intimidating an American on American

soil for political purposes using a plane; again, it is this habitual pattern of stupid tyrannical projection where the United States Government commits acts of domestic and international terrorism against PLAINTIFF, an American on American soil, and falsely projects PLAINTIFF to be terrorist when they are the ones that are terrorists. The only thing that will prevent the United States Government from unconstitutionally using weapons of war against an American on American soil is an American being armed with such; if you don't like that logic then don't have the 1033 program. When the United States Government can use weapons of war designed for terrorists overseas against Americans on American soil without Due Process of Law, in violation of RICO and the United States Constitution, in complete violation and dereliction to their duty to uphold the Constitution, and the Court refuses to remedy such a situation, the United States officially became a terrorist tyranny. PLAINTIFF hates revealing and utilizing these type of tactics because PLAINTIFF has given DEFENDANTS so many opportunities to show they are in PLAINTIFF'S side and they keep abusing PLAINTIFF and taking advantage of his generosity. An Apache AH64 is an appropriate solution… because it is a thing that can shoot down a weapon of war being utilized against an American on American soil against the Court's orders and the United States Constitution in which Apache AH64's can be factually connected to the RICO Enterprise against PLAINTIFF because if the Court allows it to go unpunished, the United States government will do it again.

**546.** PLAINTIFF tells the United States Government or Russian Government or Chinese Government it can go f*** itself if it continues to falsely label PLAINTIFF as a terrorist and prevent PLAINTIFF from having airplanes. They have no legitimate evidence PLAINTIFF is a terrorist and especially have no legitimate evidence PLAINTIFF would ever personally use

an airplane to commit terrorism or kill people; the evidence is the exact opposite in which PLAINTIFF loves airplanes and it was only after the United States Government's terrorist activities against PLAINTIFF on an airplane through traveling that they want to cover up their malicious actions against PLAINTIFF.PLAINTIFF believes that either the United States Government, British Government, or Indian Government relied on GRIFFIN FRY or REBECCA WETHERBEE'S perjury, VICTORIA at SEWANEE, or falsely made evidence that PLAINTIFF wanted to commit some act of political terrorism via planes. PLAINTIFF tells them to go fuck themselves for having done that. Next, The United States Government's and any other government listed as a DEFENDANT who were adverse against PLAINTIFF'S dreams and PLAINTIFF'S love for travel and airplanes barbaric and caveman stupidity when it comes to PLAINTIFF and airplanes can be described as the following: they knew of PLAINTIFF'S profound history knowledge; they knew and PLAINTIFF knew that during the 1960s and 1970s, the highest amount of ***POLITICAL*** airplane hijackings and terrorism occurred. If autistic PLAINTIFF had any remote interests in committing such horrendous acts, he would have thoroughly read into and researched multiple of those incidents (which there is no proof of because PLAINTIFF never did), would have known the steps how to commit such horrendous acts based on the knowledge he developed; however, autistic PLAINTIFF knew *they occurred* as a historical reference and a general theme. The fact that PLAINTIFF never talked about that fact or highlighted or showed any behavior that approved of horrendous political terrorism and hijackings at any time or talked about those that occurred in the 1960s and 1970s in depth between 2007-2011 show that DEFENDANTS have no evidentiary basis in their false allegations. **Anything questionable PLAINTIFF did can be attributed to malicious misconstrual of evidence whether it was PLAINTIFF'S**

**inattention and gross & fine motor skill delays in dropping a beer and getting cut off from alcohol on an United flight, arguing with a stewardess on a Wizz Air flight who refused to properly accommodate a disabled passenger and was intentionally putting a disabled passenger in pain, and more.** For years, gross and wanton Constitutional violations have marred. PLAINTIFF understands the economic realities that India may one day have more money and be stronger economically than America; the demand for travel in India will only exponentially increase; PLAINTIFF wishes to see Indigo, Air India, Vistara, and other Indian airlines purchase a lot more BOEING airplanes, especially BOEING 777x aircraft. PLAINTIFF understands that India is BOEING'S top priority so long as China seems to continue down the path of using their own made aircraft. There is nothing more PLAINTIFF would love to see more than India and BOEING develop deeper bonds and have BOEING mean to Indians what BOEING means to Americans. It would make PLAINTIFF happy to see Indigo purchase 50 Boeing 777-9x aircraft within the next couple of years. Maybe with the more planes an airline purchases, the cheaper the planes get, in which PLAINTIFF is sure Indians, Indian Government and Indian Companies will all like and isn't a sign of corruption. PLAINTIFF thanks Airbus for having manufacturing in the United States and appreciates and loves Airbus too; PLAINTIFF just has a little of an American bias for BOEING; but if AIRBUS makes better aircraft and depending on the needs of a company, PLAINTIFF wouldn't mind having AIRBUS aircraft too.

**547.** From October 20th, 2023 to about July 17th, 2023, PLAINTIFF specifically filed TWO different Fed R. Civ P. Rule 55 Motions, TWO different Permanent Injunctions, and TWO Restraining Orders making a total of SIX different motions for the Court to immediately resolve the case and end the case in which the Courts in the *Chicago Cases* and *Louisiana*

*Cases* necessarily knew the actions being undertaken by DEFENDANTS that PLAINTIFF wrote and explained to the Court what DEFENDANTS were doing to avoid liability for their actions in regards to the RICO Enterprise against PLAINTIFF in which the Courts materially aided and abetted such decisions by DEFENDANTS through every single corrupt decision (individually and jointly) and the prolonged time it took DEFENDANTS to undercut, undermine, and deliberately ruin PLAINTIFF'S case without deciding the case on the actual merits and deprive PLAINTIFF of life, liberty, money, planes, and property in violation of PLAINTIFF'S Constitutional Rights, RICO, the Geneva Convention, and the Convention on the Rights of Individuals with Disabilities that all foreign governments listed as DEFENDANTS are a signatory of. Furthermore, PLAINTIFF figuratively screamed bloody murder when it came to how DEFENDANTS were tampering with PLAINTIFF'S electronics (either by the Indian Government, the United States Government, Russian Government, or Chinese Government and/or a combination thereof with the full approval of Apple Inc.) in which material evidence and information is intentionally being withheld from PLAINTIFF, the issue of whether PLAINTIFF was actually able to legally bring such cases as PLAINTIFF doesn't know if he is under a legal guardianship or someone has a Power of Attorney over PLAINTIFF, PLAINTIFF'S marital status, how PLAINTIFF is being tortured into autistic convulsions to give information to the Court by DEFENDANTS like the United States Government, Indian Government, Russian Government, CIA, FBI, DoD, GRU, FSB, etc that are against PLAINTIFF'S Constitutional and legal interests and rights, and how abusive the conditions PLAINTIFF was living in in which racoon piss and shit having been seeped into the drywall above PLAINTIFF'S bedroom is still there, how PLAINTIFF had to resort to using Dog Shampoo to clean his hair, and that PLAINTIFF'S father even attempted

to murder PLAINTIFF and provided a video to the Court in the *Chicago Cases* in which all of the Courts in the *Chicago Cases* and *Louisiana Cases* intentionally ignored and that is indicative of how corrupt the decisions are in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

**548.** Equitable tolling is applicable to any and all claims against DEFENDANTS, especially for RICO violations and the Constitutional violations.

**549.** To highlight some of the parties from PLAINTIFF'S argument in the previous two paragraphs, from October 20th, 2023, numerous DEFENDANTS ranging from Apple Inc. to Tim Cook to Boeing to the Jackson-Hartfield Atlanta International Airport to Boeing Inc to the Government of India to the Government of Japan to certain SCOTUS members to the DOJ to the FBI to the 7th Circuit Court of Appeals themselves that are all on record in the *Chicago Cases* and the *Louisiana Cases* all undertook actions having been informed of PLAINTIFF'S case in which the decisions made in the *Chicago Cases* and *the Louisiana Cases* were corruptly decided and prolonged in violation of PLAINTIFF'S Constitutional Rights, RICO, the Geneva Convention, and the Convention on the Rights of Individuals with Disabilities that all foreign governments listed as DEFENDANTS are a signatory of. For example, the 7th Circuit Court of Appeals changed numerous rules to undermine PLAINTIFF'S case.

**550.** Then PLAINTIFF appealed to the 5th CIRCUIT COURT OF APPEALS PLAINTIFF cries foul on SHEA PERTUIT as her actions in preventing an autistic and destitute pro-se PLAINTIFF'S from filing his motion in Court enabled a RICO Enterprise to continue and her actions violated PLAINTIFF'S 1st Amendment, 2nd Amendment, 4th Amendment, 5th

Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights.

**551.** SHEA PERTUIT'S arbitrary and capricious actions as a Deputy Clerk has no basis in law and the Constitution for she amounted to becoming a judge and deciding the merits of PLAINTIFF'S PRAYERS OF RELIEF in a WRIT OF MANDAMUS that was unconstitutionally decided by her failing to file the WRIT OF MANDAMUS.

**552.** SHEA PERTUIT'S arbitrary and capricious actions of unconstitutionally and in furtherance of the RICO Enterprise denying PLAINTIFF'S autistic dreams and right to defend himself makes her evil.

**553.** To show the Court the bad faith by certain U.S. agencies, only within the last five days PLAINTIFF received correspondence from the United States State Department in which it took the US State Department more around 18 months after PLAINTIFF filed a FOIA request in March 2023 (ignoring all the previous ones PLAINTIFF filed) and asked for some verification and still withholding vital information from PLAINTIFF knowing that PLAINTIFF filed a lawsuit against them from at least December 2023 and having interacted with numerous foreign DEFENDANTS' Governments and taking steps to undermine PLAINTIFF'S case.

**554.** To prove how the RICO Enterprise had the purpose of denying PLAINTIFF'S freedom and ensuring PLAINTIFF'S legal slavery in which they were that responsive in automatically trying to deny and prevent PLAINTIFF from winning or having access in court, PLAINTIFF proffers the following: In or about the middle of July 2023, PLAINTIFF started to gain traction on discovering what transpired between the United Kingdom, The State Department and HILLARY CLINTON, BARACK OBAMA, HBJ, INDIA, PRIME MINISTER SINGH,

and QATAR & QIA/QATAR AIRWAYS. *The Offing*. This is the time that PLAINTIFF started drafting *Miki's Tea Party*.

**555.** PLAINTIFF submitted a FOIA request to the FBI in JULY 2023 seeking records about the incident.

**556.** On August 9th 2023 or so, about three weeks after PLAINTIFF initially started to discover *the Offing*, PRESIDENT BIDEN issued an Executive Order that sought to completely curtail a basis of PLAINTIFF'S legal claim after having been given information of what PLAINTIFF'S legal basis was and what PLAINTIFF was researching and writing.

**557.** In order to have beaten PRESIDENT BIDEN'S E.O in Court by August 9th, 2023, a destitute autistic PLAINTIFF with a writing disability with only a law school degree, no access to LexisNexis or Westlaw, no funds to hire individuals to help research, with a completely corrupt FOIA department in every single US Agency, PLAINTIFF would have had to go over thousands of pages of documents and emails deciphering DC doublespeak and draft and edit and compile enough evidence for a RICO complaint that would pass Fed R. Civ P. Rule 9(B) that was physically and psychologically impossible for PLAINTIFF to have done on time. This is supplemented with the fact that the GOVERNMENT OF INDIA and/or the GOVERNMENT OF RUSSIA and/or the DEPARTMENT OF DEFENSE, FBI, and CIA all had access to PLAINTIFF'S cellphone and laptop between July 2023 and August 9th, 2023 which means they were monitoring the progress of PLAINTIFF and intentionally denying PLAINTIFF access to certain WikiLeaks documents that would have proved PLAINTIFF'S case in violation of RICO.

**558.** Simply summarizing the previous paragraph: what is an autistic destitute PLAINTIFF after having been tortured and having at least two attempts on his life with no one helping

him to do against three governments with billions of dollars of resources, super computers, and thousands of employees?

**559.** Money was spent on purchasing data about PLAINTIFF that should have been obtained with a warrant by DEFENDANTS (US INTEL AND OTHER INTELLIGENCE AND MILITARY AGENCIES).

**560.** PLAINTIFF on information and belief the Government of China and the Chinese are involved in this somehow whether that is through PLAINTIFF'S father, XIUYANG SUN, or some other unknown connection; principally and via Occam's Razor, PLAINTIFF understands that the ways the Chinese are involved, it must necessarily be through hacking PLAINTIFF'S laptop and cell phone or having recording devices in PLAINTIFF'S residence, PLAINTIFF'S trip to Japan and Japan in 2015 and afterwards, Serbian-Chinese relations, intellectual property issues, and PLAINTIFF'S Free Speech and Free Speech Issues--these are the only things that make sense to PLAINTIFF; but DEFENDANTS know otherwise.

**561.** PLAINTIFF'S parents treated PLAINTIFF maliciously throughout his life and terrorized PLAINTIFF. If it was not the United States and Foreign Governments after PLAINTIFF, it was PLAINTIFF'S parents and their employer who tormented PLAINTIFF throughout his life. PLAINTIFF'S parents deep down inside could never love PLAINTIFF because PLAINTIFF is autistic, which is an affront to a person who lives, works, and/or worked for an Eastern European government at one time or another in their life. PLAINTIFF'S parents routinely lied to PLAINTIFF through the years; PLAINTIFF'S parents routinely forced PLAINTIFF to sign contracts without PLAINTIFF reading them in which PLAINTIFF at one time or another gave power of attorney to PLAINTIFF'S parents under duress; based on

information and belief, either PLAINTIFF'S parents or the United States Government burned down PLAINTIFF'S home in May 2010 in which they intentionally murdered PLAINTIFF'S beloved cat and framed PLAINTIFF; PLAINTIFF'S parents maliciously took advantage of PLAINTIFF'S deep desire to be accepted by parents (that will never happen in PLAINTIFF'S life), his autistic traits, his naiveté, throughout his whole life in which they amassed over $2,000,000.00 USD and blew it all like scumbag parents in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) routinely committing mail and wire fraud, insurance fraud, witness tampering, obstruction of justice, and more. PLAINTIFF'S parents loved PLAINTIFF'S brother more than PLAINTIFF and their abuse took a higher degree when PLAINTIFF explained what PLAINTIFF'S brother routinely did to PLAINTIFF over the years and when PLAINTIFF'S brother got married and had a child knowing the harm PLAINTIFF experienced in Summer 2015.

**562.** PLAINTIFF never committed acts of domestic violence nor any violence against his partners at any time in his life in which people like ASHLEY MAIDEN AND ANGIE ORTIZ had material reasons to lie because of the RICO Enterprise.

**563.** DEFENDANTS are hellbent on destroying PLAINTIFF'S life and soul and abuse vulnerable autistic individuals like PLAINTIFF to establish precedent to abuse autistic people without remorse and destroy people's souls in order to coverup for their own misdeeds and treat people like slaves and never give them an opportunity to remedy the harm being done to us on purpose.

**564.** PLAINTIFF sent to two different departments at BOEING a copy of *Miki's Tea Party*.

**565.** PLAINTIFF believes that DEFENDANTS (US Government, Russian Government, or Indian Government) intentionally prevented PLAINTIFF from contacting BOEING and tried to prevent BOEING from receiving a PDF of *Miki's Tea Party* in violation of RICO.

**566.** Each and every single decision made in the *Chicago Cases* and the *Louisiana Cases* was a retaliation against PLAINTIFF for his speech; and because it was a retaliation against his free speech rights, it constituted a taking because each decision continued to ensure PLAINTIFF remained a slave; so therefore, under the 5th Amendment, free speech retaliation constitutes a taking of an individual's property interests.

**567.** PLAINTIFF tried to contact Apple's legal department numerous times. One time, PLAINTIFF has the phone call recorded, PLAINTIFF talked to an alleged supervisor at Apple that had a heavy and thick Indian accent. PLAINTIFF informed Apple how they were subject to liability under RICO and case precedent based on their actions involving PLAINTIFF. PLAINTIFF recorded the call. PLAINTIFF has gone back in his phone to find the video that PLAINTIFF never deleted only to find out that it has been in fact deleted by DEFENDANTS, which is a RICO violation in and of itself.

**568.** In violation of 18 USC 1961 Section 1029, DEFENDANTS routinely hacked into all of PLAINTIFF'S three Apple laptops and 2 iPhones he had since, at a minimum, Spring 2015, if not Spring 2008.

**569.** In the course of violating 18 USC 1961 Section 1029 from at least Spring 2015 (and sooner), DEFENDANTS tyrannically placed PLAINTIFF into a figurative technological isolation chamber and bubble in order to deliberately manipulate and control PLAINTIFF that amounted to torture routinely torturing PLAINTIFF through unconstitutional and

unwarranted PSYOPS taken against him in violation of PLAINTIFF'S Constitutional Rights, Geneva Convention, and RICO.

**570.** What DEFENDANTS have done technologically cruelly to PLAINTIFF is the following via their violations of 18 USC 1961 Section 1029: either they routinely placed undetectable cameras and microphones in the majority, if not every single one, of PLAINTIFF'S residences or used PLAINTIFF'S laptop and cellphone as a camera and microphone (or a combination of the aforementioned) from at a minimum of Fall 2013 and/or Spring 2008 in which PLAINTIFF had no privacy in which PLAINTIFF has come across deep fakes of consensual encounters he had with past love interests; have taken pictures of PLAINTIFF'S love interests in vulnerable or nude positions and posted them on the internet without PLAINTIFF'S or PLAINTIFF'S love interests consent; have installed malicious malware and undetected child pornography in PLAINTIFF'S laptop and cell phone that PLAINTIFF never personally downloaded; have taken vulnerable conversations PLAINTIFF had and utilized them to blackmail PLAINTIFF and inflict cruel and unusual punishment and torture on purpose to PLAINTIFF; had intelligence agencies leak the contents of multiple on-going investigations in order to retaliate against PLAINTIFF and to profit off of PLAINTIFF; have used PLAINTIFF'S ideas/Intellectual Property without PLAINTIFF'S consent and have profited billions upon billions of dollars in the process without PLAINTIFF ever receiving a single dime for his ideas; PLAINTIFF has routinely come across numerous GIFS of masturbatory videos PLAINTIFF recorded between 2013-2014 and Spring 2015 of himself that ended up on 4Chan, typically in the Big White Cock sections; compromised PLAINTIFF and put PLAINTIFF in the intelligence sphere that PLAINTIFF never fully ever wanted to be a part of; intentionally prevented PLAINTIFF from resolving the issues by hiding material

information from PLAINTIFF to perpetuate the fraud; one of the following or a combination: have impersonated multiple agencies and companies in correspondences that PLAINTIFF tried to get vital information to end the RICO Enterprise against PLAINTIFF or prevented agencies and companies from resolving the issues with PLAINTIFF; have leaked PLAINTIFF'S personal ideas about business and politics and leaked them to numerous DEFENDANT corporations, politicians, and intelligence agencies all used and profited off of PLAINTIFF'S ideas in which PLAINTIFF never received a thank you or a dime from DEFENDANTS utilizing PLAINTIFF'S work; have intentionally prevented PLAINTIFF from finding the proper case law that support PLAINTIFF'S positions thereby violating RICO; all of this at least is tantamount to witness tampering, mail and wire fraud, and so much more

**571.** PLAINTIFF was routinely and constitutionally prejudiced and retaliated against based on his religion, nationality, disabilities, and political beliefs from at least 2002 onwards.

**572.** PLAINTIFF was manifestly in extreme good faith throughout the entirety of the *Chicago Cases* and the *Louisiana Cases*.

**573.** From October 20th, 2023, PLAINTIFF gave DEFENDANTS an opportunity to resolve the issues without resorting to a public trial. At no time did DEFENDANTS give PLAINTIFF any written settlement offer.

**574.** PLAINTIFF went to the DOJ on October 20th, 2023 and gave the DOJ a flash drive that contained *Attachment A* and an explanation of the 20 or so cases that PLAINTIFF believes and argues are necessarily constitutionally tainted via RICO by the Supreme Court of the United States.

**575.** In showing DOJ and the SUPREME COURT the utmost extreme regard and respect, PLAINTIFF gave DOJ the only copy of the document PLAINTIFF created that explains why 20 or so Supreme Court cases are necessarily constitutionally tainted against PLAINTIFF. It is precisely for this reason that PLAINTIFF has done everything in his power to avoid going to the Supreme Court because PLAINTIFF knows for sure that JUSTICE SAMUEL ALITO and CHIEF JUSTICE JOHN ROBERTS are necessarily constitutionally tainted against PLAINTIFF because of what transpired in 2015. Furthermore, PLAINTIFF believes SCOTUS would continue to violate RICO and PLAINTIFF'S constitutional guarantees of a fair trial and Due Process of law. PLAINTIFF has let it slip through the record at least four or five cases that PLAINTIFF argues are necessarily constitutionally tainted. PLAINTIFF doesn't recall which 15 other cases are tainted at this moment, but if pushed far enough and coerced enough, PLAINTIFF can probably recall which ones they are in fact tainted.

**576.** PLAINTIFF at no time had any legitimate reason to hate SCOTUS. PLAINTIFF fondly recalls approving when JUSTICES SOTOMAYOR, GORSUCH, and BARRETT were appointed to the Court. PLAINTIFF may have said JUSTICE ALITO looks like a parrot PLAINTIFF'S freshman year at Sewanee in which a Supreme Court Justice shouldn't be offended what a stupid and naïve 18 year old autistic man with developmental delays said as to so prejudice numerous decisions from 2008 to lash out against PLAINTIFF to fuel the fire of a RICO Enterprise against PLAINTIFF; PLAINTIFF was indifferent to CHIEF JUSTICE JOHN ROBERTS being nominated as CHIEF JUSTICE to the best of PLAINTIFF'S recollection. PLAINTIFF doesn't remember what he thought of JUSTICE KAGAN, who shares the same birthday as PLAINTIFF, thought of her nomination to SCOTUS.

**577.** PLAINTIFF'S parents perfectly exploited and made PLAINTIFF their slave as they inherently recognized and deeply understood PLAINTIFF'S intelligence in some respects, autistic traits, and naivete in which they knew how to abuse PLAINTIFF and prevent him from seeking help. PLAINTIFF'S parents knew of PLAINTIFF'S mind and how to use it to their complete advantage and leave PLAINTIFF in a destitute and traumatic state. Anytime PLAINTIFF wanted to sue, they would prevent PLAINTIFF from doing so; PLAINTIFF recalls having been abused by his mother sometime during the time he attended Spaulding School and reported such abuse to his teachers in which PLAINTIFF was scolded for doing so and then PLAINTIFF'S mother routinely told that story to mock PLAINTIFF and make PLAINTIFF out to be a liar. They knew of the medical conditions PLAINTIFF had through the years and denied him money to get treatment when they had it or criticized or berated PLAINTIFF when PLAINTIFF told them the truth about what he was going through and experiencing; PLAINTIFF'S parents told their supervisors in a cartel or Russian intel or Chinese Intel of PLAINTIFF'S legal requests and demands in which they all intentionally ignored PLAINTIFF. Simply, 35 years of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

**578.** To the best of PLAINTIFF'S ability to understand the issues, PLAINTIFF'S parents are one of the following or did one of the following: in some cartel, are Russian spies and work for FSB or GRU or other division of Russian intelligence, government, military, or law enforcement or worked on their behalf, or are Chinese spies and work for the Chinese government in some intelligence, government, military, or law enforcement capacity or worked on their behalf.

**579.** PLAINTIFF'S parents offered PLAINTIFF as bait to US Military, Intel, and Law Enforcement to get the heat off of them and making PLAINTIFF out to be the problem in which they knew the vast majority of the problems were with PLAINTIFF'S parents. So US Military, Intel, and Law Enforcement, BILL and HILLARY CLINTON, then maliciously used PLAINTIFF to attack PLAINTIFF'S parents and exploited PLAINTIFF'S autism for their purposes such as allowing and implementing *JAPLAN* against PLAINTIFF and using him for Counterterrorism precedent in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C). Furthermore, PLAINTIFF'S parents made PLAINTIFF a criminal through coercion and fraud knowing that any liability for their crimes would be PLAINTIFF'S liability and crimes and a way to control, manipulate, and abuse PLAINTIFF to prevent him from getting help or going to get help.

**580.** PLAINTIFF'S parents, GRU, FSB, FBI, CIA, DoD, DHS, and NSA all knew PLAINTIFF was never a terrorist, never an arsonist, and never a pedophile; but for their RICO violations, falsely made PLAINTIFF out to be for their own material benefits in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C).

**581.** The vast majority of the following agencies and individuals (a combination thereof) necessarily knew of *JAPLAN* before it was maliciously implemented against PLAINTIFF in Summer 2015: ANDREW MCCABE, PETER STRZOK, FBI, CIA, GINA HASPEL, JOHN BRENNAN, JEH JOHNSON, DHS, DoD, DEA, JAMES COMEY, SHINZO ABE; MICHAEL MORELL; PRIME MINISTER MODI; JUSTICE SAMUEL ALITO; CHIEF JUSTICE JOHN ROBERTS; JAPANESE law enforcement, military, or intelligence; PLAINTIFF'S parents; LYNN FORESTER DE ROTHSCHILD; HILLARY CLINTON; BILL CLINTON; GRU; FSB; Chinese intel or military; South Korean Intel or Military.

**582.** PLAINTIFF'S parents intentionally withheld so much information from PLAINTIFF from the years that it was their intent to fraudulently conceal the total amount of money owed to PLAINTIFF.

**583.** ASHTON CARTER, JAMES CLAPPER, SUZY GEORGE; ROSE GOTTEMOELLER, AVRIL HAINES, VALERIE JARRETT, JACOB LEW; DENIS MCDONOUGH, EVAN MEDEIROS, JENNIFER PSAKI, SAMANTHA POWER, CAROLINE KENNEDY, AMY ROSENBAUM, LISA MONACO, SUSAN RICE, CATHERINE RUSSEL and CHARLES SCHARF all attended the Japanese Conspiracy Dinner on April 28th, 2015 and they all conspired to implement JAPLAN against PLAINTIFF and would aid and abet such endeavors in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) and would materially benefit from the harm to PLAINTIFF.

**584.** PLAINTIFF believes that VALERIE JARRETT threatened PLAINTIFF in the Fall of 2016 in which she posed as a worker at Discover Credit Card in which PLAINTIFF recalls her saying "how are you going to pay for that." PLAINTIFF will admit she has balls and PLAINTIFF respects her when she admitted to PLAINTIFF during a Chicago Autism Speaks event that she killed PLAINTIFF'S dreams when PLAINTIFF was volunteering for Autism Speaks sometime within the last five years.

**585.** Based on ANDREW MCCABE'S own admission, DoD was listening in to PLAINTIFF in Spring 2015 and along with ASHTON CARTER the Secretary of DEFENSE attending the Japanese Conspiracy Dinner against PLAINTIFF on April 28th, 2015, this gives a factual nexus that DoD knew what was happening to PLAINTIFF in Japan in 2015 and allowed war crimes to happen against PLAINTIFF when *Japlan* was implemented against PLAINTIFF. If the DoD won't protect one of their own, then PLAINTIFF has every right to use the tools

they use to protect himself in the future. Time for DoD to have some honor and help PLAINTIFF for once.

**586.** US Intel and Military, Russian Intel and Military, Indian Intel and Military, all had access to PLAINTIFF'S cell phone in 2015 in which they saw snapchats sent by PLAINTIFF in Summer 2015; as part of their devised plan against PLAINTIFF, the CLINTONS and ROTHSCHILDS had some africans who were integral in child sex trafficking and blackmailing PLAINTIFF in which ANGIE ORTIZ led PLAINTIFF to such africans who were aware of such as to blackmail PLAINTIFF; and PLAINTIFF avers that those africans are connected to the CLINTONS and ROTHCHILDS when they were in AFRICA around PLAINTIFF'S birthday on April 28th, 2015 and the *Japanese Conspiracy Dinner* against PLAINTIFF.

**587.** PLAINTIFF absolutely remembers the argument PLAINTIFF got into with ANGIE ORTIZ in which PLAINTIFF kept smelling almonds (when he did not eat almonds that day and could not locate them in the home) and then PLAINTIFF became sick with flu-like symptoms for about 3 days. PLAINTIFF only discovered that was either arsenic or ricin poisoning in which unknown DEFENDANTS attempted to physically murder PLAINTIFF a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic

espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**588.** There was a second assassination attempt on PLAINTIFF'S life in February or March 2017 in which DEFENDANTS in the FBI, CIA, DoD, et al. either condoned such actions or intentionally allowed such actions to take place by unknown officers in GRU/FSB and knew PLAINTIFF'S life was in danger for a second time and did nothing in violation of 42 USC 1986 and a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**589.** Because of PLAINTIFF'S parents lies and fraudulent concealment of key facts, Russia, America, China, and India's fraudulent concealment of facts and intentionally using PLAINTIFF as a slave, ANGIE ORTIZ's fraudulent concealment of facts, and DEFENDANTS never informing PLAINTIFF how his business acumen and intellectual property was stolen and utilized through the years without PLAINTIFF'S consent in violation of PLAINTIFF'S 5th Amendment Rights and RICO, it is incalculable the amount that is owed to PLAINTIFF but PLAINTIFF can reasonably argue it exceeds over $100 Billion USD.

**590.** PLAINTIFF even asked the CIA and FBI on multiple occasions to give PLAINTIFF some type of antidote or anti-poison to the risk of being poisoned by adverse individuals on at least 3 separate occasions from October 20th, 2023 and they all ignored PLAINTIFF'S requests despite knowing the potential harm PLAINTIFF was in at that time and now. At no time did the FBI or CIA truly and meaningfully help PLAINTIFF when PLAINTIFF needed the help the most.

**591.** PLAINTIFF'S father continues to threaten PLAINTIFF and PLAINTIFF fears for his life; if PLAINTIFF'S father kills PLAINTIFF because of all the horrendous things PLAINTIFF'S father did to PLAINTIFF over the years, PLAINTIFF will laugh in his face during the last seconds of PLAINTIFF'S father attempting to kill PLAINTIFF again (if he tries) knowing that PLAINTIFF'S father will always be half the man PLAINTIFF is because he only has one testicle.

**592.** BILL CLINTON & LYNN FORESTER DE ROTHSCHILD IN KENYA May 3rd, 2015; they continued to conspire against PLAINTIFF in violation of 18 USC 1962(d).

**593.** When talking about BILL CLINTON, LYNN FORESTER DE ROTHSCHILD said: "The programs are possible only because of the partners and donors from around the world who support them. I traveled with wonderful people to Africa. **We have become a kind of band of brothers and sisters by this point.** The people whose lives have been changed for the better because of the Clinton Foundation filled all of us, from the donors to the staff, with the same humility and determination to do more to keep the work going and to keep producing results."[102] Part of their work and results included blackmailing PLAINTIFF on purpose in Japan in 2015. This shows the extreme closeness between LYNN FORESTER de ROTHSCHILD and the CLINTONS and the likelihood of them conspiring and working together to further the RICO Enterprise against PLAINTIFF in Japan in Summer 2015.

**594.** Furthermore, PLAINTIFF believes that JEFFREY EPSTEIN, LYNN FORESTER DE ROTHSCHILD, BILL CLINTON, and HILLARY CLINTON all had a role in *JAPLAN* and this website firmly establishes the connections between all four of them https://steemit.com/lynndeforsterrothschild/@artistiquejewels/lynn-de-rothschild-friend-to-hillary-lynn-s-dad-owner-of-general-aviation-company-that-became-meridian-where-her-nephew-is-ceo. PLAINTIFF included a copy of all the information in Exhibit A.

**595.** LYNN FORESTER de ROTHSCHILD received proceeds from the RICO Enterprise from their accounts at any one of the ROTHSCHILD'S Banks PLAINTIFF listed as a DEFENDANT from Spring 2015 through the time of filing this case.

**596.** BILL CLINTON & HILLARY CLINTON received proceeds from the RICO Enterprise from their accounts at any one of the ROTHSCHILD'S Banks PLAINTIFF listed as a

[102] https://www.huffpost.com/entry/back-from-africa-with-eyes-wide-open_b_7438836

DEFENDANT, Qatar Bank XX, and/or JP Morgan Chase Bank or at some unknown bank located in Switzerland from at least August 2010 through the time of filing this case.

**597.** In Doha on October 24th, 2022, The Amir Sheikh Tamim bin Hamad Al Thani received, in his office at the Amiri Diwan Monday morning, Jamie Dimon, Chairman and CEO of JPMorgan Chase & Co. and the accompanying delegation, who called on the Amir to greet on the occasion of his visit to the country.

**598.** Jan 13th, 2011, JP MORGAN CHASE BANK received approval by the Qatari Government to open a branch in Qatar; [103] this took place exactly around the same time of the incidents involving PLAINTIFF in London and REBECCA WETHERBEE.

**599.** DENNIS MUILENBURG was the CEO of BOEING Inc. around the sametime of the Japanese Conspiracy Dinner in 2015 in which BOEING materially would benefit from implementing *JAPLAN* against PLAINTIFF.

**600.** JAMES MCNERNEY was the CEO of BOEING Inc in which he oversaw the deals of SpiceJET, JET AIRWAYS, BRITISH AIRWAYS, and QATAR AIRWAYS from 2010 through 2013 and was a material actor that aided and abetted the RICO Enterprise and materially benefitted from the RICO Enterprise against PLAINTIFF in violation of in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C)

**601.** DAVE CALHOUN was a director at BOEING Inc in which he oversaw the deals of SpiceJET, JET AIRWAYS, BRITISH AIRWAYS, and QATAR AIRWAYS from 2010 through 2013 and was a material actor that aided and abetted the RICO Enterprise and materially benefitted from the RICO Enterprise against PLAINTIFF in violation of in

---

[103] https://www.qfcra.com/en-us/MediaCentre/PressReleases/2011_RA_02_JPMorgan _Chase_Bank_EN_FINAL.pdf

violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

**602.** STEPHANIE POPE, the PRESIDENT and CEO of BOEING'S Commerical Aviation Section, knew of PLAINTIFF'S Complaint and PLAINTIFF'S compensation owed to PLAINTIFF and BOEING and STEPHANIE POPE have not responded to PLAINTIFF'S complaint despite having knowledge of such and therefore aided and abetted the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

**603.** THEODORE COLBERT III, a director at Boeing Inc., knows of PLAINTIFF and his complaint and he failed to respond to PLAINTIFF and therefore aided and abetted the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

**604.** JAMES A. BELL, the CFO of BOEING and Corporate President of BOEING from 2010 through 2011 in which at least the SpiceJET and QATAR AIRWAYS deals took place was a material actor that aided and abetted the RICO Enterprise and materially benefitted from the RICO Enterprise against PLAINTIFF in violation of in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

**605.** In October 2015, JAMES A. BELL joined the Board of Directors of Apple Inc and was a member of the Board of Directors at JP Morgan Chase Bank at the time of joining Apple. Apple Inc materially benefitted from the RICO Enteprise against PLAINTIFF from 2010 through present. Therefore, JP Morgan Chase Bank, Apple Inc., and BOEING Inc. all materially benefitted from the RICO Enterprise against PLAINTIFF in which JAMES A. BELL made decisions to further the aims of the RICO Enterprise against PLAINTIFF at his

time at BOEING, JP Morgan Chase Bank, and Apple Inc between 2010 through 2016 in violation of in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C).

**606.** ERIC SCHMIDT and Alphabet Inc. aided and abetted the RICO Enterprise when he knew that PLAINTIFF could find information and evidence in regard to both RICO Enterprise #1 and RICO Enterprise #2 and intentionally told his employees to hide evidence in regards to both RICO Enterprise #1 and RICO Enterprise #2 by making pages containing the evidence not appear on searches or be so far down ranked that no one could reasonably find the information in violation of 18 USC 1962(D), 18 USC 1962(A), 18 USC 1962(B), and 18 USC 1962 (C), and 18 USC 1962(d).

**607.** JOHN BRENNAN knew of *JAPLAN* taking place against PLAINTIFF in Summer of 2015, would later falsely portray PLAINTIFF as an instigator and a bad man for having war-crimes committed against him under his watch, and specifically did nothing to stop *JAPLAN* because either he was told not to intervene by SUSAN RICE or had such a profound hatred of PLAINTIFF because PLAINTIFF was an autistic orthodox Christian libertarian man in violation of PLAINTIFF'S First Amendment and Title VI rights in which JOHN BRENNAN maliciously associated religious individuals and libertarians in the same category of terrorists when he said: "I know looking forward that the members of the Biden team, who have been nominated or have been appointed, are now moving in laser-like fashion to try to uncover as much as they can about what looks very similar to insurgency movements that we've seen overseas. Where they germinate in different parts of the country, and they gain strength, and it brings together an unholy alliance, frequently, of religious extremists, authoritarians, fascists, bigots, racists, nativists — even libertarians." PLAINTIFF at one time recalls

talking about some sort of unholy alliance with WARWICK ALLEN in SPRING 2015 and talked about laser focus in regards to RICO Enterprise #2. This necessarily shows that JOHN BRENNAN received information about PLAINTIFF in Spring 2015 that necessarily included details of *JAPLAN*.

**608.** Of Course JUDGE JENKINS, JUDGE BOURGEOIS, JUDGE JACKSON, and all of the Judges on the 7th CIRCUIT COURT OF APPEALS retaliated against PLAINTIFF for his Free Speech in violation of PLAINTIFF'S 1st Amendment, 5th Amendment, and 14th Amendment Rights; furthermore, the Courts' retaliation of PLAINTIFF for his 1st Amendment protected speech is an unjust taking because they intentionally deprived PLAINTIFF of his money and property interests because of his speech.

**609.** PLAINTIFF sent JUDGE JACKSON over 10 emails in his personal email account to try to talk to JUDGE JACKSON (seeing how DEFENDANTS talked to him and all of the Judges on the 7th CIRCUIT COURT OF APPEALS behind PLAINTIFF'S back) in which part of the reason why he did was to show DEFENDANTS PLAINTIFF'S good faith and what else PLAINTIFF can file in Court if he wanted to.

**610.** Judge BOURGEOIS' continues this bizarre spectacle of ridiculously corrupt decisions that have no basis in fact and law when he denied multiple PLAINTIFF'S motions on May 24th, 2024. PLAINTIFF calls the Court corrupt because the Court is corrupt based on their actions.

**611.** The fact that Judge BOURGEOIS is hiding information from PLAINTIFF constitutes ongoing acts of mail fraud, wire fraud, and RICO violations because he is privy to information that PLAINTIFF HAS TESTIFIED TO UNDER OATH THAT HE DOES NOT HAVE. Judge BOURGEOIS' actions at least violates *In re Murchison, 349 U.S. 133 (1955).*

Judge BOURGEOIS knows whether PLAINTIFF is married and whether PLAINTIFF is under a legal guardianship because DOJ, FBI, CIA, and/or other DEFENDANTS conspired with Judge BOURGEOIS to make PLAINTIFF criminally liable for perjury, find him guilty of some other crime, or to dismiss the case with prejudice based on secret information that PLAINTIFF DOESN'T FUCKING HAVE ACCESS TO OR KNOWS IN WHICH PLAINTIFF KEEPS TESTIFYING UNDER OATH OVER AND OVER AGAIN TO SUCH, which violates PLAINTIFF'S Due Process Rights, Constitutional Rights, and RICO.

**612.** Continuing the previous paragraph: Furthermore if PLAINTIFF is married, Judge BOURGEOIS knows that it is a sham marriage perpetuated by DEFENDANTS in which PLAINTIFF'S wife has fraudulently taken over PLAINTIFF'S finances in which PLAINTIFF has not received a single dime, hug, or ounce of respect from his wife since 2015 in which PLAINTIFF has not received any meaningful communication--that is expected from a married couple--from his wife in over 8 years.

**613.** Corrupt Magistrate Judge BOURGEOIS' insinuates that PLAINTIFF is a liar through intentionally selected caselaw when he says this as a corrupt warning to PLAINTIFF: "*Indeed, a plaintiff's false allegation of poverty for the purposes of proceeding IFP subjects an action to dismissal… Abusing this privilege warrants dismissal with prejudice as a sanction for lying . . .").."* This shows Judge BOURGEOIS has been given information by some of the DEFENDANTS (PLAINTIFF believes it to be the FBI, CIA, NSA, DoD, or DOJ in secret) that PLAINTIFF does not possess. As PLAINTIFF will repeat this point, PLAINTIFF'S electronics are tampered with so even if he tried to figure out how much PLAINTIFF possesses, he wouldn't be able to determine such because PLAINTIFF'S electronics are tampered with and couldn't truthfully ascertain his assets EVEN THOUGH

PLAINTIFF has a complete desire to know how much PLAINTIFF has in his assets, who his wife is if PLAINTIFF is married, and who is PLAINTIFF'S legal guardian if PLAINTIFF is under a legal guardianship.

**614.** Continuing the previous paragraph: PLAINTIFF alleges that Judge BOURGEOIS is conspiring with DEFENDANTS in violation of 18 USC §1962(D) to further the RICO Enterprises' purpose and deny PLAINTIFF payment for suffering through years of horrendous constitutional violations, slavery, sexual abuse, acts of international and domestic terrorism, and more.

**615.** One of the DEFENDANTS' PLAINTIFF is suing is DEFENDANT BARACK OBAMA, who appointed JUDGE BOURGEOIS to the Court; and based on Judge BOURGEOIS' actions, he is protecting the person that appointed him as a favor to BARACK OBAMA truly showing a two-tiered justice system in America.

**616.** PLAINTIFF has alleged financial abuse and has proven such beyond a reasonable doubt. Because of actual physical abuse, threats and acts of violence, and PLAINTIFF'S parents' deception and lies, PLAINTIFF cannot know and does not know how much certain bank accounts that his parents have control over that he was forced to have in his name. PLAINTIFF cannot testify to things that he does not know in which his parents won't allow him to know.

**617.** Judge BOURGEOIS' extreme manifest bias is inconsistent and an incomplete factual and impartial analysis expected from a fair judge in which that extreme bias is evident in Judge BOURGEOIS' ruling is one where he faults PLAINTIFF for not including additional information on form AO 239 when it was not required to be answered on form AO 239 as to effective deny PLAINTIFF'S Due Process Rights and perpetuate a RICO Enterprise against

PLAINTIFF. Form AO 239 doesn't ask to specify where and who PLAINTIFF got a gift of $100 from. The fact that Court is finding trying to find fault with PLAINTIFF's medical expenses even when PLAINTIFF is not receiving the proper medical care shows the manifest bias and malice of the Court against PLAINTIFF in violation of PLAINTIFF'S 8th Amendment Rights. Then the Court is faulting PLAINTIFF for stating the truth that PLAINTIFF currently understands it BEYOND ANY REASONABLE DOUBT IN PLAINTIFF'S MIND THAT PLAINTIFF has no assets and no dollars. If PLAINTIFF had any money, he would have his own credit union account that he would use to send documents via USPS to the Court and he would have sold some of the assets and gotten the hell out of the house of a man that tried to murder PLAINTIFF. Form AO 239 doesn't require PLAINTIFF to explain how he pays for things. PLAINTIFF could be sucking dick on the street for meds or panhandling for all intents and purposes; however, it is irrelevant for purposes of Form AO 239 since it doesn't specify nor requires PLAINTIFF to explain how he pays for things.

**618.** The Court continues to be willfully blind as to what did HUNTER BIDEN and JIM BIDEN or another BIDEN family member make PLAINTIFF sign in Japan on or about July 18th, 2015 that PLAINTIFF has no clue or idea about. By the way, HUNTER and JIM BIDEN and OTHER BIDEN FAMILY MEMBERS VIOLATED 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D).

**619.** PLAINTIFF said in his *Louisiana Complaint* in Paragraph #16: "*PLAINTIFF incorporates all of the Chicago Cases material herein. The case record in the Chicago Cases is voluminous and PLAINTIFF doesn't have the resources to go to PACER and download a certified copy of the record. PLAINTIFF pleads and begs the Court as a destitute man to*

*access the record The Chicago Cases that consists of the cases: Kotevski v. Clinton, et al. 23CV17137 N.D. IL (2023), In Re .-Milan Michael Kotevski, 24-1085 7th Circuit Court of Appeals (2024), and Kotevski v. Jenkins, 24-1085 7th Circuit Court of Appeals (2024) on PACER in which Judge JENKINS of the District Court in the Northern District of Illinois, Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made their decisions."*

**620.** The corrupt truth is that Judge BOURGEOIS' 05/24/24 ruling is making false requirements unexpected of PLAINTIFF that amounts to less than $1000 in order to deny a mentally disabled, autistic, and destitute, slave who is suffering from severe depression and PTSD any compensation for being intentionally sexually abused by DEFENDANTS, escaping an assassination attempt, being politically assassinated, having his religious beliefs trampled upon and horrendously violated, and having acts of international and domestic terrorism committed against PLAINTIFF because he posed a liability to certain DEFENDANTS for the work PLAINTIFF has done for DEFENDANTS that amounts to over $7,000,000,000.00 USD to PLAINTIFF in violation of PLAINTIFF'S 13th Amendment Rights, in violation of *Kozminski v. United States*, 487 U.S. 931 (1987) , in violation of RICO, in violation of PLAINTIFF'S 5th Amendment Rights as an unjust taking, in violation of 8th Amendment as a cruel punishment (See: *Timbs v. Indiana*, 586 U.S. 146 (2019)) and in violation of applicable caselaw cited in Paragraph #23 & #25. Furthermore, PLAINTIFF asserts his Fifth Amendment Rights. PLAINTIFF doesn't want to be entangled with certain DEFENDANTS financially. PLAINTIFF has seriously thought about breaking into an easily breakable locked drawer in PLAINTIFF'S parents home that contains over $3,000 USD so that PLAINTIFF can break into it, take the money, and flee PLAINTIFF'S parents, but

cannot on the principle that it is still stealing even though they stole from PLAINTIFF through the years.

**621.** PLAINTIFF is outraged because of JUDGE BOURGEOIS and JACKSON'S lack of honor and impartiality and the seething morbid foul stench of corruption in which a Judge is supposed to review the totality of the record as required by law because that is what an honest and faithful judge does when he swore to uphold and defend the United States Constitution in violation of 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D).

**622.** PLAINTIFF is not lying nor does PLAINTIFF have the intent on lying when he is making these submissions to the Court. PLAINTIFF is making these answers to the best of PLAINTIFF'S ability and current level of knowledge. Even if PLAINTIFF were to resubmit Form AO239, **all of PLAINTIFF'S answers would remain the same.**

**623.** PLAINTIFF has screamed bloody murder (rhetorically, politically, and factually) throughout the course of the litigation about his electronics being tampered with that causes PLAINTIFF to be tampered with. Congress, specifically made, electronic tampering a RICO violation under 18 USC §1961 Section 1029. Electronic tampering is horrible because it substantially impairs the ability of an individual, especially a slave cruelly confined to his home, of an ability to ascertain the truth; adequately defend himself; properly receive timely information; be in contact with the United States Government, agencies, families, and loved ones; receive help at appropriate times; receive the proper medical care; and more. **Electronic tampering is the greatest tool in a tyrannical dictatorship, especially with AI reaching unfathomable and undistinguishably humanesque characteristics that can impersonate people, impersonate family, create false evidence, and more,** because it

prevents an individual from learning the truth, which in turn, obstructs justice, wastes judicial resources, and more.

**624.** The State Department, FBI, CIA, DOJ, and/or Different DEFENDANTS coerced PLAINTIFF to sign documents that PLAINTIFF did not understand what the contents of such contained in or about July 18th, 2015 because of the Clintons' and Rothschilds' blackmail, sexual trafficking of a minor to blackmail PLAINTIFF while PLAINTIFF was in JAPAN in 2015, and forced PLAINTIFF against his will and conscience to be married to a borderline personality suffering whore named ANGIE ORTIZ. Whore because ANGIE ORTIZ presented herself as an adult woman who was in a sugar-daddy relationship with a British man (which meets numerous Rothschilds) and PLAINTIFF cannot understand the difference between a whore and a woman in a sugar-daddy relationship because there is none. ANGIE ORTIZ, PLAINTIFF will give the Court and her, is intelligent, but she suffers from compulsive lying and PLAINTIFF would never marry or trust a lying whore because there is no trust and no love. PLAINTIFF would never be married to a woman where PLAINTIFF is in a cuck relationship or open marriage relationship.

**625.** Judge BOURGEOIS cited the *Chicago Cases* multiple previous rulings. See: May 24th, 2024 Ruling and Initial Order Denying IFP on May 14th, 2024.

**626.** The *Chicago Cases* and these cases contain some factual and legal overlaps, but are distinct and different enough to not fall under res judicata. PLAINTIFF incorporated the totality of the record in the *Chicago Cases* that Judge BOURGEOIS also cited and <u>*completely LEGALLY INCORPORATED in these cases*</u>.

**627.** Judge BOURGEOIS is hiding information from PLAINTIFF constitutes ongoing acts of mail fraud, wire fraud, and RICO violations because he is privy to information that

PLAINTIFF HAS TESTIFIED TO UNDER OATH THAT HE DOES NOT HAVE. Judge BOURGEOIS' actions at least violates *In re Murchison, 349 U.S. 133 (1955).* Judge BOURGEOIS knows whether PLAINTIFF is married and whether PLAINTIFF is under a legal guardianship because DOJ, FBI, CIA, and/or other DEFENDANTS conspired with Judge BOURGEOIS to make PLAINTIFF criminally liable for perjury, find him guilty of some other crime, or to dismiss the case with prejudice based on secret information that PLAINTIFF DOESN'T FUCKING HAVE ACCESS TO OR KNOWS IN WHICH PLAINTIFF KEEPS TESTIFYING UNDER OATH OVER AND OVER AGAIN TO SUCH, which violates PLAINTIFF'S Due Process Rights, Constitutional Rights, and RICO.

**628.** Continuing the previous paragraph: Furthermore if PLAINTIFF is married, Judge BOURGEOIS knows that it is a sham marriage perpetuated by DEFENDANTS in which PLAINTIFF'S wife has fraudulently taken over PLAINTIFF'S finances in which PLAINTIFF has not received a single dime, hug, or ounce of respect from his wife since 2015 in which PLAINTIFF has not received any meaningful communication--that is expected from a married couple--from his wife in over 8 years.

**629.** Corrupt Magistrate Judge BOURGEOIS' insinuates that PLAINTIFF is a liar through intentionally selected caselaw when he says this as a corrupt warning to PLAINTIFF: "*Indeed, a plaintiff's false allegation of poverty for the purposes of proceeding IFP subjects an action to dismissal… Abusing this privilege warrants dismissal with prejudice as a sanction for lying . . .").."* This shows Judge BOURGEOIS has been given information by some of the DEFENDANTS (PLAINTIFF believes it to be the FBI, CIA, NSA, DoD, or DOJ in secret) that PLAINTIFF does not possess. As PLAINTIFF will repeat this point in Paragraph #35 again, PLAINTIFF'S electronics are tampered with so even if he tried to

figure out how much PLAINTIFF possesses, he wouldn't be able to determine such because PLAINTIFF'S electronics are tampered with and couldn't truthfully ascertain his assets EVEN THOUGH PLAINTIFF has a complete desire to know how much PLAINTIFF has in his assets, who his wife is if PLAINTIFF is married, and who is PLAINTIFF'S legal guardian if PLAINTIFF is under a legal guardianship.

**630.** Continuing the previous Paragraph #5: PLAINTIFF alleges that Judge BOURGEOIS is conspiring with DEFENDANTS in violation of 18 USC §1962(D) to further the RICO Enterprises' purpose and deny PLAINTIFF payment for suffering through years of horrendous constitutional violations, slavery, sexual abuse, acts of international and domestic terrorism, and more.

**631.** One of the DEFENDANTS' PLAINTIFF is suing is DEFENDANT BARACK OBAMA, who appointed JUDGE BOURGEOIS to the Court; and based on Judge BOURGEOIS' actions, he is protecting the person that appointed him as a favor to BARACK OBAMA truly showing a two-tiered justice system in America.

**632.** Judge BOURGEOIS' extreme manifest bias is inconsistent and an incomplete factual and impartial analysis expected from a fair judge in which that extreme bias is evident in Judge BOURGEOIS' ruling is one where he faults PLAINTIFF for not including additional information on form AO 239 when it was not required to be answered on form AO 239 as to effective deny PLAINTIFF'S Due Process Rights and perpetuate a RICO Enterprise against PLAINTIFF. Form AO 239 doesn't ask to specify where and who PLAINTIFF got a gift of $100 from. The fact that Court is finding trying to find fault with PLAINTIFF's medical expenses even when PLAINTIFF is not receiving the proper medical care shows the manifest bias and malice of the Court against PLAINTIFF in violation of PLAINTIFF'S 8th

Amendment Rights. Then the Court is faulting PLAINTIFF for stating the truth that PLAINTIFF currently understands it BEYOND ANY REASONABLE DOUBT IN PLAINTIFF'S MIND THAT PLAINTIFF has no assets and no dollars. If PLAINTIFF had any money, he would have his own credit union account that he would use to send documents via USPS to the Court and he would have sold some of the assets and gotten the hell out of the house of a man that tried to murder PLAINTIFF. Form AO 239 doesn't require PLAINTIFF to explain how he pays for things. PLAINTIFF could be sucking dick on the street for meds or panhandling for all intents and purposes; however, it is irrelevant for purposes of Form AO 239 since it doesn't specify nor requires PLAINTIFF to explain how he pays for things.

**633.** The Court continues to be willfully blind as to what did HUNTER BIDEN and JIM BIDEN or another BIDEN family member make PLAINTIFF sign in Japan on or about July 18th, 2015 that PLAINTIFF has no clue or idea about. By the way, HUNTER and JIM BIDEN and OTHER BIDEN FAMILY MEMBERS VIOLATED 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D).

**634.** PLAINTIFF said in his *Louisiana Complaint* in Paragraph #16: "*PLAINTIFF incorporates all of the Chicago Cases material herein. The case record in the Chicago Cases is voluminous and PLAINTIFF doesn't have the resources to go to PACER and download a certified copy of the record. PLAINTIFF pleads and begs the Court as a destitute man to access the record The Chicago Cases that consists of the cases: Kotevski v. Clinton, et al. 23CV17137 N.D. IL (2023), In Re .-Milan Michael Kotevski, 24-1085 7th Circuit Court of Appeals (2024), and Kotevski v. Jenkins, 24-1085 7th Circuit Court of Appeals (2024) on PACER in which Judge JENKINS of the District Court in the Northern District of Illinois,*

*Judges PRYOR, WOOD, and JACKSON-AKIWUMI, and unknown other 8 Judges in the 7th Circuit Court of Appeals made their decisions."*

**635.** The corrupt truth is that Judge BOURGEOIS' 05/24/24 ruling is making false requirements unexpected of PLAINTIFF that amounts to less than $1000 in order to deny a mentally disabled, autistic, and destitute, slave who is suffering from severe depression and PTSD any compensation for being intentionally sexually abused by DEFENDANTS, escaping an assassination attempt, being politically assassinated, having his religious beliefs trampled upon and horrendously violated, and having acts of international and domestic terrorism committed against PLAINTIFF because he posed a liability to certain DEFENDANTS for the work PLAINTIFF has done for DEFENDANTS that amounts to over $7,000,000,000.00 USD to PLAINTIFF in violation of PLAINTIFF'S 13th Amendment Rights, in violation of *Kozminski v. United States*, 487 U.S. 931 (1987) , in violation of RICO, in violation of PLAINTIFF'S 5th Amendment Rights as an unjust taking, in violation of 8th Amendment as a cruel punishment (See: *Timbs v. Indiana*, 586 U.S. 146 (2019)) and in violation of applicable caselaw cited in Paragraph #23 & #25. Furthermore, PLAINTIFF asserts his Fifth Amendment Rights. PLAINTIFF doesn't want to be entangled with certain DEFENDANTS financially. PLAINTIFF has seriously thought about breaking into an easily breakable locked drawer in PLAINTIFF'S parents home that contains over $3,000 USD so that PLAINTIFF can break into it, take the money, and flee PLAINTIFF'S parents, but cannot on the principle that it is still stealing even though they stole from PLAINTIFF through the years.

**636.** PLAINTIFF is outraged because of the lack of honor and impartiality and the seething morbid foul stench of corruption in which a Judge is supposed to review the totality of the

record as required by law because that is what an honest and faithful judge does when he swore to uphold and defend the United States Constitution in violation of 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D).

**637.** PLAINTIFF has done his best not to lie nor does PLAINTIFF have the intent on lying when he is making these submissions to the Court. PLAINTIFF is making these answers to the best of PLAINTIFF'S ability and current level of knowledge. Even if PLAINTIFF were to resubmit Form AO239, **all of PLAINTIFF'S answers would remain the same.**

**638.** PLAINTIFF has screamed bloody murder (rhetorically, politically, and factually) throughout the course of the litigation about his electronics being tampered with that causes PLAINTIFF to be tampered with. Congress, specifically made, electronic tampering a RICO violation under 18 USC §1961 Section 1029. Electronic tampering is horrible because it substantially impairs the ability of an individual, especially a slave cruelly confined to his home, of an ability to ascertain the truth; adequately defend himself; properly receive timely information; be in contact with the United States Government, agencies, families, and loved ones; receive help at appropriate times; receive the proper medical care; and more. **Electronic tampering is the greatest tool in a tyrannical dictatorship, especially with AI reaching unfathomable and undistinguishably humanesque characteristics that can impersonate people, impersonate family, create false evidence, and more,** because it prevents an individual from learning the truth, which in turn, obstructs justice, wastes judicial resources, and more.

**639.** The State Department, FBI, CIA, DOJ, and/or Different DEFENDANTS coerced PLAINTIFF to sign documents that PLAINTIFF did not understand what the contents of such contained in or about July 18th, 2015 because of the Clintons' and Rothschilds' blackmail, sexual

trafficking of a minor to blackmail PLAINTIFF while PLAINTIFF was in JAPAN in 2015, and forced PLAINTIFF against his will and conscience to be married to a borderline personality suffering whore named ANGIE ORTIZ. Whore because ANGIE ORTIZ presented herself as an adult woman who was in a sugar-daddy relationship with a British man (which meets numerous Rothschilds) and PLAINTIFF cannot understand the difference between a whore and a woman in a sugar-daddy relationship because there is none. ANGIE ORTIZ, PLAINTIFF will give the Court and her, is intelligent, but she suffers from compulsive lying and PLAINTIFF would never marry or trust a lying whore because there is no trust and no love. PLAINTIFF would never be married to a woman where PLAINTIFF is in a cuck relationship or open marriage relationship.

**640.** Judge BOURGEOIS cited the *Chicago Cases* multiple previous rulings. See: May 24th, 2024 Ruling and Initial Order Denying IFP on May 14th, 2024.

**641.** PLAINTIFF specifically alleged *the Chicago Cases* were corruptly decided when he said in the summary of the case in his complaint This should have alerted an impartial and uncorrupted judge that the severity and seriousness of the allegations PLAINTIFF made was one that required the utmost integrity, due diligence, and constitutional care because the infectious rot of corruption was seething in Chicago and was at risk of poisoning the integrity of the judicial system in America in which a fair, impartial, and uncorrupt judicial system is one of the cornerstones of what makes America great and what the world should look up to in America: "*All of the decisions the Northern District Court of Illinois made as well as the 7th Circuit Court of Appeals constitutes Outrageous Government Conduct in their decisions as it pertains to PLAINTIFF; All of the decisions the Northern District Court of Illinois made under Judge Jenkins as well as the 7th Circuit Court of Appeals made constitutes an act of Obstruction of Justice under RICO sections 891-894 (relating to extortionate credit transactions), section 1029*

*(relating to fraud and related activity in connection with access devices), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1351 (relating to fraud in foreign labor contracting), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstmction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), and sections 1581-1592 (relating to peonage, slavery, and trafficking in persons). Throughout the entire record and duration of the Chicago Cases, PLAINTIFF has warned the Court ofon-going conspiracies, a threat on PLAINTIFF'S life, advising the Court every step of the way of the on-going harm the RICO Enterprise is engaging in which the Court completely ignored all of PLAINTIFF'S pleas as to fundamentally constitute obstruction of justice through the deprivation of Due Process and RICO violations."*

**642.** PLAINTIFF'S same arguments and same legal citations are applicable; especially a pro-se attorney that is not licensed in any state in which the Court has a legal affirmative obligation under the United States Constitution, the Louisiana Constitution, and under existing case law that the Court should interpret PLAINTIFF'S pleadings most favorable to PLAINTIFF.

**643.** PLAINTIFF'S record in the *Chicago Cases* and these cases contains more than 150 cited cases and arguments of law that are applicable and relevant that Judge BOURGEOIS' intentionally ignored.

**644.** At least three of the following relevant passages from PLAINTIFF is applicable here concerning a corrupt judge's liability in a RICO Enterprise is from the *Chicago Cases* when PLAINTIFF said in his complaint: Passage #1: "*The United States of America vs. Josef*

*Altstötter, et al. (holding judges and attorneys liable for: 1) Participating in a common plan or conspiracy to commit war crimes and crimes against humanity; 2) War crimes through the abuse of the judicial and penal process, resulting in mass murder, torture, plunder of private property; 3) Crimes against humanity on the same grounds, including slave labor charges; 4) Membership in a criminal organization, the NSDAP or SS leadership corps).....”* Passage #2*“United States v. Grubb, 11 F.3d 426, 438-39 (4th Cir. 1993) (The court stated that “[w]e alsohave a defendant (a judge) who undeniably is employed by and operates or manages the enterprise within the meaning of Reves v. Ernst & Young.” The applicable standard in a RICO conspiracy to violate 18 U.S.C. Section 1962(c), see Section III(D)(3.) In describing its “operation or management” test, the Supreme Court stated: “Once we understand the word “conduct” to require some degree of direction and the word “participate” to require some part in that direction,the meaning of Section 1962(c) comes into focus. In order to “participate, directly or indirectly, in the conduct of such enterprise's affairs,” one must have some part in directing those affairs. Reves, 507 U.S. at 179.” And The Court in “Withrow v. Larkin, 421 U.S. 35 (1975) said: “Not only is a biased decision maker constitutionally unacceptable but our system of law has always endeavored to prevent even the probability of unfairness.” 421 U.S. at 47. But the Court continued: “The contention that the combination of investigative and adjudicative functions necessarily creates an unconstitutional risk of bias in administrative adjudication…must overcome a presumption of honest and integrity in those serving as adjudicators; and it must convince that, under a realistic appraisal of psychological tendencies and human weakness, conferring investigative and adjudicative powers on the same individuals poses such a risk of actual bias or prejudgment that the practice must be forbidden if the guarantee of due process is to be adequately implemented.”*

**645.** JUDGE BOURGEOIS shall clarify that he has indeed read all of the paragraphs in which his response to PLAINTIFF should demonstrate such and that he knows that the following list of cases PLAINTIFF cited is in fact law in the next paragraph:

**646.** Judge BOURGEOIS completely omitted the following as factual and legal relevance from *the Chicago Cases*: PLAINTIFF'S letter to the Court made on 01/02/2024; but most importantly, PLAINTIFF'S financial IFP affidavit he personally made to the 7th Circuit Court of Appeals on or about 01/23/2024 that PLAINTIFF testified and swore under oath that he understood it to be true to the best of his recollection.

**647.** The Court in *Spurr v. United States*, 174 U.S. 728 (1899) talked about willfull blindness and how willful blindness can be proved in criminal proceedings as they said: the "word 'willful' is omitted from the description of offenses in the latter part of this section. Its presence in the first cannot be regarded as mere surplusage; it means something. It implies on the part of the officer knowledge and a purpose to do wrong. Something more is required than an act of certification made in excess of the actual deposit, but in ignorance of that fact, or without any purpose to evade <u>or disobey the mandates of the law</u>. The significance of the word 'willful' in criminal statutes has been considered by this Court. In *Felton v. United States,* <u>96 U. S. 699</u>, <u>96 U. S. 702</u>, it was said:" "Doing or omitting to do a thing knowingly and willfully implies not only a knowledge of the thing, but a determination with a bad intent to do it ***<u>or to omit doing it</u>***. The word 'willfully,' says Chief Justice Shaw, 'in the ordinary sense in which it is used in statutes, means not merely 'voluntarily,' **<u>but with a bad purpose</u>**.' 20 Pick. 220. 'It is frequently understood,' says Bishop, 'as signifying an evil intent without justifiable excuse.' Crim.Law, vol. 1, § 428.""And later, in the case of *Evans v. United States,* <u>153 U. S. 584</u>, <u>153 U. S. 594</u>, there was this reference to the words 'willfully misapplied':" "In fact, **the gravamen of the offense**

**consists in the evil design with which the misapplication is made, and a count which should omit the words 'willfully,' etc., and 'with intent to defraud,' would be clearly bad. . .** The wrongful intent is the essence of the crime. If an officer ***certifies*** a check with the intent that the drawer shall obtain so much money out of the bank, when he has none there, such officer not only **certifies unlawfully, but the specific intent to violate the statute may be imputed**. And so evil design may be presumed if the officer purposely keeps himself in ignorance of whether the drawer has money in the bank or not, or is grossly ***indifferent to his duty in respect to the ascertainment of that fact."***

**648.** JUDGE BOURGEOIS had an evil design in mind with the totality of all of his rulings with his misapplication as to properly ascertaining and incorporating known facts in his rulings as to intentionally deprive PLAINTIFF of justice and a fair and impartial hearing.

**649.** Judge BOURGEOIS' seems completely oblivious to one of the most constitutionally abhorrent acts and necessarily prejudicial acts known in the Court of law and that is the intentional omission of facts and applicable and relevant law in deciding the issues..

**650.** Judge BOURGEOIS' is so biased and cognitively incapable of understanding the facts and law as PLAINTIFF presented that PLAINTIFF'S 1st Amendment, 5th Amendment Rights, Due Process, and other Constitutional Rights have been violated in addition to violating 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D). The following proves such: 1)The complete omission of the word, analysis, and applicability of RICO that PLAINTIFF spent over 2000 pages and evidence proving a RICO Enterprise exists against PLAINTIFF and the nature and extent of their heinous crimes; 2) Judge BOURGEOIS fails to distinguish the three types of conspiracy PLAINTIFF alleged, argued, and proved beyond a reasonable doubt that involve the following type of conspiracies: 18 USC §1962(D), 18 USC

§241, and 42 USC §1985(3). It is extremely important because proving 18 USC §1962(D) (that PLAINTIFF proved) would entitle PLAINTIFF to numerous vindications and remedies under the law which include PLAINTIFF'S aircrafts whether that is through SpiceJet (out of an order of 27 Boeing 737-8NG), Aeroflot (as an alternative liability and whatever amount PLAINTIFF previously argued), Lufthansa (possible), United Airlines (minimum of 3 widebody and 3 narrowbody aircraft via treble damages), and Delta Airlines (a minimum of 6 narrowbody aircraft via treble damages), 50% ownership of Dulles (via illegally gotten proceeds and was property used in the commission of RICO violations), and more; 3) Not once does Judge BOURGEOIS' acknowledge PLAINTIFF'S 13th Amendment Claims; 4) **Judge BOURGEOIS' ruling, distilled properly, can only be understood by the following: that Judge BOURGEOIS' having read PLAINTIFF'S over 2000 pages of submissions to the Courts that contained legal arguments, over 100 cases cited, numerous easy to understand summaries, reasons why exculpatory evidence was withheld, how justice was obstructed, affidavits made to the Court under Oath, proven de-facto corruption in the Northern District of Illinois Court and 7th Circuit Court of Appeals in the *Chicago Cases* that all directly undermined and proved Judge BOURGEOIS' argument that there was "no basis" to be legally fallacious and criminal. This FACT is clear manifest corruption or bias that Judge BOURGEOIS must address; 5)** PLAINTIFF proved PLAINTIFF'S electronics were being tampered with; what Judge BOURGEOIS' doesn't understand is how that obstructs justice in violation of RICO. Judge BOURGEOIS' says "*additional allegations occurred after the events in the original pleading" but PLAINTIFF told the Court that through the electronic tampering of PLAINTIFF'S laptop and cellphone he was only able to discover the Brady material AFTER the complaint was filed—the discovery took place AFTER the Complaint was*

*filed; 6)* Judge BOURGEOIS' completely ignores PLAINTIFF'S explanation about "being bewildered…" and then goes on to cite it again in the manner he presented to the Court without acknowledging PLAINTIFF'S explanation for the quote, and this is a Section 504 violation because a judge who knows that a PLAINTIFF is being tortured, tampered with, and not helping a PLAINTIFF when that PLAINTIFF writes to the Court that would warrant a judge to investigate it further or help; 7) PLAINTIFF'S electronics are tampered with so even if he tried to figure out how much PLAINTIFF possesses, he wouldn't be able to determine such because PLAINTIFF'S electronics are tampered with and couldn't truthfully ascertain his assets EVEN THOUGH PLAINTIFF has a complete desire to know how much PLAINTIFF has in his assets; 8) PLAINTIFF throughout the record has brought up issues of a possible legal guardianship PLAINTIFF is under that PLAINTIFF does not know about; so even if PLAINTIFF is under a legal guardianship, PLAINTIFF'S legal guardian has intentionally withheld the amount of assets PLAINTIFF possesses and owns and continues to hide the fact that PLAINTIFF is under a legal guardianship, which constitutes violations of 18 USC 1961(Mail Fraud and Wire Fraud) because it was done over the wires and materially hiding the assets from PLAINTIFF; 9) PLAINTIFF has alleged financial abuse and has proven such beyond a reasonable doubt. Because of actual physical abuse, threats of violence, and PLAINTIFF'S parents' deception and lies, PLAINTIFF cannot know and does not know how much certain bank accounts that his parents have control over that he was forced to have in his name. PLAINTIFF cannot testify to things that he does not know and does not have direct control over; 10) Judge BOURGEOIS' extreme manifest bias is evident where the basis of his ruling is one where he faults PLAINTIFF for not including additional information on form AO 239 when it was not required to be answered on form AO 239 as to effectively deny PLAINTIFF'S Due Process Rights. Form AO 239 doesn't ask to

specify where and who PLAINTIFF got a gift of $100 from. The fact that Court is finding trying to find fault with PLAINTIFF's medical expenses even when PLAINTIFF is not receiving the proper medical care shows the manifest bias and malice of the Court against PLAINTIFF in violation of PLAINTIFF'S 8th Amendment Rights. Then the Court is faulting PLAINTIFF for stating the truth that PLAINTIFF currently understands it BEYOND ANY REASONABLE DOUBT THAT PLAINTIFF has no assets and no dollars. If PLAINTIFF did, he would have sold some of the assets and gotten the hell out of the house of a man that tried to murder PLAINTIFF and gotten the proper medical help PLAINTIFF needs that deals with Ketamine and Ozempic; 11) If Judge BOURGEOIS is insistent on acting corruptly in violation of the law and his duty to the bench in creating extremely prejudicial statements to PLAINTIFF and this being a country of equal treatment under the law and free speech in which someone needs to remind a corrupt judge their duties on the bench, then AUTISTIC PLAINTIFF is wondering is that brown shit on Judge BOURGEOIS' nose from kissing DEFENDANTS' asses or is he that full of shit because there is no way Judge BOURGEOIS has been a fair, impartial, and uncorrupt judge that is not kissing DEFENDANTS' asses and perpetuating a RICO Enterprise against PLAINTIFF.

**651.** Judge BOURGEOIS disgraceful behavior made, PLAINTIFF file a 28 U.S. Code §351 motion.

**652.** PLAINTIFF would file a complaint with the DOJ but is not going to because for the Department of Justice to prosecute Judge BOURGEOIS for corruption is laughable and completely delusional for PLAINTIFF to expect such from the DOJ and FBI. PLAINTIFF is

seriously mentally ill and in desperate need of Ketamine treatment, but isn't that mentally ill to believe that delusion.

**653.** PLAINTIFF can only autistically guess whether his parents are in intelligence or in a cartel—ironically, both cartel and intelligence speak in doublespeak, require sadistic overcontrolling psychopaths that have no conscience and no regard for human life, and more similarities; but PLAINTIFF'S parents have withheld information from PLAINTIFF and PLAINTIFF is just making his best affirmative autistic guess based on their actions and DC Doublespeak.

**654.** Judge BOURGEOIS demonstrates everything that is wrong in the judicial system today in which he is perpetuating a two-tiered justice system in violation of his oath to the Constitution and the law in which he is so corrupt that he has effectively made justice have 20/20 vision to protecting DEFENDANTS who committed acts of International and Domestic Terrorism against PLAINTIFF, perpetuated a RICO Enterprise that exceeds $30,000,000,000 USD in total damages owed to PLAINTIFF, and disgraced the robe and his courtroom in which PLAINTIFF has done everything in his power not to demand what he is entitled to; PLAINTIFF is trying his best to create the fairest outcome for all that serves as a lesson the system is not two-tiered, that constitutional rights are guaranteed, the ability to live, laugh, and love is protected, strike a balance between ensuring freedom and having some law enforcement needs met, and have the vast majority of the money that PLAINTIFF is entitled to go back out to the economy to provide jobs and economic growth in America in which none of the DEFENDANT Corporations PLAINTIFF is suing is at risk of bankruptcy for the demands PLAINTIFF has made.

**655.** Judge BOURGEOIS' actions are reprehensible and seemingly violate 18 USC §1962(D), 18 USC § 241, and 42 USC §1985(3).

**656.** Judge BOURGEOIS' knows that more than 8 months from October 20th, 2023 that the first time the DOJ received what PLAINTIFF and the Chicago Court in the *Chicago Cases* Exhibit A that DEFENDANTS have repeatedly conspired with one another as to effectively deny PLAINTIFF justice because materially confidential information was leaked to DEFENDANTS and spread amongst DEFENDANTS who took remedial measures to absolve themselves of liability before, during, and after litigation commenced on December 27th, 2023 that PLAINTIFF had no chance to hold certain DEFENDANTS liable for their actions based on the corrupt decisions of certain DEFENDANTS.

**657.** Judge BOURGEOIS' knows, in violation of RICO 18 USC §1961 and 18 USC §1962(A), 18 USC §1962(B), and 18 USC§1962(C), and 18 USC §1962(D) and PLAINTIFF'S First Amendment Rights and Constitutional Rights that the 7th Circuit Court of Appeals, the United States Marshals, and the Northern District of Illinois Court conspired together and falsified documents in regards to an incident that took place on December 6th, 2023 to obstruct justice on purpose in violation of RICO, and submitted it to the Court on January 23rd, 2024 in In Re: Milan Michael Kotevski 2024cv00556 (7th Circuit Court of Appeals) which states: "EXECUTIVE COMMITTEE ORDER: On December 6, 2023, Milan Kotevski entered the Dirksen U.S. Courthouse. **While present, he made several inappropriate and threatening statements**. **These remarks caused concern for the safety of individuals. Representatives of the United States Marshals Service were called to provide assistance and investigated the matter. The Court's Executive Committee finds that there is sufficient cause for concern**

**regarding Mr. Kotevski's conduct**[104] if he is not escorted during his time in the Dirksen U.S. Courthouse in Chicago, Illinois or the Roszkowski U.S. Courthouse in Rockford, Illinois. IT IS, THEREFORE, HEREBY ORDERED THAT to maintain judicial security, Mr. Kotevski is ordered to sign in upon arrival at the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois, 60604 or in the Stanley J. Roszkowski U.S. Courthouse at 327 S. Church Street, Rockford, Illinois 61101, and IT IS FURTHER ORDERED THAT a representative of the U.S. Marshals Service shall accompany Mr. Kotevski at all times while he is present in the Dirksen U.S. Courthouse or in the Stanley J. Roszkowski U.S. Courthouse, and IT IS FURTHER ORDERED THAT a miscellaneous file with the title "In the Matter of: Milan Kotevski" and case number 24 CV 00556 shall serve as the repository of this order, and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures.IT IS ALSO ORDERED that the Clerk shall cause a copy of this order to be left at the security desk in the lobby to hand to Mr. Kotevski the next time he enters one of the courthouses of the Northern District of Illinois. Signed by the Executive Committee on 1/23/2024. Mailed notice. (lw, )"[105] in which **PLAINTIFF has a 22 minute video in his possession of the entire time PLAINTIFF was in the Courthouse on December 6th, 2023** that he submitted to the United States Marshals (a portion of it at least) to investigate the issue **that**

[104] All provable lies and in violation of 18 USC 1961 sections 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud) as that act continues to aid and abet the crimes that were committed against PLAINTIFF in furtherance of the RICO Enterprise against PLAINTIFF.
[105] Last Checked. 05/25/2024. 8:22am. https://dockets.justia.com/docket/illinois/ilndce/1:2024cv00556/454415

**<u>demonstrates that PLAINTIFF made no threatening statements, did not act in any threatening manner, did not act questionably, and did not make any inappropriate statements in which the video demonstrates the corrupt intent of the United States Marshals and workers and employees of the Department of Justice that day.</u>**

**658.** PLAINTIFF emphasizes that through electronic tampering in violation of 18 USC 1961 Section 1029, PLAINTIFF is being denied a fundamentally fair hearing by DEFENDANTS.

**659.** PLAINTIFF incorporated all his legal arguments from the *Chicago Cases* in this case and specifically asked the Court to rule in PLAINTIFF'S favor on all of the issues he brought up in the *Chicago Cases*.

**660.** Judge BOURGEOIS' had the opportunity to remedy corruption in America and restore faith and trust back in the Court system and he completely failed and that is just so disappointing beyond measure.

**661.** PLAINTIFF, deep down in his heart, wishes that he could tell the Court: "You know what, I have complete faith in DOJ and FBI or the U.S. Military to remedy the corruption. I won't ask for anything and they'll do what is right and fair." But they haven't. I went to the *Chicago Cases* a poor broke man with declining cognitive capacity due to inadequate healthcare and I was met with severe retaliation and corruption. I presented a video to the Court in the *Chicago Cases* showing PLAINTIFF'S father attempting to murder PLAINTIFF in furtherance of the RICO Enterprise and I was met with silence. I went to Japan in 2015 that I would have one nice thing that I could truly call my own that I did it for me after being deprived of such for years with my wish upon the stars in the background and I had war crimes committed against me by sadistic fucks. Actions speak louder than words.

**662.** PLAINTIFF reiterates and will reduce the amount of planes he is asking of BOEING or Airbus: "*if it is found beyond a reasonable doubt that If Russia and agents of the Russian Government blackmailed PLAINTIFF with ANGIE ORTIZ in JAPAN in 2015, then PLAINTIFF shall be awarded the following from Aeroflot's fleet that are currently parked due to lack of parts (which is owned and controlled by the Russian Government based on information and belief): 2 Airbus A320s; 1 Airbus A321; 1 Airbus A350; 2 Airbus A330-200; 3 Boeing 737-800NGs; and 2 Boeing 777-300ERs. In addition, there shall be an oil deal reached with PLAINTIFF (somewhere between 20-50 million barrels of oil) that is enforceable in the United Nations. Furthermore, Russia is to inform PLAINTIFF of the defects of the aircraft and the parts needed in that time PLAINTIFF is to go to Russia to seize the aircraft and be accompanied by CIA and DoD special forces to repair the aircraft and get them to America.*"

**663.** PLAINTIFF, based on the leaks of sensitive information that came from the DOJ, has concluded that some officials in the DOJ and/or FBI are in the illuminati and are free masons and spread the word of the contents of PLAINTIFF'S complaint that contained materially confidential information amongst DEFENDANTS so they could absolve themselves of liability and prevent PLAINTIFF from winning in Court.

**664.** Ruling against PLAINTIFF rules in favor of absolute tyranny in America

**665.** PLAINTIFF specifically alleged *the Chicago Cases* were corruptly decided when he said in the summary of the case in his *Louisiana Cases* complaint: "*All of the decisions the Northern District Court of Illinois made as well as the 7th Circuit Court of Appeals constitutes Outrageous Government Conduct in their decisions as it pertains to PLAINTIFF; All of the decisions the Northern District Court of Illinois made under Judge Jenkins as well as the 7th Circuit Court of Appeals made constitutes an act of Obstruction of Justice under RICO sections*

*891-894 (relating to extortionate credit transactions), section 1029 (relating to fraud and related activity in connection with access devices), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1351 (relating to fraud in foreign labor contracting), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstmction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), and sections 1581-1592 (relating to peonage, slavery, and trafficking in persons). Throughout the entire record and duration of the Chicago Cases, PLAINTIFF has warned the Court ofon-going conspiracies, a threat on PLAINTIFF'S life, advising the Court every step of the way of the on-going harm the RICO Enterprise is engaging in which the Court completely ignored all of PLAINTIFF'S pleas as to fundamentally constitute obstruction of justice through the deprivation of Due Process and RICO violations.".*

**666.** PLAINTIFF'S same arguments and same legal citations are applicable; especially a pro-se attorney that is not licensed in any state in which the Court has a legal affirmative obligation under the United States Constitution, the Louisiana Constitution, and under existing case law that the Court should interpret PLAINTIFF'S pleadings most favorable to PLAINTIFF.

**667.** PLAINTIFF'S record in the *Chicago Cases* and these cases contains more than 150 cited cases and arguments of law that are applicable and relevant that Judge BOURGEOIS' intentionally ignored.

**668.** At least three of the following relevant passages from PLAINTIFF is applicable here concerning a corrupt judge's liability in a RICO Enterprise is from the *Chicago Cases* when

PLAINTIFF said in his complaint: Passage #1: "*The United States of America vs. Josef Altstötter, et al. (holding judges and attorneys liable for: 1) Participating in a common plan or conspiracy to commit war crimes and crimes against humanity; 2) War crimes through the abuse of the judicial and penal process, resulting in mass murder, torture, plunder of private property; 3) Crimes against humanity on the same grounds, including slave labor charges; 4) Membership in a criminal organization, the NSDAP or SS leadership corps)….."* Passage #2*"United States v. Grubb, 11 F.3d 426, 438-39 (4th Cir. 1993) (The court stated that "[w]e alsohave a defendant (a judge) who undeniably is employed by and operates or manages the enterprise within the meaning of Reves v. Ernst & Young." The applicable standard in a RICO conspiracy to violate 18 U.S.C. Section 1962(c), see Section III(D)(3.) In describing its "operation or management" test, the Supreme Court stated: "Once we understand the word "conduct" to require some degree of direction and the word "participate" to require some part in that direction,the meaning of Section 1962(c) comes into focus. In order to "participate, directly or indirectly, in the conduct of such enterprise's affairs," one must have some part in directing those affairs. Reves, 507 U.S. at 179." And The Court in "Withrow v. Larkin, 421 U.S. 35 (1975) said: "Not only is a biased decision maker constitutionally unacceptable but our system of law has always endeavored to prevent even the probability of unfairness." 421 U.S. at 47. But the Court continued: "The contention that the combination of investigative and adjudicative functions necessarily creates an unconstitutional risk of bias in administrative adjudication…must overcome a presumption of honest and integrity in those serving as adjudicators; and it must convince that, under a realistic appraisal of psychological tendencies and human weakness, conferring investigative and adjudicative powers on the same individuals poses such a risk of*

*actual bias or prejudgment that the practice must be forbidden if the guarantee of due process is to be adequately implemented."*

**669.** Every single decision Judge BOURGEOIS' and JACKSON'S made in the *Louisiana Cases* are reprehensible and violate 18 USC §1962(D), 18 USC § 241, and 42 USC §1985(3).

**670.** Judge BOURGEOIS and JACKSON knew that more than 8 months from October 20th, 2023 that the first time the DOJ received what PLAINTIFF and the Northern District of Illinois Court in the *Chicago Cases* call Exhibit A that DEFENDANTS such as JUDGE JENKINS, PALLMEYER, SYKES, WOODS, AKIWUIMI XX, have repeatedly conspired with one another as to effectively deny PLAINTIFF Due Process in violation of 18 USC §1962(D), 18 USC § 241, and 42 USC §1985(3) because materially confidential information was leaked to DEFENDANTS and spread amongst DEFENDANTS who took remedial measures to absolve themselves of liability before, during, and after litigation commenced on December 27th, 2023 that PLAINTIFF had no chance to hold certain DEFENDANTS liable for their actions based on the corrupt decisions of the Courts in which JUDGE BOURGEOIS and JACKSON became accessories after the fact and aided and abetted the RICO Enterprise.

**671.** Judge BOURGEOIS and JACKSON know, in violation of RICO 18 USC §1961, 18 USC §1962(A), 18 USC §1962(B), and 18 USC§1962(C), 18 USC §1962(D), 18 USC § 241, and 42 USC §1985(3), and PLAINTIFF'S First Amendment Rights and Constitutional Rights that the 7th Circuit Court of Appeals, the United States Marshals, and the Northern District of Illinois Court conspired together and falsified documents in regards to an incident that took place on December 6th, 2023 to obstruct justice on purpose in violation of RICO, and submitted it to the Court on January 23rd, 2024 in In Re: Milan Michael Kotevski 2024cv00556 (7th Circuit Court of Appeals) which states: "EXECUTIVE COMMITTEE ORDER: On December 6, 2023, Milan

Kotevski entered the Dirksen U.S. Courthouse. **While present, he made several inappropriate and threatening statements**. **These remarks caused concern for the safety of individuals. Representatives of the United States Marshals Service were called to provide assistance and investigated the matter. The Court's Executive Committee finds that there is sufficient cause for concern regarding Mr. Kotevski's conduct**[106] if he is not escorted during his time in the Dirksen U.S. Courthouse in Chicago, Illinois or the Roszkowski U.S. Courthouse in Rockford, Illinois. IT IS, THEREFORE, HEREBY ORDERED THAT to maintain judicial security, Mr. Kotevski is ordered to sign in upon arrival at the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois, 60604 or in the Stanley J. Roszkowski U.S. Courthouse at 327 S. Church Street, Rockford, Illinois 61101, and IT IS FURTHER ORDERED THAT a representative of the U.S. Marshals Service shall accompany Mr. Kotevski at all times while he is present in the Dirksen U.S. Courthouse or in the Stanley J. Roszkowski U.S. Courthouse, and IT IS FURTHER ORDERED THAT a miscellaneous file with the title "In the Matter of: Milan Kotevski" and case number 24 CV 00556 shall serve as the repository of this order, and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures.IT IS ALSO ORDERED that the Clerk shall cause a copy of this order to be left at the security desk in the lobby to hand to Mr. Kotevski the next time he enters one of the courthouses of the Northern District of Illinois. Signed by the

---

[106] All provable lies and in violation of 18 USC 1961 sections 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud) as that act continues to aid and abet the crimes that were committed against PLAINTIFF in furtherance of the RICO Enterprise against PLAINTIFF.

Executive Committee on 1/23/2024. Mailed notice. (lw, )"[107] in which **PLAINTIFF has a 22 minute video in his possession of the entire time PLAINTIFF was in the Courthouse on December 6th, 2023** that he submitted to the United States Marshals (a portion of it at least) to investigate the issue **that demonstrates that PLAINTIFF made no threatening statements, did not act in any threatening manner, did not act questionably, and did not make any inappropriate statements in which the video demonstrates the corrupt intent of the United States Marshals and workers and employees of the Department of Justice that day.**

**672.** PLAINTIFF emphasizes that through electronic tampering in violation of 18 USC 1961 Section 1029, PLAINTIFF is being denied a fundamentally fair hearing by unknown DEFENDANTS in the CIA, FBI, DoD, GRU/FSB, MSS, Indian Intel, and/or a combination thereof.

**673.** PLAINTIFF, deep down in his heart, wishes that he could tell the Court: "You know what, I have complete faith in DOJ and FBI or the U.S. Military to remedy the corruption. I won't ask for anything and they'll do what is right and fair." But they haven't. I went to the *Chicago Cases* a poor broke man with declining cognitive capacity due to inadequate healthcare and I was met with severe retaliation and corruption. I presented a video to the Court in the *Chicago Cases* showing PLAINTIFF'S father attempting to murder PLAINTIFF in furtherance of the RICO Enterprise and I was met with silence. I went to Japan in 2015 that I would have one nice thing that I could truly call my own that I did it for me after being deprived of such for years with my wish upon the stars in the background and I had war crimes committed against me by sadistic fucks. Actions speak louder than words.

---

[107] Last Checked. 05/25/2024. 8:22am. https://dockets.justia.com/docket/illinois/ilndce/1:2024cv00556/454415

**674.** On April 29th, 2024, PLAINTIFF wrote to JUDGE JACKSON & BOURGEOIS the following: "I'm writing to the Court because it has become glaringly apparent just how incomprehensibly stupid certain DEFENDANTS are in making this situation worse. It seems that after my doctor's visit today that my doctor has been compromised by someone. I am very **** pissed off and my health is deteriorating to the point it is a big issue. I want to express under oath what I need and bullet point form because even I, a former special education student, can't comprehend the level of stupidity coming from DEFENDANTS: PLAINTIFF needs Ozempic and Ketamine treatment immediately that DEFENDANTS need to pay; PLAINTIFF has to become his own doctor because it seems to PLAINTIFF that someone is forcing his doctors to act in such a way as to make PLAINTIFF'S health treatment *detrimental* to PLAINTIFF."

**675.** Continuing the previous Paragraph, unknown officials in the DoD, CIA, and/or FBI knew that if they couldn't tamper with PLAINTIFF via his doctor that he entrusted to take care of him, then unknown DEFENDANTS in DoD, FBI or CIA decided to harm PLAINTIFF with different doctors that they provided that would harm PLAINTIFF and terrorize him when PLAINTIFF desperately needed the most help, and that is exactly what unknown officials in the CIA, DoD, or FBI allowed to happen to PLAINTIFF in September 2024.

**676.** PLAINTIFF, based on the leaks of sensitive information that came from the DOJ, has concluded that some officials in the DOJ and/or FBI are in the illuminati and are free masons and spread the word of the contents of PLAINTIFF'S complaint that contained materially confidential information amongst DEFENDANTS so they could absolve themselves of liability and prevent PLAINTIFF from winning in Court.

**677.** JUDGE JACKSON's June 12th, 2024 decision in the *LOUISIANA CASES* violates Title VI, 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D) and

PLAINTIFF'S 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights and was purposefully done in furtherance of RICO Enterprise #1's goal of ensuring PLAINTIFF is a castrated slave and denying PLAINTIFF all of his Constitutional Rights.

**678.** PLAINTIFF alleges that JUDGE JACKSON is intentionally acting ignorantly and willfully blind because he is being directed by the DEMOCRAT PARTY, JACK SMITH, or CORRUPTED DOJ TO DO SO IN ORDER TO GET PLAINTIFF TO TALK ABOUT RICO Enterprise #2 so they can charge PLAINTIFF with something in order to cover up their own misdeeds as either an attack on DONALD TRUMP or to get PLAINTIFF to falsely confess to something that he had no knowledge over at the time much like how they coerced PLAINTIFF in May 2016 with TRACY BLANCHARD and before. PLAINTIFF already discussed RICO Enterprise #2 and Pleads the Fifth for things that he didn't even know about at the time.

**679.** Autistic PLAINTIFF is an adherent believer of the First Amendment and will tell Judges what their behavior is amounting to regardless of social consequence.

**680.** JUDGE JACKSON and BOURGEOIS in the *Louisiana Cases* made causing PLAINTIFF extreme and manifest constitutional prejudice by causing PLAINTIFF to intentionally suffer more and deprive PLAINTIFF of a fair opportunity due to declining cognitive capcity by making PLAINTIFF make more and more motions knowing PLAINTIFF has been begging for medicine now for 8 months to the DOJ and 6 months to the Court in which PLAINTIFF is being prevented from reaching out to the UN. The aforementioned DEFENDANTS know PLAINTIFF is being tortured and is a slave in violation of numerous treaties because he is being held as a political slave, which amounts numerous Constitutional Right violations such as Due Process, Free

Speech, Fair and Impartial Trials, and more. The irreparable and immediate harm is the ability of PLAINTIFF to properly litigate because he has been denied by his Slave Master funds to litigate and medicine to be healthy enough to fully litigate to PLAINTIFF'S fullest potential, which is especially needed fighting provable corruption in the Northern District of Illinois and 7th Circuit Court of Appeals that this Court seems hellbent on enabling the RICO Enterprise in which their decisions violate Title VI, 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D) and PLAINTIFF'S 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment Rights, and fundamentally discriminates on the basis of PLAINTIFF'S disability, nationality, and religious status.

**681.** JUDGE JACKSON'S corrupt bullshit is difficult-to-decipher because PLAINTIFF gave at least three different summaries of the case and provided summaries in the *Chicago Cases in which JUDGE JACKSON'S maliciously false description of PLAINTIFF'S pleadings and his reasons in support of his motion violates In re Murchison*, 349 U.S. 133 (1955) and *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957).

**682.** JUDGE JACKSON has received a paycheck in the two months from the time PLAINTIFF filed his complaint in the *Louisiana Cases* from or on about April 15th, 2024 in *which JUDGE JACKSON has read the record that PLAINTIFF submitted to the Court UNDER OATH in which JUDGE JACKSON is paid to read the* ***ENTIRE*** *record as a fair, prudent, and impartial judge that is legally bound and obligated not to violate RICO and PLAINTIFF'S Constitutional Rights under such cases as In re Murchison*, 349 U.S. 133 (1955) and *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957) which means that JUDGE JACKSON knows of JUDGE REBECCA PALLMEYER'S corruption in the *Chicago Cases. Therefore,* JUDGE

JACKSON'S lack of honor and impartiality and the seething morbid foul stench of corruption in which he as a Judge by issuing his ruling on June 12th, 2024 violated 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D) and PLAINTIFF'S 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights.

**683.** The affirmative legal obligation of JUDGE JACKSON, BOURGEOIS, all the FISA Court Judges listed as DEFENDANTS, is to read, comprehend, and reference **the entire record and *not be willfully blind*** and do his best to be an uncorrupted judge is a complete understatement that should be glaringly obvious as this case involves at least billions of dollars in damage, three presidents, five different countries, and more and could cause war because America fought and killed Nazis that sexually abused and castrated disabled individuals for political purposes but y'all seem to be like Nazis condoning such behavior.

**684.** PLAINTIFF demanded that JUDGE JACKSON responds to every single paragraph contained in this PLAINTIFF'S Rule 60(B)(1) Motion because the exact legal error under Rule 60(B)(1) is JUDGE JACKSON'S willful ignorance and willful blindness to PLAINTIFF'S pleadings that is perpetuating mail fraud, wire fraud, a RICO Enterprise against PLAINTIFF, PLAINTIFF'S enslavement, prevention of UN providing medication to PLAINTIFF in violation of PLAINTIFF'S 8th Amendment Rights, cessation of the United States or Russia or China or India torturing PLAINTIFF against the Geneva Convention and Treaty on the Rights of Disabled Individuals by the UN that aforementioned countries are a member and signatory of and PLAINTIFF'S 8th Amendment Rights, and violation of *In re Murchison*, 349 U.S. 133 (1955) and *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957).

**685.** PLAINTIFF asked JUDGE JACKSON to disclose which DEFENDANTS he actually talked to in chambers, on the phone, in person, through the mail, or through email since 10/20/2023 or even before about PLAINTIFF when PLAINTIFF resided in Louisiana between 2013-2016 to see which DEFENDANTS actually know about the case or would doing so further prove PLAINTIFF'S factual statement JUDGE JACKSON has been corrupted by DEFENDANTS thereby violating 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D) and PLAINTIFF'S 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 7th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights?.

**686.** PLAINTIFF asked JUDGE JACKSON get a subpoena and see which unknown DEFENDANTS actually accessed PACER to read PLAINTIFF'S pleadings because numerous DEFENDANTS like DOJ, FBI, State Department, SPICEJET, BOEING, CIA, GRU, FSB, Chinese Government, were all already aware of the *Chicago Cases and the contents contained therein and were informed PLAINTIFF filed his case in Louisiana and are monitoring it even more so because they know that the cost of compensation owed to PLAINTIFF has legally* ***tripled*** *because of JUDGE REBECCA PALLMAYER'S, Chief Judge of the Northern District of Illinois, provable corruption in Court and they know PLAINTIFF can demand so much more based on the corruption that took place in the Chicago Cases.*

**687.** JUDGE JACKSON knew by having read the *Chicago Cases* and knowing that one of the exact sources of corruption in this case are the US Marshals (who have never apologized directly to PLAINTIFF for their actions) in which the only way PLAINTIFF can serve DEFENDANTS is by having the US Marshals serve DEFENDANTS that would cost PLAINTIFF over $115,000 to properly serve DEFENDANTS in which DEFENDANTS know that the only way PLAINTIFF

can have a case is through serving all DEFENDANTS because DEFENDANTS intentionally keep withholding information about who harmed PLAINTIFF after PLAINTIFF demanded to know such in FOIA requests, phone calls, in person visits, conversations with DEFENDANTS, and emails that PLAINTIFF does not have the information on top of PLAINTIFF not being able to ascertain and know the personal home addresses of individual DEFENDANTS like JAMES COMEY and JOHN BRENNAN who all knew of the sexual abuse against PLAINTIFF and intentionally did nothing to stop it on behalf of the Clintons, Modi, the Indian Government, and Rothschilds.

**688.** PLAINTIFF told JUDGE JACKSON “nigga please” as a point of emphasizing the slave like conditions PLAINTIFF was subject to and continued to live in and how he was enabling corruption as a call of absolute desperation in which the usage of the phrase connotates one that comes from slaves or is a slave. It wasn’t said to attack JUDGE JACKSON’S race. PLAINTIFF does not apologize for including the phrase “Nigga Please.” It was outrageous; however, outrageous things were done to PLAINTIFF and wishes that the level of depravity and corruption in PLAINTIFF’S life forcing PLAINTIFF to be a slave that warranted PLAINTIFF in saying that phrase never occurred and it doesn’t give anyone the automatic privilege of saying “Nigga Please” just because PLAINTIFF did. Furthermore, it was primarily African-Americans that forced PLAINTIFF to be a slave (Colin Powell, Jeh Johnson, Barack Obama, Valerie Jarrett, Eric Holder, etc.) and it is through numerous African-American individual’s actions that created the situation which means that they made PLAINTIFF a slave which made him a “nigga” in their eyes and mind through their actions. PLAINTIFF harbors no bias or animosity against African-Americans.

**689.** PLAINTIFF alleges that ERIC HOLDER, LORETTA LYNCH, MERRICK GARLAND, and/or a combination of the former attorney generals conspired with Prime Minister Singh or Modi and other Indian and Japanese representatives through the years against PLAINTIFF in violation of 18 USC 1962(D) to further RICO Enterprise #1.

**690.** PLAINTIFF alleges that at least ERIC HOLDER, JEFF SESSIONS, and other DOJ ATTORNEY GENERALS AND ATTORNEYS conspired amongst each other and with individuals like JEH JOHNSON, JAMES COMEY, JAMES CLAPPER, GINA HASPEL, JANET NAPOLITANO, MICHAEL MORELL, JOHN BRENNAN, SUSAN RICE, VALERIE JARRETT, ROBERT MUELLER III, and more in which they intentionally conspired to deprive PLAINTIFF of his life, liberty, payment for services rendered, and furthered the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(D) and PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights.

**691.** PLAINTIFF continues to fear retaliatory and malicious prosecution from the DOJ; especially in the states of Illinois, California, and/or New York or a combination of the aforementioned; PLAINTIFF alleges that the DOJ offices in California, New York, and/or Illinois or a combination of the aforementioned are necessarily corrupt and continue to perpetuate a RICO Enterprise against PLAINTIFF; PLAINTIFF believes the Northern District of California is one of those because they knew of the war crimes that happened in Japan and did nothing. That those offices have routinely terrorized PLAINTIFF and abused process and PLAINTIFF'S constitutional rights without remorse or hesitation and violated PLAINTIFF'S rights under the Geneva Convention and the UN Treaty of Individuals with Disabilities (or something like that). That is why Hollywood has stolen all of PLAINTIFF'S Intellectual Property and have refused to pay PLAINTIFF because they unconstitutionally deprived

PLAINTIFF of his property for years in violation of PLAINTIFF'S Fifth Amendment rights and RICO.

**692.** PLAINTIFF believes that one time or another when KAMALA HARRIS was serving as a prosecutor in California or during her time as Senator in California, she learned about PLAINTIFF and took actions to further the RICO Enterprise against PLAINTIFF.

**693.** PLAINTIFF alleges that the DOJ in at least NEW YORK, CALIFORNIA, and DC will try to use PLAINTIFF as a pawn to indict PRESIDENT TRUMP. It is PLAINTIFF'S wishes that despite some harm PRESIDENT TRUMP may or may not have done to PLAINTIFF, PLAINTIFF doesn't want to be part of politics any more or used maliciously the way he has been for years upon years. Legally, PLAINTIFF doesn't give a fuck if it KAMALA HARRIS or DONALD TRUMP that is elected president and hopes that every American that votes does so in line with their heart and mind and makes the best decision for the country.

**694.** CIA continues to harass PLAINTIFF unrelentingly and without remorse or conscience in which they tortured PLAINTIFF for years.

**695.** US Government will fabricate shit and allege that PLAINTIFF saying certain things in Colorado or Wisconsin was indicative of PLAINTIFF'S Mens Rea for any of the incidents; it was not. PLAINTIFF already explained his Mens Rea.

**696.** The FBI, CIA, et al. have a real hard time understanding that PLAINTIFF can have thoughts and say things that he does not mean or act upon; that there is a fundamental distinction between bullshit, thoughts that are not acted upon, joking, and more. They should learn why the distinction in all of those things really matter.

**697.** FBI knew from October 20th, 2023 the basis of PLAINTIFF'S allegations; CHRIS WRAY (or PLAINTIFF believes it to be CHRIS WRAY) met PLAINTIFF at Savannah Dog

Park in Wadsworth, IL in which the total amount of words PLAINTIFF said to Chris Wray was less than 20 (whats inferable is that the basis of PLAINTIFF'S claims were not talked about). CHRIS WRAY talked to INDIA and INDIAN Intel; they have not resolved the issues or materially helped PLAINTIFF despite multiple tips submitted to the FBI.

**698.** So no Special Counsel was appointed FOR PLAINTIFF despite PLAINTIFF being a special counsel (joke). FBI and DOJ for sure know the claims which means that it can only really be JOE BIDEN that is interfering at the present moment.

**699.** PLAINTIFF submitted over 25 FOIA requests, went in person to talk and beg, to different US Government Agencies in which PLAINTIFF was denied material information in which their actions were ones that perpetuated the RICO Enterprise against PLAINTIFF so PLAINTIFF has nowhere else to turn to besides the District Court of Utah. *See*: Exhibit S.

**700.** It was the intentional concealment of failing to provide information to PLAINTIFF that enabled the RICO Enterprise to be continued for so long against PLAINTIFF'S legal and constitutional interests.

**701.** Due to the corruption in the *Chicago Cases* and not immediately deciding the case, this gave DEFENDANTS more time to dig up more materials to discredit PLAINTIFF and destroy exculpatory evidence. For instance, a recorded phone call between Apple and PLAINTIFF was deleted in which it was either Apple or the Indian Government on the other line.

**702.** PLAINTIFF filed an Emergency Rule 65 Motion on May 30th, 2024 in the *Louisiana Cases, two days after PLAINTIFF filed a scathing Motion to Recuse JUDGE BOURGEOIS.*

**703.** Unknown officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof intentionally retaliated against PLAINTIFF on or about May 29th or May 30th, 2024 in which DEFENDANTS intentionally retaliated against PLAINTIFF by torturing PLAINTIFF in

violation of PLAINTIFF'S 1st Amendment, 2nd Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, 6th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights, 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D), 18 USC §241, 42 USC §1985(3), Section 504, on FRONTIER AIRLINES.

**704.** An unknown horde of White House staff, FBI staff, CIA staff, DoD staff, NSA staff, unknown SCOTUS justices, and/or a combination thereof have closely monitored every single filing PLAINTIFF made in the *Chicago Cases* and the *Louisiana Cases.*

**705.** Instead of respecting and adhering to PLAINTIFF'S boundaries, Constitutional Rights, and the Rule of law, the unknown horde of federal government officials decided the law doesn't apply to them in which they have through a psychopathic and habitual pattern of wanton and reckless disregard for the law continued to retaliate by committing acts of terrorism and RICO acts against PLAINTIFF throughout the course of litigation.

**706.** FRONTIER AIRLINES and BARRY BIFFLE were informed of the operations that were going to be undertaken against PLAINTIFF by psychopathic horde of unknown officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof sometime between May 28th, 2024 or May 29th, 2024

**707.** First, Unknown officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof either tampered with PLAINTIFF'S night flight that was landing from North Carolina on Frontier Airlines that was supposed to take off that night (that it did not) or Unknown officials in the White House, FBI, CIA, DoD, NSA, and/or a combination had communicated with BARRY BIFFLE or unknown employees at FRONTIER AIRLINES and/or used communicated with unknown officials in the FAA to tell the pilot and first officer of the

flight that there was a lightning strike on the aircraft thereby allowing the unknown horde to fully implement their acts of terrorism against PLAINTIFF the next day against PLAINTIFF recommitting and retraumatizing an already fragile and vulnerable PLAINTIFF that they had routinely tortured for years.

**708.** On May 29th, 2024, unknown horde of psychopathic unknown White House staff, FBI staff, CIA staff, DoD staff, NSA staff, unknown SCOTUS justices, and/or a combination thereof had: 1) had confederates intentionally spy on PLAINTIFF throughout the course of the flight 2) intentionally placed and brought in a flight attendant that reminded PLAINTIFF of Vera Pochtarev or a heavily disguised Vera Pochtarev, 3) intentionally placed, brought, and had PLAINTIFF sit next to someone that looked like ASHLEY MACON in which PLAINTIFF asked her to marry him and refused to acknowledge they had known eachother if it was her in which she spook in doublespeak and refused to acknowledge whether or not it was Ashley Macon, 4) they intentionally created conditions that were extremely reminiscent the acts of domestic and international terrorism PLAINTIFF was subject to in London and Dulles Airport in 2011 at issue in this litigation throughout the entire day of PLAINTIFF'S travel such as PLAINTIFF being sleep deprived (4 hours of sleep or less, tarmac delays that seemed so outrageous, and more), 5) having seats that were extremely uncomfortable to PLAINTIFF making PLAINTIFF unable to relax, intentionally trying to cause PLAINTIFF to have an autistic meltdown on the flights, & stressing PLAINTIFF to the core. PLAINTIFF cried on the flights and nearly cried while eating dinner due to the torture DEFENDANTS intentionally subjected PLAINTIFF to on May 28th and May 29th, 2024. Furthermore, unknown horde had known that PLAINTIFF wanted BBQ food in which they sent SCARLETT JOHANSON or a woman don on a SCARLETT JOHANSON prosthetic mask and one of PLAINTIFF'S favorite comedians or

someone who donned on a prosthetic mask of one of PLAINTIFF'S eat food together at the BBQ restaurant in which PLAINTIFF could not socially interact with them because PLAINTIFF was on the verge of an autistic meltdown even after arriving in Las Vegas for more than two hours after the flight.

**709.** The only reason why unknown psychopathic horde committed these acts was because it was out of pure malice and retaliation for PLAINTIFF'S May 28th, 2024 filing in Court.

**710.** On May 30th, 2024, PLAINTIFF wrote his original Fed R. Civ P. Rule 65 Motion in which in the course of writing the original motion PLAINTIFF'S laptop started acting bizarrely in which PLAINTIFF was not able to continue to write the rest of his motion because it was that compelling in which Unknown psychopathic officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof realized how impactful it was going to be against them for what they did against PLAINTIFF on FRONTIER AIRLINES. Because Unknown officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof realized just how damning it was, they tampered with PLAINTIFF in violation of 18 USC 1961 Section 1512, obstructed justice by not allowing PLAINTIFF to file the original Court document in violation of 18 USC 1961 Section 1503, and retaliated against PLAINTIFF in violation of 18 USC 1961 Section 1513 by not allowing PLAINTIFF to file that original document. PLAINTIFF (SPECIFICALLY) saved the document realizing that Unknown psychopathic officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof was tampering with PLAINTIFF electronically; PLAINTIFF was forced to restart the laptop; and when PLAINTIFF restarted his laptop and tried to open the document that was previously saved, the document did not save in which the content of the document was missing. DEFENDANTS probably had an original copy of that the original motion and now have deleted the records of such in violation of 18 USC 1961 Section 1029, 18

USC 1961 Section 1512, 18 USC 1961 Section 1510, and 18 USC 1961 Section 1513 because it was done to prevent PLAINTIFF from winning in court.

**711.** Because of this incident, 3 Airbus A321neos that are owned by FRONTIER AIRLINES are subject to disgorgement under 18 USC 1963.

**712.** It saddens PLAINTIFF because there may have even been a time where PLAINTIFF was on the same airplane as CHIEF JUSTICE ROBERTS' children in which he made a JOKE with them on WOW Airlines.

**713.** Every single former and current judge in the *Chicago Cases* and the *Louisiana Cases* that ruled adversely against PLAINTIFF in which they failed to stop the RICO Enterprise against PLAINTIFF when they had reason to know of the RICO Enterprise in which they received paychecks for aiding and abetting the RICO Enterprise by corruptly ruling against PLAINTIFF violated 42 U.S. Code § 1986, 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

**714.** Every single former and current judge in the *Chicago Cases* and the *Louisiana Cases*, had any other American PLAINTIFF experienced the same harms that PLAINTIFF experienced, would have ruled in the exact opposite way for any and all of the decisions involving PLAINTIFF in which they violated 42 USC §1981 and 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

**715.** The US Government aided by DEFENDANTS through Civil Asset Forfeiture and/or Criminal Asset Forfeiture enabled them to be PLAINTIFF'S slave master and their slavery was perpetuated through Civil Asset Forfeiture and/or Criminal Asset Forfeiture in which PLAINTIFF received no notice and they fabricated crimes against PLAINTIFF to seize PLAINTIFF'S assets unconstitutionally in violation of 18 USC 1962(a), 18 USC 1962(b), 18

USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**716.** PLAINTIFF routinely informed the Court that the discussions had in Colorado during PLAINTIFF'S brother bachelor party were 1) coerced and induced by DEFENDANTS due to years of intentional isolation, 2) expressed a sincere belief that officials in the United States Government wanted to frame PLAINTIFF for actions that certain US officials wanted to do (that PLAINTIFF absolutely did not want to do) or frame PLAINTIFF for the actions of his parents that his parents did not inform PLAINTIFF at any time of their manipulative, detrimental actions against the United States.

**717.** On August 20th, 2024, PLAINTIFF went on the State of Illinois unclaimed property site and found the following instances of Unclaimed Property. PLAINTIFF will demonstrate how the RICO Enterprise works & operates. By 2016, PLAINTIFF had updated his drivers license to a

different state (Texas) and it is quite possible revised his Illinois drivers license sometime between May 2010 through 2016 that once listed his former residence at 38600 N. Arbor Ct. Wadsworth, IL. 60083 to quite possibly a home located on Lynsee Ct or Maple Tree Ln. PLAINTIFF even believes that it was either in 2011 or 2012 that PLAINTIFF established his domicile in Texas. A corporation like Chase would have easy access to PLAINTIFF'S new location or residences or mailing address that wouldnt be at Arbor Ct; it is even quite possible that JP Morgan Chase bank mailed things to PLAINTIFF to a different mailing address to PLAINTIFF after PLAINTIFF moved from Arbor Ct in May 2010 (since the home burned down) after 2011 in which JP Morgan Chase Bank was material in the RICO acts via terrorism and REBECCA WETHERBEE in 2011. See: *Chicago Cases*. Like how credit card debt was falsely associated with 773 John Henry (See: Complaint) to falsely allege and attach a notion of fraud having occurred at a certain location to violate 18 USC 1961 Section 1503/1510/1511, here are two different corporations trying to associate PLAINTIFF with the address at Arbor Ct for racketeering purposes. Most importantly for RICO purposes, JP Morgan Chase Bank had PLAINTIFF'S property in the course of the RICO Enterprise that they utilized against PLAINTIFF that crossed state lines thereby making it federal; and the basics of banking means that banks typically loan money based on the amount of money they have in the bank and by having PLAINTIFF'S money in their bank, they were able to conduct business across state lines in violation of RICO by paying interest that PLAINTIFF never received and using it to make loans for different customers (i.e. illegal proceeds in violation of RICO from the RICO Enterprise against PLAINTIFF). PLAINTIFF has told his mother not to use JP Morgan Chase Bank and it is only because PLAINTIFF'S mother is using JP Morgan Chase Bank in which PLAINTIFF is being held in a state of slavery and indentured servitude means that PLAINTIFF

sometimes uses his mother's JP Morgan Chase Bank credit card; and if PLAINTIFF could use any other banking service other than JP Morgan Chase Bank, he most definitely would if he could. JP Morgan Chase Inc. financed terrorism in violation of 18 USC 2339(a).

**718.** On September 5th, 2024 PLAINTIFF wrote this to the Court: "This is PLAINTIFF'S last letter to the Court as he will not have access to PACER starting on the 6th of September, 2024. PLAINTIFF agreed to have Magistrate Judge Oberg decide his case because even according to the District Court of Utah Forms: "Magistrate judges have experience with nearly all types of civil matters, and their cases are usually resolved ***more quickly*** than cases before a district judge." See: Screenshot below. PLAINTIFF went along with the promise of having the case decided more quickly because PLAINTIFF has been yelling at the top of his lungs how DEFENDANTS intentionally keep postponing the decisions and ruling corruptly on decisions to detrimentally harm PLAINTIFF'S case to ensure PLAINTIFF remains a slave and to further the aims and purposes of the RICO Enterprise against PLAINTIFF. PLAINTIFF expressed the urgency of needing an immediate decision that should have been decided within a week of the Court having received the Complaint for the Permanent Injunction (See Page 5 of the Complaint) in which JUDGE OBERG had the full weekend to evaluate the case because this case is of that much Constitutional importance in America. PLAINTIFF'S Complaint gave a 6-page Summary of the Complaint that could have been read in less than 30 minutes within a week; the substantive portion of the PLAINTIFF'S Complaint consists of about 111 pages or so. All JUDGE OBERG would have had to do is read about 15 pages a day for a week to have read the substantive portion of the Complaint for PLAINTIFF'S case. PLAINTIFF wrote a letter highlighting how the week came to an end; then on September 3rd, 2024, PLAINTIFF sent to JUDGE OBERG an email at 12:20pm Central Time or 11:20am Utah time entitled: "Immediate

Response Demanded" all in caps because PLAINTIFF had a deep down gut feeling that DEFENDANTS were pulling some shenanigans again; JUDGE OBERG didn't respond to PLAINTIFF even though she had 5 hours to do so on September 3rd, 2024; and PLAINTIFF was absolutely 100% fucking correct on the fact of DEFENDANTS' shenanigans because of what the DOJ announced today on September 4th, 2024 that seriously imperils and puts PLAINTIFF in major legal jeopardy as PLAINTIFF documented in a letter to the Court. PLAINTIFF demands the phone records, text messages, and affidavit of JUDGE OBERG about which DEFENDANTS she has personally talked Judge OBERG in person and/or in chambers since this case was filed, the substantive nature of the conversations had, and a list of DEFENDANTS who talked to Judge OBERG. DEFENDANTS continue to be unjustly enriched while PLAINTIFF has no money for medication, PACER, an attorney, and more that DEFENDANTS take for granted each and every single day. Actual terrorists are the ones in the US Federal Government, British Government, Indian Government.

**719.** PLAINTIFF attempted to put Liens on certain DEFENDANTS in which he was prevented from doing so through witness tampering and other RICO violations by unknown DEFENDANTS tampering with PLAINTIFF'S electronics.

**720.** Any liens against PLAINTIFF are fraudulent and are part of the RICO Enterprise against PLAINTIFF in violation of 18 USC 1961 and 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

**721.** LYNN DE FORESTER ROTHSCHILD and the Estate of Sir Evelyn ROTHSCHILD being a key and material leaders in the RICO Enterprise against PLAINTIFF in 2015 having materially benefitted from the RICO Enterprise against PLAINTIFF through corruption in India and *JAPLAN* deposited material proceeds over the wires or mail from the RICO Enterprise in

one or more of the following ROTHSCHILD and/or JP MORGAN CHASE institutions: ROTHSCHILD HOLDINGS, ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH; ROTHSCHILD & Co Wealth Management (Europe) S.A; ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc; FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A;

**722.** LYNN DE FORESTER ROTHSCHILD having utilized one or more of the following institutions in the course of the RICO Enterprise against PLAINTIFF in between 2011 through 2016: ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH; ROTHSCHILD & Co Wealth Management (Europe) S.A; ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc; FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A thereby constituting at a minimum, one or more of the following RICO violations under RICO: section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344, section 1351 (relating to fraud in foreign

labor contracting), , section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d).

**723.** LYNN DE FORESTER ROTHSCHILD and the Estate of SIR EVELYN ROTHSCHILD had or have bank accounts in one or more of the following institutions: ROTHSCHILD HOLDINGS, ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH; ROTHSCHILD & Co Wealth Management (Europe) S.A; ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc; FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections

1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**724.** One or more of the following institutions materially benefitted from having LYNN FORESTER DE ROTHSCHILD and the ESTATE OF SIR EVELYN ROTHSCHILD as managers, partners, or being part of the management of them and utilizers of their bank and services from the RICO Enterprise against PLAINTIFF in which the following obtained material benefits or transmitted money over the wires to further the purposes of the RICO Enterprise against PLAINTIFF from 2011 through 2016: ROTHSCHILDS HOLDINGS, ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH; ROTHSCHILD & Co Wealth Management (Europe) S.A; ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG

(Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc; FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**725.** The Government of Qatar materially benefitted from utilizing or having one or more of the following institutions in their country in which they gained material benefits from the RICO Enterprise against PLAINTIFF: ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH;

ROTHSCHILD & Co Wealth Management (Europe) S.A; ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc; FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**726.** The Republic of India materially benefitted from utilizing or having one or more of the following institutions in their country in which they gained material benefits from the RICO Enterprise against PLAINTIFF from 2010 through 2016 in which money was transferred over the wires: ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD

& Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH; ROTHSCHILD & Co Wealth Management (Europe) S.A; ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc; FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**727.** The Commonwealth of the United Kingdom (The United Kingdom Government) materially benefitted from utilizing or having one or more of the following institutions in their country in which they gained material benefits from the RICO Enterprise against PLAINTIFF

from 2010 through 2016 in which money was transferred over the wires: ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH; ROTHSCHILD & Co Wealth Management (Europe) S.A; ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc; FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**728.** Therefore, if the United States government and Serbian Government pays any more into any debt held by the ROTHSCHILDS and/or one of the following: ROTHSCHILDS HOLDING, ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH; ROTHSCHILD & Co Wealth Management (Europe) S.A; ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc; FIVE ARROWS MANAGERS North America LLC, they would be paying into a RICO Enterprise in which those instituitons would materially benefit from the RICO Enterprise against PLAINTIFF. Therefore, any debt owed to the ROTHSCHILDS must be declared null and void.

**729.** Therefore, under 18 USC 1963, certain property owned or held by the Estate of Sir EVELYN ROTHSCHILD and LYNN FORESTER DE ROTHSCHILD, ROTHSCHILD HOLDINGS, ROTHSCHILD & Co SCA; ROTHSCHILD & Co INDIA PRIVATE LIMITED; ROTHSCHILD & Co DOHA LLC; N.M. ROTHSCHILD & SONS LIMITED; ROTHSCHILD & Co EQUITY MARKETS SOLUTIONS LIMITED; ROTHSCHILD & Co US Inc; ROTHSCHILD & Co Vermögensverwaltung GmbH; ROTHSCHILD & Co Wealth Management (Europe) S.A; ROTHSCHILD & Co Wealth Management Monaco; ROTHSCHILD & Co Bank AG (Switzerland); ROTHSCHILD & Co Wealth Management UK Limited; ROTHSCHILD & Co Investment Managers; Rothschild & Co Asset Management US Inc; FIVE ARROWS MANAGERS North America LLC; J.P Morgan India Services Pvt Ltd; J.P. MORGAN QATAR; JPMorgan Chase Bank, N.A, are subject to disgorgement. PLAINTIFF

will be notified of properties owned by the previous institutions and PLAINTIFF will take some of those (not more than 4 different ones) at his discretion.

**730.** PLAINTIFF begs the Court for the United States Government not to tax him on the earnings from this case as it would violate PLAINTIFF'S conscience and religious beliefs that PLAINTIFF is paying money to the same individuals and institutions that allowed the RICO Enterprise to flourish. PLAINTIFF and his companies of course will pay taxes after the case.

**731.** Intel Inc., Visa Inc., and MGM International Resorts Inc. materially benefitted from the RICO Enterprise against PLAINTIFF via the *Japanese Conspiracy Dinner* against PLAINTIFF on April 28th, 2015 in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342. PLAINTIFF will determine on a later date what services and products he demands as payment from Intel Inc. and Visa Inc.

**732.** In an alternate pleading that PLAINTIFF would need the FBI and CIA to attest to based on their own research and facts, PLAINTIFF'S MOTHER and FATHER are in the FSB, GRU, IRANIAN Intelligence, or CHINESE Intelligence (or even in the FBI and CIA) in which they intentionally manipulated PLAINTIFF for years to spy against America learning in the process FBI'S system and CIA'S system of spying to be adverse to the United States by throwing and using PLAINTIFF as bait in which they monitored what the ROTHSCHILDS and CLINTONS were doing and framed the ROTHSCHILDS and CLINTONS with ANGIE ORTIZ and PLAINTIFF.

**733.** This is only the most extreme allegation that PLAINTIFF is just making just in case. In the alternate, justices in the SUPREME COURT from at least 2001 through today for years has intentionally created situations to entrap and ensnare an autistic and somewhat intelligent PLAINTIFF for intelligence purposes in order to create a surveillance corporate state that completely shocks the conscience and was their own creation thereby entrapping PLAINTIFF in America in violation of their oaths of office, RICO, the Constitution, that PLAINTIFF considers to be Treason in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section

1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342..

**734.** The Terrorist Act against PLAINTIFF on September 7th and 8th, 2024. Unknown horde of psychopaths in CIA, DoD, NSA, or FBI (or PLAINTIFF'S parents) sent their own doctors when PLAINTIFF was at the most vulnerable state in the course of litigation.

**735.** Officer BRICCO entered the room in which this is the exact transcript of the conversation between OFFICER BRICCO and PLAINTIFF. Mind you, this is a PLAINTIFF who is being completely unconstitutionally restrained after being injected with an unknown substance, started the conversation and told OFFICER BRICCO:

> PLAINTIFF: "I am being held against my will. This is a false imprisonment issue. I talked to the crisis care coordinator her name was Lana. Lana made perjured statements saying statements that I did not say in order to confine me. This constitutes obstruction of justice. This is fals… this is kidnapping because it is done under fraudulent pretenses. This is obstruction of justice and witness tampering because I have been kidnapped before and now I'm being restrained and kidnapped yet again. No, I was not being violent, that is another lie. I was being violent when they made up lies *and I tried to leave* and that is when they threw me on the ground *because it was a false kidnapping*. So because I was disobeying their orders, *because it was a false kidnapping*, (unintelligible), and they were doing it against me, **I had every right to leave**. Furthermore, under RICO, this is witness tampering because they are lying to a judge about my current status in which another judge is going to use this order to rule against me in a different case in which I have informed numerous individuals here about my ongoing litigation."
>
> OFFICER BRICCO: "So unfortunately, you're going to have to stay here, okay? By law, you are going to have to stay here."
>
> PLAINTIFF: **"Under what statute?"**
>
> OFFICER BRICCO ignored PLAINTIFF'S question and said: "youre going to have a mental health evaluation, okay?

PLAINTIFF: “you know I asked for the FBI to come here. I asked Lana to have the FBI come here today and she ignored me. So not only did she lie to a judge, she also prevented the FBI from coming here today when I asked them to come here in which I’m either a material witness to a crime. So now you are tampering with a witness.”

Officer BRICCO: “I’m just explaining to you that there is nothing the police are going to be able to do for you. Okay?”
PLAINTIFF: “so even though they are violating 18 USC 1961, which is a federal crime, that has higher precedent over a state crime, are you telling me that has higher precedent over RICO?”

OFFICER BRICCO: “I’m explaining to you…”

PLAINTIFF “YES OR NO”

OFFICER BRICCO: “that these police officers are not going to be able to do anything for you.”

PLAINTIFF: “Why?

OFFICER BRICCO: “because you have to stay here.”

PLAINTIFF: “Why?”

Officer BRICCO: “im not answering any more questions. I’m just explaining to you, okay, so even if you call us.

PLAINTIFF: “can I have your supervisor come here please.”

EVIL NURSE in the background: “NO”

OFFICER BRICCO: “unfortunately not.”

PLAINTIFF: “why? why is she getting to decide? I want a supervisor…”

OFFICER BRICCO: “because she is a medical professional. This is a medical issue.”

PLAINTIFF: “this is not a medical issue. This is a criminal issue. I am being held here against my will.”

Officer BRICCO: “unfortunately, that it is the way it is. And in 72 Hours, you will hopefully be on your ***merry*** way.”

PLAINTIFF: "this is not acceptable. I am telling you that there were crimes committed here. You have an affirmative legal obligation under the State of Illinois law to investigate this matter and probable cause…"

Officer BRICCO: "I'm telling you we did investigate it and we are not doing anything."

PLAINTIFF: "let me see the paperwork."

OFFICER BRICCO: "I don't have. I DON'T NEED PAPERWORK."

PLAINTIFF asks for his badge number in

Since when does a nurse have a better legal understanding of the law than a law enforcement officer?

This is retaliation against PLAINTIFF because OFFICER BRICCO knew the case was about PLAINTIFF'S MARRIAGE when he said "hopefully you will be on your MERRY way."

**708.** Officer BRICCO entered the room in which this is the exact transcript of the conversation between OFFICER BRICCO and PLAINTIFF. Mind you, this is a PLAINTIFF who is being completely unconstitutionally restrained after being injected with an unknown substance, started the conversation and told OFFICER BRICCO.

**709.** When OFFICER BRICCO listened to the horrible condescending and rude nurse on September 7th and 8th, 2024 that should have listened to PLAINTIFF when he was talking to her in which she was giving him orders, that showed to PLAINTIFF that she worked for DoD, CIA, FBI, or NSA because that was a matter of rank in law enforcement in which she violated a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a

witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**710.** When that horrible nurse injected PLAINTIFF with unknown substance on September 7th, 2024, that was a war crime and a RICO violation because that was retaliation and witness tampering in which a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**711.** When that one doctor, who having once worked for CIA or DoD that was still working on their behalf, gave his opinion about having seen people tortured, it was to maliciously and completely discredit with no factual basis of PLAINTIFF'S experiences and a form of psychological torture and coercion by DoD, CIA, NSA, or FBI when they knew of the crimes committed against PLAINTIFF a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**712.** Unknown officers and employees in the CIA, FBI, NSA, or DoD falsely imprisoned PLAINTIFF and kidnapped PLAINTIFF on September 7th, 2024 and that is a form witness tampering and retaliation a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement),

section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**713.** Unknown employees in the DoD, CIA, FBI, or NSA concocted a scheme in violation of 18 USC 1962(d) in which they would knowingly lie to the Court to obstruct justice by destroying PLAINTIFF'S credibility and to falsely allege he is violent when he was trying to escape from an unlawful and unconstitutional false imprisonment and kidnapping in which their actions constitute a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and

abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

## THE IRREPARABLE HARM, PUBLIC INTEREST, AND EQUITABLENESS RELATED TO PLAINTIFF & DEFENDANTS AS PER WEINBERGER v. ROMERO-BARCELO, 456 U.S. 305 (1982):

**714.** Simply, the irreparable harm PLAINTIFF has experienced is the intentionally corrupt denial of Due Process in violation of PLAINTIFF'S Constitutional Rights and RICO in which DEFENDANTS intentionally tried to deprive PLAINTIFF of his life.

**715.** The irreparable harm is that for more than 15 years, PLAINTIFF has been denied information and told not to pursue legal claims for gross miscarriages of abuse by DEFENDANTS in which PLAINTIFF has had to play catchup with numerous records having been destroyed by a fire in May 2010 and the US Government, Russian Government, British Government, and Indian Government intentionally hiding records from PLAINTIFF to perpetuate the RICO Enterprise against PLAINTIFF to deprive PLAINTIFF of an opportunity to fairly litigate.

**716.** The fact that PLAINTIFF did everything in his power to resolve the issues peacefully and quickly when he discovered the egregious sources of abuse with DEFENDANTS having intentionally deprived PLAINTIFF of information for years to conceal the true extent of their crimes without a trial for the benefit of DEFENDANTS was taken advantage of by DEFENDANTS and they will only continue to take advantage of the time and the prolonged nature of these cases as to deprive PLAINTIFF of an opportunity in Court to further the RICO Enterprise.

**717.** The irreparable harm PLAINTIFF experienced is that the vast majority of DEFENDANTS were properly served and had monitored PLAINTIFF when edited drafts of his motions and were literally given 8 times as long to respond to dig up more blackmailing and character destroying evidence then what DEFENDANTS would have normally been required but for the corruption in the *Louisiana Cases* and *Chicago Cases*. By allowing that to go unpunished and allowing it to occur, this is giving DEFENDANTS such an unfair advantage in Court.

**718.** The irreparable harm that happened is when PLAINTIFF properly filed 6 different motions that should have restrained the psychopathic DEFENDANTS from torturing PLAINTIFF, committing more war crimes against PLAINTIFF, committing more acts of terrorism against PLAINTIFF, the Court turned a blind eye in one of the biggest travesties of justice in American jurisprudence within the last 50 years in which multiple Courts completely strayed from their civic duty owed to every single American in being a fair, impartial, and honorable Court system in which PLAINTIFF can't tell the difference between what the Court has so devastatingly became and 3rd World Country Judicial Systems.

**719.** The irreparable harm is that for more than 9 years, major fraud was being perpetuated in which the Courts think it is more acceptable to corruptly protect politicians and corrupt judges than give Americans a reason to have faith in the judicial system.

**720.** The irreparable harm is that for 9 years, PLAINTIFF has not been informed of any proceedings or why the Court is allowing multiple agencies and foreign militaries and intelligence agencies to commit war crimes and torture americans on American soil without any notification or consent why they are doing so and what legal basis they have in doing so.

**721.** The irreparable harm is that for more than 9 years, PLAINTIFF has had his soul violated on a daily basis being married to a woman that doesn't love him (if he is married), having war

crimes committed against him, and living with the fact that DEFENDANTS HILLARY CLINTON, BILL CLINTON, LYNN FORESTER de ROTHSCHILD, MICHAEL MORELL, GINA HASPEL, and SIR EVELYN ROTHSCHILD[108] intentionally murdered PLAINTIFF by doing an act that was worse to PLAINTIFF than murdering him in which they walk around with impunity and were able to rest peacefully.

**722.** The irreparable harm if not remedied is that the Court explicitly approves a two-tiered justice system in which judges are allowed to be corrupt without punishment making the *People* lose faith in the Judicial Branch of the Government.

**723.** PLAINTIFF was at the very peak of his very large penis' sexual health being very big and hard in 2014 and 2015 that women would have absolutely loved to have and PLAINTIFF is nowhere near the man that he once was in which it will take at least a full year to come even close to being what he was on top of quite possibly being castrated for having war crimes committed against him by DEFENDANTS in which he may never be married nor ever find a woman that wants to have sex with him after what was done to him. PLAINTIFF lost 8 years of his sex life because of the war crimes committed against PLAINTIFF.

**724.** DEFENDANTS in the FBI, CIA, DoD, Indian Intelligence, FSB, GRU, etc. had now more than 11 months to utilize super computers, billions of dollars in resources, and hundreds upon hundreds employees to fight a destitute autistic disabled man that is losing cognitive capacity because of the war crimes committed against him, lack of money to get proper health care, all the while PLAINTIFF is being tortured and other courts are ruling to intentionally deny PLAINTIFF any relief.

---

[108] Or it was RUSSIA, GRU, FSB, VLADIMIR PUTIN and MSS and PLAINTIFF'S PARENTS or Modi and Indian Intel and Intelligence*****

**725.** There are no adequate remedies in Court besides a permanent injunction and permanent restraining order when DEFENDANTS are routinely conspiring against PLAINTIFF in violation of 18 USC 1962(D), RICO, 42 USC 1985(2), 18 USC 242, 18 USC 2340, to deprive PLAINTIFF of his Constitutional Rights, prevent PLAINTIFF from having access to the Courts, and forcing PLAINTIFF to be their slave because money cannot erase the memories of living in squalid conditions twice in which cat feces and racoon feces and urine were so abundant and clear, of having to use dog shampoo to clean yourself knowing that DEFENDANTS made billions of you for years, having the worst punishment and war crimes committed against you in which no one and no intelligence agency did anything to stop them and ANGIE ORTIZ from doing what they did to PLAINTIFF for a month, having your soul and spirit violated because of the on-going corruption that remains unpunished and for not punishing a single person that commit war crimes even after having met a preponderance of the evidence standard, and more.

**726.** That for every single second of every single minute of every single day for every year within the last twenty years, PLAINTIFF has been a slave and has been maliciously abused to deprive Americans' of their freedoms (such as with certain 4th Amendment jurisprudence since 2006) in which judges in SCOTUS like SCALIA, Congress, President CLINTON and HILLARY CLINTON, President BUSH, President OBAMA, sort of President TRUMP, and sort of President BIDEN, and so many more people in the Washington DC elite, work on making more tyrannical and depriving PLAINTIFF of the fruits of his labor and ideas through the years.

**727.** The irreparable harm PLAINTIFF is asking the Court to remedy now is PLAINTIFF'S ability to pursue happiness and have a life full of liberty and love.

**728.** The irreparable harm is that through intentionally tampering with PLAINTIFF in violation of RICO over the last 11 months electronically, unknown DEFENDANTS in American

Intel, D.o.D, Indian Intel, GRU, FSB, corporations listed as DEFENDANTS like BOEING, et al. have gained a ridiculously unfair advantage in order to perpetuate the RICO Enterprise against PLAINTIFF.

**729.** The irreparable harm is that there are no words to describe the bad faith of the DOJ when a destitute autistic American that got tortured and was continuing to be tortured on American soil without Due Process of law who served DOJ twice knew of the litigation involving their attorneys and thought that continuing to ignore PLAINTIFF was the right course of action.

**730.** The irreparable harm is that by demonstrating extreme good faith with DEFENDANTS on October 20th, 2023 to resolve years of issues by not making it public in which they had twice the amount of time to have some dignity and actually respond to PLAINTIFF respectfully and address the issues, PLAINTIFF very well could have lost his case because DEFENDANTS were in that much of a bad faith in which they did everything in their power to make sure PLAINTIFF lost; that PLAINTIFF'S good faith was used maliciously and corruptly against him in which the Chicago Cases and Louisiana Cases intentionally prolonged the proceedings by ruling corruptly to intentionally undermine and ruin PLAINTIFF'S case.

**731.** The irreparable harm is the extreme humiliation of having a grown man's love life and relationship dictated by an over-controlling psychotic, deceitful, manipulative mother, who quite frankly belongs in jail, in which she fucked up numerous PLAINTIFF'S relationships and friendships.

**732.** Furthermore, there is no more humiliating thing for a grown man that was forced to marry an unknown individual than for his own parents, HILLARY CLINTON and BILL CLINTON, the BIDENS, and INDIAN Intel to completely treat him like a thing to be

manipulated, a completely disposable pawn to prevent law enforcement from arresting them for their actions, being the fall guy, and more.

**733.** The record is ample with facts that the irreparable corruption and damage that took place in the *Chicago Cases* and *Louisiana Cases* to PLAINTIFF that will only continue if the DISTRICT COURT OF UTAH doesn't put an end to the RICO Enterprise because each second of every day DEFENDANTS are conspiring to deprive PLAINTIFF of his life, liberty, and property without Due Process of law and in violation of RICO and in violation of PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights.

**734.** The irreparable harm is that if the Court doesn't make SCOTUS' ethical guidelines law, they would completely embolden *Star Chambers* to be a de-facto way of determining a case, fundamentally killing the trust and faith in the judicial system in America.

**735.** The irreparable harm that PLAINTIFF experienced is that for at least 18 years, he was completely disposable to unknown psychopathic individuals in GRU/FSB, CIA, DoD, FBI, et al. in which DEFENDANTS intentionally denied and deprived PLAINTIFF the basic pleasures and memories of growing up in life where simple mistakes can be made, relationships can be had, having people and family love their own family members regardless of their disability and autism, being fairly treated, not being bullied and harassed by law enforcement, his brother, his parents, his family, his psychiatrist, and his teachers, having friends who are not complete snitches seeking to prosecute PLAINTIFF for any transgression, not knowing how to love myself and constantly viewing me as a disgusting human being, not having the basic love and respect parents owe their children.

**736.** The irreparable harm done to PLAINTIFF is that due to psychotic PLAINTIFF'S parents and unknown FBI, CIA, GRU/FSB, DoD, MSS, officers, PLAINTIFF never had the opportunity

to be his own man when it came to being able to do the most important things in PLAINTIFF'S life that he would give his life for like defending Constitutional Rights, trying to make his reasonable dreams come true, and protecting disabled individuals from sadistic and manipulative assholes that have surrounded PLAINTIFF for the entirety of his life that intentionally prevented PLAINTIFF from living his life.

**737.** The irreparable harm is that unknown DEFENDANTS in D.o.D, FBI, CIA, GRU/FSB, Indian Intel, American Intel, and/or a combination of the aforementioned for years upon years did psychopathically did everything in their perverse and depraved powers to destroy every single one of PLAINTIFF'S dreams, enslave him without Due Process of law, isolate PLAINTIFF and torture PLAINTIFF on American soil, allowing them to commit war crimes and violate nearly every single religious belief PLAINTIFF had, and never inform PLAINTIFF of all the horrendous crimes they committed with impunity because there is no reasonable or rational explanation that can explain their behavior against PLAINTIFF.

**738.** The irreparable harm is that when PLAINTIFF needed DEFENDANTS to tell the truth that PLAINTIFF was not a terrorist or pedophile, it was DEFENDANTS' financial interest not to tell the truth and not to prosecute individuals for what they did to PLAINTIFF during the entire time this RICO Enterprise existed against PLAINTIFF.

**739.** From at least a minimum of October 20th, 2023, DEFENDANTS have done everything in their power to deprive PLAINTIFF of his life, property, and pursuit of happiness through corruptly ruling and failing to reply to PLAINTIFF satisfactorily by delaying, prolonging, and drawing out PLAINTIFF'S cases and filings for as long as possible making incomprehensibly illogical, unreasonable, and corrupt decisions in which PLAINTIFF in both the *Chicago Cases* and *Louisiana Cases* moved for Permanent Injunctions, PLAINTIFF moved for a TEMPORARY

RESTRAINING ORDER in the Louisiana cases, and PLAINTIFF informed the Northern District of Illinois Court, the 7th Circuit Court of Appeals, and the Middle District of Louisiana Court PLAINTIFF'S health and cognitive capacities were deteriorating as to effectively deny counsel to prevent PLAINTIFF from fully litigating the case to the best of his capacity so that DEFENDANTS could have SCOTUS completely undermine PLAINTIFF'S cases through their rulings in which SCOTUS was well aware of all of PLAINTIFF'S litigation.

**740.** Continuing a theme from the previous paragraph, for almost 8 months from October 20th, 2023 to July 3rd, 2024, DEFENDANTS have been *that well versed* in PLAINTIFF'S pleadings and motions; so factually well versed and knowledgeable about PLAINTIFF'S motions in the *Chicago Cases* and the *Louisiana Cases* that DEFENDANTS corruptly answered by preventing PLAINTIFF from ever having a legitimate chance to have DEFENDANTS answer in Court through corruptly ruling against PLAINTIFF in the *Louisiana Cases* and *Chicago Cases* and through SCOTUS routinely monitoring and undermining PLAINTIFF'S case even before PLAINTIFF could have a chance in the District Court, let alone the Court of Appeals in the 7th Circuit Court of Appeals, 5th Circuit Court of Appeals, and now the District Court of Utah in which the 10th Circuit Court of Appeals is ultimately PLAINTIFF'S last opportunity (if not, Texas).

**741.** If the Court doesn't rule in PLAINTIFF'S favor here and now for a permanent injunction and permanent restraining order, there would be absolutely no accountability in the system in which Any Government and the United States Government can make one a slave, kidnap one and commit acts of domestic and international terrorism against the law and their Constitutional Rights, commit War Crimes and Torture Americans without remorse or punishment, allow the Courts to be forever corrupted and tainted.

**742.** PLAINTIFF understands that within the economic deals between 2010 and 2011 between the United States and India that PLAINTIFF is necessarily privy to, there was another purpose. FBI and CIA and NSA and DOD wanted to create and replicate signals intelligence systems and data collection gathering in India that mirrored American systems; and probably the Indians purchased the components of such systems from American companies between 2010 and 2011 at cheaper rates than normal. For example and based on PLAINTIFF'S current knowledge that he can recall, one of either Prime Minister Singh's or Modi's Son-in-laws is the head of an intelligence unit in India that collects data about every Indian citizen; that out of all the jobs he could have acquired through nepotism in a corrupt Indian system, he got the ones collecting data about every Indian citizen. This gives more plausibility and credibility that INDIAN and AMERICAN INTEL DEFENDANTS intentionally used PLAINTIFF for cross-sharing intelligence purposes allowing India to acquire the *JAPLAN* email, the contents of PLAINTIFF'S private conversations said in his home in Spring 2015, PLAINTIFF'S Sewanee Purple Articles, and more and implement *JAPLAN* to make sure PLAINTIFF wasn't a liability to India as a whole because at a minimum PLAINTIFF was a liability to at least SPICEJET.

**743.** That there exists a notion and practice of hiring individuals in the DC elite/bubble that have intentionally committed RICO violations against American citizens and are hired to protect them from liability because they still have qualified immunity if they are current US Federal Government employees in which that is unconstitutional and denies the US Government from retaining the best qualified candidates for a position.

**744.** SCOTUS deciding *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) the way they did means that they sent the decision over the wires and through the mail which constitutes an act of mail fraud and wire fraud; the five cases SCOTUS decided the way they did

also count as separate violations of 18 USC 1961 Sections 1341 and 1343; when CHIEF JUSTICE JOHN ROBERTS stared at PLAINTIFF in Tokyo and ran off like a coward on July 8th, 2015 or so and didn't tell PLAINTIFF that he knew the war crimes were being done against him and the decision in *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) when he had an opportunity, hiding that material information from PLAINTIFF constituted a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342. So that is 5 Counts of violating RICO here.

**745.** Quite frankly people's actions have told PLAINTIFF all he needs to know: how is it that PLAINTIFF can be of such importance and intentionally be that neglected? Why is it that people need PLAINTIFF now for their sides when everyone seemed hellbent on vilifying and falsely making PLAINTIFF into a terrorist, arsonist, or pedophile? Why is it that my loved ones never shared everything PLAINTIFF needed to know at the right time? Why is it that the ones that

claim they love PLAINTIFF intentionally put PLAINTIFF through hell living in feces and using PLAINTIFF at every opportunity without remorse? Why is it that seemingly every single one of PLAINTIFF'S friends sold out or snitched on PLAINTIFF at some time when PLAINTIFF would have never done the same to them like ANDREW WHALL, THAO BUI, BRIANA DRESCHER, and more? Why was it that for decades people intentionally misconstrued PLAINTIFF'S statements for the worse and got rid of all the evidence of the good PLAINTIFF ever did in his life? Why is it that DEFENDANTS insist on making PLAINTIFF their slave? Why is it when PLAINTIFF tells the truth that no one believes PLAINTIFF? Why is it that it was in everyone's interest to intentionally harm PLAINTIFF and when PLAINTIFF sought some form of justice and being merciful to everyone PLAINTIFF gets screwed over and over again? Why the fuck is it so intolerable to DEFENDANTS that PLAINTIFF deserves a life of happiness, being left the fuck alone, and having compensation for having the worst things done to PLAINTIFF? Why the fuck is it so intolerable for people to love PLAINTIFF and let PLAINTIFF know he is loved and valued because being in this isolation and echo chamber has been hell after having been tortured intentionally by DEFENDANTS? PLAINTIFF never went on a roadtrip and had a lover look in his eyes and meaningfully and truthfully say that she was so happy to be with PLAINTIFF at that moment? What exactly did PLAINTIFF DO to be caused this much harm? Why did DEFENDANTS intentionally place PLAINTIFF in harm's way and ignore and destroy the evidence that PLAINTIFF didn't want to be in certain positions? Why was it easier to treat PLAINTIFF as a villain than a person worthy of love and respect? Why is it that PLAINTIFF never got the proper soothing and hugs he desperately needed in time when his loved ones knew PLAINTIFF was hurting and still is hurting to this day? Why the fuck was it so hard to get a written offer when DEFENDANTS all knew what PLAINTIFF demanded and

wanted and to be left ignored and have the court be that corrupted was so extremely disrespectful to PLAINTIFF. Why is it that PLAINTIFF was treated like a bad man when he was being extremely generous and accommodating to DEFENDANTS when PLAINTIFF gave much cheaper settlement offers to DEFENDANTS that they read and analyzed and intentionally ignored on purpose?

**736.** Between at least 2008 and 2024, the FISA Court was surveilling PLAINTIFF unconstitutionally. One or more of the following FISA Court Judges ANTHONY J. TRENGA, TIMOTHY D. DeGIUSTI, JOAN ERICKSEN, KARIN IMMERGUT, KENNETH KARAS, SARA LIOI, AMIT MEHTA, CARL NICHOLS, GEORGE SINGAL, JOHN THARP, and former FISA judges ANNE CONWAY, GEORGE KAZEN, COLLEN KOLLAR-KOTELLY, JOHN BATES, ROGER VINSON, FREDERICK SCULLIN, MALCOM HOWARD, DEE BENSON, MARY MCLAUGHLIN, JAMES ZAGEL, THOMAS HOGAN, JOHN ROBERTS, ROSEMARY M. COLLYER, RAYMOND DEARIE, CLAIRE EAGAN, JAMES BOASBERG, MARTIN FELDMAN, THOMAS HOGAN, JAMES JONES, MICHAEL MOSMAN, THOMAS RUSSELL, DENNIS SAYLOR, conspired with unknown employees in the DOJ, WHITE HOUSE, FBI, D.o.D, and/or CIA, had knowledge of and were aware of the acts of domestic and international terrorism undertaken against PLAINTIFF in 2011 and *JAPLAN*, how PLAINTIFF was a slave to DEFENDANTS for more than 15 years, furthered the RICO Enterprise against PLAINTIFF, aided and abetted the RICO Enterprise, gained material benefits from the RICO Enterprise against PLAINTIFF in which they were paid to make decisions that were adverse to PLAINTIFF'S constitutional rights, were accessories after the fact, allowed unknown DEFENDANTS to retaliate and tamper with PLAINTIFF, and necessarily knew how war

crimes and torture were being committed against PLAINTIFF in 2015, in which one or more of the aforementioned FISA judges violated at least one or more of the following : 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant; in which he violated at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF. During the aforementioned time period, she materially benefitted from the RICO Enterprise against PLAINTIFF in which she: 1) is still receiving retirement benefits, 2) regularly received

paychecks and benefits at work, due in part, for perpetuating the RICO Enterprise against PLAINTIFF whether as a principal actor or aiding and abetting the RICO Enterprise, and/or 3) received promotions at work, due in part, to being a principal actor or having aided and abetted the RICO Enterprise against PLAINTIFF.

**746.** PLAINTIFF visited the FISA Court in on June 22nd, 2020 to gather evidence and have access to the Court that unconstitutionally ruled against him for years that enabled a RICO Enterprise to perpetuated against PLAINTIFF.

**747.** When PLAINTIFF visited the FISA Court in Washington D.C in which PLAINTIFF wanted to learn of the name of the attorney that represented him, to see the evidence utilized against him, learn the names of the witnesses that testified against PLAINTIFF so PLAINTIFF could sue them and cross examine them, and vindicate more of PLAINTIFF'S Constitutional Rights, in violation of Tennessee v. Lane, autistic disabled American PLAINTIFF was denied access to a Court on American soil that ruled against him that PLAINTIFF that violated PLAINTIFF'S Constitutional Rights in which PLAINTIFF had received no notice of any of the proceedings against him thereby perpetuating fraud and the RICO Enterprise against PLAINTIFF.

**748.** PLAINTIFF moves under 18 USC 1963 via disgorgement for an immediate 50% ownership of Dulles International Airport for being used as property against PLAINTIFF during the RICO Enterprise.

**749.** PLAINTIFF moves under 18 USC 1963 via disgorgement for being used as property used against PLAINTIFF in the RICO Enterprise for an immediate 50% ownership of Jackson-Hartfield Atlanta International Airport.

**750.** PLAINTIFF moves under 18 USC 1963 via disgorgement for 10% ownership of Delta Airlines Inc., 10% of Boeing Inc, 5% ownership of United Airlines Inc.

**751.** PLAINTIFF requests that Airbus and Boeing create a co-venture with PLAINTIFF to produce fuselages for Boeing Inc. and Airbus S.A.

**752.** The Japanese government materially benefitted from the RICO Enterprise against PLAINTIFF via the JAPANESE DEFENDANTS that attended the *Japanese Conspiracy Dinner* against PLAINTIFF and allowed the war crimes committed by ANGIE ORTIZ to take place without interference in which they gained material benefits from the RICO Enterprise against PLAINTIFF in violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**753.** The Qatari government materially benefitted from the RICO Enterprise against PLAINTIFF in violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D)

and 18 USC 1961 section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S nationality, race, and religion, violated Section 504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF. During the aforementioned time period, they materially benefitted from the RICO Enterprise against PLAINTIFF in which they: 1) are still receiving material benefits and/or were paid by unknown D.o.D, CIA, and WHITE HOUSE via the United States Treasury Department for perpetuating the RICO Enterprise against PLAINTIFF whether as a principal or aiding and abetting the RICO Enterprise,

**754.** The Russian government, GRU, Vladimir Putin, and FSB, all materially benefitted from the RICO Enterprise against PLAINTIFF in violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor

contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**755.** The British government (the Commonwealth of the United Kingdom) materially benefitted from the RICO Enterprise against PLAINTIFF in violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate

commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**756.** The Chinese government materially benefitted from the RICO Enterprise against PLAINTIFF in violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342.

**757.** PLAINTIFF fears that if he includes the Complaint from the *Chicago Cases*, which is over 1500 pages long, that the court might corruptly rule that the complaint is too long and dismiss the case.

**758.** Simply if this goes unpunished and the irreparable harm is: PERMANENTLY, CORRUPTLY, AND ILLEGALLY DENYING EVERYTHING IT MEANS TO BE AN AMERICAN IN COURT. .

**759.** PLAINTIFF'S soul is PLAINTIFF'S and God's property and the United States Government through their actors listed as DEFENDANTS unconstitutionally damaged, broke, and tainted PLAINTIFF'S soul that constitutes a taking under the 5th Amendment.

**760.** PLAINTIFF'S soul is PLAINTIFF'S and God's property and the Russian Government, Vladimir Putin, unknown DEFENDANTS in FSB/GRU violated PLAINTIFF'S soul and damaged it in the course of the RICO Enterprise against PLAINTIFF in violation of 18 USC 1961, PLAINTIFF'S 1st Amendment Rights, 5th Amendment Rights, the Geneva Convention, Convention on the Rights of Persons with Disabilities.

**761.** PLAINTIFF'S soul is PLAINTIFF'S and God's property and the State of India, Prime Minister Modi, SpiceJET, former Prime Minister Singh, and unknown individuals in Indian Intel violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF in violation of 18 USC 1961, PLAINTIFF'S 1st Amendment Rights, 5th Amendment Rights, the Geneva Convention, Convention on the Rights of Persons with Disabilities.

**762.** PLAINTIFF'S soul is PLAINTIFF'S and God's property and QIA, HBJ, Al-Baker, the Emir of Qatar, and the Kingdom of Qatar, violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF in violation of 18 USC 1961, PLAINTIFF'S 1st Amendment Rights, 5th Amendment Rights, the Geneva Convention, Convention on the Rights of Persons with Disabilities.

**763.** PLAINTIFF'S soul is PLAINTIFF'S and God's property and the Japanese Government XX violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF in violation of 18 USC 1961, PLAINTIFF'S 1st Amendment Rights, 5th Amendment Rights, the Geneva Convention, Convention on the Rights of Persons with Disabilities.

**764.** PLAINTIFF'S soul is PLAINTIFF'S and God's property and the Chinese Government, and MSS violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF.

**765.** PLAINTIFF'S soul is PLAINTIFF'S and God's property and the British Government XX violated it and damaged it in the course of the RICO Enterprise against PLAINTIFF in violation of 18 USC 1961, PLAINTIFF'S 1st Amendment Rights, 5th Amendment Rights, the Geneva Convention, Convention on the Rights of Persons with Disabilities.

**766.** The irreparable harm is that for more than 15 years, PLAINTIFF has been denied information and told not to pursue legal claims for gross miscarriages of abuse by DEFENDANTS in which PLAINTIFF has had to play catchup with numerous records having been destroyed by a fire in May 2010 and the US Government, Russian Government, British Government, Chinese Government, and Indian Government intentionally hiding records from PLAINTIFF to perpetuate the RICO Enterprise against PLAINTIFF to deprive PLAINTIFF of an opportunity to fairly litigate.

**767.** The fact that PLAINTIFF did everything in his power to resolve the issues peacefully and quickly when he discovered the egregious sources of abuse with DEFENDANTS having intentionally deprived PLAINTIFF of information for years to conceal the true extent of their crimes without a trial for the benefit of DEFENDANTS was taken advantage of by DEFENDANTS and they will only continue to take advantage of the time and the prolonged nature of these cases as to deprive PLAINTIFF of an opportunity in Court to further the RICO Enterprise.

**768.** The irreparable harm PLAINTIFF experienced is that the vast majority of DEFENDANTS were properly served and had monitored PLAINTIFF when edited drafts of his motions and were literally given 8 times as long to respond to dig up more blackmailing and

character destroying evidence then what DEFENDANTS would have normally been required but for the corruption in the *Louisiana Cases* and *Chicago Cases*. By allowing that to go unpunished and allowing it to occur, this is giving DEFENDANTS such an unfair advantage in Court.

**769.** The irreparable harm if not remedied is that the Court explicitly approves a two-tiered justice system in which judges are allowed to be corrupt without punishment making the *People* lose faith in the Judicial Branch of the Government.

**770.** Furthermore in addition to Paragraph #88, DEFENDANTS had 8 months to utilize super computers and billions of dollars in resources and hundreds of employees to fight a destitute autistic disabled man that is losing cognitive capacity because of the war crimes committed against him, lack of money to get proper health care, and more.

**771.** There are no adequate remedies in Court besides a permanent injunction and permanent restraining order when DEFENDANTS are routinely conspiring against PLAINTIFF in violation of 18 USC 1962(D) and 18 USC 1961, 18 USC 2340, to deprive PLAINTIFF of his Constitutional Rights, prevent PLAINTIFF from having access to the Courts, and forcing PLAINTIFF to be their slave because money cannot erase the memories of living in squalid conditions twice in which cat feces and racoon feces and urine were so abundant and clear, of having to use dog shampoo to clean yourself knowing that DEFENDANTS made billions of you for years, having the worst punishment and war crimes committed against you in which no one and no intelligence agency did anything to stop them and ANGIE ORTIZ from doing what they did to PLAINTIFF for a month, having your soul and spirit violated because of the on-going corruption that remains unpunished and for not punishing a single person that commit war crimes even after having met a preponderance of the evidence standard, and more.

**772.** PLAINTIFF deliberately and intentionally is asking nowhere near as much as he should because PLAINTIFF in the Chicago Cases and the Louisiana Cases gave a partial analysis of the amount of money and assets that DEFENDANTS have; however, PLAINTIFF was unable to determine how much the ROTHCHILDS and ROTHCHILDS BANKS have in assets and funds in which the total percentage of what PLAINTIFF is asking from the Court amounts to less than 3% of their total assets and funds available to them.

**773.** That for every single second of every single minute of every single day for every year within the last twenty years, PLAINTIFF has been a slave and has been maliciously abused to deprive Americans' of their freedoms (such as with 4th Amendment jurisprudence since 2006) in which numerous judges in SCOTUS like SCALIA, ROBERTS, ALITO, Congress, President CLINTON and HILLARY CLINTON, President BUSH, President OBAMA, sort of President TRUMP, and sort of President BIDEN, and so many more people in the Washington DC elite, work on making more tyrannical and depriving PLAINTIFF of the fruits of his labor and ideas through the years.

**774.** The record is ample with facts that the irreparable corruption and damage that took place in the *Chicago Cases* and *Louisiana Cases* to PLAINTIFF that will only continue if the 5th CIRCUIT COURT OF APPEALS doesn't put an end to it because each second of every day DEFENDANTS are conspiring to deprive PLAINTIFF of his life, liberty, and property without Due Process of law and in violation of RICO and in violation of PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights.

**775.** From October 20th, 2023, DEFENDANTS have done everything in their power to deprive PLAINTIFF of his life, property, and pursuit of happiness through corruptly ruling and failing to reply to PLAINTIFF satisfactorily by delaying, prolonging, and drawing out PLAINTIFF'S

cases and filings for as long as possible making incomprehensibly illogical, unreasonable, and corrupt decisions in which PLAINTIFF in both the *Chicago Cases* and *Louisiana Cases* moved for Permanent Injunctions, PLAINTIFF moved for a TEMPORARY RESTRAINING ORDER in the Louisiana cases, and PLAINTIFF informed the Northern District of Illinois Court, the 7th Circuit Court of Appeals, and the Middle District of Louisiana Court PLAINTIFF'S health and cognitive capacities were deteriorating as to effectively deny counsel to prevent PLAINTIFF from fully litigating the case to the best of his capacity so that DEFENDANTS could have SCOTUS completely undermine PLAINTIFF'S cases through their rulings in which SCOTUS was well aware of all of PLAINTIFF'S litigation.

**776.** Continuing a theme from the previous paragraph, for almost 8 months from October 20th, 2023 to July 3rd, 2024, DEFENDANTS have been *that well versed* in PLAINTIFF'S pleadings and motions; so factually well versed and knowledgeable about PLAINTIFF'S motions in the *Chicago Cases* and the *Louisiana Cases* that DEFENDANTS corruptly answered by preventing PLAINTIFF from ever having a legitimate chance to have DEFENDANTS answer in Court through corruptly ruling against PLAINTIFF in the *Louisiana Cases* and *Chicago Cases* and through SCOTUS routinely monitoring and undermining PLAINTIFF'S case even before PLAINTIFF could have a chance in the District Court, let alone the Court of Appeals in the 7th Circuit Court of Appeals and now 5th Circuit Court of Appeals, and depending on the 5th Circuit Court of Appeal's ruling, the 10th Circuit Court of Appeals, which is ultimately PLAINTIFF'S last opportunity.

**777.** If the Court doesn't rule in PLAINTIFF'S favor here and now for a permanent injunction and permanent restraining order, there would be absolutely no accountability in the system in which Any Government and the United States Government can make one a slave, kidnap one

and commit acts of domestic and international terrorism against the law and their Constitutional Rights, commit War Crimes and Torture Americans without remorse or punishment, allow the Courts to be forever corrupted and tainted.

**778.** PLAINTIFF understood in 2016 and believes that Louisiana Revised Statutes concerning self-defense allows PLAINTIFF to take any constitutionally, non-violent, appropriate measures he deemed reasonable and necessary to protect the lives of innocent disabled students (One of PLAINTIFF'S purposes in writing the book was to protect disabled students from being killed by a Department of Education Guidance) and to defend his liberty and Constitutional Rights from further infringement and malicious prosecution by a tyrannical government that allowed war crimes to be committed against an American. That in the concept of self-defense exists the right of the defense of others and the defense of liberty and constitutional rights for one free American ceases to exist in a America if it becomes a tyrannical dictatorship.

**779.** Another purpose of why PLAINTIFF wrote the book in 2016 and 2017 was that PLAINTIFF understood the horrors of being falsely accused of sexual harassment and being abused sexually by the DEFENDANTS; that in PLAINTIFF'S formative years of forcing and coercing himself to learn how to speak, the beauty and value of every single word, including every slang and offensive term that exists in the world, and that the Department of Education has an interest in allowing kids to psychologically develop healthy by allowing kids to occasionally hear an offensive phrase, term, or slang and doing so in a way is beautiful and is not harassment and that there are far worse things that can be done to someone that a simple insult. Jokes and joking must be allowed. The world is not going to end of a white man says "nigga please" (context needed!), someone says retarded, faggot, or more. Its okay to be offended; its okay to learn from being offended; its okay to embrace being offended; what matters far more in life is

knowing someone's intent because assuming someone's intent without asking them makes you an asshole. Bullying and Harassment is about intention and direction. You can't outlaw words; but you can analyze the intention of someone and the direction of someone's statements.

**780.** PLAINTIFF understands that within the economic deals between 2010 and 2011 between the United States and India that PLAINTIFF is necessarily privy to, there was another purpose. FBI and CIA and NSA and DOD wanted to create and replicate signals intelligence systems and data collection gathering in India that mirrored American systems; and probably the Indians purchased the components of such systems from American companies between 2010 and 2011 at cheaper rates than normal. For example and based on PLAINTIFF'S current knowledge that he can recall, one of either Prime Minister Singh's or Modi's Son-in-laws is the head of an intelligence unit in India that collects data about every Indian citizen; that out of all the jobs he could have acquired through nepotism in a corrupt Indian system, he got the ones collecting data about every Indian citizen. This gives more plausibility and credibility that INDIAN and AMERICAN INTEL DEFENDANTS intentionally used PLAINTIFF for cross-sharing intelligence purposes allowing India to acquire the *JAPLAN* email, the contents of PLAINTIFF'S private conversations said in his home in Spring 2015, PLAINTIFF'S Sewanee Purple Articles, and more and implement *Japlan* to make sure PLAINTIFF wasn't a liability to India as a whole because at a minimum PLAINTIFF was a liability to at least SPICEJET.

**781.** PLAINTIFF alleges that ERIC HOLDER, LORETTA LYNCH, MERRICK GARLAND, and/or a combination of the former attorney generals conspired with Prime Minister Singh or Modi and other Indian and Japanese representatives through the years against PLAINTIFF in violation of 18 USC 1962(D) to further RICO Enterprise #1.

**782.** PLAINTIFF alleges that at least ERIC HOLDER, JEFF SESSIONS, and other DOJ ATTORNEY GENERALS AND ATTORNEYS conspired amongst each other and with individuals like JEH JOHNSON, JAMES COMEY, JAMES CLAPPER, GINA HASPEL, JANET NAPOLITANO, MICHAEL MORELL, JOHN BRENNAN, SUSAN RICE, VALERIE JARRETT, ROBERT MUELLER III, and more in which they intentionally conspired to deprive PLAINTIFF of his life, liberty, payment for services rendered, and furthered the RICO Enterprise against PLAINTIFF in violation of 18 USC 1962(D) and PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights.

**783.** That there exists a notion and practice of hiring individuals in the DC elite/bubble that have intentionally committed RICO violations against American citizens and are hired to protect them from liability because they still have qualified immunity if they are current US Federal Government employees in which that is unconstitutional and denies the US Government from retaining the best qualified candidates for a position.

**784.** SCOTUS deciding *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) the way they did means that they sent the decision over the wires and through the mail which constitutes an act of mail fraud and wire fraud; the five cases SCOTUS decided the way they did also count as separate violations of 18 USC 1961 Sections 1341 and 1343; when CHIEF JUSTICE JOHN ROBERTS stared at PLAINTIFF in Tokyo and ran off like a coward on July 8th, 2015 or so and didn't tell PLAINTIFF that he knew the war crimes were being done against him and the decision in *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) when he had an opportunity, hiding that material information from PLAINTIFF constituted a violation of at least 18 USC 1961 Sections 1341 and 1343 and 18 USC 1962(D) if not the following: section 1351 (relating to fraud in foreign labor contracting), section 1503 (relating to obstruction

of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), aiding and abetting section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342. So that is 5 Counts of violating RICO here.

**785.** Quite frankly people's actions have told PLAINTIFF all he needs to know: how is it that PLAINTIFF can be of such importance and intentionally be that neglected? Why is it that people need PLAINTIFF now for their sides when everyone seemed hellbent on vilifying and falsely making PLAINTIFF into a terrorist, arsonist, or pedophile? Why is it that my loved ones never shared everything PLAINTIFF needed to know at the right time? Why is it that the ones that claim they love PLAINTIFF intentionally put PLAINTIFF through hell living in feces and using PLAINTIFF at every opportunity without remorse? Why is it that seemingly every single one of PLAINTIFF'S friends sold out or snitched on PLAINTIFF at some time when PLAINTIFF would have never done the same to them like ANDREW WHALL, THAO BUI, BRIANA DRESCHER, and more? Why was it that for decades people intentionally misconstrued PLAINTIFF'S statements for the worse and got rid of all the evidence of the good PLAINTIFF ever did in his life? Why is it that DEFENDANTS insist on making PLAINTIFF their slave?

Why is it when PLAINTIFF tells the truth that no one believes PLAINTIFF? Why is it that it was in everyone's interest to intentionally harm PLAINTIFF and when PLAINTIFF sought some form of justice and being merciful to everyone PLAINTIFF gets screwed over and over again? Why the fuck is it so intolerable to DEFENDANTS that PLAINTIFF deserves a life of happiness, being left the fuck alone, and having compensation for having the worst things done to PLAINTIFF? Why the fuck is it so intolerable for people to love PLAINTIFF and let PLAINTIFF know he is loved and valued because being in this isolation and echo chamber has been hell after having been tortured intentionally by DEFENDANTS? PLAINTIFF never went on a roadtrip and had a lover look in his eyes and meaningfully and truthfully say that she was so happy to be with PLAINTIFF at that moment? What exactly did PLAINTIFF DO to be caused this much harm? Why did DEFENDANTS intentionally place PLAINTIFF in harm's way and ignore and destroy the evidence that PLAINTIFF didn't want to be in certain positions? Why was it easier to treat PLAINTIFF as a villain than a person worthy of love and respect? Why is it that PLAINTIFF never got the proper soothing and hugs he desperately needed in time when his loved ones knew PLAINTIFF was hurting and still is hurting to this day? Why the fuck was it so hard to get a written offer when DEFENDANTS all knew what PLAINTIFF demanded and wanted and to be left ignored and have the court be that corrupted was so extremely disrespectful to PLAINTIFF. Why is it that PLAINTIFF was treated like a bad man when he was being extremely generous and accommodating to DEFENDANTS when PLAINTIFF gave much cheaper settlement offers to DEFENDANTS that they read and analyzed and intentionally ignored on purpose?

**786.** PLAINTIFF doesn't give a shit if it was RUSSIA, the UNITED STATES, UNITED KINGDOM, CHINA, INDIA, etc all PLAINTIFF wants to affirmatively know is who did it to PLAINTIFF?

**787.** Simply if this goes unpunished and the irreparable harm is: PERMANENTLY, CORRUPTLY, AND ILLEGALLY DENYING EVERYTHING IT MEANS TO BE AN AMERICAN IN COURT.

# Section V: INJURIES

- "DEFENDANTS defiled and permanently damaged PLAINTIFF's soul (18 U.S.C. §2340; 18 U.S.C. §2441)
- Loss of at least $10,000,000,000+ in 2011 through fraudulent concealment and taking PLAINTIFF'S soul. With Treble Damages, Rate of Inflation, and Attorney Fees, that should be around $35 Billion USD Total.
- Denial of treble damages from the *Chicago Cases* and *Louisana Cases*.
- DEFENDANTS caused PLAINTIFF to gain over 150lbs from May 2016 to the time of filing this lawsuit in which PLAINTIFF weighs approximately 375lbs even after having been down to around 215 or 220 lbs. in March or April 2016 in which PLAINTIFF now has obesity health related problems (18 U.S.C. §2340; 18 U.S.C. §2441);
- DEFENDANTS' torture and RICO acts have caused severe scarring on PLAINTIFF'S mind & body (some of which was inflicted through PLAINTIFF'S autistic self-compulsion after having been tortured);
- PLAINTIFF'S loss of ability to trust & seek relationships (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);
- Loss of family and interest in dating and love life despite wanting to do it again
- Destruction of reputation;

- Being placed on a Freemason/CFR/BILDERBURG/Bohemian Grove/Illuminati blacklist and other United States Government blacklists in the prevention of obtaining employment;
- Loss of employment & future economic opportunity;
- Loss of sense of self and purpose (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);
- Numerous health issues starting from 2006 & medical bills (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);
- Becoming an indentured servant after being a victim of domestic and international terrorism by DEFENDANTS;
- Killing the "specialness" of a former special education student becoming a lawyer despite the odds against PLAINTIFF;
- Loss of privacy around the world;
- Loss of friends;
- diminished intellectual capacity & intelligence (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);
- Loss of recognition/credit of having PLAINTIFF's Intellectual Property used in Hollywood and in the White House;
- Diminished utilitarian value of self to improving and making society better (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);
- Inability to further my dreams in helping others, especially autistic individuals (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);
- Knowing that I was always going to be a pariah to people I respected & within the legal community no matter what I did to overcome & work against false presumptions and labels and other actions undertaken by DEFENDANTS (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);
- Deep embarrassment;
- Social exclusion;
- Not knowing how to support myself and/or future family with a diminished brain capacity and intelligence in which it was already hard enough as it is for autistic

individuals to be able to be independent of their parents or Social Security (let alone starting, maintaining, and having a family);

- Never being able to bring a woman as a girlfriend/wife to 3 grandparents when they were alive (& unfortunately seems like my last grandparent won't meet her either) after what DEFENDANTS did to me emotionally and spiritually;

- Contributing to PLAINTIFF'S autistic self-harm where he did not want any of his family (because they were hiding information from PLAINTIFF & did not support PLAINTIFF nor believe PLAINTIFF when PLAINTIFF needed them the most in Spring 2017) to go to his law school graduation nor did PLAINTIFF attend graduation when given an opportunity after all he had been through (compounding these issues was the fact that Louis Freeh, director of WILLIAM J. CLINTON'S FBI, was giving the speech and I wouldn't attend after what DEFENDANTS CLINTON DID TO ME);

- Knowing world leaders and U.S. Politicians routinely talk about you all the time & refuse to talk to you as a person or individual outside of their stupid fucking doublespeak in which they pursued their own interests at my expense without me ever having a real say in my life (dehumanizing);

- Being completely broken and destitute as an autistic man (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Never being privy to my own life;

- Violating PLAINTIFF'S religious beliefs numerous times.

- And other damages & harm not herein expressed, but within the knowledge of PLAINTIFF or DEFENDANTS

- DEFENDANTS took everything PLAINTIFF loved and valued in his life like his love for aircrafts, speech after having earn the ability to speak, and so much more for their own malicious and abusive purposes to enrich themselves and get more power corruptly.

# Section VI: PRAYERS OF RELIEF:

PLAINTIFF PRAYS FOR THE FOLLOWING RELIEF and DEMANDS THE FOLLOWING AS IT COMPORTS TO THE REQUIREMENTS UNDER 18 U.S.C. 1964 and allow

PLAINTIFF to seize such under 18 USC 1963 if any of the DEFENDANTS fail to comply. THIS IS PLAINTIFF'S LAST REASONABLE FINANCIAL OFFER TO DEFENDANTS.

United States Intelligence Spent more than $500 Billion USD between 2007-2015 to stop terrorism. They couldnt even stop the terrorism and war crimes they perpetuated against PLAINTIFF.

2007—$63,500,000,000
2008—$70,400,000,000
2009—$76,200,000,000
2010—$80,100,000,000
Total: 2007-2010: $290,200,000,000
2011—$78,600,000,000
2012—$75,400,000,000
2013—$67,600,000,000
2014—$67,900,000,000
2015—$66,800,000,000
Total: 2011-2015: $356,300,000,000

More than $2 Trillion in assets amongst DEFENDANTS.

Nearly all the things PLAINTIFF is requesting as compensation, including the water rights, can be conclusively factually proven to be connect to certain episodes that occurred during the RICO Enterprise.

**I) From all DEFENDANTS:**

a. **Payment of: $19,500,000,000 USD within the next month**
b. **Payment of $6,500,000,000 USD by September 27th, 2029.**
c. **If PLAINTIFF acquires more than 50% ownership of SpiceJET, $15 Billion USD from disgorgement of BLACKSTONE and ROTHSCHILDS HOLDINGS asets will be used purchase as many Boeing 777-9x aircraft that $15 Billion USD can buy to expand SpiceJET.**
d. **$5 Billion USD for the 'impossible railroad' from the disgorgement of ROTHSCHILDS HOLDINGS and BLACKSTONE assets.**
e. **$10 Billion USD for Miki's Autism Centers from the disgorgement of ROTHSCHILDS HOLDINGS and BLACKSTONE assets.**
f. **PLAINTIFF will seek disgorgement of an additional $15 Billion USD from RUSSIA and CHINA if it can be proven at a clear and**

**convincing evidentiary standard that the actions of RUSSIA and/or CHINA significantly contributed to the RICO Enterprise against PLAINTIFF.**

**The $19.5 Billion will be:**

g. **$3 Billion USD: Henderson or Kanacea Island**
h. **$3 Billion USD: American Manufacturing.**
i. **$3 Billion USD: Texas Town.**
j. **$1 Billion USD: Shiba Shima.**
k. **$1 Billion USD: Fort Lauderdale, FL Resort.**
l. **$1 Billion USD: Utah Ranch.**
m. **$2 Billion USD: Autism, Hospitals, & Vet Care.**
n. **$1 Billion USD: Impossible Railroad Rehabilitation & MKT Railroad.**
o. **$1 Billion USD: Montana & West Virginia Ranch.**
p. **$2 Billion USD: MKT Airlines & SpiceJET or MKT Airlines & Air Europa.**
q. **$1 Billion USD: TBD (SpiceJET upgrades, Air Europa purchase, or other things TBD).**
r. **$100,000,000. USD PLAINITFF personal.**
s. **$200,000,000 to environmentally clean up the Waukegan, IL beach and NRG Waukegan facility.**
t. **$200,000,000 USD: TBD (includes Disability camp).**

**II)** E.L ROTHSCHILD L.P will be completely seized and disgorged under 18 USC 1963 in which PLAINTIFF will seize two properties of his own choosing and the rest of the proceeds will go towards paying the $27 Billion USD

**III)** Non-Precedent. Environmental Clean-up rights of NRG's Waukegan Facility with water extraction rights in Lake Michigan at rates to be determined per year.

**IV) Non-Precedent. PLAINTIFF moves under 18 USC 1963 for disgorgment of the following Russian State Owned Oil Company and Qatari State Owned Oil Company oil deal in which PLAINTIFF wants something around the following for the RUSSIAN & QATAR oil deal:**

a. the cost of the barrel of oil will be the sum of: 1) the cost to extract and transport a barrel of oil and 2) 60% of the average price of the market value of barrel of oil during the previous month
b. The total amount of Jet Fuel per year for the next 15 years with an option to renew for another 15 years that can fuel up to: 10 Boeing 747-8i/777 aircraft doing a 14 hour flight per day for 365 days a year, 10 Boeing 787/A350/A330 aircraft doing a 14 hour flight per day for 365 days a year, 10 Boeing 737/Airbus A320 family aircraft doing two 7 hour flights per day for 365 days a year, and 8 Embraer E190-E2 doing three 4 hour flights per day.
c. The total amount of Gasoline per year for the next 15 years with an option to renew for another 15 years that can fuel up to: 350 average sized American gas stations and 15 Buc-ee's sized gas stations.
d. The total amount of diesel, LNG, and asphalt is to be determined at a later date and depends on whether MKT establishes a railroad.
e. Favorable rates to be determined if MKT opens gas stations, bases aircraft in, opens a LNG power plant in Serbia and/or North Macedonia, operates locomotives in Serbia.
f. the cost of the barrel of oil will be the sum of: 1) the cost to extract, refine, and transport a barrel of oil and 2) 80% of the average price of the market value of barrel of oil during the previous month
g. favorable rates for jet fuel for a minimum of half of an airline's fleet of widebody for a minimum of 14 hour flight 365 days a year and 3 flights of narrowbody aircraft for a total of 16 hours a day of an airline that PLAINTIFF acquires or has the majority ownership of with an option to fuel 75% of the airline.
h. In the scenario that Iranian Intelligence played a role in the RICO Enterprise against PLAINTIFF, PLAINTIFF would add them as a DEFENDANT and their Iranian State Owned Oil Company to be sources of oil for the oil deal.
i. Oil deal Subject To US State Department Approval****

**V)** Whatever total amount of assets BILL and HILLARY CLINTON & LYNN FORESTER de ROTHSCHILD have in their bank accounts right now located anywhere in the world is subject to disgorgement under 18 USC 1963. The total amount of money obtained from this disgorgement will be put into a trust in which the Trust's purpose is to provide full ride scholarships to African Americans, Serbians, North Macedonians, Latinos, Poor White Americans, and Autistic individuals to attend college or graduate

school in the following fields: science, math, engineering, architecture, law, technology, computing, aerospace, and medicine.

**VI)** PLAINTIFF is seeking disgorgement under 18 USC 1963 of $100 Billion USD from BLACKSTONE, ROTHSCHILD, JP MORGAN CHASE, and BANK OF AMERICA to make a fund to give $2 Billion USD to every state for the intended purpose of paying states to clean up dirty, garbage filled, neglected areas within their border, fix and repair bridges, and clean up rivers, lakes, and streams.

**VII) The following property, that are subject to disgorgement under 18 USC 1963, or properties that are still currently for sale.**

a. Henderson Island & Oeno Island, Pitcairn Islands, United Kingdom
b. Not ownership of the island, but guarantee that Japanese Government will develop Shiba Shima on Takarajima in a manner consistent with the diagram that PLAINTIFF provided the Japanese Embassy.
c. 4 properties owned by ROTHSCHILDS (2 from E.L. Rothschild)
d. 2 properties owned by JP Morgan Chase Bank.
e. MKT Resort. Utah--https://www.land.com/property/17000-acres-in-Uintah-County-Utah/20429610/
f. MKT Resort. Fort Lauderdale, Florida. https://www.land.com/property/28.44-acres-in-Broward-County-Florida/18531676/
g. Town in Texas. Doge or Shiba, TX. https://www.land.com/property/3304-acres-in-Lampasas-County-Texas/16313533/ & https://www.land.com/property/1500-acres-in-Lampasas-County-Texas/16431474/ & https://www.land.com/property/2592-acres-in-Lampasas-County-Texas/16452948/
h. Alternate Town in Texas if the one listed above does not work. Doge or Shiba, TX. https://www.land.com/property/5700-acres-in-Titus-County-Texas/19922868/
i. MKT Disability Camp. Texas. https://www.land.com/property/981-acres-in-Johnson-County-Texas/20625877/
j. MKT Lodge. West Virginia. https://www.land.com/property/4610.83-acres-in-Fayette-County-West-Virginia/16693851/
k. Fiji: https://www.privateislandsonline.com/south-pacific/fiji/wailagilala-island & https://www.vladi-private-islands.de/en/islands-for-sale/for-sale/pacific-ocean/fiji/katafanga-island

**VIII) Ownership of: Airports, Airplanes, and stock ownership (if applicable) from DEFENDANTS WHOM ARE AIRLINES in which the following are subject to 18 USC 1963 Disgorgement**

a. Delta Airlines: 10% stock ownership, 1 Airbus A350-900 that is less than 5 years old that is fully operational and 1 Boeing 737-900ER that is less than 10 years old that is fully operational or 5 Boeing 737-900ER aircraft that is less than 10 years old that is fully operational; 10% stock ownership of Delta Airlines subject to disgorgement under 18 USC 1963; PLAINTIFF moves under 18 USC 1963 for an immediate ownership of those two aforementioned aircraft currently in Delta Airlines' possession and 10% of their current stock.
b. United Airlines: 1 Boeing 787-10 that is less than 7 years old that is fully operational and 2 Boeing 737 Max 8 that are less than 7 years old that are fully operational. PLAINTIFF moves under 18 USC 1963 for an immediate ownership of those three aforementioned aircraft currently in United Airlines' possession.
c. Qatar Airways: 1 Airbus A350-900 that is less than 5 years old, 1 Boeing 787-8 that is less than 5 years old, and 2 Boeing 737 Max 8 that are less than 7 years old. PLAINTIFF moves under 18 USC 1963 for an immediate ownership of those four aforementioned aircraft currently in Qatar Airways' possession
d. FRONTIER AIRLINES: 3 Airbus A321neo that are less than 5 years old that are fully operational. PLAINTIFF moves under 18 USC 1963 for an immediate ownership of those three aforementioned aircraft currently in FRONTIER AIRLINES' possession.
e. Lufthansa & Air China & Korean Air: 2 BOEING 747-8i from AIR CHINA, and 3 different 747-8i from either Lufthansa, Air China, Korean Air, and/or a combination thereof that are on average 15 years old that are fully operational.
f. 2: BOEING 747-8F aircraft registered in Russia that can include: VQ-BGZ, VQ-BLQ, VQ-BLR, VQ-BRH, VQ-BRJ.
g. From AEROFLOT: 2 Boeing 777-300ER, 1 Airbus A350-900, 1 Airbus A330-200 or A330-300, and 2 Boeing 737-800NG.
h. 51% ownership of Washington Dulles International Airport
i. 50% ownership of Jackson-Hartfield Atlanta International Airport.
j. 60% ownership of SpiceJET
    i. If the Court awards less than half ownership of SpiceJET, than 10 Boeing 737 Max 8 that are less than 8 years old that are fully operational.

**IX) All things related to MKT Airlines & MKT Companies (multiple different MKT Companies)**

## MKT Airline Order (simplified): EITHER A or B in which the Commercial Airplanes by Boeing, Embraer, and Airbus are to be delivered within 5 years of September 27th 2024.

## A: NEW: 11 Boeing Commercial Aircraft; 3 Boeing Cargo Aircraft, 7 Embraer Aircraft, 6 Apache Helicopters, 4 F35 Fighter Jets

- 5—Boeing 737 Max 10
- 2—Boeing 777-9x
- 2—Boeing 787-8 or 787-9
- 2—Boeing 787-10
- 3—Boeing 777-8F
- 4—Embraer E175-E2
- 3—Embraer E190-E2
- 6—Boeing AH-64 APACHE Helicopters. D.o.D Standards. 4 for Shiba Defense Force. 2 for PLAINTIFF'S Ranch.
- 4—Lockheed Martin F35 fighter aircraft for Shiba Defense Force. American Standards.
- Allow PLAINTIFF to open a factory that operates on behalf of Boeing and/or Airbus and/or a combination thereof to make 787 fuselages and 737 fuselages or Airbus fuselages.

## B: NEW: 8 AIRBUS Commercial Aircraft; 2 Boeing 777-9x, 1 Boeing 787-8, 3 Boeing Cargo Aircraft, 7 Embraer Aircraft, 6 Apache Helicopters, 4 F35 fighter jets.

- 3—AIRBUS A321neo
- 2—AIRBUS A321neo XLR
- 3—AIRBUS A350-900
- 2—Boeing 777-9x
- 1—Boeing 787-8
- 3—Boeing 777-8F
- 4—Embraer E175-E2
- 3—Embraer E190-E2
- 6—Boeing AH-64 APACHE Helicopters. D.o.D Standards. 4 for Shiba Defense Force. 2 for PLAINTIFF'S Ranch.
- 4—Lockheed Martin F35 Fighter Jets. Fully armed and ready to go. D.o.D. Standards
- Allow PLAINTIFF to open a factory that operates on behalf of Boeing and/or Airbus and/or a combination thereof to make 787 fuselages and 737 fuselages or Airbus fuselages.

# SHIBA DEFENSE FORCE:

- 8 Bell 525 Helicopters.
  - 4 Search & Rescue.
  - 2 Combi (Half Passenger & Half Cargo)
  - 2 Passenger.
- 4 Boeing AH-64 Apache Helicopters (from the order above)—to American Standards.
- 4 Lockheed Martin F35 Fighter Jets (from the order above)—to American Standards.
- RUSSIA and SUKHOI must provide PLAINTIFF with 5 Sukhoi Su-75 Checkmates.

**This aircraft order is non-taxable to the IRS so long as the aircraft are owned by PLAINTIFF and MKT Airlines and no liens shall ever be applied to them.**

**SHIBA:**
**The United States Treasury Department and DHS will work with PLAINTIFF in creating a currency that is backed by the U.S. Dollar for the Nation/Island of SHIBA.**

12,000,000,000 and future services and products (at cost plus 17.45% so long as it is cheaper than retail prices. If it is not cheaper, than at actual cost only) for MKT Companies existence For Life=0.19%

Based on that consideration:
MKT Airlines, aircraft, stipulations, and DEFENDANTS will do all they can to have MKT Airlines run for a minimum of 15+ years and be successful.

The following option: at exact cost to BOEING, MKT AIRLINES future BOEING purchase up to a limit of $3,379,500,000 in 2023 dollars at list prices and a combination of one of the following aircraft not to exceed the financial threshold above:

  - BOEING 737 Max 7

- BOEING 737 Max 8
- BOEING 737 Max 10
- BOEING 787-8
- BOEING 787-9
- BOEING 787-10
- BOEING 777-8F

## X) All things related to MKT Airlines & MKT Companies (multiple different MKT Companies)

A) All Contracts between Qatar Airways, British Airways, SpiceJET United Airlines, Lufthansa, Delta Airlines, J.P Morgan Chase, Microsoft, Apple, Amazon, AT&T, Verizon, Boeing, Xfinity/Comcast, Cox Communications, Alphabet, Time Warner Cable, all United States Government departments, agencies, and entities, and all foreign government entities, departments, and agencies are completely irrevocable.

B) BOEING and DEFENDANTS will provide PLAINTIFF to create and make successful MKT Airlines with the following conditions, which include, but are not limited to, consider and incorporate PLAINTIFF'S input—a highly reputable design team to design MKT Airlines brand identity, livery, crew uniforms, interior of the plane, mascot 'kawaii' shiba inu, etc. to make MKT Airlines successful.

a. The mascot will be a Shiba Inu
b. MKT Airlines callsign will be: Shiba.
c. DEFENDANTS will assist in creating MKT Airlines by filing all of the paperwork expected in the following stipulations.
d. DEFENDANTS will provide PLAINTIFF a highly reputable design team like Landor or Teague with BOEING's assistance to design MKT Airlines brand identity, livery, crew uniforms, interior of the plane, mascot 'kawaii' shiba inu, etc. to make MKT Airlines successful (as well as MKT Macedonian Airlines). PLAINTIFF will pay for this out of his restitution.
e. MKT Airlines will be an ACMI Operator as well as be given and properly certified the AOC under 14 CFR 121, 14 CFR 135, and 14 CFR 145.
f. DEFENDANTS will provide the training, resources, knowledge, acquire and maintain government certifications (AOC), registration, and private financial backers necessary to get the airline off the ground, maintain

C) SpiceJET, Boeing, British Airways, Qatar Airways, United Airlines, Lufthansa, and Delta Airlines DEFENDANTS will do the following for MKT Airlines:

- provide a team of their own employees in which they will all together formulate a plan, give the knowledge, and will provide PLAINTIFF the training, education, and knowledge necessary to start MKT Airlines

- provide a team of their own employees in which they will all together formulate a plan, give the knowledge, and will provide PLAINTIFF how to manage, run and maintain MKT Airlines,

- provide a team of their own employees to choose routes for the airline to get off on its feet (for 5 years and then MKT Airlines will go on their own afterwards).

- Allow MKT Airlines business ticket passengers or premium paying members to utilize lounges at airports in which one of the aforementioned DEFENDANTS fly to and has a lounge at that respective airport; and once MKT builds lounges in the airports it will fly to in the future, the aforementioned DEFENDANTS can allow their customers (business and premium paying customers) to use MKT Airlines lounges so long as MKT Airlines exists in which it is completely irrevocable.

- Management and leaders from United Airlines, Delta Airlines, Qatar Airways, and/or British Airways will always be available to talk to PLAINTIFF about growing pains learned in MKT Airlines as unofficial advisors for 15 years.

- Delta Airlines, Qatar Airways, British Airways, and United Airlines will all form a technical partnership with MKT Airlines so long as MKT Airlines exists in which it is completely irrevocable.

- MKT Airlines will be an official partner to: United Airlines, Delta Airlines, British Airways, Lufthansa, SpiceJET, and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

- MKT Airlines will have the ability to operate flights on behalf of United Airlines, Delta Airlines, Lufthansa, British Airways, SpiceJET, and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

- MKT Airlines will be fully integrated into the systems and booking systems of United Airlines, Lufthansa, Delta Airlines, British Airways, SpiceJET and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

- MKT Airlines will have a contract with United Airlines, Delta Airlines, Qatar Airways, Lufthansa, SpiceJET, and British Airways in which MKT Airlines will provide ACMI services (wet leasing)—so long as MKT Airlines exists for Delta

Airlines, United Airlines, SpiceJET, Qatar Airways, Lufthansa, and British Airways based on their need and demand and MKT Airlines aircraft availability so long as MKT Airlines exists in which it is completely irrevocable.

- United Airlines, Delta Airlines, British Airways, Lufthansa, SpiceJET, and Qatar Airways will have a contract with MKT Airlines to service and maintain aircraft when requested by MKT Airlines in which MKT Airlines will pay for the reasonable cost of maintenance so long as MKT Airlines exists in which it is completely irrevocable.

- MKT Airlines will be able to use United Airlines and Delta Airlines training facilities until MKT Airlines develops their own.

- PLAINTIFF will pay for half the costs of being integrated into United Airlines, Qatar Airways, Delta Airlines, SpiceJET, Lufthansa, and British Airways systems.

- To quickly get off the ground after getting all the certifications necessary, MKT Airlines will be allowed to trade places with United Airlines, Delta Airlines, Qatar Airways, SpiceJET, Lufthansa, or British Airways in line at BOEING to attain new aircraft to get the airline off the ground. PLAINTIFF will not abuse his privileges in which he will at most make a request 2 times within an individual airline.
- An Honor Code violation constitutes a Taking under the 5th Amendment and a property loss interest.

- Air Serbia:

    a. If the day comes that Air Serbia shall no longer want nor desire to be supported by Etihad Airways, Qatar Airways can fill that role and support Air Serbia.
    b. Air Serbia will be a partner to Qatar Airways, British Airways, United Airlines, and Delta Airlines
    c. Boeing will provide all the resources and support necessary to have JAT Tehnika to completely service and maintain Boeing 737 Max, BOEING 777-9x, and BOEING 787 Aircraft under FAA regulations.
    d. Upon BOEING certification for JAT TEHNIKA to service BOEING 737 Max aircraft, MKT Macedonian Airlines will utilize their services.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Delta Airlines in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed.

Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Delta Airlines & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at United Airlines in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between United Airlines & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at British Airways in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between British Airways & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Delta Airlines in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Qatar Airways & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Lufthansa in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT

Companies. An Honor Code shall govern such interactions between Lufthansa & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at SpiceJET in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between SpiceJET & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Air Serbia in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Air Serbia & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

**(D):** Boeing will provide MKT Airlines the resources, training, and future support and spare parts necessary to ensure MKT Airlines' survival. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Boeing in the future, Boeing shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between BOEING, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

**(E): The United States Government and MKT Companies.**

There will be a government division of MKT Airlines under MKT Airlines Charter Division that will provide the United States Government the following so long as MKT Airlines exists in which it is completely irrevocable for PLAINTIFF'S natural life or the existence of MKT Airlines (whichever is longer). This is not false procurement of a government contract but as a restitution for DoD taking actions against PLAINTIFF or failing to assist PLAINTIFF.

(1): MKT Airlines will be a part of the Civil Reserve Air Fleet & Patriot Express Operators on behalf of the United States Government in all of the following categories: International Segment (Long Range Section), International Segment (Short Range Section), and National Segment (domestic section).

MKT Airlines, United States Transportation Command, Scott Air Force Base, and AMC will establish a division of Scott Air Force Base at O'Hare Airport in which MKT Airlines Government Division will be directly connected to DoD, United States Transportation Command, and Scott Air Force Base.

- The United States Government needs to learn that PLAINTIFF was not a threat in which they are going to necessarily have to work with PLAINTIFF even in matters involving Defense and National Security and they're going to do so with MKT Airlines. They intentionally, maliciously, and falsely placed PLAINTIFF on the wrong side of things and the proper remedy is to put PLAINTIFF back on the right side of things where the United States Government can trust PLAINTIFF.

- PLAINTIFF'S 2 Boeing 777-8F will be custom made to haul military equipment meeting the requirements of an aircraft of a similar type under the Air Mobility Command in addition to civilian cargo needs on behalf of DoD.

- AMC & MKT Airlines will establish an office/hub in Chicago O'Hare Airport in addition to the current one at BWI (Baltimore Airport).

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in AMC in the future, AMC SHALL interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between AMC, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in DoD in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between

DoD, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

- a) under no conditions will MKT Airlines' initial used and new aircraft order ever be subject to civil or criminal forfeiture or bankruptcy proceedings. 2) the rest of MKT Airlines initial Aircraft will not be subject to criminal or civil forfeiture by the United States Government nor any other government.

- no state nor federal taxes on MKT'S Airlines initial aircraft order and initial used aircraft acquisition; any aircraft orders afterwards, yes, they can be taxed. For all intents and purposes, the initial new and used aircraft order and aircraft doesn't exist for IRS purposes.

- PLAINTIFF will determine how much the IRS interacts with PLAINTIFF'S companies after talking to some tax consultants and experts.

- MKT Airlines will be incorporated into United States Government's employees' perks reward programs at any federal agency or department in the United States Government; and if none exist, create one. MKT Airlines will be one of the preferred airlines for United States Government employee travel.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in the United States Government or contractors with the United States Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between anyone in the United States Government & PLAINTIFF, PLAINTIFF'S family, and MKT Companies. No bureaucratic or government bullshit or malfeasance by the United States Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.

- MKT Airlines' Government Charter division: will consist of the subset of MKT Airlines' minimum fleet with different airplanes to be used as demand requires.
  - 2 Boeing 737-8 Max
  - 1 Boeing 787-8
  - 1 Boeing 777-300ER
  - 2 BOEING 777-8F (exclusively for DoD and U.S. Government use)

- Under MKT Airline's charter division, The United States Government shall enter a contract for PLAINTIFF'S entire natural life and/or so long as MKT Airlines exists (whichever is longer) that is completely irrevocable under any condition.

- PLAINTIFF will be allowed to paint his aircraft as to include a Shiba Inu mascot holding firearms and/or smoking on a few airplanes.

- The 2 BOEING 737-8 Max, 2 Boeing 777-8F, one Boeing 787-8, one Boeing 777-300ER, will be based in Chicago O'Hare as that is the closest major airport to Scott Air Force Base
- MKT Airlines will have a subsection for the United States Government in which MKT Airlines would be a new additional COMCO, JANET AIRLINES, and Con Air/JPATS with the following aircraft: 1 BOEING 737-8 Max.
- The EPA and DOT will help PLAINTIFF with the creation of different airports in America that will be used commercially.

**(E):** Profits, Disability Accessibility, and Outreach Programs for MKT Airlines and MKT Companies.

- **55% of profit to maintain and expand the company. 5% of profit to savings in case of an emergency. 40% of profits to outreach programs.**

- Outreach Programs will include:

  - PLAINTIFF'S MKT Airlines will specifically reach out to the Autism community and provide numerous jobs for Autistic individuals.

  - Part of MKT Airlines' profit will go to creating *Miki's* Autism Centers in rural areas and locations to where MKT Airlines fly to all across America in addition to numerous locations all around the world that include: Belgrade, Skopje, Doha, and major cities across India.

  - MKT Airlines will hire their own crew of aircraft cleaners at whatever destinations MKT Airlines flies to domestically in America in which the aircraft cleaners will be individuals with down syndrome, intellectual disability, developmental disability, and/or autism under the supervision of two supervisors and PLAINTIFF will pay them full hours and provide them with insurance and healthcare even though it would be on a part time basis in which MKT Airlines will transport them from their home to the airport and back home if they need a ride via carpool.

- MKT Airlines foodbanks.

- MKT Airlines will start the "Hood to Good" program where MKT Airlines will pay for pilot training of disenfranchised African Americans and Latinos in the inner city and provide employment opportunities; there will be Balkan Hood to Good program providing the same services.

- Orphanages to help children & to help victims of children sexual trafficking.

- Hiring Veterans and Retaining Veterans and providing mental health services to veterans with PTSD (i.e. Ketamine). Specifically recruiting Air Force pilots to MKT Airlines. Furthermore, establishing veteran care centers near bases and towns in which MKT Airlines would fly to in order to help veterans retain thet same doctors and psychologists.

- Call of Shiba: Shooting Clubs and civic duty organizations for adhering to SCOTUS case in XX for protection of the country teaching the importance of American values.

- Shiba Rescue: adoption and rescue agency of Shiba Inus.

- DEFENDANTS will assist in making PLAINTIFF'S MKT Airlines website even more accessible and up to a higher standard that is required under the ADA and Section 504.
- PLAINTIFF wants to build a $25,000,000 factory near Baton Rouge, LA, Waukegan, IL, or Grundy County, TENNESSEE that will make things for MKT Airlines like free shiba plushies and model toy aircrafts for kids and autistic adults and disabled adults and some adults, MKT airlines merchandise for purchase like shirts, crew uniforms, plastic containers, etc. that the airline etc. pretty much a factory producing everything MKT airlines would need. If it is in Grundy County, TN, PLAINTIFF will have to build a railroad spur line from Grundy County (wherever the factory may be to connect with CSX around Tullahoma (i.e. the shortest possible distance from the factory to csx's mainline) (maybe like what 20 miles at $2,000,000 a mile so $40,000,000) and get the products out to Nashville airport and/or through csx's system.

**(F):** No Airport Fees for MKT Airlines for 10 years at any United States airport, Doha International Airport, and LONDON-HEATHROW Airport. No Taxes for 15 years by Britain and Qatar on MKT Airlines and MKT Macedonian Airlines.

**(G):** London Heathrow Holdings and British and Qatari Government:

Of course, PLAINTIFF wants some of his new 787s from MKT Airlines to make regularly scheduled flights to London-Heathrow Airport. PLAINTIFF understands there are some capacity issues, but that didn't stop DEFENDANTS from taking advantage of PLAINTIFF'S capacity. This shouldn't be a problem for Qatar Airways as they essentially own London-Heathrow. Allow PLAINTIFF to paint a MKT Airlines aircraft in the humorous and respectful style of the former British Airways livery.

- MKT Airlines and MKT Macedonian Airlines will have their own gate at London-Heathrow in one of the main terminals solely for MKT Airlines and MKT Macedonian Airlines' own use (if Air Serbia wants to join in, they can) and in case of an emergency or non-use, he will allow different airlines to use the gate so long as it does not interfere with MKT Airlines operations and MKT Macedonian Airlines operations; and MKT Airlines will have their own gate at DOHA (in which Air Serbia can join if they want to).
    - Whatever terminal PLAINTIFF was prevented from boarding his flight to Doha shall be where the gate is located.
    - The Custom MKT Gate at Doha will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines backdrop
        - Custom MKT Airlines ticket counter will be installed at the gate.

    - The Custom MKT Gate at London-Heathrow will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines & MKT Macedonian Airlines backdrop
        - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Heathrow Holdings, Qatar Government, and British Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and

employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Qatar Government, British Government, Heathrow Holdings, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees. No bureaucratic or government bullshit or malfeasance by the British and Qatari Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.

**(H):** Cox Communications, Time Warner Cable, and/or Xfinity will provide: 1) high speed internet in applicable locations at cost plus 17.45% (so long as it is cheaper than the listed retail price) for MKT companies and Miki's Autism Centers. If it is not cheaper than retail listed prices, than actual cost only. 2) MKT Airlines will be incorporated into Cox Communications, Time Warner Cable, and Xfinity/Comcast's employees' perks reward programs at Cox Communications, Time Warner Cable, and Xfinity; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Cox Communications, Time Warner Cable, and Xfinity/Comcast corporate and employee travel; 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies or Miki's Autism Centers employees and representatives interacts with anyone at Cox Communications, Time Warner Cable, and/or Xfinity in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies; 5) An Honor Code shall govern such interactions between Cox Communications and Xfinity/Comcast, PLAINTIFF, PLAINTIFF'S family, and MKT Companies and Miki's Autism Centers representatives and employees; 6) under no condition will Cox Communications, Time Warner Cable, and Xfinity divulge any information acquired from MKT companies usage of their services to any government and third parties; and if a warrant is issued (even anything relating to National Security), they must inform MKT companies of such immediately.

**(I):** AT&T or Verizon shall provide 1) communication services for MKT Companies at cost plus 17.45%; if not is not cheaper than retail list prices, then at actual cost only. MKT Airlines will be incorporated into AT&T and VERIZON'S employees' perks reward programs at AT&T and VERIZON; and if none exist, create one. MKT Airlines will be one of the preferred airlines for AT&T and VERIZON corporate and employee travel. 2) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at AT&T and VERIZON in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us dIrectly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between AT&T and VERIZON & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

**(J):** Apple will provide 1) Apple Computers, Tablets, Apple TV, Apple phones, Apple warranties, and other Apple Products for MKT Airlines, MKT's educational facilities and Miki's Autism Centers, MKT Oil, and MKT Railroad at cost plus 17.45% (so long as it is cheaper than the listed retail price). If it is not cheaper than retail listed prices, than actual cost only. 2) MKT Airlines & MKT Macedonian Airlines will be incorporated into Apple's employees' perks reward programs at Apple; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Apple corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Apple in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies; 4) An Honor Code shall govern such interactions between Apple, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees; 5) Apple will create the In Flight Entertainment System for any of PLAINTIFF'S airlines; 6) under no condition will Apple be allowed to divulge any information acquired from MKT companies usage of their products and services to any government and third parties; and if a warrant is issued (even anything relating to National Security), they must inform MKT companies of such immediately.

**(K):** Microsoft will provide 1) software and programs for MKT Airlines, MKT companies, MKT's educational facilities, and MKT Railroad at cost plus 17.45% (so long as it is cheaper than the listed retail price). If it is not cheaper than retail listed prices, than actual cost only. 2) MKT Airlines Airlines will be incorporated into Microsoft's employees' perks reward programs at Microsoft; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Microsoft corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Microsoft in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies; 4) An Honor Code shall govern such interactions between Microsoft, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees; 5) under no condition will Microsoft be allowed to divulge any information acquired from MKT companies usage of their products and services to any government and third parties; and if a warrant is issued (even anything relating to National Security), they must inform MKT companies of such immediately.

**(M):** Because of disgorgement, PLAINTIFF could ask for the values of the computer and data servers DoD, CIA, NSA, FBI, MI5, MI6, GCHQ, etc. stored data on PLAINTIFF that facilitated RICO Enterprise 1 as it was an essential part of the wire fraud; however, PLAINTIFF is reasonable, CIA, DoD, or NSA will develop and give computer and data server systems as well as Cloud Servers for MKT Airlines and MKT companies gratis for PLAINTIFF'S life that is on the same level of computing technology that CIA, NSA, or DoD possess at the time. They will be responsible for maintaining the servers. Same goes for Cloud Servers as well. This is not unreasonable by any stretch of the imagination. DNI's total appropriated budget from 2007-2011

was $368,280,000,000 and is PLAINTIFF to believe that some cuts here and there within DNI, CIA, NSA, or DoD are not possible to create, host, maintain, etc. MKT Airlines and MKT Railroad servers? PLAINTIFF will say that a third-party handles MKT Airlines, MKT Oil, and MKT Railroad servers.

**(N):** 1) in the alternative in regards to cloud computing, Apple, Intel, Amazon/Amazon Web Services will provide MKT companies the cloud computing servers, servers, and technological products and services at cost plus 17.45% profit for PLAINTIFF'S life for MKT Airlines and MKT. The following are required: 2) MKT Airlines will be incorporated into Amazon's, Apple's, and Intel's employees' perks reward programs at Amazon, Apple, and Intel; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Amazon, Intel, and Apple corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Amazon in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Amazon, Apple, Intel, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees. 4) MKT Airlines will provide services to Amazon in delivering Amazon's cargo to some of the rural market airports that MKT Airlines combi 737 Max 7s will fly to.

**(O):** Optional but as close as possible to that line of being required without being required: Because of the Title VI retaliation against PLAINTIFF and Balkan people in which HILLARY CLINTON intentionally forced PLAINTIFF to labor without compensation in "trade is in the offing" and in which she testified to Congress that "[she] cut economic assistance to Central and Eastern Europe, to the Caucasus, to Central Asia. We cut development assistance to over 20 countries by more than half,"[109] at least when it comes to Qatar and Serbia and Qatar and North Macedonia, the paltry amount of trade of just "In 2020, the total value of the realized exchange of goods was 5,945,000 euros, whereof Serbian exports accounted for 5,605,000 euros, and imports for 340,000 euros" is nowhere near good enough. It is great that Qatar and Serbia are doing things like things in the footnote.[110] Qatar/QIA, United Kingdom, Germany, Japan, Canada, India, Australia, and the United States will increase trade and diplomatic relations between themselves and Serbia and North Macedonia governments in which Qatar, QIA, United Kingdom, Germany, Japan, Canada, India, Australia, and the United States will invest in Serbia and North Macedonia an initial amount of $5,925,640,000 (the difference in the rate of inflation between the $14.9 Billion of 2011 and the actual value of it being $20+ billion in 2023 dollars) to be invested in infrastructure projects and humanitarian aid in Serbia and North Macedonia in which no cuts will be made to current levels of aid received by Serbia and North Macedonia by any DEFENDANTS in which the average rates of both imports and exports between Serbia and North Macedonia and United States, Qatar, Japan, India,

[109] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158004.htm
[110] https://www.qna.org.qa/en/News-Area/News/2023-05/24/0056-the-state-of-qatar-signs-mou-with-serbia-on-communications-and-it

Germany, Canada, and United Kingdom shall increase at a minimum rate of 17.45% yearly in which only in catastrophic conditions that can cause the rates go down. Like Tracy Lawrence said, you'll find out who your friends are, and your friends are in Serbia and North Macedonia as well as PLAINTIFF. Again: PLAINTIFF, Serbia, and North Macedonia want to work with you all. PLAINTIFF is not acting as an agent on behalf of Serbia and North Macedonia but is making a tangential connection to the harm PLAINTIFF personally experienced.

**(P):** The EPA shall grant immediate approval to any project PLAINTIFF that PLAINTIFF reasonably makes that complies with the law as not to be too burdensome; allow PLAINTIFF to import Kei trucks from Japan and Audi diesel vehicles from Germany; allow PLAINTIFF to reconstruct and rehabilitate the lands he purchases to make the property more beautiful such as adding lakes and waterfalls; to develop any properties as he sees fit;

**(Q):** Aussies, Canadians, and Germans:

- Lufthansa to sell two Boeing 747-8i's to PLAINTIFF that are in the mid pack for the age of the aircraft of Lufthansa's fleet.
- No airport fees for 10 years and no country tax fee for MKT Airlines[111] for a minimum of 15 years in the following airports in which regulators in the respective countries will grant MKT Airlines permission to land in and fly to, and build custom gate(s) like the stipulations made for London Heathrow and LONDON Heathrow Holdings, (except for Canadian and Aussie airports I include MKT Macedonian Airlines in the backdrop or ticket counter), the following:
  - Frankfurt International Airport,
    - The Custom MKT Gate at Frankfurt International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

  - Munich Franz Josef Strauss Airport (as well as MKT Macedonian Airlines)
    - The Custom MKT Gate at Munich Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.

[111] And MKT Macedonian Airlines in German Airports.

- Berlin Brandenburg Airport (as well as MKT Macedonian Airlines)
  - The Custom MKT Gate at Berlin Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.
- Option of Düsseldorf Airport (as well as MKT Macedonian Airlines)
  - The Custom MKT Gate at Dusseldorf Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.
- Sydney Airport
  - The Custom MKT Gate at Sydney International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.

- Melbourne Airport
  - The Custom MKT Gate at Melbourne International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop
    - Custom MKT Airlines ticket counter will be installed at the gate.
- Toronto Pearson International Airport
  - The Custom MKT Gate at Toronto Pearson International Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).

        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines backdrop
        - Custom MKT Airlines ticket counter will be installed at the gate.
- Vancouver International Airport
    - The Custom MKT Gate at Vancouver International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines backdrop
        - Custom MKT Airlines ticket counter will be installed at the gate.

- Montreal-Trudeau International Airport
    - The Custom MKT Gate at Montreal-Trudeau International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines backdrop
        - Custom MKT Airlines ticket counter will be installed at the gate.

- Option: Calgary International Airport
    - The Custom MKT Gate at Calgary International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines backdrop
        - Custom MKT Airlines ticket counter will be installed at the gate.

- Option: Edmonton Airport
    - The Custom MKT Gate at Edmonton International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).

- New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
- Custom MKT Airlines backdrop
- Custom MKT Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF, PLAINTIFF'S family, and/or MKT Companies employees and representatives interacts with anyone in the German Government, Canadian Government, and Australian Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between the German Government, Canadian Government, and Australian Government & PLAINTIFF and MKT Companies representatives and employees. No bureaucratic or government bullshit or malfeasance by the German, Canadian, and Australian Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.

**(R):** India and Japan

- No bureaucratic or government bullshit or malfeasance by the Indian and Japanese Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies. Japan to give 100 New Kei Trucks. 300 Cherry Trees.
- No Airport or Country Tax Fee for a minimum of 15 years in the following airports in which regulators in the respective countries will grant MKT Airlines permission to land in and fly to, and build custom gate(s) the following:
  - Tokyo Haneda Airport
    - The Custom MKT Gate at Tokyo Haneda Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines backdrop
      - Custom MKT Airlines ticket counter will be installed at the gate.
  - Tokyo Narita Airport
    - The Custom MKT Gate at Tokyo Narita Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).

            - Custom MKT Airlines backdrop
            - Custom MKT Airlines ticket counter will be installed at the gate.

    - Option: New Chitose Airport
        - The Custom MKT Gate at New Chitose International Airport will have the following:
            - New carpet (probably a black, white, and orange or red carpet).
            - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
            - Custom MKT Airlines backdrop
            - Custom MKT Airlines ticket counter will be installed at the gate.

    - Option: Fukuoka Airport
        - The Custom MKT Gate at Fukuoka International Airport will have the following:
            - New carpet (probably a black, white, and orange or red carpet).
            - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
            - Custom MKT Airlines backdrop
            - Custom MKT Airlines ticket counter will be installed at the gate.

    - Option: New Kansai International Airport
        - The Custom MKT Gate at New Kansai International Airport will have the following:
            - New carpet (probably a black, white, and orange or red carpet).
            - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
            - Custom MKT Airlines backdrop
            - Custom MKT Airlines ticket counter will be installed at the gate.

    - Indira Gandhi International Airport (Dehli)
        - The Custom MKT Gate at Dehli International Airport will have the following:
            - New carpet (probably a black, white, and orange or red carpet).
            - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
            - Custom MKT Airlines backdrop

        - Custom MKT Airlines ticket counter will be installed at the gate.

- Chhatrapati Shivaji Maharaj International Airport (Mumbai)
    - The Custom MKT Gate at Chhatrapati Shivaji Maharaj International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines backdrop
        - Custom MKT Airlines ticket counter will be installed at the gate.

- Option: Chennai International Airport
    - The Custom MKT Gate at Chennai International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines backdrop
        - Custom MKT Airlines ticket counter will be installed at the gate.

- Rajiv Ghandi International Airport—Hyderabad
    - The Custom MKT Gate at Rajiv Ghandi International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines backdrop
        - Custom MKT Airlines ticket counter will be installed at the gate.

- Option: Kempegowda International Airport—Bengaluru.
    - The Custom MKT Gate at Kempegowda International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines backdrop

- Custom MKT Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF and PLAINTIFF’S family and/or MKT Companies employees and representatives interacts with anyone in the Japanese Government and Indian Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF’S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between the Japanese Government and Indian Government & PLAINTIFF, PLAINTIFF’S family, and MKT Companies.

.

**(S):** 1) J.P. Morgan Chase, along with VISA Inc., will be co-partners with MKT Airlines Credit Union (MKT CU) and with MKT CU in creating a MKT Airlines Credit Card. 2) J.P. Morgan Chase will work with MKT Airlines to create an Airline Rewards Program that is in the top 5 of the United States. 3)Whenever PLAINTIFF, PLAINTIFF’S family, and/or MKT Companies employees and representatives interacts with anyone at J.P Morgan Chase in the future, you shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF’S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between J.P Morgan Chase & PLAINTIFF, PLAINTIFF’S family, and MKT Companies.

**(T):** Alphabet Inc. will provide MKT Companies: 1) optimal SEO search results, ROI, and Google Ad Sense. 2) MKT Airlines & MKT Macedonian Airlines will be incorporated into Alphabet’s employees’ perks reward programs at Alphabet Inc.; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Alphabet Inc.’s corporate and employee travel; 3) Whenever PLAINTIFF and PLAINTIFF’S family and/or MKT Companies employees and representatives interacts with anyone in Alphabet Inc. in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF’S family, and employees/representatives of MKT Companies; 4) an Honor Code shall govern such interactions between Alphabet Inc., PLAINTIFF, and MKT Companies representatives and employees; 5) under no condition will Alphabet Inc. be allowed to divulge any information acquired from MKT companies usage of their products and services to any government and third parties; and if a warrant is issued (even anything relating to National Security), they must inform MKT companies of such immediately.

**(U):** When the Court rules in PLAINTIFF’S favor that Washington Dulles International Airport was used as property in the RICO Enterprise against PLAINTIFF thereby entitling PLAINTIFF

to 50% of Washington Dulles International Airport under 18 USC 1963, PLAINTIFF will create a new international terminal at the airport and redecorate Washington Dulles International Airport in the way PLAINTIFF sees fit and will spend up to $30 Billion USD in which the governments listed as DEFENDANTS will provide as a loan without interest in.

**V):** MGM Resorts International will provide MKT: 1) years of knowledge and trade secrets to allow MKT to make MKT Resorts in places like Shiba Shima and throughout America in which MGM Resorts International and PLAINTIFF and MKT Resorts will be partners of resorts in which MGM Resorts International will list MKT Resorts as being part of MGM Resorts International and an official partner but be entitled to none of the profit. 2) Whenever PLAINTIFF and MKT Companies employees and representatives interacts with anyone in MGM Resorts International in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies; 3) an Honor Code shall govern such interactions between MGM Resorts International and MKT Companies and Resorts; 4) MGM Resorts International will collaborate and will teach PLAINTIFF how to run Resorts, in the creation, development, and growth and expansion of all MKT Resorts in the future.

**(IV):** MKT Railroad

- The United States Government will provide a team to help establish and create new MKT Railroad.
- MKT Railroad seeks to ultimately develop a line in South Dakota that goes from Wasta, SD to what PLAINTIFF calls Doge, SD, to Eagle Butte, SD to help the economic development of the Lakota Tribe and tourism in South Dakota if Lakota Tribe so wants it; if not; just a spur route from Wasta, SD to Doge, SD.
- The United States Government will assist in the negotiations and ask BNSF if they are interested in bringing back to life *the impossible railroad* and to connect Mexicali to San Diego depending on feasibility studies.
- MKT Railroad will purchase old rolling stock like boxcars and turn it into homes for homeless veterans and homes for homeless people. Essentially the way trailer homes and shipping container homes are created and made.
- Each day PLAINTIFF was in Tokyo, JAPAN from May 26th, 2015 to August 2nd, 2015 (or so), which is 68 days, India, GE, and USA had a 1000 GE locomotive deal for trade is

in the offing and an Anchor and a Pitchfork, India and the United States shall pay for MKT Railroad's:

- 24 new GE ET44AC/ET44C4 locomotives (ask Serbia Cargo Railway if they want 3 and convert it to European coupling standards)
- 24 new EMD SD70Ace-T4P4 or EMD SD70Ace-T4.
- 20 new Wabtec SD23T4 (ask Serbia Cargo Railway if they want 3 and convert it to European coupling standards)
- 68 New Trinity Rail Hourglass Auto Racks,
- The United States Government will help get trackage rights on existing railroads to get the oil from the boat to MKT Oil and wherever MKT railroad may go in the country.

**V) PLAINTIFF'S Ownership Percentage of the following companies and properties:**

- **50% ownership of Washington Dulles International Airport**
- **50% ownership of Hartfield-Jackson Atlanta International Airport**
- **5% ownership of United Airlines Inc.;**
- **10% ownership of Delta Airlines Inc.;**
- **5% ownership of Boeing, Inc;**
- **5% ownership of JP Morgan Chase Inc.;**
- **5% ownership of Apple Inc;**

**VI)** Attorney's fees under 42 U.S.C. 1988(b) and 18 U.S.C. 1964 and any other applicable statute.

**VII)** PLAINTIFF incorporates all other possible requests made in the record in *the Chicago Cases and Louisiana Cases* that PLAINTIFF may have forgotten to include here.

**VIII)** The Court is to void any and all marriages PLAINTIFF may have entered into between 2015 through 2024 and any legal guardianship PLAINTIFF is under or has been under since PLAINTIFF turned 18 years old in 2007. The Court is specifically prohibited from contacting one that went by the name of Angie Ortiz in regards to any of PLAINTIFF'S legal interests.

**IX)** PLAINTIFF asks the Court to incorporate the rate of inflation and interest in determining the proper amount owed to PLAINTIFF over the years.

**X)** Some LEGAL RULINGS, legal issues of law PLAINTIFF brought forth in *the Chicago Cases*, and any other rulings the Court deems proper and derives from the facts of the case)

**(A):** PLAINTIFF asks the Court to rule on
anything PLAINTIFF requested in *the Chicago Cases* that the

Court can rule on in PLAINTIFF'S favor.

**(B):** PLAINTIFF asks Court to affirm the right to say and receive offensive information is a constitutionally protected right.

**(C):** PLAINTIFF asks the Court to affirm that saying something offensive in the workplace is not a terminable offense under the First Amendment

**(D):** PLAINTIFF asks the Court to 1) affirm the First Amendment protected right to say any joke or offensive joke anywhere is protected under the First Amendment and one can be retaliated against on the basis of a joke for 1st Amendment purposes, and
2) saying any joke or any offensive joke in-and-of-itself is not an actionable act that contributes to a hostile environment under Title VI, Title VII, Title IX, and Section 504/ADA.

**(E):** PLAINTIFF asks the Court to affirm the principle that words are not violence under the First Amendment.

**(F):** PLAINTIFF asks Court to have the following DEFENDANTS or Individuals give a written, sincere, and meaningful apology to PLAINTIFF by: CHIEF JUSTICE JOHN ROBERTS; JUSTICE ALITO; POTUS 43-46; & DOJ/ATTORNEY GENERAL.

**(G):** Plaintiff asks the Court to have United States Government and PLAINTIFF to work beneficially, amicably, and peacefully together for solutions so that this never occurs again in United States history.

**(H):** PLAINTIFF asks the Court to prohibit any future retaliation by any DEFENDANTS against PLAINTIFF'S family members and any of PLAINTIFF'S remaining & future friends and property.

**(I):** PLAINTIFF prays for the following legal requirement out of American INTEL and all U.S. Federal Agencies in the future. PLAINTIFF calls it ***Miki's Objection:*** **1)** When there are any significant actions undertaken against an individual American that necessarily *implicates* an American's constitutional rights at issue by officers or employees US Administrative Agency, White House, or Intelligence agency,

a written reasonable explanation must be provided as to why the federal actions directed at the individual would not violate any constitutional right of the individual at issue in which there is a defacto presumption of unconstitutionality;
**2)** In any field operation that constitutes a sting or an operation that *implicates* any targeted American's constitutional rights by Federal law enforcement, IRS, or US Federal intelligence agency, a written explanation as to why the federal law enforcement, IRS, or US federal intelligence agency's operation or sting would not violate the rights of the targeted American individual must be given in which there is a presumption of defacto unconstitutionality.

**(J):** PLAINTIFF asks the Court to have DEFENDANTS implement ***Miki's Step*** in future investigations in DEFENDANTS' agencies.
1): It will require an affirmative legal obligation for DEFENDANTS to assist and help individuals known to have mental disabilities like autism whether that is providing information; preventing the abuse thereof; not engaging in set up operations because suspects are autistic/disabled;
2): also includes a step that exculpatory evidence must be affirmatively documented and utilized in the course of an ongoing investigation. DEFENDANTS AND PLAINTIFF will come to an agreement what ***Miki's Step*** looks like in reality and practice on a later date.

**(K):** PLAINTIFF asks the Court to rule that whenever property is seized by any DEFENDANTS, the owners of the property must be informed of said seizure and that seizure can only happen after a judgment is issued against the property in a court in which the owner's of the property must be in the courtroom during the ruling.

**(L):** This is ***Miki's anti-corruption action*** (akin to a Biven action in Court) to be found under 18 U.S.C. 1961 and 42 U.S.C. 1983. That when any local, state, or federal judge or any US federal official or any US Federal employee has a reasonable suspicion to know that a state or federal government employee, official, or subcontractor (the party) during anytime in litigation, during the course of an investigation of a targeted American, during the course of decision-making concerning that implicates the targeted American's constitutional rights, or at any time files anything in court in which the party used perjured

testimony that painted a sharply different picture of the entire affair against the targeted American, materially omitted certain facts that painted a sharply different picture of an affair of the targeted American, utilized a known fabricated narrative or materially misleading narrative that painted a sharply different picture of an affair of the targeted American, fails to include exculpatory evidence that casts a reasonable shadow upon the truthfulness of the affair of the targeted American, or fails to directly notify the targeted American of the party's actions undertaken against the targeted American, that is fraud upon the Court or a violation of Due Process of the targeted American at issue. Every local, state, or federal judge has a legal, ethical, and professional duty to remedy the situation at once; a judge's failure in remedying the issue constitutes a RICO predicate act against the targeted American, and when taken in sum, constitutes a pattern of racketeering under RICO and a Due Process violation. Any US federal official or any US Federal employee's failure in remedying the situation involving the targeted American constitutes a Due Process violation and constitutes a pattern of racketeering under RICO.

**(M):** PLAINTIFF asks the Court to rule that there exists an affirmative legal duty to be properly informed of the situation if one is under legal guardianship that substantially effects the liberty and financial interests of said individuals.

**(N):** PLAINTIFF asks the Court to rule in his favor on all the legal arguments PLAINTIFF made in Section IV: Legal House Keeping: .

1) An Obstruction of Justice violation occurs under 18 U.S.C. §1961 Section 1503 when a Constitutional Right violation or deprivation is made by an official or officer of the United States Government or is directed to be undertaken by a official or officer in the United States Government that a Court can reasonably rule a Constitutional Violation occurred regardless of whether or not it was a clearly established statutory right or constitutional right.

2) There is a Constitutional Right to be left alone under the 9th and 10th and 14th Amendments. Finding the Constitutional Right to be left alone exists under the 9th or 10th Amendment per *Olmstead v. United States*, 277 U.S. 438 (1928) utilizing the reasoning in Justice Brandeis' nearly 100% correct dissent (except for the part JUSTICE BRANDIES justifies *Buck v. Bell*) that is applicable in this case. The PLAINTIFF asks the Court to use this section from the dissent and make it valid law (especially the sections in bold emphasis below):

a. "Legislation, both statutory and constitutional, is enacted, it is true, from an experience of evils, but its general language should not, therefore, be necessarily confined to the form that evil had theretofore taken. Time works changes, brings into existence new conditions and purposes. Therefore, a principle, to be vital, must be capable of wider application than the mischief which gave it birth. This is peculiarly true of constitutions. They are not ephemeral enactments, designed to meet passing occasions. They are, to use the words of Chief Justice Marshall 'designed to approach immortality as nearly as human institutions can approach it.' The future is their care, and provision for events of good and bad tendencies of which no prophecy can be made. In the application of a constitution, therefore, our contemplation cannot be only of what has been, but of what may be. Under any other rule, a constitution would indeed be as easy of application as it would be deficient in efficacy and power. Its general principles would have little value, and be converted by precedent into impotent and lifeless formulas. Rights declared in words might be lost in reality.

b. When the Fourth and Fifth Amendments were adopted, "the form that evil had theretofore taken" had been necessarily simple. **Force and violence were then the only means known to man by which a Government could directly effect self-incrimination. It could compel the individual to testify -- a compulsion effected, if need be, by torture. It could secure possession of his papers and other articles incident to his private life -- a seizure effected, if need be, by breaking and entry. Protection against such invasion of "the sanctities of a man's home and the privacies of life" was provided in the Fourth and Fifth Amendments by specific language. [omitted] But "time works changes, brings into existence new conditions and purposes." Subtler and more far-reaching means of invading privacy have become available to the Government. Discovery and invention have made it possible for the Government, by means far more effective than stretching upon the rack, to obtain disclosure in court of what is whispered in the closet.**

c. Moreover, "in the application of a constitution, our contemplation cannot be only of what has, been but of what may be." The progress of science in furnishing the Government with means of espionage is not likely to stop with wiretapping. **Ways may someday be developed by which the Government, without removing papers from secret drawers, can reproduce them in court, and by which it will be enabled to expose to a jury the most intimate occurrences of the home. Advances in the psychic and related sciences may bring means of exploring unexpressed beliefs, thoughts and emotions.** "That places the liberty of every man in the hands of every petty officer" was said by James Otis of much lesser intrusions than these. To Lord Camden, a far slighter intrusion seemed "subversive of all the comforts of society." Can it be that the Constitution affords no protection against such invasions of individual security?

d. A sufficient answer is found in **Boyd v. United States,** 116 U. S. 616, 116 U. S. 627-630, a case that will be remembered as long as civil liberty lives in the United States. This Court there reviewed the history that lay behind the Fourth and Fifth Amendments. We said with reference to Lord Camden's judgment in **Entick v. Carrington,** 19 Howell's State Trials 1030:"The principles laid down in this opinion affect the very essence of constitutional liberty and security. They reach farther than the concrete form of the case there before the court, with its adventitious circumstances; **they apply to all invasions on the part of the Government and its employes of the sanctities of a man's home and the privacies of life**. It is not the breaking of his doors, and the rummaging of his drawers, that constitutes the essence of the offence; **but it is the invasion of his indefeasible right of personal security, personal liberty and private property, where that right has never been forfeited by his conviction of some public offence -- it is the invasion of this sacred right which underlies and constitutes the essence of Lord Camden's judgment. Breaking into a house and opening boxes and drawers are circumstances of aggravation; but any forcible and compulsory extortion of a man's own testimony or of his private papers to be used as evidence of a crime or to forfeit his goods is within the condemnation of that judgment. In this regard, the Fourth and Fifth Amendments run almost into each other.**"

e. In **Ex parte Jackson,** 96 U. S. 727, it was held that a sealed letter entrusted to the mail is protected by the Amendments. The mail is a public service furnished by the Government. The telephone is a public service furnished by its authority. There is, in essence, no difference between the sealed letter and the private telephone message. As Judge Rudkin said below: "True, the one is visible, the other invisible; the one is tangible, the other intangible; the one is sealed, and the other unsealed, but these are distinctions without a difference."

f. The evil incident to invasion of the privacy of the telephone is far greater than that involved in tampering with the mails. Whenever a telephone line is tapped, the privacy of the persons at both ends of the line is invaded and all conversations between them upon any subject, and, although proper, confidential and privileged, may be overheard. Moreover, the tapping of one man's telephone line involves the tapping of the telephone of every other person whom he may call or who may call him. **As a means of espionage, writs of assistance and general warrants are but puny instruments of tyranny and oppression when compared with wiretapping. [omitted]**.

***g.*** The narrow language of the Amendment has been **consistently construed in the light of its object, "to insure that a person should not be compelled, when acting as a witness in any investigation, to give testimony which might tend to show that he himself had committed a crime. The privilege is limited to criminal matters, but it is as broad as the mischief against which it seeks to guard." [Omitted]**

h. Decisions of this Court applying the principle of the **Boyd** case have settled these things. Unjustified search and seizure violates the Fourth Amendment, whatever the character of the paper; whether the paper when taken by the federal officers was in the home, in an office, or elsewhere; whether the taking was effected by force, by fraud, or in the orderly process of a court's procedure. **From these decisions, it follows necessarily that the Amendment is violated by the officer's reading the paper without a physical seizure, without his even touching it, and that use, in any criminal proceeding, of the contents of the paper so examined -- as where they are testified to by a federal officer who thus saw the document, or where, through knowledge so obtained, a copy has been procured elsewhere-- any such use constitutes a violation of the Fifth Amendment.**

i. **The protection guaranteed by the Amendments is much broader in scope. The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings, and of his intellect. They knew that only a part of the pain, pleasure and satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. They conferred, as against the Government, the right to be let alone -- the most comprehensive of rights, and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the Government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth Amendment. And the use, as evidence in a criminal proceeding, of facts ascertained by such intrusion must be deemed a violation of the Fifth.**

j. Applying to the Fourth and Fifth Amendments the established rule of construction, the defendants' objections to the evidence obtained by wiretapping must, in my opinion, be sustained. It is, of course, immaterial where the physical connection with the telephone wires leading into the defendants' premises was made. And it is also immaterial that the intrusion was in aid of law enforcement. **Experience should teach us to be most on our guard to protect liberty when the Government's purposes are beneficent. Men born to freedom are naturally alert to repel invasion of their liberty by evil-minded rulers. The greatest dangers to liberty lurk in insidious encroachment by men of zeal, well meaning but without understanding.**

k. "Here we are concerned with neither eavesdroppers nor thieves. Nor are we concerned with the acts of private individuals. . . . **We are concerned only with the acts of federal agents whose powers are limited and controlled by the Constitution of the United States**."**The** Eighteenth **Amendment has not, in terms, empowered Congress to authorize anyone to violate the criminal laws of a State. And Congress has never purported to do so. Compare Maryland v. Soper,** 270 U. S. 9. **The terms of appointment of federal** prohibition agents **do not purport to confer upon them authority to violate any criminal law.**

Their superior officer, the Secretary of the Treasury, has not instructed them to commit crime on behalf of the United States. It may be assumed that the Attorney General of the United States did not give any such instruction.

1. **Decency, security and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Our Government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy. To declare that, in the administration of the criminal law, the end justifies the means -- to declare that the Government may commit crimes in order to secure the conviction of a private criminal -- would bring terrible retribution. Against that pernicious doctrine this Court should resolutely set its face.**

3) Sarcastic humor is a trait of Serbians and that violating one's sense of humor or utilizing sarcasm maliciously can be a basis of a Title VI claim against the United States Government and any of its agencies or officers or officials.

4) Title VI applies to Slavic and/or Balkan people as they are a distinct group that Congress necessarily included in 1866.

5) That one making jokes or engaging in sarcastic humor is a 1st Amendment protected activity. America needs to learn to laugh again. That violating one's sense of humor or utilizing sarcasm maliciously or fraudulently in the Court by an official, officer, or agency of the United States Government is a 1st Amendment violation.

6) Words are not physically violent acts under the 1st Amendment. Put in another way, words are not violence under the 1st Amendment.

7) The principle is legally valid: the United States Government can violate or defile's one soul and for it to be a legally cognizable and addressable harm that one has standing to sue over against the United States Government under the United States Constitution as one of the following rights under the Constitution--1st, 4th, 5th, 8th, 9th, 10th, 13th, and 14th Amendments, under the following laws: Title VI of the Civil Rights Act, Section 504, RICO, 18 U.S.C. 241, 18 U.S.C. 249, 42 U.S.C. 1983, 42 U.S.C. 1985, 42 U.S.C. 1986, 18 U.S.C. 2340, and 18 U.S.C. 2441.

8) Under the 8th Amendment, it shall constitute cruel and unusual punishment for a United States Agency, judge, or officer to knowingly utilize an individual's disability adversely against their own Constitutional Interests through entrapment or other malicious scheme or operation.

9) There is neither qualified immunity nor absolute immunity for committing war crimes, torture, and/or terrorism against an American by ANY state or federal government official, employee, or subcontractor abroad or domestically.

10) DEFENDANTS get no absolute or qualified immunity for engaging in RICO predicate acts.

11) In Article II Section 4 of the Constitution, the word bribery in the following sentence-- "The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, **Bribery**, or other high Crimes and Misdemeanors" necessarily includes and means RICO as well.

12) Racketeering is not diplomacy. It may be in corrupt countries, but it is not in America.

13) A United States officer or official engaging in a RICO predicate act falls outside their defined scope of duties and powers.

14) Under RICO:

   a. That because of the wanton, intentional, malicious, & completely unaccountable and unpunished actions of the DOJ and employees of the DOJ, American Intel, and the remaining DEFENDANTS in regard to RICO Enterprise 1, the Court shall grant PLAINTIFF'S liberal construction and request that PLAINTIFF in a Civil RICO lawsuit be allowed to use all of the powers of 18 U.S.C.§1963, the 18 U.S.C.§1963 caselaw PLAINTIFF cited, and 18 U.S.C. §1964 as remedial measures in the interest of justice. Congress in 1970 inherently presumed and understood that in granting DOJ those powers under 18 U.S.C.§1963 to combat corruption means that Congress in 1970 would have never thought possible that the very leadership of the DOJ and SCOTUS would be the ones perpetuating massive amounts of corruption and legal fraud against their own citizens, committing international and domestic terrorism against American citizens, and committing war crimes against their American citizens the way DEFENDANTS outrageously did against PLAINTIFF between 2008-2022 thereby granting DOJ that amazing power in 1970. Precisely because of the legal fraud and corrupt acts, enabling of war-crimes and torture of certain Solicitor Generals and Attorney Generals of the DOJ that were undertaken over the last 15 years that was directed against an American citizen without Due Process of law, DOJ lost that privilege of them having that power just for themselves because they were entrusted not to be corrupt; and because they lost that privilege through their actions, PLAINTIFF and future Americans have an affirmative obligation and duty to America to stop the evils of war crimes, corruption, torture, and legal fraud at the hands of DOJ by using the same powers against them when the DOJ acted the way they did. Justice demands and requires the Court to grant that in order to punish the corruption that knowingly happened under their own leadership—there is no better deterrent to prevent corruption than using their own powers against them when they lost their actions. How can one root out corruption if one doesn't have the tools to root out

corruption? By the Court granting this, this will ensure DOJ will be less corrupt in the future because the DOJ would necessarily know their own powers can be used against them, which provides DOJ a major incentive not to be corrupt. Here is the thing. DOJ should have absolutely no problem with the proposition PLAINTIFF just proposed and should welcome it completely. Why? If corruption is not going to be a problem in the future in DOJ, then there are going to be no cases that are going to use this precedent against DOJ in the future. DOJ should not cower in fear of the opportunity to redeem themselves by not being corrupt in the future. If they fight against this proposition, then that ruins the image of the DOJ leading to distrust and degradation of the very institutions Americans hold sacred. Sure, there can be stipulations to exactly how far and much the power under 18 U.S.C.§1963 could be used against DOJ, which PLAINTIFF discusses below.

b. In light of the previous point, PLAINTIFF is asking the Court to rule that when a civil RICO lawsuit includes a current or former DOJ attorney or employee as a defendant, a PLAINTIFF is allowed to utilize 18 U.S.C.§1963 against the current or former DOJ employee in which PLAINTIFF can fully subsequently use 18 U.S.C.§1963 against any additional party or company in the lawsuit that was part of the racketeering within appropriate limits. In regards to utilizing 18 U.S.C.§1963 against the former or current employee of the DOJ, it can be utilized against the DOJ to the extent of the amount of resources that the current or former employee of the DOJ used to perpetuate the RICO Enterprise against the PLAINTIFF, wages and benefits of the current or former employee of the DOJ obtained through the course of employment, and any and all agreements or payments to any third party that was used to perpetuate the RICO Enterprise against a PLAINTIFF by the current and former employee, but 18 U.S.C.§1963 does not apply to the entirety of the organization. So this is holding corrupt DOJ attorneys accountable for their actions but not at the complete financial detriment of the DOJ as an organization. Which is considerate and fair and that balances the interests of all parties when the corruption committed by Attorney Generals, Solicitor Generals, and DOJ Attorneys is the biggest detriment to the DOJ as an institution. After the case, it can't apply retroactively as to eviscerate court resources in the future.

15) USA PATRIOT ACT violates at least: *Ex Parte Jackson*, 96 U.S. 727 (1877) (Prohibition of obtaining, seizing, and opening and reading emails/mails “whilst” in the transport or transmission of data that must necessarily “have a warrant, issued upon similar oath or affirmation particularly describing the thing to be seized, as is required when papers are subjected to search in one's own household.”)

16) That based on the entirety of this complaint, the USA PATRIOT ACT as well as the FISA Court Act are completely unconstitutional in which all of these provisions of the USA PATRIOT ACT are necessarily included as being unconstitutional: §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, and §702. FISA Court

17) In regards to the previous point, PLAINTIFF is making the following factual allegations and presumptions involving American Intel (FBI, CIA, et. al) DEFENDANTS: At least one or more semesters starting around Fall 2007 to Spring 2011 when PLAINTIFF attended SEWANEE, they used a TITLE II or a different Title search under the USA PATRIOT ACT against PLAINTIFF. This was necessarily unconstitutionally done in which legal fraud was committed on the court and by the court. DEFENDANTS utilized the FISA Court unconstitutionally against PLAINTIFF since either Fall 2007 or Spring 2008 in which legal fraud was committed against the FISA court by DEFENDANTS. American Intel DEFENDANTS from Fall 2007 to Spring 2011 utilized national security letters against companies that had information on PLAINTIFF—these were all necessarily unconstitutionally done in which legal fraud was perpetuated based on these unconstitutional national security letters (in which some of them were utilized against Co-DEFENDANTS like Apple, Meta, Cox Communications, etc.). American Intel DEFENDANTS unconstitutionally used USA PATRIOT ACT provisions: §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, §702, and §896 against PLAINTIFF starting from around Fall Semester 2007 or Spring Semester 2008 and has not stopped utilizing it against PLAINTIFF since that initial time they started using the USA PATRIOT ACT unconstitutionally against PLAINTIFF. Furthermore, American Intel DEFENDANTS used any other relevant and applicable Presidential Directive or Executive Order against PLAINTIFF between Fall 2007 to Present in regard to having seized, searched, detained, tortured, taken, PLAINTIFF'S person and property and in addition, violated PLAINTIFF'S constitutional rights by American Intel DEFENDANTS.

18) That whenever justice so demands it in which officials in the United States government engaged in such horrific constitutional abuses that violated every single sense of traditional notions of justice and fairness in which the conscience is shocked, a PLAINTIFF can request the Court either exclude certain case law in which prejudice and fraud upon the Court occurred or that the Court can only utilize a certain era of caselaw to ensure fairness and Due Process to the PLAINTIFF to prevent the abuses from occurring in the future.

19) That Civil Asset Forfeiture is unconstitutional in which the United States Government fails to provide notice of the proceeding to the owner of the property and that a criminal conviction and finding of guilty is needed to utilize Civil Asset Forfeiture against property.

20) That the IRS requirement of reporting of transactions in which $10,000 or more in US Dollars from overseas that is brought to America is unconstitutional; and if Congress has a problem with that, it can create exceptions to that law's applicability. That reporting any online transactions in which $600 or more is spent is also unconstitutional.

21) That this litigation is not vexatious and not biased or prejudicial against the DEFENDANTS.

22) That it is a material 4th and 5th Amendment violation for any American intelligence agency to use a foreign intelligence agency anywhere in the world against an American

subject when ANY American intelligence agency has a reason to know they are doing so when any agency has committed a constitutional violation against the American subject in the process of investigating the subject; are constitutionally compromised by their own actions; are retaliating against an American subject; that the taint of American Intelligence agencies is not removed once they utilized an independent foreign source; and other conditions to be determined. That there is a de-facto presumption prohibiting the United States government in using any foreign intelligence against an American subject; that there is a de-facto presumption against the United States government from obtaining any evidence against an American subject by a foreign intelligence agency; for Constitutional purposes, a foreign intelligence agency will never be viewed as an independent source outside of the United States Government and the United States government can never argue that a foreign intelligence agency being utilized against an American is an independent source from the foreign intelligence agency they utilized.

23) That it is completely unconstitutional to utilize Title II of the USA Patriot Act against a 20 year old who had an open can of Coors Light.

24) That any American subject to a FISA ruling must have been necessarily told and made aware of the proceedings used against him in which the Court must afford an American an opportunity to defend himself, engage in cross-examination, bring witnesses, and more; and that a failure to do these things are completely unconstitutional.

25) Law Enforcement utilizing an independent source under *United States v. Leon*, 468 U.S. 897 (1984) is unconstitutional as applied in this case.

26) National Security Letters are Unconstitutional.

27) That precisely because of the extraordinary events that occurred in this Complaint under *Star Chambers* in which there will never be a similar situation in United States history, that the Court issue a mandamus to Congress to necessarily declare the following cases as unconstitutional as they are necessarily and irrevocably constitutionally compromised, tainted, and corrupted; and that any cases and issues that come in the future cannot be ruled in the same exact manner:

| | |
|---|---|
| **(P):** PLAINTIFF asks the court to rule that modern iterations of *Star Chambers* are unconstitutional as they adversely effect every single notion of traditional justice and fairness in the law and in court. | [ ] Granted<br>[ ] Denied |
| **(Q):** PLAINTIFF requests the Court to allow PLAINTIFF to own and operate the following weaponry—handguns/pistols, shotguns, rifles, rockets and rocket launchers, and Boeing Apache Helicopters. Those are necessary to repel DEFENDANTS | [ ] Granted<br>[ ] Denied |

from committing another terrorist act against PLAINTIFF again on PLAINTIFF'S properties.

**(R):** If any financial request of (A) is denied, PLAINTIFF asks the Court to grant PLAINTIFF'S request that DEFENDANTS pay for PLAINTIFF'S Medical & Psychological care for life at PLAINTIFF'S complete direction and discretion because of everything in this complaint, particularly:
***Miki's Tea Party***
***An Anchor and a Pitchfork***

[ ] Granted
[ ] Denied

**(S):** PLAINTIFF has a right to travel anywhere in the world In which private individuals like HILLARY CLINTON or government actors cannot dictate where PLAINTIFF and his family are allowed to travel to in the future. Furthermore, no DEFENDANT countries will prohibit PLAINTIFF from entering into the country and will ensure PLAINTIFF'S safe travels and time in respective countries

[ ] Granted
[ ] Denied

**(T):** Social Credit Systems that function similarly to the Social Credit System (社会信用体系) in China are unconstitutional the in the United States of America.

[ ] Granted
[ ] Denied

**(U):** PLAINTIFF asks the Court to grant the request that PLAINTIFF shall have no income & property tax for life (which also includes all of PLAINTIFF's future heirs and their children and heirs) for up to 3 generations that can't be transferred to anyone else. In addition, PLAINTIFF asks the Court to grant the request that there shall be no income & property tax for life for PLAINTIFF'S extended family (up to 3 degrees of blood relatedness) for up to 3 future generations and their heirs that can't be transferred to anyone else. PLAINTIFF and his heirs should not have to pay the US Government for committing terrorism, war crimes, and torturing PLAINTIFF against PLAINTIFF'S Constitutional and Legal Rights.

[ ] Granted
[ ] Denied

**(V):** PLAINTIFF asks court to 1) denounce eugenics in the opinion and expressly stating that eugenics is unconstitutional, and 2) sterilizing one or allowing one to undergo any sex change procedure under the age of 18 on the basis of their disability is unconstitutional. Plaintiff asks the Court to affirm there exists a substantive liberty for disabled individuals to marry and procreate.

[ ] Granted
[ ] Denied

**(W):** Congress and the Court shall create a new part of the

legal definition of domestic terrorism in which it shall include:
any plot, artifice, operation, or scheme undertaken by two or more united states federal employees or officials or at the behest of them that crosses state or international lines for political or legislative purposes in which conspirators willfully, intentionally, and knowingly target and deprive an American of their constitutional rights and violate that American's constitutional rights in the process of their operation, scheme, plot, or artifice by force, coercion, abuse of legal process, kidnapping, malicious prosecution, torture, sex trafficking of children, entrapment, bribery, fabrication and utilization of materially misleading narratives or evidence, or murder, in order to deprive any additional American of their constitutional rights.

Any Executive Orders issued by the President, any orders from high ranking members of the White House, or any orders issued by any managers or leaders in any US Intelligence agency or DoD or having any foreign intelligence agency or military or private third parties conduct the scheme, plot, artifice, or operation at the request of the American conspirators is covered by the definition.

The penalty of this shall be a minimum of 25 years in jail without parole or death

**(X):** Disability issues that impact substantive liberty issues will not be decided on Rational Decision Basis but on a higher standard.

[ ] Granted
[ ] Denied

**(Y):** PLAINTIFF asks the court to prohibit any future retaliation, surveillance, and torture by any foreign intelligence service or military service and the United States Government.

[ ] Granted
[ ] Denied

**(Z):** PLAINTIFF asks the Court to have DEFENDANTS give PLAINTIFF credit for Intellectual Property used and stolen without PLAINTIFF'S permission or consent, especially in the White House permission or consent, especially in the White House.

[ ] Granted
[ ] Denied

**(A1):** PLAINTIFF asks the Court to rule that there is a substantiative constitutional right in the sanctity of marriage via the 9th or 10th Amendment that can't be infringed upon by the US Government. This is direct response to the assault DEFENDANTS committed on PLAINTIFF in regards to the sanctity of his marriage.

[ ] Granted
[ ] Denied

**(B1):** PLAINTIFF and the United States Government will create a private public partnership in assisting special needs kids at schools all across the country. Additionally help at risk youth.

**(C1):** PLAINTIFF asks the Court to allow PLAINTIFF to purchase requisite chemicals and have the ability to manufacture his own Adderall and Ketamine and other generic medicaitons in the confines of PLAINTIFF'S home or properties—not for individual sale or use or distribution outside of any of PLAINTIFF'S properties or self—because DEFENDANTS routinely denied PLAINTIFF the proper help and medication when he desperately needed under the 8th Amendment. Therefore, PLAINTIFF should have emergency access to lifesaving medication whenever PLAINTIFF needs it.

[ ] Granted
[ ] Denied

**(E1): All legal rulings and requests made in *the Chicago Cases such as Title VI claims, retaliation against PLAINTIFF by judges for Free Speech is prohibited, PLAINTIFF'S slavery claims, Denial of Due Process claims, RICO Claims, and more*.**

**(F1):** PLAINTIFF asks the Court that **a):** on the day that Air Serbia will receive one of their BOEING 787 or A330neo, and/or A321neos, PLAINTIFF'S 'Kawaii One'will also be right behind the "new" aircraft for Air Serbia in which HILLARY CLINTON, BILL CLINTON, ANDREW MCCABE, JAMES COMEY, JOHN O. BRENNAN, JEH JOHNSON, CHIEF JUSTICE JOHN ROBERTS, MICHAEL HAYDEN, GEORGE W BUSH, BARACK OBAMA, LEON PANETTA, and HAROLD KOH will be on it and they all will have to make a funny and classy Serbian "*Itan*" music video in Serbia to the song of: *Avionu Slomicu Ti Krila* by Riblja Corba. DEFENDANTS will spend no more than 2 days max in Serbia and fly back on 'Kawaii One' or Air Serbia to America. Aforementioned (except muslims) all must necessarily drink Domaca both days they are in Serbia.

[ ] Granted
[ ] Denied

**b):** In transfer party of the aircraft acquired in (A) to Air Serbia following will be given to PLAINTIFF:
**three nicely furnished wooden framed sets of:**
**<u>One set:</u>** 1 $20 dollar bill (JACKSON) and 1 $2 bill (JEFFERSON) with a meaningful letter of apology from HILLARY CLINTON & BILL CLINTON.
**<u>Second set:</u>** 1 $20 dollar bill (JACKSON) and 1 $2 bill (JEFFERSON)

with a meaningful letter of apology from
ANDREW MCCABE, ROBERT MUELLER, JOHN BRENNAN,
& PETER STRZOK.
**Third set:** An official meaningful letter of apology by
CHIEF JUSTICE JOHN ROBERTS in which the Court officially
recognizes that the ruling of
*City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015)
was one of the most unconstitutional rulings ever made within the last
50 years in which it is declared null and void by SCOTUS
(also declare *Korematsu* as unconstitutional as well).

**(H1):** PLAINTIFF asks the Court to find the following laws, principles, and cases unconstitutional: [] YES
USA PATRIOT ACT;
Qualified and Absolute Immunity;
Star Chambers;

**(J1):** PLAINTIFF asks the Court to discharge any disabled students' college loans who took them out between 2008-2016 because of how adverse DEFENDANTS were against disabled individuals between 2008-2016. In the alternative, allow PLAINTIFFS, to discharge student loans in bankruptcy.

[ ] Granted
[ ] Denied

**(K1):** Plaintiff requests for the Courts to have DEFENDANTS assist in creating a bigger & better version of the Miniatur Wunderland in Hamburg, Germany and have an American version of it in which PLAINTIFF owns outright in which DEFENDANTS cannot take, cannot take, seize, or tax in any way or capacity forever.
Assisting includes finding a suitable location in a big American city, electronics, layout, etc. Details To Be Determined Later.
This primarily stems from DEFENDANTS stealing PLAINTIFF'S Flash drive to continue their Enterprise from PLAINTIFF'S HO Scale Intermodal Container in Summer and Fall 2016 that he hid in the train club near Baton Rouge, Louisiana.

[ ] Granted
[ ] Denied

**(M1):** Any use future, new, or existing technology that can pierce the walls, roof, and windows of one's own home, apartment, residence, place of business or employment that gives an ability to listen, view, monitor or to analyze the individuals inside the aforementioned locations shall be presumed to be unconstitutional.

**(N1):** the utilization of using any foreign intelligence service to watch, monitor, analyze, surveil, search, and seize, an American

in the United States is unconstitutional.

**(O1):** Pre-Crime Analysis and Profiling is unconstitutional.

**(P1):** American Intelligence or Defense's use of super computers that created a predictive analysis and course of action and their subsequent usage of that analysis and course of action to impede an American's right to seek redress in any court, any federal administrative agency or department, the U.S. military, and any local or state government for any constitutional wrong is unconstitutional, prohibited, and is a tort in which a cause of action can be found under at least 18 U.S.C. 241, 42 U.S.C. 1983, 42 U.S.C. 1985, any Civil Rights law, and the 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment.

**(Q1):** Any reports, analysis, and research in which American Intelligence, law enforcement or Defense used any super computers about an American shall be disclosed to the American upon request via FOIA or in any Court. Failure to provide the report upon request is a 1st Amendment, 4th Amendment, 5th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment violation and a cause of action can be found under any one of those amendments as well any Civil Rights law, 42 U.S.C. 1983, and 42 U.S.C. 1985

**(R1):** Any reports, analysis, and research about an American that was created by a private third party or any foreign intelligence service in which the United States government received or utilized the report, analysis or research shall be unconstitutional. Such reports shall be disclosed to any American upon request.

**(S1):** An American Intelligence or Defense's use of super computers to create a pre-crime analysis and place any American on a potential domestic terrorist watch list is defacto unconstitutional. Any American placed on that list shall have the ability to be taken off the list upon request or in court. Being placed on the list is a defacto deprivation of life, liberty, and pursuit of happiness. The United States government shall have the burden to prove beyond a reasonable doubt why the person is on the list in which the US Government cannot use any fabricated, materially misleading, or government induced ploys in their justifications.

**(T1):** That during any investigation or operation

conducted by any local, state, or American law enforcement agency, there shall be a moment in which they are forced to ask themselves the question of: 1) are we the baddies?

2) ***Miki's Cool Down Period:*** that when any local, state, or federal law enforcement or intelligence agency, and any foreign intelligence agency at the behest of any American intelligence agency or law enforcement or local or state law enforcement does one the following constitutional wrongs in the course of an investigation or operation against an American, they are no longer allowed to continue the investigation or operation against an American.

- Torture
- War Crimes
- 2 RICO Predicate Acts
- Utilizing known perjured testimony in a warrant
- Utilizing fabricated materially misleading narratives
- Intentionally omitting facts that paint a different picture
- Being significantly mistaken on law & constitutional rights
- Being willfully blind to constitutionally protected rights and law
- Taking action against someone on the basis of their legally protected status under Title VI, Title IX, ADEA, and Section 504 /ADA/IDEA.

(U1): Furthermore, it shall be a showing of malice and prejudice by any local, state, or federal intelligence or law enforcement agency that deprived an American of Due Process under the 4th, 5th , and 14th Amendment in the previous instance in which they cannot justify continuing an investigation based on a misdemeanor or any violation of federal law in which the punishment of such would not exceed five years.

(V1): There is federally protected Constitutional Right in having sanctity inside the home and depriving one of such constitutes a taking of property under the 5th Amendment.

(X1): Serbians and Slavic people are protected by Title VI.

(Y1): The Airline Liveries and Logos included in Exhibit F are PLAINTIFF'S and trademarked by PLAINTIFF and copyrighted by PLAINTIFF.

(Z1): PLAINTIFF and his airline and company can have on their planes: a shiba inu holding a gun or smoking; that a plush toy of a mobster shiba can be one holding a tommy gun; that a drunk shiba holding a shot of tequila and a taco;

There may be other explanations, but based on a preponderance of the evidence, the CIA, HILLARY CLINTON, INDIA, BARACK OBAMA, and the ROTHSCHILDS all had a fundamental part of implementing *JAPLAN* against PLAINTIFF in Summer 2015.

Therefore, the Court must rule in favor of everything PLAINTIFF has explained in this Permanent Injunction, the *Chicago Cases*, and the *Louisiana Cases*.

Respectfully Submitted,

Electronically Signed. Miki Kotevski. 2:23pm Central Time. 09/27/2024.

PLAINTIFF files this case on the 27th only for the reasons that PLAINTIFF doesn't have enough medicine for him completely fix and edit the complaint by the 4th of October because of RICO Enterprise against PLAINTIFF and that the number 27 means something to PLAINTIFF

# EXHIBIT A:



## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORIGINAL PROCEEDING CIRCUIT RULE 3(b) NOTICE

January 19, 2024

| | |
|---|---|
| No. 24-1085 | IN RE:<br>MILAN MICHAEL KOTEVSKI,<br>Petitioner |
| **Petition for Writ of Mandamus** | |
| District Court No: 1:23-cv-17137<br>Clerk/Agency Rep Thomas G. Bruton<br>District Judge Lindsay C. Jenkins | |

Circuit Rule 3(b) empowers the clerk to dismiss a petition if the docket fee is not paid within fourteen (14) days of the docketing of the petition. This petition was docketed and the fee has not been paid as of January 19, 2024. Depending on your situation, you should:

1. Pay the required $600.00 docketing fee to the Clerk of the Court of Appeals.

2. File a motion to proceed on appeal in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion is required. This motion must be supported by an affidavit in the form of a sworn statement listing the assets and income of the petitioner(s). See **Form 4** of the *Appendix of Forms to the Federal Rules of Appellate Procedure*.

If one of the above stated actions is not taken, the petition will be dismissed.

**NOTE:**
On March 2, 2015, the Seventh Circuit began accepting electronic fee payments for originating case filing fees (petitions for review and original petitions) via the CM/ECF Filing menu & final processing by PACER. Details are available at www.ca7.uscourts.gov.

form name: **c7_OP_Fee_Notice_Sent** (form ID: **189**)

EXHIBIT B: ROTHSCHILD AND APPLE and JP MORGAN CHASE relationship



# EXHIBIT C: ROTHSCHILD'S CIRCUMSTANTIAL EVIDENCE: EABH IS A KNOWN ENTITY ASSOCIATED WITH THE ROTHSCHILDS



Chrome File Edit View History Bookmarks Profiles Tab Window Help Mon Sep 23 10:31 PM

bankinghistory.org/wp-content/uploads/eabh2016AnnualReport.pdf

2016_2018 annual report_3.indd 8 / 13 111%

available soon.

The committee is formed by Hugo Bänziger (Banque Lombard Odier) Olivier Feiertag (Rouen University), Carmen Hofmann (*eabh*) and Roger Nougaret (BNP Paribas).

## Money in Africa. Monetary and financial decolonisation in Africa in the 20th century

conference

Another joint conference will take place on 9 -10 October 2017 in cooperation with Banco de Portugal and Banque de France in Lisbon, Portugal. The objective of the meeting is to shed light on a range of different historical experiences of monetary dependency and independence. Monetary and fiscal processes are important elements in state building and in managing international economic relations for emerging economies and new states. These processes were also important during the transition to constitutional independence in Africa; however little attention has been paid so far to the trajectory of the monetary and fiscal processes of decolonisation in Africa. This conference is going to change this.

The programme is avialable online: http://bankinghistory.org/wp-content/uploads/MoneyInAfrica_DraftProgram.pdf

Registration is open: https://www.eventbrite.co.uk/e/money-in-africa-registration-34318914798

The papers of the findings will be published in a special edition of the Financial History Review

The committee is formed by: François de Coustin (Banque de France), Olivier Feiertag (University of Rouen), Carmen Hofmann (*eabh*), Maria Eugenia Mata (Universidade Nove de Lisboa) and Nuno Valerio (Universidade de Lisboa).






Chrome File Edit View History Bookmarks Profiles Tab Window Help Mon Sep 23 10:31 PM

bankinghistory.org/wp-content/uploads/eabh2016AnnualReport.pdf

2016_2018 annual report_3.indd 4 / 13 111%



## Origins of banking globalization. The experience of Spain and Latin America

conference

On 18-19 February 2016, *eabh* organized a meeting in cooperation with Banco Santander and the University of Cantabria that focused on banking globalization. Many Latin American colleagues attended the discussion, which dealt with the trajectories and patterns of internationalization in banking during the first age of globalization (1870-1914) and the birth and development of the financial sector in Latin America.

The committee consisted of: Carmen Hofmann (*eabh*), Miguel López Morell (Unviersity of Murcía), Carlos Marichal (University of Mexico) and José Antonio Sebares Guitérrez (Santander).

See the pictures here: https://flic.kr/s/aHskQysfA5

Chrome File Edit View History Bookmarks Profiles Tab Window Help Mon Sep 23 10:32 PM

bankinghistory.org/wp-content/uploads/eabh2016AnnualReport.pdf

2016_2018 annual report_3.indd 3 / 13 111%





Martin Müller (Deutsche Bank) was unanimously re-elected as a member of the Academic Council by the General Members' Meeting.

The following persons were unanimously elected as new members of the AC during the General Members' Meeting.

- Mike Anson (Bank of England)
- Chris Colvin (Queen's University Belfast)
- Joost Jonker (International Institute of Social History/University of Amsterdam)
- Ines van Dijk (De Nederlandsche Bank)
- Tobias Straumann (Eidgenössische Technische Hochschule Zürich)
- Nathan Sussmann (Bank of Israel)

## Our projects in 2016

### Financial history of Europe

*eabh* oral history project

On the occasion of the 25th anniversary of *eabh*, the Association was kindly invited by the Historical Archives of the European Union (HAEU) to celebrate with a workshop at

Chrome File Edit View History Bookmarks Profiles Tab Window Help Mon Sep 23 10:32 PM

bankinghistory.org/wp-content/uploads/eabh2016AnnualReport.pdf

2016_2018 annual report_3.indd 2 / 13 90%



# *eabh* 2016 Annual Report

## Members

*eabh* welcomes its new corporate members: The Bank of Russia and The World Bank Group Archives, who joined in April and June 2016, respectively.

Stefan Hofrichter (AllianzGI), Arthur Rossi (IMF) and Sofya Salomatina (Moscow Lomonosov State University) joined *eabh* as individual members in 2016.

The General Members' Meeting took place on Thursday, 28 April 2016 at Oesterreichische Nationalbank (OeNB). The next General Meeting is scheduled for 22 June 2017 at 5.30pm at BNP Paribas, 14 rue Bérgère, Paris, France.

## Boards

### Board of Management (BoM)

Due to increased responsibility within his primary institution, Gerald Walker (ING) resigned as a member of the Board of Management of *eabh*.

Hugo Bänziger (Banque Lombard Odier), Edwin Green (former HSBC) and Luís Nunes (former Bank of Portugal) were unanimously re-elected to the *eabh* BoM for another term of three years during the General Members' Meeting.

### Board of Patrons (BoP)

Niels Thygesen (Institute for New Economic Thinking) was unanimously elected to the Board of Patrons.

The following persons were unanimously re-elected to the *eabh* Board of Patrons:

- Yves Robert Charrue (Julius Bär)
- Sir Evelyn de Rothschild (former Rothschild & Sons)
- Artur Santos Silva (Banco BPI)
- Miroslav Singer (Czech National Bank)

Peter Mathias, who was a longstanding member of the *eabh* Board of Patrons, sadly passed away at the age of 88 at the beginning of 2016.

### Academic Council (AC)

The Academic Council met on 28 April 2016 prior to the *eabh* annual meeting in Vienna. The next meeting of the Council will take place on 22 June 2017 at 8 am prior to the 2017 Annual Meeting of the Association in Paris.

Harold James was re-elected as chairman of the AC; Melanie Aspey (The Rothschild Archive) and Niels Viggo Haueter (Swiss Re) were re-elected as deputy chairs of the Academic Council by the Council itself.

Chrome File Edit View History Bookmarks Profiles Tab Window Help Mon Sep 23 10:30 PM

bankinghistory.org/wp-content/uploads/eabh2016AnnualReport.pdf

2016_2018 annual report_3.indd 9 / 13 111%



## The data dilemma: a risk or an asset?

workshop

The worksho will take place in cooperation with Zagreb University in connection with the international INFuture conference (http://infoz.ffzg.hr/INFuture/) on 10 November 2017.

Business, academic and regulator perspectives on the past, present and future of data in the finance sector. Data about the finance sector is growing exponentially and storing it is becoming easier. Businesses are excited about the commercial possibilities of 'Big Data'; academics are relishing the research potential of deep data archives and regulators are hoping for a fuller view of systemic risk and stability. Will it all turn out well though? The current reality of massive data stores is often no more than massive cost and complexity. By exploring how we got here with data and where we go next can a meeting of business, academics and regulators resolve the data dilemma and find a way to turn a risk into an asset?

- Does more data make us better forecasters? Are we any better than Keynes at predicting systemic risk now we have all this informatio
- Do economic policy makers make good use of historical data or is it too hard to do?
- Forecasters of all descriptions (especially economic ones) are facing a popular backlash. They missed the financial crisis and got the short term impact of Brexit wrong (possibly). Wasn't more data meant to mean better predictions?

The committee consists of Jan Booth (DEFRA), Gabriella Massaglia (*eabh*) and Hrvoje Stancic (Zagreb University).

# EXHIBIT D: Hongchul Ahn's speech on June 26th, 2015:

THE BLOGBUSINESS

Action to Achieve Inclusive Capitalism in the Words of Hongchul Ahn, CEO of Korea Investment Corporation

Action to Achieve Inclusive Capitalism in the Words of Hongchul Ahn, CEO of Korea Investment Corporation

By Coalition for Inclusive Capitalism, Contributor
Coalition for Inclusive Capitalism
Nov 4, 2015, 06:17 AM EST
|Updated Dec 6, 2017

*This post was published on the now-closed HuffPost Contributor platform. Contributors control their own work and posted freely to our site. If you need to flag this entry as abusive, send us an email.*




When liberated from Japanese rule in 1945, Korea was as poor as sub-Saharan countries. Until the late 1960s its income per capita remained below $1,000 but since then the country's wealth has vastly increased, such that many developing countries now look to Korea as a role model.

Some argue that income equality should trump prosperity. That is a difficult principle to adhere to in the face of formidable catastrophes, such as tsunamis, earthquakes, tornadoes and floods. Korea was unable to do anything in the face of such catastrophes until a great leader with clear vision steered his course to sustainable economic development.

I would argue, therefore, that economic development is a precondition not only for inclusive capitalism but also for rebuilding after natural disasters.

The secret of Korea's economic and democratic achievements lies in Korean parents' determination to educate their children at any cost. Korea's only natural resources are its 50 million people. During the colonial period, Korean parents refused to send their children to school - despite their continued respect for education - as a way to resist Japan's rule (Japanese was the language of education at the time). As a result, at liberation around 80% of Koreans were illiterate (similar to the rate in South Sudan now).

The country therefore lacked not only financial and physical capital but also human capital: an educated and skilled labor force. It is not surprising, then, that Korea's economic miracle took two decades to get underway. Poor physical infrastructure is a barrier but poor social

infrastructure, particularly low levels of education, is the main barrier to achieving inclusive capitalism.

Capitalism is rooted in the philosophical assumption that people are motivated by their own self-interest, not by the good of society, as Thomas Hobbes thought. This makes it hard to achieve truly inclusive capitalism. Yet there are things that KIC and other public funds can do to support inclusive capitalism.

Globally, the number of sovereign wealth funds (SWFs) - which are mandated to secure the economic welfare of future generations - has increased dramatically since 2000. Their assets under management now amount to nearly $20 trillion. They played a big role during the global financial crisis of 2008, providing critical liquidity through their investments in companies such as Citigroup, Morgan Stanley and Merrill Lynch. Indeed, helping to stabilize global financial markets is one of the guiding principles of SWFs, as laid out by the International Forum of Sovereign Wealth Funds.

SWFs strive to maximize long-term return on investments, something that lies at the heart of inclusive capitalism. Their extremely long investment horizon enables them to invest both in physical infrastructure (highways, railways, airports, seaports, electrical grids, energy utilities, telecommunications, etc.) and social infrastructure, such as schools and hospitals, taking on political as well as economic risk.

SWFs maximize their effectiveness when they co-invest with other organizations with similarly long investment horizons, such as governments and multilateral financial institutions (the World Bank and regional development banks, for example). One way to increase impact is by working together, for example through the Co-investment Roundtable of Sovereign and Pension Funds (CROSAPF), a collaborative co-investment platform formed by several public funds. Now is the time to take action together. Action speaks louder than words.

rothschild-in-the-community-2015-1.pdf



# Madrid

Rothschild's Madrid office launched its volunteering programme in September, with a particular focus on people with special needs. All their volunteering activities take place at the weekend and involve family and friends.

This year Madrid has launched a new initiative called "Un Café Solidario." The purpose is to collect coin by coin a significant amount of money to collaborate with the most voted-for out of the following projects:

- Buy toys for children who didn't receive a present for Christmas and send them to the Red Cross
- Buy food and send it to Madrid's Food Bank
- Buy clothes for homeless people and send them to Red Cross
- Send Smiley Doctors to hospitals with the Theodora Foundation

Other projects this year have included:

- Decorating the pediatric and geriatric wards of a local hospital
- Fundraising for and delivering food to the Madrid Food Bank
- Taking a group of disadvantaged children bowling.

"I have enjoyed collaborating and feeling you are contributing to help people in need."

# Frankfurt

Rothschild in the Community in Frankfurt focuses on underprivileged children and the team has established partnerships with two educational institutions: a kindergarten and a primary school whose children come largely from underprivileged backgrounds.

Volunteers have recently led special outings to the zoo and a theme park for children who would not normally have the opportunity to go. In addition they collected Christmas presents for refugee children which were handed out by the refugee centres of Caritas in Frankfurt.

25 staff volunteered

80 donated Christmas presents



# Milan

Rothschild in Milan established relationships with the following local charities this year:

CBM: a social cooperative created in 1984 which aims at preventing and treating child abuse and family violence. The Care Home gives residential care for children, aged between 2 and 12 years,who have been temporarily removed from their families.

Fondazione Theodora: The mission at the heart of Theodora is to contribute to the wellbeing of children in hospitals, hospices and specialist care centres by providing visits from professional performers who have been trained to work in a medical environment.

Opera san Francesco and Comunità di San'Egidio provide hospitality to people in need of food, clothes , personal hygiene and medical care to restore dignity and hope through sharing.

During the year, more than 60% of staff volunteers contributed to:

- Hosting a Christmas party for children and donating gifts
- Cooking meals for homeless people and donating warm clothing
- Building a vegetable garden with children from CBM
- Creating 1400 party favours for Fondazione Theodora
- Fundraising for Fondazione Theodora by selling Easter eggs and Christmas cookies

# Paris

For the last two years volunteers in Paris have been working in partnership with Ashoka France– part of a global network of social entrepreneurs.

Rothschild volunteers have been instrumental in the organisation of Ashoka France's first Investment Roadshow which provided an opportunity for five Ashoka entrepreneurs – working in the fields of energy, housing, education and social innovation acceleration – to pitch their projects and investment opportunities to a range of potential funders.

In addition, the Rothschild team has provided intensive support to four enterprises in particular. One of these, Enercoop, aims to increase France's renewable energy production capacity and needs to attract a significant level of funding in order to scale the business.

Laurent Balay, a Director in Global Financial Advisory, who leads the Ashoka project and has been working with Enercoop describes his input :

"I have been helping the Enercoop team since December to:

- Build a more robust business plan, including sensitivities around key valuation drivers
- Prepare a short investor presentation for an investment roadshow
- Prepare a long-form investor memo which has recently been sent to around 30 potential investors."

"I enjoy the feeling of give concrete help to a social entrepreneur who values my expertise."

Laurent Balay, Global Financial Advisory



