AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

MILAN MICHAEL KOTEVSKI,

Plaintiff

v.

HILLARY RODHAM CLINTON,

Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:24-CV-00622-TS-DAO

IT IS ORDERED AND ADJUDGED

that this action is dismissed with prejudice.

February 7, 2025

*Date*

BY THE COURT:

Ted Stewart
United States District Judge