IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MILAN MICHAEL KOTEVSKI,<br><br>    Plaintiff,<br><br>v.<br><br>HILLARY RODHAM CLINTON et al.,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER<br><br><br>Case 2:24-cv-00622-TS-DAO<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne Oberg |

This matter is before the Court on pro se Plaintiff, Milan Michael Kotevski's Rule 60(b) Motion. On February 4, 2025, the court adopted Magistrate Judge Oberg's Report and Recommendation to dismiss, dismissed the case with prejudice, and closed the case.[1] On February 5, 2025, Plaintiff filed a 700-page motion pursuant to Federal Rules of Civil Procedure 60(b) and 65.[2] He filed a similar 700-page Motion on February 7, 2025.[3] He continues to lodge documents in the docket.[4]

A Rule 60 Motion allows the court to provide a party relief from a judgement for the following reasons: (1) "mistake, inadvertence, surprise, or excusable neglect;" (2) "newly discovered evidence;" (3) "fraud . . . , misrepresentation, or misconduct by an opposing party;" (4) "the judgment is void;" (5) "the judgment has been satisfied, released, or discharged; it is

---

[1] Docket No. 159.
[2] Docket No. 160.
[3] Docket No. 162.
[4] Docket Nos. 163, 164.

based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable;" and (6) "any other reason that justifies relief."[5]

Even construing his pro se Motion to Reopen liberally, Plaintiff fails to identify grounds for the court to reopen under Rule 60. Instead, Plaintiff argues that the Court violates multiple federal laws by dismissing his action,[6] but does not present any argument or facts upon which a Rule 60(b) motion could be upheld.

Plaintiff also moves for a restraining order against the multitude of Defendants, repeating much of what he filed with his original Complaint and seeking a permanent injunction and restraining order.[7] Again, Plaintiff does not present a basis upon which the Court could find for him.

Although Plaintiff can pursue the appropriate relief from the dismissal of his case, he cannot continue to attempt to reopen this case. The Court will not accept any additional filings to that effect.

It is therefore

ORDERED that the Plaintiff's Rule 60(b) Motion (Docket No. 160) is DENIED. It is also ORDERED that any additional filings seeking to reopen the case will not be accepted.

DATED this 11th day of February, 2025.

BY THE COURT:

_____
Ted Stewart
United States District Judge

---

[5] FED. R. CIV. P. 60(b)(1)–(6).

[6] Docket No. 160, at 5–11.

[7] *Id.* at 33.